UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNION MUTUAL FIRE INSURANCE COMPANY,

                    Plaintiff,

                                            Case _____

v.

SUBIN ASSOCIATES, LLP,
SUBIN & ASSOCIATES, LLC,
SUBIN, LLP,
ERIC SUBIN, PLLC,
HERBERT S. SUBIN,
ERIC SUBIN,
CLAY M. EVALL, ESQ. P.C.,
CLAY M. EVALL,
LAW OFFICES OF GARY S. PARK, P.C.,
GARY PARK,
JOHN DOE RUNNERS NOS. 1-25,
J. HERNANDEZ ASSOCIATES JR., INC.,
JOSE HERNANDEZ,
WALL STREET CLERICAL AND OFFICE SERVICES INC.,
WALL STREET CALENDAR SERVICES INC.,
WALL STREET TRANSPORTATION SERVICES, INC.,
WALL STREET INVESTIGATIONS INC.,
WALK STREET INVESTIGATIONS INC.,
AYLIN MARTINEZ,
LUIS CASTELLANO,
DANNY BATISTA,
MEDICAL EXAM GUARDIANS INC.,
GERALDINE DELEON,
JORGE LUPI a/k/a JORGE GONZALEZ-LUPI,
J & D INVESTIGATION SERVICES CORP.,
AMEDICO LEGAL, LLC,
AMEDICOLEGAL FUNDING, LLC,
AMEDICO LEGAL NETWORK, LLC,
AMEDICO HOLDCO, LLC,
JUSTICIA INC.,
XYZ SUPPORT CORPORATION NOS. 1-25,
SAHIWAL ASSOCIATES, INC.
TRI-STATE MEDICAL LIAISON SERVICES, INC.
TANVIR CHAUDHRY,
ELSIE REAL CIBBARELLI,
JAIME CASTILLO,
PSC LIAISONS, LLC,
GREGORY ELEFTERAKIS,
CASECASH FUNDING, LLC,

CASE CASH GP, LLC,
CORONA 55 FUNDS, INC.,
CORONA 55 INC.,
WALL STREET CASE ADVANCES INC.,
WALL STREET CHECK CASHING INC.,
BEST CASE ORIGINATIONS, LLC,
BEST CASE ORIGINATIONS D, LLC,
RL SPV, LLC,
XYZ FUNDING CORPORATION NOS. 1-25,
BEST BILLING & COLLECTION, INC.,
BESTCARE PHYSICAL THERAPY AND
CHIROPRACTIC, PC,
ROBERT SANDELL,
MAXIM ORTHOPAEDICS PLLC s/d/b/a
MAXIMUM ORTHOPEDICS s/d/b/a
WORKERSCOMPENSATIONDRS.COM,
MAXIM TYORKIN, M.D.,
ALL BORO MEDICAL REHABILITATION PLLC,
KEVIN H. WEINER, M.D.,
FELIX KARAFIN, M.D.,
RJR MEDICAL P.C.,
URBAN HEIGHTS MEDICAL, PC,
ALBERT J. CIANCIMINO, M.D.,
NY ORTHOPEDICS, P.C.
s/d/b/a SPINECARENYC,
MICHAEL GERLING, M.D.,
MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES,
P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS
ORTHOPAEDIC SPECIALISTS,
KENNETH McCULLOCH-OTERO, M.D.,
DAVID R. CAPIOLA, M.D.,
SANFORD R. WERT, M.D.,
SANFORD R. WERT, M.D., PC,
JASON M. GALLINA, M.D.,
JASON M. GALLINA, M.D., PC,
KOLB RADIOLOGY PC, and,
THOMAS KOLB, M.D.,

                                              **Defendants.**

## SUMMONS IN A CIVIL ACTION

TO:    **SEE ATTACHED RIDER**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States

described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **THE WILLIS LAW GROUP, PLLC**
> **WILLIAM J. CLAY**
> **MICHAEL A. GRAVES**
> **DANIEL A. JOHNSTON**
> **AARON E. MEYER**
> 1985 Forest Lane
> Garland, Texas 75042
> Telephone: (214) 736-9433
> **Service Email:** service@thewillislawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____ _____

*Signature of Clerk or Deputy Clerk*

3

Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                               Server's Signature

                                                 _____
                                                 Printed Name and title

                                                 _____
                                                 Server's address

Additional information regarding attempted service, etc:

