# EXHIBIT "2"

RE: Toribio Dejesus

Denis Zambrano <dzambrano@casecashfunding.com>
Thu 11/5/2020 9:04 AM
To: Scott Seskin <ss@SESKINLAW.COM>
Cc: Kathy Nieves <knieves@casecashfunding.com>

1 attachments (19 KB)
Invoice_for_torio_De_Jesus.docx;

Good Morning,

This is what we have on file:
LMC Physician Services: $42,750.00
Jacob Katanov - $3,000.00
Tri-State Medical Liaison Services - $25,000.00
University Physicians of Brooklyn - $1,000.00
Lutheran Medical Center - $13,250.00

Attached is breakdown we received from previous attorney

==PSC Liaison Services - $30,000.00 – I see a note in file that attorney advised of this verbally==

Best Case Funding - $74,746.27 – I see a note in file that attorney advised of this amount verbally – I reached out to this funding company and they confirmed payment (nmagnus@bestcasefunding.com)

From: Scott Seskin <ss@SESKINLAW.COM>
Sent: Wednesday, November 4, 2020 1:44 PM
To: Denis Zambrano <dzambrano@casecashfunding.com>
Cc: Kathy Nieves <knieves@casecashfunding.com>
Subject: Re: Toribio Dejesus

Thanks very much.

Can you give me the breakdown of the checks as follows:

Tri State Medical Liaison Services and PSC Liaison Services, LMC Physician Services, University Physicians Brooklyn, Jacob Katanov, as well as their bills that were paid? I require the bills that you paid for the lawsuit.

Also, can you provide the documentation for the "Buyout of other Funding Company", so that it can be determined when that loan was taken out and to whom those monies were paid, together their bills? Again, I'll need this for the litigation.

Thanks very much,

Scott Seskin

**Scott H. Seskin, Esq.**

**SESKIN & SESKIN**

110 East 59th Street

New York, NY 10022

(212) 751-0077



**New York Law Journal**
**2015 VERDICTS & SETTLEMENTS**
**HALL OF FAME**
MOTOR VEHICLE
Law Office of Scott H Seskin
Top 10 Verdict

**From:** Denis Zambrano <dzambrano@casecashfunding.com>
**Sent:** Wednesday, November 4, 2020 1:30 PM
**To:** Scott Seskin <ss@SESKINLAW.COM>
**Cc:** Kathy Nieves <knieves@casecashfunding.com>
**Subject:** Toribio Dejesus

Good Afternoon,

Hope all is well, I was advised you wanted to confirm what we funded on this case and our principal amount.

Below please see a chart that explains who we provided each individual amount to:

| Client | Provider | |
|---|---|---|
| $5,000.00 | $74,746.27 | Best Case Funding - Buyout of other Funding Company |
| $3,000.00 | | |
| $3,000.00 | | |
| $5,000.00 | | |
| $5,000.00 | $85,000.00 | Surgery with Dr. Michael C Gerling, including Medical Facility, Surgeon, Surgeon's assistant |
| $15,000.00 | | |
| $2,000.00 | | |
| $1,500.00 | | |
| | $30,000.00 | PSC - PT - Funding for one year of treatment |
| $1,000.00 | | |
| $1,000.00 | | |
| $1,000.00 | | |
| $1,000.00 | | |
| $5,000.00 | | |
| $1,000.00 | | |
| $8,000.00 | | |
| $2,000.00 | | |
| $1,500.00 | | |
| $61,000.00 | $189,746.27 | |

These amounts do not include application and processing fee for each individual funding.

CCGP Total Principal for this case (including app/processing fees) is $263,046.27

**Denis Zambrano**
CaseCash Funding, LLC
Senior Account Manager
dzambrano@casecashfunding.com

(866) 703-2274 Toll Free
(718) 246-2522 Phone
(718) 237-4412 Fax
520 Eighth Avenue, Suite 1001
New York, NY 10018



Thank you and have a great day!,
Katherine Nieves
Risk Management Specialist
Case Cash Funding GP, LLC
525 Washington Blvd Suite 2015
Jersey City, NJ 07310
P: (718) 246-2522
E: knieves@casecashfunding.com
For payoff requests please reach out to PayoffsCCF@casecashfunding.com

CASECASH FUNDING LLC



TEL (866) 703-CASH (2274)
FAX (718) 237-4412

Law Office of Scott H. Seskin via email: ss@seskinlaw.com

April 23, 2021

**RE:** **TORIBIO DE JESUS**
**The cause of action arising from the injuries sustained in the accident which occurred on or about November 13, 2012, involving TORIBIO DE JESUS.**

To Whom It May Concern:

Pursuant to your reduction request, please find the new payoff figures for the above referenced client.

If your check in the amount of **$135,000.00** is received by **May 23, 2021,** the above-captioned lien and our security interest will be released and will be considered paid in full. This is a reduction from the original amount owed of **$5,842,982.86**. However, if the check is not received by this date, a new payoff figure will apply and you must call our office for that amount.

The amount due is not inclusive of any additional funding(s) on, or after the date of this letter. If no additional fundings are provided, please be advised that the amount indicated will change on **May 23, 2021**. Therefore, please call our office for an updated payoff figure.

*Any payment received in amounts less than the Payment described herein or after the Payment Deadline, shall be **insufficient** to relieve the above-named parties of their obligations. In either circumstance, the above-named parties are directed to **immediately request an updated Payoff Letter.***

**This reduction is based upon a $750,000.00 settlement and can <u>only</u> be accepted if a <u>closing statement is provided along with the payment</u>.**

**This reduction offer is only valid for the above referenced attorney. Under no circumstances should this reduction offer be transferred to any other party, including but not limited to, any other funding entity.**

We remind you the check should be payable to **Case Cash GP, LLC** and sent to:

**IF REPAYMENT IS SENT BY US MAIL EXCLUSIVELY:**
*this address **does not** accept courier service deliveries

Case Cash GP, LLC
P.O. Box 205566
Dallas, TX 753205566

**IF REPAYMENT IS SENT BY COURIER SERVICE ONLY (E.G., FEDEX, UPS ETC.)**
*this address **does not** accept US Mail service deliveries

Lockbox Services – 205566
Case Cash GP, LLC
2975 Regent Blvd., Suite 100
Irving, TX 75063

If you have any questions about this matter, please feel free to contact us at the number listed. It was our pleasure to provide this service to your client. If we can be of help to any of your clients in the future, please do not hesitate to call us. Thank you.

Sincerely,

Maria Ocasio,
*Vice President of Operations*

YS