# EXHIBIT "5"

Case 1:25-cv-02652-CLP   Document 2-5   Filed 05/12/25   Page 1 of 3 PageID #: 187

Subin Associates

INTAKE SHEET

ALL of the Following Fields MUST be filled ou OR Marked with N/A or Not Applicable

Todays Date __10-27-20__   Person Completing Form __Fernando__

How Did Client Hear About Subin Associates? __Tanvir__

Emergency Contact - If Client Cannot Be Reached:   Name ███

Address: ___

Phone/Email ███

Inform client that confidentiality prevents disclosure of protected information, that this is just an emergency contact

**CLIENT INFORMATION**

First Name: ███    Last Name: ███

SS#: ███   DOB: ███   Sex ✓M __F   Primary Language: English

Home Address: ███

Home Phone: ___   Cell ███   Work: ___

Please List All Email Addresses: ███

Social Media Sites subsribed to: ███

If ANY - Inform Client we advise not to post ANYTHING for the duration of the lawsuit or take take the profile down

Marital Status: ✓ Single ___ Married ___ Separated ___ Divorced - **Is Client a Minor** ___

IF MINOR - MUST BE Legal Guardian. Name: ___    Relation ___

Alternate Address: ___

Alt. Home Phone: ___   Cell: ___   Work: ___

Alt. Email Addresses: ___

**Subin Associates**

## Intake Sheet

ALL of the following fields MUST be filled out OR filled out with N/A (Not Applicable)

Today's Date: 3/21/2022

Name of Person filling out this form for Subin Associates: Jaime

How did the client hear about Subin Associates: Tanvir

Emergency Contact if Client cannot be reached: (name/number/address/Email) ▓▓▓

Inform client that confidentiality prevents disclosure of protected information, this is just emergency contact

**IS CLIENT CURRENTLY REPRESENTED BY ANOTHER ATTORNEY FOR THIS MATTER?** ___ Yes ✓ No
If YES, Name of Attorney / Firm:
Address / Phone:

### Client Information

First Name: ▓▓▓   Last Name: ▓▓▓
Social Security #? ___ Y ___ N   If Yes, Social Security No.: ▓▓▓
Date of Birth: ▓▓▓   Sex: M ___ F ✓
Primary Language: English ✓   Spanish ___   Other: ___
Home Address: ▓▓▓

Home Telephone #: ___   Cell #: ▓▓▓   Work #: ___
Please list all Email Addresses: ▓▓▓

Do you subscribe to any Social Networking Sites, if so, which ones?   Don't Post

If YES, Inform Client we advise not to post ANYTHING to these sites for the duration of the lawsuit, or to take their profile down entirely

Marital Status:   Single ✓   Married ___   Separated ___   Divorced ___
Is Client a Minor? ▓▓▓   If YES, Legal Guardian Name: ▓▓▓
Address: ▓▓▓
Alternate Contact Person: ___   Relation: ▓▓▓
  Alternate's Telephone #: ▓▓▓
  Alternate's Email Address: ___
Spouse/Guardian Info: ___   Relation: ___
  Telephone #: ___   Cell #: ___
  Home Address: ___

  Email Address: ___