# EXHIBIT "6"



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY  11234-6911

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for April 16, 2021 to April 30, 2021

Account number: ██████████

**PRESICO INC**

## Account summary

| | |
|---|---|
| Beginning balance on April 16, 2021 | $0.00 |
| Deposits and other credits | 92,950.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2021** | **$92,950.00** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of items-previous cycle[1]: 0

# of days in cycle: 15

Average ledger balance: $92,950.00

[1]Includes checks paid,deposited items&other debits

BANK OF AMERICA
Preferred Rewards
For Business
PLATINUM

## Welcome to Preferred Rewards for Business

Congratulations! As a Preferred Rewards for Business member, you can be rewarded for the business you do with no fees on select banking services, a credit card rewards bonus, and more.

To get the most out of the program, schedule an appointment with a Small Business Specialist at **bankofamerica.com/BizAppointment** or call **888.BUSINESS (888.287.4637)**.

SSM-04-20-0030.B1 | 3012592

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

PRESICO INC  |  Account #  ▮▮▮▮▮▮▮▮▮  |  April 16, 2021 to April 30, 2021

---

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/16/21 | Counter Credit | 92,950.00 |
| **Total deposits and other credits** | | **$92,950.00** |

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 04/16 | 92,950.00 |

**BANK OF AMERICA BUSINESS ADVANTAGE**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-10-20-0074B | 3255564

PRESICO INC   |   Account # ███████████   |   April 16, 2021 to April 30, 2021

This page intentionally left blank

**Bank of America Business Advantage**

# Welcome to
# Business Advantage Relationship Banking

Thanks for opening your new account with us! Here are a few reminders to help you get started.

### Do not forget — To avoid monthly fees on your new checking account, make sure to take one of the following actions each statement cycle:

- Maintain a combined average monthly balance of at least $15,000 in your linked Bank of America accounts (footnote 1)
- Become a member of Preferred Rewards for Business (first four checking accounts per enrolled business) (footnote 2)

### Remember to access Mobile Banking (footnote 3) and Business Advantage 360, our small business online banking, so you can:

- Sign in to your account conveniently and securely
- Go paperless, and eliminate the hassle of storing and shredding old statements
- Set up alerts (footnote 4) and deposit checks (footnote 5) right from your phone
- Manage, track and project cash flow with Cash Flow Monitor (footnote 6) — and now you can even connect your apps (footnote 7)

Learn more at bankofamerica.com/SmallBusiness or call 888.287.4637.

3257113

# Bank of America Preferred Rewards for Business

## Get rewarded for the business you do

Become a member of Preferred Rewards for Business, (footnote 2) your monthly maintenance fee will be waived, plus you will enjoy benefits and rewards across your entire Bank of America business relationship — increased credit card rewards, a refund on monthly full-service payroll fees, interest rate discounts and more.
And it costs nothing to enroll.

To learn more, visit bankofamerica.com/RewardsforBusiness.

1. You may link additional Business Advantage Relationship Banking, Business Economy Checking, Business Interest Checking, Business Advantage Savings (all variations), Business Investment Account and Business CDs.

2. Preferred Rewards for Business Overall Program Rules: The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees at bankofamerica.com/businessfeesataglance for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Bank of America Private Bank® Small Business clients are automatically enrolled in the program at the Platinum Honors tier as long as you maintain your Bank of America Private Bank® relationship. Once you are no longer a client of the Private Bank, your enrollment in Preferred Rewards for Business will end and the benefits from enrollment will no longer be provided. You can continue to receive Preferred Rewards for Business benefits if you are eligible for the program and you take action to enroll. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements. Banking made better with no-fee services: Fee waivers do not apply to an analyzed business checking or savings account product or to cards issued under these products. Visit bankofamerica.com/RewardsforBusiness for a complete list of no-fee banking services.

3. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

4. You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carriers message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carriers coverage.

5. Mobile Check Deposits are subject to verification and not available for immediate withdrawal. Other restrictions apply. In the Mobile Banking app menu, select Deposit Checks, then Help for details and other terms and conditions. Message and data rates may apply.

6. You must be enrolled in Business Advantage 360, our small business online banking or Mobile Banking to use the Cash Flow Monitor and Connected Apps and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

7. When you use Cash Flow Monitor and Connected Apps to access services or information from third parties ("Third-Party Account Information"), you will be subject to any terms and conditions established by those third parties, in addition to Cash Flow Monitor and Connected Apps Terms and Conditions. Bank of America, N.A. provides access to third-party websites and Third-Party Account Information only as a convenience, and is not responsible for, does not guarantee or endorse the services offered, and does not monitor or review such information for accuracy, completeness or otherwise. Information displayed through Cash Flow Monitor and Connected Apps may be more up-to-date when obtained directly from relevant third-party websites. Neither Bank of America, its affiliates, nor their employees provide legal, accounting and tax advice. Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services. All third party trademarks, service marks, trade names and logos referenced in this material are the property of their respective owners. Bank of America does not deliver and is not responsible for the products, services or performance of any third party.

Bank of America, N.A. Member FDIC. ©2021 Bank of America Corporation                    SSM-10-20-0011.B | 3257113



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for May 1, 2021 to May 31, 2021                    Account number: ▮▮▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2021 | $92,950.00 | # of deposits/credits: 4 |
| Deposits and other credits | 280,737.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle¹: 4 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $213,183.54 |
| **Ending balance on May 31, 2021** | **$373,687.00** | ¹Includes checks paid,deposited items&other debits |

BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply.
Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20-0848.B | 3293316

PRESICO INC   |   Account #  ███████████   |   May 1, 2021 to May 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**



# Your checking account

PRESICO INC | Account # ▮▮▮▮▮▮▮ | May 1, 2021 to May 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/12/21 | Counter Credit | 142,117.00 |
| 05/17/21 | Counter Credit | 15,320.00 |
| 05/26/21 | BOFA FIN CTR   05/26 #000001502 DEPOSIT | 38,600.00 |
| 05/27/21 | Counter Credit | 84,700.00 |
| **Total deposits and other credits** | | **$280,737.00** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 92,950.00 | 05/17 | 250,387.00 | 05/27 | 373,687.00 |
| 05/12 | 235,067.00 | 05/26 | 288,987.00 | | |

---

BUSINESS ADVANTAGE

## Thanks. We're here to listen to you.

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.

To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-10-20-0899.B | 3293362

This page intentionally left blank

This page intentionally left blank

PRESICO INC | Account # ▓▓▓▓▓▓▓ | May 1, 2021 to May 31, 2021

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for June 1, 2021 to June 30, 2021                    Account number: ▬▬▬▬▬

**PRESICO INC**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2021 | $373,687.00 |
| Deposits and other credits | 381,218.00 |
| Withdrawals and other debits | -456,152.54 |
| Checks | -138,675.00 |
| Service fees | -210.00 |
| **Ending balance on June 30, 2021** | **$159,867.46** |

# of deposits/credits: 13

# of withdrawals/debits: 33

# of items-previous cycle[1]: 2

# of days in cycle: 30

Average ledger balance: $238,784.18

[1]Includes checks paid,deposited items&other debits

BANK OF AMERICA BUSINESS ADVANTAGE

## Maximize your cash back, plus get a
### $300 statement credit

To apply for the no-annual-fee Business Advantage Customized Cash Rewards credit card,
call **888.895.4909** or visit **bankofamerica.com/Biz300** today.

To qualify for the statement credit, open a new small business credit card account and make at least $3,000 in Net Purchases with your card that post to your account within 90 days from credit card account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice.   SSM-01-21-3051.B | 3417990

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–  Tell us your name and account number.
–  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–  Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**

**BANK OF AMERICA**

# Your checking account

PRESICO INC | Account # ▮▮▮▮▮▮▮ | June 1, 2021 to June 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/07/21 | BOFA FIN CTR   06/07 #000001388 DEPOSIT | 35,000.00 |
| 06/11/21 | WIRE TRANSFER FEE REFUND | 45.00 |
| 06/14/21 | Agent Assisted transfer from CHK 3426 Confirmation# 0670140739 | 70,000.00 |
| 06/14/21 | Agent Assisted transfer from CHK 2883 Confirmation# 0670134742 | 5,000.00 |
| 06/15/21 | BOFA FIN CTR   06/15 #000001586 DEPOSIT | 28,000.00 |
| 06/15/21 | WIRE TRANSFER FEE REFUND | 45.00 |
| 06/18/21 | WIRE TRANSFER FEE REFUND | 45.00 |
| 06/22/21 | Counter Credit | 67,380.00 |
| 06/22/21 | Agent Assisted transfer from CHK 3426 Confirmation# 0638507501 | 29,040.00 |
| 06/24/21 | Agent Assisted transfer from CHK 3426 Confirmation# 1355315464 | 58,663.00 |
| 06/30/21 | Agent Assisted transfer from CHK 3426 Confirmation# 0108047251 | 34,000.00 |
| 06/30/21 | Agent Assisted transfer from CHK 2883 Confirmation# 1308058807 | 28,000.00 |
| 06/30/21 | Agent Assisted transfer from CHK 2870 Confirmation# 1308064279 | 26,000.00 |
| **Total deposits and other credits** | | **$381,218.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/21 | Customer Withdrawal Image | -24,262.11 |
| 06/04/21 | Customer Withdrawal Image | -70,000.00 |
| 06/10/21 | WIRE TYPE:INTL OUT DATE:210610 TIME:1239 ET TRN:2021061000340871 SERVICE REF:419417 BNF:DILSHAT ZAITULLAYEV ID:KZ87601776300000 BNF BK:HALYK SAVINGS BANK KAZA ID:HSBKKZKX/(CH3508 PMT DET:7TSQ7HP63 Family support | -27,000.00 |
| 06/11/21 | WIRE TYPE:INTL OUT DATE:210611 TIME:1301 ET TRN:2021061100351089 SERVICE REF:540889 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:'RAIFFEISEN BANK AVAL' ID:AVALUAUK PMT DET: H2RPBVRLR Family support /ACC/Transfer not concern | -12,000.00 |
| 06/11/21 | Customer Withdrawal Image | -70,000.00 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## Connect your business apps through Cash Flow Monitor

Manage your finances from a single dashboard. Simply sign in to Online or Mobile Banking[1] to access Cash Flow Monitor and Connected Apps.

**To learn more, visit bankofamerica.com/CashFlowMonitor.**

[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-20-0720.B | 3137334

PRESICO INC   |   Account #  ▬▬▬▬▬   |   June 1, 2021 to June 30, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/15/21 | WIRE TYPE:INTL OUT DATE:210615 TIME:1406 ET TRN:2021061500412074 SERVICE REF:488603 BNF:DILSHAT ZAITULLAYEV ID:KZ87601776300000 BNF BK:HALYK SAVINGS BANK KAZA ID:HSBKKZKX/(CH3508 PMT DET:4DB6Z7RR7 Family support | -20,000.00 |
| 06/18/21 | Customer Withdrawal Image | -70,000.00 |
| 06/23/21 | NY TLR cash withdrawal from CHK 3413 | -1,000.00 |
| 06/23/21 | NY TLR transfer to CHK 5729 Banking Ctr SHEEPSHEAD BAY          #0000096 NY Confirmation# 0647098368 | -3,500.00 |
| 06/25/21 | Customer Withdrawal Image | -70,000.00 |
| 06/30/21 | WIRE TYPE:WIRE OUT DATE:210630 TIME:1540 ET TRN:2021063000662934 SERVICE REF:041018 BNF:ANGMARK TRANS LLC ID:711613676 BNF BK:J P MORG AN CHASE AND CO ID:071000013 PMT DET:E7PJ8QJ76 Ser vices | -25,000.00 |
| 06/30/21 | WIRE TYPE:INTL OUT DATE:210630 TIME:1617 ET TRN:2021063000693439 SERVICE REF:641677 BNF:A.L.F. UNO S.P.A. ID:IT80A03069617131 BNF BK:I NTESA SANPAOLO SPA ID:BCITITMM PMT DET:RQVHQK9YT I NTERLINE FURNITURE /ACC/INTERLINE FURNITURE 2823 C | -37,000.00 |

### Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|---|---|---|
| 06/03/21 | BKOFAMERICA ATM 06/03 #000001215 WITHDRWL BROOKLYN-SHEEPHE   BROOKLYN      NY | -700.00 |
| 06/11/21 | CHECKCARD  0610 MILL BERGEN POOL CENTER 718-7635500  NY 2426975116190001 0800019 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,129.58 |
| 06/14/21 | CHECKCARD  0610 TIFFANY & CO 800-452-9146 NJ 24943011162004013095099 CKCD 5999 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -15,024.75 |
| 06/16/21 | CHECKCARD  0615 MILL BERGEN POOL CENTER 718-7635500  NY 2426975116690001 1200057 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -185.09 |
| 06/17/21 | CHECKCARD  0616 MILL BERGEN POOL CENTER 718-7635500  NY 2426975116790001 1300088 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -163.31 |
| 06/18/21 | SHEEPSHEAD BAY  06/18 #000788718 PURCHASE SHEEPSHEAD BAY      BROOKLYN      NY | -31.04 |
| 06/21/21 | CHECKCARD  0618 SPIRIT STOP INC BROOKLYN     NY 24687201171030037500950 CKCD 5921 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -172.98 |
| 06/22/21 | CHECKCARD  0621 MILL BERGEN POOL CENTER 718-7635500  NY 2426975117290001 1600043 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -891.14 |
| 06/24/21 | CHECKCARD  0623 EAGLE LAKE COMM ASSOC 5708427672   PA 24055221174083320169289 CKCD 7011 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -8,000.00 |
| 06/28/21 | CHECKCARD  0626 MILL BERGEN POOL CENTER 718-7635500  NY 2426975117890001 2100146 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -92.54 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$26,390.43** |
| **Total withdrawals and other debits** | | **-$456,152.54** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 06/02/21 | 1076 | -1,200.00 | | 06/24/21 | 1079 | -70,000.00 |
| 06/23/21 | 1077 | -8,000.00 | | 06/24/21 | 1080 | -6,975.00 |
| 06/21/21 | 1078 | -32,500.00 | | 06/25/21 | 1081 | -20,000.00 |
| | | | | **Total checks** | | **-$138,675.00** |
| | | | | **Total # of checks** | | **6** |

