# EXHIBIT "13F"

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

Date: *01/10/2020*
Name: █████████

**History of Present Illness:** This is a 31-year-old right handed gentleman who, around 12/18/2019, tripped and fell on uneven pavement, falling mostly faced forward towards the right side with severe impact. The patient hit his posterior lateral aspect of the head against the pavement. He sprained his neck, lower back, and especially the right ankle. The patient was unable to bear weight on the right leg. Somebody took his phone and called 911 and the patient was taken by ambulance to Jacobi hospital. He was monitored in Jacobi and provided at least temporary cervical collar. He was given pain medications but eventually released after the observation. The patient since then continues to experience significant amount of pain in above-mentioned areas but the most concerning for him is loss of hearing over the right ear. The patient feels fullness, cannot hear. Also, his pain is provoked by auricular manipulation especially by pulling down. The patient so far manages his pain with OTC NSAIDs but without significant improvement. According to him, neck pain is persistent almost all the time. Lower back pain wakes him up in the middle of the night. Regarding the right ankle, the patient is wearing high-top boots because otherwise, he feels instability of the ankle and has difficulties to negotiate stairs. Pain is reaching 6 to 7 and sometimes even higher out of 10.

**Past Medical History:** Otherwise, he has no significant medical history.

**Past Surgical History:** Gunshot wound in the back and through the abdomen. The patient had open laparotomy in Dominican Republic a long time ago.

**Medications:** No medications.

**Allergies:** No allergies.

**Social History:** The patient smokes three cigarettes a day. Social otherwise is negative for illicit drugs or alcohol.

**Family History:** Noncontributory. The patient currently does not work.

**Review of Systems:** Negative for changes in the bowel and bladder but a major concern is loss of hearing on the right side.

**Physical Examination:** He is alert and oriented x3, not in immediate distress. Examination of the cranial nerves II through XII reveals no abnormalities except that cranial nerve involvement cannot be excluded despite it is likely the result of direct trauma.

**Cervical spine-**restricted cervical extension to 30 degrees, forward flexion 35 degrees, right and left lateral flexion within 30 degrees, rotation at slow pace at 50 degrees to the right and 70 degrees to the left. He has significant tenderness on palpation over the right trap and positive Spurling sign. He has normal sensory exam and MMT of bilateral upper extremities.

**Lumbar spine-**lumbar flexion within 60 degrees. Pain is exacerbated by eliciting SLR only on the right side, not on the left. Positive slump test on the right side. Reflexes are preserved as well as MMT in bilateral lower extremities.

**Lower extremities-**examination of the right ankle, the patient has significant amount of pain on palpation of the proximal insertion of ATFL but also on the medial aspect of tibiotalar joint. Pain is exacerbated by ankle dorsiflexion despite that the patient also has difficulties with tiptoeing on examination. I did not appreciate gross instability on drawer's, valgus and varus, but significant amount of pain and even some laxity on eversion of the right foot. Gait is antalgic.

**Impression:** So based on the clinical presentation, the patient suffers sequelae of the trip and fall accident with sustained possible traumatic brain injury despite without loss of consciousness. I cannot exclude mastoid fracture or direct trauma to the right ear, cervical sprain with disk derangements, radiculopathy cannot be excluded, lumbar sprain with right-sided radiculopathy due to the disk derangement cannot be excluded, and right ankle sprain with possibility of high-grade sprain of ATFL despite tear cannot be excluded also, as well as traumatic pain in talotibial joint.

**Plan:** The patient will start physical therapy to address above-mentioned issues. Because of the length of the symptoms and concerns about mastoid fracture, the patient will be referred for a series of diagnostic studies. I will refer him for CAT scan of the right ear and mastoid process, cervical and lumbar MRI, as well as MRI of the right ankle. I cannot exclude that the patient may require more specialized orthopedic care. The patient will be followed with me as soon as the results are available for review.

**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    - WC    - Bronx 369 East 149th Street   Third Floor    Bronx, NY 10455
- Lien    - Queens 11615 Queens Blvd Main Floor Forest Hills, NY 11375

Patient Name: ███████████████

Date of Incident: _____    Date of Service: _1/14/2020_

## PT DAILY NOTES

Subjective: _Pt. c/o pain on CLS, (R) ankle area_ _____ PS _6-8_ / 10

Objective: _Please see Initial Evaluation_ _____

Assessment:

Today's Improvements Include:

_____

_____

_____

Pt tolerated tx:    ___ Well    ___ Fair

Plan:    ✓ Initiate PT    ___ Continue PT    ___ D/C PT

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

## Body Part Treated:

| | | | Treatments Received: |
|---|---|---|---|
| ___ | M25.519 | Shoulder | 97162 ✓ Initial Evaluation |
| ___ | M25.529 | Elbow | 97001 ___ Re-Evaluation |
| ___ | M25.539 | Wrist | 97014 ___ ✓ E-Stim/TENS x 15 mins |
| ___ | M25.549 | Hand | 97035 ___ US ___ w/cm x ___ mins |
| ___ | M25.559 | Hip | 97010 ___ ✓ MHP/CP x 15 mins |
| ___ | M25.569 | Knee | 97018 ___ Paraffin |
| ✓ | M25.579 | Foot/Ankle (R) | 97530 ___ Thera-acts x 15 mins |
| ✓ | M54.2 | Cervical | 97140 ___ Manual Therapy |
| ✓ | M54.5 | Lumbar | 97124 ___ STM-MFR |
| ___ | M54.6 | Thoracic | 97110 ___ Thera-ex x 15 mins (stretch/strength) |
| ___ | R07.89 | Chest | 97112 ___ Neuromuscular re-educ./PNF x 15 mins |
| ___ | | | 97140 ___ Joint mobilization |

M Tues Thurs

## INITIAL EVALUATION

**Patient Name:** ████████████

**Date:** 1 / 14 / 2020

**Dx:** LBP, Cervicalgia, ® ankle Pain
DOI: 12/19 = Slip & fall

**DOB:** ████████

C/S flexion = 0-45°   rot. 0-40°
L/S flexion = 0-65°   rot. 0-10°
® ankle DF 0-15°   PF = 0-35°
(+) limping, gait SAD
(+) hamstring tightness
Alert, oriented x3

### Subjective Complaints:

Pt. c/o pain on C/S, @ ankle p̄. he
tripped & fell while walking
in an uneven sidewalk. Pt. was
rushed to Jacobi hospital.

| Body Part | Radiating To | | Pain 0-10 | Constant | Intermittent |
|---|---|---|---|---|---|
| Neck Pain | RUE | LUE | 7 | | / |
| Upper Back Pain | RUE | LUE | | | |
| Mid Back Pain | | | | | |
| Lower Back Pain | RLE | LLE | 8 | | / |
| Shoulder R L | | | | | |
| Elbow   R L | | | | | |
| Wrist/Hands R L | | | | | |
| Hips  R L | | | | | |
| Knees R L | | | | | |
| Ankle/Feet R L | | | 6 | | |

Pt. was given cervical collar
& pain medication's any relief
PMHx = (+) GSW ( 5 yrs ago &
had Abdominal Surgery "
"unrecalled procedure"
(+) well healed surgical scar
        on linea alba

### Objective Findings:

| Area | Tenderness | Muscle Spasm | ROM restriction | Weakness |
|---|---|---|---|---|
| Cervical | / | | / | 4- |
| Upper Back | | | | |
| Thoracic | | | | |
| Lower Back | / | / | / | 4- |
| Shoulder R L | | | | |
| Extremities | / | | / | 4- |
| ® ankle | | | | |

Occupation = Clean gutters

### Assessment:

Decreased ROM & mm. strength
Difficulty in ADL's, chores
that involves trunk bending,
     prolonged wt-bearing,
Decreased tolerance in walking
     standing, negotiating stairs
Tenderness on C/S paraspinals
® ankle Jt, heel, B/L traps
                    gluteals

### Short Term Goals:

☑ Decrease pain   to 5/10
☐ Improve ROM   by 10°
☐ Increase mm strength   by 1/2 gr.
☑ Improve body mechanics
☐ Initiate HEP

### Long Term Goals:

☑ Normalize posture_____
☑ Normalize ROM_____
☑ Normalize mm strength_____
☑ Independent ADL_____
☑ Independent HEP_____

### Recommended Treatment:

☑ Therapeutic Exercises
☐ Electrical Stimulation
☑ Ultrasound
☑ Hot/Cold pack
☑ Therapeutic Massage
☑ Manual Therapy
☑ Therapeutic Activities
☑ Home Exercise Program

### Frequency and Duration of Visits:

3x/wk for 12 wks.

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    - WC        - Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
- Lien             - Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ███████████████

Date of Incident: _____        Date of Service: _1/17/2020_

**PT DAILY NOTES**

Subjective: _Pt. c/o pain on L/S area & ms. stiffness_ _____ PS _7_ /10

Objective: _O gas tenderness on Paralumbar ms._

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:              ___ Initiate PT      ___ Continue PT    ___ D/C PT

Valery Compres Lic. 011272              Jasmin Faustino Lic. 029425

| Body Part Treated: | | | Treatments Received: | |
|---|---|---|---|---|
| ___ | M25.519 | Shoulder | 97162 | ___ Initial Evaluation |
| ___ | M25.529 | Elbow | 97001 | ___ Re-Evaluation |
| ___ | M25.539 | Wrist | 97014 | ___ E-Stim/TENS x 15 mins |
| ___ | M25.549 | Hand | 97035 | ___ US ___ w/cm x ___ mins |
| ___ | M25.559 | Hip | 97010 | ___ MHP/CP x 15 mins |
| ___ | M25.569 | Knee | 97018 | ___ Paraffin |
| ___ | M25.579 | Foot/Ankle | 97530 | ___ Thera-acts x 15 mins |
| ___ | M54.2 | Cervical | 97140 | ___ Manual Therapy |
| ✓ | M54.5 | Lumbar | 97124 | ___ STM-MFR |
| ___ | M54.6 | Thoracic | 97110 | ___ Thera-ex x 15 mins (stretch/strength) |
| ___ | R07.89 | Chest | 97112 | ___ Neuromuscular re-educ./PNF x 15 mins |
| | | | 97140 | ___ Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC
- Lien

- Bronx   369 East 149th Street    Third Floor    Bronx, NY  10455
- Queens  11615 Queens Blvd   Main Floor  Forest Hills, NY  11375

Patient Name: ██████████████████████

Date of Incident: _____    Date of Service: 1/30/20

### PT DAILY NOTES

Subjective: Pt c/o pain on Lower Back area                    PS 7 /10

Objective: ⊕ tenderness on Paraspinals at L/S.

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx: ____ Well    ____ Fair

Plan:    ____ Initiate PT    ____ Continue PT    ____ D/C PT

Valery Compres Lic. 011272              HONG GU YEO PT. 044985

**Body Part Treated:**

| | Code | Body Part |
|---|---|---|
| ___ | M25.519 | Shoulder |
| ___ | M25.529 | Elbow |
| ___ | M25.539 | Wrist |
| ___ | M25.549 | Hand |
| ___ | M25.559 | Hip |
| ___ | M25.569 | Knee |
| ___ | M25.579 | Foot/Ankle |
| ___ | M54.2 | Cervical |
| ✓ | M54.5 | Lumbar |
| ___ | M54.6 | Thoracic |
| ___ | R07.89 | Chest |

**Treatments Received:**

| Code | | Treatment |
|---|---|---|
| 97162 | ___ | Initial Evaluation |
| 97001 | ___ | Re-Evaluation |
| 97014 | ✓ | E-Stim/TENS x 15 mins |
| 97035 | ___ ___ | US _____ w/cm x _____ mins |
| 97010 | ✓ | MHP/CP x 15 mins |
| 97018 | ___ ___ | Paraffin |
| 97530 | ___ ___ | Thera-acts x 15 mins |
| 97140 | ___ ___ | Manual Therapy |
| 97124 | ___ ✓ | STM-MFR |
| 97110 | ___ ✓ | Thera-ex x 15 mins (stretch/strength) |
| 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    - WC
- Lien

- Bronx  369 East 149ᵗʰ Street    Third Floor    Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ███████████

Date of Incident: _____    Date of Service: _1/21/2020_

## PT DAILY NOTES

Subjective: pt c/o pain and stiffness on lowerback area    PS _7_ / 10

Objective: ® tenderness gr 1 of paralumbars

Assessment:

Today's Improvements Include: _____

Pt tolerated tx:    ✓ Well    ___ Fair

Plan:    ___ Initiate PT    ✓ Continue PT    ___ D/C PT

*Valery Compres*

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97162 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ____ w/cm x ____ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97140 | ___ | Manual Therapy |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF   • WC       • Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
- Lien           • Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: _____

Date of Incident: _____   Date of Service: __1/29/2020__

## PT DAILY NOTES

Subjective: _pt. c/o pain and stiffness on_
_Neck and upperback_                              PS _7_ / 10

Objective: _(R) tenderness gr 1 of C/s paraspinals, uTz_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          ✓ Well              ___ Fair

Plan:                     ___ Initiate PT      ✓ Continue PT      ___ D/C PT

_Valery Compres_                              _____
Valery Compres Lic. 011272                    Jasmin Faustino Lic. 029425

**Body Part Treated:**        **Treatments Received:**

___ M25.519  Shoulder        97162    ___    Initial Evaluation

___ M25.529  Elbow           97001    ___    Re-Evaluation

___ M25.539  Wrist           97014    ___ ✓  E-Stim/TENS x 15 mins

___ M25.549  Hand            97035    ___    US _____ w/cm x _____ mins

___ M25.559  Hip             97010    ___ ✓  MHP/CP x 15 mins

___ M25.569  Knee            97018    ___    Paraffin

___ M25.579  Foot/Ankle      97530    ___    Thera-acts x 15 mins

___ M54.2   Cervical         97140    ___    Manual Therapy

✓ M54.5   Lumbar             97124    ___ ✓  STM-MFR

___ M54.6   Thoracic         97110    ___ ✓  Thera-ex x 15 mins (stretch/strength)

___ R07.89  Chest            97112    ___    Neuromuscular re-educ./PNF x 15 mins

___ _____                  97140    ___    Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

- NF      • WC
- Lien

- Bronx  369 East 149th Street    Third Floor     Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: _____

Date of Incident: _____     Date of Service: _1_/_30_/_2020_

## PT DAILY NOTES

Subjective: Pt. C/o pain & stiffness on lowerback area         PS _7_ / 10

Objective: (+)gn/ tenderness on Paralumbar ms.

