UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION MUTUAL FIRE INSURANCE COMPANY ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> SUBIN ASSOCIATES, LLP ET AL., <br><br> Defendants. | Case No. 1:25-cv-02652-OEM-CLP <br><br> **APPEARANCE OF COUNSEL** |

To the Clerk of this Court and all parties of record:

I am admitted to practice in this District, and I appear in this case as counsel for defendants Jose Hernandez, J. Hernandez Associates Jr. Inc., Wall Street Clerical and Office Services Inc., Wall Street Calendar Services Inc., Wall Street Transportation Services Inc., Wall Street Investigations Inc., Walk Street Investigations Inc., Medical Exam Guardians Inc., Justicia Inc., Corona 55 Funds Inc., Corona 55 Inc., Wall Street Case Advances Inc., and Wall Street Check Cashing Inc.

Dated: June 20, 2025                              Respectfully submitted,

*/s/ John F. Lauro*
John F. Lauro, Esq.
jlauro@laurosinger.com
Gregory M. Singer, Esq. (*PHV forthcoming*)
gs@laurosinger.com
Justin F. Song, Esq.
jsong@laurosinger.com
LAURO & SINGER
250 E. 53rd St. #1701
New York, NY 10022
(813) 222-8990
*Counsel for Defendants*

1