THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

---

UNION MUTUAL FIRE INSURANCE COMPANY,

        Plaintiff(s),

-against-

SUBIN ASSOCIATES, LLP,

SUBIN & ASSOCIATES, LLC,

SUBIN, LLP,

ERIC SUBIN, PLLC,

HERBERT S. SUBIN,

ERIC SUBIN,

CLAY M. EVALL, ESQ. P.C.,

CLAY M. EVALL,

LAW OFFICES OF GARY S. PARK, P.C.,

GARY PARK,

JOHN DOE RUNNERS NOS. 1-25,

J. HERNANDEZ ASSOCIATES JR., INC.,

JOSE HERNANDEZ,

WALL STREET CLERICAL AND OFFICE SERVICES INC.,

WALL STREET CALENDAR SERVICES INC.,

WALL STREET TRANSPORTATION SERVICES, INC.,

WALL STREET INVESTIGATIONS INC.,

WALK STREET INVESTIGATIONS INC.,

AYLIN MARTINEZ,

LUIS CASTELLANO,

DANNY BATISTA,

MEDICAL EXAM GUARDIANS INC.,

GERALDINE DELEON,

1:25-cv-02652-CLP

**NOTICE OF APPEARANCE**

JORGE LUPI a/k/a JORGE GONZALEZ-LUPI,

J & D INVESTIGATION SERVICES CORP.,

AMEDICO LEGAL, LLC,

AMEDICOLEGAL FUNDING, LLC,

AMEDICO LEGAL NETWORK, LLC,

AMEDICO HOLDCO, LLC,

JUSTICIA INC.,

XYZ SUPPORT CORPORATION NOS. 1-25,

SAHIWAL ASSOCIATES, INC.

TRI-STATE MEDICAL LIAISON SERVICES, INC.

TANVIR CHAUDHRY,

ELSIE REAL CIBBARELLI,

JAIME CASTILLO,

PSC LIAISONS, LLC,

GREGORY ELEFTERAKIS,

CASECASH FUNDING, LLC,

CASE CASH GP, LLC,

CORONA 55 FUNDS, INC.,

CORONA 55 INC.,

WALL STREET CASE ADVANCES INC.,

WALL STREET CHECK CASHING INC.,

BEST CASE ORIGINATIONS, LLC,

BEST CASE ORIGINATIONS D, LLC,

RLSPV, LLC,

XYZ FUNDING CORPORATION NOS. 1-25,

BEST BILLING & COLLECTION, INC.,

BESTCARE PHYSICAL THERAPY AND

CHIROPRACTIC, PC,

ROBERT SANDELL,

MAXIM ORTHOPAEDICS PLLC s/d/b/a

MAXIMUM ORTHOPEDICS s/d/b/a

WORKERSCOMPENSATIONDRS.COM,

MAXIM TYORKIN, M.D.,

ALL BORO MEDICAL REHABILITATION PLLC,

KEVIN H. WEINER, M.D.,

FELIX KARAFIN, M.D.,

RJR MEDICAL P.C.,

URBAN HEIGHTS MEDICAL, PC,

ALBERT J. CIANCIMINO, M.D.,

NY ORTHOPEDICS, P.C.

s/d/b/a SPINECARENYC,

MICHAEL GERLING, M.D.,

MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES,

P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS

ORTHOPAEDIC SPECIALISTS,

KENNETH McCULLOCH-OTERO, M.D.,

DAVID R. CAPIOLA, M.D.,

SANFORD R. WERT, M.D.,

SANFORD R. WERT, M.D., PC,

JASON M. GALLINA, M.D.,

JASON M. GALLINA, M.D., PC,

KOLB RADIOLOGY PC, and,

THOMAS KOLB, M.D.,

                      Defendants

Defendants TANVIR CHAUDRY, SAHIWAL ASSOCIATES INC. (a New Jersey Corporation), and TRI-STATE MEDICAL LIAISON SERVICES, INC. (collectively, "Defendants"), by and through their counsel, Pierce & Kwok LLP, hereby files this Notice of Appearance in this Action.

Dated: New York, New York

      July 23, 2025

                                PIERCE & KWOK LLP

                                By: */s/Aaron H. Pierce*

                                Aaron H. Pierce, Esq.
                                Pierce & Kwok LLP
                                299 Broadway- Suite 1405
                                New York, NY 10007
                                T:(212) 882-1752
                                F: (212) 882-1742
                                E: aaron.pierce@piercekwok.com