# EXHIBIT "3"

| ATTORNEY | Subin & Associates | | |
|---|---|---|---|
| **Client Name, Date of Accident & Date of Funding** | **TOTAL PRINCIPAL** | **APPROXIMATE PAY OFF (this should not be used to pay lien)** | **PAID TO THE ORDER OF:** |
| **Ahmad, Manzoor** | | | |
| 150871/13 NY | | | |
| 6/20/2013 | 103,453.46 | 156,325.28 | Best Case Funding III, LLC |
| 7/8/2013 | 27,500.00 | 41,554.39 | Client |
| 8/5/2013 | 6,000.00 | 9,066.41 | Client |
| 11/27/2013 | 3,250.00 | 4,429.42 | Client |
| 12/12/2013 | 4,000.00 | 5,451.59 | Client |
| 8/19/2014 | 5,350.00 | | Client |
| 8/19/2014 | 30,500.00 | | PSC Liaison Services, LLC |
| 2/4/2015 | 1,750.00 | | Client |
| **Aiello, Angela** | | | |
| 12565/12 KGS | | | |
| 6/26/2013 | 36,648.30 | 55,378.10 | a.   $2,640.00 payable to New York Downtown Hospital |
| | | | b.   $400.00 payable to NYDMA |
| | | | c.   $22,359.67 payable to Andrew Merola, MD |
| | | | d.   $3,548.63 payable to Franco Cerabona, MD |
| | | | e.   $2,700.00 payable to Union Spine Surgery PC |
| | | | f.   $1,500.00 payable to NAPA |
| | | | g.   $2,500.00 payable to Steven Cagen, MD |
| **Alabayev, Eduard** | | | |
| 8/19/2012 | | | |
| 3/17/2014 | 3,300.00 | 4,056.54 | Client |
| 4/30/2014 | 62,500.00 | 76,828.46 | $60,000.00 payable to Dr. Karen Avanesov |
| 6/5/2014 | 20,500.00 | 23,773.72 | 20,000.00 payable to PSC Liaison Services, LLC (To cover the cost of Physical Therapy and Trigger Point Injections as needed for the period of one year) |
| 6/13/2014 | 5,600.00 | | Client |
| 6/30/2014 | 3,900.00 | | Client |
| 7/30/2014 | 4,460.00 | | client |
| 8/26/2014 | 3,960.00 | | client |
| 9/11/2014 | 2,460.00 | | client |
| 10/1/2014 | 3,862.50 | | Client |
| 10/31/2014 | 3,000.00 | | Client |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: | |
|---|---|---|---|---|
| 12/1/2014 | 3,000.00 | | Client | |
| 1/5/2015 | 3,190.00 | | Client | |
| 2/5/2015 | 2,500.00 | | Client | |
| 3/4/2015 | 2,500.00 | | Client | |
| **Ali, Zulfiqar** | | | | |
| 11394/13 KGS | | | | |
| 8/15/2013 | 26,000.00 | 37,069.78 | Client | |
| **Allende, Daniel** | | | | |
| v. NYC | | | | |
| 11/21/2013 | 64,000.00 | 79,927.23 | a. | $50,000.00 payable to Dr. Karen Avanesov |
| | | | b. | $10,000.00 payable directly to me, Daniel Allende |
| 3/5/2014 | 1,550.00 | 1,797.52 | c. | $1,250.00 payable to Global United Medical Supplie |
| **Anthony, Janice** | | | | |
| 16416/13 KGS | | | | |
| 12/6/2013 | 8,450.00 | 11,516.48 | a. | $3,000.00 payable to Janice Anthony |
| | | | b. | $2,100.00 payable to White Plains Ambulatory Center |
| | | | c. | $1,000.00 payable to Eastside Anesthesia |
| | | | d. | $2,000.00 payable to Drew Stein, M.D. |
| 2/6/2014 | 2,750.00 | 3,380.45 | Client | |
| **Apupato-Paucar, Juan Patricio** | | | | |
| 10872/13 KGS | | | | |
| 12/18/2013 | 15,000.00 | 18,438.83 | a. | $3,000.00 payable to Juan Patricio Apupato-Paucar |
| | | | b. | $10,000.00 payable to Dr. Arden Kaisman, MD |
| **Balcazar, Carlos** | | | | |
| 151191/14 NY | | | | |
| 5/9/2014 | 160,096.82 | 196,799.87 | a. | $50,000.00 payable to Carlos Balcazar |
| | | | b. | $25,000.00 payable to Tri-State Medical Liasion Services |
| | | | c. | $16,096.82 payable to Best Case Funding II, LLC |
| | | | d. | $50,950.00 payable to LMC Physician Services, PC |
| | | | e. | $3,000.00 payable to Jacob Katanov |
| | | | f. | $9,250.00 payable to Lutheran Medical Center |
| | | | g. | $1,000.00 payable to University Physicians Brooklyn |
| | | | h. | $800.00 payable to Dr. Cagen |
| 12/5/2014 | 7,000.00 | | Client | |
| **Barile, Brandon** | | | | |
