# EXHIBIT "4"

D-330 Closing Statement, Special [...], App. Div. 1 & 2 Dept.

# CLOSING STATEMENT
TO: THE JUDICIAL CONFERENCE OF THE STATE OF NEW YORK
Post Office Box 2016, New York, NY 10008

For office use:



NYC OCA 4098165 MAR 28 18

1. Code number appearing on Attorney's receipt for filing or retainer statement (if statement filed with Clerk of Appellate Division prior to July 1, 1960, give date of such filing.)
   Code Number 3691204

2. Name and home address of client: Francisco Peralta, 3340 Bailey Avenue, Apt 11G, Bronx, NY 10462

3. Plaintiff(s) FRANCISCO PERALTA

4. Defendant(s) 82-84 WADSWORTH AVENUE, LP, and LANGSAM PROPERTY SERVICES CORP

5a. If action commenced, state date: 2/8/2013, Supreme Court Bronx County.

5b. Was the action disposed of in open court? (No). If not, and a request for a judicial intervention was filed, state the date the stipulation or statement of discontinuance was filed with the clerk of the part to which the action was assigned. Prepared but not yet filed by defendant. If not, and an Index Number was assigned but no request for judicial intervention was filed, state the date the stipulation or statement of discontinuance was filed with the County Clerk.

6. Check items applicable: Settled [X]; Claim abandoned by client []; Judgment []. Date of payment by carrier or defendant: 2/22/2018. Date of payment to client: 3/2/2018.

7. Gross amount of recovery (if judgment entered, include any interest, costs and disbursements allowed) $1,700,000.00.

8. Name and address of insurance carrier or person paying judgment or claim and carriers file number, if any GEICO, 750 Woodbury Road, Woodbury, New York 11797.

9. Net amounts: to client $426,942.24; compensation to undersigned $564,625.86; names, addresses and amounts paid to attorneys participating in the contingent compensation; amount paid to participating attorney:.

10. Compensation fixed by: retainer agreement (X); under schedule ( ); or by court ( ).

11. If compensation fixed by court: Name of Judge, Court    Index No.    Date of order.

12. Itemized statement of payments made for hospital, medical care or treatment, liens, assignments, claims and expenses on behalf of the client which have been charged against the client's share of the recovery, together with the name, address, amount and reason for each payment. Wall Street Case Advance Inc., 524 E. 20th Street, Suite #4, New York, NY 10009, funding loan $52,785.00; Bainbridge Avenue MRI/Total Radiology, 701 Market Street, Suite 111, Box #172, St. Augustine, FL 32095, medical lien $500.00; Advanced Recovery Equipment and Supplies, 1501 Newkirk Avenue, Suite 585, Brooklyn, NY 11226, medical lien $806.64; Drew A. Stein, MD, 36 West 44th Street, Suite 401, New York, NY 10036, medical lien $6,525.00; Larry Shapiro PT, 520 West 218th Street, New York, NY 10034, medical lien $2,839.27; Spine Consult NJ PC (Dr. Gerling), 506 Fifth Avenue, Suite 2FF, Brooklyn, NY 11215, medical lien $67,969.00; Comprehensive MRI of New York PC, PO Box 127, Farmingdale, NY 11735, medical lien $1,365.00; All Boro Medical Rehabilitation, 369 East 149th Street, 3rd Floor, Bronx, New York 10455, medical lien $2,469.58; Complete Care, 19 East 37th Street, New York, NY 10016, medical lien $2,450.00; Precision Imaging of New York, 222 East 68th Street, New York, NY 10065, medical lien $3,600.00; Case Cash GP, LLC, Lockbox Services-205566, 2975 Regent Blvd., Irving, TX 75063, Funding Lien $561,000.00 - Grand Total $702,309.49.

13. Itemized statement of the amounts of expenses and disbursements paid or agreed to be paid to others for expert testimony, investigative or other services properly chargeable to the recovery of damages together with the name, address and reason for each payment Bronx County Clerk, court fees $580.00; PM Investigation, investigation $15.00 Compressive MRI of New York, medical records $50.75; NAM, arbitration $1,260.00; Veritext, EBT Trans $461.50; IOD Inc., hospital records $23.97; Maya Risk Management Svcs, medical records $144.75; Federal Express $98.67; IME Watchdog, investigation $276.00; Misc. $324.30; City of New York, records $21.50; Andy Medina, investigation $1,300.00; Corporrate Transportation Group, Ltd., transportation $71.90; Stand Up MRI of Manhattan, PC, medical record $30.00; Southern 788 Medical PC, medical records $17.25; Alexander Poole, Inc., process service $54.00; Secretary of State, process service $120.00; J. Hernandez Associates PC., translation/transportation $909.00; Storage fee $110.00; E-Law, court service $33.00; CloudLex, case hosting $10.00; Xerox & postage $210.82 - Grand Total $6,122.41.

14. Date on which a copy of this closing statement has been forwarded to the client: 3/2/2018.

   Dated: New York, N.Y., 2nd day of March, 2018

Yours, etc.

_____
Signature of Attorney

_____
Attorney

_____
Office and P. O. Address

Dist.  Dept.  County

} {

Type
or
Print

Yours, etc.

_____
Signature of Attorney

Herbert Subin
Attorney

SUBIN ASSOCIATES, 150 Broadway
New York, NY 10038
Office and P. O. Address
1ST Dist. 1ST Dept NEW YORK County

File #20724