# EXHIBIT "7-A"

# Subin

May 1, 2023

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**AND REGULAR FIRST CLASS MAIL**

████████

        Re:      ████████████████

              Index No.:
              D/A:        January 09, 2022
              Our File#:  ████

Dear ████████,

      Please be advised that a Summons and Complaint was recently served upon you regarding the above captioned lawsuit. At this time you are in default for failing to answer the Summons and Complaint. Enclosed herewith is a courtesy copy of the Summons and Complaint and a copy of the Affidavit of Service.

      If you have insurance to cover this accident, please contact your insurance company immediately. This shall serve as our good faith effort to resolve this default. We will be compelled to move for a default judgment within 20 days if we do not hear from you and you may become personally liable for any judgment granted.

      Thank you for your immediate attention and assistance.

                    Very truly yours,

                    Robert J. Eisen, Esq.

RJE/sr
*Enclosures*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------------X

████████████████

                               Plaintiff,

          -against-

████████████████

                               Defendant.

-----------------------------------------------------------------------X

**SUMMONS**

Index No.:
Date Purchased
Plaintiff designates
KINGS
County as the place of trial.
The basis of venue is:
Situs of Occurrence

County of KINGS

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      February 28, 2023

**PETER MAY, ESQ.**
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Floor
New York, New York  10038
(212) 285-3800
File No.: 34503

Defendants Address:

████████████████

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X

█████████████

Plaintiff,

-against-

█████████████

Defendant.
-------------------------------------------------------------X

VERIFIED COMPLAINT

Plaintiff ███████████, complaining of the defendants, by her attorney SUBIN

ASSOCIATES LLP, upon information and belief, respectfully allege(s):

1. That at all the times herein mentioned, the defendant ███████████ was and still is a corporation doing business in the State of New York.

2. That at all the times herein mentioned, the defendant ███████████ was and still is a limited liability company doing business in the State of New York.

3. That at all the times herein mentioned, the defendant ███████████ was the owner of the premises located at and known as 2481 Pitkin Avenue, Brooklyn, New York 11208.

4. That at all the times herein mentioned, the defendant ███████████ its agents, servants and/or employees, operated the aforementioned premises.

5. That at all the times herein mentioned, the defendant ███████████ its, agents, servants and/or employees, maintained the aforementioned premises.

6. That at all the times herein mentioned, the defendant ███████████, its agents, servants and/or employees, managed the aforementioned premises.

7. That at all the times herein mentioned, the defendant ████████████ its agents, servants and/or employees, controlled the aforementioned premises.

8. That at all the times herein mentioned, it was the duty of the defendant its agents, servants and/or employees, to keep and maintain said premises in a reasonable state of repair and in a good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to tenants and/or pedestrians.

9. That at all the times herein mentioned, the plaintiff was lawfully upon the aforesaid premises.

10. That on or about 01/09/2022, while plaintiff was lawfully ascending the exterior steps in the aforementioned premises, plaintiff was caused to be injured by reason of the negligence, willful, wanton and gross negligence, carelessness and want of proper care of the defendant, its agents, servants and/or employees.

11. That the said incident and resulting injuries to the plaintiff were caused through no fault of her own but were solely and wholly by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said premises, particularly the exterior steps, to be, to remain in such a defective condition; in failing to properly maintain said exterior steps; in improperly shoveling, cleaning the snow/ice and creating a dangerous condition; in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the aforementioned dangerous, unsafe condition thereat; in failing to remove said ice and/or snow; in failing to apply sand, salt, or other melting and/or abrasive materials so as to make the condition safe; in failing to place restrictive devices around the aforementioned area to keep the public and in particular the plaintiff from walking and/or slipping on this *dangerous condition; in generally maintaining said

exterior stepss in such a dangerous, defective and/or unsafe condition as to cause the incident complained of; in creating and/or allowing and/or permitting a hazardous condition to exist; in maintaining the exterior steps in such a manner so as to create undue risks to people and in otherwise being careless and reckless upon the premises; in creating and maintaining a hazard, menace, nuisance, and trap thereat and in failing to comply with the statutes, ordinances, rules and regulations provided for the safe and proper use of the exterior steps and premises thereat; the above dangerous condition having existed for a long and unreasonable period of time.  Plaintiff further relies upon the doctrine of Res Ipsa Loquitur.

12. That this action falls within one or more of the exceptions set forth in CPLR 1602.

13. That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage, both compensatory and exemplary in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

14. Due to the abovesaid, plaintiff is entitled to damages in the sum which exceeds the sum or value established by 28 USC §1332(a) exclusive of interest and costs.

**WHEREFORE**, the plaintiff demands judgment against the defendant in amounts which exceed the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction herein, in amounts to be determined upon the trial of this action, together with the costs and disbursements of this action, and with interest from the date of this accident

DATED:     New York, New York
           February 28, 2023

Yours, etc.



**PETER MAY, ESQ.**
SUBIN ASSOCIATES, LLP
Attorneys for Plaintiffs
150 Broadway
New York, New York 10038

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, the undersigned, an attorney admitted to practice in the courts of New York State, state under

penalty of perjury that I am one of the attorneys for the plaintiff(s) in the within action; I have

read the foregoing **SUMMONS AND COMPLAINT** and know the contents thereof; the same is

true to my own knowledge, except as to the matters therein stated to be alleged on information

and belief, and as to those matters I believe to be true. The reason this verification is made by me

and not by my client(s), is that my client(s) are not presently in the County where I maintain my

offices. The grounds of my belief as to all matters not stated upon my own knowledge are the

materials in my file and the investigations conducted by my office.

Dated:  New York, New York
        February 28, 2023

_____
**PETER MAY, ESQ.**

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X

███████████                          Plaintiff,

    -against-

███████████                          Defendant.
-----------------------------------------------------------------------X

========================================

**SUMMONS AND VERIFIED COMPLAINT**

========================================

SUBIN ASSOCIATES, LLP
Attorney(s) for Plaintiff(s)
Address and Telephone Number
150 Broadway 23 Floor
New York, New York 10007
(212) 285-3800
File No.: 34503

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------X

▮▮▮▮▮▮▮▮

Plaintiff,

-against-

▮▮▮▮▮▮▮▮

Defendant.

