# EXHIBIT "7D"

FILED _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.:
Date of Purchase:

============================X

                    Plaintiff(s),

-against-

                    Defendant(s).

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial
The basis of the venue is:
Situs of Occurrence

County of KINGS

============================X

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      May 15, 2019

**PETER MAY, ESQ.**
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 30374

Defendants Address:



*[SEE RIDER FOR ADDITIONAL DEFENDANTS]*

INDEX #_____

FILED _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

==============================X

                    Plaintiff(s),

    -against-

                   Defendant(s).

==============================X

Index No.:
Date of Purchase:

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial
The basis of the venue is:
Situs of Occurrence

County of KINGS

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      May 15, 2019

**PETER MAY, ESQ.**
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 30374

Defendants Address:



*[SEE RIDER FOR ADDITIONAL DEFENDANTS]*



*RIDER*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------X

**VERIFIED COMPLAINT**

Plaintiff(s),

-against-

Defendant(s).

------------------------------------------------------------X

Plaintiff,(s), ▮▮▮▮▮▮▮▮▮ by her attorneys, **SUBIN ASSOCIATES LLP**
as and for a cause of action alleges, upon information and belief, as follows:

1. That at all the times herein mentioned, and more particularly 5/6/2018, New Lots Avenue was
   and still is a public roadway in the Borough of Brooklyn, County of Kings, City and State of New
   York which consisted of a roadway and sidewalks thereat.

2. That said sidewalks were public thoroughfares along and over which the public at large had a
   right to walk.

3. That at all times herein mentioned, the ▮▮▮▮▮▮▮▮▮ was the owner of the
   premises located at 296 New Lots Avenue, Brooklyn, New York.

4. That at all the times herein mentioned, the defendant ▮▮▮▮▮▮▮▮▮ his agents,
   servants and/or employees operated the aforementioned premises and the abutting sidewalks.

5. That at all the times herein mentioned, the defendant ▮▮▮▮▮▮▮▮▮ his agents,
   servants and/or employees maintained the aforementioned premises and the abutting sidewalks.

6. That at all the times herein mentioned, the defendant ▮▮▮▮▮▮▮▮▮ his agents,
   servants and/or employees managed the aforementioned premises and the abutting sidewalks.

7. That at all the times herein mentioned, the defendant ███████████████ his agents, servants and/or employees controlled the aforementioned premises and the abutting sidewalks.

8. That at all the times herein mentioned, the defendant ███████████████████ was and still is a corporation doing business in the State of New York.

9. That at all the times herein mentioned, the defendant ████████████████ was the owner of the premises located at 296 New Lots Avenue, Brooklyn, New York.

10. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees operated the aforementioned premises and the abutting sidewalks.

11. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees maintained the aforementioned premises and the abutting sidewalks.

12. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees managed the aforementioned premises and the abutting sidewalks.

13. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees controlled the aforementioned premises and the abutting sidewalks.

14. That at all the times herein mentioned, the defendant ████████████ was and still is a corporation doing business in the State of New York.

15. That at all the times herein mentioned, the defendant ██████████ was and still is a partnership doing business in the State of New York.

16. That at all the times herein mentioned, the defendant █████████ was the owner of the premises located at 296 New Lots Avenue, Brooklyn, New York.

17. That at all the times herein mentioned, the defendant ██████████████ its agents, servants and/or employees operated the aforementioned premises and the abutting sidewalks.

18. That at all the times herein mentioned, the defendant ██████████████ its agents, servants and/or employees maintained the aforementioned premises and the abutting sidewalks.

19. That at all the times herein mentioned, the defendant ██████████████ its agents, servants and/or employees managed the aforementioned premises and the abutting sidewalks.

20. That at all the times herein mentioned, the defendant ██████████████ ts agents, servants and/or employees controlled the aforementioned premises and the abutting sidewalks.

21. That at all the times herein mentioned, it was the duty of the defendant(s) its agents, servants and/or employees to keep and maintain said sidewalks in a reasonable state of repair and good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to pedestrians and/or customers.

22. That on or about 5/6/2018, while plaintiff was lawfully walking on the aforementioned sidewalks plaintiff ██████████████ was caused to fall and sustain multiple injuries by reason of the negligence, carelessness and want of proper care of the defendant(s), their agents, servants and/or employees.

23. That the said incident and resulting injuries to the plaintiff were caused through no fault of her own but were solely and wholly by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said sidewalks, to be, become and remain in a dangerous, defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing,

suffering, permitting and/or allowing improper construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor. Plaintiff further relies on the doctrine of Res Ipsa Loquitur.

24. Both actual and constructive notice are claimed. Actual notice in that the defendants, their agents, servants and/or employees had actual knowledge and/or created the complained of condition; constructive notice in that the condition existed for a long and unreasonable period of time.

25. That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court.

**WHEREFORE**, plaintiff demands judgment against the defendants in the FIRST cause of action an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court; together with the costs and disbursements of this action.

DATED: New York, New York
        May 15, 2019

Yours, etc.

**PETER MAY, ESQ.**
SUBIN ASSOCIATES, LLP
Attorneys for Plaintiffs
150 Broadway
New York, New York  10038
(212) 285-3800

STATE OF NEW YORK        )

                            ) ss.:

COUNTY OF NEW YORK  )

I, the undersigned, an attorney admitted to practice in the courts of New York State, state under penalty of perjury that I am one of the attorneys for the plaintiff(s) in the within action; I have read the foregoing **SUMMONS AND COMPLAINT** and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true. The reason this verification is made by me and not by my client(s), is that my client(s) are not presently in the County where I maintain my offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigations conducted by my office.

Dated: New York, New York
       May 15, 2019


                                             **PETER MAY, ESQ.**

Index No:

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

═══════════════════════════════

████████████

Plaintiff(s),

-against-

████████████████████████████

Defendant(s).

═══════════════════════════════

## SUMMONS AND VERIFIED COMPLAINT

═══════════════════════════════

**SUBIN ASSOCIATES LLP**
Attorneys for Plaintiff
Office and Post Office Address, Telephone
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
File No.: 30374

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** Kings

-----------------------------------------------------------------------X

Plaintiff/Petitioner,

- against -                                                     Index No. ██████████

Defendant/Respondent.

-----------------------------------------------------------------------X

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

> 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and
>
> 2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

> - serving and filing your documents electronically
>
> - free access to view and print your e-filed documents
>
> - limiting your number of trips to the courthouse
>
> - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2          EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: _____

Name                                                Address

Firm Name

                                                    Phone

                                                    _____
                                                    E-Mail

To:    _____

       _____

       _____

                                                    6/6/18

█████████

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X
███████████████                                    VERIFIED BILL OF
                    Plaintiff,                     PARTICULARS

        -against-                                  Index No.: ████████

███████████████████████████

                    Defendants.
-------------------------------------------------------------X

    Plaintiff, ███████████████ by her attorneys, SUBIN ASSOCIATES, LLP,
response to the demands of defendant(s) ██████████████ for a Bill of Particulars, alleges
upon information and belief:

1. Plaintiff's full name: ████████████

2. Plaintiff's date of birth: ██████████

3. Plaintiff will provide her social security number off the record at her deposition.

4. (a)-(b) Plaintiff presently resides at ████████████████████████
   ██████ and same at the time of the events which are the subject of the Complaint;.

5. The incident occurred on 05/06/2018 at approximately 9:30 P.M.

6. The incident occurred on the sidewalk abutting the premises located at 296 New Lots
   Avenue, Brooklyn, New York 11207.

7. That the said incident and resulting injuries to the plaintiff were caused through no fault of
   her own but were solely and wholly by reason of the negligence of the defendant, its agents,
   servants and/or employees in that the defendant suffered, caused and/or permitted and/or
   allowed portions of said sidewalks, to be, become and remain in a dangerous, defective
   hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed, raised, unsmooth,
   loose condition and was negligently and/or improperly maintained, and same was

otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; inspection failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor. Plaintiff further relies on the doctrine of *Res Ipsa Loquitur*.

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendant at the trial of this action, including but not limited to the New York City Administrative Code Title 19, section 19-138, 19-139, 19-143, 19-146, 19-147 and 19-152. The plaintiff reserves the right to allege additional violations as may become apparent based on the evidence adduced at trial.

9. Not applicable.

10. Not applicable.

11. Objection. Improper demand and evidentiary in nature.

12. - 16. Both actual and constructive notices are claimed. Actual notice in that the defendant, its agents, servant and/or employees created and/or had actual knowledge of the complained of condition. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances. The remaining part of this demand is improper as it is evidentiary in nature.

17. The following injuries were caused, aggravated, accelerated, precipitated and/ or enhanced

as a result of the defendant's negligence:

**<u>LEFT KNEE:</u>**

- Peripheral tear and separation of posterior horn at the medial meniscus;
- Partial tear of the anterior cruciate ligament;
- Strain;
- Synovitis;
- Joint effusion;
- Pain;
- Stiffness;
- Tenderness;
- Weakness;
- Plaintiff ambulates with antalgic gait;
- Marked restriction of limited range of motion;
- Need for future surgery;
- Post-surgical scarring with significant disfigurement;

  as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left knee resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

As a result of the accident, the plaintiff was required to undergo the following operative procedure at New Horizon Surgical Center on May 2, 2019:

- Left knee arthroscopic partial medial meniscectomies
- Left knee arthroscopic extensive synovectomy

**<u>LEFT ANKLE:</u>**

- Partial tear of the anterior talofibular ligament;

- Partial tear of the posterior talofibular ligament;
- Partial tear of the extensor hallucis longus tendon;
- Sprain;
- Joint effusion;
- Ligamentous injury;
- Soft tissue edema;
- Pain;
- Weakness;
- Swelling;
- Plaintiff ambulates with antalgic gait;
- Marked restriction of limited range of motion;

   as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left ankle resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

### RIGHT SHOULDER:

- Partial rotator cuff tear involving the articular aspect of infraspinatus tendon;
- Subdeltoid bursal effusion;
- Pain;
- Stiffness;
- Tenderness;
- Weakness;
- Trigger point spasms;
- Marked restriction of limited range of motion;

   as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the right shoulder resulting in loss of strength, loss of function, loss of motion, restriction

of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

## LUMBOSACRAL SPINE:

- Disc bulge at L5-S1 level;
- Disc derangement;
- Sprain;
- Radiculopathy;
- Pain;
- Stiffness;
- Tenderness;
- Trigger point spasms;
- Marked restriction of limited range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the lumbosacral spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

## OTHER:

- Right wrist injury and pain;
- Neck pain, tenderness, stiffness and limited range of motion;
- Upper back pain, stiffness and tenderness
- Headaches;
- Difficulty sleeping;
- Difficulty in daily living activities.

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments, nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the plaintiff suffered, still suffers and may permanently suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the plaintiff suffered a severe shock to her nervous system;

The foregoing injuries impaired the general health of the plaintiff; the plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The plaintiff may permanently suffer from the aforesaid injuries and from its effects upon her nervous system.

All injuries listed are believed to be permanent at this time.

18. - 19. Not applicable. Improper demand, evidentiary in nature.

20. (a) Plaintiff has been partially disabled since the day of the accident to the present.

(b) Plaintiff was totally disabled for two weeks after the accident then two months after her knee surgery of May 2, 2019.

21. Plaintiff was confined as follows:

(a) Hospital: Plaintiff was confined to Brookdale Hospital Medical Center, 1 Brookdale Plaza, Brooklyn, New York 11212 on 05/06/2018.

(b) Plaintiff was confined to bed for approximately two weeks after the accident and then one week after her knee surgery of May 2, 2019.

(c) Plaintiff was confined to home for approximately four weeks after the accident and then five weeks after her knee surgery of May 2, 2019 and continuing intermittently thereafter.

22. (a)-(b) Employer name and address: Grand Street Settlement, 80 Pitt Street, New York, New York 10002.

23. Self-Employed: Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

(a) Loss of earning: Approximately $3,000.00 and continuing.

(b) Impairment of future earning capacity: To be provided, if applicable.

(c) Physician expenses: Approximately $10,000.00 and continuing.

(d) Physical Therapist expenses: Included in 24 (c).

(e) Hospital expenses: Approximately $1,500.00 and continuing.

(f) Nurses and/or home health care aide expenses: Included in 24 'c' and 'e'.

(g) Prescriptions medication expenses: To be provided, if applicable.

(h) Other special damages: $793.00 (Emergency Medical Services).

25. C.P.L.R. 4545(c), collateral sources: : Plaintiff receives Health Insurance benefits from Aetna Health Insurance Agency, 100 Park Avenue #12, New York, New York 10017. The amounts and dates of payment are contained in the carrier's file.

**PLEASE TAKE NOTICE**, that the Plaintiff expressly reserves the right to supplement and/or amend the within Bill of Particulars claimed herein up to and including the time of trial of this action.

Dated: New York, New York
February 21, 2020

Yours, etc.,

SUBIN ASSOCIATES, LLP
Attorneys for Plaintiff(s)
150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X

███████████████████████

                    Plaintiff(s),

       -against-

████████████████████████████████████

                    Defendant(s).
-----------------------------------------------------------------------X

██████████████████████

                    Third-Party Plaintiff(s),

       -against-

████████████████████████████████████

                    Third-Party Defendant(s).
-----------------------------------------------------------------------X

Index No.: ████████████

S I R S:

      Enclosed please find the following:

1.  Amended Bill of Particulars.

Dated: New York, New York
       July 25, 2023

                    Yours, etc.

                    *Lee M. Huttner*

                    LEE M. HUTTNER, ESQ.
                    This AMENDED BILL OF PARTICULARS and
                    the papers on which they are based, are certified
                    pursuant to Section 130-1.1-a of the rules of the
                    Chief Administrator (22NYCRR)
                    **SUBIN ASSOCIATES, LLP**
                    *Attorney for Plaintiff(s)*

150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X

████████████████████

                Plaintiff(s),

        -against-

████████████████████████████████

                Defendant(s).
------------------------------------------------------------------X

████████████████

                Third-Party Plaintiff(s),

        -against-

████████████████████████████

                Third-Party Defendant(s).
------------------------------------------------------------------X

**AMENDED BILL OF**
**<u>PARTICULARS</u>**

Index No.: ████████████

       Plaintiff, as and for her Amended Bill of Particulars in response to the demands of the Defendant(s), ████████████████ by her attorneys, upon information and belief, respectfully allege(s):

1. Plaintiff's full name is ████████████████

2. Plaintiff's date of birth is ████████████

3. Plaintiff will provide her Social Security Number off the record, at her deposition, or you may contact Plaintiff's attorney to obtain it sooner.

4. (a)-(b) Plaintiff presently resides at █████████████████████████████ and resided at the same address at the time of the events which are the subject of the Complaint.

5. The subject incident occurred on 05/06/2018, at approximately 8:00 P.M. – 8:30 P.M.

6. The subject incident occurred on the sidewalk abutting the premises known as 296 New Lots Avenue, in the County of Kings, City and State of New York.

7. That the said incident and resulting injuries to the Plaintiff were caused through no fault of her own but were solely and wholly by reason of the negligence of the Defendant(s), their agents, servants and/or employees in that the Defendant(s) suffered, caused and/or permitted and/or allowed portions of the said sidewalk, to be, become and remain in a dangerous, defective hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed, raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalk constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper construction of the said sidewalk and in failing to properly maintain the said sidewalk, in permitting and allowing defective repairs on the said sidewalk, in failing to apprise and/or warn the public, and in particular the Plaintiff, of the aforementioned conditions; inspection failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining the said sidewalk in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor. Plaintiff further relies on the doctrine of *Res Ipsa Loquitur*.

8. The Court will take judicial notice of any and all applicable statutes, laws, rules, regulations and/or ordinances, violated by the Defendant(s) at the trial of this matter, including but not limited to:

   a. New York City Administrative Code, Section §7-210, and §7-210(a);

   b. New York City Administrative Code, Sections §19-152 and §19-152(a)(4), §19-152(a)(7), §19-152(a)(8), and §19-152(a)(9);

c. New York City, Department of Transportation Highway Rules, Tile 34, Chapter 2, Sections §2-07, §2-09(f)(1), §2-09(f)(4), §2-09(f)(4)(v), §2-09(f)(4)(viii), §2-09(f)(5), §2-09(f)(5)(iv), §2-09(f)(5)(vii), §2-09(f)(5)(viii) and §2-09(f)(5)(ix).

Plaintiff reserves the right to allege additional statutes, laws, rules, regulations and/or ordinances as may become apparent based on the evidence adduced at trial.

9. Vicarious liability: Plaintiff objects to this demand as this demand is improper and is beyond the scope of disclosure in accordance with CPLR 3043 of the Civil Practice Laws and Rules.

10. Date, time and place of each act or omission referred to in response to number 9 above: Plaintiff objects to this demand as this demand is improper and is beyond the scope of disclosure in accordance with CPLR 3043 of the Civil Practice Laws and Rules.

11. - 16. Both, actual and constructive, notice is claimed. Without in any way conceding that actual notice is a necessary prerequisite to suit herein, Plaintiff claims that the Defendant(s), their agents, servants, employees and/or representatives, the exact identities of whom are not presently known to the Plaintiff, and subject to further discovery proceedings, had actual notice of the said dangerous, defective, hazardous and unsafe conditions and did create said dangerous, defective, hazardous and unsafe conditions, and were present upon the premises and performed work, labor and services or failed to perform work, labor, or services relative to the aforementioned dangerous, defective, hazardous and unsafe conditions. Plaintiff is unable to further respond to this demand until further discovery and depositions.

Without in any way conceding that constructive notice is a prerequisite to suit herein, Plaintiff claims that the Defendant(s), their servants, employees agents and/or representatives had constructive notice of the said dangerous, defective, hazardous and unsafe conditions and caused, allowed and permitted same to exist and remain for an unreasonably long period of time prior to the incident in question, when they knew or should have or could have known of the existence of the dangerous, defective, hazardous

and unsafe conditions, which existed for an unreasonably long period of time prior to the incident in question, the exact nature and/or durations of which is not presently known or available to the Plaintiff, and subject to further discovery proceedings, and a reasonable inspection of the aforementioned dangerous, defective, hazardous and unsafe conditions. Plaintiff is unable to further respond to this demand until further discovery and depositions.

17. The following injuries were caused as a result of the Defendants' negligence:

**LEFT ANKLE:**

–     Tears of the anterior and posterior talofibular ligaments;

–     Posterior talofibular ligament torn at its fibular attachment;

–     Tear of the extensor hallucis longus tendon;

–     Tear of the anterior fibers of the deltoid ligament;

–     Sprain;

–     Joint effusion;

–     Ligamentous injury;

–     Soft tissue edema;

–     Pain;

–     Weakness;

–     Swelling;

–     Plaintiff ambulates with antalgic gait;

–     Marked restriction of limited range of motion;

–     Post-surgical scarring and significant disfigurement;

As a result of the accident, the Plaintiff was required to undergo the following operative procedure at SurgiCore on July 24, 2020:

-     Left ankle arthroscopy, left with extensive debridement;

-     Left ankle secondary repair of the disrupted collateral lateral ankle ligament with the Anthrex Fibertak bone anchor and lateral ankle stabilization with Anthrex Internal Brance Implant;

**LEFT KNEE:**

–        Peripheral tear and separation of posterior horn at the medial meniscus;

–        Tear of the anterior cruciate ligament;

–        Strain;

–        Joint effusion;

–        Pain;

–        Stiffness;

–        Tenderness;

–        Plaintiff ambulates with antalgic gait;

–        Marked restriction of limited range of motion;

–        Possible need for future surgery;

–        Post-surgical scarring with significant disfigurement;

As a result of the accident, the Plaintiff was required to undergo the following operative procedure at New Horizon Surgical Center on May 2, 2019:

–        Arthroscopic partial medial meniscectomies and extensive synovectomy;

**RIGHT SHOULDER:**

–        Rotator cuff tear involving the articular aspect of infraspinatus tendon;

–        Dislocation;

–        Subdeltoid bursal effusion;

–        Pain;

–        Stiffness;

–        Tenderness;

–        Trigger points;

–        Marked restriction of limited range of motion;

**LUMBOSACRAL SPINE:**

–        Disc bulge at L5-S1 level;

–        Disc derangement;

- Sprain;

- Radiculopathy;

- Pain;

- Stiffness;

- Tenderness;

- Muscle spasm;

- Marked restriction of limited range of motion;

**<u>OTHER:</u>**

- Right wrist injury and pain;

- Neck pain, tenderness, stiffness and limited range of motion;

- Upper back pain, stiffness and tenderness

- Headaches;

- Vertigo;

- Post-traumatic stress disorder;

- Difficulty in sleeping;

- Difficulty in daily living activities;

The Plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature.

