# EXHIBIT "7E"

INDEX #

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
=============================X

Index No.
Date of Purchase

FILED 09/12/2017

Plaintiff,

-against-

Defendants.

=============================X

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial

The basis of the venue is:
Plaintiff's Residence:

To the above named defendant(s):

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
       August 15, 2017

ROBERT J. EISEN, ESQ.
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 25822

Defendants Address:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

=========================X

████████████

            Plaintiff,

       -against-

████████████

            Defendants.

=========================X

Index No.
Date of Purchase: FILED

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial

The basis of the venue is:
Plaintiff's Residence:

████████████

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      August 15, 2017



ROBERT J. EISEN, ESQ.
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 25822

Defendants Address:

████████████      ████████████

SUPREME COURT OF THE STATE OF NEWYORK
COUNTY OF KINGS
==============================X

                        Plaintiff,              VERIFIED COMPLAINT

            -against-

                        Defendants.

==============================X

                   by his attorneys, SUBIN ASSOCIATES LLP, complaining of the

defendant herein, respectfully shows to this court and alleges as follows:

    1.     That at all times hereinafter alleged, the plaintiff,           was a

resident of the County of Kings, City and State of New York.

    2.     That at all the times herein mentioned, the defendant

was and still is a corporation doing business in the State of New York.

    3.     That at all the times hereinafter alleged, and upon information and belief, the

defendant,               owned the premises located at 191 Wilson Avenue,

Brooklyn, New York.

    4.     That at all the times hereinafter alleged, and upon information and belief, the

defendant,               operated, the premises located at 191 Wilson Avenue,

Brooklyn, New York.

    5.     That at all the times hereinafter alleged, and upon information and belief, the

defendant,               maintained the premises located at 191 Wilson

Avenue, Brooklyn, New York.

    6.     That at all the times hereinafter alleged, and upon information and belief, the

defendant,               managed the premises located at 191 Wilson Avenue,

Brooklyn, New York.

7.    That at all the times hereinafter alleged, and upon information and belief, the defendant,                              controlled the premises located at 191 Wilson Avenue, Brooklyn, New York.

8.    That at all the times herein mentioned, the defendant, its agents, servants and/or employees was engaged in the business of construction.

9.    That at all the times herein mentioned, and prior to 7/19/2017, an agreement existed between the aforementioned defendants relative to certain work, labor and/or services to be performed by defendant                              and/or its agents, servants and/or employees with reference to the aforesaid premises located at 191 Wilson Avenue, Brooklyn, New York.

10.   That on or about 7/19/2017, and for a period of time prior thereto, the defendant                              its agents, servants and/or employees served as a general contractor with regard to the performance of certain construction work, labor and services with reference to the aforesaid premises.

11.   That at all the times herein mentioned, the aforesaid construction work included the erection, roofing, demolition, repair, alteration and/or other work upon a certain building and/or structure situated upon and located at defendant's premises known as 191 Wilson Avenue, Brooklyn, New York.

12.   That at all the times herein mentioned, the aforesaid construction work included the erection, roofing, demolition, repair, alteration and/or other work upon a certain building and/or structure situated upon and located at defendant's premises known as 191 Wilson Avenue, Brooklyn, New York.

13.   That at all the times herein mentioned, the defendant                              was and still is a corporation doing business in the State of New York.

14. That at all the times hereinafter alleged, and upon information and belief, the defendant,                                     owned the premises located at 191 Wilson Avenue, Brooklyn, New York.

15. That at all the times hereinafter alleged, and upon information and belief, the defendant,                                  operated, the premises located at 191 Wilson Avenue, Brooklyn, New York.

16. That at all the times hereinafter alleged, and upon information and belief, the defendant,                                  maintained the premises located at 191 Wilson Avenue, Brooklyn, New York.

17. That at all the times hereinafter alleged, and upon information and belief, the defendant,                                  managed the premises located at 191 Wilson Avenue, Brooklyn, New York.

18. That at all the times hereinafter alleged, and upon information and belief, the defendant,                                  controlled the premises located at 191 Wilson Avenue, Brooklyn, New York.

19. That at all the times herein mentioned, the defendant                       its agents, servants and/or employees was engaged in the business of construction.

20. That at all the times herein mentioned, and prior to 7/19/2017, an agreement existed between the aforementioned defendants relative to certain work, labor and/or services to be performed by defendant                        , and/or its agents, servants and/or employees with reference to the aforesaid premises located at 191 Wilson Avenue, Brooklyn, New York.

21. That on or about 7/19/2017, and for a period of time prior thereto, the defendant                               , its agents, servants and/or

employees served as a general contractor with regard to the performance of certain construction work, labor and services with reference to the aforesaid premises.

22.     That at all the times herein mentioned, the aforesaid construction work included the erection, roofing, demolition, repair, alteration and/or other work upon a certain building and/or structure situated upon and located at defendant's premises known as 191 Wilson Avenue, Brooklyn, New York.

23.     That at all the times herein mentioned, it was the duty of the defendant(s), its agents, servants and/or employees to keep and maintain the aforesaid premises and/or construction site in a reasonably safe, suitable and adequate condition, and/or to provide plaintiff with a safe and suitable place to work and/or with safe and suitable equipment and material to work thereon pursuant to the applicable section of the Labor Law and/or other laws of the State of New York.

24.     That on 7/19/2017, the plaintiff                          was lawfully upon defendant's aforesaid premises and/or construction site.

25.     That on 7/19/2017, the plaintiff                          was lawfully upon defendant's aforesaid premises and/or construction site in the course and scope of his employment.

26.     That on 7/19/2017, and for a period of time prior thereto, there existed a dangerous defective and unsafe condition upon the defendant's aforesaid premises and/or construction.

27.     That at all the times herein mentioned, the plaintiff                          was employed by a company retained by the defendant(s) to perform at defendant's aforesaid premises and/or construction.

28.     That at all the times herein mentioned, the defendants, their agents, servants and/or employees directed, supervised controlled and/or otherwise served to oversee certain

construction work being performed upon defendant's aforesaid premises and/or construction site to include that work being performed by plaintiff upon the aforementioned premises.

29. That at all the times herein mentioned, the aforesaid premises located at 191 Wilson Avenue, Brooklyn, New York, was a public building within the meaning and definition of the Labor Law.

30. That at all the times herein mentioned, the aforementioned barricades,, scaffolding, nets, to cover boards, floor, proper lights, guard rails were required under law to have suitable and/or properly attached safety rails and equipment of suitable material pursuant to Section 240 of the Labor Law.

31. That at all the times herein mentioned, the aforementioned safety devices were required under the law to be so fastened as to prevent it from swaying from the building or structure pursuant to Section of the Labor Law.

32. That pursuant to the provision of the laws of the State of New York, it was the duty of the defendants, their agents, servants and/or employees to supply and/or provide safety devices and/or equipment to be used in connection with the work being performed by the plaintiff at and/or upon defendant's aforesaid premises.

33. That at all the times herein mentioned, and pursuant to provisions of the laws of the State of New York, the aforementioned safety devices and/or equipment was required to be free of defects.

34. That on or about 7/19/2017, while in the course of his employment and upon the aforesaid roof of the construction site/premises which was owned, operated, maintained, controlled and/or provided as hereinbefore mentioned, the plaintiff                was caused to fall and/or otherwise be precipitated therefrom being severely and permanently injured as result of a dangerous, defective and/or unsafe condition existing upon the defendant's aforesaid premises and/or construction site.

35.     That the aforesaid occurrence was due solely and wholly to the carelessness, lack of care and failure to comply with the statutes, ordinances, rules, regulations, codes made and provided therefor to include Labor Law Sections 240 and 241 on the part of the defendants, their agents, servants and/or employees and without any lack of care or negligence of the plaintiff in any way contributing thereto.

36.     That at all the times herein mentioned, the defendants, their agents, servants and/or employees failed to provide, equip and maintain approved safety devices in the aforementioned premises and they were further reckless, careless and negligent in that the said defendants their agents, servants and/or employees failed to provide a safe place and means to perform the work which the plaintiff was engaged to perform.

37.     That the defendants, their agents, servants and/or employees knew or should have know, in the exercise of reasonable care, the inherent danger in the aforesaid safety device and knew or should have known the purpose for which the safety devices were intended and further knew or should have known the danger and hazard to those using same and engaged thereon.

38.     That the aforesaid roof/premises was in a defective condition thereby creating the aforementioned danger of which the defendants, their agents, servants and/or employees had knowledge.

39.     That it was the duty of the defendants, their agents, servants and/or employees by reason of the inherently dangerous nature of the said roof/premises to maintain and control and inspect and repair said roof/premises in a reasonably safe and proper manner so as not to endanger the life and limb of those persons lawfully using same.

40.     That on 7/19/2017, and for a period of time prior thereto, there existed a dangerous, defective and unsafe condition upon the aforesaid premises and/or construction site.

41.    That the defendants, their agents, servants and/or employees were negligent and careless in that they failed to provide proper protection and equipment and maintain safety devices at the aforementioned premises; in suffering, causing and/or permitting and allowing the aforementioned premises to include its aforesaid building structure to be altered, erected, repaired, demolished and/or otherwise constructed without providing the proper means to conform with the requirements of the Labor Law of the State of New York; in failing and/or failing to properly provide safe and/or adequate safety devices and/or equipment for the plaintiff's use as provided for by the statutes, ordinances, rules and regulations and codes, in suffering permitting and/or allowing the aforementioned roof and surrounding construction area to be and remain in a dangerous, defective and otherwise negligent and careless condition, in failing to and/or failing to properly equip the aforementioned roof and surrounding construction area and/or portions thereof with proper and/or suitable safety rails and/or other safety equipment pursuant to the applicable sections of the laws of the State of New York, in failing to provide railings, guards, lights, nets, toe board covers, and/or other safety and protective devices; in failing and/or failing to properly and timely supply and/or otherwise furnish guardrails, lights, toe cover boards and/or other safety equipment absent from defects; in suffering, permitting and/or allowing and causing the unprotected hole in said roof to remain without the safe and adequate supervision and/or direction as required by the statutes, ordinances, rules and regulations and codes of the State of New York; in negligently failing to hire and/or otherwise provide proper and/or suitable personnel for the circumstances then and there existing upon defendants premises and/or construction site; in suffering, permitting, and/or allowing the aforesaid roof and/or construction site to be and/or remain in a defective, dangerous and negligent condition; in negligently and/or improperly directing, supervising and/or otherwise failing to properly oversee the aforesaid work on defendant's premises and/or construction site; all which the

defendant, their agents, servants and/or employees knew or in the exercise of reasonable care should have known; in negligently and/or carelessly constructing, placing, building and/or erecting the aforementioned rood and construction site; in failing and/or failing to properly train, supervising and/or otherwise directing the work required to be performed upon defendants aforementioned premises; in suffering, permitting and/or allowing sub-contractors and/or workmen to use said roof without proper or adequate inspection as to the maintenance, care, control and use of the aforesaid roof and/or construction site; in suffering, permitting and allowing said roof to be maintained in an improper, unsafe, illegal and/or otherwise dangerous, careless and reckless manner; in suffering, permitting and allowing said roof to be constructed, maintained and/or used in violation of the statutes, rules, codes and/or ordinances made and provided therefor; in negligently and/or carelessly removing the aforesaid safety equipment; in failing and/or failing to top properly warn and/or apprise of the dangerous conditions; in failing and/or failing to post signs, rope and/or otherwise cordon the aforementioned dangerous and hazardous condition; in being negligent and careless in the ownership, operation, maintenance and/or control of the defendants premises to include the aforesaid roof and surrounding construction site; in failing to properly and/or adequately construct and/or inspect said roofing; in failing to properly and/or adequately maintain and repair said roofing; in suffering, causing and/or permitting defendant's aforementioned premises to include the aforesaid scaffolding to be and/or remain in a dirty, filthy and/or debris-ridden condition to include suffering, causing and/or permitting certain equipment and/or material to be and/or remain in a dangerous and/or hazardous location upon defendant's aforesaid roof and surrounding construction site so as to create a hazardous and dangerous conation for the aforementioned workers to include this plaintiff. Plaintiff further claims that the aforementioned condition constituted a nuisance; in negligently and/or carelessly building, constructing and/or otherwise assembling and/or

maintaining the aforementioned roof; in improperly and inadequately maintaining and repairing said roof and/or surrounding construction sites all of which existed for a long and unreasonable period of time then and there existing and in otherwise being negligent, careless and reckless in the premises all in the violation of the statutes, laws, rules, codes, regulations made and provided therefor and in being generally reckless and negligent in the premises. Plaintiff further relies upon the doctrine of Res Ipsa Loquitur.

42.     That this action falls within one or more of the exceptions set forth in CPLR 1602.

43.     Both actual and constructive notice are claimed. Actual notice in that the defendants, their agents, servants and/or employees had actual knowledge and/or created the complained of condition; constructive notice in that the condition existed for a long and unreasonable period of time.

44.     That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage, both compensatory and exemplary in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court.

### AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF      – LABOR LAW §200

45.     Plaintiff repeats and re-alleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

46.     Under §200 of the Labor Law of the State of New York, the defendants had a duty to protect the health and safety of the plaintiff.

47. Under §200 of the Labor Law of the State of New York, the defendants had a duty to construct, equip, arrange, operate and conduct all places to which the Labor Law applies in a way that provides reasonable and adequate protection to the lives, health and safety of all persons employed therein or lawfully frequenting.

48. Under §200 of the Labor Law of the State of New York, the defendants had a duty to place, operate, guard and light all machinery, equipment and devices at all places to which the Labor Law applies in a way that provides reasonable and adequate protection to all persons.

49. The defendants violated §200 of the Labor of the State of New York.

50. The aforesaid violation of §200 of the Labor Law of the State of New York was a proximate cause of the injuries, pain, suffering, the loss of enjoyment of life, and other adverse consequences that the plaintiff has sustained or will sustain.

51. The defendants are liable to the plaintiff pursuant to §200 of the Labor Law of the State of New York.

52. That as a result of the defendants' negligence and the violations of the Labor Law as aforesaid, the plaintiff has been damaged in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

AS AND FOR A THIRD CAUSE OF ACTION ON BEHALF
OF PLAINTIFF              – LABOR LAW §240(1)

53. Plaintiffs repeat and re-allege each and every allegation contained in the preceding paragraphs as if fully set forth herein.

54. Under §240 of the Labor Law of the State of New York, the defendants had a duty to furnish, erect scaffolding, hoists, stays, ladders, slings, hangers, blocks, pulleys, braces, irons, ropes and other devices so constructed, placed and operated to give proper protection to plaintiff.

55. The defendants violated §240(1) of the Labor Law of the State of New York.

56.    The aforesaid violation of §240(1) of the Labor Law of the State of New York was a proximate cause of the injuries, pain, suffering, the loss of enjoyment of life, and other adverse consequences that the plaintiff has sustained or will sustain.

57.    The defendants are liable to the plaintiff pursuant to §240(1) of the Labor Law of the State of New York.

58.    That as a result of defendants' negligence and the violations of the Labor Law as aforesaid, this plaintiff has been damaged in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

AS AND FOR A FOURTH CAUSE OF ACTION
ON BEHALF OF PLAINTIFF ▮▮▮▮▮▮▮ – LABOR LAW §241

59.    Plaintiffs repeat and re-allege each and every allegation contained in the preceding paragraphs as if fully set forth herein.

60.    Under §241 of the Labor Law of the State of New York, the defendants had a duty to construct, shore, equip, guard, arrange, operate and conduct all areas in which construction, excavation or demolition work is being performed to provide reasonable and adequate protection and safety to the persons employed therein or lawfully frequenting such places.

61.    The defendants violated §241 of the Labor Law of the State of New York.

62.    The aforesaid violation of §241 of the Labor Law of the State of New York was a proximate cause of the injuries, pain, suffering, the loss of enjoyment of life, and other adverse consequences that the plaintiff has sustained or will sustain.

63.    The defendants are liable to the plaintiff pursuant to §241 of the Labor Law of the State of New York.

64.    That by reason of the foregoing and the negligence of the defendants, the plaintiff was severely injured, bruised, wounded, suffered, still suffers and will continue to suffer for the rest of his life great physical pain and great bodily and mental injuries and

·became sick, sore, lame and disabled and so remained for a considerable length of time.

65.    That by reason of the foregoing, the plaintiff was compelled to and did necessarily require medical aid and attention, and did necessarily pay and become liable therefore, for medicines and upon information and belief, the plaintiff will necessarily incur similar expenses.

66.    That by reason of the foregoing and the negligence of the said defendants, this plaintiff has been unable to attend to his usual occupation and vocation in the manner required and has incurred out of pocket expenses, loss of earnings and other related expenses and may, in the future, incur further expenses due to recklessness and/or negligence of the defendants herein.

67.    That by reason of the foregoing and the negligence of said defendants, this plaintiff is informed and verily believes, his aforesaid injuries are permanent and he will permanently suffer from the effects of the aforesaid injuries and he will be caused to suffer permanent embarrassment and continuous pain and suffering.

68.    This action falls within one of the exemptions enumerated in CPLR Section 1602.

69.    That as a result of the defendants' negligence and violations of the Labor Law as aforesaid, this plaintiff has been damaged in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

AS AND FOR A FIFTH CAUSE OF ACTION ON BEHALF
OF PLAINTIFF ▮▮▮▮▮▮▮▮ – LABOR LAW §241(6)

70.    Plaintiff repeat, reiterate and re-allege each and every allegation contained in the preceding paragraphs as if fully set forth herein.

71.    Under §241(6) of the Labor Law of the State of New York, the defendants had a duty to construct, shore, equip, guard, arrange, operate and conduct all areas in which construction, excavation or demolition work is being performed to provide reasonable and

adequate protection and safety to the persons employed therein or lawfully frequenting such places.

72. That at all times hereinafter mentioned, the plaintiff was entitled to proper protection under the Industrial Code of the State of New York.

73. The defendants have violated sections of the Industrial Code.

74. That at all times hereinafter mentioned, the defendants violated Industrial Code §23-1.7 (d); 23-1.21(b)(1); 23-1.21(b)(3); 23-1.21(3)(i); 23-1.21(3)(ii); 23-1.21(3)(iii); 23-1.21(3)(iv); 23-1.21(b)(4)(i);(ii);(iii);(iv);(v); in that defendants failed to provide the plaintiff with safe flooring, passageway, walkways, scaffolding, platforms or other elevated working surface free from slippery conditions; 23-1.7(e) in that the defendants failed to provide the plaintiff with safe passageways free from debris and dirt and from any other obstructions which would cause tripping; § 23-1.7(e)(2) in that the defendants failed to provide the plaintiff with safe passageway, floors platforms or other similar areas where persons work free from greasy conditions.

75. That as a result of the defendants' violation of the various sections of the New York State Industrial Code on 7/19/2017, plaintiff was caused to sustain serious, permanent and grave personal injuries, pain and suffering, was totally incapacitated and totally disabled from performing and attending his usual duties and was compelled to expend diverse sums of money for his medical care, treatment and attention, and for medication, with further sums of money anticipated in the future.

76. That as a result of the aforesaid the plaintiff was caused to sustain serious, painful and permanent injuries to his body, health, organs, nerves and nervous system and has and will continue to lose time from his usual vocation and avocations; has spent and will continue to spend large sums of money in endeavoring to cure himself of said injuries; has been, as he is informed and verily believes permanently crippled, maimed and injured; in all

to his damage both compensatory and exemplary, in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court.

77.     That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage, both compensatory and exemplary in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

78.     WHEREFORE, plaintiff demands judgment, both compensatory and exemplary, against the defendants in the FIRST cause of action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court; plaintiff demands judgment, both compensatory and exemplary, against the defendants in the SECOND cause of action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court; plaintiff demands judgment both compensatory and exemplary, against the defendants in the THIRD cause of action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court; plaintiff demands judgment, both compensatory and exemplary, against the defendants in the FOURTH cause of action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court; plaintiff demands judgment, both compensatory and exemplary, against the defendants in the FIFTH cause of action in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court, together with the costs and disbursements of this action.

Dated: New York, New York
August 15, 2017

ROBERT J. EISEN, ESQ.
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 25822

STATE OF NEW YORK

COUNTY OF NEW YORK ss.:

I, the undersigned, an attorney admitted to practice in the courts of New York State, state under penalty of perjury that I am one of the attorneys for the plaintiff(s) in the within action; I have read the foregoing **SUMMONS AND COMPLAINT** and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true. The reason this verification is made by me and not by my client(s), is that my client(s) are not presently in the County where I maintain my offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigations conducted by my office.

Dated: New York, New York
   August 15, 2017

                **ROBERT J. EISEN, ESQ.**

Index No:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
================================

███████████

                        Plaintiff,

-against-

████████████████████████████

                        Defendants.

================================

## SUMMONS AND VERIFIED COMPLAINT

================================

**SUBIN ASSOCIATES LLP**
Attorneys for Plaintiff
Office and Post Office Address, Telephone
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
File No.: 25822

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

-----------------------------------x

▮▮▮▮▮▮▮

Plaintiff/Petitioner,

-against-                                                    Index No. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

Defendant/Respondent.

-----------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION SUBJECT
## TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

**Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

**Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in efiling.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 09/12/2017

_____
Signature

HERBERT S SUBIN
_____
Name

_____
Firm Name

150 Broadway, 23rd Floor
_____
Address

New York, NY 10038
_____
City, State, and Zip

212-285-3800
_____
Phone

hs@subinlaw.com
_____
E-Mail

To:     _____

        _____

        _____

9/3/15


**Subin Associates, LLP**
New York's Premier Personal Injury Law Firm, Since 1954

RECEIVED MAY 3 1 201?

May 28, 2019

Gold Benes, LLP
1666 Newbridge Rd.
Second Floor
Bellmore, NY 11710

Re:     ███████████████████████

Supreme Court - Kings County
Index No.: ████████
Our File No. ████

Dear Counselor:

Enclosed is Plaintiff's Verified Bill of Particulars, Response to Defendant's Combined Demands and Notice of Availability with regards to the above referenced matter.

Kindly mark your file accordingly.

Very truly yours,

Nora Stamoulis
Litigation Paralegal

/ns
Enclosures

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X

█████████████                                    NOTICE OF
                                                 AVAILABILITY
                    Plaintiff,
                                                 Index No.: ████████████
        -against-

███████████████████████████████████████

                    Defendants.
-----------------------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE, that pursuant to the Special Rules of the Court, the Plaintiff
may be examined at the office of the undersigned on the 28th day of June, 2019, at 2:00 o'clock.
Enclosed please find the following:

1. Verified Bill of Particulars

2. Hospital reports of Wyckoff Heights Medical Center (ED);

3. Medical reports of All Boro Medical Rehabilitation / Dr. Felix Karafin;

4. Medical reports of Kolb Radiology;

5. Medical reports of Spine Care NYC Orthopedics/ Michael Gerling, M.D./Dr. Joseph
   Pyun;

6. Medical reports of NY Sports and Joints Orthopaedic/Dr. Dimitrios Kostopoulos;

7. Authorizations for:

   a. Wyckoff Heights Medical Center (ED).

   b. All Boro Medical Rehabilitation

   c. Dr. Felix Karafin

   d. Kolb Radiology

   e. Michael Gerling, M.D.

   f. Spine Care NYC Orthopedics

1

g.  Dr. Joseph Pyun

h.  NY Sports and Joints Orthopaedic

i.  Dr. Dimitrios Kostopoulos

j.  Dr. Shawn Turner

Dated: New York, New York
    May 28, 2019

Yours, etc.

BY: PETER J. ANDREWS
This NOTICE OF AVAILABILITY, VERIFIED
BILL OF PARTICULARS and COMBINED
RESPONSE TO DISCOVERY AND
INSPECTION and the papers on which they are
based, are certified pursuant to Section 130-1.1-a of
the rules of the Chief Administrator (22NYCRR)
SUBIN ASSOCIATES, LLP
Attorney for Plaintiff
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

**TO:**

**GOLD BENES LLP**
Attorneys for Defendant
███████████████

1854 Bellmore Avenue
Bellmore, New York 11710
(516) 512-6333
File #: RH667.17

2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
--------------------------------------------------------------------X

███████████                              VERIFIED BILL OF
                                         PARTICULARS

                    Plaintiff(s),

         -against-                       Index No.: ███████████

███████████████████████████

                    Defendant(s).
--------------------------------------------------------------------X

Plaintiff, as and for his Bill of Particulars, in response to the demands of defendant ███

███████████ by his attorney, upon information and belief, respectfully allege(s):

1. Plaintiff's full name: ███████████

2. Date of birth: ███████████

3. Social security number to be provided. Plaintiff will provide his social security number
   off the record at his deposition or you can call Plaintiff's attorney to obtain it sooner.

4. (a)-(b) Plaintiff presently resides at ███████████████████████████
   ██████ and same at the time of events which are the subject of the Complaint.

5. The incident occurred on July 19, 2017, at approximately 10:00 A.M.

6. The incident occurred on the premises located at 191 Wilson Avenue, Brooklyn, New
   York.

7. That the defendants, their agents, servants and/or employees were negligent and careless
   in that they failed to provide proper protection and equipment and maintain safety
   devices at the aforementioned premises; in suffering, causing and/or permitting and
   allowing the aforementioned premises to include the aforesaid building structure to be
   altered, erected, repaired, demolished and/or otherwise constructed without providing the
   proper means to conform with the requirements of the New York Labor Law; in failing to

3

properly provide safe and/or adequate safety devices and/or equipment for the Plaintiff's use as provided for by the statutes, ordinances, rules and regulations and codes, in suffering permitting and/or allowing the aforementioned roof and surrounding construction area to be and remain in a dangerous, defective and otherwise negligent and careless condition, in failing to and/or failing to properly equip the aforementioned roof and surrounding construction area and/or portions thereof with proper and/or suitable safety rails and/or other safety equipment pursuant to the applicable sections of the laws of the State of New York, in failing to provide railings, guards, lights, nets, toe board covers, and/or other safety and protective devices; in failing and/or failing to properly and timely supply and/or otherwise furnish guardrails, lights, toe cover boards and/or other safety equipment absent from defects; in suffering, permitting and/or allowing and causing the unprotected hole in said roof to remain without the safe and adequate supervision and/or direction as required by the statutes, ordinances, rules and regulations and codes of the State of New York; in negligently failing to hire and/or otherwise provide proper and/or suitable personnel for the circumstances then and there existing upon defendants' premises and/or construction site; in suffering, permitting, and/or allowing the aforesaid roof and/or construction site to be and/or remain in a defective, dangerous and negligent condition; in negligently and/or improperly directing, supervising and/or otherwise failing to properly oversee the aforesaid work on defendants' premises and/or construction site; all which the defendants, their agents, servants and/or employees knew or in the exercise of reasonable care should have known; in negligently and/or carelessly constructing, placing, building and/or erecting the aforementioned roof and construction site; in failing and/or failing to properly train, supervise and/or otherwise direct the work required to be performed upon the aforementioned premises; in suffering, permitting and/or allowing subcontractors and/or workmen to use said roof without proper or adequate inspection as to the maintenance, care, control and use of the aforesaid roof and/or construction site; in suffering,

permitting and allowing said roof to be maintained in an improper, unsafe, illegal and/or otherwise dangerous, careless and reckless manner; in suffering, permitting and allowing said roof to be constructed, maintained and/or used in violation of the statutes, rules, codes and/or ordinances made and provided therefor; in negligently and/or carelessly removing the aforesaid safety equipment; in failing and/or failing to top properly warn and/or apprise of the dangerous conditions; in failing and/or failing to post signs, rope off and/or otherwise cordon off the aforementioned dangerous and hazardous condition; in being negligent and careless in the ownership, operation, maintenance and/or control of the subject premises to include the aforesaid roof and surrounding construction site; in failing to properly and/or adequately construct and/or inspect said roofing; in failing to properly and/or adequately maintain and repair said roofing; in suffering, causing and/or permitting the aforementioned premises to include the aforesaid scaffolding to be and/or remain in a dirty, filthy and/or debris-ridden condition to include suffering, causing and/or permitting certain equipment and/or material to be and/or remain in a dangerous and/or hazardous location upon aforesaid roof and surrounding construction site so as to create a hazardous and dangerous condition for the aforementioned workers including the Plaintiff. Plaintiff further claims that the aforementioned condition constituted a nuisance; in negligently and/or carelessly building, constructing and/or otherwise assembling and/or maintaining the aforementioned roof; in improperly and inadequately maintaining and repairing said roof and/or surrounding construction sites all of which existed for a long and unreasonable period of time then and there existing and in otherwise being negligent, careless and reckless in the premises all in the violation of the statutes, laws, rules, codes, regulations made and provided therefor and in being generally reckless and negligent in the premises. Plaintiff further relies upon the doctrine of Res Ipsa Loquitur.