_____

4

## RIDER TO SUMMONS IN A CIVIL ACTION

1) **SUBIN ASSOCIATES, LLP**
   150 Broadway, 23rd Floor
   New York, NY 10038

2) **SUBIN & ASSOCIATES, LLC**
   150 Broadway, 23rd Floor
   New York, NY 10038

3) **SUBIN, LLP**
   150 Broadway, 23rd Floor
   New York, NY 10038

4) **ERIC SUBIN, PLLC**
   150 Broadway, 23rd Floor
   New York, NY 10038
   OR
   25 Broad Street, Apt. 4I
   New York, NY 10004

5) **HERBERT S. SUBIN**
   150 Broadway, 23rd Floor
   New York, NY 10038
   OR
   10 Reimer Road
   Scarsdale, NY 10583

6) **ERIC SUBIN**
   150 Broadway, 23rd Floor
   New York, NY 10038
   OR
   25 Broad Street, Apt. 4I
   New York, NY 10004

7) **CLAY M. EVALL, ESQ. P.C.**
   150 Broadway, 14th Floor
   New York, NY 10038

8) **CLAY M. EVALL**
   150 Broadway, 14th Floor
   New York, NY 10038

9) **LAW OFFICES OF GARY S. PARK, P.C.**
   **37-20 Prince Street**
   **Flushing, NY 11354**

10) **GARY PARK**
    **37-20 Prince Street**
    **Flushing, NY 11354**

11) **JOHN DOE RUNNERS NOS. 1-25**
    *To be determined*

12) **J. HERNANDEZ ASSOCIATES JR., INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

13) **JOSE HERNANDEZ**
    **150 Broadway, 14th Floor**
14) **New York, NY 10038**

15) **WALL STREET CLERICAL AND OFFICE SERVICES INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

16) **WALL STREET CALENDAR SERVICES INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

17) **WALL STREET TRANSPORTATION SERVICES, INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

18) **WALL STREET INVESTIGATIONS INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

19) **WALK STREET INVESTIGATIONS INC.**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

20) **AYLIN MARTINEZ**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

*21)* **LUIS CASTELLANO**
    **150 Broadway, 14th Floor**
    **New York, NY 10038**

22) **DANNY BATISTA**

            **150 Broadway, 14th Floor**
            **New York, NY 10038**

23) **MEDICAL EXAM GUARDIANS INC.**
    **3750 97th Street Apt. 2c**
    **Corona, NY 11368**

24) **GERALDINE DELEON**
    **150 Broadway, 23rd Floor**
    **New York, NY 10038**

25) **JORGE LUPI a/k/a JORGE GONZALEZ-LUPI**
    **9 Briarfield Dr**
    **Great Neck, NY 11020-1409**

26) **J & D INVESTIGATION SERVICES CORP.**
    **1462 Clintonville St., #2,**
    **Whitestone, NY 11357**

27) **AMEDICO LEGAL, LLC**
    **1462 Clintonville St., #2,**
    **Whitestone, NY 11357**

28) **AMEDICOLEGAL FUNDING, LLC,**
    **9 Briarfield Dr**
    **Great Neck, NY 11020-1409**

29) **AMEDICO LEGAL NETWORK, LLC**
    **C/O Corporation Service Company**
    **251 Little Falls Drive**
    **Wilmington, DE 19808**

30) **AMEDICO HOLDCO, LLC,**
    **C/O Corporation Service Company**
    **251 Little Falls Drive**
    **Wilmington, DE 19808**

31) **JUSTICIA INC.**
    **140-17 84th Drive Apt. 2c**
    **Briarwood, Ny 11435**

32) **XYZ SUPPORT CORPORATION NOS. 1-25**
    *To be determined*

33) **SAHIWAL ASSOCIATES, INC.**
    **814 Hylan Blvd**
    **Staten Island, NY 10305**

        Or
        21 Cannon Dr
        Trenton, NJ 08690-3105

34) **TRI-STATE MEDICAL LIAISON SERVICES, INC.**
    220 47th Street
    Lindenhurst, NY 11757

35) **TANVIR CHAUDHRY**
    8240 266th St
    Glen Oaks, NY 11004-1723

36) **ELSIE REAL CIBBARELLI**
    814 Hylan Blvd Apt 1
    Staten Island, NY 10305

37) **JAIME CASTILLO**
    1979 S Railroad Ave
    Staten Island, NY 10306

38) **PSC LIAISONS, LLC**
    520 8th Avenue, Room 1001
    New York, New York 10018