**BANK OF AMERICA**

# Your checking account

PRESICO INC | Account # ███████ | June 1, 2021 to June 30, 2021

---

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/28/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/10/21 | Wire Transfer Fee | -45.00 |
| 06/11/21 | Wire Transfer Fee | -45.00 |
| 06/15/21 | Wire Transfer Fee | -45.00 |
| 06/30/21 | Wire Transfer Fee | -45.00 |
| 06/30/21 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$210.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 373,687.00 | 06/14 | 262,325.56 | 06/22 | 262,847.00 |
| 06/02 | 372,487.00 | 06/15 | 270,325.56 | 06/23 | 250,347.00 |
| 06/03 | 347,524.89 | 06/16 | 270,140.47 | 06/24 | 224,035.00 |
| 06/04 | 277,524.89 | 06/17 | 269,977.16 | 06/25 | 134,035.00 |
| 06/07 | 312,524.89 | 06/18 | 199,991.12 | 06/28 | 133,942.46 |
| 06/10 | 285,479.89 | 06/21 | 167,318.14 | 06/30 | 159,867.46 |
| 06/11 | 202,350.31 | | | | |

PRESICO INC | Account # ███████████ | June 1, 2021 to June 30, 2021

This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for July 1, 2021 to July 31, 2021                     Account number: ▮▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2021 | $159,867.46 | # of deposits/credits: 4 |
| Deposits and other credits | 333,145.13 | # of withdrawals/debits: 28 |
| Withdrawals and other debits | -189,739.39 | # of items-previous cycle¹: 8 |
| Checks | -59,950.86 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $209,198.34 |
| **Ending balance on July 31, 2021** | **$243,292.34** | ¹*Includes checks paid,deposited items&other debits* |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**



# Your checking account

PRESICO INC | Account # ▮▮▮▮▮▮▮▮ | July 1, 2021 to July 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/21 | WIRE TRANSFER FEE REFUND | 75.00 |
| 07/06/21 | Counter Credit | 35,000.00 |
| 07/13/21 | WIRE TYPE:WIRE IN DATE: 210713 TIME:1557 ET TRN:2021071300416249 SEQ:2219704431772008/023239 ORIG:IGOR DOVMAN ID:6701015253 SND BK:STERLING NAT IONAL BANK ID:221970443 | 193,121.30 |
| 07/13/21 | WIRE TYPE:WIRE IN DATE: 210713 TIME:1559 ET TRN:2021071300416647 SEQ:2219704431772002/023304 ORIG:IGOR DOVMAN ID:6701015190 SND BK:STERLING NAT IONAL BANK ID:221970443 | 104,948.83 |
| **Total deposits and other credits** | | **$333,145.13** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/21 | Customer Withdrawal Image | -50,000.00 |
| 07/06/21 | Customer Withdrawal Image | -70,000.00 |
| 07/19/21 | CITICARD PAYMENT DES:CHECK PYMT CHECK #:1082  INDN:470486115346005          CO ID:CITICHCKTC ARC | -8,176.95 |
| 07/20/21 | WIRE TYPE:WIRE OUT DATE:210720 TIME:1306 ET TRN:2021072000306894 SERVICE REF:009214 BNF:MYLE VAPE INC ID:9147920596 BNF BK:CITIBANK, N .A. ID:266086554 PMT DET:DY5CA3AYD Goods | -55,000.00 |
| 07/21/21 | LIBERTY MUTUAL   DES:INSRNC PMT ID:0322985  INDN:IGOR *DOVMAN           CO ID:0000061050 TEL | -2,687.50 |

Card account # XXXX XXXX XXXX 5952

| | | |
|------|-------------|--------|
| 07/06/21 | CHECKCARD  0701 SPIRIT STOP INC BROOKLYN     NY 24687201183030021608971 CKCD 5921 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -254.71 |
| 07/07/21 | KEY FOOD  6620  07/07 #000960052 PURCHASE KEY FOOD  6620 AV  BROOKLYN        NY | -102.33 |
| 07/08/21 | THE HOME DEPOT  07/08 #000446088 PURCHASE THE HOME DEPOT 61  BROOKLYN        NY | -265.64 |
| 07/13/21 | DOODY HOME CEN  07/13 #000239989 PURCHASE DOODY HOME CENTER  BROOKLYN        NY | -165.40 |
| 07/13/21 | SHEEPSHEAD BAY  07/13 #000470805 PURCHASE SHEEPSHEAD BAY     BROOKLYN        NY | -174.66 |
| 07/14/21 | CHECKCARD  0713 BP#3412211OCEAN AVENUE BROOKLYN     NY 24122541195744003431594 CKCD 5542 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -35.98 |
| 07/19/21 | LACOSTE #469 R  07/17 #000286414 PURCHASE LACOSTE #469 RIVE  RIVERHEAD       NY | -41.89 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply.
Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20-0848.B | 3293316

PRESICO INC   |   Account #  ████████  |   July 1, 2021 to July 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/19/21 | HUGO BOSS TEMP  07/17 #000113609 PURCHASE HUGO BOSS TEMP OU  NEW YORK      NY | -322.98 |
| 07/19/21 | SAKS OFF 5TH 7  07/17 #000652607 PURCHASE SAKS OFF 5TH 779  RIVERHEAD    NY | -976.31 |
| 07/19/21 | SAKS OFF 5TH 7  07/17 #000686951 PURCHASE SAKS OFF 5TH 779  RIVERHEAD    NY | -325.07 |
| 07/19/21 | LACOSTE #469 R  07/17 #000340527 PURCHASE LACOSTE #469 RIVE  RIVERHEAD    NY | -93.12 |
| 07/19/21 | KLP #6226      07/17 #000003484 PURCHASE KLP #6226        RIVERHEAD    NY | -356.61 |
| 07/19/21 | CHECKCARD  0717 RIVERHEAD RIVERHEAD    NY 24445731199600095516358 CKCD 5311 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -367.46 |
| 07/23/21 | CHECKCARD  0722 NYCDOT PARKING METERS LONG IS CITY NY 24769331203262031677686 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1.00 |
| 07/26/21 | CHECKCARD  0722 MIMINO BROOKLYN    NY 24251371204030054295243 CKCD 5411 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -391.78 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$3,874.94** |
| **Total withdrawals and other debits** | | **-$189,739.39** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 07/19/21 | 1083 | -1,415.10 | | 07/21/21 | 1087* | -21,000.00 |
| 07/19/21 | 1084 | -4,400.00 | | 07/30/21 | 1089* | -3,135.76 |
| 07/15/21 | 1085 | -30,000.00 | | | | |
| | | | | **Total checks** | | **-$59,950.86** |
| | | | | **Total # of checks** | | **5** |

*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/13/21 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/13/21 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 07/20/21 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 07/01 | 109,942.46 | 07/07 | 74,585.42 | 07/13 | 372,049.85 |
| 07/06 | 74,687.75 | 07/08 | 74,319.78 | 07/14 | 372,013.87 |

*continued on the next page*

**BANK OF AMERICA**

**Your checking account**

PRESICO INC   |   Account #  ██████████   |   July 1, 2021 to July 31, 2021

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/15 | 342,013.87 | 07/21 | 246,820.88 | 07/26 | 246,428.10 |
| 07/19 | 325,538.38 | 07/23 | 246,819.88 | 07/30 | 243,292.34 |
| 07/20 | 270,508.38 | | | | |

This page intentionally left blank

This page intentionally left blank

PRESICO INC   |   Account # ██████████   |   July 1, 2021 to July 31, 2021

This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for August 1, 2021 to August 31, 2021

Account number: ▓▓▓▓▓▓▓▓

**PRESICO INC**

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2021 | $243,292.34 |
| Deposits and other credits | 79,258.11 |
| Withdrawals and other debits | -51,185.43 |
| Checks | -22,600.00 |
| Service fees | -135.00 |
| **Ending balance on August 31, 2021** | **$248,630.02** |

# of deposits/credits: 6

# of withdrawals/debits: 18

# of items-previous cycle[1]: 6

# of days in cycle: 31

Average ledger balance: $255,001.08

[1]*Includes checks paid,deposited items&other debits*

BANK OF AMERICA BUSINESS ADVANTAGE

Maximize your cash back, plus get a

$**300** statement credit

To apply for the no-annual-fee Business Advantage Customized Cash Rewards credit card,
call **888.895.4909** or visit **bankofamerica.com/Biz300** today.

To qualify for the statement credit, open a new small business credit card account and make at least $3,000 in Net Purchases with your card that post to your account within 90 days from credit card account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice. SSM-01-21-3051.B | 3417990

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender

**BANK OF AMERICA**

## Your checking account

PRESICO INC   |   Account #  ██████████   |   August 1, 2021 to August 31, 2021

---

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/03/21 | Counter Credit | 40,600.00 |
| 08/06/21 | WIRE TRANSFER FEE REFUND | 30.00 |
| 08/09/21 | Agent Assisted transfer from CHK 2883 Confirmation# 0453112711 | 24,000.00 |
| 08/09/21 | Agent Assisted transfer from CHK 2870 Confirmation# 0453107158 | 13,000.00 |
| 08/10/21 | WIRE TRANSFER FEE REFUND | 90.00 |
| 08/25/21 | Counter Credit | 1,538.11 |
| **Total deposits and other credits** | | **$79,258.11** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/03/21 | WF HOME MORTGAGE DES:CHECKPAYMT CHECK #:1088  INDN:000000000000         CO ID:AL94134739 ARC | -8,079.15 |
| 08/06/21 | WIRE TYPE:INTL OUT DATE:210806 TIME:1329 ET TRN:2021080600361909 SERVICE REF:791405 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:7G5Q42XAR Family support /ACC/Transfer not | -11,000.00 |
| 08/09/21 | WIRE TYPE:INTL OUT DATE:210809 TIME:1355 ET TRN:2021080900393705 SERVICE REF:415187 BNF:DILSHAT ZAITULLAYEV ID:KZ87601776300000 BNF BK:HALYK SAVINGS BANK KAZA ID:HSBKKZKX/(CH3508 PMT DET:Y56ETNRK5 Family support | -21,000.00 |
| 08/26/21 | WIRE TYPE:INTL OUT DATE:210826 TIME:1501 ET TRN:2021082600416776 SERVICE REF:456289 BNF:ATTICA HOLIDAYS LIMITED IN ID:CY74005003140003 BNF BK:HELLENIC BANK LTD. ID:HEBACY2N/(CH1053 PMT DET:EBFZUDEXQ RESERVATION DMITRY ZIC | -9,270.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|------|-------------|-------:|
| 08/04/21 | CHECKCARD  0803 NYCDOT PARKING METERS LONG IS CITY NY 24769331215262153443939 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -0.50 |
| 08/09/21 | THE HOME DEPOT  08/08 #000137817 PURCHASE THE HOME DEPOT 61  BROOKLYN         NY | -143.34 |
| 08/10/21 | CHECKCARD  0809 NYCDOT PARKING METERS LONG IS CITY NY 24769331221162218290899 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -3.25 |
| 08/23/21 | CHECKCARD  0821 NET COST MARKET - 16TH 718-769-1515 NY 24801661234017054930070 CKCD 5499 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -321.34 |
| 08/23/21 | PETCO 1862     08/23 #000416713 PURCHASE PETCO 1862              BROOKLYN      NY | -99.59 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

PRESICO INC  |  Account #  ████████  |  August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/21 | CHECKCARD  0823 NYSDOS ECORP 518 473 82 518-4738262  NY 24769331236132360536459 CKCD 9399 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -130.00 |
| 08/26/21 | CHECKCARD  0825 NYCDOT PARKING METERS LONG IS CITY NY 24769331237262370905219 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -3.25 |
| 08/31/21 | CHECKCARD  0830 MILL BERGEN POOL CENTER 718-7635500  NY 24269751242900012200088 CKCD 5996 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,135.01 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$1,836.28** |
| **Total withdrawals and other debits** | | **-$51,185.43** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 08/12/21 | 1010 | -2,400.00 | | 08/31/21 | 1092 | -200.00 |
| 08/04/21 | 1091* | -20,000.00 | | | | |
| | | | | **Total checks** | | **-$22,600.00** |
| | | | | **Total # of checks** | | **3** |

*  There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/06/21 | Wire Transfer Fee | -45.00 |
| 08/09/21 | Wire Transfer Fee | -45.00 |
| 08/26/21 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$135.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 243,292.34 | 08/09 | 260,609.35 | 08/24 | 257,745.17 |
| 08/03 | 275,813.19 | 08/10 | 260,696.10 | 08/25 | 259,283.28 |
| 08/04 | 255,812.69 | 08/12 | 258,296.10 | 08/26 | 249,965.03 |
| 08/06 | 244,797.69 | 08/23 | 257,875.17 | 08/31 | 248,630.02 |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**In October, the requirements to receive the Preferred Rewards for Business Merchant Services and Payroll Services benefits will change.**

Beginning October 15, 2021, the Preferred Rewards for Business benefit earned on qualifying payroll and/or Merchant Services activity will only be applied if the deposit account that receives your payroll credit and/or Merchant Services benefit is open when the benefit is paid. If the deposit account is closed, you will not receive the benefit.