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx: _____ Well       _____ Fair

Plan: _____ Initiate PT      _____ Continue PT     _____ D/C PT

Valery Compres Lic. 011272          Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| _____ M25.519 | Shoulder | 97162 | _____ | | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | _____ | | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | _____ _____ | | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | | US _____ w/cm x _____ mins | |
| _____ M25.559 | Hip | 97010 | _____ _____ | | MHP/CP x 15 mins |
| _____ M25.569 | Knee | 97018 | _____ _____ | | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | _____ _____ | | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97140 | _____ _____ | | Manual Therapy |
| ___ M54.5 | Lumbar | 97124 | _____ _____ | | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | _____ _____ | | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | _____ _____ | | Neuromuscular re-educ./PNF x 15 mins |
| _____ | | 97140 | _____ _____ | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC    • Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
- Lien          • Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ████████████████

Date of Incident: _____    Date of Service: _2/5/2020_

## PT DAILY NOTES

Subjective: Pt. c/o moderate dull pain on 4/5 area          PS _7_/10

Objective: (L) tenderness gr 1 of Paralumbar ms.

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:          __ Well          __ Fair

Plan:          __ Initiate PT          __ Continue PT          __ D/C PT

_____

Valery Compres Lic. 011272          Jasmin Faustino Lic. 029425

**Body Part Treated:**          **Treatments Received:**

| | | | | |
|---|---|---|---|---|
| ___ M25.519 Shoulder | 97162 | | | Initial Evaluation |
| ___ M25.529 Elbow | 97001 | | | Re-Evaluation |
| ___ M25.539 Wrist | 97014 | ___ | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 | | | US _____ w/cm x _____ mins |
| ___ M25.559 Hip | 97010 | ___ | ___ | MHP/CP x 15 mins |
| ___ M25.569 Knee | 97018 | | | Paraffin |
| ___ M25.579 Foot/Ankle | 97530 | | | Thera-acts x 15 mins |
| ___ M54.2 Cervical | 97140 | ___ | ___ | Manual Therapy |
| ___ M54.5 Lumbar | 97124 | ___ | ___ | STM-MFR |
| ___ M54.6 Thoracic | 97110 | | | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 | ___ | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | 97140 | ___ | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC
- Lien

- Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ███████████████

Date of Incident: _____    Date of Service: **2/6/2020**

## PT DAILY NOTES

Subjective: *Pt. c/o pain & stiffness on L/S area*    PS **7** / 10

Objective: *⊕ gr1 tenderness on Paralumbar ms.*

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx: _____ Well    _____ Fair

Plan: _____ Initiate PT    _____ Continue PT    _____ D/C PT

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

**Body Part Treated:**

| | | |
|---|---|---|
| _____ | M25.519 | Shoulder |
| _____ | M25.529 | Elbow |
| _____ | M25.539 | Wrist |
| _____ | M25.549 | Hand |
| _____ | M25.559 | Hip |
| _____ | M25.569 | Knee |
| _____ | M25.579 | Foot/Ankle |
| _____ | M54.2 | Cervical |
| _____ | M54.5 | Lumbar |
| _____ | M54.6 | Thoracic |
| _____ | R07.89 | Chest |
| _____ | _____ | |

**Treatments Received:**

| | | |
|---|---|---|
| 97162 | _____ | Initial Evaluation |
| 97001 | _____ | Re-Evaluation |
| 97014 | _____ | E-Stim/TENS x 15 mins |
| 97035 | _____ _____ | US ____ w/cm x _____ mins |
| 97010 | _____ _____ | MHP/CP x 15 mins |
| 97018 | _____ _____ | Paraffin |
| 97530 | _____ _____ | Thera-acts x 15 mins |
| 97140 | _____ _____ | Manual Therapy |
| 97124 | _____ _____ | STM-MFR |
| 97110 | _____ _____ | Thera-ex x 15 mins (stretch/strength) |
| 97112 | _____ _____ | Neuromuscular re-educ./PNF x 15 mins |
| 97140 | _____ _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF   • WC
- Lien

- Bronx  369 East 149th Street    Third Floor     Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date of Incident: _____    Date of Service: 2/12/2020

## PT DAILY NOTES

Subjective: Pt. c/o pain & stiffness of lowerback area     PS 7 / 10

Objective: Ognl tenderness on Paralumbar m.

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:        ___ Initiate PT        ___ Continue PT        ___ D/C PT

_____        _____

Valery Compres Lic. 011272        Jasmin Faustino Lic. 029425

**Body Part Treated:**

___ M25.519  Shoulder
___ M25.529  Elbow
___ M25.539  Wrist
___ M25.549  Hand
___ M25.559  Hip
___ M25.569  Knee
___ M25.579  Foot/Ankle
___ M54.2   Cervical
___ M54.5   Lumbar
___ M54.6   Thoracic
___ R07.89  Chest
___ _____

**Treatments Received:**

| | | |
|---|---|---|
| 97162 | ___ | Initial Evaluation |
| 97001 | ___ | Re-Evaluation |
| 97014 | ___ ___ | E-Stim/TENS x 15 mins |
| 97035 | ___ ___ | US ___ w/cm x ___ mins |
| 97010 | ___ ___ | MHP/CP x 15 mins |
| 97018 | ___ ___ | Paraffin |
| 97530 | ___ ___ | Thera-acts  x 15 mins |
| 97140 | ___ ___ | Manual Therapy |
| 97124 | ___ ___ | STM-MFR |
| 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF
- Lien
- WC
- Bronx  369 East 149th Street     Third Floor     Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: _____

Date of Incident: _____     Date of Service: 2/13/2020

## PT DAILY NOTES

Subjective: Pt- c/o pain on L/S area & ms. stiffness

PS 7 / 10

Objective: ⊕ Spasm of L/S paraspinal ms., QL

Assessment:

Today's Improvements Include: _____

_____

Pt tolerated tx:     ___ Well     ___ Fair

Plan:     ___ Initiate PT     ___ Continue PT     ___ D/C PT

_____

Valery Compres Lic. 011272          Jasmin Faustino Lic. 029425

**Body Part Treated:**

| | | |
|---|---|---|
| ___ | M25.519 | Shoulder |
| ___ | M25.529 | Elbow |
| ___ | M25.539 | Wrist |
| ___ | M25.549 | Hand |
| ___ | M25.559 | Hip |
| ___ | M25.569 | Knee |
| ___ | M25.579 | Foot/Ankle |
| ___ | M54.2 | Cervical |
| ___ | M54.5 | Lumbar |
| ___ | M54.6 | Thoracic |
| ___ | R07.89 | Chest |
| ___ | ___ | |

**Treatments Received:**

| | | |
|---|---|---|
| 97162 | ___ | Initial Evaluation |
| 97001 | ___ | Re-Evaluation |
| 97014 | ___ ___ | E-Stim/TENS x 15 mins |
| 97035 | ___ ___ | US ___ w/cm x ___ mins |
| 97010 | ___ ___ | MHP/CP x 15 mins |
| 97018 | ___ ___ | Paraffin |
| 97530 | ___ ___ | Thera-acts x 15 mins |
| 97140 | ___ ___ | Manual Therapy |
| 97124 | ___ ___ | STM-MFR |
| 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| 97140 | ___ ___ | Joint mobilization |

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
**All Boro Medical Rehabilitation**
369 E 149th St,
Bronx, NY 10455
(718) 676-6151


**Date:** *02/14/2020*
**Name:** ███████████

**History of Present Illness**: This is a gentleman who still presents here with neck, lower back pain as well as discomfort in the right ankle, especially on prolonged sitting or walking and still has problems with hearing in the right ear. The patient states that predominant concern is his ear and the lower back. Lower back pain wakes him up in the middle of the night. The patient states that he cannot participate in any sexual activities with his girlfriend. The patient states that pain frequently reaches up to 7/10. The patient just had MRI of the lower back which revealed shallow posterior disk herniation at L4-L5 impinging upon the thecal sac and bulge is at L5-S1. MRI of the cervical spine, bulge is at C4-C5 and C5-C6 impinging the thecal sac. MRI of the right ankle revealed a tear of posterior patellofemoral ligament with associated joint effusion. I did not get CAT scan of his mastoid in the right ear but I will try to obtain it as soon as possible and I will dictate it in addendum.

**Physical Examination:** The patient, on examination, has mildly kyphotic cervical posture. He extends his neck only to 35 degrees, still has tender palpation over the bilateral traps. Lumbar examinations reveals lumbar flexion only within 60 degrees, extension only 10 degrees. He is tender on palpation over the distal iliocostalis lumborum corresponding L4-L5 and L5-S1 level. Pain is triggered by eliciting straight leg raising mostly on the right side despite to less degree on the left side. Pattern is nonradiating. Right ankle, on examination, no gross instability but the patient complains of pain and discomfort he experiences mostly posterior to the lateral malleolus on the right side and he is painful on palpation in the same area. No swelling. No heat. No redness on examination. By wearing high-top boots, the patient kind of immobilizes his ankle and feels more comfortable.

**Plan:** The lower back, he wants to address. Based on the MRI results and not completely consistent clinical findings, I will refer the patient for EMG of the lumbar spine and considering his pain level frequently reaching 7 to 8/10 and desire to continue to work, the patient will be also referred for epidural injection. Unfortunately, he took two naproxen yesterday night and the procedure could not be done today. We discussed with him to stop NSAIDs for five days prior to procedure and he will be scheduled right away.

**Addendum:**
I just discussed his findings with the radiologist. Unfortunately, the patient moved a lot and because of the artifact, CAT scan of the head could not be completed. So, the patient will be resent for it right away and after that, we will discuss what we can do about it. The patient will continue with the physical therapy in the meantime.

**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC    • Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
- Lien    • Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ████████████████

Date of Incident: _____    Date of Service: _2/20/2020_

### PT DAILY NOTES

Subjective: _Pt c/o pain on L/S area & ms. stiffness_    PS _7_ / 10

Objective: _O gr¹ tenderness of Paralumbar ms._

Assessment:
Today's Improvements Include:
_____

Pt tolerated tx:    ___ Well    ___ Fair

Plan:    ___ Initiate PT    ___ Continue PT    ___ D/C PT

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | |
|---|---|---|---|
| ___ M25.519 | Shoulder | 97162 | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___ MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97140 | ___ Manual Therapy |
| ___ M54.5 | Lumbar | 97124 | ___ STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

- NF   • WC
- Lien

• Bronx  369 East 149th Street    Third Floor    Bronx, NY  10455
• Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ████████████

Date of Service: __3/02/2020__

Date of Incident: _____

## PT DAILY NOTES

Subjective: _Pt-C/o pain & stiffness of lowerback area_    PS _7_ /10

Objective: _Ⓖ gr1 tenderness of Paralumbar ms._

Assessment:
Today's Improvements Include:

Pt tolerated tx:    ___ Well    ___ Fair

Plan:    ___ Initiate PT    ___ Continue PT    ___ D/C PT

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97162 | ___ | Initial Evaluation | |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation | |
| ___ M25.539 | Wrist | 97014 | ___ | E-Stim/TENS x 15 mins | |
| ___ M25.549 | Hand | 97035 | ___ ___ | US ___ w/cm x ___ mins | |
| ___ M25.559 | Hip | 97010 | ___ ___ | MHP/CP x 15 mins | |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin | |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts  x 15 mins | |
| ___ M54.2 | Cervical | 97140 | ___ | Manual Therapy | |
| ✓ M54.5 | Lumbar | 97124 | ___ | STM-MFR | |
| ___ M54.6 | Thoracic | 97110 | ___ | Thera-ex x 15 mins (stretch/strength) | |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins | |
| | | 97140 | ___ | Joint mobilization | |

## PROCEDURE REPORT

Patient: ████████████████████

Date:  3·6·2020

Surgeon:                          Kevin Weiner, M.D.