| 1/14/2010 | | | | |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 7/2/2013 | 76,380.66 | 105,770.70 | Plaintiff Holding V, LLC & Client |
| 7/26/2013 | 2,000.00 | 2,769.57 | Client |
| 8/29/2013 | 2,000.00 | 2,769.57 | Client |
| 9/30/2013 | 2,000.00 | 2,553.09 | Client |
| 11/19/2013 | 8,350.00 | 10,659.16 | Client |
| 12/16/2013 | 5,350.00 | 6,295.71 | Client |
| 1/27/2014 | 5,350.00 | 6,295.71 | Client |
| 2/7/2014 | 56,000.00 | 65,899.03 | a.  $41,950.00 payable to LMC Physician Services, PC |
|  |  |  | b.  $2,500.00 payable to Premier Surgical Services |
|  |  |  | c.  $9,250.00 payable to Lutheran Medical Center |
|  |  |  | d.  $500.00 payable to University Physicians Brooklyn |
|  |  |  | e.  $800.00 payable to Dr. Cagen |
| 2/11/2014 | 10,500.00 | 12,356.07 | Client |
| 3/21/2014 | 7,850.00 | 9,237.63 | client |
| 4/8/2014 | 21,000.00 | 24,712.14 | Client |
| 6/9/2014 | 4,750.00 | 5,589.65 | Client |
| 7/7/2014 | 4,750.00 |  | Client |
| 8/5/2014 | 2,750.00 |  | Client |
| 8/8/2014 | 2,250.00 |  | Client |
| 8/25/2014 | 2,250.00 |  | Client |
| 9/8/2014 | 1,750.00 |  | Client |
| 9/16/2014 | 2,250.00 |  | Client |
| 10/9/2014 | 3,250.00 |  | Client |
| 11/11/2014 | 2,750.00 |  | Client |
| **Batista, Felix** |  |  |  |
| 23089/11 KGS |  |  |  |
| 5/21/2014 | 12,730.00 | 15,648.42 | a. $250.00 payable to Dr. Kenneth McCulloch |
|  |  |  | b. $2,280.00 payable to Dr. Kenneth McCulloch |
|  |  |  | c. $2,800.00 payable to Surgicare Surgical Associates of Jersey City, LLC |
|  |  |  | d. $1,200.00 payable to Monarch Anesthesia |
|  |  |  | e $700.00 payable to Monarch Anesthesia |
|  |  |  | f. $500.00 payable to Atlas Ortho Surgery, P.C. |
|  |  |  | g. $4,500.00 payable to Dr. Kenneth McCulloch |
| 12/4/2014 | 10,500.00 |  | Client |
| **Blake, Stacy** |  |  |  |
| 9/21/2012 |  |  |  |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 12/24/2012 | 1,800.00 | 2,807.39 | Client |
| 1/18/2013 | 4,250.00 | 6,628.55 | Client |
| 3/5/2013 | 5,000.00 | 7,798.29 | Client |
| 3/19/2013 | 5,000.00 | 7,241.49 | Client |
| 4/5/2013 | 11,000.00 | 15,931.28 | Client |
| 6/3/2013 | 12,000.00 | 17,379.58 | Client |
| 6/20/2013 | 2,000.00 | 2,689.78 | Client |
| 7/3/2013 | 34,000.00 | 45,726.22 | Client |
| 11/18/2013 | 5,500.00 | 6,868.75 | Client |
| 12/24/2013 | 5,500.00 | 6,378.31 | Client |
| 1/31/2014 | 10,300.00 | 11,944.84 | Client |
| 2/7/2014 | 2,500.00 | 2,899.23 | Client |
| 3/7/2014 | 2,500.00 | 2,899.23 | Client |
| 4/1/2014 | 54,000.00 | 62,623.44 | a. $45,000.00 payable to Dr. Karen Avanesov |
|  |  |  | b. Client |
| 5/5/2014 | 2,500.00 | 2,899.23 | Client |
| 5/21/2014 | 1,300.00 | 1,507.60 | Client |
| 6/5/2014 | 2,500.00 | 2,899.23 | Client |
| 6/23/2014 | 1,300.00 |  | Client |
| 7/10/2014 | 3,250.00 |  | client |
| 8/28/2014 | 58,600.00 |  | a. $14,000.00 payable to Stacy Blake |
|  |  |  | b. $40,000.00 payable to Dr. Karen Avanesov |
| 10/6/2014 | 2,500.00 |  | Client |
| 11/5/2014 | 1,345.00 |  | Client |
| 12/1/2014 | 2,460.00 |  | Client |
| 1/5/2015 | 2,628.00 |  | Client |
| 2/2/2015 | 1,800.00 |  | Client |
| 2/25/2015 | 1,800.00 |  | Client |
| **Bothun, Roy** |  |  |  |
| 004174/11 |  |  |  |
| 3/1/2011 | 2,250.00 | 9,542.83 | Client |
| 6/23/2011 | 1,750.00 | 6,694.40 | Client |
| **Burts, John** |  |  |  |
| **1/21/2013** |  |  |  |
| 5/8/2013 | 6,350.00 | 10,638.47 | a. $700.00 payable to John Burts |
|  |  |  | b. $2,100.00 payable to WASC |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| | | | c. $1,200.00 payable to Precision Anesthesia Services |
| | | | d. $2,000.00 payable to Drew Stein, M.D. |