-------------------------------------------------------------------X

**VERIFIED BILL OF PARTICULARS**

Index No.: ▮▮▮▮▮▮▮▮

Plaintiff, ▮▮▮▮▮▮▮ as and for her Bill of Particulars in response to the demands of defendant ▮▮▮▮▮▮▮ by her attorney, upon information and belief, respectfully allege(s):

1. Plaintiff's full name: ▮▮▮▮▮▮▮

2. Plaintiff's date of birth: ▮▮▮▮▮

3. Plaintiff will provide her social security number off the record at her deposition or you can call plaintiff's attorney to obtain it sooner.

4. a)-(b) Plaintiff presently resides at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the time of accident.

5. The incident occurred on 01/09/2022, at approximately 10:30 A.M.

6. The incident occurred on the premises located at and known as 2481 Pitkin Avenue, Brooklyn, New York 11208.

7. That the said incident and resulting injuries to the plaintiff were caused through no fault of her own but were solely and wholly by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted

and/or allowed portions of said premises, particularly the exterior steps, to be, to remain in such a defective condition; in failing to properly maintain said exterior steps; in improperly shoveling, cleaning the snow/ice and creating a dangerous condition; in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the aforementioned dangerous, unsafe condition thereat; in failing to remove said ice and/or snow; in failing to apply sand, salt, or other melting and/or abrasive materials so as to make the condition safe; in failing to place restrictive devices around the aforementioned area to keep the public and in particular the plaintiff from walking and/or slipping on this dangerous condition; in generally maintaining said exterior steps in such a dangerous, defective and/or unsafe condition as to cause the incident complained of; in creating and/or allowing and/or permitting a hazardous condition to exist; longstanding condition of ice, in maintaining the exterior steps in such a manner so as to create undue risks to people and in otherwise being careless and reckless upon the premises; in creating and maintaining a hazard, menace, nuisance, and trap thereat and in failing to comply with the statutes, ordinances, rules and regulations provided for the safe and proper use of the exterior steps and premises thereat; the above dangerous condition having existed for a long and unreasonable period of time. Plaintiff further relies upon the doctrine of Res Ipsa Loquitur.

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendants at the trial of this action, including but not limited to the New York City Administrative Code 7-210, 16-123. The plaintiff reserves the right to allege additional violations as may become apparent based on the evidence adduced at trial.

9. - 10. Vicarious liability: Not applicable.

11. -12. Dangerous or Defective condition: Objection. Improper demand for a Bill of Particulars per CPLR § 3043(a).

13. - 16. Both actual and constructive notices are claimed. Actual notice in that the defendant,

its agents/defendants, their agents, servant and/or employees created and/or had actual knowledge of the complained of condition. Defendants further had actual notice of a dangerous recurring condition. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances. Defendants further had constructive notice of each specific reoccurrence of the condition.

17. The following injuries were caused as a result of the defendant's negligence:

**RIGHT KNEE/LEG:**

- High-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn;
- Posterior capsular disruption;
- Tear of the free margin of the body of the lateral meniscus;
- Tear of the anterior horn of the lateral meniscus;
- Partial tear of the anterior cruciate ligament:
- Extrusion of the medial meniscus into the meniscofemoral space with partial tear of the medial collateral ligament;
- Chondral defects at the anterior aspects of both medial and lateral femoral condyles;
- Joint effusion and soft tissue edema;
- Internal derangement;
- Numbness and paresthesias;
- Marked restriction of range of motion;

**LEFT HAND/ WRIST:**

- Tear of the ulnar side body and peripheral foveal insertion of the triangular fibrocartilage;
- Joint effusion;
- Partial tear of radio scaphoid ligament;
- Tear of the anterior oblique ligament at the trapezial metacarpal articulation, severe narrowing of the joint space with associated cortical deformity of the trapezium;

- Internal derangement;
- Marked restriction of range of motion;

**LUMBOSACRAL SPINE:**
- Disc herniation at L5-S1 impinging upon the thecal sac, right lateral recess and narrowing the neural foramina bilaterally, Impingement upon the bilateral extra thecal sac S1 nerve roots, right greater than left;
- Intervertebral disc displacement;
- Sprain;
- Radiculopathy;
- Tenderness and muscle spasm;
- Swelling;
- Marked restriction of range of motion;

**CERVICAL SPINE:**
- At C5-C6 herniation;
- Sprain;
- Tenderness and muscle spasms;
- Marked restriction of range of motion;

**BILATERAL SHOULDER:**
- Internal derangement;
- Numbness, and paresthesias;
- Marked restriction of range of motion;

**OTHER:**
- Midback pain;
- Buttock pain;
- Chest pain;
- Headache;
- Vertigo;

- Difficulty in sleeping;

All injuries are permanent and progressive in nature except those of a superficial nature.

Plaintiff may also develop arthritis.

Above injured areas may require future surgery.

Above injured areas may develop post-traumatic arthritis

Additionally, in the event that the injuries to the plaintiff were superimposed upon any pre-existing conditions which may have contributed to the extent and severity of her injuries and rendered her more prone or susceptible to further injury, then such pre-existing conditions or susceptibility, if any, were aggravated, exacerbated, activated, precipitated, accelerated and acted upon by the injuries sustained by her in the subject occurrence.

All injuries listed are believed to be permanent at this time.

18. Exacerbation of a pre-existing injury or condition: Objection. Improper demand for a Bill of Particulars per CPLR § 3043(a).

19. Pre-existing injury or condition: See response to question number 18.

20. (a) Plaintiff has been partially disabled since the day of the accident.