Plaintiff may permanently suffer from the aforesaid injuries and from their effects upon her.

The above-claimed injured areas may require future surgeries.

The above-claimed injured areas may develop post-traumatic arthritis.

Additionally, in the event that the injuries to the Plaintiff were superimposed upon any pre-existing conditions, which may have contributed to the extent and severity of her injuries and rendered her more prone or susceptible to further injury, then such pre-existing conditions or susceptibility, if any, were aggravated, exacerbated, activated, precipitated, accelerated and acted upon by the injuries sustained by her in the subject occurrence.

All of the injuries claimed above are believed to be permanent at this time, except for those of a superficial nature.

18. - 19. Exacerbation of pre-existing injury or condition: Upon information and belief, none.

20. (a) Plaintiff is partially disabled until the present time.

(b) Plaintiff was totally disabled for a period of approximately two (2) weeks following the subject incident, for a period of approximately four (4) weeks following her surgery on 05/02/2019 and for a period of approximately four (4) weeks following her surgery on 07/24/2020.

21. Plaintiff was confined as follows:

(a) Hospital: Plaintiff was confined to Brookdale Hospital Medical Center, 1 Brookdale Plaza, Brooklyn, New York 11212 on 05/06/2018.

(b) Plaintiff was confined to bed for a period of approximately two (2) weeks as a result of the incident.

(c) Plaintiff was confined to home for a period of approximately ten (10) weeks as a result of the incident.

22. Employer name and address: ███████████████████████████████████████
███████

23. Self-employed: Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

(a) Loss of earning: In the approximate sum of $3,200.00 and continuing;

(b) Impairment of future earning capacity: To be supplemented under a separate cover, if applicable;

(c) Physician expenses: In the approximate sum of $250,000.00 and continuing;

(d) Physical Therapist expenses: Included under "c" above;

(e) Hospital expenses: In the approximate sum of $5,000.00 and continuing;

(f) Nurses and/or home health care aide expenses: Included under "c" and "e" above;

(g) Prescriptions medication expenses: To be supplemented under a separate cover, if appliable;

(h) Other special damages:

   (i) Emergency Medical Services - $793.00;

   (ii) Kolb Radiology - $7,200.00;

25. Collateral sources: Plaintiff objects to this demand as this demand is improper and is beyond the scope of disclosure in accordance with CPLR 3043 of the Civil Practice Laws and Rules.

Dated:  New York, New York
         July 25, 2023

Yours, etc.

*Lee M. Huttner*

LEE M. HUTTNER, ESQ.
SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff(s)*
███████████████

150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800

TO:    THE GOLD LAW FIRM, P.C.
       *Attorneys for Defendant(s)*
       █████████████

       1666 Newbridge Road, 2nd Floor
       Bellmore, New York 11710
       (516) 512-6333



Index No.: ███████████

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

████████████████████

Plaintiff(s),

-against-

████████████████████████████████████████████████████

Defendant(s).

--------------------------------------------------------------------------------------------------------------------------

████████████████████

Third-Party Plaintiff(s),

-against-

████████████████████████████████

Thrid-Party Defendant(s).

## AMENDED BILL OF PARTICULARS

**SUBIN ASSOCIATES, LLP**
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
150 Broadway, 23rd Floor
New York, New York 10038
Telephone (212) 285-3800

### "WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"

*Service of a copy of the within        is hereby admitted*
*Dated:*

.......................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐        *That the within is a (certified) true copy of an* ORDER *entered in the office*
**NOTICE OF**        *of the clerk of the within named court on                    , 2023.*
**ENTRY**

☐        *That an Order of which the within is a true copy will be presented for*
**NOTICE OF**        *settle to the Hon.one of the judges of the within*
**SETTLEMENT** *named court,              at              on              , 2023, at 10:00 a.m.*
*Dated:*



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com



**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 12-24-2019

Exam requested by:
SIDDHARTHA SHARMA DPM
110 DUANE ST
NEW YORK NY 10007

**EXAM: MRI-ANKLE WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a3.0 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** Comparison is made prior examination of 6/6/2018.

The marrow signal is normal with no fracture or osteochondral defect.

The Achilles tendon and plantar fascia unremarkable.

The subtalar joint is normal.

The anterior and posterior inferior tibiofibular ligaments are intact.

There are partial tears of the anterior and posterior talofibular ligaments with associated joint effusion.

The peroneus brevis longus tendons are unremarkable.

The medial tendon group is intact.

There is a partial tear of the anterior fibers of the deltoid ligament.

The extensor tendons are unremarkable. A tear of the extensor hallucis longus tendon has healed

**IMPRESSION: There tears of the anterior and posterior talofibular ligaments with associated joint effusion. .**

**Partial tear of the anterior fibers of the deltoid ligament. Joint effusion**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Midtown Manhattan
257 West 34th St.
New York, NY 10001

South Bronx
237 East 149th St.
Bronx, NY 10451

Central Bronx
2430 Davidson Ave, 2nd FL
Bronx, NY 10498

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2

Scanned Document Type:REPORTS, front side, page 1/7 Acquired on 7/5/2023 10:52 AM



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 12-24-2019

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 12-26-2019 6:15 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 10-10-2018

Exam requested by:
KEVIN WEINER MD
2604 THIRD AVE
BRONX NY 10454

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS: At L5-S1**, there is a posterior disc bulge impinging upon the anterior epidural fat. The neural foramina are unremarkable.

**At L4-L5**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L3-L4**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs of normal height and hydration.

There is a 3.2 centimeter cystic mass in the left lower pelvis probably ovarian in origin. If there is clinical necessity addition evaluation with pelvic ultrasound is recommended.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION: Disc bulge L5-S1 impinging upon the anterior epidural fat.**

**There is a 3.2 centimeters cystic mass, likely a left ovarian cyst. If there is clinical concern additional evaluation with pelvic ultrasound is recommend**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 10-10-2018 2:40 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Midtown Manhattan
257 West 34th St.
New York, NY 10001

South Bronx
237 East 149th St.
Bronx, NY 10451

Central Bronx
2430 Davidson Ave, 2nd FL
Bronx, NY 10498

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1

Scanned Document Type:REPORTS, front side, page 3/7   Acquired on 7/5/2023 10:52 AM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 06-06-2018

Exam requested by:
FELIX KARAFIN  MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

**EXAM:  MRI-ANKLE WITHOUT CONTRAST LEFT**

**TECHNIQUE:**  Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a1.5 tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:**  The marrow signal is normal with no fracture or osteochondral defect.

The Achilles tendon and its plantar fascia unremarkable.

The subtalar joint is normal.

The anterior and posterior inferior tibiofibular ligaments are intact.

There is a partial tear of the anterior talofibular ligament associated joint effusion.  The posterior talofibular ligament is also partially torn at its fibular attachment.

The peroneus brevis and longus tendons are unremarkable.

The medial tendon group is intact.

Partial tear of the extensor hallucis longus tendon with associated soft tissue edema.  The anterior tibial and tendon and the extensor digitorum longus tendon are both intact.

The deltoid ligament is unremarkable.

**IMPRESSION:  There are tears of both the anterior and posterior talofibular ligaments with associated joint effusion as described above.**

**There is a partial tear of the extensor hallucis longus tendon with associated soft tissue edema.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

Midtown Manhattan
257 West 34th St.
New York, NY 10001

South Bronx
237 East 149th St.
Bronx, NY 10451

Central Bronx
2430 Davidson Ave, 2nd FL
Bronx, NY 10498

North Bronx
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2

Scanned Document Type:REPORTS, front side,  page 4/7   Acquired on 7/5/2023 10:52 AM



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ███████████████
**Date of Birth:** ████████
**Phone:** ████████████
**MRN:** ██████████████
**Date of Exam:** 06-06-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 06-06-2018 10:08 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 2 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:** ████
**Date of Birth:** ████
**Phone:** ████
**MRN:** ████
**Date of Exam:** 06-06-2018

Exam requested by:
FELIX KARAFIN  MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

**EXAM:  MRI-KNEE WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a1.5 tesla tesla magnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a low-grade peripheral tear and separation of posterior horn medial meniscus with mild subcapsular fluid accumulation.

Lateral meniscus is unremarkable.

There is a partial tear of the anterior cruciate ligament.  The posterior cruciate ligament is intact.

The medial and lateral collateral ligaments unremarkable.

The marrow signal is normal with no fracture or osteochondral defect.

The quadriceps tendon and infrapatellar ligament are intact.

The patellofemoral ligaments retinacula are unremarkable.  There is no significant popliteal cyst.

**IMPRESSION:  There is a low-grade peripheral tear and separation posterior horn medial meniscus with mild subcapsular fluid accumulation.**

**Partial tear of the anterior cruciate ligament.  Joint effusion.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 06-06-2018 10:09 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
| --- | --- | --- | --- | --- |
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |



# THOMAS M. KOLB, M.D.

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 06-06-2018

Exam requested by:
FELIX KARAFIN  MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

**EXAM:  MRI-SHOULDER WITHOUT CONTRAST RIGHT**

**TECHNIQUE:**  Coronal proton density and coronal proton density fat saturated images as well as sagittal proton density fat saturated images and axial proton density T1 and fat saturated images were obtained in a1.5 teslamagnet.

**INDICATIONS:**  Status post trauma

**FINDINGS:**  There is a low-grade, less than 25%, articular side partial tear of the distal insertion of the infraspinatus tendon.  There is a small subdeltoid bursal effusion.

Remainder of the rotator cuff tendons are intact.

The acromioclavicular joint is unremarkable.

The marrow signal is normal with no fracture or osteochondral defect.

The extra-articular segment of the biceps tendon is normally located and intact.

The labrum is unremarkable with no evidence a tear.

**IMPRESSION:  Partial rotator cuff tear involving the articular aspect of the infraspinatus tendon as described above.  There is a small subdeltoid bursal effusion.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas,  MD
*Electronically Signed: 06-06-2018 10:13 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 1 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |

Scanned Document Type:REPORTS, front side,  page 7/7   Acquired on 7/5/2023 10:52 AM

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien             ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____ MAY 2 3 2018

## PT DAILY NOTES

Subjective: _Pt c/o pain a stiffness on the_
_shoulder, low back, a tender_ PS 7-8/10
Objective: _please see pt 1E._

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:          ___ Well          ___ Fair

Plan:                ___ Initiate PT        ___ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ✓ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ ___ | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ___ ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ ___ | Joint mobilization |

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *05/21/2018*
Name:

**History of Present Illness:** This is a 23-year-old female who, on 05/06/2018, fell on a pothole when she tripped over he left ankle. It was dark. The patient did not notice it. The patient states that impact was severe. She was unable to get up on her own and had to be helped by bystanders. Ambulance took her to Brookdale Hospital where initial x-ray of the left knee and left ankle was done and the patient was discharged after the monitoring with axillary crutches. Since then, the patient continues to complain of pain in the left ankle and the left knee. When she tried to break the fall, she injured her right wrist but because of direct impact on the right wrist, she felt that her right shoulder almost dislocated. After that, she did not pay much attention to it but right now, she has more pronounced pain in the right shoulder with difficulties in the range of motion especially on overheads. The patient also started to develop more and more muscle spasms over the left aspect of her lower back which she also did not notice at the beginning.

**Medical History:** Otherwise, her medication history just significant for asthma.

**Surgical History:** No surgical history.

**Medications:** Vitamin D, albuterol, and cyproheptadine.

**Allergies:** No allergies.

**Social History:** Negative for smoking, drinking, or illicit drugs.

**Family History:** Noncontributory. The patient works as a group leader in school program.

**Review of Systems:** Negative for changes in the bowel and bladder or constitutional signs, but positive for the pain in above-mentioned locations.

**Physical Examination:** She is alert and oriented x3, not in immediate distress. Examination of the cranial nerves II through XII reveals no abnormalities.

**Cervical spine**-cervical range is normal. No significant tenderness on palpation over the shoulder girdle muscles.

**Upper extremities**-examination of the right shoulder reveals guarding and apprehension on terminal abduction and external rotation. Negative clunk test. Negative Hawkins and Yergason. The patient almost feels that her shoulder ready to pop up when we do apprehension test.

**Lumbar spine**-reveals mostly tenderness over the left distal iliocostalis lumborum and quadratus lumborum muscles. Lumbar flexion is limited to only 60 degrees, extension to 15 degrees. Negative straight leg raising on examination. Examination of the right wrist itself reveals no significant abnormalities except for discomfort on terminal dorsal wrist extension.

**Lower extremities**-examination of the left knee, there is pain on palpation over the midline joint line on the medial aspect of the knee and prominent positive McMurray sign. No gross instability on drawers, valgus, and varus. There is appreciated palpable fullness in the popliteal fossa. Left ankle examination reveals mostly pain on palpation over the medial malleolus and deltoid ligament. The patient has difficulties to go in tiptoeing. There is mild weakness in ankle plantar flexion despite no neurological deficits are suspected. There is at least 1+ effusion over the medial malleolus on examination. No instability on drawers. Eversion and inversion are preserved.

**Impressions:** Based on the clinical presentation, the patient suffers sequelae of the fall with resulted injury to her right shoulder which is clinically suspicious for the labrum injury. Based on apprehension sign, lumbar sprain with disk derangement radiculopathy cannot be excluded, as well as injury to the left knee which is clinically suspicious for medial meniscus tear, and ligamentous injury to the left ankle mostly over the deltoid ligament.

**Plan:** The patient will start physical therapy to address above-mentioned issues. She will be referred for MRI of the right shoulder, the left knee, and the left ankle because based on the presentation; she may require more interventional approach to the treatment. I still want to observe results of the physical therapy on her lower back. If it will not subside with at least several weeks of therapy, I will consider additional radiological workup. The patient will be followed with me in a month. Currently, she continues to work through the pain despite remains moderately disabled.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ▮▮▮▮▮▮▮▮▮▮

**EVALUATE AND TREAT DIAGNOSIS:** R 9m/LB/L Knee

**FREQUENCY:**
- ☐ 1 x week x 6 weeks
- ☐ 2 x week x 6 weeks
- ☑ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

**MODALITIES:**

- ☑ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☑ Massage
- ☑ Myofacial Release
- ☐ _____

- ☑ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☑ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

☐ **OTHER EVALUATE AND TREAT**

**GOALS:**

- ☑ Increase Rom
- ☑ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☑ Increase Mobility
- ☑ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☑ Patient Education
- ☑ Strengthen Short Muscles
- ☐ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____    Date: 5/21/18

Name: ▮▮▮▮▮▮▮▮▮▮▮▮    Date: 5/2/18    ☒ FK
☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:**  ☐ Neck  ☐ Thoracic  ☒ Lumbar  ☐ Headaches  ☐ R / (L) Knee
☒ (R) L  Shoulder  ☐ R / L Hip  ☐ R / L Hand / Wr / __ Finger
☐ R / L Foot / Ankle / __ Toe  ☐ Other: _____

**Proc Today:**  ☐ EMG  ☐ ESI  ☐ TP  ☐ NB  ☐ Other: _____

**Workers Comp:**   ☐ 100  ☐ 75  ☐ 50  ☐ __ % Disabled  ☐ Working  ☐ N/W

**Medications / Aids** _____

**Upcoming**
OV in  ☐ 1  ☒ 2  ☐ 4  ☐ 6  ☐ 8  ☐ __ wks    _____
☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE    _____
☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE    _____

**Dx Needed:** MRI - Rt shoulder    _____
Lf Knee    _____

**Specialists:**
☐ R / L Shoulder  ☐ R / L Knee    ☐ R / L Hip    _____
☐ R / L Hand    ☐ R / L __ Finger  ☐ R / L Wrist    _____
☐ Back    ☐ Neck    ☐ Neuro    ☐ Psych    _____

**Phys. Therapy:** 2 times per ____ weeks for 8 weeks  ☐ Stop    ☐ Other Facility
**For:** ____ Rt shoulder / Lf Knee _____

**Acu:** ____ times per week ☐ Stop        **Chiro:** ____ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC   ☐ Bronx  369 East 149ᵗʰ Street Third Floor   Bronx, NY 10455
☐ Lien          ☑ Queens  11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: _____

DOI: _____          Date: _____ MAY 25 2018

## PT DAILY NOTES

Subjective: _c/o pain @ stiffness on the_
_(L) wrist / lower leg_                          PS _7_ / 10
Objective: _(+) G, 1-2 tenderness on the_
_anterior knee, ITB, Quads_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:                ☑ Well        _____ Fair

Plan:                  _____ Initiate PT    ☑ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| _____ M25.519 | Shoulder | 97001 | ‿ | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | : | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | ☑ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | ☑ | MHP/CP x 15 mins |
| ☑ M25.569 | Knee | 97018 | | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97116 | | Gait training |
| _____ M54.5 | Lumbar | 97124 | ☑ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | ☑ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | | Joint mobilization |

## ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC ☐ Bronx 369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien          ☑ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: ▋▋▋▋▋▋▋▋▋▋▋▋▋▋

DOI: _____     Date: _____ MAY 2 9 2018 _____

### PT DAILY NOTES

Subjective: _c/o pain & stiffness in the_
_& slot of the new/upper a PS 7 /10_
Objective: _& shoulder_
_(+) G-1 tenderness & pn (1) upper_
_toes, and bruise, LOTS, cs/Te Panasonic_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          ___/___ Well          ____ Fair

Plan:          ____ Initiate PT          ___/___ Continue PT          _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030182

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___/___ M25.519 | Shoulder | 97001 | _____ | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | ___/___ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | _____ | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | ___/___ | MHP/CP x 15 mins |
| _____ M25.569 | Knee | 97018 | _____ | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | _____ | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97116 | _____ | Gait training |
| _____ M54.5 | Lumbar | 97124 | ___/___ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | ___/___ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | _____ | Neuromuscular re-educ./PNF x 15 mins |
| _____ _____ | | 97140 | _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC      ☐ Bronx  369 East 149th Street Third Floor      Bronx, NY 10455
☐ Lien          ☒ Queens 11615 Queens Blvd Main Floor          Forest Hills, NY 11375

Patient Name: ████████████████████

DOI: _____    Date: _____ MAY 3 0 2018 _____

## PT DAILY NOTES

Subjective: _____ C/O PAIN @ ST,FFNESS ON THE _____
_____ LOW BACK AREA _____ PS 6-7 / 10
Objective: _____ (+) Ca   1-2 TENDERNESS ON THE L4 ____
_____ PARASP,NAL ML _____

Assessment:
Today's Improvements Include:
_____
_____

Pt tolerated tx:                    ___✓___ Well          _____ Fair

Plan:                               _____ Initiate PT    ___✓___ Continue PT    _____ D/C PT

Physical Therapist Signature: _____
                              NINO REI R. GARCIA, P.T.
                              NYS LIC. #030132

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ✓ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ ___ | Gait training |
| ___✓ M54.5 | Lumbar | 97124 | ___✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| _____ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC     ☐ Bronx 369 East 149ᵗʰ Street Third Floor     Bronx, NY 10455
☐ Lien          ☑ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: _____

DOI: _____     Date: _____ **JUN 0 5 2018**

## PT DAILY NOTES

Subjective: _c/o pain a stiffness on ther_
_@ shoulder_ PS _6_ /10

Objective: _(+) tender __ tenderness w/ trst Quad r
trap, scalenes, abdrbock, lats, ac jt,
anterior shoulder_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:      ✓ Well      ___ Fair

Plan:      ___ Initiate PT      ✓ Continue PT      ___ D/C PT

Physical Therapist Signature: _____
NINO REI R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC  ☐ Bronx  369 East 149th Street Third Floor  Bronx, NY 10455
☐ Lien  ☑ Queens 11615 Queens Blvd Main Floor  Forest Hills, NY 11375

Patient Name: _____

DOI: _____  Date: 06 / 11 / 2018

## PT DAILY NOTES

Subjective: _C/O pain @ stiffness in the_
_(L) KNEE_ PS 6-7/10

Objective: _(+) gr. 1 tenderness in the_
_(L) stened knots, ITB, quads_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:          ✓ Well       ____ Fair

Plan:          ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____
NINO REI R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**          **Treatments Received:**