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendants at the trial of this matter,

including but not limited to New York State Labor Law §§ 200, 240(1), and 241(6) and New York State Industrial Code §§ 23-1.7 (slipping hazards); 23-1.19 (catch platforms); 23-1.21 (ladders and ladderways); 23-2.6 (catch platforms); 23-3.3 (demolition work); 23-1.20 (chutes); 23-2.1 (maintenance and housekeeping); and, 23-6.3 (material platform/bucket hoists). The Plaintiff reserves the right to allege additional violations as may become apparent based on the evidence adduced at trial.

9. Vicarious liability: Improper demand, evidentiary in nature.

10. Date and time: See # 5.

Place: See # 6.

11-12. Dangerous and defective condition: Improper demand, evidentiary in nature.

13. Actual notice is claimed. Actual notice in that the defendants, their agents, servants and/or employees created and/or had actual knowledge of the complained of condition.

(a)-(e) Improper demand, evidentiary in nature.

14. Copy of actual notice: Improper demand, evidentiary in nature.

15. If actual notice was oral: Improper demand, evidentiary in nature.

16. Constructive notice is claimed. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances.

Duration: Improper demand, evidentiary in nature.

17. The following injuries were caused, aggravated, accelerated, precipitated and/ or enhanced as a result of the defendants' negligence:

**CERVICAL SPINE:**

- Posterior disc bulge at C3-C4 impinging upon the thecal sac;
- Posterior disc bulge at C5-C6 impinging upon the thecal sac;
- Radiating pain/numbness and paraesthesias to right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left wrist, left hand and left fingers;
- Radiculopathy;

**LUMBOSACRAL SPINE**:

- Marrow edema in S4 as well as the 1st coccygeal segment indicating nondisplaced fractures;

- Central to left foraminal disc herniation at L5-S1 impinging upon the anterior epidural fat and narrowing the interior aspect of the left-sided neural foramen;

- Non-displaced fractures at S4 and the 1st coccygeal segment;

- Labrum tears;

- Radiculopathy;

- Radiating pain including numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot;

- Weakness of the lower extremities bilaterally;

- Need for back brace;

- Restriction of motion

as a result of the foregoing the Plaintiff suffers from severe pain, swelling and tenderness of the lumbosacral spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**LEFT HIP**:

- Partial tear of the ischial femoral ligament;

- Partial tear of the insertion of the gluteus medius and minimus tendons;

as a result of the foregoing the Plaintiff suffers from severe pain, swelling and tenderness of the left hip resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood

vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**RIGHT HIP**:

- Tear of the insertions of the gluteus minimus and medius tendons;

- Tear of the posterior medial femoral acetabular labrum;

as a result of the foregoing the Plaintiff suffers from severe pain, swelling and tenderness of the right hip resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**HEAD/FACE**:

- Nasal septal deviation to the left Empty Sella;

- 1.7 centimeter left maxillary polyp or retention cyst;

- Diffuse cerebral atrophy;

- Contusion;

- Blurry vision;

as a result of the foregoing the Plaintiff suffers from severe pain, swelling and tenderness of the head/face resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**OTHER**:

- Bilateral leg injuries

- Headaches;

- Difficulty in sleeping;

- Neck pain;

- Incontinence.

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments, nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the Plaintiff suffered, still suffers and may permanently

suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the Plaintiff suffered a severe shock to his nervous system;

The foregoing injuries impaired the general health of the Plaintiff; the Plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The Plaintiff may permanently suffer from the aforesaid injuries and from its effects upon his nervous system and may limit his activities in his employment and his life. Plaintiff may be restricted in his normal life and activities and may permanently require medical and neurological care and attention.

All injuries listed are believed to be permanent at this time.

18-19. Pre-existing injury or illness: Plaintiff objects to this demand as it is evidentiary in nature.

20. (a) Plaintiff was totally disabled for approximately one month to date and continuing intermittently thereafter.

(b) Plaintiff remains partially disabled to date.

21. Plaintiff was confined as follows:

(a) Hospital: Plaintiff was confined to Wyckoff Heights Medical Center at 374 Stockholm Street, Brooklyn, New York 11237 on 07/20/2017.

(b) Bed: For approximately two weeks to date and continuing intermittently thereafter.

(c) Home: Remains confined to home intermittently to date.

22. (a)-(b) Employer name and address: Self-employed.

23. Self-employment name and address: To be provided, if applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

(a) Loss of earnings: To be provided, if applicable.

(b) Impairment of future earning capacity: To be provided, if applicable.

(c) Physician expenses: Approximately $25,000.00 and continuing.

(d) Physical therapist expenses: Included in 24 '(c)' and '(e)'.

(e) Hospital expenses: Approximately $10,000.00 and continuing.

(f) Nurses' and/or home health care aide expenses: Included in 24 '(c)' and '(e)'.

(g) Prescription medication expenses: Included in 24 '(c)' and '(e)'.

(h) Other special damages: To be provided, if applicable.

25. C.P.L.R. 4545(c): See plaintiff's Combined Response to Discovery and Inspection. The amounts and dates of payment are contained in the carrier's file.

Dated: New York, New York
May 24, 2019

Yours, etc.

BY: PETER J. ANDREWS
SUBIN ASSOCIATES, LLP
Attorney for Plaintiff
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

TO:
**GOLD BENES LLP**
Attorneys for Defendant

1854 Bellmore Avenue
Bellmore, New York 11710
(516) 512-6333
File #: RH667.17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X

███████████████████

                              Plaintiff(s),

       -against-

███████████████████████████████

                              Defendant(s).
-------------------------------------------------------------------X

COMBINED RESPONSE
TO DISCOVERY AND
INSPECTION

Index No.: █████████

S I R S:

   Plaintiff, as and for his response to discovery and inspection, by his attorneys, upon information and belief, respectfully allege(s):

1. Witnesses: Jose Melvin Padilla (929) 331-4293; Address: To be provided.

2. 3101(d): Please be advised that Plaintiff has not yet retained the services of an expert witness for the purpose of providing testimony at the time of trial. Plaintiff will advise the Defendants of the retention of such an expert in accordance with CPLR§3101(d)(i) and the applicable case law. Plaintiff by this response, in no way waive their right to retain said expert and adduce their testimony at trial.

3. Reports concerning medical history, examination, diagnosis, testing treatment and prognosis: See Notice of Availability for copies annexed herewith.

4. Photographs showing the Plaintiff(s) injuries, the site of the incident: Plaintiff is not in possession of any photographs at this time. Plaintiff reserves the right to supplement her response after Plaintiff's and/or Defendants' depositions are taken.

5. Copies of all pleadings, discovery demands and responses: Copies of all motions,

opposition papers and reply papers in connection with same can be obtained directly by the defendant through NYSCEF - New York State Courts Electronic Filing system.

6. Copies of checks, bills and records evidencing claimed special damages and collateral source reimbursement: To be provided upon receipt.

7. Copies of the transcripts from any hearing: Plaintiff is not in possession of any transcripts at this time.

8. Medical/Authorization: See Plaintiff's Notice of Availability for authorizations annexed herewith.

9. Federal Income tax: To be provided, if applicable.

10. Employment/Tax Authorization: Not applicable/To be provided, if applicable.

11. Records of the Social Security Administration: Plaintiff is not currently a recipient of Social Security Benefits for the subject incident.

12. Statements: None in Plaintiff's possession.

13. Copies of all photographs and/or films and/or videos and/or other images: See response to "4".

14. 4545: To be provided, if applicable.

15. Medicare/Medicaid: Plaintiff is not a recipient of Medicare benefits/Please see above response "14".

DATED: New York, New York
May 28, 2019

Yours, etc.

BY: PETER J. ANDREWS
SUBIN ASSOCIATES, LLP
Attorney for Plaintiff
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

TO:

**GOLD BENES LLP**
Attorneys for Defendant
████████████████

1854 Bellmore Avenue
Bellmore, New York 11710
(516) 512-6333
File #: RH667.17

# POWER OF ATTORNEY

## To Execute HIPAA Medical Record Authorization Forms Pursuant To NY Public Health Law §18(1(g) As Amended 10/26/04.

I, ████████████████████ residing at ████████████████████

do hereby appoint my attorney:
SUBIN ASSOCIATES, LLP (MARIE DONADIO, JOSE HERNANDEZ, ANA GONZALEZ and JAIME CASTILLO) with offices at 150 Broadway, 23rd Floor, New York, New York 10038, my attorneys-in-fact to act (each agent may act separately) in my name; place and stead in any way which I myself could do, if I were personally present to execute HIPAA medical record authorization forms pursuant to NY Public Health Law §18(1)g) as amended 10/26/04. This Power of Attorney may be revoked by me at any time. This Power of Attorney shall not be affected by my subsequent disability or incompetence.

This power of attorney expressly and unconditionally waives any doctor/patient privilege; and/or any expectation of privacy with regard to medical reports and/or records obtained in the prosecution or defense of my personal injury litigation, whether from my medical providers and/or reports generated from or on behalf of physicians retained by or on behalf of defendants or insurance companies, whether or not the reports and/or records are in the public domain. I expressly consent to the use and/or disclosure of these reports and/or records in the furtherance of my litigation and/or for the benefit of other litigants."

To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party by reason of such third party having relied on the provisions of this instrument.

In Witness Whereof, I have hereunto signed my name this 7 day of August, ~~2014~~ 2017

X ████████████████████

STATE OF NEW YORK
COUNTY OF : New York

On this 7 day of August, 2017 ~~2014~~, before me personally appeared

████████████████████ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person who acted on behalf of the individual, execute the instrument and that such individual made such appearance before the undersigned at 150 Broadway 23 fl., New York.

X ████████

LUIS F DELEON
Notary Public, State of New York
No. 01DE6281884
Qualified in Kings County
Commission Expires October 21, 2017

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *02/04/2019*
**Name:** ███████
**Date of Birth:** ███████████

**History of Present Illness:** This is a followup for this gentleman who is still complaining of neck pain and back pain. He states the back pain is progressively getting worse with numbness down his legs. The patient states that he saw Dr. Gerling in the past who is his spine surgeon.

**Physical Examination:**

**Cervical spine**-the patient has limited range of motion of the cervical spine. Flexion 35 degrees, extension 30 degrees, and lateral flexion 40/40 degrees. There are triggers in the upper trapezius, serratus posterior, and rhomboid. The patient still gets persistent headaches.

**Thoracic spine**-he has pain on the iliocostalis thoracis.

**Lumbar spine**-limited range of motion of lumbar spine at 55/90 degrees, extension 15/25 degrees. Pain along the quadratus lumborum.

**Lower extremities**-paresthesias down the leg. Pain along bilateral sciatic notches. Breakthrough weakness of the iliopsoas at 4/5.

The patient states that he has not been working since the time of the accident. He states that he did not realize he had it coming on a monthly basis. He thought he was going to be following up with Dr. Gerling and there was no follow through.

**Recommendations:** The patient is to follow up with Dr. Gerling to see what treatment plan is necessary. The patient, at this point, is still totally disabled.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| | | **NY Sports and Joints Orthopaedic Sp** | NOTE TYPE | SOAP Note |
| DOB | 01/11/1981 | T  (212) 588-1919 | SEEN BY | Luke Carey Physician Assistant |
| AGE | 36 yrs | F  (877) 992-0798 | | |
| SEX | Male | 110 Duane St | DATE | 10/18/2017 |
| PRN | | Grd Fl | AGE AT DOS | 36 yrs |
| | | New York City, NY 10007 | Not signed | |

## Subjective

This is a 36-year-old male presenting for initial evaluation of his right hip and lower back. The patient stated he was injured in a work-related injury on July 19, 2017 while working on a ladder when it collapsed in half. Prior to the accident in question, the patient had no complaints of pain within the affected extremities. For the hip, the patient states his pain is located in the lateral aspect of the hip he has difficulties with prolonged standing and walking, as well as sitting and squatting. He denies having any pain within the groin. For the lumbar spine, the patient states she has an intermittent numbness and tingling running down the posterior aspect of bilateral legs. He also complains of muscle spasms down the anterior aspect of both legs The patient also complains of decreased bladder and bowel tone when going to the bathroom. He states his pain at a 6-7 out of 10 on a 10 point pain scale. The patient has been in physical therapy with minimal improvement.

Past Medical History: Denies

Past Surgical History: Denies

Current Medications:

Allergies: NKDA

Family History: Non-contributory

Review of systems: Negative except for lumbar spine and right hip pain

Chief complaint: Lumbar spine and right hip pain

## Objective

Physical Examination: Well developed, well nourished male in no acute distress, oriented to person,place, and time. Vital signs stable. Slightly antalgic gait on the right gait .

Lumbar spine: No erythema ecchymosis or swelling noted.  Pain to palpation over the spinous process.  Tenderness over bilateral paraspinal musculature.  Tenderness over the SI joint bilaterally and the posterior gluteal region.  Range of motion flexion 60 extension 15, rotation and side bending equal bilaterally.  Negative straight leg test bilaterally. Strength testing in the lower extremities 4 out of 5 bilaterally.  No sensory deficits distally, patient is able to perform heel and toe walking

Right hip: No erythema or ecchymosis noted, range of motion 95° external rotation 65, internal rotation 25  end range of motion elicits pain in the posterior aspect of the hip with the normal being 120°, 80° and 40°

MRI of the right hip dated September 12, 2017 demonstrates a tear of the gluteus minimus and medius tendons, tear of the posterior medial femoral acetabulum labrum

MRI of the lumbar spine dated August 28, 2017 demonstrates L5-S1, small central to left foraminal disc herniation impinging upon the anterior epidural fat narrowing the inferior aspect of the left sided neural foramen

## Assessment

Right hip posterior labral tear traumatic in origin

Lumbar spine with bilateral radiculopathy with loss of bladder and bowel tones

## Plan

36-year-old male with right hip posterior labral tear traumatic in origin and lumbar radiculopathy bilaterally with bowel and bladder decreased tone. Dr. McCulloch was present for the evaluation and physical exam this patient. For the lumbar spine, we recommend the patient follow-up with Dr. Kevin Weiner for further evaluation of the spine. Our office expedited the process of getting the patient an appointment and notified Dr. Weiner's office of the patient's symptoms. The patient will follow up for that hip after he receives treatment for his lower back because he could be having over lapping symptoms. The patient will follow up in 6-8 weeks for reevaluation of the right hip

practice fusion

**PROGRESS NOTE**

| Patient First Name: | Patient Last Name: | Date of Birth: | Sex: |
|---|---|---|---|
| ▅▅▅▅▅▅▅▅ | ▅▅▅▅▅▅ | ▅▅▅▅▅ | Male |
| **Attending Provider:** | **Referring Provider:** | **Visit Date:** | **Chart No.:** |
| Joseph Pyun, M.D. | | 05-25-2018 | ▅▅▅▅ |
| **Appointment Location:** | **Appointment Location Address:** | | |
| Manhattan | 110 Duane St., New York NY 10007 - 0000 | | |

Reason For Visit: 2 month follow up to emg lower

**Mechanism of Injury/Nature of Illness:**
Fall from a height at work on 7/19/2017. Injury to neck and back.
No Known Surgical History

**History of Present Illness:**
*Follow up consultation*
Alexis presents today with neck disorder and with low back disorder. *His symptoms have worsened since his last examination.* He denies any bowel or bladder issues. He reports no changes in his balance since the last visit.
Alexis is unable to work and requires assistance with activities of daily living including bathing/grooming/dressing and lifting, and similar tasks, for which he now relies on 'spouse.' He cannot walk 1 block.

**Neck Specific Findings:**
The neck pain is rated 7/10.
The patient has radiating pain to the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
The radicular pain is rated 6/10.
They report numbness/paraesthesias in the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left wrist, left hand and left fingers.
They have noticed weakness of their right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
They are experiencing frequent occipital headaches.
They report clumsiness of the hands.
They report worsening of balance .

**Back Specific Findings:**
The back pain is rated 8/10.
The patient has radiating pain to the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
The radicular pain is rated 8/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
They have weakness of the lower extremities bilaterally.
They cannot walk more than <1 block(s) without pain.

Page 1

They cannot stand more than 8 minute(s) without pain.
No change in position helps to relieve the pain.
Lifting and bending exacerbates the pain.

**Conservative management:**
They require the use of a back brace.

**Physical therapy** attempted: None since the last visit.

The patient denies a history of injections since the last visit.

**Medications include:** Tylenol.


**History of Present Illness 4/26/18**
*Follow up consultation*
Alexis presents today with neck disorder and with low back disorder. ***His symptoms have worsened since his last examination.*** He denies any bowel or bladder issues. He reports no changes in his balance since the last visit.
Alexis is unable to work and requires assistance with activities of daily living including bathing/grooming/dressing and lifting, and similar tasks, for which he now relies on 'Spouse.' He cannot walk 1 block.

**Neck Specific Findings:**
The neck pain is rated 7/10.
The patient has radiating pain to the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
The radicular pain is rated 6/10.
They report numbness/paraesthesias in the right wrist, right hand, right fingers, left wrist, left hand and left fingers.
They have noticed weakness of their right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
They are experiencing frequent occipital headaches.
They report clumsiness of the hands.
They report worsening of balance .

**Back Specific Findings:**
The back pain is rated 8/10.
The patient has radiating pain to the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
The radicular pain is rated 8/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
They have weakness of the lower extremities bilaterally.
They cannot walk more than <1 block(s) without pain.
They cannot stand more than 8 minute(s) without pain.
No change in position helps to relieve the pain.
Lifting and bending exacerbates the pain.

**Conservative management:**

██████████████████████

They require the use of a back brace.

**Physical therapy** attempted: neck and back.
Neck-specific physical therapy sessions: performed 2 day(s) per week
Back-specific physical therapy sessions: performed 2 day(s) per week

The patient has a history of **attempted injections.**
Back injections have been attempted 1 time(s) without relief.

**Medications include:** Tylenol.
Other medications include: Motrin

**Past Medical History**
No Known Past Medical History

**Surgical History**
No Known Surgical History

**Family History**
Non-contributory Family History.

**Current Medication**
No Known Current Medication

**Allergy**
PENICILLINS .

**Social History**
**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol. Smoking Status (MU) former smoker. Patient reports consuming caffeine or caffeinated drinks 1-2 cups a day. He has never used any illicit drugs.
**Work History:** He is unemployed at present.

**Physical Examination**
**General:** Patient is alert and oriented. They present sagittally balanced
*The patient has difficulty mounting the exam table.*
*The patient has difficulty with disrobing*
**Cervical Spine Exam:** The cervical spine has limited range of motion due to pain with tenderness to palpation and spasm noted .
*Spurling's sign: Positive bilaterally.*
*- ROM Flexion: 40 degrees. (Normal: 60 degrees)*
*- ROM Extension: 35 degrees. (Normal: 75 degrees)*
*- ROM Left lateral rotation: 55 degrees. (Normal: 80 degrees)*
*- ROM Right lateral rotation: 55 degrees. (Normal: 80 degrees)*

**Examination of the Thoracolumbar Spine:** *The thoracolumbar spine has limited range of motion due to pain with tenderness to palpation and spasm noted .*

*SI Joint tenderness: Positive bilaterally.*
*Straight leg raise: Positive bilaterally*
*- ROM Forward Flexion: 50 degrees. (Normal: 110 degrees)*
*- ROM Extension: Restricted degrees. (Normal: 25 degrees)*

**Gait/Balance:** *The patient displays an antalgic gait. The patient has difficulty balancing on one leg and heel/toe walking.*
**Romberg: Positive.**
**Musculoskeletal exam:** Both upper extremities were examined. There was no gross mal-alignment or deformity. *There is pain with shoulder abduction bilaterally. There is impingement of the shoulders bilaterally. Positivewrists bilaterally*
Both lower extremities were examined. There was no gross mal-alignment or deformity.
*Positive bilaterally Positivebilaterally Positivebilaterally*
**Neurology - Deep Tendon Reflexes:**
*Upper Extremities:*
*- Right biceps: 1+. Left biceps: 1+. Right triceps: 1+. Left triceps: 1+.* Right brachioradialis 2+. Left brachiradialis: 2+.
*Lower Extremities:*
*- Right patella: 3+. Left patella: 3+.* Right Achilles: 2+. *Left Achilles: 3+.*
**Motor:**
*Upper Extremities:*
*- Right deltoids: 4/5 Left deltoids: 4/5 Right biceps: 4/5 Left biceps: 4/5* Right wrist extension: 5/5 Left wrist extension: 5/5 Right triceps: 5/5 Left triceps: 5/5 *Right grip: 4/5* Left Grip: 5/5 Right IO: 5/5 Left IO: 5/5

*Lower Extremities:*
*- Right EHL: 4/5* Left EHL: 5/5 Right Tibialis Anterior: 5/5 Left Tibialis Anterior: 5/5 Right Plantar Flexion: 5/5 Left Plantar Flexion: 5/5
**Sensation::**
*Upper Extremities: Grossly intact to light touch in the C5-T1 dermatomes. Decreased sensation , in the bilateral, arm and hand*
*Lower Extremities: Grossly intact in the L3-S1 dermatomes. Decreased sensation , in the bilateral, L3 dermatome and S1 dermatome*


Radiology Reviewed:
**Order No: EXT0000719 Dated: 08-28-2017**

| Test | Result |
|------|--------|
| Magnetic Resonance Imaging | |
| MRI CSP | C3-4 and C5-6 bulges |
| MRI LSP | L5-S1 HNP with left foraminal stenosis |

Labs Reviewed:
**Order No: EXT0000207 Dated: 03-01-2018**

| Test | Result | Unit | Range |
|------|--------|------|-------|
| HL7ADHOC | | | |
| EMG - UE | Right C5 radiculopathy. Bilateral CTS. | | |

**Order No: EXT0000307 Dated: 04-26-2018**

| Test | Result | Unit | Range |
|------|--------|------|-------|
| HL7ADHOC | | | |
| EMG - LE | bilateral L5-S1 radiculopathy | | |

**Assessment and Plan**
**ICD: Cervical disc displacement (M50.20)**
**Assessment:** Cervical disk herniation
**Plan:** 1. Patient denied bracing
2. Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
3. The patient will continue to see pain management for regular follow-up appointments.
4. The importance of physical therapy and home exercises has been discussed with the patient, and they will continue to attend physical therapy for the neck.
5. Surgical Indications: None at this time.

**ICD: Lumbar disc herniation (M51.26)**
**Assessment:** Lumbar disk herniation
**Plan:** - Surgical Indications:

Lumbar Diskectomy. Annuloplasty was discussed as possible add-on as indicated.
Levels: Left L5-S1

We discussed the risks and benefits of surgery at length today, the goals for treatment, peri-operative care, short-term and long-term prognosis. After lengthy discussion, the patient expressed understanding of the following issues: Though the primary goal of decompression is relief of neurologic symptoms, there are no guarantees of symptom relief, and no guarantees of improved neurologic function; Some patients have new or worsening neurologic symptoms after surgery that can be permanent at times; There is a high likelihood that axial symptoms will continue or worsen after the procedure; Reoccurrence of herniation or stenosis may require repeat decompression or fusion; Intra-operative findings or events sometimes prompt a change in plans with inclusion or exclusion of levels, a modification of the procedure, including possibly fusion with instrumentation, at the same or different operative levels; When discography is performed, it can accelerate degeneration and has no guarantee of accurately defining symptomatic levels; With or without surgery, he has abnormalities in the spine that may require future surgery or treatment at the index levels or adjacent levels; The concept of fusion versus non-fusion and the indications for use of instrumentation and possible future associated interventions; And wound or medical complications intrinsic to all types of surgery. The patient expressed understanding of these risks and wants to proceed with the procedure, understanding that the plan may change peri-operatively or interoperatively as needed.

Requirements for Surgery: Medical Testing satisfactory to the Pre-operative Assessment Team

**Follow up:** postop
GT

Joseph Pyun, M.D.

■■■■■■■■■■■■

*This has been electronically signed by Joseph Pyun, M.D. on 05-25-2018.*

*This has been electronically signed by on 05-25-2018.*

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *03/19/2018*
**Name:** ████████

**History of Present Illness:** This is a gentleman, who still complains of bowel and bladder issues. The patient is still partially incontinent. Sometimes, he does not feel when he goes to the restroom. He still complains of pain in the lower back. I examined him. He does have questionably positive Babinski on the left side. He is slightly hyperreflexic on the left patella. The patient seems like was evaluated by spinal surgeon but L5-S1 disk herniation was not conclusive. He has seems like more of the upper motor neuron signs than of the cauda equina. Thoracic spine was not evaluated so I will refer him for MRI of the thoracic spine to check if he does not have conus medullaris issues and based on it, we will decide if surgery is immediately required.

**Plan:** The patient will continue with the physical therapy for now. I still will refer him for EMG of the upper and lower extremities because he still complains of significant cervicalgia. He will be followed for EMG within two weeks.

**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Neurodiagnostic Testing Report

| Patient: | | DOB: | | Date Of Service: | 3/1/2018 |
|---|---|---|---|---|---|
| Height: | 5' 0" | Sex: | Male | Ref Phys: | Michael Gerling, MD |
| Weight: | 140 lbs. | Skin Temp: | Deg Celcius | | |

**IMPRESSION: This is an abnormal study.**
**1. There is electrophysiologic evidence suggestive of chronic axonal pathology affecting C5 nerve root level on the left side.**
**2. There is also electrophysiologic evidence suggestive of a moderate sensorimotor demyelinating and axonal neuropathic process affecting the bilateral median nerves at or about the wrists (Carpal Tunnel).**
**3. There is electrophysiologic evidence suggestive of a mild sensory axonal neuropathic process affecting the right ulnar nerve at or about the wrist (Guyon's Canal).**

**REASON FOR REFERRAL:**
Patient was referred to our practice for electrophysiologic testing to rule out bilateral cervical radiculopathic process.

**CHIEF COMPLAINTS:**
Patient is a 37 year old Male who presents with neck pain numbness tingling radiating to the upper extremities. These symptoms have been present for several months.

**PAST MEDICAL AND SURGICAL HISTORY:**
Past medical history positive for diabetes type II.

**REVIEW OF PAST TESTING:**
MRI testing of the cervical spine revealed the following: Disc bulge at C5-C6

**REVIEW OF SYSTEMS:**
**General:** Negative for fever, chills, weight gain, weight loss, fatigue or lack of appetite.
**HEENT:** Negative for headache, dizziness or syncope.
**Respiratory:** Negative for shortness of breath or cough.
**Cardiovascular:** Negative for chest pain or palpitations.
**Gastrointestinal:** Negative for heartburn, abdominal pain or bleeding.
**Musculoskeletal:** Negative for joint pains or arthritis.
**Neurological:** Negative for balance or coordination problems.
**GU:** Negative for bladder or bowel incontinence.
**Hematological:** Negative for bleeding disorders or anemia.
**Psychiatric:** Negative for depression or anxiety.