39) **GREGORY ELEFTERAKIS**
    3144 Emmons Ave Apt 207
    Brooklyn, NY 11235

40) **CASECASH FUNDING, LLC**
    520 8th Avenue, Room 1001
    New York, New York 10018

41) **CASE CASH GP, LLC**
    575 Lexington Ave Fl 31
    New York, NY 10022

42) **CORONA 55 FUNDS, INC.**
    524 EAST 20th Street, Suite 4G
    New York, NY 10009

43) **CORONA 55 INC.**
    3750 97th Street, Apt. 2c
    Corona, NY 11368

44) **WALL STREET CASE ADVANCES INC.**
    524 EAST 20th Street, Suite 4G
    New York, NY 10009

45) **WALL STREET CHECK CASHING INC.**
    **150 Broadway, 1400**
    **New York, NY 10038**

46) **BEST CASE ORIGINATIONS, LLC**
    **35 Cedar Avenue**
    **Sound Beach, NY 11789**

47) **BEST CASE ORIGINATIONS D, LLC**
    **c/o Agents for Delaware Corporations, Inc.**
    **310 Alder Rd – P.O. Box 841**
    **Dover DE 19904**

48) **RL SPV, LLC**
    **c/o Agents for Delaware Corporations, Inc.**
    **310 Alder Rd – P.O. Box 841**
    **Dover DE 19904**

49) **XYZ FUNDING CORPORATION NOS. 1-25**
    *To be determined*

50) **BEST BILLING & COLLECTION, INC.**
    **28 Church Tavern Rd**
    **South Salem, NY 10590**

51) **BESTCARE PHYSICAL THERAPY AND CHIROPRACTIC, PC**
    **28 Church Tavern Rd**
    **South Salem, NY 10590**

52) **ROBERT SANDELL**
    **28 Church Tavern Rd**
    **South Salem, NY 10590**

53) **MAXIM ORTHOPAEDICS PLLC s/d/b/a MAXIMUM ORTHOPEDICS s/d/b/a WORKERSCOMPENSATIONDRS.COM**
    **169 E. 78th St., #1B**
    **New York, NY 10075**

54) **MAXIM TYORKIN, M.D.**
    **345 E 50th St Apt 1A**
    **New York, NY 10022-7910**

55) **ALL BORO MEDICAL REHABILITATION PLLC**
    **509 Madison Avenue 4th Floor**
    **New York, NY 10022**

56) **KEVIN H. WEINER, M.D.**

16 Clubhouse Ln
Scarsdale, NY 10583

57) **FELIX KARAFIN, M.D.**
2414 Legion St
Bellmore, NY 11710

58) **RJR MEDICAL P.C.**
78 Cardinal Road
Manhasset, NY, 11030

59) **URBAN HEIGHTS MEDICAL, PC**
3000 Marcus Ave #2e03
Lake Success, NY, 11042

60) **ALBERT J. CIANCIMINO, M.D.,**
73 Carlton Ave Apt C38,
Port Washington, NY 11050

61) **NY ORTHOPEDICS, P.C. s/d/b/a SPINECARENYC**
94 9th Street, Suite 2-202
Brooklyn, NY 11215

62) **MICHAEL GERLING, M.D.**
740 Park Ave Fl 1C
New York, NY 10021

63) **MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS**
122 E. 42nd Street, 18th Floor
New York, NY, 10168

64) **KENNETH McCULLOCH-OTERO, M.D.**
15 Middle Dr
 Manhasset, NY 11030

65) **DAVID R. CAPIOLA, M.D.**
53 Moore Rd
Bronxville, NY 10708

66) **SANFORD R. WERT, M.D.**
77 Oakwood Dr
Ringwood, NJ 07456

67) **SANFORD R. WERT, M.D., PC**
77 Oakwood Dr

          **Ringwood, NJ 07456-**

68) **JASON M. GALLINA, M.D.**
    **871 Tequesta Dr**
    **Franklin Lakes, NJ 07417**

69) **JASON M. GALLINA, M.D., PC**
    **820 2nd Ave, 7th Floor Suite 7a**
    **New York, NY, 10017**

70) **KOLB RADIOLOGY PC**
    **257 West 34th Street**
    **New York, NY 10001**

71) **THOMAS KOLB, M.D**
    **4510 Douglas Ave**
    **Bronx, NY 10471**