As a Preferred Rewards for Business member you will continue to enjoy many benefits, such as no fees on select banking services, bonus rewards on eligible business credit cards, and much more. Visit bankofamerica.com/RewardsforBusiness to learn more.

We are here to help

If you have questions, please call the number on your statement or feel free to schedule an appointment at bankofamerica.com/bizappointment.

PRESICO INC   |   Account #  ▮▮▮▮▮▮▮▮   |   August 1, 2021 to August 30, 2021

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY  11234-6911

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for September 1, 2021 to September 30, 2021                 Account number: ▇▇▇▇▇▇▇▇

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2021 | $248,630.02 | # of deposits/credits: 6 |
| Deposits and other credits | 96,250.00 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -11,250.42 | # of items-previous cycle[1]: 5 |
| Checks | -285,787.05 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $248,466.57 |
| **Ending balance on September 30, 2021** | **$47,842.55** | [1]Includes checks paid,deposited items&other debits |

BUSINESS ADVANTAGE

## Put the power of our people, technology and data to work for you

In October, National Women's Small Business Month recognizes the contributions of more than 12 million women entrepreneurs.
Learn more at **bankofamerica.com/SBwomen**.

SSM-05-21-0283.B  |  3560722

PULL: E   CYCLE: 60   SPEC: E   DELIVERY: E   TYPE:       IMAGE: A   BC: NY

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



# Your checking account

PRESICO INC | Account # ▮▮▮▮▮▮▮ | September 1, 2021 to September 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/01/21 | Agent Assisted transfer from CHK 1951 Confirmation# 0151657971 | 40,000.00 |
| 09/01/21 | Agent Assisted transfer from CHK 2883 Confirmation# 1351650200 | 15,000.00 |
| 09/01/21 | Agent Assisted transfer from CHK 2870 Confirmation# 0151644713 | 14,000.00 |
| 09/21/21 | Counter Credit | 13,250.00 |
| 09/22/21 | Agent Assisted transfer from CHK 2883 Confirmation# 0233878566 | 10,000.00 |
| 09/22/21 | Agent Assisted transfer from CHK 2870 Confirmation# 0233873722 | 4,000.00 |
| **Total deposits and other credits** | | **$96,250.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/16/21 | WF HOME MTG    DES:AUTO PAY  ID:0127980407  INDN:IGOR DOVMAN       CO ID:WXXXXXXXXX PPD | -8,000.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|------|-------------|--------|
| 09/07/21 | CHECKCARD  0904 EXPEDIA 72156952493297 EXPEDIA.COM  WA 24692161247100619395142 CKCD 4722 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -19.00 |
| 09/07/21 | CHECKCARD  0903 JETBLUE    27976483184 SALT LAKE CITUT 24040481247661900582384 CKCD 3174 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -168.80 |
| 09/07/21 | CHECKCARD  0904 TMOBILE POSTPAID WEB 800-937-8997 WA 24692161247100195681287 CKCD 4814 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -494.48 |
| 09/07/21 | CHECKCARD  0906 KINGS MILL C-S BROOKLYN    NY CKCD 5542 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -37.46 |
| 09/07/21 | CHECKCARD  0907 Triboo digitale USA Inc NEW YORK    NY 24204291250000103717431 CKCD 5651 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -990.78 |
| 09/08/21 | CHECKCARD  0907 SAKS 212-320-4700 NY 24692161250100941194704 CKCD 5311 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -664.15 |
| 09/09/21 | CHECKCARD  0909 KINGS MILL C-S BROOKLYN    NY CKCD 5542 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -41.23 |
| 09/15/21 | CHECKCARD  0914 BARENECESSITIES 877-728-9272 NJ 24692161257100136016285 CKCD 5631 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -82.25 |
| 09/15/21 | CHECKCARD  0914 SKINNY UP 970-4494900  CO 24789301257244900084768 CKCD 8099 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -104.95 |

*continued on the next page*



SMALL BUSINESS RESOURCES

## Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B | 3598723

PRESICO INC  |  Account #  ████████████  |  September 1, 2021 to September 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/15/21 | CHECKCARD  0914 NYCDOT PARKING METERS LONG IS CITY NY 24769331257172577471110 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -3.25 |
| 09/16/21 | CHECKCARD  0915 EVERYTHING BUT WTR 015 407-351-4069 FL 24431061258006010807011 CKCD 5699 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -251.97 |
| 09/20/21 | CHECKCARD  0917 NET COST MARKET - 16TH 718-769-1515 NY 24801661260017054066112 CKCD 5499 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -208.65 |
| 09/20/21 | CHECKCARD  0917 NYCDOT PARKING METERS LONG IS CITY NY 24769331260262605393611 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -13.75 |
| 09/21/21 | CHECKCARD  0920 NYCDOT PARKING METERS LONG IS CITY NY 24769331263162639130954 CKCD 7523 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -3.25 |
| 09/21/21 | CHECKCARD  0921 ORDER#1200007397 WWW.HOTYARN.CTX 24492161264000008331197 CKCD 5970 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -166.45 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$3,250.42** |
| **Total withdrawals and other debits** | | **-$11,250.42** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 09/02/21 | 1093 | -30,000.00 | | 09/20/21 | 1097 | -4,650.00 |
| 09/02/21 | 1094 | -8,000.00 | | 09/22/21 | 1098 | -1,500.00 |
| 09/21/21 | 1096* | -2,000.00 | | 09/27/21 | 1099 | -239,637.05 |
| | | | | **Total checks** | | **-$285,787.05** |
| | | | | **Total # of checks** | | **6** |

*  There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | | Date | Balance($) | | Date | Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/01 | 317,630.02 | | 09/09 | 277,214.12 | | 09/21 | 274,979.60 |
| 09/02 | 279,630.02 | | 09/15 | 277,023.67 | | 09/22 | 287,479.60 |
| 09/07 | 277,919.50 | | 09/16 | 268,771.70 | | 09/27 | 47,842.55 |
| 09/08 | 277,255.35 | | 09/20 | 263,899.30 | | | |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for October 1, 2021 to October 31, 2021                           Account number: ▊▊▊▊▊▊

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2021 | $47,842.55 | # of deposits/credits: 10 |
| Deposits and other credits | 453,914.00 | # of withdrawals/debits: 29 |
| Withdrawals and other debits | -224,858.45 | # of items-previous cycle[1]: 8 |
| Checks | -129,120.00 | # of days in cycle: 31 |
| Service fees | -189.00 | Average ledger balance: $96,772.28 |
| **Ending balance on October 31, 2021** | **$147,589.10** | [1]Includes checks paid,deposited items&other debits |

BANK OF AMERICA BUSINESS ADVANTAGE

Maximize your cash back, plus get a
$300 statement credit

To apply for the no-annual-fee Business Advantage Customized Cash Rewards credit card,
call **888.895.4909** or visit **bankofamerica.com/Biz300** today.

To qualify for the statement credit, open a new small business credit card account and make at least $3,000 in Net Purchases with your card that post to your account within
90 days from credit card account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice. SSM-01-21-3051.B | 3417990

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



## Your checking account

PRESICO INC | Account # ▮▮▮▮▮▮▮▮ | October 1, 2021 to October 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/21 | Counter Credit | 75,000.00 |
| 10/12/21 | Online Banking transfer from CHK 3426 Confirmation# 6305550275 | 80,000.00 |
| 10/15/21 | Agent Assisted transfer from CHK 1951 Confirmation# 1331407832 | 79,000.00 |
| 10/15/21 | Counter Credit | 35,000.00 |
| 10/15/21 | Agent Assisted transfer from CHK 3426 Confirmation# 1331396184 | 14,000.00 |
| 10/15/21 | WIRE TRANSFER FEE REFUND | 120.00 |
| 10/26/21 | Counter Credit | 138,980.00 |
| 10/28/21 | Counter Credit | 31,700.00 |
| 10/28/21 | WIRE TRANSFER FEE REFUND | 90.00 |
| 10/28/21 | RETURNED ITEM FEE REFUND | 24.00 |
| **Total deposits and other credits** | | **$453,914.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/12/21 | WIRE TYPE:INTL OUT DATE:211012 TIME:1232 ET TRN:2021101200650851 SERVICE REF:804825 BNF:HEAVEN GIFTS INTERNATIONAL ID:1080470017 BNF BK:CITIBANK N.A. ID:CITIHKHX PMT DET:6DQUEHC87  Trade related | -22,300.00 |
| 10/12/21 | WIRE TYPE:WIRE OUT DATE:211012 TIME:1242 ET TRN:2021101200655500 SERVICE REF:738667 BNF:MANHATTAN TRADE INC ID:767269837 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:E7Z7QAQSR Trade related | -20,000.00 |
| 10/15/21 | Customer Withdrawal Image | -70,000.00 |
| 10/19/21 | WIRE TYPE:INTL OUT DATE:211019 TIME:1525 ET TRN:2021101900403588 SERVICE REF:046557 BNF:A.L.F. UNO S.P.A. ID:it80a03069617131 BNF BK:I NTESA SANPAOLO SPA ID:BCITITMM PMT DET:EUHHE7L5V C ONTAINER NO. 10835 /ACC/CONTAINER NO. 10835 INTERL | -35,000.00 |
| 10/27/21 | RETURN ITEM CHARGEBACK | -61,300.00 |
| 10/27/21 | WIRE TYPE:INTL OUT DATE:211027 TIME:1413 ET TRN:2021102700413787 SERVICE REF:570023 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:94T6CNWJW Family support /ACC/Transfer not | -13,200.00 |

*continued on the next page*

## Did you know your business may have a credit score?

**It's important to have access to tools that help you understand your business credit.**

That's why we've partnered with Dun & Bradstreet to provide free access to a business credit score.[1]

To learn more visit **bankofamerica.com/BusinessCreditScore**.

[1] The Dun & Bradstreet Business Credit Score Program is for educational purposes and for your non-commercial, personal use only. This benefit is available only for U.S.-based Bank of America Small Business clients with an open and active Small Business account who have properly enrolled to access the Dun & Bradstreet business credit score in Business Advantage 360 and have a Dun & Bradstreet business credit score available. Dun & Bradstreet's business credit score (also known as "The D&B® Delinquency Predictor Score") is based on data from Dun & Bradstreet and may be different from other business credit scores. Dun & Bradstreet is a third party not affiliated with Bank of America and Bank of America makes no representation or warranty related to Dun & Bradstreet's business credit score.

SSM-01-21-2462.B | 3374987

PRESICO INC   |   Account #  ▇▇▇▇▇▇▇  |   October 1, 2021 to October 31, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| **Card account # XXXX XXXX XXXX 5952** | | |
| 10/04/21 | CHECKCARD  1001 NET COST MARKET - 16TH 718-769-1515 NY 24801661274017063263563 CKCD 5499 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -66.58 |
| 10/12/21 | CHECKCARD  1011 MILL BERGEN POOL CENTER 718-7635500  NY 24269751284900010400200 CKCD 5996 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -23.93 |
| 10/14/21 | CHECKCARD  1013 SAKS OFF 5TH 866-601-5105 NY 24692161286100513328803 CKCD 5311 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -234.08 |
| 10/18/21 | CHECKCARD  1016 MILL BERGEN POOL CENTER 718-7635500  NY 24269751290900010900086 CKCD 5996 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -163.31 |
| 10/25/21 | CHECKCARD  1024 TST* Arties Fish Market island park  NY 24692161297100468308401 CKCD 5812 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -370.00 |
| 10/26/21 | CHECKCARD  1026 KINGS MILL C-S BROOKLYN    NY CKCD 5542 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -55.01 |
| 10/28/21 | CHECKCARD  1026 GARAGE CLOTHING BROOKLYN     NY 24687201300030019176088 CKCD 5691 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,824.88 |
| 10/29/21 | CHECKCARD  1028 DECKERS*UGG 888-432-8530 CA 24692161301100037532873 CKCD 5661 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -320.66 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$3,058.45** |
| **Total withdrawals and other debits** | | **-$224,858.45** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 10/01/21 | 1051 | -45,000.00 | | 10/19/21 | 1058* | -3,000.00 |
| 10/12/21 | 1052 | -13,620.00 | | 10/26/21 | 1059 | -2,000.00 |
| 10/12/21 | 1053 | -8,000.00 | | 10/15/21 | 1061* | -1,000.00 |
| 10/13/21 | 1055* | -1,000.00 | | 10/18/21 | 1062 | -50,000.00 |
| 10/18/21 | 1056 | -2,500.00 | | 10/28/21 | 1070* | -3,000.00 |
| | | | | **Total checks** | | **-$129,120.00** |
| | | | | **Total # of checks** | | **10** |

*  *There is a gap in sequential check numbers*

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 09/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 10/12/21 | Wire Transfer Fee | -45.00 |
| 10/12/21 | Wire Transfer Fee | -30.00 |
| 10/19/21 | Wire Transfer Fee | -45.00 |

*continued on the next page*



<span style="color:crimson">**Your checking account**</span>

PRESICO INC   |   Account # ██████████   |   October 1, 2021 to October 31, 2021

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 10/27/21 | Wire Transfer Fee | -45.00 |
| 10/27/21 | RETURNED ITEM CHARGEBACK FEE | -24.00 |
| **Total service fees** | | **-$189.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 10/01 | 77,842.55 | 10/15 | 149,642.96 | 10/26 | 195,489.64 |
| 10/04 | 77,775.97 | 10/18 | 96,979.65 | 10/27 | 120,920.64 |
| 10/12 | 93,757.04 | 10/19 | 58,934.65 | 10/28 | 147,909.76 |
| 10/13 | 92,757.04 | 10/25 | 58,564.65 | 10/29 | 147,589.10 |
| 10/14 | 92,522.96 | | | | |

This page intentionally left blank



PRESICO INC | Account # ▓▓▓▓▓▓▓▓ | October 1, 2021 to October 31, 2021

## Check images

**Account number:** ▓▓▓▓▓▓▓▓

Check number: 1051 | Amount: $45,000.00

Check number: 1052 | Amount: $13,620.00



Check number: 1053 | Amount: $8,000.00

Check number: 1055 | Amount: $1,000.00



Check number: 1056 | Amount: $2,500.00

Check number: 1058 | Amount: $3,000.00

Check number: 1059 | Amount: $2,000.00

Check number: 1061 | Amount: $1,000.00

Check number: 1062 | Amount: $50,000.00

Check number: 1070 | Amount: $3,000.00



This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY  11234-6911

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for November 1, 2021 to November 30, 2021

Account number: ▮▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2021 | $147,589.10 |
| Deposits and other credits | 433,968.66 |
| Withdrawals and other debits | -81,128.41 |
| Checks | -154,204.21 |
| Service fees | -94.66 |
| **Ending balance on November 30, 2021** | **$346,130.48** |

# of deposits/credits: 5

# of withdrawals/debits: 24

# of items-previous cycle[1]: 17

# of days in cycle: 30

Average ledger balance: $331,345.46

[1]Includes checks paid,deposited items&other debits



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-07-21-0033.B I 3647905

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**



**Your checking account**

PRESICO INC | Account # ▮▮▮▮▮▮▮▮ | November 1, 2021 to November 30, 2021

**Important change regarding ATM withdrawals that overdraw your account.**

Starting February 16, 2022, customers will no longer be given the opportunity to agree to our overdraft practices to make an ATM withdrawal that overdraws their account. Going forward, if an ATM withdrawal amount is more than the available balance, we will decline the transaction.