Preoperative Diagnosis:           Lumbar Radiculopathy

Postoperative Diagnosis:          Same

Procedure:

Chief Complaint:                  Pain

Indication:  To alleviate severe low back pain. To facilitate physical therapy. To shorten duration of  therapy and to resume full daily activities as soon as possible with less pain.

Plan: After discussions with patient concerning treatment options, risk potential benefits and possible follow up treatment plan we proceeded with lumbar epidural.

Procedure: After informed consent obtained patient was placed in the prone position, prepped and draped in the usual manner. Under ultrasound guidance a 22 guage needle was inserted in the L4-L5 level. Via the loss of resistance technique the needle was advanced. Once resistance was lost and no CSF or blood returned _____3___cc of lidocaine 1% and __/____cc of Kenalog 40 was injected.

Patient tolerated the procedure well and was given instructions to call or return with any questions or concerns about the procedure. If patient develops fever or erythema they should contact the office immediately, or their private physician or go to the emergency room.

Kevin Weiner, M.D.

_____**Spinal Cord Stimulator Im/explant, Spinal Infusion Pump IM/explant or Refill, Epidural or Spinal CatheterIm/explantation:** Infection requiring hospitalization and removal of stimulator, catheter or pump, meningitis, nerve damage.

_____**Percutaneous Lysis of Epidural Adhesions:** Nerve damage, meningitis, dural puncture, eye hemorrhage, chronic leg weakness.

_____**Myobloc (Botulinum Toxin) Injections:** Nerve or tissue damage, prolonged neuromuscular weakness.

_____**Intra-articular Injection:** Nerve damage, infection, loss of motion.

The incidence of serious complications listed above requiring treatment is very low (less than 1% in our experience). Your physician believes the benefits of the procedure outweigh its risks or it would not have been offered to you. It is your decision and right to accept or decline to have the procedure done.

I authorize **Dr. Kevin H. Weiner** to perform the following procedure

_____

**Date:** _____

I have read or have had read to me the above information, I understand there are risks involved with this procedure, to include rare complications, even death, which may not have been specifically mentioned above. I understand that a sedative may be administered for my comfort during the procedure and that sedatives carry the risk of damage to vital organs, such as the brain, heart, and lungs. The risks have been explained to my satisfaction and I accept them and consent to this procedure.

Print Patient Name ✗ ███████████ _____

Patient Signature ✗ _____

**Physician Declaration:** I and/or my assistant have explained the procedure and the pertinent contents of this document to the patient and have answered all the patient's questions. To the best of my knowledge, the patient has been adequately informed and the patient has consented to the above described procedure.

Physician Name_____

Physician Signature_____



P    Bronx 369 E149th Street
Queens 11615 Queens Boulevard
Brooklyn 44 Court Street    N

**o: 718-676-6151   f: 888-511-2038**

## CONSENT FOR PAIN MANAGEMENT PROCEDURE

You have a pain problem which has not been relieved by routine treatments. A procedure, specifically an injection is now indicated for further evaluation and diagnosis of your pain. There is no guarantee that a procedure will cure your pain, and in rare cases, it could become worse, even when the procedure is performed in technically a perfect manner. The degree and duration of pain relief varies from person to person, so after your procedure, we will reevaluate your progress, and then determine if further treatment is necessary.

Your physician will explain the details of the procedure listed below.

**Tell the physician if you're a taking any blood thinner such as Coumadin, Lovenox, Plavix, or Heparin, as these can cause excessive bleeding** and a procedure should not be performed. **Alternatives** to the procedure include medications, physical therapy, acupuncture, surgery, etc.

**Benefits** include increased likelihood of correct diagnosis and/or of decrease or elimination of your pain. **Risks** include infection, bleeding, allergic reaction, increased pain; nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death; air in lung requiring chest tube; tissue, bone or eye damage from steroids. Nerve destruction with Phenol, Botox, Alcohol, or radiofrequency energy has risks of nerve and tissue damage.

**Specific risks** pertaining to each specific procedure are as follows (patient to initial line of procedure):

_____**Epidural, Facet, Joint, Medial Branch Nerve, Sacroiliac Joint, Selective Nerve Root or Lumbar Sympathetic Injection/Block/Ablation:** Low blood pressure, temporary weakness/numbness arm or leg, headache requiring epidural blood patch, meningitis, infection, paralysis.

_____**Epidural or Spinal Opioid Injection:** Itching, nausea, urinary difficulty, slowed breathing.

_____**Discogram, Intradiscal Steroid Injection or IntraDiscal Electro Thermal Therapy (IDET):** Infection or discitis, nerve injury, leg weakness, leg pain, paralysis.

_____**Stellate Ganglion Block/Ablation:** Hoarseness, difficulty swallowing, seizure, weak and/or numb arm, air in lung, infection.

_____**Trigger point injection, Peripheral Nerve-Neuroma Block, Occipital Nerve Block, Intercostal Nerve Block/Ablation:** Air in lung requiring chest tube in hospital, local pain from tissue and/or nerve irritation, dimpling of/depression in skin, pneumonia, chronic pain.

_____**Celiac or Superior Hypogastric Plexus Block/Ablation:** Low blood pressure, internal vessel/organ puncture requiring emergency surgical treatment to repair it, temporary or permanent bowel, bladder, or sexual dysfunction.

# ALL BORO MEDICAL REHABILITATION PLLC

- NF      - WC
- Lien

- Bronx  369 East 149th Street     Third Floor      Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: _____

Date of Incident: _____

Date of Service: _3/12/2020_

### PT DAILY NOTES

Subjective: _Pt c/o pain & stiffness of L/S area_                    PS _7_ / 10

Objective: _(+) gn'l tenderness of Paralumbar ms, bl_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          ___ Well          ___ Fair

Plan:          ___ Initiate PT          ___ Continue PT          ___ D/C PT

Valery Compres Lic. 011272                    Jasmin Fardino Lic. 029425

## Body Part Treated:

| | | | Treatments Received: | |
|---|---|---|---|---|
| ___ | M25.519 | Shoulder | 97162 | ___ Initial Evaluation |
| ___ | M25.529 | Elbow | 97001 | ___ Re-Evaluation |
| ___ | M25.539 | Wrist | 97014 | ___ ___ E-Stim/TENS x 15 mins |
| ___ | M25.549 | Hand | 97035 | ___ ___ US ____ w/cm x _____ mins |
| ___ | M25.559 | Hip | 97010 | ___ ___ MHP/CP x 15 mins |
| ___ | M25.569 | Knee | 97018 | ___ ___ Paraffin |
| ___ | M25.579 | Foot/Ankle | 97530 | ___ ___ Thera-acts x 15 mins |
| ___ | M54.2 | Cervical | 97140 | ___ ___ Manual Therapy |
| ✓ | M54.5 | Lumbar | 97124 | ___ ___ STM-MFR |
| ___ | M54.6 | Thoracic | 97110 | ___ ___ Thera-ex x 15 mins (stretch/strength) |
| ___ | R07.89 | Chest | 97112 | ___ ___ Neuromuscular re-educ./PNF x 15 mins |
| ___ | ___ ___ | | 97140 | ___ ___ Joint mobilization |

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** 04/03/2020
**Name:** ▮▮▮▮▮▮▮▮

**History of Present Illness**: This is a gentleman who presents here without significant improvement after the lumbar epidural injection. The patient states that he had some improvement for a week or so, but after that, pain came back almost at the same level, and he states that he has even 10% to 15% improvement. The patient also complains of neck pain, stiffness, and difficulties with turning his neck to the right and to the left especially at a fast pace, but lower back is predominant concern. We discussed with the patient that he still needs to try second epidural to have better diagnostic impression. His lumbar spine MRI is not suggestive of pain levels that the patient has right now. I also will consider to refer the patient for EMGs because the patient cites that his pain radiates down to posterior thighs and based on it, we will make more educated decision in what direction to proceed with the treatment.

**Physical Examination:**

**Cervical spine**-the patient has most of the discomfort on the cervical rotation and extension, extension within 25 to 30 degrees, and rotation within 50 degrees to the right and to the left. He is tender on palpation over the bilateral trapezius especially corresponding C6-C7 level.

**Lumbar spine**-reveals lumbar flexion within 50 degrees and extension within 10 degrees and very tender palpation over the iliocostalis lumborum corresponding L4-L5 and L5-S1 level. Pain exacerbated by slump test in the sitting position and actually by straight leg raising in the supine position at approximately 30 degrees.

**Plan:** Based on my evaluation, plan will be as outlined above. The patient will be referred for the second epidural in the lumbar spine and for EMGs. Based on it, we will decide how invasive we should be. The patient remains disabled and will be followed for the epidural within two weeks. In the meantime, he will be referred back for physical therapy. Unfortunately, physical therapy is on hold right now due to the coronavirus situation.

**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

## PROCEDURE REPORT

Patient: ███████████████

Date: 5\8\20

| | |
|---|---|
| Surgeon: | Kevin Weiner, M.D. |
| Preoperative Diagnosis: | Lumbar Radiculopathy |
| Postoperative Diagnosis: | Same |
| Procedure: | L4-L5 epidural |
| Chief Complaint: | Pain |

Indication: To alleviate severe low back pain. To facilitate physical therapy. To shorten duration of therapy and to resume full daily activities as soon as possible with less pain.

Plan: After discussions with patient concerning treatment options, risk potential benefits and possible follow up treatment plan we proceeded with lumbar epidural.

Procedure: After informed consent obtained patient was placed in the prone position, prepped and draped in the usual manner. Under ultrasound guidance a 22 guage needle was inserted in the L4-L5 level. Via the loss of resistance technique the needle was advanced. Once resistance was lost and no CSF or blood returned ___5___ cc of lidocaine 1% and ___1___ cc of Kenalog 40 was injected.

Patient tolerated the procedure well and was given instructions to call or return with any questions or concerns about the procedure. If patient develops fever or erythema they should contact the office immediately, or their private physician or go to the emergency room.

Kevin Weiner, M.D.

_____**Spinal Cord Stimulator Im/explant, Spinal Infusion Pump IM/explant or Refill, Epidural or Spinal CatheterIm/explantation:** Infection requiring hospitalization and removal of stimulator, catheter or pump, meningitis, nerve damage.

_____**Percutaneous Lysis of Epidural Adhesions:** Nerve damage, meningitis, dural puncture, eye hemorrhage, chronic leg weakness.

_____**Myobloc (Botulinum Toxin) Injections:** Nerve or tissue damage, prolonged neuromuscular weakness.

_____**Intra-articular Injection:** Nerve damage, infection, loss of motion.

The incidence of serious complications listed above requiring treatment is very low (less than 1% in our experience). Your physician believes the benefits of the procedure outweigh its risks or it would not have been offered to you. It is your decision and right to accept or decline to have the procedure done.

I authorize **Dr. Kevin H. Weiner** to perform the following procedure

Date: _____5/8/20_____

I have read or have had read to me the above information, I understand there are risks involved with this procedure, to include rare complications, even death, which may not have been specifically mentioned above. I understand that a sedative may be administered for my comfort during the procedure and that sedatives carry the risk of damage to vital organs, such as the brain, heart, and lungs. The risks have been explained to my satisfaction and I accept them and consent to this procedure.

Print Patient Name ████████████████████

Patient Signature _____

**Physician Declaration:** I and/or my assistant have explained the procedure and the pertinent contents of this document to the patient and have answered all the patient's questions. To the best of my knowledge, the patient has been adequately informed and the patient has consented to the above described procedure.

Physician Name _____Weiner_____

Physician Signature _____

# AllBoroMedical
## REHABILITATION

**P**

Bronx 369 E149th Street
Queens 11615 Queens Boulevard
Brooklyn 44 Court Street

**N**

o: **718-676-6151**   f: **888-511-2038**

## CONSENT FOR PAIN MANAGEMENT PROCEDURE

You have a pain problem which has not been relieved by routine treatments. A procedure, specifically an injection is now indicated for further evaluation and diagnosis of your pain. There is no guarantee that a procedure will cure your pain, and in rare cases, it could become worse, even when the procedure is performed in technically a perfect manner. The degree and duration of pain relief varies from person to person, so after your procedure, we will reevaluate your progress, and then determine if further treatment is necessary.

Your physician will explain the details of the procedure listed below.