| **Calvo, John** | | | |
| 7/12/2012 | | | |
| 6/11/2013 | 5,350.00 | 8,963.12 | Client |
| **Campbell, Jabbar** | | | |
| 1/13/2013 | | | |
| 6/11/2013 | 5,350.00 | 8,963.12 | client |
| 7/2/2013 | 5,350.00 | 8,084.22 | Client |
| 8/1/2013 | 2,250.00 | 3,399.90 | a.   $2,000.00 to Dr. Eric J. Margolis |
| 11/13/2013 | 137,676.60 | 187,639.07 | a. $137,676.60 payable to Best Case Funding III, LLC |
| 1/22/2014 | 13,000.00 | 15,980.32 | a.   $10,000.00 payable to Hudson Spine and Pain Medicine |
| | | | b.   $2,000.00 payable directly to me, Jabbar Campbell |
| 3/10/2014 | 11,000.00 | 13,521.81 | Client |
| 4/15/2014 | 3,250.00 | 3,995.08 | a. $1,000.00 payable to Jabbar Campbell |
| | | | b. $2,000.00 payable to Dr. Edward Zoltan |
| 6/17/2014 | 2,250.00 | | Client |
| 11/17/2014 | 6,500.00 | | Client |
| **Castillo, George** | | | |
| 12/10/2012 | | | |
| 7/11/2013 | 5,350.00 | 8,084.22 | Client |
| **Cea, Jorge** | | | |
| 157538/12 NY | | | |
| 11/5/2013 | 107,409.32 | 146,387.88 | a. $15,000.00 payable to Jorge Cea |
| | | | b. $90,909.32 payable to Pegasus Legal Funding, LLC |
| 12/5/2013 | 11,000.00 | 14,991.87 | Client |
| 1/28/2014 | 5,500.00 | 6,760.90 | Client |
| **Cetoute, Epson** | | | |
| 9/20/2008 | | | |
| 2/6/2014 | 32,888.75 | 38,644.28 | a.   $14,000.00 payable directly to me, Epson Cetoute |
| | | | b.   $18,388.75 payable directly to Golden Pear Funding |
| 3/13/2014 | 10,500.00 | 12,337.50 | Client |
| 4/11/2014 | 10,500.00 | 12,337.50 | Client |
| 5/2/2014 | 5,350.00 | 6,286.25 | Client |
| 6/5/2014 | 5,350.00 | | Client |
| **Chery, Jackson** | | | |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 9/28/2011 | | | |
| 5/8/2012 | 7,400.00 | 14,413.72 | Client |
| 9/14/2012 | 8,400.00 | 15,193.30 | Client |
| 10/10/2012 | 33,000.00 | 55,426.20 | Client |
| 2/28/2013 | 17,500.00 | 27,294.03 | Client |
| 6/7/2013 | 4,250.00 | 6,155.27 | Client |
| 7/30/2013 | 33,000.00 | 44,381.33 | Client |
| 11/7/2013 | 7,700.00 | 9,616.24 | Client |
| 1/22/2014 | 5,720.00 | 6,633.45 | Client |
| 4/17/2014 | 3,300.00 | 3,826.99 | Client |
| 5/7/2014 | 6,050.00 | 7,016.15 | Client |
| 9/16/2014 | 5,575.00 | | Client |
| 11/26/2014 | 1,345.00 | | Client |
| Chowdhury, Dilara | | | |
| 8/12/2013 | | | |
| 2/5/2014 | 5,800.00 | 7,129.68 | Client |
| Christie, Karlene | | | |
| 12/6/2012 | | | |
| 5/12/2014 | 30,510.00 | 37,504.58 | Client |
| Cordova, Nored | | | |
| 105852/11 NY | | | |
| 9/2/2011 | 500.00 | 500.00 | Client |
| Corrieri, Marisa | | | |
| 304175/12 BX | | | |
| 12/10/2013 | 1,750.00 | 2,385.07 | Client |
| Cruz, Rosa #2 | | | |
| 9/13/2011 | | | |
| 11/9/2011 | 850.00 | 2,645.15 | Client |
| 6/26/2013 | 5,350.00 | 8,084.22 | Client |
| De Los Santos, Wilson | | | |
| 7/1/2013 | | | |
| 9/27/2013 | 87,927.41 | 119,836.03 | a. $87,927.41 payable to Best Case Funding III, LLC |
| 1/16/2014 | 6,500.00 | 7,990.16 | Client |
| 1/28/2014 | 64,000.00 | 78,672.34 | Client |
| 5/19/2014 | 2,350.00 | 2,888.75 | Client |
| 6/25/2014 | 2,000.00 | | Client |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 7/17/2014 | 2,000.00 | | Client |
| 8/12/2014 | 5,350.00 | | Client |
| 8/12/2014 | 33,000.00 | | PSC Liaisons LLC |
| DeJesus, Toribio | | | |
| 301460/13 BX | | | |
| 7/30/2013 | 80,746.27 | 122,013.16 | a. $5,000.00 payable to Toribio De Jesus |
| | | | b. $74,746.27 payable to Best Case Funding III, LLC |
| 9/18/2013 | 3,250.00 | 4,429.42 | Client |
| 11/19/2013 | 4,000.00 | 5,451.59 | Client |
| 12/17/2013 | 6,000.00 | 7,375.53 | Client |
| 1/15/2014 | 94,000.00 | 115,550.00 | a. $5,000.00 payable to Toribio De Jesus upon execution of this agreement |