    (b) Plaintiff was totally disabled for approximately six (6) months after the accident.ded] six months after accident

21. Plaintiff was confined as follows:

    (a) Hospital: Plaintiff was not confined to any hospital.

    (b) Bed: For approximately five (5) months after the accident.

    (c) Home: For approximately six (6) months after the accident.

22. (a)-(b) Name and address of employer: Not applicable.

23. Self-employment: Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

    (a). Loss of earning: Not applicable.

    (b). Impairment of future earning capacity: Objection. Improper demand for a Bill of

Particulars per CPLR § 3043(a).

(c). Physician expenses: Approximately $10,000 and continuing.

(d). Physical therapist expenses: To be provided.

(e). Hospital expenses: To be provided, if applicable.

(f). Nurses: Included in 24 '(c)' and '(e)'.

Home health care aide expenses: To be provided, if applicable.

(g). Prescription medication expenses: To be provided.

(h). Other special damages: To be provided, if applicable.

25. C.P.L.R. 4545(c), collateral sources: See Plaintiff's Combined Response to Discovery and Inspection. The amounts and dates of payment are contained in the carrier's file.

**PLEASE TAKE NOTICE,** that the Plaintiff expressly reserves the right to supplement and/or amend the within Bill of Particulars as to injuries and/or damages claimed herein up to and including the time of trial of this action.

Dated: New York, New York
July 11, 2023

Yours, etc.,

SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff*
150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800

# JASON M GALLINA MD PC
135 Madison Avenue, New York, NY 10016 | P: 212-616-4130 | F: 212-983-0483

To:   347-771-8204

Cc:

Reference:          ███████████████, Female

Subject:   ATTENTION: GIGI
           FLORIDA

Reason:

# JASON M. GALLINA, M.D., P.C.

Orthopaedic Spine Surgery

135 Madison Ave, 5th Floor
New York, NY 10016
Tel: (212) 618-4130. Fax (212)
983-0483

541 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel: (201) 447-0580. Fax (201)
447-8293

| | | | |
|---|---|---|---|
| **Patient:** | **Date of Birth:** | **Sex:** Female | **MRN:** |
| **Provider:** Jason Gallina, MD | **Referring Provider:** | | **Date of Visit:** 01/25/2023 |

## Chief Complaint

Neck Pain with radiating arm pain.
Low Back Pain with radiating leg pain

## History of Present Illness(HPI)

This is a very nice patient who was involved in a slip and fall on 1/9/22. They did not seek immediate medical attention, however were evaluated by a medical provider a week later. They are complaining of neck pain with shoulder pain with right greater than left radiating arm pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care.

They are also complaining of low back pain with buttock pain with right greater than left radiating leg pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care.

Today she is here for a surgical discussion.

## Current Medications

Percocet

## Current Allergies

No Known Allergies

## Past Medical History / Current Problems ✓ Reviewed

Cervical disc herniation: ICD9:722.0 ICD10:M50.20 SNOMED:240215009
Status is Current; Condition is Chronic;

Lumbar disc herniation: ICD9: ICD10:M51.26 SNOMED:202708005
Status is Current; Condition is Chronic;

Hypertension: ICD9:401.9 ICD10:I10 SNOMED:38341003
Status is Current; Condition is Chronic;

## Social History ✓ Reviewed

## Adult Social History -Detailed

Smoking Status (MU)
Smokes : Yes

## Family

<u>Need Interpreter?</u> Need Interpreter: No

**Use of Drugs/Alcohol/Tobacco**
<u>Do you drink alcohol</u> Do you drink alcohol?: Never

## Surgical History

No Known Surgical History

## Physical Exam

### Abnormal Cervical and Abnormal Lumbar Exam

#### Cranial Nerve Examination
: Showed excellent ocular fixation without eye deviation and a full range of eye movements without nystagmus. Pupils were symmetrical and briskly responsive to light stimulation. Facial movements were symmetrical and hearing was grossly normal. There were no problems with oro-motor function. Visual fields were grossly normal

#### Cervical Spine (Abnormal)
: There is tenderness to palpation of the cervical spine musculature associated with muscle spasms

#### Cervical Range of Motion (in degrees) (Abnormal)

|  | Movement | Degrees | Normal |
|---|---|---|---|
| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
| Cervical Spine | Extension | 20 degrees with pain | 0-60 |
| Cervical Spine | Left lateral rotation | 40 degrees with pain | 0-80 |
| Cervical Spine | Left lateral flexion | 35 degrees with pain | 0-50 |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 |
| - | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

#### Lumbar Spine (Abnormal)
: There is tenderness to palpation of the lumbar spine musculature and muscle spasms

#### Lumbar Range of Motion (in degrees) (Abnormal)

|  | Movement | Degrees | Normal |
|---|---|---|---|
| Lumbar Spine | Forward flexion | 30 degrees with pain | 0-90 normal |
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-30 |
| - | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

#### Motor System
: There is no muscle atrophy. Posture is erect

#### Cervical Manual Muscle Testing - Abnormal

|  | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder Abduction | 4/5 | 4/5 |

|                          | Right | Left |
|--------------------------|-------|------|
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 4/5 | 4/5 |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5 Finger | 5/5 | 5/5 |

### Lumbar Manual Muscle Testing - Abnormal

|                          | Right | Left |
|--------------------------|-------|------|
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | 4/5 | 4/5 |
| Ankle Plantarflexion | 5/5 | 5/5 |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

### Neurology Provocative - Abnormal

|                          | Right | Left |
|--------------------------|-------|------|
| Straight Leg Raise | Positive with Back Pain | Positive with Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Femoral Stretch Test | Negative | Negative |
| Spurling Sign | Positive | Positive |
| Lhermitte's Sign | Negative | Negative |
| FABER/Patrick | Negative | Negative |

### Gait - Abnormal

: The patient's gait appears to be asymmetric and abnormal. The patient is able to heel walk and toe walk. Toe walking on the right foot is difficult secondary to weakness of right foot plantarflexion.