____ M25.519 Shoulder          97001  ✓  Initial Evaluation

____ M25.529 Elbow            97001  ____  Re-Evaluation

____ M25.539 Wrist            97014  ✓  E-Stim/TENS x 15 mins

____ M25.549 Hand             97035  ____  US ____ w/cm x ____ mins

____ M25.559 Hip              97010  ✓  MHP/CP x 15 mins

✓ M25.569 Knee               97018  ____  Paraffin

____ M25.579 Foot/Ankle       97530  ____  Thera-acts x 15 mins

____ M54.2 Cervical           97116  ____  Gait training

____ M54.5 Lumbar             97124  ✓  STM-MFR

____ M54.6 Thoracic           97110  ✓  Thera-ex x 15 mins (stretch/strength)

____ R07.89 Chest             97112  ____  Neuromuscular re-educ./PNF x 15 mins

                              97140  ____  Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC   ☐ Bronx 369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien   ☑ Queens 11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮

DOI: _____   Date: ____ **JUN 2 0 2019**

## PT DAILY NOTES

Subjective: _c/o PAIN & STIFFNESS ON THE_
_LOW BACK AREA_   PS **6-7** / 10

Objective: _(+) GR. 1 TENDERNESS ON THE_
_LS PARASPINA MS_

Assessment:
Today's Improvements Include:
_____
_____

Pt tolerated tx:   ✓ Well   ____ Fair

Plan:   ____ Initiate PT   ✓ Continue PT   ____ D/C PT

Physical Therapist Signature: _____

NINO RELR. GARCIA, P.T.
NYS LIC. #056192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ ____ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ ____ | | 97140 | ____ ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC          ☐ Bronx  369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien                ☐ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DOI: ▓▓▓▓▓▓▓▓▓▓▓▓▓            Date: ___ **JUN 22 2018**

## PT DAILY NOTES

Subjective: _C/O PAIN & STIFFNESS ON THE_
_& SHOULDER_                               PS _6_ /10

Objective: _(+) GR. 1 TENDERNESS IN THE (R)_
_UPPER TRAPS, RHOMBOLDS, LATS_

Assessment:

Today's Improvements Include:

_____

Pt tolerated tx:          ✓ Well          ___ Fair

Plan:                    ___ Initiate PT   ✓ Continue PT      ___ D/C PT

Physical Therapist Signature: _____
                                       NINO REI R. GARCIA, P.T.
                                       NYS LIC. #030142

**Body Part Treated:**          **Treatments Received:**

✓ M25.519  Shoulder      97001   ___   Initial Evaluation
___ M25.529  Elbow        97001   ___   Re-Evaluation
___ M25.539  Wrist        97014   ___ ✓ E-Stim/TENS x 15 mins
___ M25.549  Hand         97035   ___ ___ US ___ w/cm x ___ mins
___ M25.559  Hip          97010   ___ ✓ MHP/CP x 15 mins
___ M25.569  Knee         97018   ___ ___ Paraffin
___ M25.579  Foot/Ankle   97530   ___ ___ Thera-acts x 15 mins
___ M54.2    Cervical     97116   ___ ___ Gait training
___ M54.5    Lumbar       97124   ___ ✓ STM-MFR
___ M54.6    Thoracic     97110   ___ ✓ Thera-ex x 15 mins (stretch/strength)
___ R07.89   Chest        97112   ___ ___ Neuromuscular re-educ./PNF x 15 mins
___ _____ _____    97140   ___ ___ Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien           ☑ Queens  11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name:

DOI: _____    Date: _____ **JUN 25 2010** _____

## PT DAILY NOTES

Subjective: ___c/o pain e stiffness w this (L)kNee___
_____ PS 6-7/ 10

Objective: ___(+)G1. | tenderness w this (L)___
___astenior knee, ITe, quads___

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        ✓ Well        ___ Fair

Plan:        ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #000102

**Body Part Treated:**              **Treatments Received:**

___ M25.519  Shoulder        97001    '___  Initial Evaluation.

___ M25.529  Elbow          97001    ___  Re-Evaluation

___ M25.539  Wrist          97014    ___ ✓  E-Stim/TENS x 15 mins

___ M25.549  Hand           97035    ___ ___  US ___ w/cm x ___ mins

___ M25.559  Hip            97010    ___ ✓  MHP/CP x 15 mins

✓ M25.569  Knee            97018    ___ ___  Paraffin

___ M25.579  Foot/Ankle      97530    ___ ___  Thera-acts x 15 mins

___ M54.2  Cervical         97116    ___ ___  Gait training

___ M54.5  Lumbar          97124    ___ ✓  STM-MFR

___ M54.6  Thoracic         97110    ___ ✓  Thera-ex x 15 mins (stretch/strength)

___ R07.89  Chest           97112    ___ ___  Neuromuscular re-educ./PNF x 15 mins

_____           97140    ___ ___  Joint mobilization

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *07/02/2018*
**Name:**

**History of Present Illness:** This is a young lady who presents here still complaining of pain in the right shoulder, left knee, and left ankle, as well as persistent pain in the lower back right now exacerbated by abnormal gait. The patient had MRI of the left knee which revealed posterior horn of medial meniscus tear as well as partial tear of the ACL. MRI of the right shoulder revealed partial rotator cuff tear involving the articular aspect of infraspinatus tendon with small subdeltoid bursal effusion. Right ankle, tears of both anterior and posterior talofibular ligaments with associated joint effusion as well as partial tear of extensor hallucis longus tendon with associated soft tissue edema. We discussed MRI findings with the patient. So far, she is getting only modest to moderate relief of the physical therapy and because her pain limits her activities, participation in ADLs, and ability to work, she wants a definite solution to her problems. The patient also continues to complain in the lower back which is more lateralized towards the left side and radiates towards the left gluteal area.

**Plan:** At this point due to persistence of the pain for a prolonged period of time since the accident, I will refer the patient for MRI of the lumbar spine. I will consider orthopedic evaluation of her right shoulder, left knee, and the left ankle. We discussed with the patient conservative versus more interventional approach to musculoskeletal treatment. The patient agreed with the plan and will be followed with me in a month.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████

EVALUATE AND TREAT DIAGNOSIS: R M/L Knee /L ankle /LB

FREQUENCY:  ☐ 1 x week x 6 weeks       ☐ 3x week x 6 weeks
            ☑ 2 x week x 6 weeks       ☐ 4x week x 6 weeks

MODALITIES:

☑ Moist Heat                    ☑ Range of Motion Active/Passive
☐ Cold Pack                     ☐ Joint Mobilization
☐ Whirlpool                     ☐ Gait Training
☐ Ultrasound                    ☐ Neuromuscular Retraining
☑ Electric Stimulation          ☐ Stretching
☐ Paraffin                      ☐ ADL Activities
☐ Traction Cervical Lumbar      ☐ Joint Conservation
☐ Massage                       ☐ Chiropractic Care
☐ Myofacial Release             ☐ Acupuncture
☐ _____               ☐ _____

☐ OTHER EVALUATE AND TREAT

GOALS:

☑ Increase Rom           ☑ Increase Mobility      ☑ Patient Education
☑ Decrease Pain/Edema    ☑ Improve Function       ☐ Strengthen Short Muscles
☐ Increase Strength      ☐ Increase Fitness       ☑ Strengthen Long Muscles
☐ _____          ☐ _____          ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____  Date: 7/2/18

Name: 

Date: 7/2/18

☐ FK
☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ⊠ Lumbar ☐ Headaches ⊠ R / Ⓛ Knee

⊠ Ⓡ / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / __ Finger

⊠ R / Ⓛ Foot / Ⓐⓝⓚⓛⓔ / __ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___ % Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**

OV in ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ 8 ☐ __ wks _____

☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

**Dx Needed:** MRI L spine - _____

_____

**Specialists:**

⊠ Ⓡ / L Shoulder ⊠ Ⓡ / L Knee ☐ R / L Hip    Lf Ankle

☐ R / L Hand ☐ R / L __ Finger ☐ R / L Wrist _____

☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

**Phys. Therapy:** ___ times per ___ weeks for ___ weeks ☐ Stop ☐ Other Facility

**For:** _____

**Acu:** ___ times per week ☐ Stop    **Chiro:** ___ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

| □ NF   □ WC | □ Bronx 369 East 149th Street Third Floor | Bronx, NY 10455 |
|---|---|---|
| □ Lien | ☒ Queens 11615 Queens Blvd Main Floor | Forest Hills, NY 11375 |

Patient Name: ▮▮▮▮▮▮▮▮▮▮

DOI: _____    Date: **AUG 1 5 2018**

## PT DAILY NOTES

Subjective: _C/O PAIN a STIFFNESS a THE_
_W BACK area_    PS _6_ / 10

Objective: _(+) GA 1 TENDERNESS w THE L&_
_paraspinal m's_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well    ___ Fair

Plan:    ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____    NINO █ E. G█████A, P.T.
NYS LIC. #█████92

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | '___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☒ Queens  11615 Queens Blvd  Main Floor    Forest Hills, NY  11375

Patient Name: _____

DOI: _____    Date: _____ AUG 17 2018

## PT DAILY NOTES

Subjective: _c/o pain @ steadily on tms_
_@ shoulder (wppsa) 3xu  AROM____ PS 6_/10
Objective: _(+)sw 1 tenderness on tms @ wppea_
_tnaps, ac st, @ antenua shoulder, anomeous_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:    ___✓___ Well    _____ Fair

Plan:    _____ Initiate PT    ___✓___ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO R. R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder Ⓛ Ⓡ | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| _____ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC        ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien              ☑ Queens  11615 Queens Blvd  Main Floor                Forest Hills, NY 11375

Patient Name:

DOI: _____          Date: _____    AUG 2 1 2019

# FACSIMILE TRANSMISSION

| To: | From: | Steven Weissbluth |
|-----|-------|-------------------|
|     |       | All-Boro Medical Rehabilitation |
|     |       | 369 East 149th Street |
|     |       | Bronx |
|     |       | NY                10455 |

**Phone:**

**Fax Phone:** (516) 512-6334

**Phone:** 19179036688

**Fax Phone:** 18885112038

**Note:**

MEDICAL RECORDS FILE # ███████

███████████████

**Date:** 09/10/2020

**Pages:** 53

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC    ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien             ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____ **MAY 2 3· 2018**

## PT DAILY NOTES

Subjective: _Pt c/o pain & stiffness on the_
_shoulder, low back & knee_  PS 7-8 / 10

Objective: _please see pt is ._

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well    ____ Fair

Plan:    ✓ Initiate PT    ____ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030102

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ✓ | Initial Evaluation, |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ ____ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ____ ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ | | 97140 | ____ ____ | Joint mobilization |

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *05/21/2018*
Name:

**History of Present Illness:** This is a 23-year-old female who, on 05/06/2018, fell on a pothole when she tripped over he left ankle. It was dark. The patient did not notice it. The patient states that impact was severe. She was unable to get up on her own and had to be helped by bystanders. Ambulance took her to Brookdale Hospital where initial x-ray of the left knee and left ankle was done and the patient was discharged after the monitoring with axillary crutches. Since then, the patient continues to complain of pain in the left ankle and the left knee. When she tried to break the fall, she injured her right wrist but because of direct impact on the right wrist, she felt that her right shoulder almost dislocated. After that, she did not pay much attention to it but right now, she has more pronounced pain in the right shoulder with difficulties in the range of motion especially on overheads. The patient also started to develop more and more muscle spasms over the left aspect of her lower back which she also did not notice at the beginning.

**Medical History:** Otherwise, her medication history just significant for asthma.

**Surgical History:** No surgical history.

**Medications:** Vitamin D, albuterol, and cyproheptadine.

**Allergies:** No allergies.

**Social History:** Negative for smoking, drinking, or illicit drugs.

**Family History:** Noncontributory. The patient works as a group leader in school program.

**Review of Systems:** Negative for changes in the bowel and bladder or constitutional signs, but positive for the pain in above-mentioned locations.

**Physical Examination:** She is alert and oriented x3, not in immediate distress. Examination of the cranial nerves II through XII reveals no abnormalities.

**Cervical spine**-cervical range is normal. No significant tenderness on palpation over the shoulder girdle muscles.

**Upper extremities**-examination of the right shoulder reveals guarding and apprehension on terminal abduction and external rotation. Negative clunk test. Negative Hawkins and Yergason. The patient almost feels that her shoulder ready to pop up when we do apprehension test.

**Lumbar spine**-reveals mostly tenderness over the left distal iliocostalis lumborum and quadratus lumborum muscles. Lumbar flexion is limited to only 60 degrees, extension to 15 degrees. Negative straight leg raising on examination. Examination of the right wrist itself reveals no significant abnormalities except for discomfort on terminal dorsal wrist extension.

Lower **extremities**-examination of the left knee, there is pain on palpation over the midline joint line on the medial aspect of the knee and prominent positive McMurray sign. No gross instability on drawers, valgus, and varus. There is appreciated palpable fullness in the popliteal fossa. Left ankle examination reveals mostly pain on palpation over the medial malleolus and deltoid ligament. The patient has difficulties to go in tiptoeing. There is mild weakness in ankle plantar flexion despite no neurological deficits are suspected. There is at least 1+ effusion over the medial malleolus on examination. No instability on drawers. Eversion and inversion are preserved.

**Impressions:** Based on the clinical presentation, the patient suffers sequelae of the fall with resulted injury to her right shoulder which is clinically suspicious for the labrum injury. Based on apprehension sign, lumbar sprain with disk derangement radiculopathy cannot be excluded, as well as injury to the left knee which is clinically suspicious for medial meniscus tear, and ligamentous injury to the left ankle mostly over the deltoid ligament.

**Plan:** The patient will start physical therapy to address above-mentioned issues. She will be referred for MRI of the right shoulder, the left knee, and the left ankle because based on the presentation; she may require more interventional approach to the treatment. I still want to observe results of the physical therapy on her lower back. If it will not subside with at least several weeks of therapy, I will consider additional radiological workup. The patient will be followed with me in a month. Currently, she continues to work through the pain despite remains moderately disabled.

Felix Karalin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ██████████████████

**EVALUATE AND TREAT DIAGNOSIS:** R Sh / L B / L Knee

**FREQUENCY:**
- [ ] 1 x week x 6 weeks
- [ ] 2 x week x 6 weeks
- [ ] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

**MODALITIES:**
- [x] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [ ] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ]

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [x] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ]

[ ] **OTHER EVALUATE AND TREAT**

**GOALS:**
- [x] Increase Rom
- [x] Decrease Pain/Edema
- [ ] Increase Strength
- [ ]

- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [ ]

- [x] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ]

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____  Date: 5/21/18

Name: 

Date: 5/2/16

☒ FK
☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ☒ Lumbar ☐ Headaches ☐ R (L) Knee
☒ R / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / ___ Finger
☐ R / L Foot / Ankle / ___ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___ % Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**

OV in ☐ 1 ☒ 2 ☐ 4 ☐ 6 ☐ 8 ☐ ___ wks _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

**Dx Needed:** MRI - Rt shoulder _____
Lf Knee _____

**Specialists:**
☐ R / L Shoulder ☐ R / L Knee ☐ R / L Hip _____
☐ R / L Hand ☐ R / L ___ Finger ☐ R / L Wrist _____
☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

**Phys. Therapy:** 2 times per ___ weeks for 8 weeks ☐ Stop ☐ Other Facility

For: _____ Rt shoulder / Lf Knee _____

**Acu:** ___ times per week ☐ Stop    **Chiro:** ___ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien    ☒ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: 

DOI: _____    Date: __MAY 2 5 2018__

## PT DAILY NOTES

Subjective: _C/O PAIN & STIFFNESS ON THE_
_(L) KNEE / LOWER LEG_                    PS _7_ / 10

Objective: _(4) G. 1-2 TENDERNESS ON THE_
_(L) ANTERIOR KNEE ITB, QUADS_

Assessment:
Today's Improvements Include:
_____

_____

Pt tolerated tx:          ___✓___ Well        _____ Fair

Plan:          _____ Initiate PT        ___✓___ Continue PT        _____ D/C PT


Physical Therapist Signature: _____

NINO RUI R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ' ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | : ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ' ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___✓ | MHP/CP x 15 mins |
| ✓ M25.569 | Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC     ☐ Bronx  369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien              ☑ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: _____

DOI: _____     Date: _____ **MAY 29 2018**

## PT DAILY NOTES

Subjective: _c/o pain e stiffness in the_
_(2) side of the neck (upper) n    PS **7** /10_

Objective: _(2) shoulder_
_(+) (C) tenderness in the (C) upper_
_traps, and trigos, lats, cs/Ts paraspinal_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:           ✓ Well          _____ Fair

Plan:                _____ Initiate PT    ✓ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**                  **Treatments Received:**

✓ M25.519  Shoulder          97001    _____    Initial Evaluation

_____ M25.529  Elbow              97001    _____    Re-Evaluation

_____ M25.539  Wrist              97014    ✓    E-Stim/TENS x 15 mins

_____ M25.549  Hand               97035    _____    US _____ w/cm x _____ mins

_____ M25.559  Hip                97010    ✓    MHP/CP x 15 mins

_____ M25.569  Knee               97018    _____    Paraffin

_____ M25.579  Foot/Ankle         97530    _____    Thera-acts  x 15 mins

_____ M54.2   Cervical           97116    _____    Gait training

_____ M54.5   Lumbar             97124    ✓    STM-MFR

_____ M54.6   Thoracic           97110    ✓    Thera-ex x 15 mins (stretch/strength)

_____ R07.89  Chest              97112    _____    Neuromuscular re-educ./PNF x 15 mins

_____ _____              97140    _____    Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx 369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien    ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name:

DOI: _____    Date: _____ **MAY 3 0 2018**

## PT DAILY NOTES

Subjective: _c/o pain e St/FEDISS en TnG_
_you back eyes_ _____ PS 6-7/10

Objective: _(+) G 1-2 tendecouts as TnG Ls_
_parosin ms_

Assessment:
Today's Improvements Include:

Pt tolerated tx:    ____ Well    ____ Fair

Plan:    ____ Initiate PT    ____ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ____ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ____ ____ | US ___ w/cm x ____ mins |
| ___ M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ____ ____ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ____ ____ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ____ ____ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ____ ____ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ____ ____ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ____ ____ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ____ ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC       ☐ Bronx  369 East 149ᵗʰ Street Third Floor     Bronx, NY 10455
☐ Lien            ☑ Queens 11615 Queens Blvd Main Floor          Forest Hills, NY 11375

Patient Name: _____

DOI: _____        Date: _____    **JUN 0 5 2018**

## PT DAILY NOTES

Subjective: _c/o pain in shoulder w/ the_
_Q shoulder_ _____ PS **6** / 10

Objective: _(+) ROM + tenderness w/ the Q upper_
_traps, scalenes, ant-back, lats, ac jt_
_antelior shoulder_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        ✓ Well            _____ Fair

Plan:            _____ Initiate PT        ✓ Continue PT        _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**                **Treatments Received:**

✓ M25.519  Shoulder         97001    \        Initial Evaluation,

_____ M25.529  Elbow          97001    _____   Re-Evaluation

_____ M25.539  Wrist          97014    _____ ✓ E-Stim/TENS x 15 mins

_____ M25.549  Hand           97035    _____   US ____ w/cm x _____ mins

_____ M25.559  Hip            97010    _____ ✓ MHP/CP x 15 mins

_____ M25.569  Knee           97018    _____   Paraffin

_____ M25.579  Foot/Ankle     97530    _____   Thera-acts  x 15 mins

_____ M54.2   Cervical        97116    _____   Gait training

_____ M54.5   Lumbar          97124    _____ ✓ STM-MFR

_____ M54.6   Thoracic        97110    _____ ✓ Thera-ex x 15 mins (stretch/strength)

_____ R07.89  Chest           97112    _____   Neuromuscular re-educ./PNF x 15 mins

_____ _____         97140    _____   Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

[ ] NF   [ ] WC     [ ] Bronx  369 East 149th Street Third Floor     Bronx, NY 10455
[ ] Lien              ☑ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: _____

DOI: _____     Date: _06_/_11_/_2018_

## PT DAILY NOTES

Subjective: ___C.LO. POWO O S.OFFERS W THE____
_____(L) KNEE_____ PS 6-7/10
Objective: ___(+) G. L TENDERNESS W THE____
_____(L) TENDER KNEE, ITB, QUADS____

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          ✓ Well          ___ Fair

Plan:          ___ Initiate PT          ✓ Continue PT          ___ D/C PT

Physical Therapist Signature: _____     NINO REI R. GARCIA, P.T.
                                                NYS LIC. #030192