## PHYSICAL EXAMINATION:
Observation:
Observation of the patient revealed the following: antalgic gait and abnormal posture.

## NCS / EMG EVALUATION:
Testing procedures were discussed with patient and all questions were answered. Patient provided consent for testing.

Nerve selection, number of nerves and method of examination follows general guidelines and recommendations by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and the American Congress of Electroneuromyography (ACE). The patient's test results were compared against normative data provided by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and correlated with additional normative values obtained by our own laboratory.

## NCS SUMMARY FINDINGS:
1. Using surface electrodes and percutaneous electrical stimulations, selected motor and sensory nerves were tested. Evaluation of the left median motor and the right median motor nerves showed normal distal onset latency (L3.8, R4.1 ms), normal amplitude (L5.4, R5.7 mV), and decreased conduction velocity (Elbow-Wrist, L47, R45 m/s).
2. The left median D2 transcarpal antidromic sensory nerve showed normal distal peak latency (Wrist, 4.0 ms), reduced amplitude (Wrist, 8.3 μV), normal distal peak latency (Palm, 1.6 ms), normal amplitude (Palm, 8.2 μV), normal conduction velocity (Wrist-2nd Digit, 35 m/s), normal conduction velocity (Palm-2nd Digit, 44 m/s), and decreased conduction velocity (Wrist-Palm, 29 m/s).
3. The right median D2 transcarpal antidromic sensory nerve showed prolonged distal peak latency (Wrist, 4.4 ms), reduced amplitude (Wrist, 9.3 μV), normal distal peak latency (Palm, 1.4 ms), normal amplitude (Palm, 13.7 μV), decreased conduction velocity (Wrist-2nd Digit, 32 m/s), normal conduction velocity (Palm-2nd Digit, 50 m/s), and decreased conduction velocity (Wrist-Palm, 23 m/s).
4. The right ulnar (digit 5) antidromic sensory nerve showed normal distal peak latency (3.0 ms), reduced amplitude (4.9 μV), and normal conduction velocity (Wrist-5th Digit, 47 m/s).
5. The left ulnar segmental motor and the right ulnar segmental motor nerves showed normal distal onset latency (L2.7, R2.3 ms), normal amplitude (L9.4, R12.3 mV), normal conduction velocity (B Elbow-Wrist, L56, R52 m/s), and normal conduction velocity (A Elbow-B Elbow, L62, R57 m/s).
6. The left radial antidromic sensory and the right radial antidromic sensory nerves showed normal distal peak latency (L1.7, R1.8 ms), normal amplitude (L17.4, R11.4 μV), and normal conduction velocity (Wrist-1st Digit, L59, R56 m/s).
7. The left ulnar (digit 5) antidromic sensory nerve showed normal distal peak latency (3.0 ms), normal amplitude (11.7 μV), and normal conduction velocity (Wrist-5th Digit, 47 m/s).
8. Left vs. Right side comparison data for the ulnar (digit 5) antidromic sensory nerve indicates abnormal L-R amplitude difference (58.1 %).
9. All remaining left vs. right side differences were within normal limits.

**EMG SUMMARY FINDINGS:**
1. Selected proximal and distal muscles were examined using a sterile monopolar needle electrode. Needle evaluation of the left deltoid muscle showed normal insertional activity, normal spontaneous activity, normal motor unit amplitude, increased motor unit duration, increased polyphasic potentials, normal recruitment, and complete interference pattern.
2. The left middle cervical paraspinal muscle showed normal insertional activity, slightly increased spontaneous activity, normal motor unit amplitude, normal motor unit duration, normal polyphasic potentials, and normal recruitment.
3. All remaining muscles (as indicated in the following table) showed no evidence of electrical instability.

*Kostopoulos PT, DPT, PhD, DSc, ECS*

Dimitrios Kostopoulos, P.T., D.P.T., Ph.D., D.Sc., ECS
APBTS Board Certified in Clinical Electrophysiology Testing

## Nerve Conduction Studies
### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Dur (ms) | Full Dur (ms) | Neg Area (mVms) | Site1 | Site2 | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 3.8 | <4.5 | 5.4 | >4.1 | 5.78 | 29.22 | 17.40 | Wrist | Elbow | 5.3 | 8.0 | | |
| Elbow | | 9.1 | | 4.8 | | 6.09 | 28.44 | 14.95 | Elbow | Wrist | 5.3 | 25.0 | 47 | >49.0 |
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 4.1 | <4.5 | 5.7 | >4.1 | 5.63 | 26.72 | 18.63 | Wrist | Elbow | 5.6 | 8.0 | | |
| Elbow | | 9.7 | | 3.2 | | 5.31 | 34.06 | 10.10 | Elbow | Wrist | 5.6 | 25.0 | 45 | >49.0 |
| **Left Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.7 | <3.7 | 9.4 | >4.9 | 4.38 | 17.19 | 19.20 | Wrist | Abd Dig Minimi | 2.7 | 8.0 | | |
| B Elbow | | 7.0 | | 9.3 | | 4.69 | 16.88 | 20.17 | B Elbow | Wrist | 4.3 | 24.0 | 56 | >52.0 |
| A Elbow | | 8.3 | | 8.9 | | 4.84 | 20.78 | 20.18 | A Elbow | B Elbow | 1.3 | 8.0 | 62 | >43.0 |
| **Right Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.3 | <3.7 | 12.3 | >4.9 | 4.84 | 18.44 | 25.89 | Wrist | Abd Dig Minimi | 2.3 | 8.0 | | |
| B Elbow | | 6.9 | | 8.6 | | 5.31 | 20.94 | 21.11 | B Elbow | Wrist | 4.6 | 24.0 | 52 | >52.0 |
| A Elbow | | 8.3 | | 7.7 | | 5.16 | 29.22 | 19.44 | A Elbow | B Elbow | 1.4 | 8.0 | 57 | >43.0 |

### Sensory Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median D2 Antidromic Transcarpal Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 4.0 | <4.0 | 8.2 | >11.0 | Wrist | 2nd Digit | 4.0 | 14.0 | 35 | >35.0 |
| Palm | | 1.6 | <2.3 | 8.2 | >6.0 | Palm | 2nd Digit | 1.6 | 7.0 | 44 | >30.0 |
| | | | | | | Wrist | Palm | 2.4 | 7.0 | 29 | >39.0 |
| **Right Median D2 Antidromic Transcarpal Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 4.4 | <4.0 | 9.3 | >11.0 | Wrist | 2nd Digit | 4.4 | 14.0 | 32 | >35.0 |
| Palm | | 1.4 | <2.3 | 13.7 | >6.0 | Palm | 2nd Digit | 1.4 | 7.0 | 50 | >30.0 |
| | | | | | | Wrist | Palm | 3.0 | 7.0 | 23 | >39.0 |
| **Left Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.7 | <2.8 | 17.4 | >7.0 | Wrist | 1st Digit | 1.7 | 10.0 | 59 | >36.0 |
| **Right Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.8 | <2.8 | 11.4 | >7.0 | Wrist | 1st Digit | 1.8 | 10.0 | 56 | >36.0 |
| **Left Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.0 | 11.7 | >10.0 | Wrist | 5th Digit | 3.0 | 14.0 | 47 | >35.0 |
| **Right Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.0 | 4.9 | >10.0 | Wrist | 5th Digit | 3.0 | 14.0 | 47 | >35.0 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Inc | Inc | Nml | Complete | |
| Left | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Middle | Rami | | Nml | 1+ | 1+ | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |

## Waveforms:





█████████████████████████



# Manhattan

**110 Duane St., New York NY 10007 - 0000**
**Tel: 212 882-1110, Fax: 212 882-1120**

---

### Patient Progress Report

Date: 06-06-2018

Patient Name: ████████████████

For your records:

Please see attached progress report for your client ████████████████

Should you have any questions, please do not hesitate to call our office.

Sincerely,

Joseph Pyun, M.D.


Please send replies to:

General: info@spinecarenyc.com
Medical Records - May: may@spinecarenyc.com
Surgical Coordinator - Tamara: tamara@spinecarenyc.com
Scheduling/Front Desk - Tracey: tracey@spinecarenyc.com
Worker's Compensation/Authorization Forms - Michael: mtrotman@spinecarenyc.com

**PROGRESS NOTE**

| Patient First Name: | Patient Last Name: | Date of Birth: | Sex: |
|---|---|---|---|
| ████████ | ████████ | ██████ | Male |
| **Attending Provider:** | **Referring Provider:** | **Visit Date:** | **Chart No.:** |
| Joseph Pyun, M.D. | | 05-25-2018 | ████████ |
| **Appointment Location:** | **Appointment Location Address:** | | |
| Manhattan | 110 Duane St., New York NY 10007 - 0000 | | |

Reason For Visit: 2 month follow up to emg lower

**Mechanism of Injury/Nature of Illness:**
Fall from a height at work on 7/19/2017. Injury to neck and back.
No Known Surgical History

**History of Present Illness:**
*Follow up consultation*
Alexis presents today with neck disorder and with low back disorder. ***His symptoms have worsened since his last examination.*** He denies any bowel or bladder issues. He reports no changes in his balance since the last visit.
Alexis is unable to work and requires assistance with activities of daily living including bathing/grooming/dressing and lifting, and similar tasks, for which he now relies on 'spouse.' He cannot walk 1 block.

**Neck Specific Findings:**
The neck pain is rated 7/10.
The patient has radiating pain to the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
The radicular pain is rated 6/10.
They report numbness/paraesthesias in the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left wrist, left hand and left fingers.
They have noticed weakness of their right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
They are experiencing frequent occipital headaches.
They report clumsiness of the hands.
They report worsening of balance .

**Back Specific Findings:**
The back pain is rated 8/10.
The patient has radiating pain to the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
The radicular pain is rated 8/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
They have weakness of the lower extremities bilaterally.
They cannot walk more than <1 block(s) without pain.

They cannot stand more than 8 minute(s) without pain.
No change in position helps to relieve the pain.
Lifting and bending exacerbates the pain.

**Conservative management:**
They require the use of a back brace.

**Physical therapy** attempted: None since the last visit.

The patient denies a history of injections since the last visit.

**Medications include:** Tylenol.


**History of Present Illness 4/26/18**
*Follow up consultation*
Alexis presents today with neck disorder and with low back disorder. ***His symptoms have worsened since his last examination.*** He denies any bowel or bladder issues. He reports no changes in his balance since the last visit.
Alexis is unable to work and requires assistance with activities of daily living including bathing/grooming/dressing and lifting, and similar tasks, for which he now relies on 'Spouse.' He cannot walk 1 block.

**Neck Specific Findings:**
The neck pain is rated 7/10.
The patient has radiating pain to the right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
The radicular pain is rated 6/10.
They report numbness/paraesthesias in the right wrist, right hand, right fingers, left wrist, left hand and left fingers.
They have noticed weakness of their right shoulder, right arm, right elbow, right forearm, right wrist, right hand, right fingers, left shoulder, left arm, left elbow, left forearm, left wrist, left hand and left fingers.
They are experiencing frequent occipital headaches.
They report clumsiness of the hands.
They report worsening of balance .

**Back Specific Findings:**
The back pain is rated 8/10.
The patient has radiating pain to the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
The radicular pain is rated 8/10.
They also report numbness/paraesthesias in the right glute, right lateral thigh, posterior right thigh, anterior right thigh, right shin, right calf, dorsal aspect of the right foot, ventral aspect of the right foot, left glute, left lateral thigh, left posterior thigh, anterior left thigh, left shin, left calf, dorsal aspect of the left foot and ventral aspect of the left foot.
They have weakness of the lower extremities bilaterally.
They cannot walk more than <1 block(s) without pain.
They cannot stand more than 8 minute(s) without pain.
No change in position helps to relieve the pain.
Lifting and bending exacerbates the pain.

**Conservative management:**

They require the use of a back brace.

**Physical therapy** attempted: neck and back.
Neck-specific physical therapy sessions: performed 2 day(s) per week
Back-specific physical therapy sessions: performed 2 day(s) per week

The patient has a history of **attempted injections.**
Back injections have been attempted 1 time(s) without relief.

**Medications include:** Tylenol.
Other medications include: Motrin

**Past Medical History**
No Known Past Medical History

**Surgical History**
No Known Surgical History

**Family History**
Non-contributory Family History.

**Current Medication**
No Known Current Medication

**Allergy**
PENICILLINS .

**Social History**
**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol. Smoking Status (MU) former smoker. Patient reports consuming caffeine or caffeinated drinks 1-2 cups a day. He has never used any illicit drugs.
**Work History:** He is unemployed at present.

**Physical Examination**
**General:** Patient is alert and oriented. They present sagittally balanced
*The patient has difficulty mounting the exam table.*
*The patient has difficulty with disrobing*
**Cervical Spine Exam:** The cervical spine has limited range of motion due to pain with tenderness to palpation and spasm noted .
*Spurling's sign: Positive bilaterally.*
*- ROM Flexion: 40 degrees. (Normal: 60 degrees)*
*- ROM Extension: 35 degrees. (Normal: 75 degrees)*
*- ROM Left lateral rotation: 55 degrees. (Normal: 80 degrees)*
*- ROM Right lateral rotation: 55 degrees. (Normal: 80 degrees)*

**Examination of the Thoracolumbar Spine:** *The thoracolumbar spine has limited range of motion due to pain with tenderness to palpation and spasm noted .*

*SI Joint tenderness: Positive bilaterally.*
*Straight leg raise: Positive bilaterally*
*- ROM Forward Flexion: 50 degrees. (Normal: 110 degrees)*
*- ROM Extension: Restricted degrees. (Normal: 25 degrees)*

**Gait/Balance:** *The patient displays an antalgic gait. The patient has difficulty balancing on one leg and heel/toe walking.*
*Romberg: Positive.*
**Musculoskeletal exam:** Both upper extremities were examined. There was no gross mal-alignment or deformity. *There is pain with shoulder abduction bilaterally. There is impingement of the shoulders bilaterally. Positivewrists bilaterally*
Both lower extremities were examined. There was no gross mal-alignment or deformity.
*Positive bilaterally Positivebilaterally Positivebilaterally*
**Neurology - Deep Tendon Reflexes:**
*Upper Extremities:*
*- Right biceps: 1+. Left biceps: 1+. Right triceps: 1+. Left triceps: 1+.* Right brachioradialis 2+. Left brachioradialis: 2+.
*Lower Extremities:*
*- Right patella: 3+. Left patella: 3+.* Right Achilles: 2+. *Left Achilles: 3+.*
**Motor:**
*Upper Extremities:*
*- Right deltoids: 4/5 Left deltoids: 4/5 Right biceps: 4/5 Left biceps: 4/5* Right wrist extension: 5/5 Left wrist extension: 5/5 Right triceps: 5/5 Left triceps: 5/5 *Right grip: 4/5* Left Grip: 5/5 Right IO: 5/5 Left IO: 5/5

*Lower Extremities:*
*- Right EHL: 4/5* Left EHL: 5/5 Right Tibialis Anterior: 5/5 Left Tibialis Anterior: 5/5 Right Plantar Flexion: 5/5 Left Plantar Flexion: 5/5
**Sensation::**
*Upper Extremities: Grossly intact to light touch in the C5-T1 dermatomes. Decreased sensation , in the bilateral, arm and hand*
*Lower Extremities: Grossly intact in the L3-S1 dermatomes. Decreased sensation , in the bilateral, L3 dermatome and S1 dermatome*

Radiology Reviewed:
**Order No:** ▓▓▓▓▓ **Dated: 08-28-2017**

| Test | Result |
|---|---|
| Magnetic Resonance Imaging | |
| MRI CSP | C3-4 and C5-6 bulges |
| MRI LSP | L5-S1 HNP with left foraminal stenosis |

Labs Reviewed:
**Order No:** ▓▓▓▓▓ **Dated: 03-01-2018**

| Test | Result | Unit | Range |
|---|---|---|---|
| HL7ADHOC | | | |
| EMG - UE | Right C5 radiculopathy. Bilateral CTS. | | |

| Test | Result | Unit | Range |
|------|--------|------|-------|
| HL7ADHOC | | | |
| EMG - LE | bilateral L5-S1 radiculopathy | | |

## Assessment and Plan
**ICD: Cervical disc displacement (M50.20)**
**Assessment:** Cervical disk herniation
**Plan:** 1. Patient denied bracing
2. Analgesic medications have been discussed at length including risks and benefits of over-the-counter anti-inflammatory and Tylenol use.
3. The patient will continue to see pain management for regular follow-up appointments.
4. The importance of physical therapy and home exercises has been discussed with the patient, and they will continue to attend physical therapy for the neck.
5. Surgical Indications: None at this time.

**ICD: Lumbar disc herniation (M51.26)**
**Assessment:** Lumbar disk herniation
**Plan:** - Surgical Indications:

Lumbar Diskectomy. Annuloplasty was discussed as possible add-on as indicated.
Levels: Left L5-S1

We discussed the risks and benefits of surgery at length today, the goals for treatment, peri-operative care, short-term and long-term prognosis. After lengthy discussion, the patient expressed understanding of the following issues: Though the primary goal of decompression is relief of neurologic symptoms, there are no guarantees of symptom relief, and no guarantees of improved neurologic function; Some patients have new or worsening neurologic symptoms after surgery that can be permanent at times; There is a high likelihood that axial symptoms will continue or worsen after the procedure; Reoccurrence of herniation or stenosis may require repeat decompression or fusion; Intra-operative findings or events sometimes prompt a change in plans with inclusion or exclusion of levels, a modification of the procedure, including possibly fusion with instrumentation, at the same or different operative levels; When discography is performed, it can accelerate degeneration and has no guarantee of accurately defining symptomatic levels; With or without surgery, he has abnormalities in the spine that may require future surgery or treatment at the index levels or adjacent levels; The concept of fusion versus non-fusion and the indications for use of instrumentation and possible future associated interventions; And wound or medical complications intrinsic to all types of surgery. The patient expressed understanding of these risks and wants to proceed with the procedure, understanding that the plan may change peri-operatively or interoperatively as needed.

Requirements for Surgery: Medical Testing satisfactory to the Pre-operative Assessment Team

**Follow up:** postop
GT

Joseph Pyun, M.D.

*This has been electronically signed by Joseph Pyun, M.D. on 05-25-2018.*

*This has been electronically signed by on 05-25-2018.*

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *03/19/2018*
**Name:** ▮▮▮▮▮▮▮

**History of Present Illness:** This is a gentleman, who still complains of bowel and bladder issues. The patient is still partially incontinent. Sometimes, he does not feel when he goes to the restroom. He still complains of pain in the lower back. I examined him. He does have questionably positive Babinski on the left side. He is slightly hyperreflexic on the left patella. The patient seems like was evaluated by spinal surgeon but L5-S1 disk herniation was not conclusive. He has seems like more of the upper motor neuron signs than of the cauda equina. Thoracic spine was not evaluated so I will refer him for MRI of the thoracic spine to check if he does not have conus medullaris issues and based on it, we will decide if surgery is immediately required.

**Plan:** The patient will continue with the physical therapy for now. I still will refer him for EMG of the upper and lower extremities because he still complains of significant cervicalgia. He will be followed for EMG within two weeks.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**





THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 100??
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-28-2017

EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST

TECHNIQUE: T1 proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed 3.0 tesla tesla magnet

INDICATION: Status Post Trauma

FINDINGS: At L5-S1, there is a small central to left foraminal disc herniation impinging upon the anterior epidural fat narrowing the interior aspect of the left-sided neural foramen.

At L4-L5, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L3-L4, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable

There is no fracture or listhesis.

IMPRESSION: Small central to left foraminal disc herniation at L5-S1 impinging upon the anterior epidural fat and narrowing the inferior aspect of the left-sided neural foramen.

The information contained in this facsimile message is privileged and confidential, formation intended only for the use of the individual or entity named as recipient. If the intended recipient or the agent responsible for delivery is notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message via the Postal Service. Thank You!

Manhattan (upper east):          Bronx (Parkchester):          Bronx (Throgs Neck):          Bronx (Riverdale):
New York NY              Bronx, NY 10466          Bronx, NY 10465          Bronx, NY

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-29-2017 9:11 AM*

Copy to:FELIX KARAFIN  MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10468

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: ███████
Date of Birth: ███████
Phone: ███████
MRN: ███████
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the left hip was performed in a 3.0 tesla magnet

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is a partial tear of the ischial femoral ligament associated joint effusion.

There are partial tears of the left gluteus minimus and medius tendons with associated joint and greater trochanteric bursal effusion. The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

The origin hamstring tendons is unremarkable.

The femoro acetabular labrum is intact with no evidence of a tear.

**IMPRESSION:** Tear of the ischial femoral ligament. Tears of the left gluteus minimus and medius tendons at their trochanteric insertion with associated joint and bursal effusion.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-13-2017 10:18 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151

**Date:** *09/25/2017*
**Name:** ███████████

**History of Present Illness:** This is a gentleman who still presents here complaining of lower back pain, pain in the both hips radiating to the both thighs, as well as neck pain, headaches, and blurry vision. The patient had MRI of the pelvis which showed *S4* and first coccygeal fracture. MRI of the both hips which showed labrum tears on the both sides and multiple ligamentous and tendinous injuries with partial tears. MRI of the lumbar spine showed only a small herniated disk at L5-S1.

**Physical Examination:** On neurological examination today, the patient does not have any dysmetria or ataxia. He does not have nystagmus on examination. He has normal vision despite, he states it is blurred. The patient appears a little bit distress because of everything that happened to him, wearing lumbar support brace. On examination, he does have significant coccydynia on palpation. Range of motion in bilateral hips is mostly limited on FABER. The patient is guarding on exam, so I cannot range him completely. Otherwise, his exam is stable but he does have positive straight leg raising on the both sides and complains of paresthesia in bilateral upper extremities.

**Plan:** For now, I will continue with the same physical therapy. I do not think the patient will require surgery for his sacrococcygeal pain. For the both hips, I will refer him for evaluation with orthopedic surgeon. The patient agreed with the plan. The patient also seeking neurological evaluation but at least for now, I want him to start on Poly-Vitamins especially with vitamin B and vitamin C complex. I explained to him what is postconcussion syndrome and that he may expect such changes within even couple of months after the injury. The patient agreed with the plan and will be followed in two weeks for EMG/NCV of bilateral upper and lower extremities because based on it, we will decide if he requires more interventional approach than just physical therapy alone.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST RIGHT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the right hip was performed in a 3.0 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is an extensive tear of the insertions of the gluteus minimus and medius tendons with associated joint and bursal effusion.

The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

There is evidence of a low-grade tear of the posteromedial femoral acetabular labrum. The remainder of the labrum is unremarkable.

There are no soft tissue masses or fluid collections.

The origin of the hamstring tendons is unremarkable.

**IMPRESSION:** Tear of the insertions of the gluteus minimus and medius tendons. Tear of the posterior medial femoral acetabular labrum. Joint effusion.


Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-13-2017 10:21 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-660-9669 • RX@KolbRadiology.com

Exam requested by
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 06-26-2017

EXAM: MRI-PELVIS WITHOUT CONTRAST

TECHNIQUE: Multiplanar multi sequence images of the pelvis were obtained in a 3.0 tesla magnet

INDICATION: Status Post Trauma

FINDINGS: There is marrow edema in S4 as well as the 1st coccygeal segment indicating nondisplaced fractures

Otherwise the marrow signal in the bony pelvis is unremarkable with no further evidence of fracture or osteochondral defect. The femoral heads are normally located

There is a partial tear of the insertion of the gluteus medius and minimus tendons in the left hip. There is a low grade partial tear of the insertion of the gluteus minimus tendon in the right hip. The Remainder of the bilateral anterior posterior abductor and adductor musculature is unremarkable.

There are no soft tissue masses or fluid collections

There is no evidence of mass fluid collection or significant lymphadenopathy.

There is fluid at the bilateral ischial femoral ligaments and and the posterior labrum on the right which are suspect for tears. Clinical correlation if necessary targeted MRI of of the hips is recommended

There is no evidence of subcutaneous mass or hemorrhage

IMPRESSION: Nondisplaced fractures S4 and the 1st coccygeal segment. Partial tear of the insertions of the left gluteus minimus and medius tendons as well as the right gluteus minimus tendon. Small fluid collections at the bilateral ischial femoral ligaments and right posterior labrum as described above. Additional evaluation may be warranted clinical correlation is in order

Thank you for the opportunity to participate in the care of this patient

Kolb, Thomas
*Electronically Signed  08-26-2017 8:00 AM*

Copy to: FELIX KARAFIN  MD

... The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above... If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address by mail. Thank you

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████████

**EVALUATE AND TREAT DIAGNOSIS:**

**FREQUENCY:**
- [ ] 1 x week x 6 weeks
- [ ] 2 x week x 6 weeks
- [x] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

## MODALITIES:

- [x] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [x] Ultrasound
- [x] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ] _____

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [ ] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ] _____

[ ] **OTHER EVALUATE AND TREAT**

## GOALS:

- [x] Increase Rom
- [x] Decrease Pain/Edema
- [ ] Increase Strength
- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [ ] _____
- [ ] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ] _____

Precautions and/or Instructions: _____
Referring Physical Name: _____ F KARAFIN
Address: _____

Physician Signature: _____ Date: 8/21/17

# ALL BORO MEDICAL REHABILITATION

369 East 149 Street, 8th Floor
Bronx, NY 10455

110-20 Jamaica Avenue
Richmond Hill, NY 11418

44 Court Street Ste 1002
Brooklyn, NY 11201

Phone: (646) 491-6066

Fax: (888) 511-2038

Patient Name: ███████████

Ordered by:   Dr. Kevin Weiner
              Dr. Felix Karafin

Patient Telephone: ███████████

Patient Address: ███████████

DOB: _____   DOI: 7/19/17

NF _____   WC _____   Lien _____   Attorney: Dubin _____

Carrier: _____   Claim #: _____

## Exam Screening MRI

_____ Metal in eyes / body   _____ Aneurysm Clips   _____ Pacemaker   _____ Claustrophobia

**MRI**   Contrast:   _____ without   _____ with   _____ with & without

| | | | | |
|---|---|---|---|---|
| ___ Brain | ___ Neck Soft Tissue | ___ C-Spine | ___ Wrist ( R / L ) | Other _____ |
| ___ Pituitary | ___ Breast | ___ T-Spine | ___ Elbow ( R / L ) | |
| ___ Orbits | ___ Abdomen | ___ L-Spine | ___ Shoulder ( R / L ) | |
| ___ Sinuses | ___ Pelvis | ___ TMJ's | ___ Hip ( R / L ) | |
| ___ IAC's | ___ Prostate | ___ Cardiac | ___ Knee ( R / L ) | |
| | ___ Ankle ( R / L ) | | ___ Foot ( R / L ) | |

MRA _____

XR _____

CT _____

MRA _____

Ultrasound _____

Doctor's Signature: _____   Date: _____

Patient Prefers:   Morning   Afternoon   Evening      M  T  W  R  F  Sa  Su

Test Scheduled: _____

Kolb Radiology:   307 E 60th St, MNH ~   170 East 77th St, MNH   212-602-1900
                  2430 Davidson Ave, BX ~   3626 E Tremont Ave, BX
Precision Imaging:   222 East 68th Street, MNH                     212-879-4488
Washington Heights Imaging:   4334 Broadway, MNH                   212-927-1717

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.,
Bronx, NY 10455
(718) 676-6151

**Date:** *08/21/2017*
**Name:** █████████

**History of Present Illness:** This is a 36-year-old gentleman who, on 07/19/2017, was called to help at work in construction and he fell down a flight of stairs. The patient hit his head, immediately developed dizziness and confusion as well as injured his lower back. Initially, he did not seek medical attention but on the next day, when his pain became debilitating, the patient went to Wyckoff Hospital where he was monitored. No x-rays or radiological studies were done. He was provided with pain medications and discharged home. Since then, he continues to complain of daily headaches with frequent episodes of vomiting. The patient also cites episodes of blurry vision and pain in the lower back radiating in anterior thighs. The patient also cites episodes of lightheadedness and sometimes, even episodes that close to bowel incontinence. He cites no saddle anesthesia. Otherwise, his review of the 10 system is negative except for above-mentioned and last episode of vomiting was this morning.