**We are here to help**
If you have questions or you would like to discuss this change to our overdraft practices, please call the number on your statement or schedule an appointment at bankofamerica.com/appointments.

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/21 | Online Banking transfer from CHK 3426 Confirmation# 2597128824 | 300,000.00 |
| 11/10/21 | CHECK ORDER FEE REFUND | 94.66 |
| 11/15/21 | Counter Credit | 127,050.00 |
| 11/18/21 | Counter Credit | 5,200.00 |
| 11/18/21 | Counter Credit | 1,624.00 |
| **Total deposits and other credits** | | **$433,968.66** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/04/21 | Customer Withdrawal Image | -57,346.09 |
| 11/10/21 | WF HOME MTG    DES:AUTO PAY   ID:0127980407  INDN:TAMILLA DOVMAN    CO ID:WXXXXXXXXX PPD | -8,000.00 |
| 11/30/21 | Customer Withdrawal Image | -15,000.00 |

*continued on the next page*

BUSINESS ADVANTAGE

## Thanks. We're here to listen to you.

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.
To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-10-20-0899.B | 3293362

PRESICO INC | Account # ▓▓▓▓▓▓▓ | November 1, 2021 to November 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 5952 | | |
| 11/10/21 | CHECKCARD 1108 MYCASE INC 800-5718062 CA 2475542131316313650 7046 CKCD 5045 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -64.24 |
| 11/29/21 | CHECKCARD 1128 TMOBILE POSTPAID WEB 800-937-8997 WA 24692161332100156820623 RECURRING CKCD 4814 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -718.08 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$782.32** |
| **Total withdrawals and other debits** | | **-$81,128.41** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 11/08/21 | 1001 | -3,000.00 | | 11/08/21 | 1060* | -5,910.00 |
| 11/04/21 | 1003* | -50,000.00 | | 11/08/21 | 1063* | -2,500.00 |
| 11/17/21 | 1004 | -3,500.00 | | 11/12/21 | 1064 | -7,893.36 |
| 11/17/21 | 1005 | -3,500.00 | | 11/08/21 | 1066* | -40,900.85 |
| 11/17/21 | 1006 | -1,000.00 | | 11/02/21 | 1068* | -1,500.00 |
| 11/23/21 | 1007 | -2,500.00 | | 11/01/21 | 1069 | -3,000.00 |
| 11/24/21 | 1008 | -4,000.00 | | 11/24/21 | 1073* | -1,500.00 |
| 11/23/21 | 1010* | -14,000.00 | | 11/09/21 | 1074 | -2,500.00 |
| 11/19/21 | 1057* | -3,000.00 | | 11/15/21 | 1075 | -4,000.00 |
| | | | | **Total checks** | | **-$154,204.21** |
| | | | | **Total # of checks** | | **18** |

*   There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/29/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 11/04/21 | CHECK ORDER00487 DES:FEE    ID:1WBI4475 PMT INFO: PRODUCT(S): 81.81    S&H: 5.13    NY TAX: 7.72 | -94.66 |
| **Total service fees** | | **-$94.66** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 144,589.10 | 11/03 | 443,089.10 | 11/08 | 283,337.50 |
| 11/02 | 143,089.10 | 11/04 | 335,648.35 | 11/09 | 280,837.50 |

*continued on the next page*

**BANK OF AMERICA**

**Your checking account**

PRESICO INC  |  Account #  ▮▮▮▮▮▮▮  |  November 1, 2021 to November 30, 2021

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 11/10 | 272,867.92 | 11/18 | 386,848.56 | 11/24 | 361,848.56 |
| 11/12 | 264,974.56 | 11/19 | 383,848.56 | 11/29 | 361,130.48 |
| 11/15 | 388,024.56 | 11/23 | 367,348.56 | 11/30 | 346,130.48 |
| 11/17 | 380,024.56 | | | | |

This page intentionally left blank

**BANK OF AMERICA**

PRESICO INC   |   Account #  ███████   |   November 1, 2021 to November 30, 2021

# Check images

**Account number:** ███████

Check number: 1001   |   Amount:  $3,000.00



Check number: 1003   |   Amount:  $50,000.00



Check number: 1004   |   Amount:  $3,500.00



Check number: 1005   |   Amount:  $3,500.00



Check number: 1006   |   Amount:  $1,000.00



Check number: 1007   |   Amount:  $2,500.00



Check number: 1008   |   Amount:  $4,000.00



Check number: 1010   |   Amount:  $14,000.00



Check number: 1057   |   Amount:  $3,000.00



Check number: 1060   |   Amount:  $5,910.00



continued on the next page



PRESICO INC   |   Account #   [REDACTED]   |   November 1, 2021 to November 30, 2021

# Check images - continued

**Account number:** [REDACTED]

Check number: 1063   |   Amount:  $2,500.00



Check number: 1064   |   Amount:  $7,893.36



Check number: 1066   |   Amount:  $40,900.85



Check number: 1068   |   Amount:  $1,500.00



Check number: 1069   |   Amount:  $3,000.00



Check number: 1073   |   Amount:  $1,500.00



Check number: 1074   |   Amount:  $2,500.00



Check number: 1075   |   Amount:  $4,000.00



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
394 MAYFAIR DR S
BROOKLYN, NY 11234-6911

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2021 to December 31, 2021

Account number: ▇▇▇▇▇▇▇

**PRESICO INC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2021 | $346,130.48 | # of deposits/credits: 9 |
| Deposits and other credits | 390,767.67 | # of withdrawals/debits: 25 |
| Withdrawals and other debits | -30,290.08 | # of items-previous cycle¹: 23 |
| Checks | -449,052.31 | # of days in cycle: 31 |
| Service fees | -184.66 | Average ledger balance: $295,086.11 |
| **Ending balance on December 31, 2021** | **$257,371.10** | ¹Includes checks paid,deposited items&other debits |

BUSINESS ADVANTAGE

Unlimited, uncomplicated. 1.5% cash back on all purchases.

Plus get a $300 statement credit offer.

Apply today for the new Business Advantage Unlimited Cash Rewards credit card with no annual fee.
Call us at **888.895.4909** or visit **bankofamerica.com/Bus300**.

To qualify for the statement credit, open a new small business credit card account and make at least $3,000 in Net Purchases with your card that post to your account within 90 days from credit card account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice. SSM-08-21-0026.B | 3683304

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**



**Your checking account**

PRESICO INC | Account # ▓▓▓▓▓▓▓ | December 1, 2021 to December 31, 2021

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

# Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/01/21 | Counter Credit | 35,000.00 |
| 12/02/21 | Counter Credit | 13,000.00 |
| 12/09/21 | Counter Credit | 140,512.00 |
| 12/16/21 | Counter Credit | 73,600.00 |
| 12/16/21 | WIRE TRANSFER FEE REFUND | 45.00 |
| 12/17/21 | Counter Credit | 10,171.67 |
| 12/27/21 | BKOFAMERICA ATM 12/27 #000007021 DEPOSIT BROOKLYN-SHEEPHEAD BROOKLYN NY | 35,000.00 |
| 12/27/21 | Deposit | 15,000.00 |
| 12/29/21 | BKOFAMERICA ATM 12/29 #000003848 DEPOSIT AVENUE U & EAST 21 BROOKLYN NY | 68,439.00 |
| **Total deposits and other credits** | | **$390,767.67** |

# Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/02/21 | WIRE TYPE:INTL OUT DATE:211202 TIME:1430 ET TRN:2021120200431318 SERVICE REF:483763 BNF:ARTRUST SA, ID:CH51048350151542 BNF BK:CREDIT SUISSE (SWITZERL ID:CRESCHZZ80A/(CH0 PMT DET:7ZUNX SJYZ Goods | -4,725.84 |
| 12/06/21 | WF HOME MTG        DES:AUTO PAY  ID:0127980407  INDN:TAMILLA DOVMAN            CO ID:WXXXXXXXXX PPD | -8,000.00 |
| 12/27/21 | Chase Auto       DES:CHECK PYMT CHECK #:1026  INDN:                    CO ID:0480000800 ARC | -5,000.00 |
| 12/28/21 | WIRE TYPE:INTL OUT DATE:211228 TIME:1436 ET TRN:2021122800361298 SERVICE REF:360362 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:9H9CXAR2T Family support /ACC/Transfer not | -12,500.00 |

*continued on the next page*



Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B | 3647905

PRESICO INC   |   Account #  ███████████  |   December 1, 2021 to December 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| Card account # XXXX XXXX XXXX 5952 | | |
| 12/10/21 | CHECKCARD 1208 MYCASE INC 800-5718062 CA 24755421343163439008217 CKCD 5045 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -64.24 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$64.24** |
| **Total withdrawals and other debits** | | **-$30,290.08** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/21/21 | | -1,500.00 | | 12/16/21 | 1025 | -4,500.00 |
| 12/31/21 | 1009 | -3,500.00 | | 12/16/21 | 1027* | -8,000.00 |
| 12/06/21 | 1011* | -4,520.00 | | 12/22/21 | 1028 | -82.31 |
| 12/09/21 | 1012 | -5,000.00 | | 12/15/21 | 1029 | -350,000.00 |
| 12/14/21 | 1013 | -1,000.00 | | 12/23/21 | 1033* | -3,000.00 |
| 12/30/21 | 1015* | -4,000.00 | | 12/07/21 | 1067* | -4,000.00 |
| 12/23/21 | 1016 | -1,000.00 | | 12/01/21 | 1071* | -2,450.00 |
| 12/28/21 | 1017 | -5,000.00 | | 12/06/21 | 1072 | -1,000.00 |
| 12/13/21 | 1024* | -50,500.00 | | | | |
| | | | | **Total checks** | | **-$449,052.31** |
| | | | | **Total # of checks** | | **17** |

*  There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 12/02/21 | Wire Transfer Fee | -45.00 |
| 12/23/21 | CHECK ORDER00487 DES:FEE      ID:1WWI3659 PMT INFO: PRODUCT(S): 81.81      S&H: 5.13    NY TAX: 7.72 | -94.66 |
| 12/28/21 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$184.66** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/01 | 378,680.48 | 12/06 | 373,389.64 | 12/09 | 504,901.64 |
| 12/02 | 386,909.64 | 12/07 | 369,389.64 | 12/10 | 504,837.40 |

continued on the next page

**BANK OF AMERICA**

**Your checking account**

PRESICO INC | Account # ████████ | December 1, 2021 to December 31, 2021

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/13 | 454,337.40 | 12/21 | 173,154.07 | 12/28 | 196,432.10 |
| 12/14 | 453,337.40 | 12/22 | 173,071.76 | 12/29 | 264,871.10 |
| 12/15 | 103,337.40 | 12/23 | 168,977.10 | 12/30 | 260,871.10 |
| 12/16 | 164,482.40 | 12/27 | 213,977.10 | 12/31 | 257,371.10 |
| 12/17 | 174,654.07 | | | | |

This page intentionally left blank

**BANK OF AMERICA**

PRESICO INC  |  Account #  ▮▮▮▮▮  |  December 1, 2021 to December 31, 2021

## Check images

**Account number:** ▮▮▮▮▮

Amount: $1,500.00

Check number: 1009  |  Amount: $3,500.00



Check number: 1011  |  Amount: $4,520.00

Check number: 1012  |  Amount: $5,000.00





Check number: 1013  |  Amount: $1,000.00

Check number: 1015  |  Amount: $4,000.00



Check number: 1016  |  Amount: $1,000.00

Check number: 1017  |  Amount: $5,000.00



Check number: 1024  |  Amount: $50,500.00

Check number: 1025  |  Amount: $4,500.00



*continued on the next page*



PRESICO INC   |   Account #   ▮▮▮▮▮▮▮▮   |   December 1, 2021 to December 31, 2021