**Tell the physician if you're a taking any blood thinner such as Coumadin, Lovenox, Plavix, or Heparin, as these can cause excessive bleeding** and a procedure should not be performed. **Alternatives** to the procedure include medications, physical therapy, acupuncture, surgery, etc.

**Benefits** include increased likelihood of correct diagnosis and/or decrease or elimination of your pain. **Risks** include infection, bleeding, allergic reaction, increased pain; nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death; air in lung requiring chest tube; tissue, bone or eye damage from steroids. Nerve destruction with Phenol, Botox, Alcohol, or radiofrequency energy has risks of nerve and tissue damage.

**Specific risks** pertaining to each specific procedure are as follows (patient to initial line of procedure):

_____**Epidural, Facet, Joint, Medial Branch Nerve, Sacroiliac Joint, Selective Nerve Root or Lumbar Sympathetic Injection/Block/Ablation:** Low blood pressure, temporary weakness/numbness arm or leg, headache requiring epidural blood patch, meningitis, infection, paralysis.

_____**Epidural or Spinal Opioid Injection:** Itching, nausea, urinary difficulty, slowed breathing.

_____**Discogram, Intradiscal Steroid Injection or IntraDiscal Electro Thermal Therapy (IDET):** Infection or discitis, nerve injury, leg weakness, leg pain, paralysis.

_____**Stellate Ganglion Block/Ablation:** Hoarseness, difficulty swallowing, seizure, weak and/or numb arm, air in lung, infection.

_____**Trigger point injection, Peripheral Nerve-Neuroma Block, Occipital Nerve Block, Intercostal Nerve Block/Ablation:** Air in lung requiring chest tube in hospital, local pain from tissue and/or nerve irritation, dimpling of/depression in skin, pneumonia, chronic pain.

_____**Celiac or Superior Hypogastric Plexus Block/Ablation:** Low blood pressure, internal vessel/organ puncture requiring emergency surgical treatment to repair it, temporary or permanent bowel, bladder, or sexual dysfunction.

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

Date: *06/19/2020*
Name: ███████████

**History of Present Illness**: This is a followup for this gentleman who had an epidural injection. He did not get relief after the epidural injection for his lower back pain. The patient still has persistent back pain radiating across the back down his legs. He is going to start a course of physical therapy to see if that helps alleviate his discomfort but due to the fact that he did not respond to the epidural and he still has persistent pain and numbness, he is going to follow up with the spinal specialist for a second opinion whether to proceed with the second epidural versus surgical intervention.

**Physical Examination:**

**Cervical spine**-range of motion of the cervical spine. Flexion 35 degrees, extension 30 degrees, lateral flexion 40/30 degrees, and rotation 55 degrees bilaterally. There are triggers in the upper trapezius, serratus posterior, and rhomboid.

**Lumbar spine**-limited range of motion of the lumbar spine at 60/90 degrees. There was weakness of the iliopsoas secondary to pain in the lower back. He had a positive straight leg raise on the right at 40 degrees.

**Recommendations**: Due to his persistent symptoms, he is going to start a course of physical therapy again which was placed on hold due to the pandemic and he is to follow up with the spinal specialist.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    - WC
- Lien

- Bronx  369 East 149ᵗʰ Street    Third Floor    Bronx, NY  10455
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮

Date of Incident: _____

Date of Service: __7_/_30_/_2020_

## PT DAILY NOTES

Subjective: _Pt c/o pain & stiffness on L/S area_  PS _6_ /10

Objective: _(R) spm/ tenderness on Purolumbar mg_

Assessment:

Today's Improvements Include:

Pt tolerated tx: ___ Well      ___ Fair

Plan: ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Valery Compres Lic. 011272              Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 Shoulder | 97162 | ___ | Initial Evaluation | |
| ___ M25.529 Elbow | 97001 | | Re-Evaluation | |
| ___ M25.539 Wrist | 97014 | ___ ___ | E-Stim/TENS x 15 mins | |
| ___ M25.549 Hand | 97035 | | US ___ w/cm x ___ mins | |
| ___ M25.559 Hip | 97010 | ___ ___ | MHP/CP x 15 mins | |
| ___ M25.569 Knee | 97018 | ___ ___ | Paraffin | |
| ___ M25.579 Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins | |
| ___ M54.2 Cervical | 97140 | ___ ___ | Manual Therapy | |
| ✓ M54.5 Lumbar | 97124 | | STM-MFR | |
| ___ M54.6 Thoracic | 97110 | | Thera-ex x 15 mins (stretch/strength) | |
| ___ R07.89 Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins | |
| | 97140 | | Joint mobilization | |

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *08/07/2020*
**Name:** ▇▇▇▇▇▇▇

**History of Present Illness**: The patient states that the epidural did not help alleviate his pain. The patient still complains of back pain, neck pain, and right ankle pain.

**Physical Examination**:

**Cervical spine**-limited range of motion of cervical spine. Flexion 35 degrees, extension 30 degrees, lateral flexion 40/30 degrees, rotation 55 degrees bilaterally. There are triggers in the upper trapezius, serratus posterior, and rhomboid. Increased pain with scapular elevation and retraction.

**Lumbar spine**-limited range of motion of lumbar spine at 60/90 degrees, extension 10/25 degrees. There is pain along the medial and lateral malleolus with weakness in the dorsiflexion and plantar flexion on the right.

**Recommendations**: Due to his persistent symptoms, the patient is going to follow up with the spinal surgeon since he has not responded to conservative treatment.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC    • Bronx  369 East 149th Street   Third Floor      Bronx, NY 10455
- Lien                • Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY 11375

Patient Name: ████████████████

Date of Incident: _____     Date of Service: __10/5/2020__

## PT DAILY NOTES

Subjective: R. Cp pain on 4/5 & ms stiffness      PS _6_ / 10

Objective: (+) gr1 tenderness of Paralumbar ms.

Assessment:

Today's Improvements Include: _____

Pt tolerated tx:    ___ Well    ___ Fair

Plan:    ___ Initiate PT    ___ Continue PT    ___ D/C PT

Valery Compres Lic. 011272          Jasmin Faustino Lic. 029425

| Body Part Treated: | | | Treatments Received: | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97162 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97140 | | Manual Therapy |
| ___ M54.5 | Lumbar | 97124 | | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ___ | Joint mobilization |

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *10/09/2020*
**Name:** ███████

**History of Present Illness:** This is a followup for this gentleman who had an epidural in May 2020 which did not help alleviate his back pain. The patient still complains of back pain. He cannot sit or stand for prolonged periods of time. The pain awakens him up at night. He denies any bowel or bladder symptoms. He did physical therapy that did not help alleviate as well. The patient was seen by the spine specialist. He is going for a new set of x-rays as per the patient. He was seen by Dr. Gerling.

**Physical Examination:** He is alert and oriented to x3, pleasant, and cooperative.

**Cervical spine-**cervical range of motion was limited. Flexion 40 degrees, extension 40 degrees, lateral flexion to the right 35 degrees, left 40 degrees, and rotation 50 degrees bilaterally. He had headaches radiating from the occipital and temple region. He denied any emesis or diplopia. He complains of pain radiating down his arms. He had weakness in the deltoids at 4/5. Reflexes are intact. Pulses are palpated.

**Lumbar spine-** he had limited range of motion of lumbar spine at 55/90 degrees and extension 10/25 degrees. There is a positive straight leg raise on the right at 35 degrees. There is pain in the gluteus medius and maximus. He cannot sit or stand for prolonged period of time. He is constantly changing position. He denies any bowel or bladder symptoms.

**Recommendations:** The patient is to continue with his physical therapy. He is to follow up with his x-rays and the spinal surgeon.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION PLLC

- NF    • WC
- Lien

- Bronx  369 East 149th Street
- Queens  11615 Queens Blvd  Main Floor  Forest Hills, NY  11375

Third Floor    Bronx, NY  10455

Patient Name: ████████████████████

Date of Incident: _____    Date of Service: **10/26/2020**

## PT DAILY NOTES

Subjective: *Pt. c/o pain & stiffness of LS and difficulty in trunk bending*    PS **6** / 10

Objective: *⊕ gr.1 tenderness on paralumbar ms.*

Assessment:

Today's Improvements Include:

_____

_____

_____

Pt tolerated tx:    _____ Well    _____ Fair

Plan:    _____ Initiate PT    _____ Continue PT    _____ D/C PT

Valery Compres Lic. 011272    Jasmin Faustino Lic. 029425

## Body Part Treated:

| | | |
|---|---|---|
| _____ M25.519 | Shoulder |
| _____ M25.529 | Elbow |
| _____ M25.539 | Wrist |
| _____ M25.549 | Hand |
| _____ M25.559 | Hip |
| _____ M25.569 | Knee |
| _____ M25.579 | Foot/Ankle |
| _____ M54.2 | Cervical |
| _____ M54.5 | Lumbar |
| _____ M54.6 | Thoracic |
| _____ R07.89 | Chest |

## Treatments Received:

| | | |
|---|---|---|
| 97162 | _____ | Initial Evaluation |
| 97001 | _____ | Re-Evaluation |
| 97014 | _____ | E-Stim/TENS x 15 mins |
| 97035 | _____ | US _____ w/cm x _____ mins |
| 97010 | _____ | MHP/CP x 15 mins |
| 97018 | _____ | Paraffin |
| 97530 | _____ | Thera-acts x 15 mins |
| 97140 | _____ | Manual Therapy |
| 97124 | _____ | STM-MFR |
| 97110 | _____ | Thera-ex x 15 mins (stretch/strength) |
| 97112 | _____ | Neuromuscular re-educ./PNF x 15 mins |
| 97140 | _____ | Joint mobilization |



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST
BRONX NY 10455

**EXAM:  MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed1.5 teslatesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At C2-C3,** there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

**At C3-C4,** there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

**At C4-C5,** there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At C5-C6,** there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At C6-C7,** there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:  Disc bulges at C4-5 and C5-6 impinging upon the thecal sac**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 02-04-2020 8:33 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service      ou!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:** ███████████
**Date of Birth:** ███████████
**Phone:** ███████████
**MRN:** ███████████
**Date of Exam:** 02-03-2020

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service    ou!

**Manhattan (Midtown East)**
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

**Manhattan (Upper East)**
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

**Bronx (Bainbridge)**
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



**KOLB RADIOLOGY**

**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST
BRONX NY 10455

**EXAM:  MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At L5-S1,** there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At L4-L5,** there is a shallow posterior disc herniation impinging upon the thecal sac.  The neural foramina are unremarkable

**At L3-L4,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:  Shallow posterior disc herniation at L4-5 impinging upon the thecal sac.**

**Disc bulge at L5-S1**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 02-04-2020 8:34 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service         ou!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1



**KOLB RADIOLOGY**

**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

**EXAM:  MRI-ANKLE WITHOUT CONTRAST RIGHT**

**TECHNIQUE:**  Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a1.5 tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:**  The marrow signal is normal with no fracture or osteochondral defect.

The Achilles tendon and plantar fascia are unremarkable.

The subtalar joint is unremarkable.

The anterior and posterior inferior tibiofibular ligaments are unremarkable.

There is a partial tear of the posterior talofibular ligament with associated joint effusion.

The anterior talofibular ligament is unremarkable

The peroneus brevis and longus tendons are unremarkable

The medial tendon group is intact.

The anterior extensor tendons are unremarkable.

The deltoid ligament is unremarkable

**IMPRESSION:  Tear of the posterior talofibular ligament with associated joint effusion**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 02-04-2020 8:32 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service        ou!

**Manhattan (Midtown East)**
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

**Manhattan (Upper East)**
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

**Bronx (Bainbridge)**
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 11-06-2020

Exam requested by:
MICHAEL GERLING MD
110 DUANE ST
New York New York 10007

**EXAM:  XR-SPINE LUMBAR 4 OR 5V**

**TECHNIQUE:**  AP, lateral, flexion extension views were obtained

**INDICATION:**  Status Post Trauma

**FINDINGS:**  There is no fracture or subluxation.

There is a normal vertebral alignment.

The intervertebral disc spaces are well maintained.

There are no degenerative changes.

The pedicles are intact

**IMPRESSION:  Normal x-ray examination of the lumbar spine**


Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas,  MD
*Electronically Signed: 11-07-2020 6:14 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ██████
**Date of Birth:** ██████
**Phone:** ██████
**MRN:** ██████
**Date of Exam:** 11-06-2020

Exam requested by:
MICHAEL GERLING MD
110 DUANE ST
New York New York 10007

**EXAM: XR-SPINE CERVICAL 4 OR 5V AP, LATERAL, FLEXION, EXTENSION**

**TECHNIQUE:** AP, lateral, flexion and extension views were obtained

**INDICATION:** Status Post Trauma

**FINDINGS:** There is no fracture or listhesis. There is a normal vertebral alignment.

Intervertebral disc spaces are of normal height.