| | | | b. $42,750.00 payable to LMC Physician Services, PC |
| | | | c. $3,000.00 payable to Jacob Katanov |
| | | | d. $13,250.00 payable to Lutheran Medical Center |
| | | | e. $1,000.00 payable to University Physicians Brooklyn |
| | | | f. $25,000.00 payable to Tri-State Medical Liasion Services |
| 1/28/2014 | 15,000.00 | 18,438.83 | Client |
| 4/10/2014 | 2,250.00 | 2,765.82 | Client |
| 5/30/2014 | 1,750.00 | 2,151.20 | Client |
| 8/28/2014 | 1,350.00 | | Client |
| 8/28/2014 | 33,000.00 | | PSC Liaison Services, LLC |
| 9/26/2014 | 1,000.00 | | Client |
| 10/27/2014 | 1,000.00 | | Client |
| 11/10/2014 | 1,000.00 | | Client |
| 12/12/2014 | 5,350.00 | | brownClient |
| 12/22/2014 | 1,000.00 | | Client |
| Dreher, Jory | | | |
| 304964/09 | | | |
| 8/19/2009 | 8,900.00 | 39,158.13 | Upper East Side Surgical Center |
| 8/20/2009 | 2,250.00 | 17,725.70 | Client |
| 9/10/2013 | 21,250.00 | 32,110.21 | a. $5,000.00 payable to me, Jory Dreher |
| | | | b. $8,000.00 payable to Dr. Neuman |
| | | | c. $500.00 payable to Premier Surgical |
| | | | d. $1,200.00 payable to Alliance Anesthesia |
| | | | e. $5,800.00 payable to Surgicare Ambulatory Surgery Center of NY |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| Eisenbach, Luisa | | | |
| 152999/13 NY | | | |
| 1/22/2014 | 181,179.75 | 222,716.17 | a. $40,000.00 payable to Luisa Eisenbach |
| | | | b. $57,179.75 payable to Best Case Funding II, LLC |
| | | | c. $25,000.00 payable to Tri-State Medical Liasion Services |
| | | | d. $42,400.00 payable to LMC Physician Services, PC |
| | | | e. $2,000.00 payable to Jacob Katanov |
| | | | f. $9,250.00 payable to Lutheran Medical Center |
| | | | g. $550.00 payable to University Physicians Brooklyn |
| | | | h. $800.00 payable to Dr. Cagen |
| 12/17/2014 | 2,250.00 | | Client |
| Espinoza, Romel | | | |
| 2/8/2013 | | | |
| 3/19/2013 | 7,000.00 | 10,138.09 | Client |
| 4/10/2013 | 7,450.00 | 10,789.82 | Client |
| 5/20/2013 | 12,000.00 | 17,379.58 | Client |
| 6/28/2013 | 4,750.00 | 6,388.22 | Client |
| 7/24/2013 | 12,000.00 | 16,138.67 | Client |
| 9/25/2013 | 30,000.00 | 37,465.89 | Client |
| 10/15/2013 | 1,350.00 | 1,685.97 | Client |
| 10/21/2013 | 2,500.00 | 3,122.16 | Client |
| 10/23/2013 | 28,000.00 | 34,968.16 | Client |
| 12/2/2013 | 12,500.00 | 15,610.79 | Client |
| 12/23/2013 | 6,500.00 | 7,538.01 | Client |
| 1/29/2014 | 20,000.00 | 24,585.11 | Client |
| 4/2/2014 | 67,500.00 | 82,974.73 | a. $5,000.00 payable to Romel Espinoza |
| | | | b. $55,000.00 payable to Dr. Karen Avanesov |
| 4/25/2014 | 13,500.00 | 16,594.95 | a. $7,000.00 payable to Romel Espinoza |
| | | | b. $5,000.00 payable to Ortho Rehab |
| 6/6/2014 | 13,000.00 | 15,980.32 | Client |
| 7/21/2014 | 50,340.00 | | a. $3,240.00 payable to NAPA |
| | | | b. $1,500.00 payable to PAS |
| | | | c. $40,600.00 payable to Franklin Hospital |
| 8/20/2014 | 6,500.00 | | Client |
| 9/9/2014 | 3,750.00 | | Client |
| 10/6/2014 | 3,750.00 | | Client |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 11/3/2014 | 3,750.00 | | Client |
| 12/5/2014 | 4,750.00 | | Client |
| 1/6/2015 | 4,500.00 | | Client |
| 1/28/2015 | 4,000.00 | | Client |
| 2/27/2015 | 4,000.00 | | Client |
| **Flores, Jaime** | | | |
| 16572/12 QNS | | | |
| 8/9/2013 | 49,520.14 | 74,828.33 | Best Case Funding III, LLC |
| 9/17/2013 | 32,000.00 | 43,612.72 | Client |
| **Garcia, Robert #2** | | | |
| 6/29/2012 | | | |
| 11/30/2012 | 28,815.88 | 48,398.63 | a. $20,000.00 payable to Robert Garcia |
| | | | b. $8,065.88 payable to Pegasus Legal Funding, LLC |