### Cerebellar Examination (Coordination)

Patient: ▮▮▮▮    Date of Birth: ▮▮▮▮    Sex: Female   MRN#: ▮▮▮▮    Date of Service: 01/25/2023

᠆ Finger-nose-finger function is normal. Rapid alternating movements involving pronation and supination (Dysdiadochokinesia) is normally performed, as well as rapid succession movements involving apposition of thumb to the other four fingers. Heel to shin coordination testing is normal. Romberg's test was negative

**Sensory Examination - Abnormal**
᠆ Was diminished bilateral arms and lower legs. The numbness on her arms is in the C5 nerve root distribution and bilateral lower lateral legs.

### Reflexes - Abnormal

|                  | Right    | Left     |
| ---------------- | -------- | -------- |
| Biceps           | 1        | 1        |
| Brachioradialis  | 2        | 2        |
| Triceps          | 2        | 2        |
| Patellar         | 2        | 2        |
| Achilles         | Absent   | Absent   |
| Babinski's Test  | Flexor   | Flexor   |
| Hoffman Sign     | Negative | Negative |
| Clonus           | Negative | Negative |

### Pulses

|                   | Right   | Left    |
| ----------------- | ------- | ------- |
| Radial            | Present | Present |
| Ulna              | Present | Present |
| Dorsalis Pedis    | Present | Present |
| Posterior Tibial  | Present | Present |

She is ambulating with the aid of a cane.

## Orthopedics

Lumbar spine:
MRI of the lumbar spine performed on 10.31.21 reveals severe disk space narrowing at L5-S1 with a large right sided disk herniation and severe stenosis from L2-S1.
X-ray of the lumbar spine performed on 12-06-22 reveals severe disc base narrowing at L5-S1 with sclerosis.

Cervical spine
MRI of the cervical spine performed on 5.19.22 reveals left sided stenosis at C4-C5 and bilateral stenosis at C5-C6.
Xrays of the cervical spine performed on 5.19.22 reveals a C4-C5 spondylolisthesis and disk space narrowing with anterior osteophyte formation at C5-C6.

## Assessment

Lumbar disc herniation (M51.26)
Condition: Chronic
**Plan:**
In terms of the lumbar spine:
She has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
I am recommending a new MRI of the lumbar spine as the last images were over 1 year ago.
Based on her severe stenosis, I do not believe that she is a candidate for injections.
I am recommending surgery.
She will see our vascular surgeon as she has a hernia.
I am recommending an L5-S1 Anterior/Posterior fusion with L2-S1 laminectomy.

Patient: ▮▮▮     Date of Birth: ▮▮▮     Sex: Female   MRN#: ▮▮▮     Date of Service: 01/25/2023

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital, under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

This CT is necessary for this surgery because it requires the use of the Globus Excelsius Robot. The robot requires a preoperative CT scan to correlate to the patient's intraoperative x-rays to place the appropriate screws.

An Anterior Posterior Fusion is needed because greater than 50% of the facet needs to be resected for the decompression which would cause instability at the L5-S1 segment.

She would like to move forward with this surgery as it is causing her the most pain.

Pre-admission testing as well as medical clearance will be obtained.
We discussed the risks or surgery which include, but are not limited to, continued and/or new back and/or leg pain, numbness, tingling, weakness, infection, dural tear, neurologic compromise, hardware misplacement, and pseudoarthrosis.
The findings, natural history, and treatment options were discussed with the patient. We discussed the role of nonoperative treatment, pain management, and surgical intervention.
The patient has elected for surgical treatment.

Cervical disc herniation (M50.20)
Condition: Chronic
**Plan:**
In terms of the cervical spine:
I am recommending that the patient continue conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
I am recommending that the patient obtain a pain management consult for an epidural steroid injection.
If she fails these injections, I am recommending a C4-C5, C5-C6 ACDF.

The patient is 100% Temporarily Disabled.

ICD: Disc displacement, lumbar (M51.26)
ICD: Cervical disc herniation (M50.20)

## Charge Capture

99215 (D1: M51.26; D2: M50.20)

**Jason Gallina, M.D.**
*This has been electronically signed by Jason Gallina, M.D. on 01/25/2023*

# JASON M. GALLINA, M.D., P.C.

Orthopaedic Spine Surgery

135 Madison Ave, 5th Floor
New York, NY 10016
Tel: (212) 616-4130. Fax (212)
983-0483

641 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel: (201) 447-0680. Fax (201)
447-6233

**Patient:** ▮     **Date of Birth** ▮     **Sex:** Female     **MRN:** ▮
**Provider:** Jason Gallina, MD     **Referring Provider:**     **Date of Visit:** 10/05/2022

## Chief Complaint

Neck Pain with radiating arm pain.
Low Back Pain with radiating leg pain

## History of Present Illness(HPI)

This is a very nice patient who was involved in a slip and fall on 1/9/22. They did not seek immediate medical attention, however were evaluated by a medical provider a week later. They are complaining of neck pain with shoulder pain with right greater than left radiating arm pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care.

They are also complaining of low back pain with buttock pain with right greater than left radiating leg pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications, physical therapy, acupuncture, chiropractic care.