**Body Part Treated:**          **Treatments Received:**

___ M25.519 Shoulder          97001     \___ Initial Evaluation

___ M25.529 Elbow             97001     ___ Re-Evaluation

___ M25.539 Wrist             97014     ✓ E-Stim/TENS x 15 mins

___ M25.549 Hand              97035     ___ US ___ w/cm x ___ mins

___ M25.559 Hip               97010     ✓ MHP/CP x 15 mins

✓ M25.569 Knee                97018     ___ Paraffin

___ M25.579 Foot/Ankle        97530     ___ Thera-acts x 15 mins

___ M54.2 Cervical            97116     ___ Gait training

___ M54.5 Lumbar              97124     ✓ STM-MFR

___ M54.6 Thoracic            97110     ✓ Thera-ex x 15 mins (stretch/strength)

___ R07.89 Chest              97112     ___ Neuromuscular re-educ./PNF x 15 mins

                              97140     ___ Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien           ☑ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: _____

DOI: _____   Date: _____ **JUN 2 0 2018**

## PT DAILY NOTES

Subjective: _c/o PAIN & STIFFNESS ON THE_
_LOW BACK AREA_                     PS 6-7 /10

Objective: _G.G.M. + TENDERNESS ON THE_
_LS PARASPINATA MS_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ╱ Well         _____ Fair

Plan:        _____ Initiate PT      ╱ Continue PT      _____ D/C PT

Physical Therapist Signature: _____

NINO REL R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| _____ M25.519 | Shoulder | 97001 | ╲ _____ | Initial Evaluation, |
| _____ M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | ╱ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | _____ _____ | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | _____ ╱ | MHP/CP x 15 mins |
| _____ M25.569 | Knee | 97018 | _____ _____ | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | _____ _____ | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97116 | _____ _____ | Gait training |
| ╱ M54.5 | Lumbar | 97124 | _____ ╱ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | _____ ╱ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | _____ _____ | Neuromuscular re-educ./PNF x 15 mins |
| _____ | _____ | 97140 | _____ _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☑ Queens  11615 Queens Blvd  Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: __JUN 2 2 2018__

## PT DAILY NOTES

Subjective: _C/O PAIN & STIFFNESS ON THE_
_(L) SHOULDER_    PS _6_ /10

Objective: _(+) Gr. 1 TENDERNESS ON THE (L)_
_UPPER TRAPS, RHOMBOIDS, LATS_

Assessment:

Today's Improvements Include:

_____

Pt tolerated tx:    ✓ Well    _____ Fair

Plan:    _____ Initiate PT    ✓ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030149

**Body Part Treated:**    **Treatments Received:**

✓ M25.519 Shoulder    97001    ' _____ Initial Evaluation
_____ M25.529 Elbow    97001    ; _____ Re-Evaluation
_____ M25.539 Wrist    97014    _____ ✓ E-Stim/TENS x 15 mins
_____ M25.549 Hand    97035    _____ US _____ w/cm x _____ mins
_____ M25.559 Hip    97010    _____ ✓ MHP/CP x 15 mins
_____ M25.569 Knee    97018    _____ _____ Paraffin
_____ M25.579 Foot/Ankle    97530    _____ _____ Thera-acts x 15 mins
_____ M54.2 Cervical    97116    _____ _____ Gait training
_____ M54.5 Lumbar    97124    _____ ✓ STM-MFR
_____ M54.6 Thoracic    97110    _____ ✓ Thera-ex x 15 mins (stretch/strength)
_____ R07.89 Chest    97112    _____ _____ Neuromuscular re-educ./PNF x 15 mins
_____ _____    97140    _____ _____ Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC      ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien             ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____     Date: _____ JUN 25 2019

## PT DAILY NOTES

Subjective: _c/o pain & stiffness in the (L) knee_
_____ PS 6-7 / 10

Objective: _(L)G-1 tenderness in the (L)_
_anterior knee, ITB, quads_

Assessment:
Today's Improvements Include:
_____
_____

Pt tolerated tx:              ____ Well          ____ Fair

Plan:               ____ Initiate PT       ____ Continue PT     ____ D/C PT

Physical Therapist Signature: _____

NINO RELR. GARCIA, P.T.
NYS LIC. #030192

**Body Part Treated:**                **Treatments Received:**

____ M25.519  Shoulder       97001    \___ Initial Evaluation

____ M25.529  Elbow          97001    ____ Re-Evaluation

____ M25.539  Wrist          97014    ____ E-Stim/TENS x 15 mins

____ M25.549  Hand           97035    ____ US ___ w/cm x ___ mins

____ M25.559  Hip            97010    ____ MHP/CP x 15 mins

____ M25.569  Knee           97018    ____ Paraffin

____ M25.579  Foot/Ankle     97530    ____ Thera-acts x 15 mins

____ M54.2    Cervical       97116    ____ Gait training

____ M54.5    Lumbar         97124    ____ STM-MFR

____ M54.6    Thoracic       97110    ____ Thera-ex x 15 mins (stretch/strength)

____ R07.89   Chest          97112    ____ Neuromuscular re-educ./PNF x 15 mins

____ _____         97140    ____ Joint mobilization

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *07/02/2018*
**Name:**

**History of Present Illness:** This is a young lady who presents here still complaining of pain in the right shoulder, left knee, and left ankle, as well as persistent pain in the lower back right now exacerbated by abnormal gait. The patient had MRI of the left knee which revealed posterior horn of medial meniscus tear as well as partial tear of the ACL. MRI of the right shoulder revealed partial rotator cuff tear involving the articular aspect of infraspinatus tendon with small subdeltoid bursal effusion. Right ankle, tears of both anterior and posterior talofibular ligaments with associated joint effusion as well as partial tear of extensor hallucis longus tendon with associated soft tissue edema. We discussed MRI findings with the patient. So far, she is getting only modest to moderate relief of the physical therapy and because her pain limits her activities, participation in ADLs, and ability to work, she wants a definite solution to her problems. The patient also continues to complain in the lower back which is more lateralized towards the left side and radiates towards the left gluteal area.

**Plan:** At this point due to persistence of the pain for a prolonged period of time since the accident, I will refer the patient for MRI of the lumbar spine. I will consider orthopedic evaluation of her right shoulder, left knee, and the left ankle. We discussed with the patient conservative versus more interventional approach to musculoskeletal treatment. The patient agreed with the plan and will be followed with me in a month.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████

**EVALUATE AND TREAT DIAGNOSIS:** R M/ C knee /L ankle /LB

**FREQUENCY:**
- ☐ 1 x week x 6 weeks
- ☑ 2 x week x 6 weeks
- ☐ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

## MODALITIES:

- ☑ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☑ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☐ Massage
- ☐ Myofacial Release
- ☐ _____

- ☑ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

## ☐ OTHER EVALUATE AND TREAT

## GOALS:

- ☑ Increase Rom
- ☑ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☑ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☑ Patient Education
- ☐ Strengthen Short Muscles
- ☑ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____    Date: 7/2/18



Name: ████████████████████        Date: 7/2/18        ☐ FK
                                                      ☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:**  ☐ Neck  ☐ Thoracic  ☐ Lumbar  ☐ Headaches  ☐ R / (L) Knee
☐ (R) / L  Shoulder  ☐ R / L  Hip  ☐ R / L  Hand / Wr / __ Finger
☐ R / (L) Foot / (Ankle) / __ Toe  ☐ Other: _____

**Proc Today:**  ☐ EMG  ☐ ESI  ☐ TP  ☐ NB  ☐ Other: _____

**Workers Comp:**  ☐ 100  ☐ 75  ☐ 50  ☐ ___ % Disabled  ☐ Working  ☐ N/W

**Medications / Aids** _____

### Upcoming

OV in  ☐ 1  ☐ 2  ☐ 4  ☐ 6  ☐ 8  ☐ ___ wks        _____
      ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE        _____
      ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE        _____

**Dx Needed:**  MRI- L spine -        _____

_____        _____

**Specialists:**
☐ (R) / L  Shoulder  ☐ (R) / L  Knee  ☐ R / L  Hip        Lf Ankle
☐ R / L  Hand  ☐ R / L __ Finger  ☐ R / L  Wrist        _____
☐ Back  ☐ Neck  ☐ Neuro  ☐ Psych        _____

**Phys. Therapy:** ___ times per ___ weeks for ___ weeks  ☐ Stop    ☐ Other Facility

**For:** _____

**Acu:** ___ times per week  ☐ Stop        **Chiro:** ___ times per week  ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC      ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien             ☐ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____ **AUG 17 2018**

## PT DAILY NOTES

Subjective: _c/o pain e stiffness or tus_
_c shoulder/upper back area_    PS _6_ / 10

Objective: _(+)cer l tenderness or tus, c upper_
_traps, ac jt, c anterior shoulder, motions_

Assessment:

Today's Improvements Include:

_____

Pt tolerated tx:           ✓ Well        _____ Fair

Plan:           _____ Initiate PT    ✓ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS Lic. #030192

**Body Part Treated:**        **Treatments Received:**

✓ M25.519 Shoulder ⓛ    97001    _____ Initial Evaluation

_____ M25.529 Elbow        97001    _____ Re-Evaluation

_____ M25.539 Wrist        97014    ✓ E-Stim/TENS x 15 mins

_____ M25.549 Hand        97035    _____ US _____ w/cm x _____ mins

_____ M25.559 Hip          97010    ✓ MHP/CP x 15 mins

_____ M25.569 Knee        97018    _____ Paraffin

_____ M25.579 Foot/Ankle    97530    _____ Thera-acts x 15 mins

_____ M54.2 Cervical    _____ 97116    Gait training.

# FACSIMILE TRANSMISSION

| To: | From: Steven Weissbluth |
| --- | --- |
| | All-Boro Medical Rehabilitation |
| | 369 East 149th Street |
| | Bronx |
| | NY                    10455 |

**Phone:**

**Fax Phone:** (516) 512-6334

**Phone:** 19179036688

**Fax Phone:** 18885112038

**Note:**

MEDICAL RECORDS FILE # ███████
████████████████

**Date:** 09/10/2020

**Pages:** 53

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC   ☐ Bronx 369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien        ☑ Queens 11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name:

DOI:                                    Date:      MAY 23 2018

## PT DAILY NOTES

Subjective: _Pt c/o pain & stiffness on the_
_shoulder, low back & knee_   PS 7-8 /10

Objective: _please see pt 1E._

Assessment:
Today's Improvements Include:

Pt tolerated tx:          Well          Fair

Plan:              Initiate PT          Continue PT          D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ✓ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | ___ ___ | Joint mobilization |

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *05/21/2018*
Name:

**History of Present Illness:** This is a 23-year-old female who, on 05/06/2018, fell on a pothole when she tripped over he left ankle. It was dark. The patient did not notice it. The patient states that impact was severe. She was unable to get up on her own and had to be helped by bystanders. Ambulance took her to Brookdale Hospital where initial x-ray of the left knee and left ankle was done and the patient was discharged after the monitoring with axillary crutches. Since then, the patient continues to complain of pain in the left ankle and the left knee. When she tried to break the fall, she injured her right wrist but because of direct impact on the right wrist, she felt that her right shoulder almost dislocated. After that, she did not pay much attention to it but right now, she has more pronounced pain in the right shoulder with difficulties in the range of motion especially on overheads. The patient also started to develop more and more muscle spasms over the left aspect of her lower back which she also did not notice at the beginning.

**Medical History:** Otherwise, her medication history just significant for asthma.

**Surgical History:** No surgical history.

**Medications:** Vitamin D, albuterol, and cyproheptadine.

**Allergies:** No allergies.

**Social History:** Negative for smoking, drinking, or illicit drugs.

**Family History:** Noncontributory. The patient works as a group leader in school program.

**Review of Systems:** Negative for changes in the bowel and bladder or constitutional signs, but positive for the pain in above-mentioned locations.

**Physical Examination:** She is alert and oriented x3, not in immediate distress. Examination of the cranial nerves II through XII reveals no abnormalities.

**Cervical spine**-cervical range is normal. No significant tenderness on palpation over the shoulder girdle muscles.

**Upper extremities**-examination of the right shoulder reveals guarding and apprehension on terminal abduction and external rotation. Negative clunk test. Negative Hawkins and Yergason. The patient almost feels that her shoulder ready to pop up when we do apprehension test.

**Lumbar spine**-reveals mostly tenderness over the left distal iliocostalis lumborum and quadratus lumborum muscles. Lumbar flexion is limited to only 60 degrees, extension to 15 degrees. Negative straight leg raising on examination. Examination of the right wrist itself reveals no significant abnormalities except for discomfort on terminal dorsal wrist extension.

**Lower extremities**-examination of the left knee, there is pain on palpation over the midline joint line on the medial aspect of the knee and prominent positive McMurray sign. No gross instability on drawers, valgus, and varus. There is appreciated palpable fullness in the popliteal fossa. Left ankle examination reveals mostly pain on palpation over the medial malleolus and deltoid ligament. The patient has difficulties to go in tiptoeing. There is mild weakness in ankle plantar flexion despite no neurological deficits are suspected. There is at least 1+ effusion over the medial malleolus on examination. No instability on drawers. Eversion and inversion are preserved.

**Impressions:** Based on the clinical presentation, the patient suffers sequelae of the fall with resulted injury to her right shoulder which is clinically suspicious for the labrum injury. Based on apprehension sign, lumbar sprain with disk derangement radiculopathy cannot be excluded, as well as injury to the left knee which is clinically suspicious for medial meniscus tear, and ligamentous injury to the left ankle mostly over the deltoid ligament.

**Plan:** The patient will start physical therapy to address above-mentioned issues. She will be referred for MRI of the right shoulder, the left knee, and the left ankle because based on the presentation; she may require more interventional approach to the treatment. I still want to observe results of the physical therapy on her lower back. If it will not subside with at least several weeks of therapy, I will consider additional radiological workup. The patient will be followed with me in a month. Currently, she continues to work through the pain despite remains moderately disabled.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████████

**EVALUATE AND TREAT DIAGNOSIS:** R Sh/LB/L Knee

**FREQUENCY:**
- [ ] 1 x week x 6 weeks
- [ ] 2 x week x 6 weeks
- [x] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

**MODALITIES:**

- [x] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [ ] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ]

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [x] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ]

[ ] **OTHER EVALUATE AND TREAT**

**GOALS:**

- [x] Increase Rom
- [x] Decrease Pain/Edema
- [ ] Increase Strength

- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness

- [x] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles

Precautions and/or Instructions: _____

Referring Physical Name: _____

Address: _____

Physician Signature: _____    Date: 5/21/18

**Name:** ████████████████

**Date:** 5/2/18

☒ FK
☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ☒ Lumbar ☐ Headaches ☒ R / (L) Knee
☒ R / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / ___ Finger
☐ R / L Foot / Ankle / ___ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___% Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**
OV in ☐ 1 ☒ 2 ☐ 4 ☐ 6 ☐ 8 ☐ ___ wks _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

**Dx Needed:** MRI- Rt shoulder
Lf Knee
_____

**Specialists:**
☐ R / L Shoulder ☐ R / L Knee ☐ R / L Hip _____
☐ R / L Hand ☐ R / L ___ Finger ☐ R / L Wrist _____
☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

**Phys. Therapy:** 2 times per ___ weeks for 8 weeks ☐ Stop ☐ Other Facility

**For:** _____ Lt shoulder / Lf Knee

**Acu:** ___ times per week ☐ Stop     **Chiro:** ___ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC   ☐ Bronx  369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien        ☑ Queens 11615 Queens Blvd Main Floor      Forest Hills, NY 11375

Patient Name: _____

DOI: _____   Date: __MAY 2 5 2018__

## PT DAILY NOTES

Subjective: _complaining stiffness on the_
_(L) knee / lower leg_ _____ PS __7__ /10

Objective: _(+) g 1-2 tenderness on palpation kns, ITB, quads_

Assessment:

Today's Improvements Include: _____

Pt tolerated tx:        ✓ Well        ___ Fair

Plan:        ___ Initiate PT        ✓ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

NIRO RU R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**

| | | Treatments Received: |
|---|---|---|
| ___ M25.519 | Shoulder | 97001 ___ Initial Evaluation |
| ___ M25.529 | Elbow | 97001 ___ Re-Evaluation |
| ___ M25.539 | Wrist | 97014 ✓ E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 ___ US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 ___ MHP/CP x 15 mins |
| ✓ M25.569 | Knee | 97018 ___ Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 ___ Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 ___ Gait training |
| ___ M54.5 | Lumbar | 97124 ✓ STM-MFR |
| ___ M54.6 | Thoracic | 97110 ✓ Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 ___ Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 ___ Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC   ☐ Bronx 369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien          ☑ Queens 11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: ___ **MAY 29 2018** _____

## PT DAILY NOTES

Subjective: _c/o pain e stiffness in the_
_shot of the neck/upper a ___ PS 7 /10_

Objective: _e shoulder_
_(r) e l tenderness in the (r) upper_
_traps, add-30 les, lats, cs/Ts paraspinal_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        ✓ Well        ____ Fair

Plan:                   ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

**MINO REI R. GARCIA, P.T.**
**NYS LIC. #050192**

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ ____ | Gait training |
| ____ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ ____ | Neuromuscular re-educ./PNF x 15 mins |
| _____ | | 97140 | ____ ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC      ☐ Bronx  369 East 149th Street Third Floor      Bronx, NY 10455
☐ Lien          ☑ Queens  11615 Queens Blvd Main Floor      Forest Hills, NY 11375

Patient Name:

DOI: _____      Date: _____ **MAY 3 0 2018**

## PT DAILY NOTES

Subjective: _c/o pain r ST, FELLIS on THU_
_jun brace aved_      PS 6-7/10

Objective: _(+)R 1-2 TENDERNESS on THL LA_
_posr/on ms_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:        ___ Initiate PT        ___ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ✓ ___ | Initial Evaluation, |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___ ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ___ ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien    ☑ Queens  11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____    **JUN 0 5 2018**

## PT DAILY NOTES

Subjective:  _c/o pain a shoulness al ther_
_(2) shoulder_ PS  **6** /10

Objective: _(+) ROM  tenderness w cur (2) upper_
_traps, scalenes, rhomboick, lats, ac jt,_
_anterior shoulder_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx: ____ Well    ____ Fair

Plan: ____ Initiate PT    ____ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #038192

| **Body Part Treated:** | | **Treatments Received:** | | |
|---|---|---|---|---|
| ☑ M25.519 | Shoulder | 97001 | ` | Initial Evaluation. |
| ____ M25.529 | Elbow | 97001 | | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ ☑ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ | US · ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ____ ☑ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | Gait training |
| ____ M54.5 | Lumbar | 97124 | ____ ☑ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ ☑ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC      ☐ Bronx  369 East 149th Street Third Floor      Bronx, NY  10455
☐ Lien              ☑ Queens  11615 Queens Blvd Main Floor       Forest Hills, NY  11375

Patient Name: ███████████

DOI: _____       Date: _06 / 11 / 2018_

## PT DAILY NOTES

Subjective: _C/O PAIN @ S FFBJETS @ THE_
_(L) KNEE_                                             PS 6-7/10

Objective: _(+) GA  , | TENDERNESS @ THE_
_(L) STENOT KNOT , ITB, QUADS_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:            ✓ Well          ____ Fair

Plan:                    ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____
NINO REI R. GARCIA, P.T.
NYS LIC. #030192

**Body Part Treated:**              **Treatments Received:**

| | | |
|---|---|---|
| ___ M25.519 Shoulder | 97001 | ✓ Initial Evaluation |
| ___ M25.529 Elbow | 97001 | ___ Re-Evaluation |
| ___ M25.539 Wrist | 97014 | ✓ E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 | ___ US ___ w/cm x ___ mins |
| ___ M25.559 Hip | 97010 | ✓ MHP/CP x 15 mins |
| ✓ M25.569 Knee | 97018 | ___ Paraffin |
| ___ M25.579 Foot/Ankle | 97530 | ___ Thera-acts x 15 mins |
| ___ M54.2 Cervical | 97116 | ___ Gait training |
| ___ M54.5 Lumbar | 97124 | ✓ STM-MFR |
| ___ M54.6 Thoracic | 97110 | ✓ Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 | ___ Neuromuscular re-educ./PNF x 15 mins |
| | 97140 | ___ Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC          ☐ Bronx  369 East 149th Street Third Floor          Bronx, NY 10455
☐ Lien                ☒ Queens 11615 Queens Blvd Main Floor             Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____  **JUN 2 0 2018**

## PT DAILY NOTES

Subjective: _c/o PAIN & STIFFNESS in the_
_low back and_ _____ PS 6-7 /10
Objective: _GI Gr. I tenderness in the_
_lx paraspinal m._

Assessment:
Today's Improvements Include:
_____

_____

Pt tolerated tx:          ___✓___ Well          _____ Fair

Plan:                     _____ Initiate PT     ___✓___ Continue PT     _____ D/C PT