**Medical History:** Significant for prediabetes. He is not on any medications.

**Surgical History:** No surgical history.

**Medications:** No medications.

**Allergies:** Penicillin.

**Social History:** Negative for smoking, drinking, or illicit drugs.

**Family History:** Noncontributory.

**Physical Examination:** He is alert, oriented x3, not in immediate distress. The patient seems like visibly in pain. He is squinting his eyes because of the headaches but on formal examination of the cranial nerves II through XII, there are no abnormalities. No nystagmus. He is not dysmetric. He is not ataxic. The patient has no upper motor neuron signs. Negative Hoffman's. Negative Babinski. Normal deep tendon reflexes.

**Cervical Spine:**      Flexion 50/50  Lateral bending R 45/45   Rotation: R 80/80
                         Extension 60/60              L 45/45             L 80/80

The patient has no significant tenderness on palpation over the shoulder girdle muscles. Normal sensory and motor exam in bilateral upper extremities. Normal deep tendon reflexes.

**Lumbar Spine:**      Flexion 70/90  Lateral bending R 15/25   Rotation: R 10/15
                       Extension 15/25               L 15/25             L 10/25

The patient has positive femoral stretch on both sides. Negative straight leg raising. He has normal sensation in bilateral lower extremities, but pain and paresthesias mostly in L3-L4 dermatomes. The patient is still able to do tiptoeing and heel walking. On exam, he presents with lumbar support brace which he borrowed from his friend.

**Impression:** The patient suffers sequelae of the fall with postconcussion syndrome but intracranial bleeding or more serious derangement cannot be excluded as well as lumbar sprain with high possibility of bilateral L3-L4 radiculopathies. Cauda equina still cannot be excluded due to cited episodes of almost bowel incontinence.

**Plan:** The patient will be referred for MRI of his lumbar spine and MRI of the brain right away. If there are gross abnormalities that require immediate attention, he will get called as soon as MRIs are performed. They have to be done urgently. He will start physical therapy to address his lower back. The patient remains disabled and unable to return to work. He will be followed with me when MRI results are available for review.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read



THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com



Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

**EXAM:** MRI-BRAIN WITHOUT CONTRAST

**TECHNIQUE:** Axial T2 fast spin echo, FLAIR, T1 spin echo and diffusion-weighted images  sagittal T1 and coronal T2 weighted images were obtained in a3.0 tesla tesla magnet.

**INDICATION:** Status post trauma

**FINDINGS:** There is no acute local infarct, hemorrhage, extra-axial collection  ventricular dilatation  space-occupying lesion or midline shift.

There is a 1.7 centimeter left maxillary polyp or retention cyst.  The remainder of the paranasal sinuses are unremarkable.

There is nasal septal deviation to the left

The craniocervical junction is unremarkable.

There is an empty sella

There is mild diffuse cerebral atrophy without asymmetry.

There is no significant small vessel or demyelinating disease

Diffusion weighted imaging is unremarkable

**IMPRESSION:**  No acute cerebral abnormality   Mild diffuse cerebral atrophy without asymmetry   There is a 1.7 centimeter left maxillary polyp or retention cyst.  Nasal septal deviation to the left  Empty sella.

Thank you for the opportunity to participate in the care of this patient

Kolb, Thomas
Electronically Signed  08-26-2017 11:53 PM

Copy to:FELIX KARAFIN  MD

The information contained in this fax, including any attachments, is privileged and confidential  and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you

Kevin H. Weiner, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *12/04/2017*
**Name:** ███████████

**History of Present Illness:** This is a followup for this gentleman who comes in today wearing a back brace due to severe back pain and radiating pain down his legs. The patient also complains of numbness in his hands and feet. He did not follow up for his EMG. The patient has not returned to work. The patient had an MRI that revealed left disk herniation at L5-S1 pinching upon the anterior epidural fat and narrowing of the inferior aspect of the left-sided neuroforamen. The patient states that sometimes, he goes to the bathroom stands up and does not realize that he went. Based on his symptoms, he is being referred to a spinal consult. He did not have the MRI of his cervical spine. This occurred after falling down a flight of stairs.

**Plan:** We are going to hold his physical therapy until he is cleared by the spine surgeon. He does have the L5-S1 disk herniation but with the bowel and bladder symptoms that will take precedent, we will hold off until he sees him. The patient will follow up after obtaining the consult to determine if he requires MRI of the cervical spine due to his persistent pain and numbness; obtain an MRI of his cervical and thoracic spine and EMG of the upper and lowers due to his persistent numbness. He is unable to return to work.

Kevin H. Weiner, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# ALL BORO MEDICAL REHABILITATION

369 East 149 Street, 8ᵗʰ Floor
Bronx, NY 10455

Phone: (646) 491-6066

110-20 Jamaica Avenue
Richmond Hill, NY 11418

~~Fax: (888) 511-2036~~

44 Court Street Ste 1002
Brooklyn, NY 11201

Patient Name: ███████████████████

Ordered by:   Dr. Kevin Weiner
              Dr. Felix Karafin

Patient Telephone: ████████████████

DOB: ███████         DOI: 7/19/17

Patient Address: ████████████████████

NF          WC          Lien          Attorney: Subin

Carrier: _____          Claim #: _____

## Exam Screening MRI

____ Metal in eyes / body ____ Aneurysm Clips          ____ Pacemaker          ____ Claustrophobia

**MRI**     Contrast:          ____ without          ____ with          ____ with & without

| | | |
|---|---|---|
| ____ Brain | ____ Neck Soft Tissue | ____ C-Spine |
| ____ Pituitary | ____ Breast | ____ T-Spine |
| ____ Orbits | ____ Abdomen | ____ L-Spine |
| ____ Sinuses | ____ Pelvis | ____ TMJ's |
| ____ IAC's | ____ Prostate | ____ Cardiac |
| | ____ Ankle     ( R  /  L ) | |

____ Wrist        ( R  /  L )          Other          .
____ Elbow        ( R  /  L )
____ Shoulder     ( R  /  L )
____ Hip          ( R  /  L )
____ Knee         ( R  /  L )
____ Foot         ( R  /  L )

MRA _____

XR _____

CT _____

MRA _____

Ultrasound _____

Doctor's Signature: _____          Date: _____

Patient Prefers:     Morning     Afternoon     Evening          M  T  W  R  F  Sa  Su

Test Scheduled: _____

Kolb Radiology:          307 E 60ᵗʰ St, MNH –     170 East 77ᵗʰ St, MNH     212-602-1900
                         2430 Davidson Ave, BX –  3626 E Tremont Ave, BX
Precision Imaging:       222 East 68ᵗʰ Street, MNH                           212-879-4488
Washington Heights Imaging:     4334 Broadway, MNH                           212-927-1717



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

## EXAM: MRI-PELVIS WITHOUT CONTRAST

TECHNIQUE: Multiplanar multi sequence images of the pelvis were obtained in a 3.0 tesla magnet

INDICATION: Status Post Trauma

FINDINGS: There is marrow edema in S4 as well as the 1st coccygeal segment indicating nondisplaced fractures.

Otherwise the marrow signal in the bony pelvis is unremarkable with no further evidence of fracture or osteochondral defect. The femoral heads are normally located.

There is a partial tear of the insertion of the gluteus medius and minimus tendons in the left hip. There is a low-grade partial tear of the insertion of the gluteus minimus tendon in the right hip. The Remainder of the bilateral anterior posterior abductor and adductor musculature is unremarkable.

There are no soft tissue masses or fluid collections.

There is no evidence of mass fluid collection or significant lymphadenopathy.

There is fluid at the bilateral ischial femoral ligaments and and the posterior labrum on the right which are suspect for tears. Clinical correlation if necessary targeted MRI of of the hips is recommended.

There is no evidence of subcutaneous mass or hemorrhage.

IMPRESSION: Nondisplaced fractures S4 and the 1st coccygeal segment. Partial tear of the insertions of the left gluteus minimus and medius tendons as well as the right gluteus minimus tendon. Small fluid collections at the bilateral ischial femoral ligaments and right posterior labrum as described above. Additional evaluation may be warranted clinical correlation is in order.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-28-2017 8:06 AM*

Copy to:FELIX KARAFIN MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx ( Throgs Neck)
3626 E. Tremont Ave., Ste 301
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.,
Bronx, NY 10455
(718) 676-6151

**Date:** *08/21/2017*
**Name:** ███████████

**History of Present Illness:** This is a 36-year-old gentleman who, on 07/19/2017, was called to help at work in construction and he fell down a flight of stairs. The patient hit his head, immediately developed dizziness and confusion as well as injured his lower back. Initially, he did not seek medical attention but on the next day, when his pain became debilitating, the patient went to Wyckoff Hospital where he was monitored. No x-rays or radiological studies were done. He was provided with pain medications and discharged home. Since then, he continues to complain of daily headaches with frequent episodes of vomiting. The patient also cites episodes of blurry vision and pain in the lower back radiating in anterior thighs. The patient also cites episodes of lightheadedness and sometimes, even episodes that close to bowel incontinence. He cites no saddle anesthesia. Otherwise, his review of the 10 system is negative except for above-mentioned and last episode of vomiting was this morning.

**Medical History:** Significant for prediabetes. He is not on any medications.

**Surgical History:** No surgical history.

**Medications:** No medications.

**Allergies:** Penicillin.

**Social History:** Negative for smoking, drinking, or illicit drugs.

**Family History:** Noncontributory.

**Physical Examination:** He is alert, oriented x3, not in immediate distress. The patient seems like visibly in pain. He is squinting his eyes because of the headaches but on formal examination of the cranial nerves II through XII, there are no abnormalities. No nystagmus. He is not dysmetric. He is not ataxic. The patient has no upper motor neuron signs. Negative Hoffman's. Negative Babinski. Normal deep tendon reflexes.

**Cervical Spine:**     Flexion 50/50 Lateral bending R 45/45 Rotation: R 80/80
                                      Extension 60/60              L 45/45              L 80/80

The patient has no significant tenderness on palpation over the shoulder girdle muscles. Normal sensory and motor exam in bilateral upper extremities. Normal deep tendon reflexes.

**Lumbar Spine:**     Flexion 70/90 Lateral bending R 15/25 Rotation: R 10/15
                                      Extension 15/25              L 15/25              L 10/25

The patient has positive femoral stretch on both sides. Negative straight leg raising. He has normal sensation in bilateral lower extremities, but pain and paresthesias mostly in L3-L4 dermatomes. The patient is still able to do tiptoeing and heel walking. On exam, he presents with lumbar support brace which he borrowed from his friend.

**Impression:** The patient suffers sequelae of the fall with postconcussion syndrome but intracranial bleeding or more serious derangement cannot be excluded as well as lumbar sprain with high possibility of bilateral L3-L4 radiculopathies. Cauda equina still cannot be excluded due to cited episodes of almost bowel incontinence.

**Plan:** The patient will be referred for MRI of his lumbar spine and MRI of the brain right away. If there are gross abnormalities that require immediate attention, he will get called as soon as MRIs are performed. They have to be done urgently. He will start physical therapy to address his lower back. The patient remains disabled and unable to return to work. He will be followed with me when MRI results are available for review.

Felix Keralin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ████████████████

**EVALUATE AND TREAT DIAGNOSIS:**

**FREQUENCY:**
- [ ] 1 x week x 6 weeks
- [ ] 2 x week x 6 weeks
- [x] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

**MODALITIES:**

- [x] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [x] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ] _____

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [ ] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ] _____

[ ] **OTHER EVALUATE AND TREAT**

**GOALS:**

- [x] Increase Rom
- [x] Decrease Pain/Edema
- [ ] Increase Strength
- [ ] _____

- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [ ] _____

- [ ] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ] _____

Precautions and/or Instructions: _____
Referring Physical Name: _____ F. KARAFIN _____
Address: _____

Physician Signature: _____ Date: 8/21/17

8/24/17

# ALL BORO MEDICAL REHABILITATION PLLC

<u>This Visit</u>

OV:  ☒ First   ☐ MRI Review   ☐ EMG Review   ☐ ESI Review
     ☐ Month F/u   ☐ Other

EMG:  ☐ UE   ☐ LE   ☐ Other   _____

Inj:  ☐ ESI UE   ☐ ESI LE   ☐ Other   _____

<u>Upcoming</u>

OV in  ☐ 1 wk   ☒ 2 wk   ☐ 1 month

   for  ☐ Check-up   ☐ MRI Review   ☐ EMG Review   ☐ Injection Review   _____

1.   ☐ EMG UE   ☐ EMG LE   ☐ ESI UE   ☐ ESI LE   _____
2.   ☐ EMG UE   ☐ EMG LE   ☐ ESI UE   ☐ ESI LE   _____
3.   ☐ EMG UE   ☐ EMG LE   ☐ ESI UE   ☐ ESI LE   _____

Dx needed:
1.   MRI - Brain - DTI   _____
2.   L-spine   _____
3.   _____

Specialists:

   ☐ R / L Shoulder   ☐ R / L Knee   ☐ R/L Hip   _____

   ☐ R / L Hand   ☐ R / L ____ Finger   ☐ R / L Wrist   _____

   ☐ R / L Ankle   ☐ R / L Foot   _____

   ☐ Back   ☐ Neck   ☐ Neuro   ☐ Psych   _____

Physical Therapy:   ☐ Start   ☒ Cont   ☐ Stop   ☐ Other Facility

☐ Cont on Back
☐ Call Patient

# ALL BORO MEDICAL REHABILITATION

| 369 East 149 Street, 8ª Floor | 110-20 Jamaica Avenue | 44 Court Street Ste 1002 |
|---|---|---|
| Bronx, NY 10455 | Richmond Hill, NY 11418 | Brooklyn, NY 11201 |

Phone: (646) 491-6066      Fax: (888) 511-2038

Patient Name: ██████████████████

Ordered by:    Dr. Kevin Weiner

Dr. Felix Karafin

Patient Telephone: ████████████

DOB: ██████████

DOI: 7/19/17

Patient Address: ███████████████████

NF     WC     Lien     Attorney: _Subin_

Carrier: _____     Claim #: _____

## Exam Screening MRI

_____ Metal in eyes / body _____ Aneurysm Clips    _____ Pacemaker    _____ Claustrophobia

**MRI**   Contrast:    _____ without    _____ with    _____ with & without    <u>Other</u> _____.

| | | | | |
|---|---|---|---|---|
| ___ Brain | ___ Neck Soft Tissue | ___ C-Spine | ___ Wrist | ( R / L ) |
| ___ Pituitary | ___ Breast | ___ T-Spine | ___ Elbow | ( R / L ) |
| ___ Orbits | ___ Abdomen | _L-Spine | ___ Shoulder | ( R / L ) |
| ___ Sinuses | ___ Pelvis | ___ TMJ's | ___ Hip | ( R / L ) |
| ___ IAC's | ___ Prostate | ___ Cardiac | ___ Knee | ( R / L ) |
| | ___ Ankle | ( R / L ) | ___ Foot | ( R / L ) |

MRA _____

_____

XR _____

_____

CT _____

_____

MRA _____

Ultrasound _____

_____

Doctor's Signature: _____    Date: _____

Patient Prefers:    Morning    Afternoon    Evening      M T W R F Sa Su

Test Scheduled: _____

| Kolb Radiology: | 307 E 60ª St, MNH – | 170 East 77ª St, MNH | 212-602-1900 |
|---|---|---|---|
| | 2430 Davidson Ave, BX – | 3626 E Tremont Ave, BX | |
| Precision Imaging: | 222 East 68ª Street, MNH | | 212-879-4488 |
| Washington Heights Imaging: | 4334 Broadway, MNH | | 212-927-1717 |

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151


**Date:** *09/25/2017*
**Name:** █████████████████

**History of Present Illness**: This is a gentleman who still presents here complaining of lower back pain, pain in the both hips radiating to the both thighs, as well as neck pain, headaches, and blurry vision. The patient had MRI of the pelvis which showed *S4* and first coccygeal fracture. MRI of the both hips which showed labrum tears on the both sides and multiple ligamentous and tendinous injuries with partial tears. MRI of the lumbar spine showed only a small herniated disk at L5-S1.

**Physical Examination:** On neurological examination today, the patient does not have any dysmetria or ataxia. He does not have nystagmus on examination. He has normal vision despite, he states it is blurred. The patient appears a little bit distress because of everything that happened to him, wearing lumbar support brace. On examination, he does have significant coccydynia on palpation. Range of motion in bilateral hips is mostly limited on FABER. The patient is guarding on exam, so I cannot range him completely. Otherwise, his exam is stable but he does have positive straight leg raising on the both sides and complains of paresthesia in bilateral upper extremities.

**Plan:** For now, I will continue with the same physical therapy. I do not think the patient will require surgery for his sacrococcygeal pain. For the both hips, I will refer him for evaluation with orthopedic surgeon. The patient agreed with the plan. The patient also seeking neurological evaluation but at least for now, I want him to start on Poly-Vitamins especially with vitamin B and vitamin C complex. I explained to him what is postconcussion syndrome and that he may expect such changes within even couple of months after the injury. The patient agreed with the plan and will be followed in two weeks for EMG/NCV of bilateral upper and lower extremities because based on it, we will decide if he requires more interventional approach than just physical therapy alone.


**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St.
Bronx, NY 10455
(718) 676-6151


**Date:** *09/25/2017*
**Name:** ███████████

**History of Present Illness**: This is a gentleman who still presents here complaining of lower back pain, pain in the both hips radiating to the both thighs, as well as neck pain, headaches, and blurry vision. The patient had MRI of the pelvis which showed *S4* and first coccygeal fracture. MRI of the both hips which showed labrum tears on the both sides and multiple ligamentous and tendinous injuries with partial tears. MRI of the lumbar spine showed only a small herniated disk at L5-S1.

**Physical Examination:** On neurological examination today, the patient does not have any dysmetria or ataxia. He does not have nystagmus on examination. He has normal vision despite, he states it is blurred. The patient appears a little bit distress because of everything that happened to him, wearing lumbar support brace. On examination, he does have significant coccydynia on palpation. Range of motion in bilateral hips is mostly limited on FABER. The patient is guarding on exam, so I cannot range him completely. Otherwise, his exam is stable but he does have positive straight leg raising on the both sides and complains of paresthesia in bilateral upper extremities.

**Plan:** For now, I will continue with the same physical therapy. I do not think the patient will require surgery for his sacrococcygeal pain. For the both hips, I will refer him for evaluation with orthopedic surgeon. The patient agreed with the plan. The patient also seeking neurological evaluation but at least for now, I want him to start on Poly-Vitamins especially with vitamin B and vitamin C complex. I explained to him what is postconcussion syndrome and that he may expect such changes within even couple of months after the injury. The patient agreed with the plan and will be followed in two weeks for EMG/NCV of bilateral upper and lower extremities because based on it, we will decide if he requires more interventional approach than just physical therapy alone.


Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████

**EVALUATE AND TREAT DIAGNOSIS:** _LB /neck / hip S._

**FREQUENCY:**
- ☐ 1 x week x 6 weeks
- ☐ 2 x week x 6 weeks
- ☐ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

## MODALITIES:

- ☐ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☐ Massage
- ☐ Myofacial Release
- ☐ _____

- ☐ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

## ☐ OTHER EVALUATE AND TREAT

## GOALS:

- ☐ Increase Rom
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____

Referring Physical Name: _____

Address: _____

Physician Signature: _____  Date: 9/25/17

Name: ▮▮▮▮▮▮▮▮▮  Date: 9/25/17

☐ AYY
☐ FK

# ALL BORO MEDICAL REHABILITATION PLLC

This Visit

OV: ☐ First    ☐ MRI Review    ☐ EMG Review    ☐ ESI Review
    ☐ Month F/u  ☐ Other

EMG: ~~☐ UE~~  ~~☐ LE~~  ☐ Other _____

Inj: ☐ ESI UE  ☐ ESI LE  ☐ Other _____

Upcoming

OV in  ☐ 1 wk  ☐ 2 wk  ☐ 1 month _____

   for ☐ Check-up   ☐ MRI Review   ☐ EMG Review   ☐ Injection Review

1. ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE    Oct 2
2. ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE _____
3. ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE _____

Dx needed:

1. _____    _____
2. _____    _____
3. _____    _____

Specialists:

☐ R / L Shoulder    ☐ R / L Knee    ☐ R/L Hip _____

☐ R / L Hand  ☐ R / L ____ Finger   ☐ R / L Wrist _____

☐ R / L Ankle      ☐ R / L Foot

☐ Back    ☐ Neck    ☐ Neuro   ☐ Psych _____

Physical Therapy:  ☐ Start  ☐ Cont  ☐ Stop  ☐ Other Facility

☐ Cont on Back
☐ Call Patient

Kevin H. Weiner, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *12/04/2017*
**Name:** █████████████

**History of Present Illness**: This is a followup for this gentleman who comes in today wearing a back brace due to severe back pain and radiating pain down his legs. The patient also complains of numbness in his hands and feet. He did not follow up for his EMG. The patient has not returned to work. The patient had an MRI that revealed left disk herniation at L5-S1 pinching upon the anterior epidural fat and narrowing of the inferior aspect of the left-sided neuroforamen. The patient states that sometimes, he goes to the bathroom stands up and does not realize that he went. Based on his symptoms, he is being referred to a spinal consult. He did not have the MRI of his cervical spine. This occurred after falling down a flight of stairs.

**Plan:** We are going to hold his physical therapy until he is cleared by the spine surgeon. He does have the L5-S1 disk herniation but with the bowel and bladder symptoms that will take precedent, we will hold off until he sees him. The patient will follow up after obtaining the consult to determine if he requires MRI of the cervical spine due to his persistent pain and numbness; obtain an MRI of his cervical and thoracic spine and EMG of the upper and lowers due to his persistent numbness. He is unable to return to work.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████████████

EVALUATE AND TREAT DIAGNOSIS: _LB hip._

FREQUENCY:
- ☐ 1 x week x 6 weeks
- ☐ 2 x week x 6 weeks
- ☐ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

MODALITIES:

- ☐ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☐ Massage
- ☐ Myofacial Release
- ☐ _____

- ☐ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

☐ OTHER EVALUATE AND TREAT

GOALS:

- ☐ Increase Rom
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____

Referring Physical Name: _____

Address: _____

Physician Signature: _____ Date: 12/4/17

(KW)

██████████ Ruff

<u>This Visit</u>

OV:  ☐ First     ☐ MRI Review     ☐ EMG Review     ☐ ESI Review
     ☑ Month F/u   ☐ Other

EMG:  ☐ UE  ☐ LE  ☐ Other _____

Inj:  ☐ ESI UE ☐ ESI LE ☐ Other _____


<u>Upcoming</u>

OV in  ☐ 1 wk  ☐ 2 wk  ☐ 1 month _____

   for  ☐ Check-up   ☐ MRI Review   ☐ EMG Review   ☐ Injection Review

1.   ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE _____
2.   ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE _____
3.   ☐ EMG UE  ☐ EMG LE  ☐ ESI UE  ☐ ESI LE _____


Dx needed:
1.  MRI - C + T - Spine _____
2.  _____
3.  _____


Specialists:

   ☐ R / L Shoulder     ☐ R / L Knee     ☐ R / L Hip _____

   ☐ R / L Hand   ☐ R / L ____ Finger   ☐ R / L Wrist _____

   ☐ R / L Ankle     ☐ R / L Foot _____

   ☐ Back    ☐ Neck    ☐ Neuro   ☐ Psych


Physical Therapy:  ☐ Start   ☐ Cont   ☐ Stop   ☐ Other Facility

Spinal consult ASAP

☐ Cont on Back
☐ Call Patient

# Neurodiagnostic Testing Report

| Patient: | ████████ | DOB: | ████████ | Date Of Service: | 3/1/2018 |
|----------|----------|------|----------|------------------|----------|
| Height: | 5' 0" | Sex: | Male | Ref Phys: | Michael Gerling, MD |
| Weight: | 140 lbs. | Skin Temp: | Deg Celcius | | |

**IMPRESSION: This is an abnormal study.**
**1.   There is electrophysiologic evidence suggestive of chronic axonal pathology affecting C5 nerve root level on the left side.**
**2.   There is also electrophysiologic evidence suggestive of a moderate sensorimotor demyelinating and axonal neuropathic process affecting the bilateral median nerves at or about the wrists (Carpal Tunnel).**
**3.   There is electrophysiologic evidence suggestive of a mild sensory axonal neuropathic process affecting the right ulnar nerve at or about the wrist (Guyon's Canal).**

## REASON FOR REFERRAL:
Patient was referred to our practice for electrophysiologic testing to rule out bilateral cervical radiculopathic process.

## CHIEF COMPLAINTS:
Patient is a 37 year old Male who presents with neck pain numbness tingling radiating to the upper extremities. These symptoms have been present for several months.

## PAST MEDICAL AND SURGICAL HISTORY:
Past medical history positive for diabetes type II.

## REVIEW OF PAST TESTING:
MRI testing of the cervical spine revealed the following: Disc bulge at C5-C6

## REVIEW OF SYSTEMS:
**General:**  Negative for fever, chills, weight gain, weight loss, fatigue or lack of appetite.
**HEENT:** Negative for headache, dizziness or syncope.
**Respiratory:** Negative for shortness of breath or cough.
**Cardiovascular:** Negative for chest pain or palpitations.
**Gastrointestinal:** Negative for heartburn, abdominal pain or bleeding.
**Musculoskeletal:** Negative for joint pains or arthritis.
**Neurological:** Negative for balance or coordination problems.
**GU:** Negative for bladder or bowel incontinence.
**Hematological:** Negative for bleeding disorders or anemia.
**Psychiatric:** Negative for depression or anxiety.

## PHYSICAL EXAMINATION:

Observation:
Observation of the patient revealed the following: antalgic gait and abnormal posture.

## NCS / EMG EVALUATION:

Testing procedures were discussed with patient and all questions were answered. Patient provided consent for testing.

Nerve selection, number of nerves and method of examination follows general guidelines and recommendations by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and the American Congress of Electroneuromyography (ACE). The patient's test results were compared against normative data provided by the American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) and correlated with additional normative values obtained by our own laboratory.

## NCS SUMMARY FINDINGS:

1.  Using surface electrodes and percutaneous electrical stimulations, selected motor and sensory nerves were tested. Evaluation of the left median motor and the right median motor nerves showed normal distal onset latency (L3.8, R4.1 ms), normal amplitude (L5.4, R5.7 mV), and decreased conduction velocity (Elbow-Wrist, L47, R45 m/s).