## Check images - continued

**Account number:** ▮▮▮▮▮▮▮▮

Check number: 1027   |   Amount:  $8,000.00

Check number: 1028   |   Amount:  $82.31



Check number: 1029   |   Amount:  $350,000.00

Check number: 1033   |   Amount:  $3,000.00

Check number: 1067   |   Amount:  $4,000.00

Check number: 1071   |   Amount:  $2,450.00



Check number: 1072   |   Amount:  $1,000.00



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for January 1, 2022 to January 31, 2022                    Account number: ▉▉▉▉▉▉▉▉

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2022 | $257,371.10 | # of deposits/credits: 8 |
| Deposits and other credits | 447,439.00 | # of withdrawals/debits: 27 |
| Withdrawals and other debits | -219,145.77 | # of items–previous cycle[1]: 30 |
| Checks | -233,530.00 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $206,556.87 |
| **Ending balance on January 31, 2022** | **$252,104.33** | [1]Includes checks paid,deposited items&other debits |

BUSINESS ADVANTAGE

Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



# Your checking account

PRESICO INC   |   Account #  ████████████  |   January 1, 2022 to January 31, 2022

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 01/03/22 | BKOFAMERICA ATM 01/03 #000005661 DEPOSIT AVENUE U & EAST 21 BROOKLYN | | NY | 13,698.00 |
| 01/14/22 | Online Banking transfer from CHK 2870 Confirmation# 1319301432 | | | 140,000.00 |
| 01/14/22 | Online Banking transfer from CHK 2883 Confirmation# 3519306260 | | | 120,000.00 |
| 01/14/22 | BKOFAMERICA ATM 01/14 #000009137 DEPOSIT SHEEPSHEAD BAY | BROOKLYN | NY | 3,741.00 |
| 01/27/22 | Online Banking transfer from CHK 3426 Confirmation# 1131085110 | | | 99,000.00 |
| 01/27/22 | Online Banking transfer from CHK 2883 Confirmation# 2331075682 | | | 45,000.00 |
| 01/27/22 | Online Banking transfer from CHK 2870 Confirmation# 2531072019 | | | 25,000.00 |
| 01/27/22 | Online Banking transfer from CHK 3426 Confirmation# 2231080282 | | | 1,000.00 |

**Total deposits and other credits** **$447,439.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 01/04/22 | WIRE TYPE:WIRE OUT DATE:220104 TIME:1206 ET TRN:2022010400330516 SERVICE REF:007999 BNF:SACAP HOLDINGS INC ID:219103504 BNF BK:THE FIR ST, A NATIONAL B ID:065303360 PMT DET:370037566 | -50,000.00 |
| 01/04/22 | WIRE TYPE:INTL OUT DATE:220104 TIME:1453 ET TRN:2022010400400829 SERVICE REF:750598 BNF:DAE HAN CORPORATION ID:1081600555298 BNF BK:WO ORI BANK ID:006550794500 PMT DET:370072476 POP GOO DS CONT DONACAN | -3,930.00 |
| 01/07/22 | WIRE TYPE:WIRE OUT DATE:220107 TIME:1431 ET TRN:2022010700390979 SERVICE REF:435079 BNF:JPL DEVELOPMENT ID:336300303 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:370554242 | -99,780.00 |
| 01/13/22 | WIRE TYPE:WIRE OUT DATE:220113 TIME:1200 ET TRN:2022011300338312 SERVICE REF:009909 BNF:VPR COLLECTION ID:867351525 BNF BK:JPMORGAN CH ASE BANK, NA ID:322271627 PMT DET:371211170 | -38,000.00 |
| 01/20/22 | WIRE TYPE:WIRE OUT DATE:220120 TIME:1339 ET TRN:2022012000405329 SERVICE REF:012948 BNF:VPR COLLECTION ID:867351525 BNF BK:JPMORGAN CH ASE BANK, NA ID:322271627 PMT DET:372055450 | -20,360.00 |
| 01/27/22 | LIBERTY MUTUAL   DES:INSRNC PMT ID:2914747  INDN:IGOR *DOVMAN              CO ID:0000061050 WEB | -6,126.50 |

*continued on the next page*



SMALL BUSINESS RESOURCES

## Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B | 3598723

PRESICO INC  |  Account #███████  |  January 1, 2022 to January 31, 2022

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 5952 | |
| 01/03/22 | BKOFAMERICA ATM 01/03 #000005662 WITHDRWL AVENUE U & EAST 21 BROOKLYN     NY | -700.00 |
| 01/10/22 | CHECKCARD 0108 MYCASE INC 800-5718062  CA 24755422009150097860966 CKCD 5045 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -64.24 |
| 01/21/22 | SHEEPSHEAD BAY  01/21 #000101342 PURCHASE SHEEPSHEAD BAY     BROOKLYN     NY | -185.03 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$949.27** |
| **Total withdrawals and other debits** | | **-$219,145.77** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 01/20/22 | 1018 | -4,000.00 | | 01/18/22 | 1039 | -8,000.00 |
| 01/31/22 | 1019 | -1,000.00 | | 01/19/22 | 1043* | -43,000.00 |
| 01/25/22 | 1020 | -1,500.00 | | 01/24/22 | 1044 | -100,000.00 |
| 01/13/22 | 1030* | -1,500.00 | | 01/28/22 | 1047* | -8,000.00 |
| 01/14/22 | 1031 | -4,000.00 | | 01/28/22 | 1048 | -22,920.00 |
| 01/07/22 | 1032 | -5,000.00 | | 01/12/22 | 1376* | -30,000.00 |
| 01/18/22 | 1038* | -4,610.00 | | | | |
| | | | | **Total checks** | | **-$233,530.00** |
| | | | | **Total # of checks** | | **13** |

*  *There is a gap in sequential check numbers*

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 12/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/04/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/04/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $45 | -0.00 |
| 01/07/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/13/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 01/20/22 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your checking account**

PRESICO INC   |   Account # ██████████   |   January 1, 2022 to January 31, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | 257,371.10 | 01/13 | 42,094.86 | 01/24 | 121,650.83 |
| 01/03 | 270,369.10 | 01/14 | 301,835.86 | 01/25 | 120,150.83 |
| 01/04 | 216,439.10 | 01/18 | 289,225.86 | 01/27 | 284,024.33 |
| 01/07 | 111,659.10 | 01/19 | 246,225.86 | 01/28 | 253,104.33 |
| 01/10 | 111,594.86 | 01/20 | 221,835.86 | 01/31 | 252,104.33 |
| 01/12 | 81,594.86 | 01/21 | 221,650.83 | | |

This page intentionally left blank

**BANK OF AMERICA**

PRESICO INC | Account # ▮▮▮▮▮▮▮ | January 1, 2022 to January 31, 2022

## Check images

**Account number:** ▮▮▮▮▮▮▮

Check number: 1018 | Amount: $4,000.00



Check number: 1019 | Amount: $1,000.00



Check number: 1020 | Amount: $1,500.00



Check number: 1030 | Amount: $1,500.00



Check number: 1031 | Amount: $4,000.00



Check number: 1032 | Amount: $5,000.00



Check number: 1038 | Amount: $4,610.00



Check number: 1039 | Amount: $8,000.00



Check number: 1043 | Amount: $43,000.00

Check number: 1044 | Amount: $100,000.00

continued on the next page



PRESICO INC  |  Account #  ▮▮▮▮▮▮▮▮  |  January 1, 2022 to January 31, 2022

## Check images - continued

**Account number:** ▮▮▮▮▮▮▮

Check number: 1047  |  Amount:  $8,000.00

Check number: 1048  |  Amount:  $22,920.00

Check number: 1376  |  Amount:  $30,000.00





P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

✏️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for February 1, 2022 to February 28, 2022                    Account number: ▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2022 | $252,104.33 | # of deposits/credits: 4 |
| Deposits and other credits | 233,164.00 | # of withdrawals/debits: 23 |
| Withdrawals and other debits | -98,064.24 | # of items-previous cycle[1]: 13 |
| Checks | -211,420.50 | # of days in cycle: 28 |
| Service fees | -45.00 | Average ledger balance: $231,691.20 |
| **Ending balance on February 28, 2022** | **$175,738.59** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

We thank you
for your business
and are here to
listen to you

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.

To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-11-21-0006.B | 3877943

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** ⌂ **Equal Housing Lender**



# Your checking account

PRESICO INC | Account # ████████ | February 1, 2022 to February 28, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/08/22 | Counter Credit | 90,000.00 |
| 02/15/22 | Online Banking transfer from CHK 2883 Confirmation# 1294801424 | 90,000.00 |
| 02/15/22 | Online Banking transfer from CHK 2870 Confirmation# 3394796262 | 50,000.00 |
| 02/28/22 | Counter Credit | 3,164.00 |
| **Total deposits and other credits** | | **$233,164.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/04/22 | Chase Auto      DES:CHECK PYMT CHECK #:1046  INDN:             CO ID:0480000800 ARC | -5,000.00 |
| 02/09/22 | WIRE TYPE:WIRE OUT DATE:220209 TIME:1249 ET TRN:2022020900336570 SERVICE REF:009386 BNF:MTT9 HOLDINGS LLC ID:5501572225 BNF BK:VERITEX  COMMUNITY BANK ID:113024164 PMT DET:374784814 | -75,000.00 |
| 02/09/22 | WF HOME MTG      DES:AUTO PAY  ID:0127980407  INDN:TAMILLA DOVMAN          CO ID:WXXXXXXXX TEL | -8,000.00 |
| 02/17/22 | WIRE TYPE:INTL OUT DATE:220217 TIME:1247 ET TRN:2022021700347763 SERVICE REF:069304 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:LA365TYXU Family support /ACC/Transfer not | -10,000.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|------|-------------|-------:|
| 02/10/22 | CHECKCARD  0208 MYCASE INC 800-5718062  CA 24755422040160405834711 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -64.24 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$64.24** |
| **Total withdrawals and other debits** | | **-$98,064.24** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|---|------|---------|-------:|
| 02/02/22 | 1035 | -2,000.00 | | 02/14/22 | 1050 | -14,330.00 |
| 02/07/22 | 1036 | -1,000.00 | | 02/28/22 | 1351* | -1,000.00 |
| 02/09/22 | 1037 | -3,000.00 | | 02/18/22 | 1355* | -5,000.00 |
| 02/07/22 | 1049* | -3,370.50 | | 02/18/22 | 1356 | -1,500.00 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

PRESICO INC | Account # ███████████ | February 1, 2022 to February 28, 2022

## Checks - continued

| Date | Check # | Amount |
|------|---------|--------|
| 02/22/22 | 1357 | -1,000.00 |
| 02/15/22 | 1358 | -50,000.00 |
| 02/16/22 | 1359 | -50,000.00 |
| 02/17/22 | 1360 | -4,610.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 02/15/22 | 1361 | -25,000.00 |
| 02/23/22 | 1364* | -10,000.00 |
| 02/24/22 | 1366* | -34,610.00 |
| 02/24/22 | 1367 | -5,000.00 |
| **Total checks** | | **-$211,420.50** |
| **Total # of checks** | | **16** |

*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓    $15,000+ combined average monthly balance in linked business accounts has been met

✓    Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/09/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 02/17/22 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 252,104.33 | 02/10 | 244,669.59 | 02/18 | 224,184.59 |
| 02/02 | 250,104.33 | 02/14 | 230,339.59 | 02/22 | 223,184.59 |
| 02/04 | 245,104.33 | 02/15 | 295,339.59 | 02/23 | 213,184.59 |
| 02/07 | 240,733.83 | 02/16 | 245,339.59 | 02/24 | 173,574.59 |
| 02/08 | 330,733.83 | 02/17 | 230,684.59 | 02/28 | 175,738.59 |
| 02/09 | 244,733.83 | | | | |

**BANK OF AMERICA**

PRESICO INC | Account # ▮▮▮▮▮▮ | February 1, 2022 to February 28, 2022

## Check images

**Account number:** ▮▮▮▮▮▮

Check number: 1035 | Amount: $2,000.00    Check number: 1036 | Amount: $1,000.00



Check number: 1037 | Amount: $3,000.00    Check number: 1049 | Amount: $3,370.50



Check number: 1050 | Amount: $14,330.00    Check number: 1351 | Amount: $1,000.00

Check number: 1355 | Amount: $5,000.00    Check number: 1356 | Amount: $1,500.00

Check number: 1357 | Amount: $1,000.00    Check number: 1358 | Amount: $50,000.00

*continued on the next page*

Page 5 of 6



PRESICO INC | Account # ▮▮▮▮▮▮▮ | February 1, 2022 to February 28, 2022

## Check images - continued
**Account number:** ▮▮▮▮▮▮▮

Check number: 1359 | Amount: $50,000.00

Check number: 1360 | Amount: $4,610.00



Check number: 1361 | Amount: $25,000.00

Check number: 1364 | Amount: $10,000.00

Check number: 1366 | Amount: $34,610.00

Check number: 1367 | Amount: $5,000.00



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for March 1, 2022 to March 31, 2022

Account number: ▉▉▉▉▉▉▉▉

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2022 | $175,738.59 | # of deposits/credits: 9 |
| Deposits and other credits | 131,779.45 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -22,575.13 | # of items-previous cycle[1]: 18 |
| Checks | -213,500.00 | # of days in cycle: 31 |
| Service fees | -45.00 | Average ledger balance: $114,622.21 |
| **Ending balance on March 31, 2022** | **$71,397.91** | [1]Includes checks paid, deposited items and other debits |