There is minimal anterior marginal osteophyte formation at the inferior endplates of C4, C5 and C6.

**IMPRESSION: Minimal anterior degenerative changes.**

**Otherwise normal x-ray examination of the cervical spine**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 11-07-2020 6:13 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Scanned Document Type:AMERICAN TRANSIT FOR, front side, page 2/7   Acquired on 12/16/2022 10:53 AM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST, 3RD FLOOR
BRONX NY 10455

**EXAM:  MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed1.5 teslatesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At C2-C3**, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

**At C3-C4**, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

**At C4-C5**, there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At C5-C6**, there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At C6-C7**, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:  Disc bulges at C4-5 and C5-6 impinging upon the thecal sac**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

Midtown Manhattan
257 West 34th St.
New York, NY 10001

South Bronx
237 East 149th St.
Bronx, NY 10451

Central Bronx
2430 Davidson Ave, 2nd FL
Bronx, NY 10498

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2

Scanned Document Type:AMERICAN TRANSIT FOR, front side,  page 3/7   Acquired on 12/16/2022 10:53 AM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ███████
**Date of Birth:** ███████
**Phone:** ███████
**MRN:** ███████
**Date of Exam:** 02-03-2020

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 02-04-2020 8:33 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

**EXAM:  MRI-ANKLE WITHOUT CONTRAST RIGHT**

**TECHNIQUE:**  Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a 1.5 tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:**  The marrow signal is normal with no fracture or osteochondral defect.

The Achilles tendon and plantar fascia are unremarkable.

The subtalar joint is unremarkable.

The anterior and posterior inferior tibiofibular ligaments are unremarkable.

There is a partial tear of the posterior talofibular ligament with associated joint effusion.

The anterior talofibular ligament is unremarkable

The peroneus brevis and longus tendons are unremarkable

The medial tendon group is intact.

The anterior extensor tendons are unremarkable.

The deltoid ligament is unremarkable

**IMPRESSION:  Tear of the posterior talofibular ligament with associated joint effusion**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 02-04-2020 8:32 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 02-03-2020

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST, 3RD FLOOR
BRONX NY 10455

**EXAM:  MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At L5-S1,** there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina are unremarkable

**At L4-L5,** there is a shallow posterior disc herniation impinging upon the thecal sac.  The neural foramina are unremarkable

**At L3-L4,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:  Shallow posterior disc herniation at L4-5 impinging upon the thecal sac.**

**Disc bulge at L5-S1**

Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas,  MD
*Electronically Signed: 02-04-2020 8:34 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 01-27-2020

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST, 3RD FLOOR
BRONX NY 10455

**EXAM:  CT RIGHT EAR**

**TECHNIQUE:** Thin-section axial as well sagittal coronal reconstructed images of the right middle and in ear structures were obtained.

**INDICATION:** Status Post Trauma

**FINDINGS:** There is sclerosis of the right mastoid consistent with chronic inflammation.

There is small coalescent region of inflammation near the mastoid tip.

Remainder of the osseous structures in both the middle and inner year are unremarkable.

The mastoid air cells are unremarkable.

There is no fracture.

There are no soft tissue masses.

**IMPRESSION:  There is sclerosis of the right mastoid as well as a small coalescent region of inflammation near the mastoid tip.**


Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas,  MD
*Electronically Signed: 02-19-2020 9:57 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



# Manhattan

**110 Duane St., New York NY 10007**

**Tel: 212 882-1110, Fax: 212 882-1120**

**Progress Report**

| Patient First Name: | Patient Last Name: | Date of Birth: | Sex: |
|---|---|---|---|
| ■■■■ | ■■■ | ■■■ | Female |
| **Attending Provider:** | **Referring Provider:** | **Visit Date:** | **Chart No.:** |
| Joseph Pyun, M.D. | AllBoro Rehab Steve | 09-25-2020 | ■■■ |
| **Appointment Location:** | **Appointment Location Address:** | | |
| Manhattan | 110 Duane St., New York NY 10007 | | |

**Mechanism of Injury/Nature of Illness:**
11/2019 fall on the street;
Injury to neck; lower back; rt ankle;

**Main findings:**
Cervical disc herniation
MRI 02/03/20 C3-C5 bulges.
CC: neck pain.Lumbar herniation.


MRI 02/03/20 lumbar bulge L5-S1.
CC: Lower back pain with right leg pain.

___

**Surgical History (If applicable):**
Gunshot Wound lower back : 2005 at DR

___

**History of Present Illness:**
*Initial Patient Visit - New*

**Ms. Esmerlin Meran** is a 32 year female who presents today with neck and low back complaints, with the pain in the back being the most severe. The symptoms have been present for 10 months and are becoming progressively worse. Since the onset, she has not been able to work.

**Neck Specific Findings:**
The neck pain is rated 5/10
The patient has radiating pain to the right shoulder.
The radicular pain is rated 5/10. .

**Back Specific Findings:**
The back pain is rated 10/10.

Page 1

The patient has radiating pain to the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot and ventral aspect of the right foot.
The radicular pain is rated 6/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot and ventral aspect of the right foot.
They cannot walk more than 5 block(s) without pain.
They cannot stand more than 10 minute(s) without pain.
No change in position helps to relieve the pain.
Leaning forwards, leaning backwards, lifting and bending exacerbates the pain.


**Physical therapy** attempted: neck and back.
Neck-specific physical therapy sessions: performed 3 day(s) per week
Back-specific physical therapy sessions: performed 3 day(s) per week
They have performed a formal home exercise program
They have been treated by a chiropractor
They have been treated by an acupuncturist
Back injections have been attempted 2 time(s) without relief.

**Medications include:**
Tylenol.

**Accident details:**
The patient was involved in a trip and fall accident

**Prior Neck and Back History:**
The patient was asymptomatic in the neck prior to the accident
The patient was asymptomatic in the back prior to the accident


---

**Outside Medical Care & Conservative Management History as of 09-25-2020:**
PT, chiropractor, acupuncture lower back 9 months; ongoing 3 x week;
PT to neck 9 months ongoing 3 x week;
ESI LSP x 2; induced more pain; last 3 months ago;

---


**Past Medical History**
No Known Past Medical History

**Current Medication**
No Known Medication

**Allergy**
No Known Drug Allergies.

**Review of Systems:**
**Constitutional Symptoms:** Negative except for details in HPI . **Ears/Nose/Mouth/Throat:** Negative for ears/nose/mouth/throat complaints other than those listed under past medical history, history of present illness and/or assessments. **Respiratory:** Negative for respiratory complaints other than those listed under past medical history. **Cardiovascular:** Negative for cardiovascular complaints other than those listed under past medical history. **Gastrointestinal:** Negative for gastrointestinal complaints other than those listed under past medical history.

**Genitourinary:** Negative for genitourinary complaints other than those listed under past medical history.
**Musculoskeletal:** Negative except for details in HPI **Neurological:** Negative except for details in HPI **Psychiatric:** Negative for psychiatric complaints other than those listed under past medical history, history of present illness and/or assessments. **Endocrine:** Negative for endocrinology complaints other than those listed under past medical history. **Hematologic/Lymphatic:** Negative for hematologic/lymphatic complaints other than those listed under past medical history. **Skin:** Negative for dermatological complaints other than those listed under past medical history, history of present illness and/or assessments.

**Social History:**
**Use of Drugs / Alcohol / Tobacco:** Patient states that she drinks alcohol occasionally. Smoking Status (MU) former smoker. She admits to current use of illicit drugs.
**Work History:** She is unemployed at present. The patient states that they are right hand dominant.

**Vitals:**
**Weight:** 114 lbs. **Height:** 65 inches. *Temperature: 94.30 deg. F.*

**Physical Examination:**

**General:** Patient is alert and oriented. They present sagittally balanced.
She is in no acute distress.

**Cervical Spine Exam:** The cervical spine has limited range of motion due to pain with tenderness to palpation and spasm noted.
Spurling's test: Negative
Lhermitte's: Negative
*- ROM Flexion: 55 degrees. (Normal: 60 degrees) with firm endpoint palpable*
*- ROM Extension: 50 degrees. (Normal: 75 degrees) with firm endpoint palpable*
*- ROM Left lateral rotation: 60 degrees. (Normal: 80 degrees) with firm endpoint palpable*
*- ROM Right lateral rotation: 50 degrees. (Normal: 80 degrees) with firm endpoint palpable*

**Examination of the Thoracolumbar Spine:** The thoracolumbar spine has limited range of motion due to pain with tenderness to palpation and spasm noted .
Straight leg raise: Negative
*- ROM Forward Flexion: 90 degrees. (Normal: 110 degrees) with firm endpoint palpable*
*- ROM Extension: 15 degrees. (Normal: 25 degrees) with firm endpoint palpable*
All range of motion is tested with a Goniometer and the normal limits for range of motion use established AMA guidelines.
**Incision: Fully healed. Mid abdominal incision ; bullet port rt side midback**

**Gait/Balance:** The patient displays a grossly stable gait.

**Musculoskeletal exam:** Both upper extremities were examined. There was no gross mal-alignment or deformity.
Shoulder impingement negative bilaterally.
Both lower extremities were examined. There was no gross mal-alignment or deformity.

**Neurology - Deep Tendon Reflexes:**
Upper Extremities:
- Right biceps: 2+. Left biceps: 2+.
- Right triceps: 2+. Left triceps: 2+.
- Right brachioradialis 2+. Left brachioradialis: 2+.

Lower Extremities:

- Right patella: 2+. Left patella: 2+.
- Right Achilles: 2+. Left Achilles: 2+.

**Motor:**
Upper Extremities:
- Right deltoids: 5/5 Left deltoids: 5/5
- Right biceps: 5/5 Left biceps: 5/5
- Right wrist extension: 5/5 Left wrist extension: 5/5
- Right triceps: 5/5 Left triceps: 5/5
- Right grip: 5/5 Left Grip: 5/5
- Right IO: 5/5 Left IO: 5/5

Lower Extremities:
- Right EHL: 5/5 Left EHL: 5/5
- Right Tibialis Anterior: 5/5 Left Tibialis Anterior: 5/5
- Right Plantar Flexion: 5/5 Left Plantar Flexion: 5/5
- Right Quadriceps: 5/5 Left Quadriceps: 5/5
- Right Hamstrings: 5/5 Left Hamstrings: 5/5
- Right Iliopsoas: 5/5 Left Iliopsoas: 5/5

**Sensation:**
Upper Extremities: Grossly intact to light touch in the C5-T1 dermatomes.
Lower Extremities: Grossly intact in the L3-S1 dermatomes.

---

**Diagnostic Studies Reviewed:**

**Order No:** ▇▇▇▇▇▇ **Dated: 02-03-2020**

| Test | Result |
|---|---|
| Magnetic Resonance Imaging | |
| MRI CSP w/o | JP:C3-C5 bulges; |

**Order No:** ▇▇▇▇▇▇ **Dated: 02-03-2020**

| Test | Result |
|---|---|
| Magnetic Resonance Imaging | |
| MRI LSP w/o | JP: L5-S1 bulge |

---

**Assessment and Plan:**

**ICD: Cervical disc herniation (M50.20)**
**Assessment:** Cervical disc herniation
MRI 02/03/20 C3-C5 bulges.
CC: neck pain.
**Plan:** - Lifting is restricted to < 10lbs.
- Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
- Physical Therapy was continued today for the neck along with a thorough discussion regarding our home physical

therapy program.

The patient was extensively counseled on home therapy that should commence immediately to the affected areas. We discussed the use of temperature modalities including Heat before stretching, mobilization, massage and home exercises. Ice will be used to cool down after the exercise program along with other times throughout the day to decrease local inflammation and sooth pain. Ice should always be wrapped in a towel to protect the skin and never exceed 20 minutes in length. A structured Home Exercise Program (HEP) was sent to the patient today. We described the stretching and graduated local muscular activation and strengthening program in detail, and recommended it for twice daily use every day of the week including days when the patient may attend an outside therapy program.
- The patient will return to our office with CDs containing the following diagnostic imaging for review along with the corresponding radiology report (see order for additional details):
Cervical X-rays
EMG Study - Upper Extremities
.
--------------------------------------------------------------------------
.
- CAUSATION:
As the patient was asymptomatic in the cervical spine prior to their injury, it is my professional opinion, within a reasonable degree of medical certainty, that the injuries above, recommended treatments above, and resultant disability are directly causally related to the above stated accident.

**ICD: Fusion of lumbar spine (M43.26)**
**Assessment:** Lumbar herniation.
MRI 02/03/20 lumbar bulge L5-S1;

CC: Lower back pain with right leg pain.
**Plan:** - Lifting is restricted to < 10lbs.
- Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
- Physical Therapy was continued today for the back along with a thorough discussion regarding our home physical therapy program.