| 2/14/2013 | 18,000.00 | 28,073.86 | Client |
| 5/14/2013 | 17,500.00 | 25,345.22 | Client |
| 6/13/2013 | 23,000.00 | 33,310.86 | Client |
| 7/23/2013 | 6,500.00 | 8,741.78 | Client |
| 8/26/2013 | 17,500.00 | 23,535.55 | Client |
| 10/10/2013 | 23,000.00 | 28,723.85 | Client |
| 12/4/2013 | 18,000.00 | 22,479.53 | Client |
| 1/24/2014 | 8,500.00 | 9,857.39 | Client |
| 2/11/2014 | 55,000.00 | 63,783.14 | Dr. Karen Avanesov |
| 3/21/2014 | 78,000.00 | 90,456.09 | $60,000.00 payable to Dr. Karen Avanesov |
| | | | $8,000.00 payable to me, Robert Garcia |
| 5/21/2014 | 3,300.00 | 3,826.99 | Client |
| 6/20/2014 | 4,000.00 | | Client |
| 7/22/2014 | 4,000.00 | | Client |
| 8/19/2014 | 3,000.00 | | Client |
| 9/15/2014 | 3,000.00 | | Client |
| 9/15/2014 | 2,500.00 | | Client |
| 10/21/2014 | 3,750.00 | | Client |
| 11/5/2014 | 5,000.00 | | Client |
| 12/12/2014 | 3,000.00 | | Client |
| 1/12/2015 | 3,000.00 | | Client |
| 2/12/2015 | 5,000.00 | | Client |
| **Garcia-Gonzalez, Javier** | | | |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 301382/13 BX | | | |
| 12/13/2013 | 1,300.00 | 1,623.52 | Client |
| 6/10/2014 | 1,300.00 | | Client |
| Garcia-Pena, Maria Altagracia | | | |
| 16662/13 KGS | | | |
| 12/16/2013 | 22,000.00 | 27,043.62 | Client |
| Goodson, Alisa | | | |
| v. NYCHA | | | |
| 5/22/2014 | 3,250.00 | 3,995.08 | Client |
| Gowen, Kevin | | | |
| 2/27/2013 | | | |
| 6/5/2014 | 5,350.00 | 6,576.52 | Client |
| Guy, Roland | | | |
| 4/6/2011 | | | |
| 3/4/2013 | 34,000.00 | 48,560.37 | Client |
| 9/9/2013 | 23,000.00 | 29,169.56 | Client |
| Haque, Mohammad | | | |
| 11/13/2013 | | | |
| 12/18/2013 | 17,000.00 | 20,897.34 | a. $5,000.00 payable to Mohammad Haque |
| | | | b. $10,000.00 payable to Dr. Arden Kaisman, MD |
| Hernandez, Jonathan | | | |
| 4/29/2005 | | | |
| 11/22/2005 | 2,755.42 | 169,312.27 | Could not find on i:Drive |
| 2/7/2006 | 1,250.00 | 68,282.69 | Client |
| James, Stacey | | | |
| 301740/12 | | | |
| 10/25/2012 | 11,007.00 | 22,668.16 | a. $2,507.00 payable to Peachtree Pre-Settlement Funding, SPV LLC |
| | | | b. $8,000.00 payable to Dr. Arden Kaisman |
| Jimenez, Yomaldbi | | | |
| 30455/13 NY | | | |
| 2/27/2014 | 140,932.30 | 173,241.78 | a. $30,000.00 payable to Yomalbi Jimenez |
| | | | b. $36,932.30 payable to Best Case Funding II, LLC |
| | | | c. $34,200.00 payable to LMC Physician Services PC |
| | | | d. $2,000.00 payable to Dr. Jacob Katanov |
| | | | e. $13,250.00 payable to Lutheran Medical Center |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| | | | f.$550.00 payable to University Physicians Brooklyn |
| | | | g.$20,000.00 payable to Tri-State Medical Liasion Services |
| 8/12/2014 | | | Client |
| 8/12/2014 | | | Client |
| Kumar, Karan | | | |
| 8/26/2013 | | | |
| 8/29/2013 | 7,000.00 | 11,207.23 | Client |
| 2/5/2014 | 4,000.00 | 5,061.28 | Client |
| Little, Sian | | | |
| 11/8/2006 | | | |
| 9/27/2013 | 3,250.00 | 4,429.42 | Client |
| 2/21/2014 | 5,350.00 | 6,576.52 | Client |
| Lopez, Rogaciano | | | |
| 1/15/2012 | | | |
| 11/1/2013 | 54,000.00 | 67,438.60 | a.$50,000.00 payable to Dr. Karen Avanesov |
| Mack, Janice | | | |
| 7/12/2013 | | | |
| 10/22/2014 | | | a.$3,200.00 payable to New Tech Medical, LLC |
| | | | b.$1,200.00 payable to Accurate Monitoring, LLC |
| | | | c.$24,000.00 payable to Institute for Comprehensive Spine Care |
| | | | d.$3,500.00 payable to Joshua Falto |
| | | | e.$1,500.00 payable to Neurophysiological Intreprative Splts |
| | | | f.$2,000.00 payable to Northeastern Anesthesia |
| | | | g.$18,000.00 payable to Dobbs Ferry Hospital |