## Current Medications

Percocet

## Current Allergies

No Known Allergies

## Past Medical History / Current Problems ✓ Reviewed

Cervical disc herniation: ICD9:722.0 ICD10:M50.20 SNOMED:240215009
Status is Current; Condition is Chronic;

Lumbar disc herniation: ICD9: ICD10:M51.26 SNOMED:202708005
Status is Current; Condition is Chronic;

Hypertension: ICD9:401.9 ICD10:I10 SNOMED:38341003
Status is Current; Condition is Chronic;

## Social History ✓ Reviewed

## Adult Social History -Detailed

**Smoking Status (MU)**
Smokes : Yes

**Family**
Need Interpreter? Need Interpreter: No

**Use of Drugs/Alcohol/Tobacco**

Do you drink alcohol Do you drink alcohol?: Never

## Surgical History

No Known Surgical History

## Physical Exam

### Abnormal Cervical and Abnormal Lumbar Exam

#### Cranial Nerve Examination

- Showed excellent ocular fixation without eye deviation and a full range of eye movements without nystagmus. Pupils were symmetrical and briskly responsive to light stimulation. Facial movements were symmetrical and hearing was grossly normal. There were no problems with oro-motor function. Visual fields were grossly normal

#### Cervical Spine (Abnormal)

- There is tenderness to palpation of the cervical spine musculature associated with muscle spasms

#### Cervical Range of Motion (in degrees) (Abnormal)

|               | Movement              | Degrees              | Normal        |
|---------------|-----------------------|----------------------|---------------|
| Cervical Spine | Anterior flexion      | 30 degrees with pain | 0-60 normal   |
| Cervical Spine | Extension             | 20 degrees with pain | 0-60          |
| Cervical Spine | Left lateral rotation | 40 degrees with pain | 0-80          |
| Cervical Spine | Left lateral flexion  | 35 degrees with pain | 0-50          |
| Cervical Spine | Right lateral rotation| 30 degrees with pain | 0-80          |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50          |
| -             | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

#### Lumbar Spine (Abnormal)

- There is tenderness to palpation of the lumbar spine musculature and muscle spasms

#### Lumbar Range of Motion (in degrees) (Abnormal)

|              | Movement             | Degrees              | Normal        |
|--------------|----------------------|----------------------|---------------|
| Lumbar Spine | Forward flexion      | 30 degrees with pain | 0-90 normal   |
| Lumbar Spine | Extension            | 10 degrees with pain | 0-25          |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25          |
| Lumbar Spine | Right lateral flexion| 10 degrees with pain | 0-30          |
| -            | All range of motion measurements were made without forcing the examinee beyond the point where pain was reported. | | |

#### Motor System

- There is no muscle atrophy. Posture is erect

#### Cervical Manual Muscle Testing - Abnormal

|                            | Right | Left |
|----------------------------|-------|------|
| Shoulder Adduction         | 5/5   | 5/5  |
| Shoulder Abduction         | 4/5   | 4/5  |
| Shoulder External Rotation | 5/5   | 5/5  |
| Shoulder Internal Rotation | 5/5   | 5/5  |

| Elbow Flexion | 4/5 | 4/5 |
|---|---|---|
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5 Finger | 5/5 | 5/5 |

**Lumbar Manual Muscle Testing - Abnormal**

| | Right | Left |
|---|---|---|
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | 4/5 | 4/5 |
| Ankle Plantarflexion | 5/5 | 5/5 |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology Provocative - Abnormal**

| | Right | Left |
|---|---|---|
| Straight Leg Raise | Positive with Back Pain | Positive with Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Femoral Stretch Test | Negative | Negative |
| Spurling Sign | Positive | Positive |
| Lhermitte's Sign | Negative | Negative |
| FABER/Patrick | Negative | Negative |

**Gait - Abnormal**

- The patient's gait appears to be asymmetric and abnormal. The patient is able to heel walk and toe walk. Toe walking on the right foot is difficult secondary to weakness of right foot plantarflexion.

**Cerebellar Examination (Coordination)**

- Finger-nose-finger function is normal. Rapid alternating movements involving pronation and supination (Dysdiadochokinesia) is normally performed, as well as rapid succession movements involving apposition of thumb to the other four fingers. Heel to shin coordination testing is normal. Romberg's test was negative

**Sensory Examination - Abnormal**

- Was diminished bilateral arms and lower legs. The numbness on her arms is in the C5 nerve root distribution and bilateral lower lateral legs.

**Reflexes - Abnormal**

| | Right | Left |
|---|---|---|
| Biceps | 1 | 1 |
| Brachioradialis | 2 | 2 |
| Triceps | 2 | 2 |
| Patellar | 2 | 2 |
| Achilles | Absent | Absent |
| Babinski's Test | Flexor | Flexor |
| Hoffman Sign | Negative | Negative |
| Clonus | Negative | Negative |

**Pulses**

| | Right | Left |
|---|---|---|
| Radial | Present | Present |
| Ulna | Present | Present |
| Dorsalis Pedis | Present | Present |
| Posterior Tibial | Present | Present |

She is ambulating with the aid of a cane.

## Orthopedics

Lumbar spine:
MRI of the lumbar spine performed on 10.31.21 reveals severe disk space narrowing at L5-S1 with a large right sided disk herniation and severe stenosis from L2-S1.

Cervical spine
MRI of the cervical spine performed on 5.19.22 reveals left sided stenosis at C4-C5 and bilateral stenosis at C5-C6.
Xrays of the cervical spine performed on 5.19.22 reveals a C4-C5 spondylolisthesis and disk space narrowing with anterior osteophyte formation at C5-C6.

## Assessment

Lumbar disc herniation (M51.26)
Condition: Chronic
**Plan:**
In terms of the lumbar spine:
She has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
The patient is to obtain x rays of their lumbar spine.
Based on her severe stenosis, I do not believe that she is a candidate for injections.
I am recommending surgery.
She will see our vascular surgeon as she has a hernia.
I am recommending an L5-S1 Anterior/Posterior fusion with L2-S1 laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital, under the Mazer Protocol. This is dependent on where the patient is scheduled to have their surgery.

Patient:    Date of Birth:    Sex: Female   MRN#:    Date of Service: 10/05/2022

This CT is necessary for this surgery because it requires the use of the Globus Excelsius Robot. The robot requires a preoperative CT scan to correlate to the patient's intraoperative x-rays to place the appropriate screws.

An Anterior Posterior Fusion is needed because greater than 50% of the facet needs to be resected for the decompression which would cause instability at the L5-S1 segment.

She would like to move forward with this surgery as it is causing her the most pain.

Cervical disc herniation (M50.20)
Condition: Chronic
**Plan:**
In terms of the cervical spine:
I am recommending that the patient continue conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
I am recommending that the patient obtain a pain management consult for an epidural steroid injection.
If she fails these injections, I am recommending a C4-C5, C5-C6 ACDF.