Physical Therapist Signature: _____

NINO REC R. GARCIA, P.T.
NYS LIG: #030192

**Body Part Treated:**                    **Treatments Received:**

_____ M25.519  Shoulder          97001      ‘_____   Initial Evaluation,

_____ M25.529  Elbow             97001      _____    Re-Evaluation

_____ M25.539  Wrist             97014      ___✓___  E-Stim/TENS x 15 mins

_____ M25.549  Hand              97035      _____    US _____ w/cm x _____ mins

_____ M25.559  Hip               97010      ___✓___  MHP/CP x 15 mins

_____ M25.569  Knee              97018      _____    Paraffin

_____ M25.579  Foot/Ankle        97530      _____    Thera-acts  x 15 mins

_____ M54.2    Cervical          97116      _____    Gait training

___✓___ M54.5  Lumbar            97124      ___✓___  STM-MFR

_____ M54.6    Thoracic          97110      ___✓___  Thera-ex x 15 mins (stretch/strength)

_____ R07.89   Chest             97112      _____    Neuromuscular re-educ./PNF x 15 mins

_____ _____                   97140      _____    Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC     ☐ Bronx  369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien             ☑ Queens  11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: _____

DOI: _____     Date: _____ **JUN 2 2 2018**

## PT DAILY NOTES

Subjective: _____ C/O PAIN & STIFFNESS ON THE
@ SHOULDER _____ PS _6_ /10

Objective: (+) G. , TENDERNESS w THO @
MEDEN TRAPS, RHOMBOIDS, LATS

Assessment:
Today's Improvements Include: _____

_____

Pt tolerated tx:     ✓ Well     _____ Fair

Plan:     _____ Initiate PT     ✓ Continue PT     _____ D/C PT

Physical Therapist Signature: _____

NINO RG R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder | 97001 | | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| _____ M25.569 | Knee | 97018 | | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | | Thera-acts  x 15 mins |
| _____ M54.2 | Cervical | 97116 | | Gait training |
| _____ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| _____ _____ | | 97140 | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC        ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien            ☑ Queens 11615 Queens Blvd Main Floor       Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮

DOI: _____    Date: __ **JUN 25 2019**

## PT DAILY NOTES

Subjective: _c/o pain @ stiffness w/ ths L knee_
_____ PS 6-7 / 10

Objective: _(+) cr.   L tenderness w/ ths (L)_
_posterior knee, ITB, quads_

Assessment:
Today's Improvements Include:
_____
_____

Pt tolerated tx:        ___/ Well        ____ Fair

Plan:        ____ Initiate PT        ___/ Continue PT        ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**        **Treatments Received:**

____ M25.519 Shoulder        97001    ____ Initial Evaluation
____ M25.529 Elbow           97001    ____ Re-Evaluation
____ M25.539 Wrist           97014    __/ E-Stim/TENS x 15 mins
____ M25.549 Hand            97035    ____ US ___ w/cm x ____ mins
____ M25.559 Hip             97010    __/ MHP/CP x 15 mins
__/ M25.569 Knee             97018    ____ Paraffin
____ M25.579 Foot/Ankle      97530    ____ Thera-acts x 15 mins
____ M54.2 Cervical          97116    ____ Gait training
____ M54.5 Lumbar            97124    __/ STM-MFR
____ M54.6 Thoracic          97110    __/ Thera-ex x 15 mins (stretch/strength)
____ R07.89 Chest            97112    ____ Neuromuscular re-educ./PNF x 15 mins
____                         97140    ____ Joint mobilization

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *07/02/2018*
**Name:**

**History of Present Illness:** This is a young lady who presents here still complaining of pain in the right shoulder, left knee, and left ankle, as well as persistent pain in the lower back right now exacerbated by abnormal gait. The patient had MRI of the left knee which revealed posterior horn of medial meniscus tear as well as partial tear of the ACL. MRI of the right shoulder revealed partial rotator cuff tear involving the articular aspect of infraspinatus tendon with small subdeltoid bursal effusion. Right ankle, tears of both anterior and posterior talofibular ligaments with associated joint effusion as well as partial tear of extensor hallucis longus tendon with associated soft tissue edema. We discussed MRI findings with the patient. So far, she is getting only modest to moderate relief of the physical therapy and because her pain limits her activities, participation in ADLs, and ability to work, she wants a definite solution to her problems. The patient also continues to complain in the lower back which is more lateralized towards the left side and radiates towards the left gluteal area.

**Plan:** At this point due to persistence of the pain for a prolonged period of time since the accident, I will refer the patient for MRI of the lumbar spine. I will consider orthopedic evaluation of her right shoulder, left knee, and the left ankle. We discussed with the patient conservative versus more interventional approach to musculoskeletal treatment. The patient agreed with the plan and will be followed with me in a month.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████████

EVALUATE AND TREAT DIAGNOSIS: R M/ L Knee / L ankle / LB

FREQUENCY:  ☐ 1 x week x 6 weeks        ☐ 3x week x 6 weeks
            ☑ 2 x week x 6 weeks        ☐ 4x week x 6 weeks

MODALITIES:

☑ Moist Heat                          ☑ Range of Motion Active/Passive
☐ Cold Pack                           ☐ Joint Mobilization
☐ Whirlpool                           ☐ Gait Training
☐ Ultrasound                          ☐ Neuromuscular Retraining
☑ Electric Stimulation                ☐ Stretching
☐ Paraffin                            ☐ ADL Activities
☐ Traction Cervical Lumbar            ☐ Joint Conservation
☐ Massage                             ☐ Chiropractic Care
☐ Myofacial Release                   ☐ Acupuncture
☐ _____                     ☐ _____

☐ OTHER EVALUATE AND TREAT

GOALS:
☑ Increase Rom          ☑ Increase Mobility       ☑ Patient Education
☑ Decrease Pain/Edema   ☐ Improve Function        ☐ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness        ☑ Strengthen Long Muscles
☐ _____       ☐ _____         ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____  Date: 7/2/18

Name:

Date: 7/2/18

☐ FK
☐ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ☐ Lumbar ☐ Headaches ☐ R / (L) Knee
☐ (R) / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / __ Finger
☐ R / (L) Foot / (Ankle) __ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___ % Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**

OV in ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ 8 ☐ ___ wks _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

**Dx Needed:**   MRI~ L spine -   _____

**Specialists:**
☐ (R) / L Shoulder ☐ (R) / L Knee ☐ R / L Hip    Lf Ankle
☐ R / L Hand ☐ R / L __ Finger ☐ R / L Wrist _____
☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

**Phys. Therapy:** ___ times per ___ weeks for ___ weeks ☐ Stop ☐ Other Facility

For: _____

**Acu:** ___ times per week ☐ Stop        **Chiro:** ___ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien          ☑ Queens  11615 Queens Blvd  Main Floor    Forest Hills, NY  11375

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DOI: _____    Date: _____ **AUG 1 5 2018**

## PT DAILY NOTES

Subjective: _C/O PAIN & STIFFNESS ON THE_
_LOW BACK AREA_    PS _6_ / 10

Objective: _(+) GAIT & TENDERNESS ON THE L/S_
_PARASPINAL MS_

Assessment:

Today's Improvements Include:

_____

Pt tolerated tx:    _✓_ Well    ____ Fair

Plan:    ____ Initiate PT    _✓_ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO ▓▓▓▓▓A, P.T.
NYS LIC. #▓▓▓192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | _✓_ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | _✓_ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts  x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | Gait training |
| _✓_ M54.5 | Lumbar | 97124 | _✓_ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | _✓_ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien             ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: **AUG 1 7 2018**

## PT DAILY NOTES

Subjective: _c/o pain a Shoulder or rom_
_R shoulder /upper back area     PS 6 /10_

Objective: _c/o en 1 tenderness and rom R upper_
_rom, ac m, (R) anterior shoulder L anterios_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:         ✓ Well         ____ Fair

Plan:         ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO R. R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder (R) | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | Gait training |
| ____ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☑ Queens  11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: ___ **AUG 2 1 2018**

## PT DAILY NOTES

Subjective: _c/o pain & stiffness on the (R) shoulder_
_____  PS _7_ / 10

Objective: _high tenderness on the (R) upper_
_traps, adductors, lats_ _____

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:    ___ Well    ___ Fair

Plan:    ___ Initiate PT    ___ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

NINO REI P. GARCIA, P.T.
NYS LIC. #050192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder (R) | 97001 | ✓ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | | Gait training |
| ___ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC  ☐ Bronx 369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien   ☑ Queens 11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: _____

DOI: _____   Date: _____ AUG 2 4 2018

## PT DAILY NOTES

Subjective: _c/o cond. a_ _stress_ _n the_
_low Back pain_ _PS 6 /10_

Objective: _A_ _pronounces on the_
_is_ _compressions on_

Assessment:
Today's Improvements Include:
_____

Pt tolerated tx:   ___ Well   ___ Fair

Plan:   ___ Initiate PT   ✓ Continue PT   ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #650192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC  
☐ Lien

☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455  
☒ Queens  11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: _____ **SEP 0 7 2018**

## PT DAILY NOTES

Subjective: C/O PAIN & STIFFNESS ON THE  
Q SHOULDER _____ PS 6 /10

Objective: (+) G.I. & TENDERNESS ON THE Q UPPER  
TRAPS, SHOULDERS, GLALCIT, DELTOIDS, AC JT

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well    ____ Fair

Plan:    ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO RLI R. GARCIA, P.T.  
NYS LIG. #030192

**Body Part Treated:**

| | Body Part | | Treatments Received: | |
|---|---|---|---|---|
| ✓ | M25.519 | Shoulder (R) | 97001 | ____ Initial Evaluation |
| ____ | M25.529 | Elbow | 97001 | ____ Re-Evaluation |
| ____ | M25.539 | Wrist | 97014 | ✓ E-Stim/TENS x 15 mins |
| ____ | M25.549 | Hand | 97035 | ____ US ____ w/cm x ____ mins |
| ____ | M25.559 | Hip | 97010 | ✓ MHP/CP x 15 mins |
| ____ | M25.569 | Knee | 97018 | ____ Paraffin |
| ____ | M25.579 | Foot/Ankle | 97530 | ____ Thera-acts x 15 mins |
| ____ | M54.2 | Cervical | 97116 | ____ Gait training |
| ____ | M54.5 | Lumbar | 97124 | ✓ STM-MFR |
| ____ | M54.6 | Thoracic | 97110 | ✓ Thera-ex x 15 mins (stretch/strength) |
| ____ | R07.89 | Chest | 97112 | ____ Neuromuscular re-educ./PNF x 15 mins |
| | | | 97140 | ____ Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC     ☐ Bronx 369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien          ☑ Queens 11615 Queens Blvd Main Floor       Forest Hills, NY 11375

Patient Name:

DOI: _____        Date: ___ SEP 11 2018

## PT DAILY NOTES

Subjective: _o10 PAW e SIDFENESS oD THE_
_Lon DORK ORER_ ............................ PS 6 /10

Objective: _(+) Goa L TENDERNESS oD THE_
_LS PARASPINAL MS_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:          ✓ Well          ___ Fair

Plan:          ___ Initiate PT     ✓ Continue PT     ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #003192

**Body Part Treated:**                **Treatments Received:**

___ M25.519 Shoulder      97001   ___ Initial Evaluation.
___ M25.529 Elbow          97001   ___ Re-Evaluation
___ M25.539 Wrist          97014   ✓ E-Stim/TENS x 15 mins
___ M25.549 Hand           97035   ___ US ___ w/cm x ___ mins
___ M25.559 Hip            97010   ✓ MHP/CP x 15 mins
___ M25.569 Knee           97018   ___ Paraffin
___ M25.579 Foot/Ankle     97530   ___ Thera-acts x 15 mins
___ M54.2 Cervical         97116   ___ Gait training
✓ M54.5 Lumbar             97124   ✓ STM-MFR
___ M54.6 Thoracic         97110   ✓ Thera-ex x 15 mins (stretch/strength)
___ R07.89 Chest           97112   ___ Neuromuscular re-educ./PNF x 15 mins
                            97140   ___ Joint mobilization

Kevin H. Weiner, M.D
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *09/17/2018*
**Name:** ▮▮▮▮▮▮▮▮▮▮

**History of Present Illness:** This is a followup for this female, who is still complaining of right shoulder pain even with physical therapy. The patient has evidence of partial rotator cuff tear involving the articular aspect of the infraspinatus tendon. The patient had an MRI of the left knee which revealed a peripheral tear and separation of posterior horn on the medial meniscus with *subscapularis* fluid accumulation and partial tear of the anterior cruciate ligament. MRI of the ankle reveals tears of both the anterior and posterior tear of fibular ligament with associated joint effusion. There is partial tear of the extensor hallucis longus tendon.

**Physical Examination:**

**Cervical spine**-she has limited range of motion of the cervical spine. Flexion 40 degrees, extension 40 degrees, lateral flexion 45/40 degrees, and rotation 60/60 degrees. There was tenderness to palpation along the cervical paraspinals.

**Upper extremities**-examination of the right shoulder revealed limited range of motion. Flexion was to 155 degrees and abduction 140 degrees. Positive drop-arm sign. Positive Yergason's. Motor strength was 4/5.

**Lumbar spine**-she had pain along the quadratus lumborum. Flexion was 70/90 degrees. There was pain along the quadratus lumborum.

**Lower extremities**-she had severe pain on the medial and lateral joint line of the left knee with a positive McMurray's and pain along the medial and lateral malleolus with weakness in dorsiflexion and plantar flexion at 4/5.

**Recommendations:** The patient is to follow up with the orthopedic surgeon regarding her shoulder, knee, and ankle.

The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound and electrical stimulation, followed by passive, active and active-assisted motions with resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated.

Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work and recreation.



**Kevin H. Weiner, M.D./Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name:

DOI:    Date:    SEP 17 2018

## PT DAILY NOTES

Subjective: _____ c/o pain o- stiffness c/) the
_____ (-) knee _____ PS 6-7/ 10
Objective: (+)c / tenderness c/) the (L)
_____ stemor loss

Assessment:

Today's Improvements Include:

Pt tolerated tx:    ✓ Well    _____ Fair

Plan:    _____ Initiate PT    ✓ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #050192

**Body Part Treated:**    **Treatments Received:**

| | | |
|---|---|---|
| _____ M25.519 Shoulder | 97001 | _____ Initial Evaluation |
| _____ M25.529 Elbow | 97001 | _____ Re-Evaluation |
| _____ M25.539 Wrist | 97014 | ✓ E-Stim/TENS x 15 mins |
| _____ M25.549 Hand | 97035 | _____ _____ US _____ w/cm x _____ mins |
| _____ M25.559 Hip | 97010 | ✓ MHP/CP x 15 mins |
| ✓ M25.569 Knee (L) | 97018 | _____ Paraffin |
| _____ M25.579 Foot/Ankle | 97530 | _____ Thera-acts x 15 mins |
| _____ M54.2 Cervical | 97116 | _____ Gait training |
| _____ M54.5 Lumbar | 97124 | ✓ STM-MFR |
| _____ M54.6 Thoracic | 97110 | ✓ Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 Chest | 97112 | _____ Neuromuscular re-educ./PNF x 15 mins |
| _____ | 97140 | _____ Joint mobilization |

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor          Bronx, NY  10455
11615 Queens Boulevard, Main Floor          Forest Hills, NY  11418

Phone:     (718) 676-6151          Fax: (888) 511-2038

Patient Name: ███████████████████

Evaluate and Treat: _____ Rt Shoulder / Rt Ankle / BLF Knee

Frequency + Duration: ___2___     Days / week for ___8___ weeks
                      _____  Days / 2 weeks for _____ weeks

**Modalities**
- [ ] Moist Heat
- [ ] Cold Heat
- [ ] Whirlpool
- [ ] Ultrasound
- [ ] Electric Stimulation
- [ ] Paraffin
- [ ] Traction: ☐ Cerv ☐ Lumb lbs_____
- [ ] Massage
- [ ] Manual Therapy
- [ ] Myofacial Release
     _Evaluate and treat_____
     _____

**Therapeutic Exercises**
- [ ] Range of Motion          ☐ Active   ☐ Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [ ] Muscle Strengthening
- [ ] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Isokinetic Test: Joint _____
- [ ] Back Education Program
- [ ] _____
- [ ] _____

Other: _____

**Goals:**
- [ ] Increase ROM
- [ ] Decrease Pain/Edema
- [ ] Increase Strength
- [ ] Increase Mobility
- [ ] Improve Function
- [ ] Increase Fitness
- [ ] Patient Education
- [ ] Strengthen Short Muscles
- [ ] Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____     Date: _9/17/18_

Name: ███████████████████    Date: 9/17/18    ☐ FK  ☑ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ☐ Lumbar ☐ Headaches ☑ R / ☑ Knee
☑ ®/ L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / ___ Finger
☑ ®/ L Foot / Ankle / ___ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___ % Disabled

**Medications / Aids** _____

**Upcoming**
OV in ☐ 1 ☐ 2 ☑ 4 ☐ 6 ☐ 8 ☐ ___ wks
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE

**Dx Needed:** _____

**Specialists:**
☑ ®/ L Shoulder ☑ R / ☑ Knee ☐ R / L Hip    Rt Ankle
☐ R / L Hand ☐ R / L Finger ☐ R / L Wrist
☐ Back ☐ Neck ☐ Neuro ☐ Psych

**Physical Therapy:** ___ times per ___ weeks ☐ Stop ☐ Other Facility
**For:** (B) Rt shoulder / Rt Ankle / LF Knee

**Acu:** ___ times per week ☐ Stop    **Chiro:** ___ times per week ☐ Stop

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☒ Queens  11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: **SEP 19 2018**

## PT DAILY NOTES

Subjective: _c/o pain a stress on the a shoulder_ _____ PS 6 /10

Objective: _(+) c t tenderness on the a upper_ _ tres, acromion, etc It_

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:    ✓ Well    ____ Fair

Plan:    ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder | 97001 | ı | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ı | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | | Gait training |
| ____ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| ____ | | 97140 | | Joint mobilization |

Patient Name:

DOI:                                          Date:        SEP 2 4 2010

## PT DAILY NOTES

Subjective:    c/o pain on stenosis in the
               low back and                            PS _6_ / 10

Objective:     (+) gen'l tenderness on the LS
               paraspn- ms

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:            ✓ Well            ___ Fair

Plan:              ___ Initiate PT        ✓ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC    ☐ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien    ☐ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name:

DOI:    Date:    OCT 0 2 2018

## PT DAILY NOTES

Subjective:  c/o pain @ spasms on the
 low back area    PS 6 /10

Objective:  c/2 c/o + tenderness on the LS
 paraspinal ms

Assessment:
Today's Improvements Include:

Pt tolerated tx:    ✓ Well    ___ Fair

Plan:    ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

**Body Part Treated:**    **Treatments Received:**

___ M25.519 Shoulder    97001    ___ Initial Evaluation
___ M25.529 Elbow    97001    ___ Re-Evaluation
___ M25.539 Wrist    97014    ✓ E-Stim/TENS x 15 mins
___ M25.549 Hand    97035    ___ US ___ w/cm x ___ mins
___ M25.559 Hip    97010    ___ MHP/CP x 15 mins
___ M25.569 Knee    97018    ___ Paraffin
___ M25.579 Foot/Ankle    97530    ___ Thera-acts  x 15 mins
___ M54.2 Cervical    97116    ___ Gait training
✓ M54.5 Lumbar    97124    ___ STM-MFR
___ M54.6 Thoracic    97110    ___ Thera-ex x 15 mins (stretch/strength)
___ R07.89 Chest    97112    ___ Neuromuscular re-educ./PNF x 15 mins
___ ___    97140    ___ Joint mobilization

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC    ☐ Bronx  369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien    ☒ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: ____ OCT 2 3 2018 ____

## PT DAILY NOTES

Subjective: _____ c/o (k) knee pain & stiffness _____

_____ PS 6-7 / 10

Objective: ____ tdrn, tenderness on ROM (k) anterior _____

_____ knee _____

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:    ___✓___ Well    _____ Fair

Plan:    _____ Initiate PT    ___✓___ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| _____ M25.519 | Shoulder | 97001 | _____ | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | ___✓___ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | _____ | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | ___✓___ | MHP/CP x 15 mins |
| ___✓___ M25.569 | Knee (L) | 97018 | _____ | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | _____ | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97116 | _____ | Gait training |
| _____ M54.5 | Lumbar | 97124 | ___✓___ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | ___✓___ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | _____ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC     ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien          ☒ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: ▓▓▓▓▓▓

DOI: _____  Date: __NOV 0 2 2020__

## PT DAILY NOTES

Subjective: _c/o pain @ cervical and T/L PS 6 /10_

Objective: _decreased ROM w/ TTP LS spasm_

Assessment:

Today's Improvements Include: _____

Pt tolerated tx: ___✓ Well     ___ Fair

Plan: ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____
NINO R. R. GARCIA, P.T.
NYS LIC. #036192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| | | 97140 | ___ | Joint mobilization |

Kevin Weiner, M.D.
Felix Karafin, M.D.