2.  The left median D2 transcarpal antidromic sensory nerve showed normal distal peak latency (Wrist, 4.0 ms), reduced amplitude (Wrist, 8.3 µV), normal distal peak latency (Palm, 1.6 ms), normal amplitude (Palm, 8.2 µV), normal conduction velocity (Wrist-2nd Digit, 35 m/s), normal conduction velocity (Palm-2nd Digit, 44 m/s), and decreased conduction velocity (Wrist-Palm, 29 m/s).

3.  The right median D2 transcarpal antidromic sensory nerve showed prolonged distal peak latency (Wrist, 4.4 ms), reduced amplitude (Wrist, 9.3 µV), normal distal peak latency (Palm, 1.4 ms), normal amplitude (Palm, 13.7 µV), decreased conduction velocity (Wrist-2nd Digit, 32 m/s), normal conduction velocity (Palm-2nd Digit, 50 m/s), and decreased conduction velocity (Wrist-Palm, 23 m/s).

4.  The right ulnar (digit 5) antidromic sensory nerve showed normal distal peak latency (3.0 ms), reduced amplitude (4.9 µV), and normal conduction velocity (Wrist-5th Digit, 47 m/s).

5.  The left ulnar segmental motor and the right ulnar segmental motor nerves showed normal distal onset latency (L2.7, R2.3 ms), normal amplitude (L9.4, R12.3 mV), normal conduction velocity (B Elbow-Wrist, L56, R52 m/s), and normal conduction velocity (A Elbow-B Elbow, L62, R57 m/s).

6.  The left radial antidromic sensory and the right radial antidromic sensory nerves showed normal distal peak latency (L1.7, R1.8 ms), normal amplitude (L17.4, R11.4 µV), and normal conduction velocity (Wrist-1st Digit, L59, R56 m/s).

7.  The left ulnar (digit 5) antidromic sensory nerve showed normal distal peak latency (3.0 ms), normal amplitude (11.7 µV), and normal conduction velocity (Wrist-5th Digit, 47 m/s).

8.  Left vs. Right side comparison data for the ulnar (digit 5) antidromic sensory nerve indicates abnormal L-R amplitude difference (58.1 %).

9.  All remaining left vs. right side differences were within normal limits.

**EMG SUMMARY FINDINGS:**

1. Selected proximal and distal muscles were examined using a sterile monopolar needle electrode. Needle evaluation of the left deltoid muscle showed normal insertional activity, normal spontaneous activity, normal motor unit amplitude, increased motor unit duration, increased polyphasic potentials, normal recruitment, and complete interference pattern.

2. The left middle cervical paraspinal muscle showed normal insertional activity, slightly increased spontaneous activity, normal motor unit amplitude, normal motor unit duration, normal polyphasic potentials, and normal recruitment.

3. All remaining muscles (as indicated in the following table) showed no evidence of electrical instability.


*Dimitrios Kostopoulos, PT, DPT, PhD, DSc, ECS*
_____
Dimitrios Kostopoulos, P.T., D.P.T., Ph.D., D.Sc., ECS
APBTS Board Certified in Clinical Electrophysiology Testing

## Nerve Conduction Studies
**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Dur (ms) | Full Dur (ms) | Neg Area (mVms) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 3.8 | <4.5 | 5.4 | >4.1 | 5.78 | 29.22 | 17.40 | Wrist | Elbow | 5.3 | 8.0 | | |
| Elbow | | 9.1 | | 4.8 | | 6.09 | 28.44 | 14.95 | Elbow | Wrist | 5.3 | 25.0 | 47 | >49.0 |
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | | | | |
| Wrist | | 4.1 | <4.5 | 5.7 | >4.1 | 5.63 | 26.72 | 18.63 | Wrist | Elbow | 5.6 | 8.0 | | |
| Elbow | | 9.7 | | 3.2 | | 5.31 | 34.06 | 10.10 | Elbow | Wrist | 5.6 | 25.0 | 45 | >49.0 |
| **Left Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.7 | <3.7 | 9.4 | >4.9 | 4.38 | 17.19 | 19.20 | Wrist | Abd Dig Minimi | 2.7 | 8.0 | | |
| B Elbow | | 7.0 | | 9.3 | | 4.69 | 16.88 | 20.17 | B Elbow | Wrist | 4.3 | 24.0 | 56 | >52.0 |
| A Elbow | | 8.3 | | 8.9 | | 4.84 | 20.78 | 20.18 | A Elbow | B Elbow | 1.3 | 8.0 | 62 | >43.0 |
| **Right Ulnar Seg Motor (Abd Dig Minimi)** | | | | | | | | | | | | | | |
| Wrist | | 2.3 | <3.7 | 12.3 | >4.9 | 4.84 | 18.44 | 25.89 | Wrist | Abd Dig Minimi | 2.3 | 8.0 | | |
| B Elbow | | 6.9 | | 8.6 | | 5.31 | 20.94 | 21.11 | B Elbow | Wrist | 4.6 | 24.0 | 52 | >52.0 |
| A Elbow | | 8.3 | | 7.7 | | 5.16 | 29.22 | 19.44 | A Elbow | B Elbow | 1.4 | 8.0 | 57 | >43.0 |

**Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median D2 Antidromic Transcarpal Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 4.0 | <4.0 | 8.3 | >11.0 | Wrist | 2nd Digit | 4.0 | 14.0 | 35 | >35.0 |
| Palm | | 1.6 | <2.3 | 8.2 | >6.0 | Palm | 2nd Digit | 1.6 | 7.0 | 44 | >30.0 |
| | | | | | | Wrist | Palm | 2.4 | 7.0 | 29 | >39.0 |
| **Right Median D2 Antidromic Transcarpal Sensory (2nd Digit)** | | | | | | | | | | | |
| Wrist | | 4.4 | <4.0 | 9.3 | >11.0 | Wrist | 2nd Digit | 4.4 | 14.0 | 32 | >35.0 |
| Palm | | 1.4 | <2.3 | 13.7 | >6.0 | Palm | 2nd Digit | 1.4 | 7.0 | 50 | >30.0 |
| | | | | | | Wrist | Palm | 3.0 | 7.0 | 23 | >39.0 |
| **Left Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.7 | <2.8 | 17.4 | >7.0 | Wrist | 1st Digit | 1.7 | 10.0 | 59 | >36.0 |
| **Right Radial Sensory (1st Digit)** | | | | | | | | | | | |
| Wrist | | 1.8 | <2.8 | 11.4 | >7.0 | Wrist | 1st Digit | 1.8 | 10.0 | 56 | >36.0 |
| **Left Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.0 | 11.7 | >10.0 | Wrist | 5th Digit | 3.0 | 14.0 | 47 | >35.0 |
| **Right Ulnar D5 Sensory (5th Digit)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.0 | 4.9 | >10.0 | Wrist | 5th Digit | 3.0 | 14.0 | 47 | >35.0 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Inc | Inc | Nml | Complete | |
| Left | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Left | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Middle | Rami | | Nml | 1+ | 1+ | Nml | Nml | Nml | Nml | | |
| Left | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | | |
| Right | Deltoid | Axillary | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Biceps | Musculocut | C5-6 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | Triceps | Radial | C6-7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexCarRad | Median | C6-7 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | ExtDigCom | Radial (Post Int) | C7-8 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | FlexDigProf | Ulnar | C8,T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Abd Poll Brev | Median | C8-T1 | Nml | 0 | 0 | Nml | Nml | Nml | Nml | Complete |
| Right | CervParasp Upper | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | CervParasp Middle | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |
| Right | CervParasp Lower | Rami | | Nml | 0 | 0 | Nml | Nml | Nml | Nml | |

## Waveforms:





Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *03/19/2018*
**Name:** ████████

**History of Present Illness**: This is a gentleman, who still complains of bowel and bladder issues. The patient is still partially incontinent. Sometimes, he does not feel when he goes to the restroom. He still complains of pain in the lower back. I examined him. He does have questionably positive Babinski on the left side. He is slightly hyperreflexic on the left patella. The patient seems like was evaluated by spinal surgeon but L5-S1 disk herniation was not conclusive. He has seems like more of the upper motor neuron signs than of the cauda equina. Thoracic spine was not evaluated so I will refer him for MRI of the thoracic spine to check if he does not have conus medullaris issues and based on it, we will decide if surgery is immediately required.

**Plan:** The patient will continue with the physical therapy for now. I still will refer him for EMG of the upper and lower extremities because he still complains of significant cervicalgia. He will be followed for EMG within two weeks.

**Felix Karafin, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████████

**EVALUATE AND TREAT DIAGNOSIS:**
Neck / LB / T-Spine

**FREQUENCY:**
- [x] 1x week x 6 weeks
- [x] 2 x week x 6 weeks
- [ ] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

## MODALITIES:

- [x] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [x] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ] _____

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [x] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ] _____

## ☐ OTHER EVALUATE AND TREAT

## GOALS:

- [ ] Increase Rom
- [ ] Decrease Pain/Edema
- [ ] Increase Strength
- [ ] _____

- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [ ] _____

- [x] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ] _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____ Date: 3/19/18

# ALL BORO MEDICAL REHABILITATION PLLC

<u>This Visit</u>

OV: ☐ First ☐ MRI Review ☐ EMG Review ☐ ESI Review
☐ Month F/u ☐ Other

EMG: ☐ UE ☐ LE ☐ Other _____

Inj: ☐ ESI UE ☐ ESI LE ☐ Other _____

<u>Upcoming</u>

OV in ☐ 1 wk ☐ 2 wk ☐ 1 month _____

for ☐ Check-up ☐ MRI Review ☐ EMG Review ☐ Injection Review

1. ~~☐ EMG UE ☐ EMG LE~~ ☐ ESI UE ☐ ESI LE _____
2. ☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____
3. ☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE _____

Dx needed:

1. _____ Spine _____
2. _____
3. Need EMG Report Gerling _____

Specialists:

☐ R / L Shoulder ☐ R / L Knee ☐ R / L Hip _____

☐ R / L Hand ☐ R / L ___ Finger ☐ R / L Wrist _____

☐ R / L Ankle ☐ R / L Foot _____

☐ Back ☐ Neck ☐ Neuro ☐ Psych _____

Physical Therapy: ☐ Start ☐ Cont ☐ Stop ☐ Other Facility _____

☐ Cont on Back
☐ Call Patient

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *02/04/2019*
**Name:** ███████
**Date of Birth:** ███████

**History of Present Illness**: This is a followup for this gentleman who is still complaining of neck pain and back pain. He states the back pain is progressively getting worse with numbness down his legs. The patient states that he saw Dr. Gerling in the past who is his spine surgeon.

**Physical Examination:**

**Cervical spine**-the patient has limited range of motion of the cervical spine. Flexion 35 degrees, extension 30 degrees, and lateral flexion 40/40 degrees. There are triggers in the upper trapezius, serratus posterior, and rhomboid. The patient still gets persistent headaches.

**Thoracic spine**-he has pain on the iliocostalis thoracis.

**Lumbar spine**-limited range of motion of lumbar spine at 55/90 degrees, extension 15/25 degrees. Pain along the quadratus lumborum.

**Lower extremities**-paresthesias down the leg. Pain along bilateral sciatic notches. Breakthrough weakness of the iliopsoas at 4/5.

The patient states that he has not been working since the time of the accident. He states that he did not realize he had it coming on a monthly basis. He thought he was going to be following up with Dr. Gerling and there was no follow through.

**Recommendations:** The patient is to follow up with Dr. Gerling to see what treatment plan is necessary. The patient, at this point, is still totally disabled.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████

**EVALUATE AND TREAT DIAGNOSIS:**
_n/CB_

**FREQUENCY:** ☐ 1 x week x 6 weeks    ☐ 3x week x 6 weeks
☐ 2 x week x 6 weeks    ☐ 4x week x 6 weeks

_1 x 2 weekly 6 week_

**MODALITIES:**

☐ Moist Heat
☐ Cold Pack
☐ Whirlpool
☐ Ultrasound
☐ Electric Stimulation
☐ Paraffin
☐ Traction Cervical Lumbar
☐ Massage
☐ Myofacial Release
☐ _____

☐ Range of Motion Active/Passive
☐ Joint Mobilization
☐ Gait Training
☐ Neuromuscular Retraining
☐ Stretching
☐ ADL Activities
☐ Joint Conservation
☐ Chiropractic Care
☐ Acupuncture
☐ _____

☐ **OTHER EVALUATE AND TREAT**

## GOALS:

☐ Increase Rom
☐ Decrease Pain/Edema
☐ Increase Strength
☐ _____

☐ Increase Mobility
☐ Improve Function
☐ Increase Fitness
☐ _____

☐ Patient Education
☐ Strengthen Short Muscles
☐ Strengthen Long Muscles
☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____    Date: _2/14/19_

Name: 　　　Date: 2/4/19　　　☐ FK
　　　　　　　　　　　　　　　　　　　　　　　☑ KW

## ALL BORO MEDICAL REHABILITATION PLLC

**Treated:** ☑ Neck ☐ Thoracic ☑ Lumbar ☐ Headaches ☐ R / L Knee
　　　　☐ R / L Shoulder ☐ R / L Hip ☐ R / L Hand / Wr / ___ Finger
　　　　☐ R / L Foot / Ankle / ___ Toe ☐ Other: _____

**Proc Today:** ☐ EMG ☐ ESI ☐ TP ☐ NB ☐ Other: _____

**Workers Comp:** ☐ 100 ☐ 75 ☐ 50 ☐ ___ % Disabled ☐ Working ☐ N/W

**Medications / Aids** _____

**Upcoming**

OV in ☐ 1 ☐ 2 ☐ 4 ☑ 6 ☐ 8 ☐ ___ wks　　_____
　　☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE　　_____
　　☐ EMG UE ☐ EMG LE ☐ ESI UE ☐ ESI LE　　_____

**Dx Needed:** back to Gerling.

_____　　_____

**Specialists:**
☐ R / L Shoulder ☐ R / L Knee ☐ R / L Hip　　_____
☐ R / L Hand ☐ R / L Finger ☐ R / L Wrist　　_____
☐ Back ☐ Neck ☐ Neuro ☐ Psych　　_____

**Phys. Therapy:** 2 times per 2 weeks for 6 weeks ☐ Stop ☐ Other Facility

For: _____ n/LB _____

**Acu:** _____ times per week ☐ Stop　　**Chiro:** _____ times per week ☐ Stop



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

**EXAM: MRI-BRAIN WITHOUT CONTRAST**

**TECHNIQUE:** Axial T2 fast spin echo, FLAIR, T1 spin echo and diffusion-weighted images, sagittal T1 and coronal T2 weighted images were obtained in a3.0 tesla tesla magnet.

**INDICATION:** Status post trauma

**FINDINGS:** There is no acute focal infarct, hemorrhage, extra-axial collection, ventricular dilatation, space-occupying lesion or midline shift.

There is a 1.7 centimeter left maxillary polyp or retention cyst. The remainder of the paranasal sinuses are unremarkable.

There is nasal septal deviation to the left.

The craniocervical junction is unremarkable.

There is an empty sella.

There is mild diffuse cerebral atrophy without asymmetry.

There is no significant small vessel or demyelinating disease.

Diffusion weighted imaging is unremarkable.

**IMPRESSION:** No acute cerebral abnormality. Mild diffuse cerebral atrophy without asymmetry. There is a 1.7 centimeter left maxillary polyp or retention cyst. Nasal septal deviation to the left. Empty sella.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-26-2017 11:53 PM*

Copy to:FELIX KARAFIN  MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
| --- | --- | --- | --- | --- |
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY10498 | Bronx, NY 10465 | Bronx, NY 10467 |



# THOMAS M. KOLB, M.D.



307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Copy to:
FELIX KARAFIN  MD
369 EAST 149TH ST
BRONX NY 10455

**Patient:** ███████████
**Date of Birth:** ███████
**Phone:** ███████████
**MRN:** ███████████
**Date of Exam:** 08-28-2017

**EXAM:  MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 3.0 teslatesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:**  At C2-C3, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

At C3-C4, there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina and exiting nerve roots unremarkable.

At C4-C5, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

At C5-C6, there is a posterior disc bulge impinging upon the thecal sac.  The neural foramina and exiting nerve roots unremarkable.

At C6-C7, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:**  Disc bulges at C3-4 and C5-6 impinging upon the thecal sac.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service       ou!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-07-2017 8:55 AM*

Exam requested by:SHAWN TURNER DC

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ̶̶̶ou!



# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 12-18-2017

**EXAM: MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed3.0 teslatesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** Comparison is made with prior examination of 8/28/2017.

**At C2-C3,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At C3-C4,** there is a posterior disc bulge impinging upon the thecal sac. The neural foramina and exiting nerve roots are unremarkable. There has been no significant interval change.

**At C4-C5,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At C5-C6,** there is a posterior disc bulge impinging upon the thecal sac. The neural foramina and exiting nerve roots are unremarkable. There is no interval change.

**At C6-C7,** there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Disc bulges at C3-4 and C5-6 with no interval change the prior examination of 8/28/2017.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2017 7:59 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ou!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY10498 | Bronx, NY 10465 | Bronx, NY 10467 |



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: ▮
Date of Birth: ▮
Phone: ▮
MRN: ▮
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the left hip was performed in a 3.0 tesla magnet

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is a partial tear of the ischial femoral ligament associated joint effusion.

There are partial tears of the left gluteus minimus and medius tendons with associated joint and greater trochanteric bursal effusion. The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

The origin hamstring tendons is unremarkable.

The femoro acetabular labrum is intact with no evidence of a tear.

**IMPRESSION:** Tear of the ischial femoral ligament. Tears of the left gluteus minimus and medius tendons at their trochanteric insertion with associated joint and bursal effusion.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-13-2017 10:18 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 08-28-2017

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.3.0 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At L5-S1, there is a small central to left foraminal disc herniation impinging upon the anterior epidural fat narrowing the inferior aspect of the left-sided neural foramen.

At L4-L5, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L3-L4, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Small central to left foraminal disc herniation at L5-S1 impinging upon the anterior epidural fat and narrowing the inferior aspect of the left-sided neural foramen.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-29-2017 9:11 AM*

Copy to:FELIX KARAFIN MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

**EXAM: MRI-PELVIS WITHOUT CONTRAST**

**TECHNIQUE:** Multiplanar multi sequence images of the pelvis were obtained in a 3.0 tesla magnet

**INDICATION:** Status Post Trauma

**FINDINGS:** There is marrow edema in S4 as well as the 1st coccygeal segment indicating nondisplaced fractures.

Otherwise the marrow signal in the bony pelvis is unremarkable with no further evidence of fracture or osteochondral defect. The femoral heads are normally located.

There is a partial tear of the insertion of the gluteus medius and minimus tendons in the left hip. There is a low-grade partial tear of the insertion of the gluteus minimus tendon in the right hip. The Remainder of the bilateral anterior posterior abductor and adductor musculature is unremarkable.

There are no soft tissue masses or fluid collections.

There is no evidence of mass fluid collection or significant lymphadenopathy.

There is fluid at the bilateral ischial femoral ligaments and and the posterior labrum on the right which are suspect for tears. Clinical correlation if necessary targeted MRI of of the hips is recommended.

There is no evidence of subcutaneous mass or hemorrhage.

**IMPRESSION:** Nondisplaced fractures S4 and the 1st coccygeal segment. Partial tear of the insertions of the left gluteus minimus and medius tendons as well as the right gluteus minimus tendon. Small fluid collections at the bilateral ischial femoral ligaments and right posterior labrum as described above. Additional evaluation may be warranted clinical correlation is in order.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-28-2017 8:06 AM*

Copy to:FELIX KARAFIN MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient: ███
Date of Birth: ███
Phone: ███
MRN: ███
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST RIGHT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the right hip was performed in a 3.0 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is an extensive tear of the insertions of the gluteus minimus and medius tendons with associated joint and bursal effusion.

The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

There is evidence of a low-grade tear of the posteromedial femoral acetabular labrum. The remainder of the labrum is unremarkable.

There are no soft tissue masses or fluid collections.

The origin of the hamstring tendons is unremarkable.

**IMPRESSION:** Tear of the insertions of the gluteus minimus and medius tendons. Tear of the posterior medial femoral acetabular labrum. Joint effusion.


Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas
*Electronically Signed: 09-13-2017 10:21 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
| --- | --- | --- | --- | --- |
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |



# THOMAS M. KOLB, M.D.

KOLB RADIOLOGY

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com



Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 12-18-2017

**EXAM: MRI-SPINE THORACIC WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 3.0 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At each of the thoracic levels, there is no evidence of bulge or herniation.

The neural foramina are normal.

The discs are of normal height and hydration.

The marrow signal and cord signal are normal.

There is no fracture or listhesis.

**IMPRESSION: Normal MRI of the Thoracic Spine.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2017 11:11 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ou!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

# MAXIMUM ORTHOPEDICS
## 44 COURT ST. SUITE # 1002
## BROOKLYN, NY 11201
## TEL. 718-488-7488
## FAX: 718-488-7130

RECEIVED APR 29 2020

## FACSIMILE TRANSMITTAL SHEET

TO:

FROM: MAXIMUM ORTHOPEDICS

Sonia M.

DATE: 4-23-20

TOTAL NO. OF PAGES, INCLUDING COVER:

FAX NUMBER:

(516) 512-6339

SENDER'S REFERENCE NUMBER:

X URGENT  √ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Good day,

Please provide us with medical records as indicated in the request.

Thank you

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████████

EVALUATE AND TREAT DIAGNOSIS:

FREQUENCY:  ☐ 1 x week x 6 weeks          ☒ 3x week x 6 weeks
            ☐ 2 x week x 6 weeks          ☐ 4x week x 6 weeks

MODALITIES:

☒ Moist Heat                    ☒ Range of Motion Active/Passive
☐ Cold Pack                     ☐ Joint Mobilization
☐ Whirlpool                     ☐ Gait Training
☐ Ultrasound                    ☐ Neuromuscular Retraining
☒ Electric Stimulation          ☐ Stretching
☐ Paraffin                      ☐ ADL Activities
☐ Traction Cervical Lumbar      ☐ Joint Conservation
☒ Massage                       ☐ Chiropractic Care
☒ Myofacial Release             ☐ Acupuncture
☐                               ☐

☐ OTHER EVALUATE AND TREAT

GOALS:

☒ Increase Rom          ☒ Increase Mobility       ☐ Patient Education
☒ Decrease Pain/Edema   ☒ Improve Function        ☒ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness        ☐ Strengthen Long Muscles
☐                       ☐                          ☐

Precautions and/or Instructions: _____
Referring Physical Name: _____ F. KARAFIN _____
Address: _____

Physician Signature: _____   Date: 8/21/17

**RJR MEDICAL, PC**
44 COURT STR, STE 1002
BROOKLYN NY 11201
T (718) 401-1111, F (718) 401-2723

CHART#:_____

PATIENT'S NAME: ███████████████

*SUBJECTIVE:* Pt today c/o moderate neck pain and spasms.

*MODALITIES:*

☐ 97032 ELECTRICAL STIMULATION
☐ 97014 ELECTRICAL STIMULATION
☐ 97010 HOT/COLD PACK
☒ 97140 MANUAL THERAPY TECHNIQUES
☒ 97110 THERAPEUTIC EXERCISES
☐ 97530 RANGE OF MOTION
☐ 97018 PARAFFIN BATH
☐ 97035 ULTRASOUND
☐ 97124 ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____ DATE: 08/21/2017

## RJR MEDICAL, PC
44 COURT STR, STE 1002
**BROOKLYN    NY  11201**
T (718) 401-1111, F (718) 401-2723

☒ INITIAL EVALUATION
☐ RE-EVALUATION

CHART#: ____  PATIENT'S NAME: ____  DOB: ____

REFERRING PHYSICIAN: Dr. Karafin _____ PAIN SCALE: 7/10

DIAGNOSIS: Cervicalgia

HPI/PMH: Pt slipped and fell on a ladder backwards, Xray at Wycoff Hosp showed (-) Fx.

PRECAUTIONS: Routine.

PATIENT'S C/O: Neck pain and occasionally radiating to both arms.

SKELETAL ABNORMALITIES/POSTURE slight forward head posture.

PALPATION: Spasms of upper trapz. ____ NEUROLOGICAL SYMPTOMS: (+) tingling/numbness B arms.

ROM: Cervical ROM is WNL on all planes w/ pain at full extension & rotations.

MMT/STRENGTH: Cervical strength are graded 3/5 on all planes.

AMBULATION: Amb. w/o ASD, (-) limping gait.

BALANCE: Good, walking & standing bal.    ENDURANCE: Fair, neck mm. endurance

OTHERS: (-) Spurling test.

SHORT TERM GOALS:
1. Dec. neck pain by 2-4 levels    2. Maintain normal neck ROM.
3. Inc. neck strength by .5 grade.    4. Improve neck functional capacity.

LONG TERM GOAL: Pt will be able to perform ADL's w/o neck pain.

TREATMENT PLAN: 3 TIMES PER WEEK, FOR 6 WEEKS.

HMP & TENS, MFR, Gentle stretching, ROM ex, Strengthening ex., HEP

RISKS, BENEFITS AND ALTERNATIVES WERE DISCUSSED WITH THE PATIENT. PATIENT VERBALIZES AND
UNDERSTANDS THERAPY. DOES PATIENT AGREE WITH THERAPY? [Y/N] YES

THERAPIST'S SIGNATURE: ____  DATE: 08/21/17

**RJR MEDICAL, PC**
44 COURT STR, STE 1002
**BROOKLYN NY    11201**
T (718) 401-1111, F (718) 401-2723

CHART#:_____

PATIENT'S NAME: █████████████████████ _

*SUBJECTIVE:* Pt today c/o minimal neck pain and spasm of upper trapz, also c/o headache.

_____

**_MODALITIES_:**

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL _____

_____

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED _____

*PHYSICAL THERAPIST SIGNATURE:* _____ DATE: 09/01/2017 _____

# ALBERT CIANCIMINO, MD
## General Practitioner
44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ▮▮▮▮▮▮▮▮▮▮▮▮

EVALUATE AND TREAT DIAGNOSIS: _____

_____ c/s l/s _____

FREQUENCY:  ☐ 1 x week x 6 weeks          ☒ 3x week x 6 weeks
            ☐ 2 x week x 6 weeks          ☐ 4x week x 6 weeks

### MODALITIES:

☐ Moist Heat                    ☐ Range of Motion Active/Passive
☐ Cold Pack                     ☐ Joint Mobilization
☐ Whirlpool                     ☐ Gait Training
☐ Ultrasound                    ☐ Neuromuscular Retraining
☐ Electric Stimulation          ☐ Stretching
☐ Paraffin                      ☐ ADL Activities
☐ Traction Cervical Lumbar      ☐ Joint Conservation
☐ Massage                       ☐ Chiropractic Care
☐ Myofacial Release             ☐ Acupuncture
☐_____               ☐_____

☐ OTHER EVALUATE AND TREAT

### GOALS:
☐ Increase Rom          ☐ Increase Mobility     ☐ Patient Education
☐ Decrease Pain/Edema   ☐ Improve Function      ☐ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness      ☐ Strengthen Long Muscles
☐_____       ☐_____       ☐_____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____ Date: 9/5/17

# RJR MEDICAL, PC
44 COURT STR, STE 1002
BROOKLYN    NY   11201
T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮

_SUBJECTIVE:_ Pt today C/o minimal neck Pain andsposm
Ot upp. trap ,also C/o headache

**MODALITIES:**

- [ ] 97032  ELECTRICAL STIMULATION
- [ ] 97014  ELECTRICAL STIMULATION
- [ ] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY

_ASSESMENT:_ PATIENT TOLERATED TREATMENT WELL

_PLAN:_ TO CONTINUE PHYSICAL THERAPY AS PLANNED

_PHYSICAL THERAPIST SIGNATURE:_ _____ DATE: 9-5-17

## RJR MEDICAL, PC
**44 COURT STR, STE 1002**
**BROOKLYN NY    11201**
**T (718) 401-1111, F (718) 401-2723**

CHART#:_____

PATIENT'S NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*SUBJECTIVE:* Pt today c/o minimal-moderate neck pain and upper trapz spasm.