**BANK OF AMERICA BUSINESS ADVANTAGE**

## We're listening

You can help us understand what we're doing right and what we can do better for business owners like you. Join the Bank of America® Advisory Panel and tell us what you think. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-12-21-0028B | 3929546

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   –   Tell us your name and account number.
   –   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   –   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender**



<span style="color:magenta">**Your checking account**</span>

PRESICO INC  |  Account #  ██████████  |  March 1, 2022 to March 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/04/22 | Online Banking transfer from CHK 2883 Confirmation# 3442257979 | 45,000.00 |
| 03/04/22 | Online Banking transfer from CHK 3426 Confirmation# 3542260533 | 7,000.00 |
| 03/10/22 | Online Banking transfer from CHK 2870 Confirmation# 7295001914 | 51,000.00 |
| 03/10/22 | Online Banking transfer from CHK 2883 Confirmation# 7394997209 | 18,000.00 |
| 03/11/22 | WIRE TRANSFER FEE REFUND | 45.00 |
| 03/16/22 | Counter Credit | 4,539.00 |
| 03/17/22 | Counter Credit | 1,520.00 |
| 03/29/22 | Counter Credit | 3,071.60 |
| 03/29/22 | Counter Credit | 1,603.85 |
| **Total deposits and other credits** | | **$131,779.45** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/02/22 | WIRE TYPE:INTL OUT DATE:220302 TIME:1318 ET TRN:2022030200393444 SERVICE REF:852919 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:2Q93G4SWQ Family support /ACC/Transfer not | -8,000.00 |
| 03/28/22 | WIRE TYPE:INTL OUT DATE:220328 TIME:1520 ET TRN:2022032800497170 SERVICE REF:406665 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:ZLS489JEX Family support | -10,000.00 |
| 03/29/22 | NY TLR cash withdrawal from CHK 3413 | -4,500.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|---|---|---|
| 03/10/22 | CHECKCARD 0308 MYCASE INC 800-5718062  CA 24755422068160687724132 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$75.13** |
| **Total withdrawals and other debits** | | **-$22,575.13** |



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B I 3647905

PRESICO INC | Account # ▮▮▮▮▮▮▮▮ | March 1, 2022 to March 31, 2022

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 03/08/22 | 1034 | -3,000.00 | | 03/08/22 | 1362* | -30,000.00 |
| 03/01/22 | 1326* | -5,000.00 | | 03/22/22 | 1368* | -25,000.00 |
| 03/01/22 | 1327 | -5,000.00 | | 03/09/22 | 1369 | -25,000.00 |
| 03/01/22 | 1329* | -7,000.00 | | 03/02/22 | 1370 | -5,000.00 |
| 03/01/22 | 1330 | -7,000.00 | | 03/22/22 | 1373* | -1,500.00 |
| 03/02/22 | 1331 | -5,000.00 | | 03/14/22 | 1374 | -1,500.00 |
| 03/18/22 | 1332 | -32,000.00 | | 03/11/22 | 1375 | -3,500.00 |
| 03/01/22 | 1352* | -4,000.00 | | 03/07/22 | 1377* | -50,000.00 |
| 03/11/22 | 1354* | -4,000.00 | | | | |
| | | | | **Total checks** | | **-$213,500.00** |
| | | | | **Total # of checks** | | **17** |

*   There is a gap in sequential check numbers

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/28/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/02/22 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 147,738.59 | 03/09 | 73,693.59 | 03/17 | 139,722.46 |
| 03/02 | 129,693.59 | 03/10 | 142,618.46 | 03/18 | 107,722.46 |
| 03/04 | 181,693.59 | 03/11 | 135,163.46 | 03/22 | 81,222.46 |
| 03/07 | 131,693.59 | 03/14 | 133,663.46 | 03/28 | 71,222.46 |
| 03/08 | 98,693.59 | 03/16 | 138,202.46 | 03/29 | 71,397.91 |

**BANK OF AMERICA**

PRESICO INC | Account # ▮▮▮▮▮▮▮ | March 1, 2022 to March 31, 2022

## Check images

**Account number:** ▮▮▮▮▮▮▮

Check number: 1034 | Amount: $3,000.00



Check number: 1326 | Amount: $5,000.00



Check number: 1327 | Amount: $5,000.00



Check number: 1329 | Amount: $7,000.00

Check number: 1330 | Amount: $7,000.00



Check number: 1331 | Amount: $5,000.00

Check number: 1332 | Amount: $32,000.00

Check number: 1352 | Amount: $4,000.00

Check number: 1354 | Amount: $4,000.00



Check number: 1362 | Amount: $30,000.00

continued on the next page



**BANK OF AMERICA**

PRESICO INC | Account # ▓▓▓▓▓▓ | March 1, 2022 to March 31, 2022

## Check images - continued

**Account number:** ▓▓▓▓▓▓

Check number: 1368 | Amount: $25,000.00

Check number: 1369 | Amount: $25,000.00



Check number: 1370 | Amount: $5,000.00

Check number: 1373 | Amount: $1,500.00



Check number: 1374 | Amount: $1,500.00

Check number: 1375 | Amount: $3,500.00





Check number: 1377 | Amount: $50,000.00



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Great News!**

**We are eliminating non-sufficient fund (NSF) fees and the transfer fee for Balance Connect(TM) for overdraft protection on personal and small business checking accounts.**

These new fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

- Starting February 18, 2022 - NSF: Returned Item Fees will no longer be charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) for the amount needed to cover the transaction if you are enrolled in Balance Connect for overdraft protection.

  Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

**We are also reducing overdraft fees on personal and small business checking accounts.**

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for April 1, 2022 to April 30, 2022

Account number: ▓▓▓▓▓▓▓▓

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2022 | $71,397.91 | # of deposits/credits: 11 |
| Deposits and other credits | 356,107.00 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -142,835.13 | # of items-previous cycle[1]: 22 |
| Checks | -103,854.00 | # of days in cycle: 30 |
| Service fees | -45.00 | Average ledger balance: $109,651.09 |
| **Ending balance on April 30, 2022** | **$180,770.78** | [1]Includes checks paid, deposited items and other debits |

---

BUSINESS ADVANTAGE

## Celebrating YOU during this Small Business Month

As a small business owner, you work hard every day to build your business. By pursuing your dream, you also help bring the community together. During Small Business Month, we celebrate the drive and determination that makes entrepreneurs like you so special. Thank you for all you do.

Learn more at **bankofamerica.com/SBgrowth**.

SSM-12-21-0133.B | 3928586

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



# Your checking account

PRESICO INC  |  Account #  ███████████  |  April 1, 2022 to April 30, 2022

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 04/04/22 | Online Banking transfer from CHK 2870 Confirmation# 1491054285 | | | 24,000.00 |
| 04/04/22 | Online Banking transfer from CHK 2883 Confirmation# 2191058101 | | | 22,000.00 |
| 04/12/22 | Online Banking transfer from CHK 1935 Confirmation# 2277539988 | | | 100,000.00 |
| 04/12/22 | Counter Credit | | | 57,000.00 |
| 04/12/22 | Online Banking transfer from CHK 2883 Confirmation# 2477531800 | | | 23,000.00 |
| 04/12/22 | Online Banking transfer from CHK 2870 Confirmation# 3577534659 | | | 14,000.00 |
| 04/26/22 | Counter Credit | | | 555.00 |
| 04/27/22 | BKOFAMERICA ATM 04/27 #000002570 DEPOSIT SHEEPSHEAD BAY | BROOKLYN | NY | 7,552.00 |
| 04/28/22 | BKOFAMERICA ATM 04/28 #000003034 DEPOSIT SHEEPSHEAD BAY | BROOKLYN | NY | 67,000.00 |
| 04/28/22 | Online Banking transfer from CHK 2883 Confirmation# 5215858713 | | | 33,000.00 |
| 04/28/22 | Online Banking transfer from CHK 2870 Confirmation# 5315863326 | | | 8,000.00 |

**Total deposits and other credits** — **$356,107.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/05/22 | WIRE TYPE:WIRE OUT DATE:220405 TIME:1519 ET TRN:2022040500409498 SERVICE REF:012874 BNF:TNT CONSULTATION ID:790921396 BNF BK:JPMORGAN CHASE BANK, NA ID:322271627 PMT DET:382387452 | -64,200.00 |
| 04/05/22 | WIRE TYPE:WIRE OUT DATE:220405 TIME:1521 ET TRN:2022040500410994 SERVICE REF:012930 BNF:DL SUPPLY CO LLC ID:3018414858 BNF BK:WELLS FA RGO BANK, N.A. ID:121000248 PMT DET:382388162 | -20,800.00 |
| 04/20/22 | WIRE TYPE:INTL OUT DATE:220420 TIME:1500 ET TRN:2022042000434339 SERVICE REF:058997 BNF:A.L.F. UNO S.P.A. ID:IT80A03069617131 BNF BK:I NTESA SANPAOLO SPA ID:BCITITMM PMT DET:PCMWY7XUZ P AYMENT CON FCIU905288/0 | -57,760.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|------|-------------|-------:|
| 04/11/22 | CHECKCARD  0408 MYCASE INC 800-5718062  CA 24755422099170991021599 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |

**Subtotal for card account # XXXX XXXX XXXX 5952** — **-$75.13**

**Total withdrawals and other debits** — **-$142,835.13**

---

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

PRESICO INC  |  Account #  ▓▓▓▓▓▓▓  |  April 1, 2022 to April 30, 2022

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|--|------|---------|--------|
| 04/12/22 | 1333 | -20,150.00 | | 04/11/22 | 1384* | -4,000.00 |
| 04/12/22 | 1371* | -3,000.00 | | 04/11/22 | 1385 | -1,302.00 |
| 04/07/22 | 1372 | -5,000.00 | | 04/11/22 | 1386 | -1,302.00 |
| 04/18/22 | 1378* | -4,000.00 | | 04/14/22 | 1387 | -25,700.00 |
| 04/29/22 | 1379 | -4,000.00 | | 04/28/22 | 1389* | -30,400.00 |
| 04/29/22 | 1380 | -5,000.00 | | | | |

**Total checks** **-$103,854.00**
**Total # of checks** **11**

\*  *There is a gap in sequential check numbers*

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/05/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 04/05/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 04/20/22 | Wire Transfer Fee | -45.00 |

**Total service fees** **-$45.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 71,397.91 | 04/12 | 191,568.78 | 04/26 | 104,618.78 |
| 04/04 | 117,397.91 | 04/14 | 165,868.78 | 04/27 | 112,170.78 |
| 04/05 | 32,397.91 | 04/18 | 161,868.78 | 04/28 | 189,770.78 |
| 04/07 | 27,397.91 | 04/20 | 104,063.78 | 04/29 | 180,770.78 |
| 04/11 | 20,718.78 | | | | |

**BANK OF AMERICA**

PRESICO INC  |  Account # ███████  |  April 1, 2022 to April 30, 2022

## Check images

**Account number:** ███████

Check number: 1335  |  Amount: $20,150.00



Check number: 1371  |  Amount: $3,000.00



Check number: 1372  |  Amount: $5,000.00



Check number: 1378  |  Amount: $4,000.00



Check number: 1379  |  Amount: $4,000.00



Check number: 1380  |  Amount: $5,000.00



Check number: 1384  |  Amount: $4,000.00



Check number: 1385  |  Amount: $1,302.00

Check number: 1386  |  Amount: $1,302.00



Check number: 1387  |  Amount: $25,700.00

*continued on the next page*



PRESICO INC | Account # ▇▇▇▇▇▇▇ | April 1, 2022 to April 30, 2022

## Check images - continued

**Account number:** ▇▇▇▇▇▇▇
Check number: 1389 | Amount: $30,400.00



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

📧 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for May 1, 2022 to May 31, 2022                    Account number: ▮▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2022 | $180,770.78 | # of deposits/credits: 4 |
| Deposits and other credits | 130,800.00 | # of withdrawals/debits: 16 |
| Withdrawals and other debits | -11,772.66 | # of items-previous cycle¹: 13 |
| Checks | -132,508.33 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $165,939.64 |
| **Ending balance on May 31, 2022** | **$167,289.79** | ¹Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## Go paperless. It's more secure.