The patient was extensively counseled on home therapy that should commence immediately to the affected areas. We discussed the use of temperature modalities including Heat before stretching, mobilization, massage and home exercises. Ice will be used to cool down after the exercise program along with other times throughout the day to decrease local inflammation and sooth pain. Ice should always be wrapped in a towel to protect the skin and never exceed 20 minutes in length. A structured Home Exercise Program (HEP) was sent to the patient today. We described the stretching and graduated local muscular activation and strengthening program in detail, and recommended it for twice daily use every day of the week including days when the patient may attend an outside therapy program.
- The patient will return to our office with CDs containing the following diagnostic imaging for review along with the corresponding radiology report (see order for additional details):
Lumbar X-rays
EMG Study - Lower Extremities
.
--------------------------------------------------------------------------
.
- CAUSATION:
As the patient was asymptomatic in the lumbar spine prior to their injury, it is my professional opinion, within a reasonable degree of medical certainty, that the injuries above, recommended treatments above, and resultant disability are directly causally related to the above stated accident.

**<u>New Orders & Referrals:</u>**

Diagnostic Imaging:

**X-Ray**: XR CSP - AP/Lat + Flex/Ex, XR LSP - AP/Lat + Flex/Ex

Lab(s) & EMG(s):

**HL7ADHOC**: EMG - UE + LE

Consultation(s):

DME/Bracing:

---

**CPT Codes:**
Office Consultation (99243)

**Follow Up: In two weeks with Dr.Gerling on Duane with X-ray CSP and LSP and EMGs.**

AK

**Education Material Given:**
**Printed Material:** Diagnostic Imaging Centers List
**URLs:** Home Exercise Program (HEPs)

Joseph Pyun, MD

---

**Please let this report represent a letter of medical necessity for our treatment plan**

Joseph Pyun, M.D.

Joseph Pyun, M.D.
*This has been electronically signed by Joseph Pyun, M.D. on 09-25-2020.*

*This has been electronically signed by on 09-25-2020.*



# Manhattan

110 Duane St., New York NY 10007

Tel: 212 882-1110, Fax: 212 882-1120

**Progress Report**

| Patient First Name: | Patient Last Name: | Date of Birth: | Sex: |
|---|---|---|---|
| ███ | ███ | ███ | Female |
| Attending Provider: | Referring Provider: | Visit Date: | Chart No.: |
| Michael Gerling, M.D. | AllBoro Rehab Steve | 12-29-2020 | ███ |
| Appointment Location: | Appointment Location Address: | | |
| Manhattan | 110 Duane St., New York NY 10007 | | |

**Mechanism of Injury/Nature of Illness:**
11/2019 fall on the street;
Injury to neck; lower back; rt ankle;

**Main findings:**
-Lumbar disc herniation with radiculopathy
MRI 02/03/20: L4-5 HNP; L5-S1 protrusion.
CC: Lower back pain with right leg pain.Cervical disc herniation
MRI 02/03/20 C3-C5 bulges.
CC: neck pain.

---

**Surgical History (If applicable):**
No Known Surgical History

---

**History of Present Illness:**
*Follow up consultation*

Esmerlin presents today with neck disorder and with low back disorder. ***His symptoms have worsened since her last examination.*** He denies any bowel or bladder issues. He reports no changes in her balance since the last visit. Esmerlin is unable to work and requires assistance with activities of daily living including chores and lifting, and similar tasks, for which she now relies on "Family." He cannot walk more than 5-10 blocks.

**Neck Specific Findings:**
The neck pain is rated 6/10.
The patient has radiating pain to the to the upper back and right shoulder.
The radicular pain is rated 5/10.
They are experiencing occipital headaches. .

**Back Specific Findings:**
The back pain is rated 8/10. Right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot and ventral aspect of the right foot.

The radicular pain is rated 7/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot and ventral aspect of the right foot.
They have weakness of the right lower extremity.
They cannot walk more than 6 block(s) without pain.
They cannot stand more than 20 minute(s) without pain.
Lifting and bending exacerbates the pain.


**Physical therapy** attempted: neck and back.
Neck-specific physical therapy sessions: performed 2 day(s) per week
Back-specific physical therapy sessions: performed 2 day(s) per week
They have performed a formal home exercise program

The patient denies a history of injections since the last visit.
Back injections have been attempted 2 time(s) without relief.

**Medications include:**
Tylenol.

---

**Outside Medical Care & Conservative Management History as of 12-29-2020:**
PT, chiropractor, acupuncture lower back 11 months; ongoing 2 x week;
PT to neck 11 months ongoing 2 x week;
ESI LSP x 2; induced more pain; last 3 months ago;

---

**Past Medical History**
Gunshot Wound lower back 2005

**Current Medication**
No Known Medication

**Allergy**
No Known Drug Allergies.

**Review of Systems:**
**Constitutional Symptoms:** Negative except for details in HPI . **Ears/Nose/Mouth/Throat:** Negative for ears/nose/mouth/throat complaints other than those listed under past medical history, history of present illness and/or assessments. **Respiratory:** Negative for respiratory complaints other than those listed under past medical history. **Cardiovascular:** Negative for cardiovascular complaints other than those listed under past medical history. **Gastrointestinal:** Negative for gastrointestinal complaints other than those listed under past medical history. **Genitourinary:** Negative for genitourinary complaints other than those listed under past medical history. **Musculoskeletal:** Negative except for details in HPI **Neurological:** Negative except for details in HPI **Psychiatric:** Negative for psychiatric complaints other than those listed under past medical history, history of present illness and/or assessments. **Endocrine:** Negative for endocrinology complaints other than those listed under past medical history. **Hematologic/Lymphatic:** Negative for hematologic/lymphatic complaints other than those listed under past medical history. **Skin:** Negative for dermatological complaints other than those listed under past medical history, history of present illness and/or assessments.

**Social History:**
**Use of Drugs / Alcohol / Tobacco:** Patient states that she drinks alcohol occasionally. Smoking Status (MU)

former smoker. She admits to current use of illicit drugs.
**Work History:** She is unemployed at present. The patient states that they are right hand dominant.

---

**Vitals:**
**Weight:** 114 lbs. **Height:** 65 inches. **Temperature:** 97.60 deg. F.

---

**Physical Examination:**

**General:** Patient is alert and oriented. They present sagittally balanced.
He is in no acute distress.

**Cervical Spine Exam:** The cervical spine has limited range of motion due to pain with tenderness to palpation and spasm noted.
Spurling's test: Negative
Lhermitte's: Negative
*- ROM Flexion: 55 degrees. (Normal: 60 degrees) with firm endpoint palpable*
*- ROM Extension: 50 degrees. (Normal: 75 degrees) with firm endpoint palpable*
*- ROM Left lateral rotation: 60 degrees. (Normal: 80 degrees) with firm endpoint palpable*
*- ROM Right lateral rotation: 50 degrees. (Normal: 80 degrees) with firm endpoint palpable*
All range of motion is tested with a Goniometer and the normal limits for range of motion use established AMA guidelines.

**Examination of the Thoracolumbar Spine:** The thoracolumbar spine has limited range of motion due to pain with tenderness to palpation and spasm noted at the level of the iliac crest.
Straight leg raise: Negative
*- ROM Forward Flexion: 90 degrees. (Normal: 110 degrees) with firm endpoint palpable*
*- ROM Extension: 15 degrees. (Normal: 25 degrees) with firm endpoint palpable*
All range of motion is tested with a Goniometer and the normal limits for range of motion use established AMA guidelines.
**Incision: Fully healed. Mid abdominal incision ; bullet port rt side midback**

**Gait/Balance:** The patient displays a grossly stable gait.

**Musculoskeletal exam:** Both upper extremities were examined. There was no gross mal-alignment or deformity.
Shoulder impingement negative bilaterally.
Both lower extremities were examined. There was no gross mal-alignment or deformity.

**Neurology - Deep Tendon Reflexes:**
Upper Extremities:
- Right biceps: 2+. Left biceps: 2+.
- Right triceps: 2+. Left triceps: 2+.
- Right brachioradialis 2+. Left brachioradialis: 2+.

*Lower Extremities:*
*- Right patella: absent. Left patella: absent.*
*- Right Achilles: absent. Left Achilles: absent.*

**Motor:**
Upper Extremities:
- Right deltoids: 5/5 Left deltoids: 5/5
- Right biceps: 5/5 Left biceps: 5/5
- Right wrist extension: 5/5 Left wrist extension: 5/5

- Right triceps: 5/5 Left triceps: 5/5
- Right grip: 5/5 Left Grip: 5/5
- Right IO: 5/5 Left IO: 5/5

Lower Extremities:
- ***Right EHL: 4/5 Left EHL: 4/5***
- ***Right Tibialis Anterior: 4/5 Left Tibialis Anterior: 4/5***
- Right Plantar Flexion: 5/5 Left Plantar Flexion: 5/5
- Right Quadriceps: 5/5 Left Quadriceps: 5/5
- Right Hamstrings: 5/5 Left Hamstrings: 5/5
- Right Iliopsoas: 5/5 Left Iliopsoas: 5/5

**Sensation:**
Upper Extremities: Grossly intact to light touch in the C5-T1 dermatomes.
Lower Extremities: Grossly intact in the L3-S1 dermatomes.

___

**Diagnostic Studies Reviewed:**

**Order No:** [redacted] **Dated: 11-06-2020**

| Test | Result |
|---|---|
| X-Ray | |
| XR CSP - AP/Lat + Flex/Ex | MG: No fx or dislocation. No Degen changes |

**Radiology Remarks:** Kolb
XR CSP:
- C4-6 anterior osteophyte formation

**Order No:** [redacted] **Dated: 11-06-2020**

| Test | Result |
|---|---|
| X-Ray | |
| XR LSP - AP/Lat + Flex/Ex | MG: No fx or dislocation. No Degen changes |

**Radiology Remarks:** Kolb
XR LSP:
- No fractures or dislocations

**Order No:** [redacted] **Dated: 12-29-2020**

| Test | Result |
|---|---|
| Magnetic Resonance Imaging | |
| MRI LSP w/o | MG: L4-5 HNP; L5-S1 protrusion. |

**Radiology Remarks:** Kolb Radiology (O/F)
MRI LSP:
- L4-5 HNP impinging thecal sac
- L5-S1 bulge

**Order No:** [redacted] **Dated: 12-29-2020**

| Test | Result |
|---|---|
| Magnetic Resonance Imaging | |
| MRI CSP w/o | JP:C3-C5 bulges; |

**Order No:** ▮▮▮▮▮▮▮ **Dated: 10-28-2020**

| Test | Result | Unit | Range |
|------|--------|------|-------|
| HL7ADHOC | | | |
| EMG - LE | Normal study | | |

**Order No:** ▮▮▮▮▮▮▮ **Dated: 10-28-2020**

| Test | Result | Unit | Range |
|------|--------|------|-------|
| HL7ADHOC | | | |
| EMG - UE | Normal study | | |

### Assessment and Plan:

**ICD: Lumbar disc herniation (M51.26)**
**Assessment:** -Lumbar disc herniation with radiculopathy
MRI 02/03/20: L4-5 HNP; L5-S1 protrusion.
CC: Lower back pain with right leg pain.
**Plan:** - Lifting is restricted to < 10lbs.
- Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
- Physical Therapy was continued today for the back along with a thorough discussion regarding our home physical therapy program.
The patient was extensively counseled on home therapy that should commence immediately to the affected areas. We discussed the use of temperature modalities including Heat before stretching, mobilization, massage and home exercises. Ice will be used to cool down after the exercise program along with other times throughout the day to decrease local inflammation and sooth pain. Ice should always be wrapped in a towel to protect the skin and never exceed 20 minutes in length. A structured Home Exercise Program (HEP) was sent to the patient today. We described the stretching and graduated local muscular activation and strengthening program in detail, and recommended it for twice daily use every day of the week including days when the patient may attend an outside therapy program.

- The patient does not wish to consult with pain management at this time.
- Surgical Indications:

Lumbar Diskectomy. Annuloplasty was discussed as possible add-on as indicated.
Levels: L4-L5 Left

Medical Necessity:
The patient has significant disk herniation-stenosis with correlated neurological complaints, symptoms and clinical findings

We discussed the risks and benefits of surgery at length today, the goals for treatment, peri-operative care, short-term and long-term prognosis. After lengthy discussion, the patient expressed understanding of the following issues: Though the primary goal of decompression is relief of neurologic symptoms, there are no guarantees of symptom relief, and no guarantees of improved neurologic function; Some patients have new or worsening neurologic symptoms after surgery that can be permanent at times; There is a high likelihood that axial symptoms will continue or worsen after the procedure; Reoccurrence of herniation or stenosis may require repeat decompression or fusion; Intra-operative findings or events sometimes prompt a change in plans with inclusion or exclusion of levels, a modification of the procedure, including possibly fusion with instrumentation, at the same or different operative levels; When discography is performed, it can accelerate degeneration and has no guarantee of

accurately defining symptomatic levels; With or without surgery, he has abnormalities in the spine that may require future surgery or treatment at the index levels or adjacent levels; The concept of fusion versus non-fusion and the indications for use of instrumentation and possible future associated interventions; And wound or medical complications intrinsic to all types of surgery. The patient expressed understanding of these risks and wants to proceed with the procedure, understanding that the plan may change peri-operatively or interoperatively as needed.