| | | | h.$20,000 payable to Janice Mack |
| 11/26/2013 | 5,350.00 | 7,291.50 | Client |
| 2/27/2014 | 5,350.00 | 6,576.52 | Client |
| 4/9/2014 | 1,750.00 | 6,576.52 | Client |
| 5/28/2014 | 10,500.00 | 12,907.18 | Client |
| 6/26/2014 | | | Client |
| 7/30/2014 | | | Client |
| 8/28/2014 | | | Client |
| Mannan, Choudhry | | | |
| 4184/13 QNS | | | |
| 9/30/2013 | 116,118.84 | 158,258.06 | a.$116,118.84 payable to Best Case Funding III, LLC |
| 10/28/2013 | 43,800.00 | 59,694.90 | a.$42,300.00 payable to LMC Physician Services, PC |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 11/6/2013 | 27,500.00 | 37,479.68 | Client |
| 1/13/2014 | 10,500.00 | 12,907.18 | Client |
| 5/13/2014 | 1,000.00 | 1,229.26 | Client |
| 6/24/2014 | | | Client |
| 7/29/2014 | | | Client |
| 8/21/2014 | | | Client |
| 9/22/2014 | | | Client |
| 10/29/2014 | | | Client |
| 12/4/2014 | 1,500.00 | | Client |
| 12/30/2014 | 1,500.00 | | Client |
| Mbwale, Esther v. NYC | | | |
| 11/6/2007 | 10,500.00 | 170,356.08 | Client |
| 9/14/2010 | 2,750.00 | 14,337.37 | Client |
| McKay, Pamela 12/8/2012 | | | |
| 3/19/2013 | 3,500.00 | 5,069.04 | Client |
| 4/8/2013 | 6,000.00 | 8,689.79 | Client |
| 5/14/2013 | 4,500.00 | 6,517.34 | Client |
| 6/17/2013 | 3,750.00 | 5,043.33 | Client |
| 7/11/2013 | 6,000.00 | 8,069.33 | Client |
| 7/31/2013 | 4,500.00 | 6,052.00 | Client |
| 9/4/2013 | 2,400.00 | 3,227.73 | Client |
| 9/30/2013 | 24,000.00 | 29,972.71 | Client |
| 12/23/2013 | 6,000.00 | 6,958.16 | Client |
| 3/31/2014 | 6,000.00 | 6,958.16 | Client |
| Moran, Edgar 008913/12 KGS | | | |
| 3/30/2012 | 5,500.00 | 10,712.90 | Client |
| 10/9/2012 | 2,400.00 | 4,031.00 | Client |
| 10/18/2012 | 3,400.00 | 5,710.58 | Client |
| 12/21/2012 | 3,750.00 | 5,848.72 | Client |
| 4/26/2013 | 3,750.00 | 5,431.12 | Client |
| 9/11/2013 | 2,400.00 | 3,227.73 | Client |
| 6/19/2014 | | | a.$50,000.00 payable to Dr. Karen Avanesov |
| Paradiso, Thomas | | | |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 3/18/2005 | 1,250.00 | 109,322.79 | Could not find on i:Drive |
| 8/2/2005 | 5,350.00 | 369,789.37 | Could not find on i:Drive |
| 11/30/2005 | 3,300.00 | 202,775.07 | Could not find on i:Drive |
| **Peralta, Francisco** | | | |
| **300911/13 BX** | | | |
| 10/1/2013 | 115,749.58 | 157,754.80 | a. $20,000.00 payable to Francisco Peralta, after surgery |
| | | | b. $50,000.00 payable to Dr. Michael Gerling |
| | | | c. $38,249.58 payable to Best Case Funding III, LLC |
| | | | d. $5,000.00 payable to Tri-State Patient Laison Services, Inc. |
| 1/7/2014 | 100,000.00 | 122,925.53 | a. $20,000.00 payable to Francisco Peralta |
| | | | b. $800.00 payable to Dr. Cagen |
| | | | c. $37,250.00 payable to LMC Physician Services, PC |
| | | | d. $2,000.00 payable to Jacob Katanov |
| | | | e. $9,400.00 payable to Lutheran Medical Center |
| | | | f. $550.00 payable to University Physicians of Brooklyn |
| | | | g. $25,000.00 payable to Tri-State Medical Liasion Services |
| 5/1/2014 | 2,350.00 | 2,888.75 | Client |
| 6/2/2014 | 2,000.00 | 2,782.64 | Client |
| 6/30/2014 | 2,000.00 | 2,694.72 | Client |
| 8/12/2014 | 5,350.00 | 6,861.55 | Client |
| 8/12/2014 | 33,000.00 | 42,323.59 | a. $30,000.00 payable to PSC Liaison Services, LLC (To cover the cost of physical therapy and pain management as needed for the period of one year) |
| **Peralta, Rosa** | | | |
| **304536/13 BX** | | | |
| 11/19/2013 | 146,271.29 | 199,352.75 | a. $20,000.00 payable to Rosa Peralta |
| | | | b. $124,271.29 payable to Best Case Funding II, LLC |
| 11/13/2014 | | | Client |
| **Pichardo, Jose** | | | |
| **104156/2011** | | | |