The patient is 100% Temporarily Disabled.

ICD: Disc displacement, lumbar (M51.26)
ICD: Cervical disc herniation (M50.20)

## Charge Capture

99215 (D1: M51.26; D2: M50.20)

_signature_

**Jason Gallina, M.D.**
*This has been electronically signed by Jason Gallina, M.D. on 10/05/2022*

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151


**Date:** 02/07/2022
**Name:** ████████████

**History of Present Illness:** This is an evaluation for this 56-year-old female who, on 01/09/2022, as per the patient, tripped and fell on stairs in her building. Her right foot got caught in a hole causing her to land on her right side. The patient stated she went to her PCP approximately three days later where she is treated and released. She comes in today complaining of back pain, bilateral shoulder pain, right knee pain, right foot pain, and left wrist pain. The patient is currently using a straight cane for ambulation. The patient states that she had left knee surgery approximately seven years ago. She was walking independently without any difficulty since her rehab.


**Past Medical History:** Hypertension.

**Past Surgical History:** Left knee.

**Allergies:** No known drug allergies.

**Physical Examination:** The patient is right-hand dominant.

**Cervical spine**—she has limited range of motion of the cervical spine. Flexion 35 degrees, extension 30 degrees, lateral flexion to the right 30 degrees, left 35 degrees, and rotation 50 degrees bilaterally.

**Upper extremities**—examination of the right shoulder revealed limited range of motion. Flexion 150 degrees, abduction 120 degrees, internal rotation 35 degrees, and external rotation 30 degrees. On the left, flexion was to 140 degrees, abduction 130 degrees, internal rotation 50 degrees, and external rotation 55 degrees. She had weakness of bilateral deltoids at 4/5. She complained of numbness radiating on her hand. She had a negative Tinel's. Examination of the left wrist revealed flexion at 60/90 degrees, extension 50/70 degrees, abduction 15/25 degrees, and adduction 45/65 degrees. There is an old scar there secondary to an injury when she was 14 years old. Wrist extension and flexion was 4-/5. She had pain along the basal joint and along the left APB.

**Thoracic spine**—she had pain on the iliocostalis thoracis.

**Lumbar spine**—limited range of motion of the lumbar spine at 55/90 degrees and extension 10/25 degrees. There is pain along the quadratus lumborum.

**Lower extremities**—examination of the right knee reveals limited range of motion 0 degrees to 100 degrees. A positive McMurray. Negative anterior drawer. There was no calf tenderness. Motor strength was 4/5 in the right quadriceps and hamstring. She has a hip hike on the right. She complained of paresthesias in the L4-L5 and L5-S1 distribution on the right.

**Impression:** Cervical sprain versus cervical disk herniation, lumbar sprain versus lumbar disk herniation, internal derangement of bilateral shoulders, internal derangement of the right knee, internal derangement of the left wrist.

**Recommendations:** He is to obtain an MRI of her lumbar spine and left wrist. If she does not respond to conservative treatment, further diagnostic studies may be indicated for her shoulders. She is also, due to her gait abnormality, to obtain an MRI of the right knee.

The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound and electrical stimulation, followed by passive, active and active-assisted motions with resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated.

Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work and recreation.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

Date: *04/22/2022*
Name: ██████████

**History of Present Illness:** This is a followup for this female who had an MRI of the right knee which revealed high-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn, posterior capsular disruption and subscapular fluid of soft tissue edema, and tear of the free margin of the body of the lateral meniscus. There is also evidence of tear of the anterior horn of the lateral meniscus, partial tear of the anterior cruciate ligament, extrusion of the medial meniscus into the meniscal femoral space with partial tear of the medial collateral ligament. MRI of the lumbar spine revealed central to right paracentral disk herniation at L5-S1 impinging on the thecal sac, right lateral recess narrowing the neuroforamen bilaterally, impingement of bilateral extrathecal S1 nerve roots, right greater than the left. MRI of the left wrist revealed tear of the ulnar side of the body of the peripheral foveal insertion of the triangular fibrocartilage, partial tear of the radioscaphoid ligament, tear of the anterior oblique ligament at the trapezoid, and metacarpal articulation. The patient is still complaining of bilateral shoulder pain, wrist pain, neck pain, and knee pain.

**Physical Examination:**

**Cervical spine**–the patient has limited range of motion of the cervical spine. Flexion at 35 degrees and extension 30 degrees.

**Upper extremities**–she has limited range of motion of the right shoulder. Flexion to 150 degrees, abduction to 140 degrees on the left, flexion to 155 degrees, and abduction to 150 degrees. A positive drop arm sign bilaterally.

**Lumbar spine**–limited range of motion of the lumbar spine at 50/90 degrees flexion and extension 10/25 degrees. There is pain on the medial joint line of the knee with a positive McMurray's on the right.

**Recommendations:** Due to her persistent symptoms, she is to obtain an MRI of the right shoulder, cervical spine, and lumbar spine. She is to continue with her physical therapy.

Kevin H. Weiner, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**



**THOMAS M. KOLB, M.D.**

257 West 34th Street • New York, NY 10001
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 03-10-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**EXAM: MRI-WRIST WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Coronal fast spin echo T1 and proton density fat saturated images, axial T1 and proton density fat saturated images as well as sagittal T2 fat saturated weighted images were obtained in a1.5 Tesla Magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** There is motion artifact due to patient discomfort and multiple sequences were repeated The marrow signal is normal with no fracture or osteochondral defect.

The scapholunate and lunotriquetral ligaments are intact. There is a normal carpal alignment.

There is a tear of the ulnar side body and peripheral foveal insertion of the triangular fibrocartilage. There is associated joint effusion

The flexor and extensor tendons are intact. There is no evidence of a tear.

The distal radioulnar joint is normal.

The median nerve is of normal size and signal.