## FOLLOW-UP EXAMINATION REPORT

**Date:**   11/05/2018
**Re:**
**DOB:**

**SUBJECTIVE:** This is a followup for this female who is waiting to see the orthopedic surgeon. She has a partial rotator cuff tear involving the articular aspect of the infraspinatus tendon. She has a low-grade peripheral tear and separation of posterior horn at the medial meniscus with subcapsular fluid accumulation, partial tear of the anterior cruciate ligament. She has tears of both the anterior and posterior talofibular ligament. There is a partial tear of the extensor hallucis longus tendon. She had an MRI of the spine which revealed disc bulge at L5-S1. There is a 3.2 cystic-mass like lesion and ovarian cyst. Patient was given a report; she is to follow up with her gynecologist for further diagnostic studies of the possible ovarian cyst.

**NEUROLOGIC EXAMINATION:** Cervical range of motion was limited. Flexion 40, extension 45, lateral flexion 45-45, rotation 65-60. There was tenderness to palpation. On examination of the right shoulder revealed limited range of motion. Flexion was 160, abduction 150. There was pain along the acromioclavicular joint. There are triggers in the upper trapezius as well as posterior rhomboid. There is pain in the medial and lateral joint line in the left knee with a positive McMurray's. There is pain and swelling with pulses palpated along the left ankle. She had weakness in the dorsiflexion and plantar flexion 4/5. She had limited range of motion of the lumbar spine at 75/90, pain along the quadratus lumborum.

**RECOMMENDATIONS:** The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound and electrical stimulation, followed by passive, active and active-assisted motions with resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated. Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work and recreation. She is to follow up with the gynecologist. She is to follow up with the orthopedic surgeon.

Respectfully submitted,

Electronically Signed

_____
Kevin Weiner, MD

Kevin Weiner, M.D.
Felix Karafin, M.D.

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC    ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien            ☑ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: __NOV 05 2018__

## PT DAILY NOTES

Subjective: _____ old pain in shoulder and that _____
_____ and normal (TVLA) _____ PS _6_ / 10

Objective: ___ theca, tender with care the _____
_____ is possible in as _____

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:            ___/ Well            ____ Fair

Plan:            ____ Initiate PT        ___/ Continue PT        ____ D/C PT

Physical Therapist Signature: _____

NINO RU R. GARCIA, P.T.
NYS LIC. #036192

**Body Part Treated:**                **Treatments Received:**

____ M25.519  Shoulder        97001        ____  Initial Evaluation,

____ M25.529  Elbow            97001        ____  Re-Evaluation

____ M25.539  Wrist            97014        __/  E-Stim/TENS x 15 mins

____ M25.549  Hand            97035        ____  US ____ w/cm x ____ mins

____ M25.559  Hip              97010        __/  MHP/CP x 15 mins

____ M25.569  Knee            97018        ____  Paraffin

____ M25.579  Foot/Ankle      97530        ____  Thera-acts x 15 mins

____ M54.2    Cervical        97116        ____  Gait training

__/ M54.5    Lumbar          97124        __/  STM-MFR

____ M54.6    Thoracic        97110        __/  Thera-ex x 15 mins (stretch/strength)

____ R07.89  Chest            97112        ____  Neuromuscular re-educ./PNF x 15 mins

_____      97140        ____  Joint mobilization

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor           Bronx, NY  10455
11615 Queens Boulevard, Main Floor           Forest Hills, NY  11418

Phone:      (718) 676-6151                   Fax: (888) 511-2038

Patient Name: ████████████████████

Evaluate and Treat: _____ LB LT Knee  Lt Ankle

Frequency + Duration: _____ 2 _____ Days / week for _____ weeks
                              Days / 2 weeks for _____ weeks

**Modalities**
| Moist Heat
| Cold Heat
| Whirlpool
| Ultrasound
| Electric Stimulation
☐ Paraffin
☐ Traction: ☐ Cerv ☐ Lumb lbs _____
☐ Massage
☐ Manual Therapy
☐ Myofacial Release
☐ _____ Evaluate and treat _____
☐ _____

**Therapeutic Exercises**
| Range of Motion       | | Active    · | Passive
| Joint Mobilization
| Gait Training
| Neuromuscular Retraining
| Muscle Strengthening
☐ Stretching
☐ ADL Activities
☐ Joint Conservation
☐ Isokinetic Test: Joint _____
☐ Back Education Program
☐ _____
☐ _____

Other: _____

**Goals:**
☐ Increase ROM          ☐ Increase Mobility      ☐ Patient Education
☐ Decrease Pain/Edema   ☐ Improve Function       ☐ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness       ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____          Date: 4/5/18

Name: ▓▓▓▓▓▓▓▓▓▓    Date: 11/5/18    ☐ FK
☑ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☐ Neck ☐ Thoracic ☑ Lumbar ☐ Headaches ☑ R / L Knee
☐ R / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / __ Finger
☐ R / L Foot / Ankle / __ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ __% Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**
OV in ☐ 1 ☐ 2 ☐ 4 ☑ 6 ☐ 8 ☐ __ wks _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____
☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

**Dx Needed:** Nov 12 @ 130 Sharma
Nov 14 @ 3PM Mc___

**Specialists:**
☐ R / L Shoulder ☐ R / L Knee ☐ R / L Hip _____
☐ R / L Hand ☐ R / L __ Finger ☐ R / L Wrist _____
☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

**Phys. Therapy:** 2 times per __ weeks for 8 weeks ☐ Stop ☐ Other Facility
For: LB / LF Knee / LF Ankle
**Acu:** __ times per week ☐ Stop    **Chiro:** __ times per week ☐ Stop

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

Date: *11/11/2019*
Name:

**History of Present Illness**: This is a followup for this female who had surgery in May 2019 on her left knee. She has difficulty walking due to the fact she is pending surgery on her left ankle by Dr. Sharma. The patient notices her knee and back pain increased because of the way she is walking favoring her left ankle.

**Physical Examination:**

Lumbar spine-she has limited range of motion of the lumbar spine at 50/90 degrees, extension 15/25 degrees. There were healed surgical incisions. Patient had motor strength at 4/5 in the quad. There was pain on the medial malleolus. Pulses are palpated. She has difficulty with dorsiflexion and plantar flexion due to the pain.

**Recommendations**: She is to follow up with the orthopedic surgeon regarding surgical intervention on her left ankle.

The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound and electrical stimulation, followed by passive, active and active-assisted motions with resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated.

Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work and recreation.

Kevin H. Weiner, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY  10455
Forest Hills, NY  11418

Phone:      (718) 676-6151

Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ Lf Knee / Rtsh / LB / Lf Ankle

Frequency + Duration: _____ 1 _____ Days / week  for ___8___ weeks
_____ Days / 2 weeks for _____ weeks

**Modalities**
☐ Moist Heat
☐ Cold Heat
☐ Whirlpool
☐ Ultrasound
☐ Electric Stimulation
☐ Paraffin
☐ Traction: ☐ Cerv  ☐ Lumb lbs_____
☐ Massage
☐ Manual Therapy
☐ Myofacial Release
☐ _____Evaluate and treat_____
☐ _____

**Therapeutic Exercises**      ☐ Active      ☐ Passive
☐ Range of Motion
☐ Joint Mobilization
☐ Gait Training
☐ Neuromuscular Retraining
☐ Muscle Strengthening
☐ Stretching
☐ ADL Activities
☐ Joint Conservation
☐ Isokinetic Test: Joint _____
☐ Back Education Program
☐ _____
☐ _____

Other: _____

**Goals:**
☐ Increase ROM               ☐ Increase Mobility       ☐ Patient Education
☐ Decrease Pain/Edema   ☐ Improve Function       ☐ Strengthen Short Muscles
☐ Increase Strength         ☐ Increase Fitness        ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____  Date: _11/11/9._

4



# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
FELIX KARAFIN MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 06-06-2018

### EXAM: MRI-ANKLE WITHOUT CONTRAST LEFT

**TECHNIQUE:** Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a1.5 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect

The Achilles tendon and its plantar fascia unremarkable.

The subtalar joint is normal.

The anterior and posterior inferior tibiofibular ligaments are intact.

There is a partial tear of the anterior talofibular ligament associated joint effusion. The posterior talofibular ligament is also partially torn at its fibular attachment.

The peroneus brevis and longus tendons are unremarkable.

The medial tendon group is intact.

Partial tear of the extensor hallucis longus tendon with associated soft tissue edema. The anterior tibial and tendon and the extensor digitorum longus tendon are both intact.

The deltoid ligament is unremarkable.

**IMPRESSION:** **There are tears of both the anterior and posterior talofibular ligaments with associated joint effusion as described above.**

**There is a partial tear of the extensor hallucis longus tendon with associated soft tissue edema.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 06-06-2018 10:08 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
FELIX KARAFIN MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

Patient: ███████
Date of Birth: ███████
Phone: ███████
MRN: ███████
Date of Exam: 06-06-2018

## EXAM: MRI-KNEE WITHOUT CONTRAST LEFT

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a1.5 tesla tesla magnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a low-grade peripheral tear and separation of posterior horn medial meniscus with mild subcapsular fluid accumulation.

Lateral meniscus is unremarkable.

There is a partial tear of the anterior cruciate ligament. The posterior cruciate ligament is intact.

The medial and lateral collateral ligaments unremarkable.

The marrow signal is normal with no fracture or osteochondral defect.

The quadriceps tendon and infrapatellar ligament are intact.

The patellofemoral ligaments retinacula are unremarkable. There is no significant popliteal cyst.

**IMPRESSION: There is a low-grade peripheral tear and separation posterior horn medial meniscus with mild subcapsular fluid accumulation.**

**Partial tear of the anterior cruciate ligament. Joint effusion.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 06-06-2018 10:09 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

KOLB RADIOLOGY

Exam requested by:
KEVIN WEINER MD
2604 THIRD AVE
BRONX NY 10454

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 10-10-2018

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS: At L5-S1,** there is a posterior disc bulge impinging upon the anterior epidural fat. The neural foramina are unremarkable.

**At L4-L5,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L3-L4,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L2-L3,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs of normal height and hydration.

There is a 3.2 centimeter cystic mass in the left lower pelvis probably ovarian in origin. If there is clinical necessity addition evaluation with pelvic ultrasound is recommended.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION: Disc bulge L5-S1 impinging upon the anterior epidural fat.**

**There is a 3.2 centimeters cystic mass, likely a left ovarian cyst. If there is clinical concern additional evaluation with pelvic ultrasound is recommend**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 10-10-2018 2:40 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
FELIX KARAFIN MD
44 COURT STREET, SUITE 100
Brooklyn New York 11201

Patient: ▮▮▮▮▮
Date of Birth: ▮▮▮▮▮
Phone: ▮▮▮▮▮
MRN: ▮▮▮▮▮
Date of Exam: 06-06-2018

**EXAM: MRI-SHOULDER WITHOUT CONTRAST RIGHT**

**TECHNIQUE:** Coronal proton density and coronal proton density fat saturated images as well as sagittal proton density fat saturated images and axial proton density T1 and fat saturated images were obtained in a1.5 teslamagnet.

**INDICATIONS:** Status post trauma

**FINDINGS:** There is a low-grade, less than 25%, articular side partial tear of the distal insertion of the infraspinatus tendon. There is a small subdeltoid bursal effusion.

Remainder of the rotator cuff tendons are intact.

The acromioclavicular joint is unremarkable

The marrow signal is normal with no fracture or osteochondral defect.

The extra-articular segment of the biceps tendon is normally located and intact.

The labrum is unremarkable with no evidence a tear.

**IMPRESSION: Partial rotator cuff tear involving the articular aspect of the infraspinatus tendon as described above. There is a small subdeltoid bursal effusion.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 06-06-2018 10:13 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |

# All Boro Medical Rehabilitation PLLC

369 East 149th Street, Third Floor

11615 Queens Boulevard, Main Floor

44 Court Street, Tenth Floor

Bronx, NY   10455

Forest Hills, NY   11418

Brooklyn, NY

Phone:        (718)676-6151

Fax: (888) 511-2038

To whom it may concern:

As requested, I have submitted all medical records in our possession for the patient listed. If your request was addressed to the practice generally I have included all records for **All Boro Medical Rehabilitation PLLC, Dr. Kevin Weiner,** and **Dr. Felix Karafin.** If your request is addressed to an individual doctor I have provided that doctor's records, and can provide the other doctor's records if you submit a request for that doctor. (Most patients see both doctors.)

Additionally, please note:



1. **Diagnostic Imaging** (MRI, X-Ray, etc.): We do not do any diagnostic imaging in-house, and only retain written reports done elsewhere. For diagnostic imaging you should contact these facilities directly. Their contact information is on the included reports.

2. **Billing Records**: We use a third-party billing company, Medtrx. Please fax requests to 201-603-2580, Att:**Grazyna Waszczeniuk** Written requests can be mailed to **PO Box 307, Paramus NJ 07653** or Email to **GWaszczeniuk@medtrx.com.**

If you require further assistance please call me at the above phone number, or by email at Zaida@allboromed.com

Zaida Ortiz
All Boro Medical Rehabilitation PLLC

# All Boro Medical Rehabilitation PLLC

## Invoice For Medical Records

Patient Name ███████████    DOB-███████    Date-9 / 10 / 20



We have received your request for medical records fo███████████ To
cover the coast of copying and mailing.The state law provides a charge of .75
cents per page.Please send payment by check, with a copy of this invoice to
the address below.

**Charge For Your Records.**

Copying 44 Pages @ $0.75 each.

Total Of Charge-$50.00 Flat Fee.

All Boro Medical Rehabilitation PLLC
369 East 149th Street, Third Floor
Bronx, New York 10455
(718)676-6151

# GOLD BENES LLP
## ATTORNEYS AT LAW
### 1666 NEWBRIDGE ROAD, SECOND FLOOR
### BELLMORE, NEW YORK 11710
### TEL (516) 512-6333
### FAX (516) 512-6334

August 21, 2020

All Boro Medical Rehabilitation
Attn: Medical Records Department
369 East 149th Street, 3rd Floor
Bronx, NY 10455

RE: ███████████████████████████
    Index No.: ███████
    Our File No.: ███████
    Your File No.: ███████

Dear Sir/Madam:

This office represents the Defendants in the above-referenced matter.

Enclosed is a duly executed authorization allowing us to obtain the medical records of Chantel McLaurin. **Prior to sending,** please contact this office via mail or phone with the cost for the copies of your records concerning Chantel McLaurin pursuant to the enclosed authorization. Please do not fax medical records.

Thank you for your attention to this matter.

Very truly yours,

GOLD BENES LLP

Jillian Barten
Legal Assistant

RM/jb
Encls.

## POWER OF ATTORNEY

### To Execute HIPAA Medical Record Authorization Forms Pursuant
### To NY Public Health Law §18(1(g) As Amended 10/26/04.

I, ████████████████████ at ████████████████████

do hereby appoint my attorney:
SUBIN ASSOCIATES, LLP (EDWIN LOPEZ, JAIME CASTILLO, JORGE COLLADO AND ANA
GONZALEZ) with offices at 150 Broadway, 23rd Floor, New York, New York 10038, my attorneys-in-fact
to act (each agent may act separately) in my name, place and stead in any way which I myself could do, if I
were personally present to execute HIPAA medical record authorization forms pursuant to NY Public
Health Law §18(1)g) as amended 10/26/04. This Power of Attorney may be revoked by me at any time. This
Power of Attorney shall not be affected by my subsequent disability or incompetence.

This power of attorney expressly and unconditionally waives any doctor/patient privilege; and/or any
expectation of privacy with regard to medical reports and/or records obtained in the prosecution or defense of
my personal injury litigation, whether from my medical providers and/or reports generated from or on behalf of
physicians retained by or on behalf of defendants or insurance companies, whether or not the reports and/or
records are in the public domain. I expressly consent to the use and/or disclosure of these reports and/or records
in the furtherance of my litigation and/or for the benefit of other litigants."

To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or
facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as
to such third party unless and until actual notice or knowledge of such revocation or termination shall have been
received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns,
hereby agree to indemnify and hold harmless any such third party by reason of such third party having relied on
the provisions of this instrument.

In Witness Whereof, I have hereunto signed my name this ___ day of ___ May ___, 201 8.

STATE OF NEW YORK
COUNTY OF ___ New York

On this ___ day of ___ May ___, 20 18 before me personally appeared

████████████████████ of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that
by his signature on the instrument, the individual, or the person who acted on behalf of the individual, executed
the instrument and that such individual made such appearance before the undersigned at 150 Broadway, 23rd
Floor, New York, New York.

_____
Notary Public

ELSIE REAL
Notary Public, State of New York
No. 01RE6194863
Qualified in Richmond County
Commission Expires October 14, 202_

# GOLD BENES LLP
### ATTORNEYS AT LAW
#### 1666 NEWBRIDGE ROAD, SECOND FLOOR
#### BELLMORE, NEW YORK 11710
#### TEL (516) 512-6333
#### FAX (516) 512-6334

August 21, 2020

NY Sports & Joints Orthopedics
Attn: Medical Records Department
110 Duane Street
NY, NY 10007

RE:
      Index No.: ███████
      Our File No.: ███████
      Your File No.: ██████

Dear Sir/Madam:

This office represents the Defendants in the above-referenced matter.

Enclosed is a duly executed authorization allowing us to obtain the medical records of Chantel McLaurin. **Prior to sending,** please contact this office via mail or phone with the cost for the copies of your records concerning Chantel McLaurin pursuant to the enclosed authorization. Please do not fax medical records.

Thank you for your attention to this matter.

Very truly yours,

GOLD BENES LLP

Jillian Barten
Legal Assistant

RM/jb
Encls.

## POWER OF ATTORNEY

### To Execute HIPAA Medical Record Authorization Forms Pursuant
### To NY Public Health Law §18(1(g) As Amended 10/26/04.

I, ███████████ at ███████████

do hereby appoint my attorney:
**SUBIN ASSOCIATES, LLP (EDWIN LOPEZ, JAIME CASTILLO, JORGE COLLADO AND ANA GONZALEZ)** with offices at **150 Broadway, 23rd Floor, New York, New York 10038**, my attorneys-in-fact, to act (each agent may act separately) in my name; place and stead in any way which I myself could do, if I were personally present to execute HIPAA medical record authorization forms pursuant to NY Public Health Law §18(1)g) as amended 10/26/04. This Power of Attorney may be revoked by me at any time. This Power of Attorney shall not be affected by my subsequent disability or incompetence.

This power of attorney expressly and unconditionally waives any doctor/patient privilege; and/or any expectation of privacy with regard to medical reports and/or records obtained in the prosecution or defense of my personal injury litigation, whether from my medical providers and/or reports generated from or on behalf of physicians retained by or on behalf of defendants or insurance companies, whether or not the reports and/or records are in the public domain. I expressly consent to the use and/or disclosure of these reports and/or records in the furtherance of my litigation and/or for the benefit of other litigants."

To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party by reason of such third party having relied on the provisions of this instrument.

In Witness Whereof, I have hereunto signed my name this ⁸ day of ___May___, 201 ⁸.

STATE OF NEW YORK ( New York
COUNTY OF ___New York___

On this ⁸ day of ___May___, 20 18 before me personally appeared

personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person who acted on behalf of the individual, executed the instrument and that such individual made such appearance before the undersigned at 150 Broadway, 23rd Floor, New York, New York.