_____

**MODALITIES:**

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL _____

_____

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED _____

*PHYSICAL THERAPIST SIGNATURE:* _____  DATE: 09/22/2017

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████████

**EVALUATE AND TREAT DIAGNOSIS:** _LB /Neck / hpS._

**FREQUENCY:**
- ☐ 1 x week x 6 weeks
- ☐ 2 x week x 6 weeks
- ☐ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

## MODALITIES:

- ☐ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☐ Massage
- ☐ Myofacial Release
- ☐ _____

- ☐ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

☐ **OTHER EVALUATE AND TREAT**

## GOALS:

- ☐ Increase Rom
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____ Date: 9|25|17

## RJR MEDICAL, PC
### 44 COURT STR, STE 1002
### BROOKLYN NY    11201
T (718) 401-1111, F (718) 401-2723

CHART#:_____

PATIENT'S NAME: ███████████████████

*SUBJECTIVE*: Pt today c/o minimal-moderate neck pain and spasms.

_____

*MODALITIES*:

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 09/25/2017

**RJR MEDICAL, PC**
**44 COURT STR, STE 1002**
**BROOKLYN NY    11201**
**T (718) 401-1111, F (718) 401-2723**

CHART#:_____

PATIENT'S NAME: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*SUBJECTIVE:* Pt today c/o minimal-moderate neck pain and spasm.

_____

*MODALITIES:*

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

_____

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____ DATE: 10/02/2017

**WORKERS' COMPENSATION BOARD**

# Doctor's Progress Report

### State of New York - Workers' Compensation Board

# C-4.2

Use this form to report *continuing* services. (To report the first time you treated the patient, use Form C-4. To report permanent impairment, use Form C-4.3.)

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if he/she has one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the injured worker, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.state.ny.us.

Date(s) of Examination: 08/21/2017    09/25/2017

WCB Case Number (if known): ·    Carrier Case Number (if known): _____

## A. Patient's Information

1. Name: _____ Last    First    MI
2. Date of Injury/Illness: 07/19/2017    3. Soc. Sec. #: _____
4. Address (if changed from previous report): _____
5. Patient's Account #: _____

## B. Doctor's Information

1. Your name: CIANCIMINO    ALBERT J    2. WCB Authorization #: 129362-0
   Last    First    MI
3. WCB Rating Code: IM-GE GP    4. Federal Tax ID #: 45-5336606    The Tax ID # is the (check one): ☐ SSN ☒ EIN
5. Office address: 44 COURT STR, STE 1002    BROOKLYN    NY    11201
   Number and Street    City    State    Zip Code
6. Billing Group or Practice Name: RJR MEDICAL, PC
7. Billing address: 369 EAST 149 STR, 9 FL    BRONX    NY    10455
   Number and Street    City    State    Zip Code
8. Office phone #: ( 718-401-1111    9. Billing phone #: ( 718-401-1111    10. Treating Provider's NPI #: 169985210-3

## C. Billing Information

1. Employer's insurance carrier: WCB/NO INSURANCE UNIT    2. Carrier Code #: W-
3. Insurance carrier's address: PO BOX 5205    BINGHAMTON    NY    13902-5205
   Number and Street    City    State    Zip Code
4. Diagnosis or nature of disease or injury:

Enter ICD9 Code:    ICD9 Descriptor:
(1) M54.2    Cervicalgia
(2) _____
(3) _____
(4) _____

Relate ICD9 codes in (1), (2), (3), or (4) to Diagnosis Code column below by line.

| From MM | DD | YY | To MM | DD | YY | Place of Service | Leave Blank | Use WCB Codes Procedures, Services or Supplies CPT/HCPCS | MODIFIER | Diagnosis Code | $ Charge | Days/ Units | COD | Zip code where service was rendered |
|---------|----|----|----|----|----|------|------|---------|----------|------|--------|-----|-----|-----|
| 08 | 21 | 17 | 08 | 21 | 17 | 11 | | 97140 | | 1 | 35.74 | 1 | | 11201 |
| 08 | 21 | 17 | 08 | 21 | 17 | 11 | | 97110 | | 1 | 33.54 | 1 | | 11201 |
| 09 | 01 | 17 | 09 | 01 | 17 | 11 | | 97140 | | 1 | 35.74 | 1 | | 11201 |
| 09 | 01 | 17 | 09 | 01 | 17 | 11 | | 97110 | MAXIMUM 8 UNITS PER DAY $67.00 PER DAY | 1 | 33.54 | 1 | | 11201 |
| 09 | 05 | 17 | 09 | 05 | 17 | 11 | | 97140 | | 1 | 35.74 | 1 | | 11201 |
| 09 | 05 | 17 | 09 | 05 | 17 | 11 | | 97110 | | 1 | 33.54 | 1 | | 11201 |

☐ Check here if services were provided by a WCB preferred provider organization (PPO).

Total Charge $ 346.40    Amount Paid (Carrier Use Only) $    Balance Due (Carrier Use Only) $

## D. Examination and Treatment

1. Describe any diagnostic test(s) rendered at this visit: _____

Patient's Name: ▓▓▓▓▓▓▓▓ Date of Injury/onset of illness: 07/19/2017
Last        First        MI

2. List any changes revealed by your most recent examination in the following: area of injury, type/nature of injury, patient's subjective complaints or your objective findings: _____

3. List additional body parts affected by this injury, if any: _____

4. Based on your most recent examination, list changes to the original treatment plan, prescription medications or assistive devices, if any: _____

5. Based on this examination, does the patient need diagnostic tests or referrals? ☒ Yes ☐ No  If yes, check all that apply:

Tests:
☐ CT Scan   ☐ EMG/NCS
☐ MRI (specify): _____
☐ Labs (specify): _____
☐ X-rays (specify): _____
☐ Other (specify): _____

Referrals:
☐ Chiropractor   ☐ Internist/Family Physician
☐ Occupational Therapist
☒ Physical Therapist
☐ Specialist in: _____
☐ Other (specify): _____

Important: Form C-4 AUTH should be used to request any special medical service over $1000 or for those services requiring pre-authorization pursuant to the Medical Treatment Guidelines for the back, neck, knee and shoulder.

6. Describe treatment rendered today: THERAPEUTIC EXERCISES AND MANUAL THERAPY

7. When is patient's next follow-up visit? ☒ Within a week ☐ 1-2 wks ☐ 3-4 wks ☐ 5-6 wks ☐ 7-8 wks ☐ ____ months ☐ as needed

## E. Doctor's Opinion (based on this examination)

1. In your opinion, was the incident that the patient described the competent medical cause of this injury/illness? ☒ Yes ☐ No
2. Are the patient's complaints consistent with his/her history of the injury/illness? ☒ Yes ☐ No
3. Is the patient's history of the injury/illness consistent with your objective findings? ☒ Yes ☐ No ☐ N/A (no findings at this time)
4. What is the percentage (0-100%) of temporary impairment? _____ %
5. Describe findings and relevant diagnostic test results: _____

## F. Return to Work

1. Is patient working now? ☐ Yes ☐ No  If yes, are there work restrictions? ☐ Yes ☐ No  If yes, describe the work restrictions: _____

How long will the work restrictions apply? ☐ 1-2 days ☐ 3-7 days ☐ 8-14 days ☐ 15+ days ☐ Unknown at this time

2. Can patient return to work? (check only one):
a. ☐ The patient cannot return to work because (explain): _____
b. ☐ The patient can return to work without limitations on: ____/____/____
c. ☐ The patient can return to work with the following limitations (check all that apply) on: ____/____/____
   ☐ Bending/twisting   ☐ Lifting   ☐ Sitting
   ☐ Climbing stairs/ladders   ☐ Operating heavy equipment   ☐ Standing
   ☐ Environmental conditions   ☐ Operation of motor vehicles   ☐ Use of public transportation
   ☐ Kneeling   ☐ Personal protective equipment   ☐ Use of upper extremities
   ☐ Other (explain): _____

Describe/quantify the limitations: _____
How long will these limitations apply? ☐ 1-2 days ☐ 3-7 days ☐ 8-14 days ☐ 15+ days ☐ Unknown at this time ☐ N/A

3. With whom will you discuss the patient's returning to work and/or limitations? ☒ with patient ☐ with patient's employer ☐ N/A
4. Would the patient benefit from vocational rehabilitation? ☐ Yes ☒ No

*This form is signed under penalty of perjury.*
Board Authorized Health Care Provider - Check one:
☒ I provided the services listed above.
☐ I actively supervised the health-care provider named below who provided these services.
Provider's name _____   Specialty _____

Board Authorized Health Care Provider signature:

| ALBERT CIANCIMINO MD | [signature] | IM-GE-GP | 09/26/2017 |
| Name | Signature | Specialty | Date |

C-4.2 (1-11) Page 2 of 2        www.wcb.ny.gov

CONTINUATION TO CARRIER/EMPLOYER BILLING PORTION
OF FORMS C-4, C-4.2, C-4.3, C-5, PS-4 or OT/PT-4

| Doctor's Name | WCB Case Number | Carrier Case Number | Date of Accident or Injury |
|---|---|---|---|
| ALBERT J CIANCIMINO M.D. , | | | 07/19/2017 |

Patient | | Patient's Social Security Number:

| | MM | From DD | YY | To MM | DD | YY | B. Place of Service | C. Leave Blank | D. (USE WCB CODE) Procedures, Services or Supplies CPT/HCPCS | MODIFIER | E. Diagnosis Code | F. $ Charges | G. Days or Units | H. CDB | I. Zip Code Where Service was Rendered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. | 09 | 22 | 17 | 09 | 22 | 17 | 11 | | 97140 | | 1 | 35.74 | 1 | | 11201 |
| 8. | 09 | 22 | 17 | 09 | 22 | 17 | 11 | | 97110 | | 1 | 33.54 | 1 | | 11201 |
| 9. | 09 | 25 | 17 | 09 | 25 | 17 | 11 | | 97140 | | 1 | 35.74 | 1 | | 11201 |
| 10. | 09 | 25 | 17 | 09 | 25 | 17 | 11 | | 97110 | | 1 | 33.54 | 1 | | 11201 |
| 11. | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | |
| 14. | | | | | | | | | | MAXIMUM 8 UNITS PER DAY $57.60 PER DAY | | | | | |
| 15. | | | | | | | | | | | | | | | |
| 16. | | | | | | | | | | | | | | | |
| 17. | | | | | | | | | | | | | | | |
| 18. | | | | | | | | | | | | | | | |
| 19. | | | | | | | | | | | | | | | |
| 20. | | | | | | | | | | | | | | | |
| 21. | | | | | | | | | | | | | | | |
| 22. | | | | | | | | | | | | | | | |
| 23. | | | | | | | | | | | | | | | |
| 24. | | | | | | | | | | | | | | | |
| 25. | | | | | | | | | | | | | | | |
| 26. | | | | | | | | | | | | | | | |
| 27. | | | | | | | | | | | | | | | |
| 28. | | | | | | | | | | | | | | | |
| 29. | | | | | | | | | | | | | | | |
| 30. | | | | | | | | | | | | | | | |
| 31. | | | | | | | | | | | | | | | |

C-4.1 (9-08)    **THE INJURED WORKER SHOULD NOT PAY THIS BILL.**    NY-WCB

# Kevin Weiner, MD
# Felix Karafin, MD
**44 COURT ST. SUITE 1002**
**BROOKLYN, NY 11201**
**TEL. 718-488-7488**
**FAX: 718-488-7130**

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████████

EVALUATE AND TREAT DIAGNOSIS:

FREQUENCY: ☐ 1 x week x 6 weeks          ☑ 3x week x 6 weeks
           ☐ 2 x week x 6 weeks          ☐ 4x week x 6 weeks

MODALITIES:

☑ Moist Heat                    ☑ Range of Motion Active/Passive
☐ Cold Pack                     ☐ Joint Mobilization
☐ Whirlpool                     ☐ Gait Training
☐ Ultrasound                    ☐ Neuromuscular Retraining
☑ Electric Stimulation          ☐ Stretching
☐ Paraffin                      ☐ ADL Activities
☐ Traction Cervical Lumbar      ☐ Joint Conservation
☑ Massage                       ☐ Chiropractic Care
☑ Myofacial Release             ☐ Acupuncture
☐ _____               ☐ _____

☐ OTHER EVALUATE AND TREAT

GOALS:
☑ Increase Rom          ☑ Increase Mobility     ☐ Patient Education
☑ Decrease Pain/Edema   ☑ Improve Function      ☑ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness      ☐ Strengthen Long Muscles
☐ _____       ☐ _____       ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____ E. VACATIN/ _____
Address: _____

Physician Signature: _____  Date: 8/21/17

**RJR MEDICAL, PC**
44 COURT STR, STE 1002
BROOKLYN     NY   11201
T (718) 401-1111, F (718) 401-2728

☒ INITIAL EVALUATION
☐ RE-EVALUATION

CHART#: _____ PATIENT'S NAME: _____ DOB: _____

REFERRING PHYSICIAN: Dr. Karafin _____ PAIN SCALE: 7/10 _____

DIAGNOSIS: Cervicalgia _____

HPI/PMH: Pt slipped and fell on a ladder backwards. Xray at Wycoff Hosp showed (-) Fx. _____

PRECAUTIONS: Routine _____

PATIENT'S C/O: Neck pain and occasionally radiating to both arms _____

SKELETAL ABNORMALITIES/POSTURE: slight forward head posture _____

PALPATION: Spasms of upper trapz _____ NEUROLOGICAL SYMPTOMS: (+) tingling/numbness B. arms.

ROM: Cervical ROM is WNL on all planes w/ pain at full extension & rotations _____

MMT/STRENGTH: Cervical strength are graded 3/5 on all planes. _____

AMBULATION: Amb. w/o ASD, (-) limping gait _____

BALANCE: Good, walking & standing bal.    ENDURANCE: Fair, neck mm. endurance _____

OTHERS: (-) Spurling test _____

SHORT TERM GOALS:
 1. Dec. neck pain by 2-4 levels _____  2. Maintain normal neck ROM _____

 3. Inc. neck strength by 5 grade _____ 4. Improve neck functional capacity _____

LONG TERM GOAL: Pt will be able to perform ADL's w/o neck pain _____

TREATMENT PLAN: __3__ TIMES PER WEEK, FOR __6__ WEEKS.

HMP & TENS, MER, Gentle stretching, ROM ex, Strengthening ex , HEP _____

RISKS, BENEFITS AND ALTERNATIVES WERE DISCUSSED WITH THE PATIENT. PATIENT VERBALIZES AND
UNDERSTANDS THERAPY. DOES PATIENT AGREE WITH THERAPY? [Y/N] __YES__

THERAPIST'S SIGNATURE: _____ DATE: 08/21/17 _____

### RJR MEDICAL, PC
**44 COURT STR, STE 1002**
**BROOKLYN      NY    11201**
**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE:* Pt today c/o moderate neck pain and spasms.

*MODALITIES:*

- ☐ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____      DATE: 08/21/2017

## RJR MEDICAL, PC
**44 COURT STR, STE 1002**
**BROOKLYN   NY   11201**
**T (718) 401-1111, F (718) 401-2723**

CHART#: ▉▉▉▉

PATIENT'S NAME: ▉▉▉▉▉▉▉▉▉▉▉▉

*SUBJECTIVE:* Pt today c/o minimal neck pain and spasm of upper trapz, also c/o headache.

*MODALITIES:*

- ☐ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____   DATE: 09/01/2017

# RJR MEDICAL, PC
## 44 COURT STR, STE 1002
### BROOKLYN    NY    11201
#### T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮

SUBJECTIVE: Pt today C/o minimal neck Pain andspasm of upp. trap , also C/o heatache

MODALITIES:

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☑ 97140  MANUAL THERAPY TECHNIQUES
☑ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

ASSESMENT: PATIENT TOLERATED TREATMENT WELL

PLAN: TO CONTINUE PHYSICAL THERAPY AS PLANNED

PHYSICAL THERAPIST SIGNATURE: _____    DATE: 9-5-17

# RJR MEDICAL, PC
### 44 COURT STR, STE 1002
### BROOKLYN    NY    11201
### T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt today c/o minimal-moderate neck pain and upper trapz spasm.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____    DATE: 09/22/2017

## RJR MEDICAL, PC
### 44 COURT STR, STE 1002
### BROOKLYN    NY   11201
### T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt today c/o minimal-moderate neck pain and spasms.

**MODALITIES:**

- ☐ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____    DATE: _09/25/2017_

**RJR MEDICAL, PC**
44 COURT STR, STE 1002
**BROOKLYN NY    11201**
T (718) 401-1111, F (718) 401-2723

CHART#:_____

PATIENT'S NAME: █████████████████████

*SUBJECTIVE*: Pt today c/o neck pain and spasms.

_____

**MODALITIES**:

☐ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  ELECTRICAL MASSAGE THERAPY

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL _____

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED _____

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 10/13/2017

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EVALUATE AND TREAT DIAGNOSIS: _LB) hip._

FREQUENCY:  ☐ 1 x week x 6 weeks        ☐ 3x week x 6 weeks
            ☐ 2 x week x 6 weeks        ☐ 4x week x 6 weeks

MODALITIES:

☐ Moist Heat                      ☐ Range of Motion Active/Passive
☐ Cold Pack                       ☐ Joint Mobilization
☐ Whirlpool                       ☐ Gait Training
☐ Ultrasound                      ☐ Neuromuscular Retraining
☐ Electric Stimulation            ☐ Stretching
☐ Paraffin                        ☐ ADL Activities
☐ Traction Cervical Lumbar        ☐ Joint Conservation
☐ Massage                         ☐ Chiropractic Care
☐ Myofacial Release               ☐ Acupuncture
☐ _____                   ☐ _____

☐ OTHER EVALUATE AND TREAT

GOALS:

☐ Increase Rom          ☐ Increase Mobility      ☐ Patient Education
☐ Decrease Pain/Edema   ☐ Improve Function       ☐ Strengthen Short Muscles
☐ Increase Strength     ☐ Increase Fitness       ☐ Strengthen Long Muscles
☐ _____         ☐ _____          ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____  Date: 12/4/17

# ALL BORO MEDICAL REHABILITATION PLLC

- 369 East 149th Street, 3rd Floor
Bronx, NY 10455

- 11615 Queens Blvd
Forest Hills, NY 11375

- 44 Court Street Ste 1002
Brooklyn, NY 11201

Phone: (718                                        Fax: (888) 511-2038

Patient Name: _____         Ordered by:    ⚬ Felix Karafin, M.D.

DOB: _____   DOI: _____                    ⚬ Kevin Weiner, M.D.

Patient Number: _____

Patient Address: _____

- NF      - WC      - LienAttorney: _____

Carrier: _____   Claim #: _____

**Exam Screening MRI:**
- Metal in eyes/body      - Aneurysm clips      - Pacemaker  - Claustrophobia

MRI Contrast:      - With      - Without      - With & Without

| | | | | | |
|---|---|---|---|---|---|
| ___ Brain | ___ Neck Soft Tissue | ✗ C-Spine | ___ Wrist | ( R / L ) | Other |
| ___ Pituitary | ___ Breast | ✗ T-Spine | ___ Elbow | ( R / L ) | |
| ___ Orbits | ___ Abdomen | ___ L-Spine | ___ Shoulder | ( R / L ) | |
| ___ Sinuses | ___ Pelvis | ___ TMJ's | ___ Hip | ( R / L ) | |
| ___ IAC's | ___ Prostate | ___ Cardiac | ___ Knee | ( R / L ) | |
| | ___ Ankle  ( R / L ) | | ___ Foot | ( R / L ) | |

MRA _____

XR _____
_____

CT _____
_____

Ultrasound _____

Doctor's Signature: _____   Date: 12-4-17

Test Scheduled: _____

Kolb Radiology :
- 307 East 60th Str, MNH
- 3199 Bainbridge Ave, BX
- 170 East 77th St, MNH
- 3626 East Tremont Ave, BX
212-602-1900

Precision Imaging      - 222 East 68th Street, MNH      212-879-4488

Washington Heights Imaging  -  4334 Broadway, MNH      212-927-1717

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ▮▮▮▮▮▮▮▮▮▮

**EVALUATE AND TREAT DIAGNOSIS:** Nec L LB T-Spine

**FREQUENCY:**
- [ ] 1 x week x 6 weeks
- [x] 2 x week x 6 weeks
- [ ] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

**MODALITIES:**

- [x] Moist Heat
- [x] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [x] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [x] Massage
- [x] Myofacial Release
- [ ]

- [x] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [x] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ]

**[ ] OTHER EVALUATE AND TREAT**

**GOALS:**

- [ ] Increase Rom
- [ ] Decrease Pain/Edema
- [ ] Increase Strength
- [ ]

- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [ ]

- [x] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ]

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____ Date: 3/19/18

**RJR MEDICAL P.C.**
**44 COURT ST.**
**SUITE 1002**
**BROOKLYN, NY 11201**

Tel. 718-488-7488   Fax: 718-488-7130

CHART#: _____

PATIENT'S NAME: _____

SUBJECTIVE: *Pt C/o neck pain & spasm*

**MODALITIES:**

- [ ] 97032  ELECTRICAL STIMULATION
- [ ] 97014  ELECTRICAL STIMULATION
- [ ] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY

ASSESMENT: *Pt tol tx well*

PLAN: *Continue PT as planned*

PHYSICAL THERAPIST SIGNATURE: _____  DATE: 3/18/10

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** ███████████

**EVALUATE AND TREAT DIAGNOSIS:** _N LB_

**FREQUENCY:**
- ☐ 1 x week x 6 weeks
- ☐ 2 x week x 6 weeks
- ☐ 3x week x 6 weeks
- ☐ 4x week x 6 weeks

_1 x 2 weekly 6 week_

**MODALITIES:**

- ☐ Moist Heat
- ☐ Cold Pack
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction Cervical Lumbar
- ☐ Massage
- ☐ Myofacial Release
- ☐ _____

- ☐ Range of Motion Active/Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Chiropractic Care
- ☐ Acupuncture
- ☐ _____

☐ **OTHER EVALUATE AND TREAT**

**GOALS:**

- ☐ Increase Rom
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ _____

- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ _____

- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strengthen Long Muscles
- ☐ _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

Physician Signature: _____ Date: 2/14/19

# Doctor's Initial Report
## State of New York • Workers' Compensation Board

# C-4

Use this form to report the *first* time you treated the patient. (To report continued treatment, use Form C-4.2. To report permanent impairment, use Form C-4.3.)

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if he/she has one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the injured worker, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.state.ny.us.

## A. Patient's Information

1. Name: _____    2. Social Security #: _____
   Last    First    MI

3. Home phone #: (____) _____   4. WCB Case # (if known): _____   5. Carrier Case #: _____

6. Mailing address: _____
   Number and Street     City    State    Zip Code

7. Date of injury/onset of illness: 07/19/2017/   8. Date of Birth: _____   9. Gender: ☒ Male   ☐ Female

10. On the date of injury/illness what was the patient's job title or description: CONSTRUCTION WORKER

11. On the date of injury/illness what were the patient's usual work activities: _____

_____

12. Patient's Account #: _____

## B. Employer Information

1. Employer when injury occurred: _____   2. Phone #: (____) _____
   Company/Agency Name

3. Employer Address: _____
   Number and Street     City    State    Zip Code

## C. Doctor's Information

1. Your name: CIANCIMINO    ALBERT J    2. WCB Authorization #: 129362-0
   Last    First    MI

3. WCB Rating Code: IM-GE GP   4. Federal Tax ID #: 45-5336606   The Tax ID # is the (check one): ☐ SSN ☒ EIN

5. Office address: 44 COURT STR, STE 1002    BROOKLYN    NY    11201
   Number and Street     City    State    Zip Code

6. Billing group or practice name: RJR MEDICAL, PC

7. Billing address: 369 EAST 149 STR, 9 FL    BRONX    NY    10455
   Number and Street     City    State    Zip Code

8. Office phone #: (718-401-1111   9. Billing phone #: (718-401-1111   10. Treating Provider's NPI #: 169985210-3

11. You are a (check one): ☒ Physician ☐ Podiatrist ☐ Chiropractor

## D. Billing Information

1. Employer's insurance carrier: WCB/NO INSURANCE UNIT    2. Carrier Code #: W-_____

3. Insurance carrier's address: PO BOX 5205    BINGHAMTON    NY    13902-5205
   Number and Street     City    State    Zip Code

4. Diagnosis or nature of disease or injury:

| Enter ICD9 Code: | ICD9 Descriptor: |
|---|---|
| (1) M50.10 | Cervical disc disorder with radiculopathy unspecif. ce |
| (2) M54.16 | Radiculopathy, lumbar region |
| (3) S32.9XXA | Fracture of unspecified parts of lumbosacral spine and |
| (4) H53.8 | Other visual disturbances |

Relate ICD9 codes in (1), (2), (3), or (4) to Diagnosis Code column on page 2 by line.

C-4.0 (12-10) Page 1 of 4    THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION    www.wcb.state.ny.us

Patient's Name: _____

Date of Injury/onset of Illness: 07/19/2017 /

| From MM DD YY | Dates of Service To MM DD YY | Place of Service | Leave Blank | Use WCB Codes Procedures, Services or Supplies CPT/HCPCS | MODIFIER | Diagnosis Code | $ Charge | Days/ Units | COS | Zip code where service was rendered |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 05 17 | 09 05 17 | 11 | | 99205 | | 1,2,3,4 | 200.68 | 1 | | 11201 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ Check here if services were provided by a WCB preferred provider organization (PPO).

| Total Charge | Amount Paid (Carrier Use Only) | Balance Due (Carrier Use Only) |
|---|---|---|
| $ 200.68 | $ | $ |

## E. History

1. Based on the patient's history, where and how did the injury/illness happen: PATIENT STATES THAT WHILE AT WORK HE FELL OFF A LADDER CAUSING THE PATIENT TO SUSTAIN INJURIES TO HIS NECK LOWER BACK AND PELVIS.