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and [house logo] Equal Housing Lender



# Your checking account

PRESICO INC | Account # ████████ | May 1, 2022 to May 31, 2022

---

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/09/22 | Online Banking transfer from CHK 2883 Confirmation# 5394053986 | 22,000.00 |
| 05/09/22 | Online Banking transfer from CHK 2870 Confirmation# 5594057581 | 15,000.00 |
| 05/19/22 | BKOFAMERICA ATM 05/19 #000005338 DEPOSIT SHEEPSHEAD BAY    BROOKLYN    NY | 81,600.00 |
| 05/19/22 | Counter Credit | 12,200.00 |
| **Total deposits and other credits** | | **$130,800.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/04/22 | WIRE TYPE:INTL OUT DATE:220504 TIME:1502 ET TRN:2022050400384756 SERVICE REF:932152 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:LU2H5DKFZ Family support | -10,000.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|---|---|---|
| 05/10/22 | CHECKCARD 0508 MYCASE INC 800-5718062 CA 24755422129731299538735 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| 05/19/22 | CHECKCARD 0518 MILL BERGEN POOL CENTER 718-7635500 NY 24269752138900010500054 CKCD 5996 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,471.38 |
| 05/31/22 | CHECKCARD 0527 MILL BERGEN POOL CENTER 718-7635500 NY 24269752147900011200018 CKCD 5996 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -226.15 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$1,772.66** |
| **Total withdrawals and other debits** | | **-$11,772.66** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 05/19/22 | 1336 | -30,458.33 | | 05/17/22 | 1390* | -3,000.00 |
| 05/18/22 | 1337 | -43,350.00 | | 05/12/22 | 1391 | -1,000.00 |
| 05/05/22 | 1381* | -4,000.00 | | 05/16/22 | 1392 | -2,000.00 |
| 05/02/22 | 1382 | -1,000.00 | | 05/06/22 | 1394* | -5,000.00 |
| 05/02/22 | 1383 | -2,500.00 | | 05/04/22 | 1398* | -1,000.00 |

*continued on the next page*

---



SMALL BUSINESS RESOURCES

## Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B | 3598723

PRESICO INC  |  Account #  ████████  |  May 1, 2022 to May 31, 2022

## Checks - continued

| Date | Check # | Amount |
|------|---------|-------:|
| 05/04/22 | 1399 | -1,500.00 |

| Date | Check # | Amount |
|------|---------|-------:|
| 05/13/22 | 1400 | -37,700.00 |
| **Total checks** | | **-$132,508.33** |
| **Total # of checks** | | **12** |

*  There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/29/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 05/01 | 180,770.78 | 05/09 | 192,770.78 | 05/17 | 148,995.65 |
| 05/02 | 177,270.78 | 05/10 | 192,695.65 | 05/18 | 105,645.65 |
| 05/04 | 164,770.78 | 05/12 | 191,695.65 | 05/19 | 167,515.94 |
| 05/05 | 160,770.78 | 05/13 | 153,995.65 | 05/31 | 167,289.79 |
| 05/06 | 155,770.78 | 05/16 | 151,995.65 | | |

**BANK OF AMERICA**

PRESICO INC | Account # ▮▮▮▮▮▮ | May 1, 2022 to May 31, 2022

## Check images

**Account number:** ▮▮▮▮▮▮

Check number: 1336 | Amount: $30,458.33



Check number: 1337 | Amount: $43,350.00



Check number: 1381 | Amount: $4,000.00



Check number: 1382 | Amount: $1,000.00



Check number: 1383 | Amount: $2,500.00



Check number: 1390 | Amount: $3,000.00



Check number: 1391 | Amount: $1,000.00

Check number: 1392 | Amount: $2,000.00

Check number: 1394 | Amount: $5,000.00



Check number: 1398 | Amount: $1,000.00

*continued on the next page*



PRESICO INC   |   Account # ████████   |   May 1, 2022 to May 31, 2022

## Check images - continued

**Account number:** ████████

Check number: 1399   |   Amount:  $1,500.00

Check number: 1400   |   Amount:  $37,700.00



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**More Great News!**

On March 4, 2022, we stopped charging Returned Item Chargeback fees on personal and small business checking accounts if a check or item that we cashed for you or accepted for deposit to your account is returned to us unpaid.

Earlier this year, we also announced these changes:

- NSF: Returned Item Fees are no longer charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) through Balance Connect(TM) for overdraft protection.

  Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

We are also reducing overdraft fees on personal and small business checking accounts.

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

These fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for June 1, 2022 to June 30, 2022                          Account number: ██████████

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2022 | $167,289.79 | # of deposits/credits: 7 |
| Deposits and other credits | 284,500.00 | # of withdrawals/debits: 25 |
| Withdrawals and other debits | -261,356.80 | # of items-previous cycle¹: 13 |
| Checks | -64,664.90 | # of days in cycle: 30 |
| Service fees | -45.00 | Average ledger balance: $119,691.66 |
| **Ending balance on June 30, 2022** | **$125,723.09** | ¹Includes checks paid, deposited items and other debits |



Inspire and achieve

For nearly 40 years, Bank of America has supported Special Olympics while championing a diverse and inclusive workplace.

**Learn more at bankofamerica.com/supportinginclusion**

© 2022 Bank of America Corporation. All rights reserved. SSM-03-22-0483.C | 4664503

Account # [Redacted]4976

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  ⌂  **Equal Housing Lender**



**Your checking account**

PRESICO INC  |  Account #  ██████████  |  June 1, 2022 to June 30, 2022

---

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/03/22 | Online Banking transfer from CHK 2883 Confirmation# 5227110961 | 52,000.00 |
| 06/03/22 | Online Banking transfer from CHK 3426 Confirmation# 7227114322 | 50,000.00 |
| 06/03/22 | Online Banking transfer from CHK 2870 Confirmation# 5227117546 | 37,000.00 |
| 06/13/22 | Counter Credit | 35,000.00 |
| 06/15/22 | BKOFAMERICA ATM 06/15 #000007619 DEPOSIT SHEEPSHEAD BAY        BROOKLYN        NY | 18,500.00 |
| 06/30/22 | Online Banking transfer from CHK 2870 Confirmation# 5461455599 | 71,000.00 |
| 06/30/22 | Online Banking transfer from CHK 2883 Confirmation# 6561459539 | 21,000.00 |
| **Total deposits and other credits** | | **$284,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/03/22 | Customer Withdrawal Image | -148,407.11 |
| 06/07/22 | WIRE TYPE:WIRE OUT DATE:220607 TIME:1229 ET TRN:2022060700341044 SERVICE REF:008668 BNF:TNT CONSULTATION ID:790921396 BNF BK:JPMORGAN CHASE BANK, NA ID:322271627 PMT DET:391011632 | -50,850.00 |
| 06/17/22 | WIRE TYPE:INTL OUT DATE:220617 TIME:1253 ET TRN:2022061700369744 SERVICE REF:412562 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:AVALUAUK BNF BK: RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:4GJDLM QZ6 Family support | -10,000.00 |
| 06/28/22 | WIRE TYPE:INTL OUT DATE:220628 TIME:1208 ET TRN:2022062800351148 SERVICE REF:241487 BNF:KOLOSOVSKA MARTA MIRONIVNA ID:UA79325570000000 BNF BK:RAIFFEISEN BANK JOINT S ID:AVALUAUK PMT DET:QJ235CVR2 BONUS | -10,000.00 |
| 06/28/22 | WIRE TYPE:INTL OUT DATE:220628 TIME:1223 ET TRN:2022062800358831 SERVICE REF:015470 BNF:A.L.F. UNO S.P.A. ID:IT80A03069617131 BNF BK:I NTESA SANPAOLO SPA ID:006550365453 PMT DET:VNF9XAP KC CONT TEMU797729/6 /ACC/INTERLINE FURNITURE INC, | -35,000.00 |
| 06/30/22 | LIBERTY MUTUAL I DES:BILL PAY   ID:10803114751  INDN: LIBERTY MUTUAL INSURA  CO ID:7529036411 TEL | -5,937.00 |

*continued on the next page*

**BANK OF AMERICA BUSINESS ADVANTAGE**

We're listening

You can help us understand what we're doing right and what we can do better for business owners like you. Join the Bank of America® Advisory Panel and tell us what you think. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                    SSM-12-21-0028B | 3929546

PRESICO INC | Account # ███████ | June 1, 2022 to June 30, 2022

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| **Card account # XXXX XXXX XXXX 5952** | | |
| 06/10/22 | CHECKCARD 0608 MYCASE INC 800-5718062 CA 24755422160161605011112 CKCD 5045 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| 06/21/22 | CHECKCARD 0618 GARAGE CLOTHING BROOKLYN NY 24687202170030040650130 CKCD 5691 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,087.56 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$1,162.69** |
| **Total withdrawals and other debits** | | **-$261,356.80** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 06/28/22 | 1305 | -6,000.00 | | 06/27/22 | 1344* | -5,000.00 |
| 06/29/22 | 1308* | -3,000.00 | | 06/23/22 | 1346* | -2,000.00 |
| 06/28/22 | 1334* | -22,740.00 | | 06/21/22 | 1347 | -3,500.00 |
| 06/23/22 | 1335 | -424.90 | | 06/15/22 | 1348 | -1,500.00 |
| 06/17/22 | 1338* | -1,000.00 | | 06/01/22 | 1395* | -5,000.00 |
| 06/10/22 | 1339 | -1,000.00 | | 06/01/22 | 1396 | -3,000.00 |
| 06/09/22 | 1340 | -1,500.00 | | 06/01/22 | 1397 | -4,000.00 |
| 06/21/22 | 1341 | -5,000.00 | | | | |
| | | | | **Total checks** | | **-$64,664.90** |
| | | | | **Total # of checks** | | **15** |

*  There is a gap in sequential check numbers

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/07/22 | Prfd Rwds for Bus-Wire Fee Waiver of $30 | -0.00 |
| 06/28/22 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | | Date | Balance($) | | Date | Balance ($) |
|------|-------------|---|------|------------|---|------|-------------|
| 06/01 | 155,289.79 | | 06/09 | 93,532.68 | | 06/15 | 144,457.55 |
| 06/03 | 145,882.68 | | 06/10 | 92,457.55 | | 06/17 | 133,457.55 |
| 06/07 | 95,032.68 | | 06/13 | 127,457.55 | | 06/21 | 123,869.99 |

*continued on the next page*



**Your checking account**

PRESICO INC   |   Account #  ██████████   |   **June 1, 2022 to June 30, 2022**

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 06/23 | 121,445.09 | 06/28 | 42,660.09 | 06/30 | 125,723.09 |
| 06/27 | 116,445.09 | 06/29 | 39,660.09 | | |

PRESICO INC   |   Account # ████████   |   June 1, 2022 to June 30, 2022

This page intentionally left blank

**BANK OF AMERICA**

PRESICO INC | Account # ████████████ | June 1, 2022 to June 30, 2022

## Check images

**Account number:** ████████████

Check number: 1305 | Amount: $6,000.00



Check number: 1308 | Amount: $3,000.00



Check number: 1334 | Amount: $22,740.00



Check number: 1335 | Amount: $424.90



Check number: 1338 | Amount: $1,000.00



Check number: 1339 | Amount: $1,000.00



Check number: 1340 | Amount: $1,500.00



Check number: 1341 | Amount: $5,000.00



Check number: 1344 | Amount: $5,000.00



Check number: 1346 | Amount: $2,000.00

*continued on the next page*



**BANK OF AMERICA**

PRESICO INC   |   Account #  ███████████   |   June 1, 2022 to June 30, 2022

## Check images - continued

**Account number:** ███████████

Check number: 1347   |   Amount:  $3,500.00

Check number: 1348   |   Amount:  $1,500.00



Check number: 1395   |   Amount:  $5,000.00

Check number: 1396   |   Amount:  $3,000.00





Check number: 1397   |   Amount:  $4,000.00



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

**Preferred Rewards**

For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for July 1, 2022 to July 31, 2022

**PRESICO INC**

Account number: ████████████

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2022 | $125,723.09 | # of deposits/credits: 4 |
| Deposits and other credits | 140,583.12 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -28,026.13 | # of items-previous cycle[1]: 16 |
| Checks | -147,340.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $103,004.22 |
| **Ending balance on July 31, 2022** | **$90,940.08** | [1]Includes checks paid, deposited items and other debits |



Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-07-21-0033.B I 3647905

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and   ⌂   Equal Housing Lender



<span style="color:#cc0055">**Your checking account**</span>

PRESICO INC  |  Account #  ███████  |  July 1, 2022 to July 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/06/22 | WIRE TYPE:INTL IN DATE:220706 TIME:0456 ET TRN:2022070600218983 SEQ:ARL54022/050722/946506 ORIG:RAIFFEISEN BANK JOINT STO ID:AVALUAUK ORIG BK :RAIFFEISEN BANK JOINT STOCK C ID:AVALUAUK PMT DET: $30.00 FEE DEDUCT/REC/Retn/YR MT103 DD 22 | 9,895.74 |
| 07/11/22 | WIRE TRANSFER FEE REFUND | 90.00 |
| 07/12/22 | BKOFAMERICA ATM 07/12 #000006542 DEPOSIT BROOKLYN-SHEEPHEAD BROOKLYN       NY | 3,597.38 |
| 07/25/22 | Online Banking transfer from CHK 2883 Confirmation# 5377486954 | 127,000.00 |
| **Total deposits and other credits** | | **$140,583.12** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/18/22 | WIRE TYPE:BOOK OUT DATE:220718 TIME:1319 ET TRN:2022071800409211 RELATED REF:JBLV2JCLN BNF:MATERIA COLLECTION LLC ID:898083172905 PMT DET:Operating expenses | -27,951.00 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|---|---|---|
| 07/11/22 | CHECKCARD  0708 MYCASE INC 800-5718062  CA 24755422190171900408883 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$75.13** |
| **Total withdrawals and other debits** | | **-$28,026.13** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 07/05/22 | | -5,000.00 | 07/21/22 | 1314* | -1,000.00 |
| 07/14/22 | 1301 | -3,000.00 | 07/29/22 | 1316* | -55,840.00 |
| 07/13/22 | 1302 | -4,000.00 | 07/05/22 | 1342* | -25,000.00 |
| 07/01/22 | 1303 | -3,000.00 | 07/20/22 | 1348* | -1,000.00 |
| 07/28/22 | 1306* | -40,000.00 | 07/18/22 | 1349 | -2,000.00 |
| 07/18/22 | 1309* | -5,000.00 | 07/12/22 | 1350 | -2,500.00 |
| | | | **Total checks** | | **-$147,340.00** |
| | | | **Total # of checks** | | **12** |

\* There is a gap in sequential check numbers

BANK OF AMERICA BUSINESS ADVANTAGE

We're listening

You can help us understand what we're doing right and what we can do better for business owners like you. Join the Bank of America® Advisory Panel and tell us what you think. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                              SSM-12-21-0028B | 3929546