Requirements for Surgery: Medical Testing satisfactory to the Pre-operative Assessment Team
Diagnostic testing:
- The patient will return to our office following the procedure for an initial post-operative consultation.
Should any complications arise, they have been instructed to call our office to reschedule for an appointment as soon as possible.
------------------------------------------------------------------------
- CAUSATION:
As the patient was asymptomatic in the lumbar spine prior to their injury, it is my professional opinion, within a reasonable degree of medical certainty, that the injuries above, recommended treatments above, and resultant disability are directly causally related to the above stated accident.

**ICD: Cervical disc herniation (M50.20)**
**Assessment:** Cervical disc herniation
MRI 02/03/20 C3-C5 bulges.
CC: neck pain.
**Plan:** - Lifting is restricted to < 10lbs.
- Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
- Physical Therapy was continued today for the neck along with a thorough discussion regarding our home physical therapy program.
The patient was extensively counseled on home therapy that should commence immediately to the affected areas. We discussed the use of temperature modalities including Heat before stretching, mobilization, massage and home exercises. Ice will be used to cool down after the exercise program along with other times throughout the day to decrease local inflammation and sooth pain. Ice should always be wrapped in a towel to protect the skin and never exceed 20 minutes in length. A structured Home Exercise Program (HEP) was sent to the patient today. We described the stretching and graduated local muscular activation and strengthening program in detail, and recommended it for twice daily use every day of the week including days when the patient may attend an outside therapy program.
- The patient will return to our office following a course of formal physical therapy treatment (see above for additional details).
Should any complications arise, they have been instructed to call our office to reschedule for an appointment as soon as possible.
------------------------------
- CAUSATION:
As the patient was asymptomatic in the cervical spine prior to their injury, it is my professional opinion, within a reasonable degree of medical certainty, that the injuries above, recommended treatments above, and resultant disability are directly causally related to the above stated accident.

**New Orders & Referrals:**

Diagnostic Imaging:
**X-Ray**: Chest (PA and LAT)
Lab(s) & EMG(s):
**HL7ADHOC**: Basic Metabolic Panel, CBC with Differential/Platelet, EKG (electrocardiogram) with at least 12 leads, Prothrombin Time (PT) / INR, PTT Activated, Urinalysis, Complete
Consultation(s):

DME/Bracing and/or Procedures:

_____

**CPT Codes:**
Office/outpatient Visit Est (99215)


**Follow Up: Post op otherwise 2 months with Dr. Gerling.**

Bi.

**Education Material Given:**
**Printed Material:** Diagnostic Imaging Centers List
**URLs:** Home Exercise Program (HEPs), Ambra Upload Instructions

_____

**Please let this report represent a letter of medical necessity for our treatment plan**

_____


Michael Gerling, M.D.
*This has been electronically signed by Michael Gerling, M.D. on 12-29-2020.*




*This has been electronically signed by on 12-29-2020.*

# N e u r o d i a g n o s t i c   T e s t i n g   R e p o r t



**Address 110 Duane Street, New York NY 10007**
**Phone 212-882-1110     Fax 212-882-1120     Email info@spinecarenyc.com**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | ███████ | **DOB:** | ████ | **Date Of Service:** | 10/28/2020 |
| **Height:** | 5' 5" | **Sex:** | Male | **Ref Phys:** | Michael C. Gerling, MD |
| **Weight:** | 115 lbs. | **Skin Temp:** | Deg Celcius | | |

**IMPRESSIONS:**
**There is no electrophysiologic evidence suggestive of a neuropathic, radiculopathic or myopathic process. This is a normal study.**

**REASON FOR REFERRAL:**
Patient was referred to our practice for electrophysiologic testing to rule out bilateral lumbar radiculopathic process.

**CHIEF COMPLAINTS:**
Patient is a 32 year old Male who presents with low pain numbness and tingling radiating to the both lower extremities. These symptoms have been present for 1 year.

**PAST MEDICAL AND SURGICAL HISTORY:**
Surgical history significant for a gun shot .

**General:** Negative for fever, chills, weight gain, weight loss, fatigue or lack of appetite.
**HEENT:** Negative for headache, dizziness or syncope.
**Respiratory:** Negative for shortness of breath or cough.
**Cardiovascular:** Negative for chest pain or palpitations.
**Gastrointestinal:** Negative for heartburn, abdominal pain or bleeding.
**Musculoskeletal:** Negative for joint pains or arthritis.
**Neurological:** Negative for balance or coordination problems.
**GU:** Negative for bladder or bowel incontinence.
**Hematological:** Negative for bleeding disorders or anemia.
**Psychiatric:** Negative for depression or anxiety.

**NCS / EMG EVALUATION:**
Testing procedures were discussed with patient and all questions were answered. Patient provided consent for testing.

Nerve selection, number of nerves and method of examination follows general guidelines and recommendations by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and the American Congress of Electroneuromyography (ACE). The patient's test results were compared against normative data provided by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and correlated with additional normative values obtained by our own laboratory.

**Patient:** ███████████    **Test Date:** 10/28/2020    Page 2

## NCS SUMMARY FINDINGS:

1. Using surface electrodes and percutaneous electrical stimulations, selected motor and sensory nerves were tested. Evaluation of the left peroneal motor and the right peroneal motor nerves showed normal distal onset latency (L3.4, R3.8 ms), normal amplitude (L7.2, R8.1 mV), normal conduction velocity (B Fib-Ankle, L49, R55 m/s), and normal conduction velocity (Poplt-B Fib, L48, R53 m/s).

2. The left tibial motor and the right tibial motor nerves showed normal distal onset latency (L3.9, R4.4 ms), normal amplitude (L25.4, R19.4 mV), and normal conduction velocity (Poplit-Ankle, L51, R55 m/s).

3. The left superficial peroneal antidromic sensory and the right superficial peroneal antidromic sensory nerves showed normal distal peak latency (L2.7, R3.0 ms), normal amplitude (L26.5, R34.7 μV), and normal conduction velocity (Low Leg-Ant Lat Mall, L52, R47 m/s).

4. The left sural antidromic sensory nerve showed normal distal peak latency (3.3 ms), normal amplitude (25.6 μV), and normal conduction velocity (Calf-Lat Mall, 42 m/s).

5. All left vs. right side differences were within normal limits.

6. H-reflex studies indicate that the left tibial H-reflex has normal latency (27.18 ms).

7. The right tibial H-reflex has normal latency (27.05 ms).

8. All H Reflex left vs. right side latency differences were within normal limits.

## EMG SUMMARY FINDINGS:

1. Selected proximal and distal muscles were examined using a sterile monopolar needle electrode. All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

_____

Anoop Chacko,PT,FEMG,REMG

_____

Dimitrios Kostopoulos, P.T., D.P.T., Ph.D., D.Sc., ECS
APBTS Board Certified in Clinical Electrophysiology Testing

**Patient:** ████████    Test Date: 10/28/2020    Page 3

## Nerve Conduction Studies

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Dur (ms) | Full Dur (ms) | Neg Area (mVms) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | | | | |
| Ankle | | 3.4 | <6.5 | 7.2 | >1.3 | 6.72 | 29.22 | 24.43 | Ankle | Ext Dig Brev | 3.4 | 8.0 | | |
| B Fib | | 10.2 | | 7.0 | | 6.41 | 32.66 | 23.86 | B Fib | Ankle | 6.8 | 33.0 | 49 | >38.0 |
| Poplt | | 12.3 | | 7.9 | | 7.81 | 27.97 | 34.52 | Poplt | B Fib | 2.1 | 10.0 | 48 | >42.0 |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | | | | |
| Ankle | | 3.8 | <6.5 | 8.1 | >1.3 | 6.72 | 34.84 | 28.42 | Ankle | Ext Dig Brev | 3.8 | 8.0 | | |
| B Fib | | 9.8 | | 7.8 | | 6.41 | 33.13 | 27.16 | B Fib | Ankle | 6.0 | 33.0 | 55 | >38.0 |
| Poplt | | 11.7 | | 7.8 | | 6.25 | 34.06 | 27.39 | Poplt | B Fib | 1.9 | 10.0 | 53 | >42.0 |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | | | | |
| Ankle | | 3.9 | <6.1 | 25.4 | >4.4 | 7.19 | 24.22 | 67.05 | Ankle | Abd Hall Brev | 3.9 | 8.0 | | |
| Poplit | | 12.2 | | 18.7 | | 8.13 | 28.75 | 59.56 | Poplt | Ankle | 8.3 | 42.0 | 51 | >39.0 |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | | | | |
| Ankle | | 4.4 | <6.1 | 19.4 | >4.4 | 6.88 | 26.72 | 63.53 | Ankle | Abd Hall Brev | 4.4 | 8.0 | | |
| Poplit | | 12.0 | | 12.9 | | 8.13 | 26.25 | 57.19 | Poplt | Ankle | 7.6 | 42.0 | 55 | >39.0 |

**Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sup Peron Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| Low Leg | | 2.7 | <4.2 | 26.5 | >3.0 | Low Leg | Ant Lat Mall | 2.7 | 14.0 | 52 | >33.0 |
| **Right Sup Peron Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| Low Leg | | 3.0 | <4.2 | 34.7 | >3.0 | Low Leg | Ant Lat Mall | 3.0 | 14.0 | 47 | >33.0 |
| **Left Sural Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 3.3 | <4.5 | 25.6 | >4.0 | Calf | Lat Mall | 3.3 | 14.0 | 42 | >31.0 |
| **Right Sural Sensory (Lat Mall)** | | | | | | | | | | | |
| Site 2 | | 3.0 | | 30.2 | | | | | | | |

## H Reflex Studies

| NR | H-Lat (ms) | Lat Norm (ms) | L-R H-Lat (ms) | L-R Lat Norm | Leg Length (cm) |
|---|---|---|---|---|---|
| **Left Tibial (Gastroc)** | | | | | |
| | 27.18 | <30.8 | 0.13 | <2.0 | 40.00 |
| **Right Tibial (Gastroc)** | | | | | |

**Patient:** ██████████    Test Date: 10/28/2020    Page 4

| | | | | |
|---|---|---|---|---|
| 27.05 | <30.8 | 0.13 | <2.0 | 40.00 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|---------|
| Left | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | BicepsFemS | Sciatic | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | VastusMed | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | AntTibialis | Dp Br Peron | L4-5 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Med Gastroc | Tibial | S1-2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Peroneus Long | Sup Br Peron | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | ExtHallLong | Dp Br Peron | L5, S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | LumbParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | LumbParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | LumbParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |

**Patient:** ▮▮▮▮▮▮▮     **Test Date:** 10/28/2020     Page 5

| | | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Right | BicepsFemS | Sciatic | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | VastusMed | Femoral | L2-4 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | AntTibialis | Dp Br Peron | L4-5 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | Med Gastroc | Tibial | S1-2 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | PostTibialis | Tibial | L5, S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | Peroneus Long | Sup Br Peron | L5-S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | ExtHallLong | Dp Br Peron | L5, S1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | LumbParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | LumbParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | LumbParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |

**Waveforms:**



**Patient:** ▮▮▮▮▮▮ **Test Date:** 10/28/2020 **Page 6**





# Neurodiagnostic Testing Report



**Address 110 Duane Street, New York NY 10007**
**Phone 212-882-1110    Fax 212-882-1120    Email info@spinecarenyc.com**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | ▮▮▮▮▮▮ | **DOB:** | ▮▮▮▮ | **Date Of Service:** | 10/28/2020 |
| **Height:** | 5' 5" | **Sex:** | Male | **Ref Phys:** | Michael C. Gerling, MD |
| **Weight:** | 115 lbs. | **Skin Temp:** | Deg Celcius | | |

**IMPRESSIONS:**
**There is no electrophysiologic evidence suggestive of a neuropathic, radiculopathic or myopathic process. This is a normal study.**

**REASON FOR REFERRAL:**
Patient was referred to our practice for electrophysiologic testing to rule out bilateral cervical radiculopathic process.

**CHIEF COMPLAINTS:**
Patient is a 32 year old Male who presents with neck pain numbness and tingling radiating to the both upper extremities. These symptoms have been present for 1 year.