| 12/19/2011 | 5,350.00 | 16,648.89 | Client |
| **Pickering, Omar** | | | |
| **108057/09** | | | |
| 8/12/2009 | 2,250.00 | 17,725.70 | Client |
| 12/9/2009 | 1,250.00 | 8,881.98 | Client |
| 8/15/2011 | 1,250.00 | 4,312.83 | Client |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| Posa, Antonia | | | |
| 1/7/2008 | 4,000.00 | 95,887.16 | Could not find on i:Drive |
| Reed, Robert | | | |
| 9/23/2004 | 2,500.00 | 276,656.40 | Could not find on i:Drive |
| Richard, Jillian | | | |
| 15170/11 KINGS | | | |
| 4/13/2011 | 3,250.00 | 8,513.62 | Client |
| 5/3/2011 | 2,250.00 | 5,894.04 | Client |
| 5/31/2011 | 59,000.00 | 154,554.89 | a.$55,000.00 to Dr. Avanesov |
| | | | b.$3,000.00 to Jillian Richard |
| 6/9/2011 | 7,350.00 | 19,253.87 | Client |
| 6/27/2011 | 7,350.00 | 19,253.87 | Client |
| 7/18/2011 | 1,750.00 | 4,256.94 | Client |
| 8/9/2011 | 8,350.00 | 20,311.67 | Client |
| 9/6/2011 | 1,500.00 | 3,648.80 | Client |
| 9/15/2011 | 1,500.00 | 3,648.80 | Client |
| 9/27/2011 | 1,700.00 | 3,840.00 | a.$1,450.00 payable to Geneva George-Pysadee |
| 10/7/2011 | 1,750.00 | 3,952.99 | Client |
| 10/26/2011 | 1,250.00 | 2,823.56 | Client |
| 11/4/2011 | 1,250.00 | 2,823.56 | Client |
| 11/7/2011 | 2,750.00 | 6,211.84 | Client |
| 11/22/2011 | 6,950.00 | 15,699.01 | Client |
| 12/16/2011 | 1,250.00 | 2,823.56 | Client |
| 12/30/2011 | 1,700.00 | 3,565.86 | Client |
| 1/6/2012 | 5,115.00 | 10,729.06 | a.$4,865.00 payable to Jean Pierre Intrapid |
| 1/30/2012 | 1,750.00 | 3,670.00 | Client |
| 2/10/2012 | 2,000.00 | 4,195.14 | Client |
| 2/24/2012 | 4,600.00 | 9,648.81 | a.$4,350.00 payable to Cassandra Hickson |
| 3/6/2012 | 1,250.00 | 2,621.96 | Client |
| 3/9/2012 | 1,250.00 | 2,621.96 | Client |
| 3/29/2012 | 1,700.00 | 3,311.26 | a.$1,450.00 payable to Cassandra Hickson |
| 4/20/2012 | 1,327.91 | 2,586.50 | Client |
| 4/27/2012 | 1,700.00 | 3,311.26 | a.$1,450.00 payable to Cassandra Hickson |
| 6/13/2012 | 1,250.00 | 2,434.75 | Client |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 6/21/2012 | 1,250.00 | 2,434.75 | Client |
| 7/9/2012 | 385.00 | 696.36 | Client |
| 7/18/2012 | 3,450.00 | 5,997.49 | a.$2,900.00 payable to Cassandra Hickson |
| 8/8/2012 | 570.01 | 570.01 | Client |
| 8/30/2012 | 269.00 | 269.00 | a.$269.00 payable to Public Storage |
| 10/9/2012 | 520.00 | 520.00 | a.$520.00 payable to Public Storage |
| 3/4/2014 | 2,250.00 | 2,609.31 | Client |
| 3/5/2014 | 1,250.00 | 1,449.62 | Client |
| 3/14/2014 | 1,250.00 | 1,449.62 | Client |
| **Rivas, Jose #2** | | | |
| 11939/13 KGS | | | |
| 11/5/2013 | 114,685.78 | 156,304.95 | a.$15,000.00 payable to Jose Rivas |
| | | | b.$98,185.78 payable to Pegasus Legal Funding, LLC |
| 12/18/2013 | 17,000.00 | 20,897.34 | Client |
| 4/16/2014 | 1,250.00 | 1,536.57 | Client |
| 5/14/2014 | 1,000.00 | 1,229.26 | Client |
| 5/15/2014 | 79,050.00 | 97,172.63 | a.$20,000.00 payable directly to me. Jose Rivas |
| | | | b.$24,000.00 payable to LMC Physician Services, PC |
| | | | c.$1,000.00 payable to Jacob Katanov |
| | | | d.$4,500.00 payable to Lutheran Medical Center |
| | | | e.$550.00 payable to University Physicians Brooklyn |
| | | | f.$25,000.00 payable to Tri-State Medical Liasion Services |
| 8/27/2014 | | | Client |
| 1/15/2015 | | | a.$5,000.00 payable directly to me, Jose Rivas |
| | | | b.$3,080.00 payable to Surgicare Surgical Assoc. of Jersey City |
| | | | c.$1,700.00 payable to Monarch Anesthesia |
| | | | d.$4,750.00 payable to Dr. Kenneth McCulloch |
| | | | e.$500.00 payable to Atlas Orthopedic |
| | | | f.$3,500.00 payable to Rapid Rehab Systems |