There is a partial tear of the radio scaphoid ligament with a 7 millimeter ganglion cyst

There is a tear of the anterior oblique ligament at the trapezial metacarpal articulation. There is high-grade narrowing and marginal osteophyte formation. Correlation with CT scan is also recommended for more complete evaluation

**IMPRESSION:** Tear of the ulnar side body and peripheral foveal insertion of the triangular fibrocartilage. Associated joint effusion

Partial tear of the radio scaphoid ligament with associated 7 millimeter ganglion cyst

Tear of the anterior oblique ligament at the trapezial metacarpal articulation as described above. There is severe narrowing of the joint space with associated cortical deformity of the trapezeum. Additional evaluation with a CT scan is recommended for more complete evaluation

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service         oul

South Bronx
237 East 149th St.
Bronx, NY 10451

Midtown West
257 West 34th St.
New York, NY 10001

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2



**THOMAS M. KOLB, M.D.**

257 West 34th Street • New York, NY 10001
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

KOLB RADIOLOGY

**Patient:** ▮
**Date of Birth:** ▮
**Phone:** ▮
**MRN:** ▮
**Date of Exam:** 03-10-2022

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 03-10-2022 12:45 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service          )u!

South Bronx
237 East 149th St.
Bronx, NY 10451

Midtown West
257 West 34th St.
New York, NY 10001

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



# THOMAS M. KOLB, M.D.



KOLB RADIOLOGY

257 West 34th Street • New York, NY 10001
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

---

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 03-10-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

## EXAM: MRI-KNEE WITHOUT CONTRAST RIGHT

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a 1.5 Teslamagnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a high-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn. There is posterior capsular disruption with subcapsular fluid and soft tissue edema

There is a tear of the free margin of the body of the lateral meniscus. There is also evidence of a tear of the anterior horn of the lateral meniscus with an adjacent 1.1 centimeter para meniscal cyst

There is a partial tear of the anterior cruciate ligament. The posterior cruciate ligament is intact

There is extrusion of the medial meniscus into the meniscofemoral space with associated partial tear of the medial collateral ligament.

The lateral collateral ligament and popliteus tendon are intact.

There are chondral defects at the anterior aspects of both medial and lateral femoral condyles.

There is narrowing of the medial joint compartment with marginal osteophyte formation medially and laterally.

The patellofemoral ligaments and retinacula are intact.

There is narrowing of the patellofemoral articulation with associated marginal osteophyte formation. All

**IMPRESSION: High-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn. There is posterior capsular disruption with subcapsular fluid and soft tissue edema.**

**Tear of the free margin of the body of the lateral meniscus. There is also evidence of a tear of the anterior horn of the lateral meniscus with an adjacent 1.1 centimeter para meniscal cyst.**

**Partial tear of the anterior cruciate ligament.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service      ou!



**THOMAS M. KOLB, M.D.**

257 West 34th Street • New York, NY 10001
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

KOLB RADIOLOGY

**Patient:** ▮▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮
**Phone:** ▮▮▮▮▮▮▮
**MRN:** ▮▮▮▮▮▮
**Date of Exam:** 03-10-2022

Extrusion of the medial meniscus into the meniscofemoral space with partial tear of the medial collateral ligament.

Chondral defects at the anterior aspects of both medial and lateral femoral condyles.

Degenerative changes as described above.

Joint effusion

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 03-10-2022 12:39 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ▮▮▮ ou!

South Bronx
237 East 149th St.
Bronx, NY 10451

Midtown West
257 West 34th St.
New York, NY 10001

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



# THOMAS M. KOLB, M.D.

257 West 34th Street • New York, NY 10001
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:** <span style="background:black">    </span>
**Date of Birth:** <span style="background:black">    </span>
**Phone:** <span style="background:black">    </span>
**MRN:** <span style="background:black">    </span>
**Date of Exam:** 03-24-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed 3 Teslamagnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At L5-S1, there is a central to right paracentral disc herniation impinging upon the thecal sac and right lateral recess and directly upon the bilateral extra thecal S1 nerve roots, right greater than left. There is narrowing of the neural foramina bilaterally there is facet and ligamentous hypertrophy

At L4-L5, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L3-L4, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

There is loss of height of the L5-S1 disc with anterior marginal osteophyte formation/ disc protrusion

The marrow signal is normal.

The conus medullaris is normal.

There is no fracture.

There is no listhesis. There is normal vertebral alignment.

**IMPRESSION:** Central to right paracentral disc herniation at L5-S1 impinging upon the thecal sac, right lateral recess and narrowing the neural foramina bilaterally. There is impingement upon the bilateral extra thecal S1 nerve roots, right greater than left.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 03-24-2022 5:23 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service



**Patient**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 03-10-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**EXAM: MRI-WRIST WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Coronal fast spin echo T1 and proton density fat saturated images, axial T1 and proton density fat saturated images as well as sagittal T2 fat saturated weighted images were obtained in a1.5 Tesla Magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** There is motion artifact due to patient discomfort and multiple sequences were repeated The marrow signal is normal with no fracture or osteochondral defect.

The scapholunate and lunotriquetral ligaments are intact. There is a normal carpal alignment.

There is a tear of the ulnar side body and peripheral foveal insertion of the triangular fibrocartilage. There is associated joint effusion

The flexor and extensor tendons are intact. There is no evidence of a tear.

The distal radioulnar joint is normal.

The median nerve is of normal size and signal.