_____
Notary Public

ELSIE REAL
Notary Public, State of New York
No. 01RE6194863
Qualified in Richmond County
Commission Expires October 14, 2020

**☑ Dr. Kenneth McCulloch,** Orthopaedic Surgeon
**☐ Dr. Mark Bursztyn,** Orthopaedic Surgeon
**☐ Dr. Sid Sharma,** Foot & Ankle Surgeon
**☐ Dr. David Capiola,** Orthopaedic Surgeon

NEW YORK
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**REFERRAL FORM**

Patient Name: _____

Diagnosis: ___Left Arthroscopy___

Frequency / Duration of Treatment: ___3___ x/week ___6___ weeks

Evaluate and Treat ___Left knee___

**Treatment Goals:**
☐ Decrease Pain          ☐ Regain Proprioception/Balance   ☑ Regain Strength      ☑ Return to full activities
☑ Decrease Swelling      ☐ Regain Normal Gait              ☐ Regain ROM           ☐ Regain ADL's

**Treatment:**
☐ Heat Modalities                    ☐ Traction                ☐ Iontophoresis              ☑ Massage
☐ Muscle Re-education                ☑ Stretching Program      ☑ Range of Motion            ☑ Functional Activiteis
☐ Splinting/Bracing                  ☑ Cold Modalities         ☐ Ultrasound                 ☐ Isokinetic Testing & Report
☑ Electrical Stim for Edema/Pain     ☑ Compression Dressing    ☑ Progressive Strengthening  ☐ Cardiovascular Training

Physicians Signature: _Kenneth McCulloch_      Date: _5/15/19_

Kenneth McCulloch
1185 Park Street
New York, NY 10007
Lic. 220173 NPI: 1831-109519

☐ **New York**                      ☐ **Queens**                                   ☐ **Long Island**
110 Duane Street, New York, NY 10007  125-10 Queens Blvd, 2nd Floor, New Gardens, NY 11415   520 Franklin Avenue, Suite 211, Garden City, NY 11530
☐ **Bronx**                         ☐ **New Jersey**
329 East 149th Street, Bronx, NY 10451  381 Beaneck Road, Ground Floor, NJ 07666

Tel (212) 355-5555 • Fax (877) 992-0798
**www.nysportsandjoints.com**

**1**  ▮▮▮▮▮▮▮  **07/24/2020**

## SurgiCore Surgical Center, LLC
### 444 Market Street
### Saddle Brook, NJ, 07663

### <u>Operative Report</u>

**Patient Name:** ▮▮▮▮▮▮▮  **MR#:**

**Date of Surgery:** 07/24/2020

**Surgeon:** Siddhartha Sharma DPM

**Assistant Surgeon:** Patricia Meehan DPM

**Pre-op Diagnosis:**
Left ankle:
1. Left ankle internal derangement.
2. Left ankle joint effusion.
3. Left ankle tear of the anterior talofibular ligament.
4. Left ankle tear of the posterior talofibular ligament.
5. Left ankle partial tear of the deltoid ligament.

**Post-op Diagnosis:** same

**Procedures:**
1. Ankle arthroscopy, Left with extensive debridement (CPT 29898)
2. Left ankle secondary repair of the disrupted collateral lateral ankle ligament with the Arthrex Fibertak bone anchor and lateral ankle stabilization with Arthrex InternalBrace implant (CPT 27698)

**Pathology:** soft tissue

**Anesthesia:** General with popliteal block

**Anesthesiologist:** Carbanello MD

**Hemostasis:** 350mmHg Left thigh tourniquet

**Estimated Blood Loss:** minimal

**Complications:** None

With the patient cleared for anesthesia, the patient was brought into the O.R. and placed on the operating table in the supine position. After satisfactory anesthesia was obtained, the patient was prepped and draped in the usual aseptic fashion for

444 Market Street, Saddle Brook, N.J. 07663  (201) 843-9441  Fax:(201) 843-9442

**2**  ███████████  **07/24/2020**

arthroscopic surgery. A well-padded thigh tourniquet was inflated to 350mm Hg
following exsanguination with an esmarch.

**Procedure: Left ankle arthroscopy with extensive debridement**
Using a skin scribe, the medial and lateral malleoli were clearly marked. The ankle
joint placed under range of motion and the joint was marked. The dorsal cutaneous
nerves were carefully outlined as well as the ankle joint lines. The antero-medial
and antero-lateral portals were carefully mapped.

An 18 -gauge needle was inserted into the joint, and the joint was insufflated with
20 cc's of sterile saline. Utilizing a #11 surgical blade a stab incision was made over
the antero-medial portal. The incision was deepened to the level of the joint capsule
utilizing blunt dissection with a curved mosquito.

Attention was drawn to the antero-medial portal where a blunt trochar and cannula
were advanced. A 30 degree 2.7 mm arthroscope was advanced, inflow into the
joint was established through the camera unit, utilizing normal saline with a Smith
& Nephew power irrigator set at 50mmHg and 70cc/min.

The joint was then scanned along the medial gutter, up along the medial talus, then
directed to the central talar dome, and then to the lateral talus and lateral gutter.
There was abundant, thick syonvium, with capillaries embedded in several large
synovial fragments. The arthroscope was utilized to trans-illuminate the lateral
aspect to confirm the site of the antero-lateral portal. Attention was then drawn to
the lateral portal where a stab incision was made and carefully deepened to the joint
capsule using curved mosquito blunt instrumentation. This was followed by
insertion of a blunt trochar and cannula. Under direct visualization, a rotary shaver
was introduced into the lateral portal and under direct visualization, the
hypertrophied and hemmorhagic synovium were carefully, and extensively
debrided. The arthroscope was then introduced through the lateral portal while
camera visualization was achieved through the antero-lateral portal. Again, utilizing
the shaver synovial debridement was accomplished. The gutter was cleaned using
the 2.9 mm shaver. The skin was reapproximated using 4-0 Nylon.

**Procedure: Left ankle secondary repair of the disrupted collateral lateral
ankle ligament with the Arthrex Fibertak bone anchor and lateral ankle
stabilization with Arthrex InternalBrace implant**
Attention was then directed to the lateral aspect of the ankle joint. The ankle joint
was taken through its range of motion through dorsiflexion and plantar flexion and
eversion and inversion.

A curvilinear incision following the contour of the anterior aspect of the fibula was
created along the medial gutter of the ankle joint. The incision was approximately 6
cm in length. The incision was carried through the subcutaneous tissues being
careful to retract so we do not ligate any vital neurovascular structures. With use of
a fresh #15 blade, the capsular structures were incised in a similar fashion to the

444 Market Street, Saddle Brook, N.J. 07663  (201) 843-9441  Fax:(201) 843-9442

**3** █████████████      **07/24/2020**

original incision through the skin. Dissection was carried down to the level of the ankle joint. At this time, it was noted that the anterior talofibular ligament was frayed with significant hemorrhaging within the area. The drill from the InternalBrace system was utilized to create a pilot drill hole for the Arthrex InternalBrace within the neck of the talus. A 3.4mm Drill was used into the nonartiulating surface of the talus in line with the superior ATFL into the body of the talus. The implant of 4.75mm SwiveLock anchor was loaded with FiberTape Suture into the talar hole and implanted into the body of talus.

Once anchored into the talus, the InternalBrace system was fed deep through the capsular and extensor retinaculum and pulled superficially and retracted from the surgical site. A single Arthrex Fibertak bone anchor was utilized. First, a 1.8-mm drill was utilized to create drill holes in the distal aspect of the fibula approximately 1 cm apart. Once the implant was anchored into the distal fibula, the sutures were fed through the distal aspect of the ankle capsule and the extensor retinaculum in a weaving fashion. Once this was completed, the respective suture ends were then fed through the proximal aspect of the capsule and the anterior talofibular ligament. These respective sutures were tied to one another. This effectively allowed secondary repair of the anterior talofibular ligament. Another bone anchor was utilized to repair the anterior tibiofibular ligament in similar fashion. First, a 1.8-mm drill was utilized to create drill holes in the distal aspect of the fibula approximately 1 cm apart. Once the implant was anchored into the distal fibula, the sutures were fed through the distal aspect of the ankle capsule and the syndesmosis. Once this was completed, the respective suture ends were then fed through the proximal aspect of the capsule and the anterior tibiofibular ligament. These respective sutures were tied to one another. This effectively allowed secondary repair of the anterior tibiofibular ligament.

Lateral ankle stabilization and augmentation of collateral ligaments was achieved using Internal Brace implant system. A window was created through the periosteal structures overlying the distal fibula, and with the use of a Freer elevator, bony access was created. The drill from the InternalBrace system was utilized to create a pilot hole for the anchoring of the InternalBrace. A 3.4mm Drill was used to create a tunnel in the fibula. The distal end of the InternalBrace system was fed through a single-lock system. The ankle joint was placed into a neutral and slightly plantar flexed position. Approximately 1 cm of laxity was given to the InternalBrace and the proximal portion of the InternalBrace was then anchored using a 3.5mm SwiveLock anchor. This effectively allowed stabilization of the lateral aspect of the ankle joint. The capsule tissues were closed with 2-0 Vicryl, subcutaneous tissues were closed with 3-0 Vicryl and the skin with 4-0 Monocryl.

Betadine soaked Adaptic, fluff and Kling dressing. An ace bandage was applied extending up the Left leg in a mildly compressive fashion. Webroll and a CAM boot were then applied next. Neurovascular status was intact to all digits. The patient tolerated the procedure well and left the O.R. in apparent good condition.

4 ███████████ **07/24/2020**



**Siddhartha Sharma DPM**
**D: 07/24/2020**
**T: 07/24/2020**

444 Market Street, Saddle Brook, N.J. 07663 (201) 843-9441 Fax:(201) 843-9442

# New Horizon Surgical Center, L.L.C.

680 Broadway, Suite 201
Paterson, NJ 07514
Tel: (973)782-4202 Fax: (973)782-4206

## OPERATIVE REPORT

| | |
|---|---|
| **DATE:** | May 02, 2019 |
| **PATIENT:** | ▮▮▮▮▮▮▮▮▮ |
| **DATE OF BIRTH:** | 08/09/1994 |
| **PATIENT MRN:** | ▮▮▮▮▮ |

**PREOPERATIVE DIAGNOSIS:**   Left knee possible meniscus tear and possible ACL partial tear.

**POSTOPERATIVE DIAGNOSIS:**   Left knee possible meniscus tear and possible ACL partial tear as well as synovitis.

**PROCEDURES PERFORMED:**
1. Left knee arthroscopic partial medial meniscectomies.
2. Left knee arthroscopic extensive synovectomy.

| | |
|---|---|
| **SURGEON:** | Kenneth McCulloch, M.D. |
| **FIRST ASSISTANT:** | Luke Carey, PA-C. |
| **ANESTHESIA:** | General anesthesia. |
| **ANESTHESIOLOGIST:** | |

| | |
|---|---|
| **ESTIMATED BLOOD LOSS:** | None. |
| **BLOOD PLACEMENT:** | None. |
| **IV FLUID:** | Lactated Ringer's. |
| **DRAINS/VAC:** | None. |
| **WOUNDS:** | Clean. |
| **COMPLICATIONS:** | None. |

**PROCEDURE:** The patient was brought to the operative suite. After the induction of adequate general anesthesia and administration of 1 g IV Ancef, the patient was placed in the supine position and the left lower extremity was prepped and draped in usual sterile fashion. Inferomedial and inferolateral portal sites were established. Investigation of the knee was begun. The patellofemoral joint, medial, and lateral compartments were all free of degenerative changes or articular damage. Significant hypertrophic synovitis was encountered in each compartment and removed using the shaver via the medial portal site. The posterior horn of the medial meniscus had a meniscal capsular separation posteriorly consistent with the preoperative finding without gross subluxation of the

Page 2
Re: ███████████ -05/02/2019

meniscus into the joint and this was debrided using the ArthroCare wand via the medial
portal site completing our partial meniscectomy.  The ACL was found to be intact.  There
was negative anterior drawer and Lachman while the patient anesthetized, and the fibers
were visualized to be intact.  In the lateral compartment, the posterior horn of lateral
meniscus demonstrated tearing which was debrided with the ArthroCare wand and there
was no residual tear or laxity at the completion of this portion of procedure and this
concluded our partial lateral meniscectomy.  The instruments were removed.  The knee
was drained, and portal sites were closed with 3-0 nylon stitch.  Wound was dressed with
Xeroform, 4x4, ABD, and ACE wrap.  The patient was brought to the recovery room in
stable condition.


Kenneth McCulloch, M.D.
KM: tgt

NEW YORK
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**REFERRAL FORM**

☐ Dr. Kenneth McCulloch, Orthopaedic Surgeon
☐ Dr. Mark Bursztyn, Orthopaedic Surgeon
☑ Dr. Sid Sharma, Foot & Ankle Surgeon
☐ Dr. David Capiola, Orthopaedic Surgeon

Patient Name: ▮▮▮▮▮▮▮▮

Diagnosis: *S/P left ankle arthroscopy w/lateralligament repair w/Internal (7/24/2020)*

Frequency / Duration of Treatment: *3* x/week *6* weeks *BME*

Evaluate and Treat *left ankle*

**Treatment Goals:**
☑ Decrease Pain          ☐ Regain Proprioception/Balance ☐ Regain Strength          ☐ Return to full activities
☑ Decrease Swelling      ☐ Regain Normal Gait            ☑ Regain ROM               ☐ Regain ADLs

**Treatment:**
☐ Heat Modalities              ☐ Traction               ☐ Ioptophoresis            ☐ Massage
☐ Muscle Re-education          ☑ Stretching Program     ☑ Range of Motion          ☐ Functional Activities
☐ Splinting/Bracing            ☐ Cold Modalities        ☐ Ultrasound               ☐ Isokinetic Testing & Report
☑ Electrical Stim for Edema/Pain ☐ Compression Dressing  ☐ Progressive Strengthening ☐ Cardiovascular Training

Physicians Signature: *SSS*          Date: *8/4/2020*

**Sid Sharma, DPM**

☐ New York
110 Duane Street, New York, NY 10007
☐ Bronx
328 East 149th Street, Bronx, NY 10451

☐ Long Island
825-10 Queens Blvd., Ste 9
Elmhurst (Queens), NY 11415
☐ Brooklyn
3823 Nostrand Avenue, 3rd floor, Brooklyn, NY 11229

☐ Long Island
520 Franklin Avenue, Suite 211, Garden City, NY 11580
☐ New Jersey
591 Teaneck Road, Ground Floor, Teaneck, NJ 07666

Tel (212) 355-5555 • Fax (877) 992-0798
www.nysportsandjoints.com

(⚫) NEW YORK
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**REFERRAL FORM**

☐ Dr. Kenneth McCulloch, Orthopaedic Surgeon
☑ Dr. Mark Bursztyn, Orthopaedic Surgeon
☑ Dr. Sid Sharma, Foot & Ankle Surgeon
☐ Dr. David Capiola, Orthopaedic Surgeon

Patient Name: ▮▮▮▮▮▮▮

Diagnosis: _S/P L(t) Ankle Arthroscopy_

Frequency / Duration of Treatment: _3_ x/week _6_ weeks

Evaluate and Treat _L(t) Ankle_

**Treatment Goals:**

☑ Decrease Pain
☑ Decrease Swelling
☐ Regain Proprioception/Balance
☐ Regain Normal Gait
☑ Regain Strength
☑ Regain ROM
☐ Return to full activities
☐ Regain ADL's

**Treatment:**

☑ Heat Modalities
☐ Muscle Re-education
☐ Splinting/Bracing
☑ Electrical Stim for Edema/Pain
☐ Traction
☐ Stretching Program
☐ Cold Modalities
☐ Compression

☐ Iontophoresis
☑ Range of Motion
☐ Ultrasound
☑ Progressive Strengthening

☐ Massage
☐ Functional Activities
☐ Isokinetic Testing & Report
☐ Cardiovascular Training

Physicians Signature: _S.S._      Date: _9/15/2020_

Sid Sharma, DPM
83-40 Queens Blvd, Ste 9
Kew Gardens, NY 11415
Lic: 006276 NPI: 1861466294

☐ **New York**
110 Duane Street, New York, NY 10007
☐ **Bronx**
329 East 149th Street, Bronx, NY 10451

☐ **Queens**
125-10 Queens Blvd, 2nd Floor, Kew Gardens, NY 11415
☐ **Brooklyn**
3632 Nostrand Avenue, 3rd floor, Brooklyn, NY 11229

☐ **Long Island**
520 Franklin Avenue, Suite 211, Garden City, NY 11530
☐ **New Jersey**
385 Teaneck Road, Ground Floor, Teaneck, NJ 07666

Tel (212) 355-5555 • Fax (877) 992-0798

**www.nysportsandjoints.com**



**Siddhartha Sharma, DPM**
Foot & Ankle Specialist

## INITIAL EXAMINATION REPORT

**Date:**     11/12/18
**Re:**
**DOI:**     05/06/18

**SUBJECTIVE:** The patient is a 24-year-old female who presents today for initial evaluation of pain and swelling in her left ankle. The patient was in her usual state of health until she was had a trip and fall due to a broken sidewalk on May 6, 2018. The patient sustained multiple injuries as a result of the accident including injuries to her left ankle, left knee, right shoulder and lower back. The patient was evaluated at Brookdale Hospital, x-rays were taken and she was discharged the same day. The patient then followed up with a rehab facility and has been undergoing physical therapy for the past few months with minimal improvement. The patient states the pain on her left ankle can be as high as 8/10. The patient feels the left ankle can be unstable and easily give out on her. She has difficulty with her daily activities such as bending, twisting and turning and going up and down the stairs. The patient feels that her left ankle can be very unstable and she has difficulty with certain shoe gears. The patient was asymptomatic to her left ankle prior to the accident.

**PAST MEDICAL HISTORY:** Asthma.

**PREVIOUS SURGERIES:** Denies.

**CURRENT MEDICATIONS:** Denies.

**ALLERGIES TO MEDICATIONS:** NKDA.

**SOCIAL HISTORY:** Does not smoke. Social drinker.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Unremarkable except left ankle, left knee, right shoulder and back.

**ORTHOPEDIC EXAMINATION:**
VASCULAR: Pedal pulses palpable. CFT within normal limits. Edema noted to the left ankle.
NEUROLOGICAL: Protective sensation intact. Light sensation intact.
MUSCULOSKELETAL: Pain upon palpation at the left central ankle. Pain at the left distal fibula. Pain at the area overlying the ATFL. Positive anterior drawer test. Pain on range of motion of the left ankle especially upon inversion and plantar flexion. Range of motion of the left ankle 8 degrees dorsiflexion and 25 degrees plantar flexion with normal being 20 degrees dorsiflexion and 40 degrees plantar flexion.
DERMATOLOGIC: No open lesions noted.

**RADIOGRAPHIC STUDIES:** MRI of the left ankle dated 06/06/18 shows tears of both the anterior and posterior talofibular ligaments with associated joint effusion as described above with a partial tear of the extensor hallucis longus tendon with associated soft tissue edema.

www.nysportsandjoints.com

Manhattan      110 Duane Street, New York, NY, 10007 P (212) 588-1919 F (877) 992-0798
Queens    125-10 Queens Blvd, Kew Gardens, NY, 11415 P (718) 275-1919 F (877) 992-0798



**NEW YORK**
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**Siddhartha Sharma, DPM**
Foot & Ankle Specialist

## ASSESSMENT:
1. Left ankle internal derangement.
2. Left ankle joint effusion.
3. Left ankle tear of anterior talofibular ligament.
4. Left ankle tear of posterior talofibular ligament.
5. Left ankle partial tear of extensor hallucis longus tendon.

**PLAN:** Initial office visit and evaluation. Evaluated the patient in weightbearing and nonweightbearing positions. Reviewed the MRI films with the patient. Discussed with the patient that she has torn two out of three ligaments of the left ankle and also has a tear of the extensor hallucis longus tendon which has not improved with conservative therapy. Discussed with the patient that at this time she has exhausted conservative therapy and surgical intervention is medically necessary. Discussed with the patient left ankle arthroscopy with debridement, repair of ATFL and PTFL ligaments using Arthrex InternalBrace and application of platelet-rich plasma graft to the extensor hallucis longus tendon. All risks, benefits and alternatives were discussed with the patient. No guarantees were given. All questions were answered to patient's satisfaction. The patient's symptoms and injuries are causally related to her trip and fall accident. Her prognosis is guarded. The patient can continue working in her light duty, part-time fashion. The patient wants to move forward with the surgery and she will be scheduled for surgery in the coming weeks.

Respectfully submitted,


Electronically Signed

Siddhartha Sharma, DPM
SS:gre:ww
World Wide Dictation

DD: 11/12/18
DT: 11/13/18

J#: 002-01-447929(0)

www.nysportsandjoints.com

**Manhattan**    110 Duane Street, New York, NY, 10007 P (212) 588-1919 F (877) 992-0798
**Queens**   125-10 Queens Blvd, Kew Gardens, NY, 11415 P (718) 275-1919 F (877) 992-0798



**NEW YORK**
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**Kenneth McCulloch, M.D., FAAOS**
Board Certified Orthopaedic Surgeon
Founder & Director

## INITIAL EXAMINATION REPORT

**Date:**     11/14/18
**Re:**
**DOB:**     08/09/94

**SUBJECTIVE:**  This is a 24-year-old female with left knee pain that began with a fall on May 6, 2018.  She sustained the injury to the knee acutely, but was asymptomatic prior.  She has had ongoing sharp pain in the knee with her activities such as standing, walking, kneeling, and squatting with a sharp, shooting, and constant pain that was refractory to physical therapy over a period of four months of therapy.  She rates her pain as an 8/10 on a 10-point pain scale.

**PAST MEDICAL HISTORY:**  Asthma.

**PREVIOUS SURGERIES:**  None.

**CURRENT MEDICATIONS:**  None.

**ALLERGIES TO MEDICATIONS:**  None.

**SOCIAL HISTORY:**  She does not smoke or drink.

**FAMILY HISTORY:**  Noncontributory.

**REVIEW OF SYSTEMS:**  Negative except left knee pain.

**CHIEF COMPLAINTS:**  Left knee pain.

**PHYSICAL EXAMINATION:**
General:  Well-developed, well-nourished, pleasant female in no acute distress.  Oriented to person, place and time.  Stable vital signs.

**NEUROLOGIC EXAMINATION:**  Antalgic gait favoring the left side.  The left knee range of motion is 0 to 130 degrees with no instability with varus or valgus stress.

**PALPATORY EXAMINATION:**  She has pronounced medial, greater than lateral, joint line tenderness to palpation with positive McMurray, but negative anterior drawer and negative Lachman.

**RADIOGRAPHIC STUDIES:**  MRI of the left knee demonstrates low-grade peripheral tear and separation of the posterior horn of the menial meniscus with subscapsular fluid accumulation as well as partial tear of the ACL.

**ASSESSMENT AND PLAN:**  This is a 24-year-old female with left knee meniscal capsular separation and partial ACL tear.  The ACL is stable on examination and by history, but her

www.nysportsandjoints.com

**Manhattan**      110 Duane Street, New York, NY, 10007 P (212) 588-1919 F (877) 992-0798
**Queens**  125-10 Queens Blvd, Kew Gardens, NY, 11415 P (718) 275-1919 F (877) 992-0798



**Kenneth McCulloch, M.D., FAAOS**
Board Certified Orthopaedic Surgeon
Founder & Director

meniscus does appear to be a pain generator for her. There has been a significant period time where her symptoms do not improve with conservative measures, so therefore, we have discussed diagnostic arthroscopy to evaluate the meniscus and either debride or repair accordingly. The risks, benefits, recovery time, and postoperative course have all been reviewed and she does wish to proceed. We will schedule this at the time that is most convenient for her.

Respectfully submitted,


Electronically Signed

_____
Kenneth McCulloch, MD
KM:leo:ww
World Wide Dictation

DD: 11/14/18
DT: 11/15/18

J#: 002-01-450178(0)

www.nysportsandjoints.com

**Manhattan**     110 Duane Street, New York, NY, 10007 P (212) 588-1919 F (877) 992-0798
**Queens**  125-10 Queens Blvd, Kew Gardens, NY, 11415 P (718) 275-1919 F (877) 992-0798



**SPORTS**

**Kenneth McCulloch, M.D.**
Board Certified Orthopeadic Surgeon

**POST OP VISIT**

APPT TIME: 12 : 30
ARRIVAL: 12 pm

PATIENT:

TODAY'S DATE: 5 / 15 / 19

DATE OF BIRTH: 8 / 9 / 94

DATE OF ACCIDENT: 5 / 6 / 18

DATE OF SURGERY: 5 / 2 / 19

TYPE OF SURGERY:   R / L KNEE ARTHROSCOPY          R / L SHOULDER ARTHROSCOPY

PMM  PLM   CP   Synovectomy          SAD   RCR   MUM  Debridement LAB / RC / SLAP

ACL   ROLB  Debridement          ROLB  Labral Repair  SLAP Repair  Synovectomy

CAPFJ  Lateral Release          Lysis of Adhesions   Lysis CA Ligament

R / L HIP ARTHROSCOPY

Labral Debridement   Labral Repair   Synovectomy   ROLB   Cam/Pincer Debridement

R / L TKA (CF)          R / L THA (PL / DA)

R / L UKA          R / L TH Resurfacing

R / L Other: _____   R / L ELBOW TENEX ULNAR N. TRANS

EXAM   Wound          Incision Clean / No erythema or Drainage

Expected Post Op Swelling

ROM 0-90          Shoulder

Hip

NVID          Knee

PLAN   PT Prescribed

Pain Medication

Anticoagulation

Sling          CPM          Brace

F/U  1  2  3  4  5  6  7  8  wks   1  2  3  6  mos  1  2  5  yrs

Rm#3



NEW YORK
**SPORTS** & **JOINTS**
ORTHOPAEDIC SPECIALISTS

SID. SHARMA, D.P.M.
Board Certified Orthopaedic Surgeon

## Post Op Visit

APPOINTMENT 10:45am
ARRIVED 1050

Today's Date 8/18/20

**Name** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Date of Birth** 8/9/94

**Date of Surgery** 7/24/20

**Date of Accident** 5/6/18

| TYPE OF SURGERY    RT / LT FOOT | | RT / LT ANKLE ARTHROSCOPY | | RT / LT SINUS TARSI ARTHROSCOPY | |
|---|---|---|---|---|---|
| BUNIONECTOMY | { } | HARDWARE REMOVAL | { } | ACHILLES REPAIR | { } |
| PRP / AMINO GRAFT | { } | SKIN GRAFT | { } | ROMOVAL OF FX FRAG | { } |
| ORIF | { } | TENOLYSIS OF PERONEAL(s) | { } | DEBRIDEMENT | { } |
| BROSTROM REPAIR | { } | NEUROMA | { } | Q-FIX ANCHOR | { } |
| TENOLYISIS OF PERONEAL(S) | { } | TENOLYSIS OF TIBIALIS POSTERIOR | {✓} | TENOLYISIS OF  FLEXOR TENDONS | { } |
| TIGHTROPE / SYNDESMOSIS REPAIR | { } | INTERNAL BRACE/ ATFL REPAIR | {✓} | ENDOSCOPIC GASTROC RECESSION | { } |
| FASCIOTOMY | { } | REPAIR OF LISFRANC LIGAMENT | { } | | |

| EXAM WOUND/ ROM | | | |
|---|---|---|---|
| **Wound Exam** | **ROM** | **RIGHT** | **LEFT** |
| ☑ Incision Cleaned / No Erythema or Drainage | FOOT | | |
| ☑ Expected Post Op Swelling | ANKLE | | |
| ☐ Removed Bandages | | | |

| DISABILITY INFORMATION |
|---|
| { } PATIENT CAN RETURN TO WORK      { } WITH RESTICTIONS  { } WITHOUT RESTRICTIONS |
| { } PATIENT IS UNABLE TO WORK AT THIS TIME AND WILL BE REEVALUATED ON THE NEXT OFFICE VISIT |
| AT THIS TIME THE PATIENT HAS A _____ % DISABILITY |
| {} LETTER OF DISABILITY  1 2 3 4 5 6 7 8 WKS   1 2 3  MTHS |

**PLAN / ORDER**

☐ PT REQ (Rx)
☑ CONTINUE PT (NO Rx)
☑ PAIN MEDICATION
☐ CAM BOOT
☐ ANKLE BRACE
☐ CANE
☐ DOPPLER (US)

☐ COMPOUND CREAM
☐ COMPRESSION STOCKINGS
☐ TENS UNIT
☐ BONE STIM
☐ ROM / CTU
☐ ERMI

Return to Work
letter (part-time)
-patient can start
next week, has
a sit down PT job

F/U 1 2 3 ④ 5 6 8 DAYS WKS 1 2 3 6 MTHS 1 2 5 YRS
PM

Revised 2/28/2018

SID. SHARMA, D.P.M.
Board Certified Orthopaedic Surgeon



Post Op Visit



NEW YORK
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

APPOINTMENT 10:45Am
ARRIVED 1145

Today's Date 9|15|20

**Name** ▓▓▓▓▓▓

**Date of Birth** 8|9|94

**Date of Surgery** 7|24|20

**Date of Accident** 5|6|18

**TYPE OF SURGERY   RT / LT FOOT     RT / LT ANKLE ARTHROSCOPY     RT / LT SINUS TARSI ARTHORSCOPY**

| | | | | | |
|---|---|---|---|---|---|
| BUNIONECTOMY | {} | HARDWARE REMOVAL | {} | ACHILLES REPAIR | {} |
| PRP / AMINO GRAFT | {} | SKIN GRAFT | {} | ROMOVAL OF FX FRAG | {} |
| ORIF | {} | TENOLYSIS OF PERONEAL(s) | {} | DEBRIDEMENT | {} |
| BROSTROM REPAIR | {} | NEUROMA | {} | Q-FIX ANCHOR | {} |
| TENOLYISIS OF PERONEAL(S) | {} | TENOLYSIS OF TIBIALIS POSTERIOR | {} | TENOLYISIS OF  FLEXOR TENDONS | {} |
| TIGHTROPE / SYNDESMOSIS REPAIR | {} | INTERNAL BRACE/ ATFL REPAIR | {✓} | ENDOSCOPIC GASTROC RECESSION | {} |
| FASCIOTOMY | {} | REPAIR OF LISFRANC LIGAMENT | {} | | |

**EXAM WOUND/ ROM**

**Wound Exam**
☑ Incision Cleaned / No Erythema or Drainage
☑ Expected Post Op Swelling
☑ Removed Bandages

| | ROM | RIGHT | LEFT |
|---|---|---|---|
| | FOOT | | |
| | ANKLE | | |

**DISABILITY INFORMATION**
{} PATIENT CAN RETURN TO WORK     {} WITH RESTICTIONS {} WITHOUT RESTRICTIONS
{✓} PATIENT IS UNABLE TO WORK AT THIS TIME AND WILL BE REEVALUATED ON THE NEXT OFFICE VISIT
AT THIS TIME THE PATIENT HAS A  100  % DISABILITY
{} LETTER OF DISABILITY 1 2 3 4 5 6 7 8 WKS  1 2 3 MTHS

**PLAN / ORDER**
☑ PT REQ (Rx)
☐ CONTINUE PT (NO Rx)
☑ PAIN MEDICATION Toup ( x 15 )
☐ CAM BOOT
☐ ANKLE BRACE
☐ CANE
☐ DOPPLER (US)

☐ COMPOUND CREAM
☐ COMPRESSION STOCKINGS
☐ TENS UNIT
☐ BONE STIM
☐ ROM / CTU
☐ ERMI

F/U  1 2 3 4 5 6 8 DAYS/WKS  1 2 3 6 MTHS 1 2 5 YRS

Revised 2/28/2018



**NEW YORK**
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**Siddhartha Sharma, DPM**
Foot & Ankle Specialist

## FOLLOW-UP EXAMINATION REPORT

**Date:** 11/18/19
**Re:** ████████████
**DOI:** 05/06/18

**SUBJECTIVE:** The patient is a 25-year-old female who presents today for followup evaluation of pain and swelling in her left ankle. The patient's condition has not improved in over a year. The patient states she has pain as high as 8/10 on her left ankle. The patient wants to try physical therapy before moving forward with her left ankle surgery. The patient did undergo left knee surgery and she was hoping that some of the pain from her left ankle will be alleviated after she undergoes left knee surgery to take the pressure off from the ankle, but that has not been the case. The patient states her pain has now increased and sometimes it can be as high as 10/10 and leaves her incapacitated. The patient sometimes is unable to put any weight on her left foot. The patient feels more instability in her left ankle. The patient feels her left ankle can easily give out on her. The patient has difficulty with daily activities such as bending, twisting and turning. She has difficulties going up and down the stairs. The patient continues to have difficulty wearing certain shoe gears.

**ORTHOPEDIC EXAMINATION:**
VASCULAR: Pedal pulses palpable. CFT within normal limits. Edema noted to the left ankle.
NEUROLOGICAL: Protective sensation intact. Light sensation intact.
MUSCULOSKELETAL: Pain upon palpation at the left central ankle. Pain at the left distal fibula. Pain along the area overlying the anterior talofibular ligament. Positive anterior drawer test noted. Pain on range of motion of the left ankle especially upon inversion and plantar flexion. Range of motion of the left ankle limited to 7 degrees dorsiflexion and 25 degrees plantar flexion with normal being 20 degrees dorsiflexion and 40 degrees plantar flexion.
DERMATOLOGIC: No open lesions noted.

**ASSESSMENT:**
1. Left ankle internal derangement.
2. Left ankle joint effusion.
3. Left ankle tear of anterior talofibular ligament.
4. Left ankle tear of posterior talofibular ligament.
5. Left ankle partial tear of extensor hallucis longus tendon.

**PLAN:** Follow up office visit and evaluation. Evaluated the patient in weightbearing and nonweightbearing positions. Discussed with the patient that clinically she still has tears of the collateral ligaments present. Discussed with the patient that she needs a new MRI of her left ankle since her last MRI was from June 2018. The patient was given a new referral for left ankle MRI. The patient's symptoms and injuries are causally related to her trip-and-fall accident. Her prognosis is guarded. She will follow up in two weeks to discuss the MRI study.

Respectfully submitted,


Electronically Signed

---

www.nysportsandjoints.com
**Manhattan**     110 Duane Street, New York, NY, 10007 **P** (212) 588-1919 **F** (877) 992-0798
**Queens**     125-10 Queens Blvd, Kew Gardens, NY, 11415 **P** (718) 275-1919 **F** (877) 992-0798



**Siddhartha Sharma, DPM**
Foot & Ankle Specialist

Siddhartha Sharma, DPM
SS:gre:ww
World Wide Dictation

J#: 002-01-724400(0)

www.nysportsandjoints.com

**Manhattan**    110 Duane Street, New York, NY, 10007 **P** (212) 588-1919 **F** (877) 992-0798
**Queens**    125-10 Queens Blvd, Kew Gardens, NY, 11415 **P** (718) 275-1919 **F** (877) 992-0798



**NEW YORK SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**Siddhartha Sharma, DPM**
Foot & Ankle Specialist

## FOLLOW-UP EXAMINATION REPORT

**Date:**    01/02/20
**Re:**    ███████████
**DOI:**    05/06/18

**SUBJECTIVE:** The patient is a 25-year-old female who presents today for follow-up evaluation of pain and swelling in her left ankle. She recently underwent a new MRI study for her left ankle and is here to discuss the results. Her condition remains unchanged from previous visit. She continues to have pain as high as 8/10 on her left ankle. She continues to have pain with weightbearing activities.

**ORTHOPEDIC EXAMINATION:** Remains unchanged.

**RADIOGRAPHIC STUDIES:** MRI of the left ankle dated 12/24/19 shows tears of the anterior and posterior talofibular ligaments with associated joint effusion, partial tear of the anterior fibers of deltoid ligament, and joint effusion.

**ASSESSMENT:**
1. Left ankle internal derangement.
2. Left ankle joint effusion.
3. Left ankle tear of the anterior talofibular ligament.
4. Left ankle tear of the posterior talofibular ligament.
5. Left ankle partial tear of the deltoid ligament.

**PLAN:** Follow-up office visit and evaluation. Evaluated the patient in weightbearing and nonweightbearing positions. Discussed and reviewed MRI films with the patient. Discussed with the patient that her ligaments of her left ankle have not healed. She continues to display tears of collateral ligaments in her left ankle which have failed conservative therapy. Discussed with the patient that since she has failed conservative therapy, surgical intervention is medically-necessary. Discussed with the patient left ankle arthroscopy with debridement and repair of collateral ligaments using InternalBrace and bone anchors. All risks, benefits, and alternatives were discussed with the patient. No guarantees were given. All questions were answered to the patient's satisfaction. The patient wants to move forward with surgical intervention for her left ankle. Her symptoms and injuries are causally related to her trip and fall accident. She will be scheduled for surgery in the coming weeks and will be followed postoperatively. Her prognosis is guarded.

Respectfully submitted,


Electronically Signed

_____
Siddhartha Sharma, DPM
SS:vin:ww
World Wide Dictation

J#: 002-01-755437(0)

www.nysportsandjoints.com

**Manhattan**    110 Duane Street, New York, NY, 10007 P (212) 588-1919 F (877) 992-0798
**Queens**    125-10 Queens Blvd, Kew Gardens, NY, 11415 P (718) 275-1919 F (877) 992-0798

SID. SHARMA, D.P.M.
Board Certified Orthopaedic Surgeon

Rmt#5 

NEW YORK
**SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

## Post Op Visit

APPOINTMENT 10:00am
ARRIVED 954.

Today's Date 8|4|20

**Name** ▮▮▮▮▮▮▮▮

**Date of Birth** 8|9|94

**Date of Surgery** 7|24|20

**Date of Accident** 6|6|18

TYPE OF SURGERY   RT / LT FOOT      RT / LT ANKLE ARTHORSCOPY    RT / LT SINUS TARSI ARTHORSCOPY

| | | | | | |
|---|---|---|---|---|---|
| BUNIONECTOMY | { } | HARDWARE REMOVAL | { } | ACHILLES REPAIR | { } |
| PRP / AMINO GRAFT | { } | SKIN GRAFT | { } | ROMOVAL OF FX FRAG | { } |
| ORIF | { } | TENOLYSIS OF PERONEAL(s) | { } | DEBRIDEMENT | { } |
| BROSTROM REPAIR | { } | NEUROMA | { } | Q-FIX ANCHOR | { } |
| TENOLYSIS OF PERONEAL(S) | { } | TENOLYISIS OF TIBIALIS POSTERIOR | {✓} | TENOLYISIS OF  FLEXOR TENDONS | { } |
| TIGHTROPE / SYNDESMOSIS REPAIR | { } | INTERNAL BRACE / ATFL REPAIR | {✓} | ENDOSCOPIC GASTROC RECESSION | { } |
| FASCIOTOMY | { } | REPAIR OF LISFRANC LIGAMENT | { } | | |

| EXAM WOUND/ ROM | | | | |
|---|---|---|---|---|
| **Wound Exam** | | **ROM** | **RIGHT** | **LEFT** |
| ☑ Incision Cleaned / No Erythema or Drainage | | FOOT | | |
| ☑ Expected Post Op Swelling | | ANKLE | | |
| ☑ Removed Bandages | | | | |

| DISABILITY INFORMATION |
|---|
| { } PATIENT CAN RETURN TO WORK      { } WITH RESTICTIONS { } WITHOUT RESTICTIONS |
| { } PATIENT IS UNABLE TO WORK AT THIS TIME AND WILL BE REEVALUATED ON THE NEXT OFFICE VISIT |
| AT THIS TIME THE PATIENT HAS A ____100___ % DISABILITY |
| {} LETTER OF DISABILITY 1 2 3 4 5 6 7 8 WKS  1 2 3  MTHS |

**PLAN / ORDER**

☑ PT REQ (Rx)            ☐ COMPOUND CREAM
☐ CONTINUE PT (NO Rx)    ☐ COMPRESSION STOCKINGS
☐ PAIN MEDICATION        ☐ TENS UNIT
☐ CAM BOOT               ☐ BONE STIM
☑ ANKLE BRACE → 873e 8   ☐ ROM / CTU
☐ CANE                   ☐ ERMI
☐ DOPPLER (US)

F/U 1 (2) 3  4  5  6  8 DAYS (WKS)  1  2  3  6  MTHS  1  2  5  YRS
PM

Revised 2/28/2018



**KOLB RADIOLOGY**

# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 12-24-2019

Exam requested by:
SIDDHARTHA SHARMA DPM
110 DUANE ST
NEW YORK NY 10007

**EXAM: MRI-ANKLE WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Axial proton density and proton density fat saturated images, sagittal T2 as well as T1 weighted fast spin echo images as well as coronal proton density fat saturated images were obtained on a 3.0 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** Comparison is made prior examination of 6/6/2018.

The marrow signal is normal with no fracture or osteochondral defect.

The Achilles tendon and plantar fascia unremarkable.

The subtalar joint is normal.

The anterior and posterior inferior tibiofibular ligaments are intact.

There are partial tears of the anterior and posterior talofibular ligaments with associated joint effusion.

The peroneus brevis longus tendons are unremarkable.

The medial tendon group is intact.

There is a partial tear of the anterior fibers of the deltoid ligament.

The extensor tendons are unremarkable. A tear of the extensor hallucis longus tendon has healed

**IMPRESSION: There tears of the anterior and posterior talofibular ligaments with associated joint effusion. .**

**Partial tear of the anterior fibers of the deltoid ligament. Joint effusion**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam: 12-24-2019**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-26-2019 6:15 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467