2. How did you learn about the injury/illness (check one): ☒ Patient ☐ Medical Records ☐ Other(specify): _____

3. Did another health provider treat this injury/illness including hospitalizaton and/or surgery? ☒ Yes ☐ No  If yes, give details: WYCKOFF HOSPITAL

4. Have you previously treated this patient for a similar work-related injury/illness? ☐ Yes ☒ No  If yes, when: _____

## F. Exam Information

1. Date(s) of Examination: 09/05/2017

2. Patient's subjective complaints: Check all that apply and identify specific affected body part(s).

☐ Numbness/Tingling _____
☒ Pain  NECK LOWER BACK PELVIS
☐ Stiffness _____

☐ Swelling _____
☐ Weakness _____
☒ Other (specify) HEADACHES BLURRY VISION

3. Type/nature of injury: Check all that apply and identify specific affected body part(s).

☐ Abrasion _____
☐ Amputation _____
☐ Avulsion _____
☐ Bite _____
☐ Burn _____
☐ Contusion/Hematoma _____
☐ Crush Injury _____
☐ Dermatitis _____
☐ Dislocation _____
☒ Fracture  PELVIS
☐ Hearing Loss _____
☐ Hernia _____
☐ Other (specify) _____

☐ Infectious Disease _____
☐ Inhalation Exposure _____
☐ Laceration _____
☐ Needle Stick _____
☐ Poisoning/Toxic Effects _____
☐ Psychological _____
☐ Puncture Wound _____
☐ Repetitive Strain Injury _____
☐ Spinal Cord Injury _____
☐ Sprain/Strain _____
☐ Torn Ligament,Tendon or Muscle _____
☐ Vision Loss _____

Patient's Name: __RAMOS-CERNA ALEXIS__          Date of injury/onset of illness: __07/19/2017__
                  Last          First          MI

4. Physical examination:   *Check all relevant objective findings and identify specific affected body part(s).*

☐ None at present

☐ Bruising _____

☐ Burns _____

☐ Crepitation _____

☐ Deformity _____

☐ Edema _____

☐ Hematoma/Lump/Swelling _____

☐ Joint Effusion _____

☐ Laceration/Sutures _____

☒ Pain/Tenderness __CS LS  PELVIS__

☐ Scar _____

☐ Other findings: _____

☐ Neuromuscular Findings:

☒ Abnormal/Restricted ROM

   ☐ Active ROM _____

   ☐ Passive ROM _____

☐ Gait _____

☐ Palpable Muscle Spasm _____

☐ Reflexes _____

☐ Sensation _____

☐ Strength (Weakness) _____

☐ Wasting/Muscle Atrophy _____

5. Describe any diagnostic test(s) rendered at this visit: _____

6. Describe any treatment(s) rendered at this visit: __INITIAL EVALUATION__

7. Describe prognosis for recovery: __GUARDED__

8. Does the patient's medical history reveal any pre-existing condition(s) that may affect the treatment and/or prognosis? ☐ Yes ☒ No
If yes, list and describe: _____

## G. Doctor's Opinion

1. In your opinion, was the incident that the patient described the competent medical cause of this injury/illness?   ☒ Yes ☐ No
2. Are the patient's complaints consistent with his/her history of the injury/illness?   ☒ Yes ☐ No
3. Is the patient's history of the injury/illness consistent with your objective findings?   ☒ Yes ☐ No   ☐ N/A (no findings at this time)
4. What is the percentage (0-100%) of temporary impairment? __100__ %
5. Describe findings and relevant diagnostic test results: __SEE REPORT__

## H. Plan of Care

1. What is your proposed treatment? __PHYSICAL THERAPY 3X A WEEK RE EVALUATION IN 4-6 WEEKS__

2. Medication(s):(a) list medications prescribed: _____

   (b) list over-the-counter medications advised: _____

Medication restrictions: ☐ None ☐ May affect patient's ability to return to work, make patient drowsy, or other issue. Explain below.

_____

Patient's Name: _____     Date of injury/onset of illness: 07/19/2017 /
                 Last          First        MI

3. Does the patient need diagnostic tests or referrals? ☒ Yes ☐ No    If yes, check all that apply:
    Tests:                                          Referrals:
    ☐ CT Scan                                       ☐ Chiropractor
    ☐ EMG/NCS                                        ☐ Internist/Family Physician
    ☐ MRI (Specify): _____            ☐ Occupational Therapist
    ☐ Labs (Specify): _____           ☒ Physical Therapist
    ☐ X-rays (Specify): _____          ☐ Specialist in _____
    ☐ Other (Specify): _____           ☐ Other (Specify): _____

4. Assistive devices prescribed for this patient:  ☐ Cane   ☐ Crutches  ☐ Orthotics  ☐ Walker   ☐ Wheelchair
    ☐ Other (specify): _____

        *Important: Form C-4 AUTH should be used to request any special medical service costing over $1000 or for those services requiring
        pre-authorization pursuant to the Medical Treatment Guidelines for the back, neck, knee and shoulder*

5. When is the patient's next follow-up appointment?
    ☐ Within a week  ☐ 1-2 weeks  ☒ 3-4 weeks  ☐ 5-6 weeks  ☐ 7-8 weeks  ☐ _____ months  ☐ Return as needed

## I. Work Status

1. Has the patient missed work because of the injury/illness? ☒ Yes ☐ No    If yes, date patient first missed work: ____/____/____

   Is the patient currently working? ☐ Yes ☒ No    If yes, did the patient return to: ☐ usual work activities ☐ limited work activities

2. Can the patient return to work? *(check only one):*

   a. ☒ The patient cannot return to work because (explain):  TOTALLY DISABLED _____

   b. ☐ The patient can return to work without limitations on ____/____/____

   c. ☐ The patient can return to work with the following limitations (check all that apply) on ____/____/____
        ☐ Bending/twisting           ☐ Lifting                        ☐ Sitting
        ☐ Climbing stairs/ladders    ☐ Operating heavy equipment       ☐ Standing
        ☐ Environmental conditions   ☐ Operation of motor vehicles     ☐ Use of public transportation
        ☐ Kneeling                   ☐ Personal protective equipment   ☐ Use of upper extremities
        ☐ Other (explain): _____

   Describe/quantify the limitations: _____
   _____
   _____
   _____

   How long will these limitations apply? ☐ 1-2 days ☐ 3-7 days ☐ 8-14 days ☐ 15+ days ☒ Unknown at this time ☐ N/A

3. With whom will you discuss the patient's return to work and/or limitations? ☒ with patient ☐ with patient's employer ☐ N/A

*This form is signed under penalty of perjury.*

Board Authorized Health Care Provider - Check one:

☒ I provided the services listed above.

☐ I actively supervised the health-care provider named below who provided these services.

   Provider's name _____          Specialty _____

Board Authorized Health Care Provider signature

ALBERT J CIANCIMINO M.D.                        IM-GE-GP        10/09/2017
Name                    Signature               Specialty       Date

# RJR MEDICAL, P.C.
## 44 Court Street Suite 1002
## Brooklyn, NY 11201
## (718) 488-7488

**PATIENT NAME:** ▆▆▆▆▆▆▆▆
**DATE OF SERVICE: 09/05/2017**
**DOA: 07/19/2017**

### INITIAL EVALUATION REPORT

### HISTORY:

This is a 36 year old male patient with a history of injuries as a result of a work accident, where the patient is employed as a construction worker. The patient states while at work he fell off a ladder causing the patient to sustain injuries to his neck, lower back and pelvis. The patient was initially seen at Wyckoff Hospital emergency room where x-rays were taken with no reported fractures. The patient has tried medications, but due to his ongoing and worsening pain has come to my office for further evaluation and treatment. The patient rates his pain a 7/10 on the VAS today.

### DIAGNOSTIC STUDIES:

1. MRI of the cervical spine revealed disc bulging at C3-C4 and C5-C6\
2. MRI of the pelvis revealed non-displaced fractures of S4 and the 1st coccygeal segment. Partial tear of the insertions of the left gluteus minimus and medius tendons as well as the right gluteus minimus tendon.

**PAST MEDICAL HISTORY:** None

**MEDICATIONS:** None

**FAMILY HISTORY:** None

**PAST SURGICAL HISTORY:** None

**ALLERGIES:** Penicillin

**REVIEW OF SYSTEMS:** Non-Contributory

**EMPLOYMENT STATUS:** The patient is not working

**PHYSICAL EXAMINATION:**

**CERVICAL SPINE**

Examination revealed tenderness to palpation with limited range of motion with pain. The pain radiates to the left and right down the arms.

**ROM:**

|  | Examination | Normal |
|---|---|---|
| Flexion | 50° | 60° |
| Extension | 50° | 75° |
| Left Lat Flex | 25° | 45° |
| Right Lat Flex | 20° | 45° |
| Left Rotation | 70° | 80° |
| Right Rotation | 70° | 80° |

**LUMBAR SPINE**

Examination revealed tenderness to palpation with limited range of motion with pain. The pain radiates to the left and right down the legs.

**ROM:**

|  | Examination | Normal |
|---|---|---|
| Flexion | 50° | 60° |
| Extension | 20° | 25° |
| Left Lat Flex | 20° | 25° |
| Right Lat Flex | 15° | 25° |

**PROVOCATIVE TESTS:**

1. Straight Leg Raising: positive at 45 degrees on the Right and Left side

**PELVIS:**

Examination revealed pain noted.

**NOTE:** The patient complains of headaches with blurred vision

**IMPRESSION:**

1. Cervical spine derangement with radiculopathy
2. Lumbar spine derangement with radiculopathy
3. Fractured Pelvis
4. Headaches-blurry vision

**PLAN:**

1. Physical Therapy for the cervical spine 3 times per week including various modalities, strengthening exercises, and manual therapy. The goals of therapy are to decrease pain, strengthen muscles, reduce inflammation and increase both range of motion and ability to perform activities of daily living.
2. Re-evaluation in this office after 4-6 weeks.

**WORK STATUS:**

The patient is not working.

**DISABILITY STATUS:**

The patient is totally disabled.

**PROGNOSIS:**

The patient's prognosis to return to pre-accident status is guarded.

**DISCUSSION:**

Based on the patient's complaints, the history obtained, my review of the medical records, and positive objective findings on my examination it is my opinion with a reasonable degree of medical certainty these injuries are causally related to the accident which occurred on 07/19/2017.

I, Albert Ciancimino, M.D., being a physician duly licensed and practicing in the state of New York pursuant to CPLR section 2106, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Albert Ciancimino M.D.

## ALBERT J CIANCIMINO M.D.

**eclipse**

Phone: (718) 401-1111    Fax: (718) 401-2723

| ID # | Case # 2 | Visits: 0 |
|---|---|---|
| | Printed on - Friday September 1, 2017 | Case type: 10 |

Date of Birth :
Last Visit : 0
Appointment : 09/05/2017  Time : 12:20pm
Appt comments : INITIAL EVALUATION

General Comments : BROOKLYN
Last Procedure (s) :
Perm. Diagnosis :
Date of accident : 07/19/2017

### INITIAL OFFICE VISITS

[  ] 99201 O/V INITIAL BRIEF VISIT
[  ] 99202 O/V INITIAL LOW COMPL
[✓] 99203 O/V INITIAL MODERATE
[  ] 99204 O/V INITIAL MOD/HIGH
[  ] 99205 O/V INITIAL HIGH COMP

### CONSULTATION

[  ] 99242 MD REQ CONSULT LOW
[  ] 99243 MD REQ CONSULT MOD
[  ] 99244 MD REQ CONSULT MOD/H
[  ] 99245 MD REQ CONSULT HIGH

### FOLLOW UP VISITS

[  ] 99211 O/V F/UP BRIEF VISIT
[  ] 99212 O/V F/UP LOW COMP
[  ] 99213 O/V F/UP MODERATE
[  ] 99214 O/V F/UP MOD/HIGH
[  ] 99215 O/V F/UP HIGH COMP

### PROCEDURS:

[  ] 20550 Inj. Tendon Sheath Lig
[  ] 20605 Intremediate Joint
[  ] 20610 Major Joint
[  ] J1030 Depo Medrol 40 MG
[  ] J1040 Depo Medrol 80 MG

### OTHER SERVICES

[  ] _____
[  ] _____
[  ] _____
[  ] _____
[  ] _____

### PLAN OF TREATMENT

_____
_____
_____
_____
_____
_____

Provider Signature

### DIAGNOSIS

_____ 333.83 Ssemodic torticolli
_____ 354.0 Carpal Tunnel Syndrom
_____ 337.21 RSD/C RPS-Upper limb
_____ 337.22 RSD/C RPS-Lower limb
_____ 339.12 Chron tens headache
_____ 346.11 Migrane
_____ 356.9 Neuropathy, peripher.
_____ 715.1 Osteoarthritis, Shoulder
_____ 715.3 Osteoarthritis,Forearm
_____ 715.5 osteorthritis, Pelvic/Thigh
_____ 715.7 Osteorthritis Ankle/Foot
_____ 715.95 Osteoarthritis, Hip
_____ 720.2 Saorolitis
_____ 721.0 Spondylosis, C/S W/O
_____ 721.1 Spondylosis, C/S W/M
_____ 721.3 Spondylosis, L-S W/O
_____ 721.41 Spondylosis, T/S W/M
_____ 721.42 Spondylosis, L/S W/O
_____ 722.00 Disc Cervical W/O Myel
_____ 722.10 Disc. Lumb W/O Myel
_____ 722.11 Disc. Thoracic W/O Myell
_____ 723.00 Spinal Stenosis Cerv.
_____ 718.7 Derangement, Ankle/Foot
_____ 723.1 Neck pain servicalglya
_____ 723.4 Cervical radiculopephy
_____ 724.02 Spinal Stenosis Lumb.
_____ 724.2 Low back pain syndrom
_____ 724.3 Sciatica
_____ 724.4 Lumbar/thoracic radil.
_____ 726.10 Rotator cuff Synd
_____ 726.31Tennis Elbow
_____ 726.64 Patellar Tendinitis
_____ 726.71 Achilles Tendinitis
_____ 747.0 Sprain/Strain Cervical
_____ 836.1 Tear Lateral Meniscus
_____ 840.4 Rotator Cuff Tear
_____ 845.0 Ankle Spraine
_____ 846.0 Sprain/Strain Lumbosacral
_____ 847.1 Sprain/Strain Thoracic
_____ 847.2 Sprain/Strain Lumbar

# INITIAL CHIROPRACTIC EXAM (WC)

Patient Name: _____  [ ]M [ ]F
Date of Examination: _X_/_11_/_2017_    Date Of Injury (D.O.I.): _7_/_18_/_2017_

## HISTORY OF CURRENT INJURY:
On the D.O.I what was the patient's job title and/or description:
_Construction worker_

On the D.O.I. what were the patients usual work activities: _lifting, carrying,_
_moving heavy objects_

Based on the patient's history, where and how did the injury happen:
_Pt. was on a ladder when it slipped, so one right_
_quarter. The Pt. a fall approx. 10 feet on his_
_butt, low back, shoulders + head (back of head) on_
_the floor. Pt. lost consciousness for ±_
_10-12 minutes. Pt. states he couldn't stand up after regaining_
_consciousness due to (B) leg cramps._

Has patient previously treated for a PAST SIMILAR work-related injury? ___Yes __✓_No
If Yes, Explain: (Previous treatment and facility for this condition):
_____

Has patient treated for THIS injury (including hospitalization)? _✓_Yes ___No
If Yes, Type of treatment. (Facility name/time period/frequency and progress/results)
_ER of Wycoff hospital the next day. Pt. was_
_w/ x-rays taken revealed small fracture of the L4_
_on w/ L4 posterior_
Was Imaging taken for this injury: ___No _✓_Yes. If Yes, ___ Patient brought imaging reports
today _✓_No, patient will have applicable imaging reports forwarded to our office.
_→ Request Records_

## MEDICAL HISTORY:
Patient denies any significant Past or Current: __ Medical Hx, _✓_Family Hx, _✓_Trauma,
_✓_MVA, _✓_WC injuries, or _✓_Surgeries   Significant History: _Type II diabetes_

## SUBJECTIVE COMPLAINTS: _7/10 constant, sharp LBP difficulty_
_passing stools, urinating + accidentally/occasionally_
_erections, pain in entire (B) LE, dorsal + toes +_
_soles of feet._

# PHYSICAL EXAMINATION:

| ORTHOPEDIC TESTING (POSITIVES) | |
|---|---|
| Foraminal Comp. | ✓ Kemp's R (L) |
| Cerv. Distraction | ✓ Yeoman's R (L) |
| Jackson's R L | ✓ Minor's (+) |
| Max. Comp. R L | Laseque's R Deg 30 |
| Shoulder Dep. R L | L Deg 30 |
| Valsalva's (Cerv) | (+) Valsalva's (Lumb) |

| RANGES OF MOTION (Active) | | | |
|---|---|---|---|
| CERVICAL Px | /10 | LUMBAR Px X /10 | |
| FLEXION | /60 | FLEXION | 20/90 |
| EXTENSION | /60 | EXTENSION | 5/35 |
| RT ROT. | /80 | RT ROT. | 10/35 |
| LT ROT. | /80 | LT ROT. | 10/35 |
| RLF | /40 | RLF | 5/35 |
| LLF | /40 | LLF | 5/35 |

✓ Px/Tenderness Arms, shoulders, ent. re back (R) legs
✓ Palpable Spasm C/s, T/s, L/s, LS/s, SI/s
✓ Altered Gait
✓ Antalgic Lean (L/R) Forward
✓ Muscle Strength (both) lower (B) 3/5 L4, L5, /SI
__ Reflexes

__ Joint Fixation C/s, T/s, L/s, LS/s, SI/s
✓ Difficulty Walking on Heels/Toes
✓ Laceration/Sutures Back of hed near fx (steil)
✓ Difficulty Getting On/Off Exam Table
__ Sensation (upper)
✓ Muscle Strength (upper) (L) C5, C6, C7 ⇒ 4/5 sl
__ Other

ADL Limitations: No lifting / carrying. No bending forward / backward
Extra rest. No walking ≥ 5-10 minutes w/o rest

# WORK HISTORY:
Has the patient missed work because of the injury/illness? ✓ Yes __ No
If Yes, date patient first missed work: 4/20/201?
Is the patient currently working? ✓ No __ Yes __ Normal work duties __ Limited work duties
# DOCTOR'S RECOMMENDATIONS:
RECOMMENDED IMAGING: MRI   Considerations: Very bad sleep, Post concussion c/s herniation, Hs herniation, Blurry vision, Dizziness, Loss of Balance
RECOMMENDED CONSULTS: ✓ Orthopedist  ✓ General Practitioner  ✓ Pain Management
✓ Neurologist ___ Other: ___
DIAGNOSIS: M51.17   TREATMENT PLAN: ___
PROGNOSIS: __ Guarded  ✓ Deferred pending receipt of medical records and results of
diagnostic testing  Other: ___   ALERT:
# WORK RECOMMENDATIONS:
__ The patient can return to work with no limitations.
✓ The patient cannot return to work due to: Pain, Physical Limitations
__ The patient can return to work with the following limitations:

How long will these limitations apply? __ N/A  ✓ Unknown at this time __ days/weeks
# HOME RECOMMENDATIONS: ✓ Extra Rest  Other: ADL Limit. Above
What is percentage of temporary impairment? 100 %   __ N/A

# Doctor's Initial Report
### State of New York - Workers' Compensation Board
# C-4

Use this form to report the *first* time you treated the patient. (To report continued treatment, use Form C-4.2. To report permanent impairment, use Form C-4.3.)

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if he/she has one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the injured worker, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.state.ny.us.

## A. Patient's Information

1. Name: _____ (Last) _____ (First) _____ (MI)   2. Social Security #: _____ - _____ - _____
3. Home phone #: (_____)   4. WCB Case # (if known): _____   5. Carrier Case #: _____
6. Mailing address: _____ (Number and Street) _____ (City) _____ (State) _____ (Zip Code)
7. Date of Injury/onset of illness: 07/19/2017/   8. Date of Birth: _____   9. Gender: ☒ Male ☐ Female
10. On the date of injury/illness what was the patient's job title or description: CONSTRUCTION WORKER
11. On the date of injury/illness what were the patient's usual work activities: _____

12. Patient's Account #: _____

## B. Employer Information

1. Employer when injury occurred: _____ (Company/Agency Name)   2. Phone #: (_____)
3. Employer Address: _____ (Number and Street) _____ (City) _____ (State) _____ (Zip Code)

## C. Doctor's Information

1. Your name: TURNER (Last) SHAWN (First) (MI)   2. WCB Authorization #: C12323-4W
3. WCB Rating Code: DC   4. Federal Tax ID #: 47-3750208   The Tax ID # is the (check one): ☐ SSN ☒ EIN
5. Office address: 44 COURT STR, STE 1002 (Number and Street) BROOKLYN (City) NY (State) 11201 (Zip Code)
6. Billing group or practice name: CITYCARE CHIROPRACTIC, PC
7. Billing address: 369 EAST 149 STR (Number and Street) BRONX (City) NY (State) 10455 (Zip Code)
8. Office phone #: (718-401-1111   9. Billing phone #: (718-401-1111   10. Treating Provider's NPI #: _____
11. You are a (check one): ☐ Physician ☐ Podiatrist ☒ Chiropractor

## D. Billing Information

1. Employer's insurance carrier: WCB/NO INSURANCE UNIT   2. Carrier Code #: W _____
3. Insurance carrier's address: PO BOX 5205 (Number and Street) BINGHAMTON (City) NY (State) 13902-5205 (Zip Code)
4. Diagnosis or nature of disease or injury:

| Enter ICD9 Code: | ICD9 Descriptor: |
|---|---|
| (1) M51.17 | Intervertebral disc disorders with radiculop., lumbosa |
| (2) | |
| (3) | |
| (4) | |

Relate ICD9 codes in (1), (2), (3), or (4) to Diagnosis Code column on page 2 by line.

| Patient's Name: [redacted] | | | | | | | | | | Date of Injury/onset of Illness: 07/19/2017 / | | |

| Dates of Service | | | | | | Place of Service | Leave blank | Use WCB Codes Procedures, Services or Supplies | | Diagnosis Code | $ Charged | Days/ Units | COS | Zip code where service was rendered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | |
| 08 | 11 | 17 | 08 | 11 | 17 | 11 | | 99203 | | 1 | 54.74 | 1 | | 11201 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

☐ Check here if services were provided by a WCB preferred provider organization (PPO).

| Total Charge | Amount Paid (Carrier Use Only) | Balance Due (Carrier Use Only) |
|---|---|---|
| $  54.74 | $ | $ |

## E. History

1. Based on the patient's history, where and how did the injury/illness happen: PATIENT STATES THAT WHILE AT WORK HE WAS ON A LADDER WHEN SLIPPED TO THE RIGHT CAUSING THE PT TO FALL ABOUT 9FT INJURING HIS BACK SHOULDERS AND HEAD

2. How did you learn about the injury/illness (check one): ☒ Patient  ☐ Medical Records  ☐ Other(specify): _____

3. Did another health provider treat this injury/illness including hospitalization and/or surgery? ☒ Yes  ☐ No   If yes, give details: WYCKOFF HOSPITAL

4. Have you previously treated this patient for a similar work-related injury/illness? ☐ Yes ☒ No   If yes, when: _____

## F. Exam Information

1. Date(s) of Examination: 08/11/2017

2. Patient's subjective complaints: *Check all that apply and identify specific affected body part(s).*

☐ Numbness/Tingling _____        ☐ Swelling _____
☒ Pain  LOW BACK LEGS FEET        ☐ Weakness _____
☐ Stiffness _____        ☐ Other (specify) _____

3. Type/nature of injury: *Check all that apply and identify specific affected body part(s).*

☐ Abrasion _____        ☐ Infectious Disease _____
☐ Amputation _____        ☐ Inhalation Exposure _____
☐ Avulsion _____        ☐ Laceration _____
☐ Bite _____        ☐ Needle Stick _____
☐ Burn _____        ☐ Poisoning/Toxic Effects _____
☐ Contusion/Hematoma _____        ☐ Psychological _____
☐ Crush Injury _____        ☐ Puncture Wound _____
☐ Dermatitis _____        ☐ Repetitive Strain Injury _____
☐ Dislocation _____        ☐ Spinal Cord Injury _____
☐ Fracture _____        ☐ Sprain/Strain _____
☐ Hearing Loss _____        ☐ Torn Ligament, Tendon or Muscle _____
☐ Hernia _____        ☐ Vision Loss _____
☐ Other (specify) _____

Patient's Name: _____     Date of injury/onset of illness: 07/19/2017 /

**4. Physical examination:** *Check all relevant objective findings and identify specific affected body part(s).*

☐ None at present

☐ Bruising _____

☐ Burns _____

☐ Crepitation _____

☐ Deformity _____

☐ Edema _____

☐ Hematoma/Lump/Swelling _____

☐ Joint Effusion _____

☐ Laceration/Sutures _____

☒ Pain/Tenderness BACK ARMS SHOULDERS

☐ Scar _____

☐ Other findings: _____

☐ Neuromuscular Findings:

☒ Abnormal/Restricted ROM

    ☐ Active ROM _____

    ☐ Passive ROM _____

☐ Gait _____

☒ Palpable Muscle Spasm CS TS LS

☐ Reflexes _____

☐ Sensation _____

☐ Strength (Weakness) _____

☐ Wasting/Muscle Atrophy _____

5. Describe any diagnostic test(s) rendered at this visit: _____

6. Describe any treatment(s) rendered at this visit: INITIAL CHIROPRACTIC EXAM

7. Describe prognosis for recovery: GUARDED

8. Does the patient's medical history reveal any pre-existing condition(s) that may affect the treatment and/or prognosis? ☐ Yes ☒ No
If yes, list and describe: _____

**G. Doctor's Opinion.**

1. In your opinion, was the incident that the patient described the competent medical cause of this injury/illness? ☒ Yes ☐ No
2. Are the patient's complaints consistent with his/her history of the injury/illness? ☒ Yes ☐ No
3. Is the patient's history of the injury/illness consistent with your objective findings? ☒ Yes ☐ No ☐ N/A (no findings at this time)
4. What is the percentage (0-100%) of temporary impairment? 100 %
5. Describe findings and relevant diagnostic test results: _____

**H. Plan of Care**

1. What is your proposed treatment? LS MRI REFERRALS FOR PAIN MANAGEMENT ORTHOPEDICS AND NEUROLOGIST CHIRO TREATMENS

2. Medication(s):(a) list medications prescribed: _____

    (b) list over-the-counter medications advised: _____

Medication restrictions: ☐ None ☐ May affect patient's ability to return to work, make patient drowsy, or other issue. Explain below:

Patient's Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          Date of Injury/onset of illness: 07/19/2017 /

Last          First          MI

**3. Does the patient need diagnostic tests or referrals?** ☒ Yes ☐ No   If yes, check all that apply:

Tests:

☐ CT Scan

☐ EMG/NCS

☒ MRI (Specify): _____

☐ Labs (Specify): _____

☐ X-rays (Specify): _____

☐ Other (Specify): _____

Referrals:

☐ Chiropractor

☐ Internist/Family Physician

☐ Occupational Therapist

☐ Physical Therapist

☒ Specialist in __PAIN MANAGEMENT__

☒ Other (Specify): __ORTHOPEDICS,NEUROLOGIST__

**4. Assistive devices prescribed for this patient:** ☐ Cane   ☐ Crutches   ☐ Orthotics   ☐ Walker   ☐ Wheelchair

☐ Other (specify): _____

*Important: Form C-4 AUTH should be used to request any special medical service costing over $1000 or for those services requiring pre-authorization pursuant to the Medical Treatment Guidelines for the back, neck, knee and shoulder*

**5. When is the patient's next follow-up appointment?**

☒ Within a week  ☐ 1-2 weeks  ☐ 3-4 weeks  ☐ 5-6 weeks  ☐ 7-8 weeks  ☐ _____ months  ☐ Return as needed

# I. Work Status

**1. Has the patient missed work because of the injury/illness?** ☒ Yes ☐ No   If yes, date patient first missed work: _____/_____/_____

Is the patient currently working? ☐ Yes ☒ No   If yes, did the patient return to: ☐ usual work activities ☐ limited work activities

**2. Can the patient return to work?** *(check only one):*

a.  ☒ The patient cannot return to work because (explain):  __TOTALLY DISABLED__

b.  ☐ The patient can return to work without limitations on _____/_____/_____

c.  ☐ The patient can return to work with the following limitations (check all that apply) on _____/_____/_____

☐ Bending/twisting

☐ Climbing stairs/ladders

☐ Environmental conditions

☐ Kneeling

☐ Other (explain): _____

☐ Lifting

☐ Operating heavy equipment

☐ Operation of motor vehicles

☐ Personal protective equipment

☐ Sitting

☐ Standing

☐ Use of public transportation

☐ Use of upper extremities

Describe/quantify the limitations: _____

How long will these limitations apply?  ☐ 1-2 days  ☐ 3-7 days  ☐ 8-14 days  ☐ 15+ days  ☐ Unknown at this time  ☐ N/A

**3. With whom will you discuss the patient's return to work and/or limitations?** ☒ with patient ☐ with patient's employer ☐ N/A

*This form is signed under penalty of perjury.*

**Board Authorized Health Care Provider - Check one:**

☒ I provided the services listed above;

☐ I actively supervised the health-care provider named below who provided these services.

Provider's name _____          Specialty _____

Board Authorized Health Care Provider signature _____

__SHAWN TURNER D.C.__          __DC__          __08/16/2017__

Name          Signature          Specialty          Date

# INITIAL CHIROPRACTIC EXAM (WC)

Patient Name: _____ [✓]M [ ]F
Date of Examination: _1/ 11 / 2017_   Date Of Injury (D.O.I.): _7/18/2017_

## HISTORY OF CURRENT INJURY:

On the D.O.I what was the patient's job title and/or description:
_Construction worker_

On the D.O.I. what were the patients usual work activities: _lifting, carrying,_
_moving heavy objects_

Based on the patient's history, where and how did the injury happen:
_Pt. was on a ladder when it slipped on one other_
_causing the Pt. a fall approx. 4 feet on to his_
_butt, low back, shoulders & head (backother) on_
_the sink and the floor. Pt. lost consciousness for a_
_10-12 minutes. Pt. states he couldn't stand up after regaining_
_consciousness due to (B) leg cramps._

Has patient previously treated for a PAST SIMILAR work-related injury? ___Yes _✓_No
If Yes, Explain: (Previous treatment and facility for this condition):

Has patient treated for THIS injury (including hospitalization)? _✓_Yes ___No
If Yes, Type of treatment. (Facility name/time period/frequency and progress/results)
_ER of Wyckoff hospital the next day. Seen by_
_with x-rays taken revealed small fracture at the 4_
_on right 4t posterior_
Was Imaging taken for this injury: ___No _✓_Yes. If Yes, ___ Patient brought imaging reports
today _✓_No, patient will have applicable imaging reports forwarded to our office.
_Request Records_

## MEDICAL HISTORY:
Patient denies any significant Past or Current: ___ Medical Hx, _✓_Family Hx, _✓_Trauma,
_✓_MVA, _✓_WC injuries, or _✓_Surgeries   Significant History: _Type II diabetes_

## SUBJECTIVE COMPLAINTS: _Pt w/ constant, sharp LBP, difficulty_
_passing stools, urinating & accidentally incontinent_
_urination, pain in entire (B) ft, numbness & tingling &_
_soles of foot._

## PHYSICAL EXAMINATION:

| ORTHOPEDIC TESTING (POSITIVES) | |
|---|---|
| Foraminal Comp. | ✓ Kemp's R (L) |
| Cerv. Distraction | ✓ Yeoman's R (L) |
| Jackson's R L | ✓ Minor (+) - |
| Max. Comp. R L | ✓ Lasegue's R Deg 50 |
| Shoulder Dep. R L | L Deg 70 |
| Valsalva's (Cerv) | (+) Valsalva's (Lumb) |

| RANGES OF MOTION (Active) | | | |
|---|---|---|---|
| CERVICAL Px /10 | | LUMBAR Px R /10 | |
| FLEXION | /60 | FLEXION | 20/90 |
| EXTENSION | /60 | EXTENSION | 5/35 |
| RT ROT. | /80 | RT ROT. | 10/35 |
| LT ROT. | /80 | LT ROT. | 12/35 |
| RLF | /40 | RLF | 5/35 |
| LLF | /40 | LLF | 5/35 |

✓ Px/Tenderness Arms, shoulder, entire back (R) legs
✓ Palpable Spasm C/S, T/S, L/S, LS/S, SI/S
✓ Altered Gait
✓ Antalgic Lean (L/R) Forward
✓ Muscle Strength (upper) lower (B) 3/5 L4, L5, SI
___ Reflexes

✓ Joint Fixation C/S, T/S, L/S, LS/S, SI/S
✓ Difficulty Walking on Heels/Toes
✓ Laceration/Sutures Back of head near fx (skull)
✓ Difficulty Getting On/Off Exam Table
✓ Sensation (upper)
✓ Muscle Strength (lower) (L) C5, C6, C7 ⇒ 4/5 sb
___ Other

ADL Limitations: No lifting / carrying. No bending forward / backward Extra rest. No walking > 5-10 minutes w/o rest.

## WORK HISTORY:
Has the patient missed work because of the injury/illness? ✓ Yes ___ No
If Yes, date patient first missed work: 4/20/2018
Is the patient currently working? ✓ No ___ Yes ___ Normal work duties ___ Limited work duties

## DOCTOR'S RECOMMENDATIONS:
RECOMMENDED IMAGING: MRI    Considerations: C/S derivation?, Post-concussion, 4's hematoma, Blurry vision
RECOMMENDED CONSULTS: ✓ Orthopedist ✓ General Practitioner ✓ Pain Management Dizziac loss of Balance
✓ Neurologist ___ Other: ____
DIAGNOSIS: M51.17    TREATMENT PLAN: ____
PROGNOSIS: ___ Guarded ✓ Deferred pending receipt of medical records and results of
diagnostic testing    Other: ____

## WORK RECOMMENDATIONS:
___ The patient can return to work with no limitations.
✓ The patient cannot return to work due to: pain, Physical limitations
___ The patient can return to work with the following limitations:

____

How long will these limitations apply? ___ N/A ✓ Unknown at this time ___ days/weeks
HOME RECOMMENDATIONS: ✓ Extra Rest    Other: ADL Limit. Above
What is percentage of temporary impairment? 100 %    N/A

ALERT:



# KOLB RADIOLOGY

Scheduling: 212-602-1900 · Fax: 646-666-0669
- Manhattan (Midtown East) · 307 East 60 St (btw 2nd & 1st Ave) · New York, NY 10022
- Manhattan (Upper East) · 170 East 77th St (btw Lex & 3rd) · New York, NY 10075
- Bronx (Bainbridge) · 3199 Bainbridge Avenue, Bronx, NY 10467
- Bronx (Fordham) · 2430 Davidson Ave, 2nd Floor · Bronx, NY 10468
- Bronx (Throgs Neck) · 3020 E. Tremont Ave, Ste 101 · Bronx, NY 10465

Physician "Letter of Medical Necessity" POI: _____ Appt Date _____ Time _____ Today's Date _____
Please be advised that _____ is presently being treated under my care. I find the test indicated below to be medically necessary.
Patient Information Tel _____ D.O.B. _____ SS# _____
Clinical Indications/Signs/Symptoms/Notes _____
Referred by Dr. _____ Address _____ Phone _____ Fax _____
Referring Doctor's Signature (REQUIRED) _____

☐ NF Carrier _____ Claim # _____  ☐ LIEN Atty _____  ☐ WC Carrier _____ Claim # _____

## MRI

- ☐ Ultra (Highfield 3T, Closed Large Bore (Manhattan Upper East)
- ☐ Highfield Closed (Manhattan Midtown, Bronx Bainbridge & Bronx Fordham)
- ☐ Open (Bronx Throgs Neck)

| | W/O | W/C | W&W/O |
|---|---|---|---|
| Cervical Spine | ☐ 72141 | ☐ 72142 | ☐ 72156 |
| Thoracic Spine | ☐ 72146 | ☐ 72147 | ☐ 72157 |
| Lumbar Spine | ☐ 72148 | ☐ 72149 | ☐ 72158 |
| Chest | ☐ 71550 | ☐ 71551 | ☐ 71552 |
| Clavicle | ☐ 71550 | ☐ 71551 | ☐ 71552 |
| Pelvis (Orthopedic) | ☐ 72195 | ☐ 72196 | ☐ 72197 |
| Brain | ☐ 70551 | ☐ 70552 | ☐ 70553 |
| Pituitary | ☐ 70551 | ☐ 70552 | ☐ 70553 |
| IACs | ☐ 70551 | ☐ 70552 | ☐ 70553 |
| Orbits | ☐ 70540 | ☐ 70542 | ☐ 70543 |
| Sinuses | ☐ 70540 | ☐ 70542 | ☐ 70543 |
| TMJ | ☐ 70336 | | |
| Brachial Plexus | ☐ 70540 | ☐ 70542 | ☐ 70543 |
| MRA Brain | ☐ 70544 | ☐ 70545 | ☐ 70546 |
| MRA Carotid | ☐ 70547 | ☐ 70548 | ☐ 70549 |

**EXTREMITIES**

| | | | W/O | W/C | W&W/O |
|---|---|---|---|---|---|
| Shoulder | RT | LF | ☐ 73221 | ☐ 73222 | ☐ 73223 |
| Humerus | RT | LF | ☐ 73218 | ☐ 73219 | ☐ 73220 |
| Elbow | RT | LF | ☐ 73221 | ☐ 73222 | ☐ 73223 |
| Forearm | RT | LF | ☐ 73218 | ☐ 73219 | ☐ 73220 |
| Wrist | RT | LF | ☐ 73221 | ☐ 73222 | ☐ 73223 |
| Hand | RT | LF | ☐ 73218 | ☐ 73219 | ☐ 73220 |
| Finger | RT | LF | ☐ 73218 | ☐ 73219 | ☐ 73220 |
| Specify | | | | | |
| Hip | RT | LF | ☐ 73721 | ☐ 73722 | ☐ 73723 |
| Thigh | RT | LF | ☐ 73718 | ☐ 73719 | ☐ 73720 |
| Knee | RT | LF | ☐ 73721 | ☐ 73722 | ☐ 73723 |
| Lower leg | RT | LF | ☐ 73718 | ☐ 73719 | ☐ 73720 |
| Ankle | RT | LF | ☐ 73721 | ☐ 73722 | ☐ 73723 |
| Foot | RT | LF | ☐ 73718 | ☐ 73719 | ☐ 73720 |
| Toe | RT | LF | ☐ 73718 | ☐ 73719 | ☐ 73720 |
| Specify | | | | | |
| Other: | | | | | |

## CT

### (Manhattan Only)

| | W/O | W/C |
|---|---|---|
| Cervical Spine w3D | ☐ 72125+76376 | ☐ 72126+76376 |
| Thoracic Spine w3D | ☐ 72128+76376 | ☐ 72129+76376 |
| Lumbar Spine w3D | ☐ 72131+76376 | ☐ 72132+76376 |
| Brain w3D | ☐ 70450+76376 | ☐ 70460+76376 |
| Orbits w3D | ☐ 70480+76376 | ☐ 70481+76376 |
| Temporal Bones/IAC w3D | ☐ 70480+76376 | ☐ 70481+76376 |
| Sinuses w3D | ☐ 70486+76376 | ☐ 70487+76376 |
| Chest w3D | ☐ 71250+76376 | ☐ 71260+76376 |
| Pelvic Bones w3D | ☐ 72192+76376 | ☐ 72193+76376 |
| Abdomen w3D | ☐ 74150+76376 | ☐ 74160+76376 |
| Extremity | | |
| Specify: | | |
| Other: | | |

### MRI ARTHROGRAM

| | | Procedure Code | MRI Code |
|---|---|---|---|
| Shoulder | RT LF | ☐ 73040/23350 | ☐ 73222 |
| Elbow | RT LF | ☐ 73085/24220 | ☐ 73222 |
| Wrist | RT LF | ☐ 73115/25246 | ☐ 73222 |
| Hip | RT LF | ☐ 73525/27095 | ☐ 73222 |
| Knee | RT LF | ☐ 73580/27370 | ☐ 73222 |
| Ankle | RT LF | ☐ 73615/27648 | ☐ 73222 |
| Other: | | | |

### CT

- ☐ Discogram/CT3D Recons
  - Cervical · Thoracic · Lumbar
- ☐ Myelogram/CT 3D Recons
  - Cervical · Thoracic · Lumbar
- ☐ Gall Stat Report
- ☐ Image on CD
- ☐ Remote Access
- ☐ Telerad

### X-RAYS

Below indicate area of special view:

### NOTES

**You CANNOT have an MRI if you:**
- Have a Cardiac Pacemaker · Have a Brain Aneurysm Clip
- Have a Middle Ear Prosthesis · Have Neurostimulators
- Had Surgery in the Past Week · Are Pregnant

*To view your patient's images online, contact our office at 212-602-1900.*
Fax referrals to 646-666-0669 at time of appointment scheduling. We require a copy of referral, prior to patient arrival.
Email referrals to RX@kolbradiology.com

# EXAM PREPARATIONS

- Continue taking any prescription medications, which may be taken with a few sips of water prior to the exam.
- Please be sure you have your referral or prescription from your doctor, as well as a Photo ID.
- Wear comfortable clothing and DO NOT wear earrings, hairpins or jewelry.

## CT SCAN

- CT Scans are done at our Manhattan location.
- If you have a history of asthma, an allergy to iodine, or are currently taking medication for diabetes, please notify our staff.
- If you are receiving IV CONTRAST or ORAL CONTRAST for your exam, have nothing to eat 1 hour prior to your exam.
- You may drink clear liquids (example: water, ginger ale, apple juice).

## MRI/MRA

- This exam may not be performed if you have a cardiac pacemaker, cerebral aneurysm clips or a metallic hearing implant.
- If you are a sheetmetal worker, have been shot, or have ever had metal fragments, an x-ray must be taken prior to your MRI/MRA exam.
- If you are receiving IV CONTRAST for your exam, have nothing to eat 1 hour prior to your exam. You may drink clear liquids (example: water, ginger ale, apple juice).
- If you have stents, please bring clearance from your physician.

# DIRECTIONS & FACILITY INFORMATION

## MIDTOWN EAST - 60TH STREET

The facility is located on 60th Street, between 1st and 2nd Avenue in Manhattan.

By Subway:
- 4, 5, or 6 train to 59th Street / Lexington Avenue. Walk 1 block north and 2 blocks east.
- N, Q, or R train to 59th Street / Lexington Avenue. Walk 1 block north and 1 blocks east.

By Bus:
- M15 (on 1st or 2nd Avenue) to 57th Street. Walk north 3 blocks. We are between 1st and 2nd Avenue.
- M101, M102, M103 (on Lexington or 3rd Avenue) to 59th Street. Walk 1 block north and 2 blocks east.

If you need to reach us at this facility after hours, or on weekends, please call 212-375-1430.

## UPPER EAST SIDE - 77TH STREET

The facility is located at 170 East 77th Street, between Lexington and 3rd Avenue in Manhattan.

By Subway:
- 6 train to 77th Street. Walk half a block east.

By Bus:
- M79 bus to 3rd Avenue or Lexington Avenue. Walk half a block on 77th.

Driving:
Parking garages are directly across the street and next door.

If you need to reach us at this facility after hours, or on weekends, please call 646-850-6112.

## BRONX — BAINBRIDGE AVE

The facility is located at 3190 Bainbridge Ave.
By Bus:
- BX28 to Bainbridge Avenue/ E. 206th
- BX10 to Bainbridge Avenue/ E. 208th

By Subway:
- D Train to 205th Street and Nostrand Avenue
- Street parking available.

If you need to reach us at this facility after hours, or on weekends, please call 718-563-3800.

## FORDHAM - DAVIDSON AVENUE

The facility is located on Davidson Ave between W Fordham Road and W 184th Street in the Bronx.

By Bus:
- Bx12 bus along Fordham Road to E Fordham Road / Jerome Avenue
  Walk 1 block west and make a left on Davidson Avenue.
- Bx3 bus to University Avenue and Fordham Road. Walk 2 blocks east and make a right on Davidson Avenue.
- Bx32 bus to Jerome and Fordham Road. Walk 1 block west and make a left on Davidson Avenue.

By Subway:
- 4, B, or D train to Fordham Road Stop.
  Walk 1 block west and make a left on Davidson Avenue.

If you need to reach us at this facility after hours, or on weekends, please call 718-367-6370.

## THROGS NECK - EAST TREMONT

The facility is located on E Tremont Avenue between Phillip Lafayette Avenue in the Bronx.

By Bus:
- Bx40 or Bx42 bus to East Tremont Avenue and Phillip Avenue

By Subway:
- 6 train to Westchester Square. Transfer to the Bx40 or Bx42 bus to East Tremont Avenue and Phillip Avenue. We are right next to the post office.

If you need to reach us at this facility after hours, or on weekends, please call 718-597-0100.

If you have questions about these instructions, call us before your appointment
Give us 24 hour notice to cancel or reschedule your appointment.

## ALL BORO MEDICAL REHABILITATION

369 East 149 Street, 8th Floor
Bronx, NY 10455

110-20 Jamaica Avenue
Richmond Hill, NY 11418

44 Court Street Ste 1002
Brooklyn, NY 11201

Phone: (646) 491-6066          Fax: (888) 511-2036

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Ordered by:   Dr. Kevin Weiner
              Dr. Felix Karafin

Patient Telephone: _____

DOB: _____     DOI: _____

Patient Address: _____

NF          WC          Lien

Attorney: _____

Carrier: _____

Claim #: _____

**Exam Screening MRI**
_____ Metal in eyes / body _____ Aneurysm Clips   _____ Pacemaker          _____ Claustrophobia

**MRI**  Contrast: _____ without _____ with          _____ with & without

| | | | | | |
|---|---|---|---|---|---|
| ___Brain | ___Neck Soft Tissue | ___C-Spine | ___Wrist | ( R / L ) | **Other** _____ |
| ___Pituitary | ___Breast | ___T-Spine | ___Elbow | ( R / L ) | |
| ___Orbits | ___Abdomen | ___L-Spine | ___Shoulder | ( R / L ) | |
| ___Sinuses | ___Pelvis | ___TMJ's | ___Hip | ( R / L ) | |
| ___IAC's | ___Prostate | ___Cardiac | ___Knee | ( R / L ) | |
| | ___Ankle | ( R / L ) | ___Foot | ( R / L ) | |

**MRA** _____

**XR** _____

**CT** _____

**MRA** _____

**Ultrasound** _____

Doctor's Signature: _____          Date: _____

Patient Prefers:  Morning    Afternoon    Evening     M  T  W  R  F  Sa  Su

Test Scheduled: _____

Kolb Radiology:   307 E 60th St, MNH –   170 East 77th St, MNH     212-602-1900
                  2430 Davidson Ave, BX –   3626 E Tremont Ave, BX
Precision Imaging:   222 East 68th Street, MNH                      212-879-4488
Washington Heights Imaging:     4334 Broadway, MNH                  212-927-1717



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

**EXAM: MRI-PELVIS WITHOUT CONTRAST**

**TECHNIQUE:** Multiplanar multi sequence images of the pelvis were obtained in a 3.0 tesla magnet

**INDICATION:** Status Post Trauma

**FINDINGS:** There is marrow edema in S4 as well as the 1st coccygeal segment indicating nondisplaced fractures.

Otherwise the marrow signal in the bony pelvis is unremarkable with no further evidence of fracture or osteochondral defect. The femoral heads are normally located.

There is a partial tear of the insertion of the gluteus medius and minimus tendons in the left hip. There is a low-grade partial tear of the insertion of the gluteus minimus tendon in the right hip. The Remainder of the bilateral anterior posterior abductor and adductor musculature is unremarkable.

There are no soft tissue masses or fluid collections.

There is no evidence of mass fluid collection or significant lymphadenopathy.

There is fluid at the bilateral ischial femoral ligaments and and the posterior labrum on the right which are suspect for tears. Clinical correlation if necessary targeted MRI of of the hips is recommended.

There is no evidence of subcutaneous mass or hemorrhage.

**IMPRESSION:** Nondisplaced fractures S4 and the 1st coccygeal segment. Partial tear of the insertions of the left gluteus minimus and medius tendons as well as the right gluteus minimus tendon. Small fluid collections at the bilateral ischial femoral ligaments and right posterior labrum as described above. Additional evaluation may be warranted clinical correlation is in order.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-28-2017 8:06 AM*

Copy to: FELIX KARAFIN MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10490

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

9/26/2017 11:54 PM  FROM: Fax   TO: +1 (718) 489-7150   PAGE: 001 OF 001



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-26-2017

### EXAM: MRI-BRAIN WITHOUT CONTRAST

**TECHNIQUE:** Axial T2 fast spin echo, FLAIR, T1 spin echo and diffusion-weighted images, sagittal T1 and coronal T2 weighted images were obtained in a3.0 tesla tesla magnet.

**INDICATION:** Status post trauma

**FINDINGS:** There is no acute focal infarct, hemorrhage, extra-axial collection, ventricular dilatation, space-occupying lesion or midline shift.

There is a 1.7 centimeter left maxillary polyp or retention cyst. The remainder of the paranasal sinuses are unremarkable.

There is nasal septal deviation to the left.

The craniocervical junction is unremarkable.

There is an empty sella.

There is mild diffuse cerebral atrophy without asymmetry.

There is no significant small vessel or demyelinating disease.

Diffusion weighted imaging is unremarkable.

**IMPRESSION:** No acute cerebral abnormality. Mild diffuse cerebral atrophy without asymmetry. There is a 1.7 centimeter left maxillary polyp or retention cyst. Nasal septal deviation to the left. Empty sella.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-26-2017 11:53 PM*

Copy to:FELIX KARAFIN  MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave. 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY10498 | Bronx, NY 10465 | Bronx, NY 10467 |



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-28-2017

## EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed 3.0 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At L5-S1, there is a small central to left foraminal disc herniation impinging upon the anterior epidural fat narrowing the inferior aspect of the left-sided neural foramen.

At L4-L5, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L3-L4, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Small central to left foraminal disc herniation at L5-S1 impinging upon the anterior epidural fat and narrowing the inferior aspect of the left-sided neural foramen.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) New York, NY 10022 | 170 E. 77th St (btwn Lex & 3rd) New York, NY 10075 | 2436 Davidson Ave., 2nd Floor Bronx, NY 10498 | 3626 E. Tremont Ave., Ste 101 Bronx, NY 10465 | 3199 Bainbridge Ave. Bronx, NY 10467 |

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 08-29-2017 9:11 AM*

Copy to:FELIX KARAFIN MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

**Manhattan (Midtown East)**
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

**Manhattan (Upper East)**
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

**Bronx (Fordham)**
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

**Bronx (Throgs Neck)**
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

**Bronx (Bainbridge)**
3199 Bainbridge Ave.
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

KOLB RADIOLOGY

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Exam requested by:**
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 08-28-2017

**EXAM: MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 3.0 teslatesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At C2-C3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At C3-C4, there is a posterior disc bulge impinging upon the thecal sac. The neural foramina and exiting nerve roots unremarkable.

At C4-C5, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At C5-C6, there is a posterior disc bulge impinging upon the thecal sac. The neural foramina and exiting nerve roots unremarkable.

At C6-C7, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Disc bulges at C3-4 and C5-6 impinging upon the thecal sac.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btw/n 2nd & 1st Ave) New York, NY 10022 | 170 E. 77th St (btwn Lex & 3rd) New York, NY 10075 | 2430 Davidson Ave., 2nd Floor Bronx, NY10498 | 3626 E. Trembat Ave.; Ste 10T Bronx, NY 10465 | 3199 Bainbridge Ave. Bronx, NY 10467 |

2/7/2017 8:57 AM  FROM: FAX   TO: +1 (718) 488-7130   PAGE: 002 OF 002

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-07-2017 8:55 AM*

Copy to:FELIX KARAFIN  MD

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave,
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

**Exam requested by:**
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST RIGHT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the right hip was performed in a 3.0 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is an extensive tear of the insertions of the gluteus minimus and medius tendons with associated joint and bursal effusion.

The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

There is evidence of a low-grade tear of the posteromedial femoral acetabular labrum. The remainder of the labrum is unremarkable.

There are no soft tissue masses or fluid collections.

The origin of the hamstring tendons is unremarkable.

**IMPRESSION:** Tear of the insertions of the gluteus minimus and medius tendons. Tear of the posterior medial femoral acetabular labrum. Joint effusion.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-13-2017 10:21 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
| --- | --- | --- | --- | --- |
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave, 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
SHAWN TURNER DC
44 COURT STREET, SUITE 1002
Brooklyn New York 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 09-12-2017

**EXAM: MRI-HIP WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Multiplanar multi sequence imaging of the left hip was performed in a 3.0 tesla magnet

**INDICATION:** Status Post Trauma

**FINDINGS:** The marrow signal is normal with no fracture or osteochondral defect. There is a normal sphericity of the femoral head.

There is a partial tear of the ischial femoral ligament associated joint effusion.

There are partial tears of the left gluteus minimus and medius tendons with associated joint and greater trochanteric bursal effusion. The remainder of the anterior, posterior, abductor and adductor musculature is unremarkable.

The origin hamstring tendons are unremarkable.

The femoro acetabular labrum is intact with no evidence of a tear.

**IMPRESSION:** Tear of the ischial femoral ligament. Tears of the left gluteus minimus and medius tendons at their trochanteric insertion with associated joint and bursal effusion.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-13-2017 10:18 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

**Manhattan (Midtown East)**
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

**Manhattan (Upper East)**
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

**Bronx (Fordham)**
2430 Davidson Ave., 2nd Floor
Bronx, NY10490

**Bronx (Throgs Neck)**
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

**Bronx (Bainbridge)**
3199 Bainbridge Ave.
Bronx, NY 10467



**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
KEVIN WEINER MD
44 COURT ST
BROOKLYN NY 11201

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 12-18-2017

## EXAM: MRI-SPINE THORACIC WITHOUT CONTRAST

TECHNIQUE: T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 3.0 tesla tesla magnet.

INDICATION: Status Post Trauma

FINDINGS: At each of the thoracic levels, there is no evidence of bulge or herniation.

The neural foramina are normal.

The discs are of normal height and hydration.

The marrow signal and cord signal are normal.

There is no fracture or listhesis.

IMPRESSION: Normal MRI of the Thoracic Spine.

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2017 11:11 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2490 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 18465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

## POWER OF ATTORNEY

### To Execute HIPAA Medical Record Authorization Forms Pursuant To NY Public Health Law §18(1(g) As Amended 10/26/04.

I, _____ residing at _____

do hereby appoint my attorney:
SUBIN ASSOCIATES, LLP (MARIE DONADIO, JOSE HERNANDEZ, ANA GONZALEZ and JAIME CASTILLO) with offices at 150 Broadway, 23rd Floor, New York, New York 10038, my attorneys-in-fact to act (each agent may act separately) in my name, place and stead in any way which I myself could do, if I were personally present to execute HIPAA medical record authorization forms pursuant to NY Public Health Law §18(1)g) as amended 10/26/04. This Power of Attorney may be revoked by me at any time. This Power of Attorney shall not be affected by my subsequent disability or incompetence.

This power of attorney expressly and unconditionally waives any doctor/patient privilege; and/or any expectation of privacy with regard to medical reports and/or records obtained in the prosecution or defense of my personal injury litigation, whether from my medical providers and/or reports generated from or on behalf of physicians retained by or on behalf of defendants or insurance companies, whether or not the reports and/or records are in the public domain. I expressly consent to the use and/or disclosure of these reports and/or records in the furtherance of my litigation and/or for the benefit of other litigants."

To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party by reason of such third party having relied on the provisions of this instrument.

In Witness Whereof, I have hereunto signed my name this 7 day of  August , 2017.

X _____

STATE OF NEW YORK.
COUNTY OF  New York

On this  7  day of  August, 2017, before me personally appeared _____ personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person who acted on behalf of the individual, execute the instrument and that such individual made such appearance before the undersigned at _____ 150 Broadway 23 fl. New York.

X _____

LUIS F DELEON
Notary Public, State of New York
No 01DE6291894
Qualified in Kings County
My Commission Expires October 21, 2017