PRESICO INC   |   Account # ███████████   |   July 1, 2022 to July 31, 2022

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 07/06/22 | Prfd Rwds for Bus-Intl Wire Fee Waiver of $16 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 07/01 | 122,723.09 | 07/13 | 99,731.08 | 07/21 | 59,780.08 |
| 07/05 | 92,723.09 | 07/14 | 96,731.08 | 07/25 | 186,780.08 |
| 07/06 | 102,618.83 | 07/18 | 61,780.08 | 07/28 | 146,780.08 |
| 07/11 | 102,633.70 | 07/20 | 60,780.08 | 07/29 | 90,940.08 |
| 07/12 | 103,731.08 | | | | |



PRESICO INC | Account # ▓▓▓▓▓ | July 1, 2022 to July 31, 2022

## Check images

**Account number:** ▓▓▓▓▓

Amount: $5,000.00



Check number: 1301 | Amount: $3,000.00



Check number: 1302 | Amount: $4,000.00



Check number: 1303 | Amount: $3,000.00



Check number: 1306 | Amount: $40,000.00



Check number: 1309 | Amount: $5,000.00

Check number: 1314 | Amount: $1,000.00



Check number: 1316 | Amount: $55,840.00

Check number: 1342 | Amount: $25,000.00



Check number: 1343 | Amount: $1,000.00

*continued on the next page*



**PRESICO INC** | Account # ▓▓▓▓▓ | July 1, 2022 to July 31, 2022

## Check images - continued

**Account number:** ▓▓▓▓▓▓

Check number: 1349 | Amount: $2,000.00         Check number: 1350 | Amount: $2,500.00





P.O. Box 15284
Wilmington, DE 19850

**BANK OF AMERICA**
Preferred Rewards
For Business

**Customer service information**

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY  11223-5232

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for August 1, 2022 to August 31, 2022                    Account number: ▉▉▉▉▉▉▉▉

**PRESICO INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2022 | $90,940.08 | # of deposits/credits: 5 |
| Deposits and other credits | 451,318.33 | # of withdrawals/debits: 28 |
| Withdrawals and other debits | -230,582.63 | # of items-previous cycle[1]: 12 |
| Checks | -102,137.33 | # of days in cycle: 31 |
| Service fees | -45.00 | Average ledger balance: $137,225.00 |
| **Ending balance on August 31, 2022** | **$209,493.45** | [1]Includes checks paid, deposited items and other debits |



SMALL BUSINESS RESOURCES

## Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit **bankofamerica.com/SBR** today.

SSM-06-21-0059.B | 3598723

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender



# BANK OF AMERICA

## Your checking account

PRESICO INC  |  Account # ██████████  |  August 1, 2022 to August 31, 2022

Bank of America is hosting our second annual virtual electric vehicle show on Friday, September 9, at noon Eastern. From the comforts of home and through your computer/mobile device, you can participate in a virtual tour of the latest electric vehicles many manufacturers have to offer. Sign up today to attend at bankofamerica.com/autoloans/evolution.

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 08/02/22 | BKOFAMERICA ATM 08/02 #000005706 DEPOSIT SHEEPSHEAD BAY | BROOKLYN | NY | 185,000.00 |
| 08/15/22 | Online Banking transfer from CHK 2870 Confirmation# 1857776391 | | | 79,000.00 |
| 08/18/22 | BKOFAMERICA ATM 08/18 #000003924 DEPOSIT SHEEPSHEAD BAY | BROOKLYN | NY | 11,318.33 |
| 08/26/22 | Online Banking transfer from CHK 1951 Confirmation# 4853859774 | | | 20,000.00 |
| 08/30/22 | Online Banking transfer from CHK 1951 Confirmation# 1288818580 | | | 156,000.00 |
| **Total deposits and other credits** | | | | **$451,318.33** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 08/04/22 | Customer Withdrawal Image | -60,000.00 |
| 08/08/22 | WIRE TYPE:INTL OUT DATE:220808 TIME:1705 ET TRN:2022080800512452 SERVICE REF:518198 BNF:A.L.F. UNO S.P.A. ID:it80a03069617131 BNF BK:I NTESA SANPAOLO SPA ID:BCITITMM PMT DET:D7AM7ZYYV C ONT MSMU582519/2 /ACC/INTERLINE FURNITURE INC, //C | -58,038.00 |
| 08/19/22 | Customer Withdrawal Image | -107,430.42 |

Card account # XXXX XXXX XXXX 5952

| Date | Description | Amount |
|------|-------------|-------:|
| 08/10/22 | CHECKCARD 0808 MYCASE INC 800-5718062 CA 24755422221162213709383 CKCD 5045 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| 08/29/22 | CHECKCARD 0827 WF WAYFAIR3798153319 866-263-8325 MA 24492152239717371170727 CKCD 5712 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -3,135.53 |
| 08/29/22 | CHECKCARD 0826 718 BISTRO BROOKLYN NY 24551932240017020299922 CKCD 5812 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -144.64 |
| 08/29/22 | CHECKCARD 0827 TEXTBOOKXCOMJOHN JAY TEXTBOOKX.COMCT 24492152239715399659176 CKCD 5942 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -258.91 |
| 08/29/22 | CHECKCARD 0827 MILL BERGEN POOL CENTER 718-7635500 NY 24269752240900010900069 CKCD 5996 XXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -1,500.00 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$5,114.21** |
| **Total withdrawals and other debits** | | **-$230,582.63** |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806B | 4019267

PRESICO INC  |  Account #  ███████████  |  August 1, 2022 to August 31, 2022

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 08/17/22 | 1307 | -4,571.67 | | 08/19/22 | 1325 | -5,000.00 |
| 08/15/22 | 1310* | -3,000.00 | | 08/17/22 | 1601* | -16,000.00 |
| 08/10/22 | 1311 | -2,000.00 | | 08/15/22 | 1602 | -8,970.00 |
| 08/12/22 | 1312 | -5,000.00 | | 08/25/22 | 1603 | -3,548.50 |
| 08/02/22 | 1313 | -4,000.00 | | 08/29/22 | 1605* | -1,833.00 |
| 08/01/22 | 1315* | -8,000.00 | | 08/29/22 | 1606 | -1,301.00 |
| 08/03/22 | 1319* | -2,200.00 | | 08/25/22 | 1607 | -3,000.00 |
| 08/03/22 | 1320 | -4,647.00 | | 08/26/22 | 1609* | -1,261.16 |
| 08/18/22 | 1323* | -4,000.00 | | 08/26/22 | 1610 | -22,305.00 |
| 08/18/22 | 1324 | -1,500.00 | | | | |
| | | | | **Total checks** | | **-$102,137.33** |
| | | | | **Total # of checks** | | **19** |

*  *There is a gap in sequential check numbers*

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/29/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/08/22 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 82,940.08 | 08/10 | 136,934.95 | 08/19 | 71,781.19 |
| 08/02 | 263,940.08 | 08/12 | 131,934.95 | 08/25 | 65,232.69 |
| 08/03 | 257,093.08 | 08/15 | 198,964.95 | 08/26 | 61,666.53 |
| 08/04 | 197,093.08 | 08/17 | 178,393.28 | 08/29 | 53,493.45 |
| 08/08 | 139,010.08 | 08/18 | 184,211.61 | 08/30 | 209,493.45 |

**BANK OF AMERICA**

PRESICO INC | Account # ████████ | August 1, 2022 to August 31, 2022

## Check images

**Account number:** ████████

Check number: 1307 | Amount: $4,571.67

Check number: 1310 | Amount: $3,000.00



Check number: 1311 | Amount: $2,000.00

Check number: 1312 | Amount: $5,000.00



Check number: 1313 | Amount: $4,000.00

Check number: 1315 | Amount: $8,000.00



Check number: 1319 | Amount: $2,200.00

Check number: 1320 | Amount: $4,647.00



Check number: 1323 | Amount: $4,000.00

Check number: 1324 | Amount: $1,500.00



*continued on the next page*

![Bank of America]()

PRESICO INC   |   Account #  ▮▮▮▮▮▮▮   |   August 1, 2022 to August 31, 2022

## Check images - continued

**Account number:** ▮▮▮▮▮▮

Check number: 1325   |   Amount:  $5,000.00



Check number: 1601   |   Amount:  $16,000.00

Check number: 1602   |   Amount:  $8,970.00

Check number: 1603   |   Amount:  $3,548.50

Check number: 1605   |   Amount:  $1,833.00

Check number: 1606   |   Amount:  $1,301.00

Check number: 1607   |   Amount:  $3,000.00

Check number: 1609   |   Amount:  $1,261.16

Check number: 1610   |   Amount:  $22,305.00



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA

**Preferred Rewards**

For Business

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for September 1, 2022 to September 30, 2022

Account number:

PRESICO INC

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2022 | $209,493.45 |
| Deposits and other credits | 185,500.00 |
| Withdrawals and other debits | -128,503.45 |
| Checks | -266,490.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2022** | **$0.00** |

\# of deposits/credits: 5

\# of withdrawals/debits: 12

\# of items-previous cycle[1]: 0

\# of days in cycle: 30

Average ledger balance: $54,036.21

[1]*Includes checks paid, deposited items and other debits*

BANK OF AMERICA BUSINESS ADVANTAGE

## We're listening

You can help us understand what we're doing right and what we can do better for business owners like you. Join the Bank of America® Advisory Panel and tell us what you think. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-12-21-0028B | 3929546

PRESICO INC   |   Account #  ███████████   |   September 1, 2022 to September 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation



Bank of America, N.A. Member FDIC and      Equal Housing Lender



**Your checking account**

PRESICO INC   |   Account #  ▮▮▮▮▮▮▮▮▮   |   September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/08/22 | Online Banking transfer from CHK 2883 Confirmation# 2065029732 | 22,000.00 |
| 09/08/22 | Online Banking transfer from CHK 2870 Confirmation# 1365033340 | 15,000.00 |
| 09/12/22 | BKOFAMERICA ATM 09/12 #000004907 DEPOSIT SHEEPSHEAD BAY      BROOKLYN     NY | 118,500.00 |
| 09/13/22 | Online Banking transfer from CHK 2870 Confirmation# 1408219727 | 15,000.00 |
| 09/13/22 | Online Banking transfer from CHK 2883 Confirmation# 1808217460 | 15,000.00 |
| **Total deposits and other credits** | | **$185,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/06/22 | Online Banking transfer to CHK 1951 Confirmation# 1122341343 | -45,000.00 |
| 09/19/22 | Customer Withdrawal Image | -83,428.32 |
| Card account # XXXX XXXX XXXX 5952 | | |
| 09/13/22 | CHECKCARD  0908 MYCASE 800-5718062  CA 24559302255900012460471 CKCD 5045 XXXXXXXXXXXX5952 XXXX XXXX XXXX 5952 | -75.13 |
| **Subtotal for card account # XXXX XXXX XXXX 5952** | | **-$75.13** |
| **Total withdrawals and other debits** | | **-$128,503.45** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|-------:|------|---------|-------:|
| 09/06/22 | 1318 | -63,275.00 | 09/06/22 | 1615* | -50,000.00 |
| 09/15/22 | 1321* | -2,000.00 | 09/08/22 | 1616 | -45,500.00 |
| 09/14/22 | 1322 | -2,000.00 | 09/15/22 | 1625* | -1,000.00 |
| 09/01/22 | 1611* | -41,065.00 | 09/15/22 | 1651* | -61,650.00 |
| | | | **Total checks** | | **-$266,490.00** |
| | | | **Total # of checks** | | **8** |

*  There is a gap in sequential check numbers

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

PRESICO INC   |   Account # ██████████   |   September 1, 2022 to September 30, 2022

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/19/22 | Prfd Rwds for Bus-Stop Pymt Fee Waiver of $30 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|-------------|
| 09/01 | 168,428.45 | 09/12 | 120,153.45 | 09/15 | 83,428.32 |
| 09/06 | 10,153.45 | 09/13 | 150,078.32 | 09/19 | 0.00 |
| 09/08 | 1,653.45 | 09/14 | 148,078.32 | | |



PRESICO INC | Account # ████████ | September 1, 2022 to September 30, 2022

# Check images
**Account number:** ████████

Check number: 1318 | Amount: $63,275.00



Check number: 1321 | Amount: $2,000.00



Check number: 1322 | Amount: $2,000.00



Check number: 1611 | Amount: $41,065.00



Check number: 1615 | Amount: $50,000.00



Check number: 1616 | Amount: $45,500.00

Check number: 1625 | Amount: $1,000.00



Check number: 1651 | Amount: $61,650.00



PRESICO INC | Account # ███████ | September 1, 2022 to September 30, 2022

This page intentionally left blank



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PRESICO INC
2511 MCDONALD AVE
BROOKLYN, NY 11223-5232

🔔 | Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for October 1, 2022 to October 31, 2022                    Account number: ▮▮▮▮▮▮▮▮

**PRESICO INC**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2022 | $0.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2022** | **$0.00** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $0.00

[1]*Includes checks paid, deposited items and other debits*

## Women business owners are making moves that matter

We're celebrating National Women's Small Business Month with owners who are keeping businesses moving forward.

Learn more at **bankofamerica.com/SBwomen**.

SSM-05-22-0125.B | 4693853

PULL: E   CYCLE: 60   SPEC: 0   DELIVERY: P   TYPE:   IMAGE: I   BC: NY

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Beginning November 12, some annual safe deposit box rental fees will change.**
If you have a safe deposit box with a fee change, the new price will appear on your next annual invoice due on or after December 17. As a reminder, you can set up automatic payments from a Bank of America checking or savings account to receive a 15% discount (up to $70) on your safe deposit box rent.

PRESICO INC   |   Account # ████████████   |   October 1, 2024   Page ID Date: October 1, 2024

This page intentionally left blank