**PAST MEDICAL AND SURGICAL HISTORY:**
Surgical history significant for gun shot .

**General:** Negative for fever, chills, weight gain, weight loss, fatigue or lack of appetite.
**HEENT:** Negative for headache, dizziness or syncope.
**Respiratory:** Negative for shortness of breath or cough.
**Cardiovascular:** Negative for chest pain or palpitations.
**Gastrointestinal:** Negative for heartburn, abdominal pain or bleeding.
**Musculoskeletal:** Negative for joint pains or arthritis.
**Neurological:** Negative for balance or coordination problems.
**GU:** Negative for bladder or bowel incontinence.
**Hematological:** Negative for bleeding disorders or anemia.
**Psychiatric:** Negative for depression or anxiety.

**NCS / EMG EVALUATION:**
Testing procedures were discussed with patient and all questions were answered. Patient provided consent for testing.

Nerve selection, number of nerves and method of examination follows general guidelines and recommendations by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and the American Congress of Electroneuromyography (ACE). The patient's test results were compared against normative data provided by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and correlated with additional normative values obtained by our own laboratory.

**Patient:** ▮▮▮▮▮▮▮▮     **Test Date:** 10/28/2020     **Page** 2

## NCS SUMMARY FINDINGS:

1. Using surface electrodes and percutaneous electrical stimulations, selected motor and sensory nerves were tested. Evaluation of the left median motor and the right median motor nerves showed normal distal onset latency (L2.7, R3.0 ms), normal amplitude (L13.0, R11.3 mV), and normal conduction velocity (Elbow-Wrist, L62, R70 m/s).

2. The left ulnar segmental motor and the right ulnar segmental motor nerves showed normal distal onset latency (L2.3, R2.7 ms), normal amplitude (L9.9, R9.4 mV), normal conduction velocity (B Elbow-Wrist, L60, R65 m/s), and normal conduction velocity (A Elbow-B Elbow, L59, R59 m/s).

3. The left median (digit 2) antidromic sensory and the right median (digit 2) antidromic sensory nerves showed normal distal peak latency (L2.7, R2.7 ms), normal amplitude (L57.1, R50.9 μV), and normal conduction velocity (Wrist-2nd Digit, L52, R52 m/s).

4. The left radial antidromic sensory and the right radial antidromic sensory nerves showed normal distal peak latency (L2.1, R2.2 ms), normal amplitude (L40.3, R48.8 μV), and normal conduction velocity (Wrist-1st Digit, L48, R45 m/s).

5. The left ulnar (digit 5) antidromic sensory and the right ulnar (digit 5) antidromic sensory nerves showed normal distal peak latency (L2.8, R2.4 ms), normal amplitude (L71.7, R48.8 μV), and normal conduction velocity (Wrist-5th Digit, L50, R58 m/s).

6. All left vs. right side differences were within normal limits.

7. All H Reflex left vs. right side latency differences were within normal limits.

## EMG SUMMARY FINDINGS:

1. Selected proximal and distal muscles were examined using a sterile monopolar needle electrode. All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

_____

Anoop Chacko,PT,FEMG,REMG

_____

Dimitrios Kostopoulos, P.T., D.P.T., Ph.D., D.Sc., ECS
APBTS Board Certified in Clinical Electrophysiology Testing

**Patient:** ████████     Test Date: 10/28/2020     Page 3

## Nerve Conduction Studies
**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Dur (ms) | Full Dur (ms) | Neg Area (mVms) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 2.7 | <4.5 | 13.0 | >4.1 | 6.25 | 35.78 | 50.26 | Wrist | Elbow | 4.2 | 8.0 | | |
| Elbow | | 6.9 | | 11.4 | | 6.72 | 37.66 | 45.68 | Elbow | Wrist | 4.2 | 26.0 | 62 | >49.0 |
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 3.0 | <4.5 | 11.3 | >4.1 | 6.09 | 27.19 | 40.73 | Wrist | Elbow | 3.7 | 8.0 | | |
| Elbow | | 6.7 | | 11.5 | | 6.25 | 33.28 | 41.00 | Elbow | Wrist | 3.7 | 26.0 | 70 | >49.0 |
| **Left Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.3 | <3.7 | 9.9 | >4.9 | 6.09 | 25.31 | 30.59 | Wrist | Abd Dig Minimi | 2.3 | 8.0 | | |
| B Elbow | | 6.3 | | 9.8 | | 6.09 | 36.41 | 30.42 | B Elbow | Wrist | 4.0 | 24.0 | 60 | >52.0 |
| A Elbow | | 8.0 | | 9.7 | | 6.09 | 11.09 | 30.44 | A Elbow | B Elbow | 1.7 | 10.0 | 59 | >43.0 |
| **Right Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.7 | <3.7 | 9.4 | >4.9 | 5.63 | 26.72 | 24.21 | Wrist | Abd Dig Minimi | 2.7 | 8.0 | | |
| B Elbow | | 6.4 | | 9.3 | | 5.78 | 34.06 | 20.63 | B Elbow | Wrist | 3.7 | 24.0 | 65 | >52.0 |
| A Elbow | | 8.1 | | 9.4 | | 5.63 | 17.66 | 20.19 | A Elbow | B Elbow | 1.7 | 10.0 | 59 | >43.0 |

**Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (μV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median D2 Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 2.7 | <4.0 | 57.1 | >11.0 | Wrist | 2nd Digit | 2.7 | 14.0 | 52 | >35.0 |
| Site 2 | | 1.5 | | 71.8 | | | | | | | |
| **Right Median D2 Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 2.7 | <4.0 | 50.9 | >11.0 | Wrist | 2nd Digit | 2.7 | 14.0 | 52 | >35.0 |
| Site 2 | | | | | | | | | | | |
| **Left Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 2.1 | <2.8 | 40.3 | >7.0 | Wrist | 1st Digit | 2.1 | 10.0 | 48 | >36.0 |
| **Right Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 2.2 | <2.8 | 48.8 | >7.0 | Wrist | 1st Digit | 2.2 | 10.0 | 45 | >36.0 |
| **Left Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 2.8 | <4.0 | 71.7 | >10.0 | Wrist | 5th Digit | 2.8 | 14.0 | 50 | >35.0 |
| **Right Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 2.4 | <4.0 | 48.8 | >10.0 | Wrist | 5th Digit | 2.4 | 14.0 | 58 | >35.0 |

**Patient:** ▮▮▮▮▮▮▮                    **Test Date:** 10/28/2020                    Page 4

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|----|-----------|----------------|--------------|
| **Left Median (Flex Car Rad)** | | | |
| | 12.25 | 1.17 | <1.5 |
| **Right Median (Flex Car Rad)** | | | |
| | 11.08 | 1.17 | <1.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|---------|
| Left | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |

**Waveforms:**



**Patient:** ████████     **Test Date:** 10/28/2020     **Page 6**





MICHAEL C. GERLING, MD
JOSEPH S. PYUN, MD
506 5th Ave., Suite #2FF, Brooklyn, NY 11215
p. 212 882-1110   f. 212 882-1120
info@gerlinginstitute.com

Practice manager | Alexis Cancel
alexis@gerlinginstitute.com

**Operative Report**

NYU Langone Hospital - Brooklyn

150 55th St. Brooklyn, NY 11220

Name: ███████                    Date of Procedure: 03/25/2021
MRN: ███████
DOB: ███████
SURGEON: Michael Gerling, MD
ASSISTANT: Matthew Miller, PA

**PRE-OPERATIVE DIAGNOSES:**
1) Herniated lumbar disc, Lumbar region(M51.26)
        Lumbar Level(s):  L4-5
2) Facet syndrome

**POST-OPERATIVE DIAGNOSES:**
1) Herniated lumbar disc, Lumbar region(M51.26)
        Lumbar Level(s): L4-5
2) Facet syndrome

**PROCEDURE PERFORMED:**
1) Discography, lumbar, radiological supervision and interpretation: L4-5
2) Lumbar Discectomy (Tubular/ Wolf Assist):  Extraforaminal, Right L4-5
3) Endoscopic Rhizotomy: L4-5
4) Annuloplasty: L4-5
5) Therapeutic Intradiscal Injection: L4-5

**SURGEON:** Michael Gerling, MD
**CO-SURGEON/ASSISTANTS:** Matthew Miller, PA

**ANESTHESIA:** Monitored Anesthesia Care
**ESTIMATED BLOOD LOSS:** 10cc
**SPECIMENS REMOVED:** Herniated Disk

**FINDINGS:**
Diskography demonstrated HNP with concordant pain response
Disc herniation was noted intra-operatively and sent for pathologic examination
Neurologic Exam was similar to baseline at the end of the procedure
Antibiotics were given before incision.
Dexamethasone 10 Mg IV was given by anesthesia
Premedication: Lyrica and Celebrex

**INDICATIONS:**
The patient presents with lumbar disk herniations with severe low back pain radiating to the lower extremity with numbness and weakness. Straight leg test was positive on the operative side. There was numbness and weakness on examination and advanced imaging demonstrated posterior disc herniations correlating with symptoms. Facet syndrome was noted with tenderness on exam, and exacerbated with extension.

The patient failed conservative management including physical therapy, medications, and pain management trials.

The risks and benefits of surgery were discussed at length. The patient understood there could be worsening neurologic function or no improvement. There may be ongoing or worse back pain and possible future surgery because of accelerated degenerative disease. We discussed wound complications, dysphagia, and dysphonia post op along with blindness. Stroke, death, and medical complications were also discussed at length.

**TECHNIQUE**
After the patient positioned themselves on the Wilson frame, timeout was called, antibiotics were given, they were prepped and draped with bony prominences padded and the patient stated that they were satisfied with the positioning.

The fluoroscope was brought in to identify the level. The interspace was identified in both the AP and lateral views, and the approach was initiated with overlying skin localized using Marcaine with epinephrine. The patient tolerated it well.

**Summary of the procedure at the L4-5 level:**

**Discography**
At the indicated level, I passed a spinal needle down to the safe triangle and entered the disc confirming that the tip of my needle was in the center of the disc space on fluoroscopic imaging, in orthogonal planes, AP and lateral views. I then injected a small amount of Isovue dye mixed with indigo carmine to confirm position. The annulus was filled and disc morphology clearly visualized. The patient experienced back symptoms after injection of solution.

**Diskogram Findings**
Disk herniation confirmed: Yes
Pressurization: firm endpoint.
Dye leakage: None
Concordance with typical back pain: Yes
Leg pain elicited: None

**Diskectomy from the extra-foraminal approach**
We localized the level using fluoroscopic guidance,incised the skin and used a dilator to bluntly dissect down to the safe triangle. A tubular retractor was placed exposing the posterior disk from the lateral vantage point. The exiting nerve root was carefully protected with a disecting tool and legs monitored for

neurologic irritation or hyperactivity. The patient tolerated it well without new leg symptoms. Foraminotomy with Kerrison was used to improve access.

The disc herniation was apparent and excised under direct visualization using pituitary graspers. The annulus was penetrated and loose nucleus pulposus fragments deep to the annulus were removed. Annular defect was not noted This was tolerated well by the patient. The disc space was then irrigated out copiously and hemostasis attained. All fragments were sent to pathology for analysis.

**Facet Endoscopic Rhizotomy**
Rhizotomy was then performed as the patient has significant facet sensitivity on exam localized to the indicated levels and severe back pain. After incision the dilators were used to place the endoscope at the facet joint lateral aspect to expose the medial branch nerves near the origin of the transverse process. The bleeding was well controlled and excellent visualization was achieved. The posterior medial branch of the exiting nerve root that innervates the facet joint was then identified and isolated under direct visualization. I then cut the nerves using an electrocautery device and scissors. Bleeding was minimal and easily controlled. The exiting nerve roots were left unharmed.

**Annuloplasty**
The disk was localized using fluoroscopic guidance at the indicated levels. The spinal needle tip was positioned in the center of the posterior annulus, confirmed on orthogonal views. Guide wire, then dilator then tubular retractor and endoscope were then placed into the disk space with careful attention to hug the caudal pedical cortex and protect the exiting nerve root which was unharmed. The radiofrequency probe was then introduced with fluoroscopic confirmation and used to ablate the posterior annulus using high and low frequency radiowaves. It was tolerated well by the patient. Copious irrigation of the wound was performed with antibiotic-containing solution. Careful and meticulous hemostasis was achieved.

**Therapeutic intradiscal injection**
After adequate decompression and ablation, I repositioned the tubular retractor at the residual annular defect of the indicated level and directly visualized my placement of the guidewire within the disk. Fluoroscopy was used to confirm central positioning. A spinal needle was passed over the wire and I then injected 1cc Depomedrol 40mg with antibiotic and 2 cc Marcaine into the disk space.

**Closure**
Once decompression proved satisfactory, copious irrigation of the wound was performed with antibiotic-containing solution. Careful and meticulous hemostasis was achieved. The skin was then reapproximated using monocryl sutures and Dermabond skin glue. The wound was cleaned and sterile dressing applied. The drapes were then removed and the patient flipped supine in stable condition without complaints or neurological changes. They tolerated the procedure well.

We were then authorized for transport to the recovery room in stable condition.

Michael Gerling, MD