| **Rodriguez, Sebastian** | | | |
| 303458/10 BX | | | |
| 6/26/2013 | 5,350.00 | 8,084.22 | Client |
| 2/27/2014 | 2,250.00 | 2,765.82 | Client |
| **Ruiz, Lucy** | | | |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| 9/6/2012 | | | |
| 5/16/2014 | 3,250.00 | 3,995.08 | Client |
| Sellars, Regina | | | |
| 10/23/2012 | | | |
| 10/28/2013 | 5,350.00 | 7,291.50 | Client |
| 12/16/2014 | | | Client |
| 6/18/2014 | | | Client |
| Singh, Balvinder | | | |
| 9/8/2013 | | | |
| 12/16/2013 | 11,500.00 | 14,136.44 | Client |
| 2/5/2014 | 6,000.00 | 7,375.53 | Client |
| 4/24/2014 | 11,000.00 | 13,521.81 | Client |
| 5/6/2014 | 83,000.00 | 102,028.19 | a. $25,000.00 payable to Tri-State Medical Liasion Services |
| | | | b. $42,400.00 payable to LMC Physician Services PC |
| | | | c. $2,000.00 payable to Jacob Katanov |
| | | | d. $9,250.00 payable to Lutheran Medical Center |
| | | | e. $550.00 payable to University Physicians Brooklyn |
| | | | f. $800.00 payable to Dr. Cagen |
| Singh, Karnail | | | |
| 24248/11 QNS | | | |
| 6/20/2013 | 117,177.68 | 177,063.52 | a. $117,177.68 payable to Best Case Funding III, LLC |
| 7/8/2013 | 4,000.00 | 5,703.04 | Client |
| 9/12/2013 | 4,000.00 | 5,703.04 | Client |
| 12/18/2013 | 2,500.00 | 2,985.13 | Client |
| Then, Vega | | | |
| 11/24/2013 | | | |
| 10/7/2011 | | | a. $5,000.00 payable to Vega Then |
| | | | b. $10,000.00 payable to Dr. Arden Kaisman |
| 12/23/2013 | 6,000.00 | 7,375.53 | Client |
| 7/1/2014 | | | a. $5,000.00 payable to Vega Then |
| | | | b. $3,560.00 payable to Surgicare Surgical Associates of Jersey City, LLC |
| | | | c. $5,260.00 payable to Kenneth McCulloch, M.D. |
| | | | d. $1,900.00 payable to Monarch Anesthesia |
| | | | e. $500.00 payable to Atlas Ortho Surgery, P.C. |
| | | | f. $2,500.00 payable to Rapid Rehab Systems LLC |
| 10/7/2014 | | | a. $5,000.00 payable to Vega Then |

| Client Name, Date of Accident & Date of Funding | TOTAL PRINCIPAL | APPROXIMATE PAY OFF (this should not be used to pay lien) | PAID TO THE ORDER OF: |
|---|---|---|---|
| | | | b.$10,000.00 payable to Dr. Arden Kaisman |
| **Thornton, Terry** | | | |
| 3/22/2011 | | | |
| 6/8/2011 | 1,250.00 | 4,781.71 | Client |
| 6/24/2011 | 1,250.00 | 4,781.71 | Client |
| 9/8/2011 | 650.00 | 2,242.67 | Client |
| 11/11/2011 | 650.00 | 2,022.76 | Client |
| 1/23/2013 | 36,499.00 | 67,796.50 | a.$34,999.00 made payable to Dr. Philip Rafiy |
| | | | b.$500.00 made payable to me, Terry Thornton |
| 2/14/2013 | 1,100.00 | 2,043.24 | Client |
| 3/1/2013 | 1,682.00 | 2,863.49 | Client |
| 3/13/2013 | 1,000.00 | 1,702.43 | Client |
| 4/11/2013 | 1,000.00 | 1,557.97 | Client |
| 4/23/2013 | 3,171.00 | 4,940.31 | Client |
| 5/10/2013 | 1,000.00 | 1,557.97 | Client |
| 6/7/2013 | 1,000.00 | 1,557.97 | Client |
| 7/3/2013 | 1,000.00 | 1,425.76 | Client |
| 7/31/2013 | 2,700.00 | 3,849.55 | Client |
| 8/30/2013 | 1,000.00 | 1,425.76 | Client |
| 9/11/2013 | 2,100.00 | 2,994.10 | Client |
| 9/30/2013 | 1,000.00 | 1,304.77 | Client |
| 10/14/2013 | 1,600.00 | 2,087.64 | Client |
| 10/30/2013 | 1,100.00 | 1,435.25 | Client |
| 11/26/2013 | 1,000.00 | 1,304.77 | Client |
| 12/23/2013 | 1,000.00 | 1,194.05 | Client |
| 1/8/2014 | 1,600.00 | 1,910.48 | Client |
| 2/7/2014 | 1,500.00 | 1,791.08 | Client |
| 3/6/2014 | 1,500.00 | 1,791.08 | Client |
| 4/4/2014 | 1,100.00 | 1,313.46 | Client |
| 5/9/2014 | 1,000.00 | 1,194.05 | Client |
| 6/5/2014 | 1,000.00 | 1,194.05 | Client |
| **Vassell, Ryan** | | | |
| 007552/12 | | | |
| 4/18/2012 | 4,250.00 | 10,759.16 | Client |
| 1/9/2013 | 2,250.00 | 4,179.35 | Client |