There is a partial tear of the radio scaphoid ligament with a 7 millimeter ganglion cyst

There is a tear of the anterior oblique ligament at the trapezial metacarpal articulation. There is high-grade narrowing and marginal osteophyte formation. Correlation with CT scan is also recommended for more complete evaluation

**IMPRESSION: Tear of the ulnar side body and peripheral foveal insertion of the triangular fibrocartilage. Associated joint effusion**

**Partial tear of the radio scaphoid ligament with associated 7 millimeter ganglion cyst**

**Tear of the anterior oblique ligament at the trapezial metacarpal articulation as described above. There is severe narrowing of the joint space with associated cortical deformity of the trapezeum. Additional evaluation with a CT scan is recommended for more complete evaluation**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |

Scanned Document Type:AFFIRMATION, front side, page 1/8   Acquired on 7/19/2023 5:06 PM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ████████████
**Date of Birth:** ████████
**Phone:** ████████
**MRN:** ██████████████
**Date of Exam:** 03-10-2022

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 03-10-2022 12:45 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |





# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮
**Phone:** ▮▮▮▮▮
**MRN:** ▮▮▮▮▮
**Date of Exam:** 03-10-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**EXAM: MRI-KNEE WITHOUT CONTRAST RIGHT**

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a 1.5 Teslamagnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a high-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn. There is posterior capsular disruption with subcapsular fluid and soft tissue edema

There is a tear of the free margin of the body of the lateral meniscus. There is also evidence of a tear of the anterior horn of the lateral meniscus with an adjacent 1.1 centimeter para meniscal cyst

There is a partial tear of the anterior cruciate ligament. The posterior cruciate ligament is intact

There is extrusion of the medial meniscus into the meniscofemoral space with associated partial tear of the medial collateral ligament.

The lateral collateral ligament and popliteus tendon are intact.

There are chondral defects at the anterior aspects of both medial and lateral femoral condyles.

There is narrowing of the medial joint compartment with marginal osteophyte formation medially and laterally.

The patellofemoral ligaments and retinacula are intact.

There is narrowing of the patellofemoral articulation with associated marginal osteophyte formation. All

**IMPRESSION: High-grade tear of the posterior horn and body of the medial meniscus extending into the anterior horn. There is posterior capsular disruption with subcapsular fluid and soft tissue edema.**

**Tear of the free margin of the body of the lateral meniscus. There is also evidence of a tear of the anterior horn of the lateral meniscus with an adjacent 1.1 centimeter para meniscal cyst.**

**Partial tear of the anterior cruciate ligament.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!





**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 03-10-2022

**Extrusion of the medial meniscus into the meniscofemoral space with partial tear of the medial collateral ligament.**

**Chondral defects at the anterior aspects of both medial and lateral femoral condyles.**

**Degenerative changes as described above.**

**Joint effusion**

Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas, MD
*Electronically Signed: 03-10-2022 12:39 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Scanned Document Type:AFFIRMATION, front side, page 4/8   Acquired on 7/19/2023 5:06 PM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ■
**Date of Birth:** ■
**Phone** ■
**MRN:** ■
**Date of Exam:** 03-24-2022

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**EXAM:  MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed 3 Teslamagnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At L5-S1**, there is a central to right paracentral disc herniation impinging upon the thecal sac and right lateral recess and directly upon the bilateral extra thecal S1 nerve roots, right greater than left.  There is narrowing of the neural foramina bilaterally there is facet and ligamentous hypertrophy

**At L4-L5**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L3-L4**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

There is loss of height of the L5-S1 disc with anterior marginal osteophyte formation/ disc protrusion

The marrow signal is normal.

The conus medullaris is normal.

There is no fracture.

There is no listhesis. There is normal vertebral alignment.

**IMPRESSION:  Central to right paracentral disc herniation at L5-S1 impinging upon the thecal sac, right lateral recess and narrowing the neural foramina bilaterally.  There is impingement upon the bilateral extra thecal S1 nerve roots, right greater than left.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

Midtown Manhattan       South Bronx          Central Bronx          North Bronx
257 West 34th St.       237 East 149th St.    2430 Davidson Ave, 2nd FL    3199 Bainbridge Ave.       Page 1 of 2
New York, NY 10001     Bronx, NY 10451      Bronx, NY 10498       Bronx, NY 10467

Scanned Document Type:AFFIRMATION, front side,  page 5/8   Acquired on 7/19/2023 5:06 PM



# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮
**Phone:** ▮▮▮▮▮
**MRN** ▮▮▮▮▮
**Date of Exam:** 03-24-2022

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 03-24-2022 5:23 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |

Scanned Document Type:AFFIRMATION, front side, page 6/8   Acquired on 7/19/2023 5:06 PM



# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** 
**Date of Birth:**
**Phone**
**MRN:**
**Date of Exam:** 03-16-2023

Exam requested by:
JASON GALLINA MD
135 MADISON AVE, 5TH FLOOR
New York New York 10016

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed 1.5 Teslamagnet.

**INDICATION:** Status Post Trauma

**FINDINGS: Comparison is made prior examination of 3/24/2022.**

**At L5-S1,** there is a central to right paracentral disc herniation impinging upon the thecal sac and bilateral extra thecal S1 nerve roots, right greater than left. There is posterior displacement of the right-sided nerve root. There is bilateral foraminal narrowing with impingement upon the exiting bilateral L5 nerve roots.

**At L4-L5,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L3-L4,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

There is loss of height of the L5-S1 disc with anterior marginal osteophyte formation/ disc protrusion

There is facet and ligamentous hypertrophy at each of the lumbar levels.

The conus medullaris is normal.

There is no fracture.

There is no listhesis. There is normal vertebral alignment.

**IMPRESSION: Central to right paracentral disc herniation L5-S1 impinging upon the bilateral extra thecal S1 nerve roots, right greater than left with posterior displacement right-sided nerve root. There is bilateral foraminal narrowing with impingement upon the exiting bilateral L5 nerve roots.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Midtown Manhattan
257 West 34th St.
New York, NY 10001

South Bronx
237 East 149th St.
Bronx, NY 10451

Central Bronx
2430 Davidson Ave, 2nd FL
Bronx, NY 10498

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** <span style="background:black">         </span>
**Date of Birth:** <span style="background:black">    </span>
**Phone:** <span style="background:black">   </span>
**MRN:** <span style="background:black">      </span>
**Date of Exam:** 03-16-2023

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 03-16-2023 4:34 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |