# EXHIBIT "7G"

INDEX # _____

FILED _____

SUPREME COURT of the STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X

**Summons with Notice**

Index No.
Plaintiff(s) designates
BRONX
County as the place of trial
The basis of venue is
Plaintiff's residence

Plaintiff(s),

-against-

County of BRONX

Defendant(s).
-----------------------------------------------------------X

To the above named Defendant(s)

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York) and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: August 31, 2018
Defendant's Addresses:

BY: ROBERT J. EISEN, ESQ.

**This SUMMONS AND COMPLAINT and the papers on which it is based, are certified pursuant to Section 130-1.1-a of the rules of the Chief Administrator (22NYCRR)**

**SUBIN ASSOCIATES, LLP**

Attorney(s) for Plaintiff(s)
Office and Post Office Address
150 Broadway
New York, New York 10038
(212) 285-3800

Notice: The object of this action is to
recover for personal injury
due to defendant(s) negligence

The relief sought is Monetary Damages
    Upon your failure to appear, judgment will be taken against you by default with interest from 03/10/2018 and the costs of this action

**DEFENDANT(S) ADDRESS(ES)**





SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X

███████████

Plaintiff(s),

-against-

███████████████████████████

Defendant(s).
-------------------------------------------------------------------X

VERIFIED COMPLAINT

Plaintiff(s), ███████████ complaining of the defendant(s) by his attorney, SUBIN ASSOCIATES LLP, upon information and belief, respectfully allege(s):

1.   That at all the times herein mentioned, the defendant ███████████
     ███████████ ,was and still is a corporation doing business in the State of New York.

2.   That at all the times herein mentioned, the defendant ███████████
     ███████████ was the owner of the premises located at 239 City Island Avenue.

3.   That at all the times herein mentioned, the defendant ███████████
     ███████████ its agents, servants and/or employees operated the aforementioned premises.

4.   That at all the times herein mentioned, the defendant ███████████
     ███████████ its agents, servants and/or employees maintained the aforementioned premises.

5.   That at all the times herein mentioned, the defendant ███████████
     ███████████ its agents, servants and/or employees managed the aforementioned premises.

6.   That at all the times herein mentioned, the defendant ███████████ ████████████ its agents, servants and/or employees controlled the aforementioned premises.

7.   That at all the times herein mentioned, the defendant ███████████ was the owner of the premises located at 239 City Island Avenue, Bronx, New York.

8.   That at all the times herein mentioned, the defendant ███████████ his agents, servants and/or employees operated the aforementioned premises.

9.   That at all the times herein mentioned, the defendant ███████████ his agents, servants and/or employees maintained the aforementioned premises.

10.   That at all the times herein mentioned, the defendant ███████████ his agents, servants and/or employees managed the aforementioned premises.

11.   That at all the times herein mentioned, the defendant ███████████ its agents, servants and/or employees controlled the aforementioned premises.

12.   That at all the times herein mentioned, it was the duty of the defendant(s), their agents, servants and/or employees to keep and maintain said premises in a reasonable state of repair and in a good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to pedestrians and/or customers.

13.   That at all the times herein mentioned, the plaintiff was lawfully upon the aforesaid premises.

14.   That on or about 03/10/2018, while plaintiff ███████████ was lawfully in his apartment in the aforementioned premises plaintiff was caused to be injured by reason of the negligence, willful, wanton and gross negligence, carelessness and want of proper care of the defendant(s), their agents, servants and/or employees.

15.   That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly by reason of the negligence, willful, wanton and

gross negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said premises, particularly the ceiling to be, become and remain in a dangerous, defective and/or structurally defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, peeling, loose condition; in allowing and permitting a large portion of said ceiling to be and remain in such a state of disrepair and/or negligent repair for such a long and unreasonable length of time so as to cause injuries to the plaintiff; in failing to repair and in improperly repairing; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to properly maintain said premises and in improperly maintaining said premises; and in generally being negligent and reckless in the premises; all in violation of the laws, statutes, ordinances and regulations made and provided for the safe and proper operation, ownership, maintenance and control of said premises. Plaintiff further relies upon the doctrine of Res Ipsa Loquitur.

16.    That this action falls within one or more of the exceptions set forth in CPLR 1602.

17.    Both actual and constructive notice are claimed. Actual notice in that the defendants, their agents, servants and/or employees had actual knowledge and/or created the complained of condition; constructive notice in that the condition existed for a long and unreasonable period of time.

18.    That by reason of the foregoing, plaintiff ████████ was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage, both compensatory and exemplary in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court.

WHEREFORE, the plaintiff(s) demands judgment against the defendants on the First
Cause of Action in an amount which exceeds the jurisdictional limits of all lower courts and
which warrants the jurisdiction of this Court, together with the costs and disbursements of each
cause of action.

DATED:  New York, New York
         August 31, 2018

                                         Yours, etc.

                                         ROBERT J. EISEN, ESQ.
                                         SUBIN ASSOCIATES, LLP
                                         Attorneys for Plaintiffs
                                         150 Broadway
                                         New York, New York  10038

STATE OF NEW YORK)
COUNTY OF NEW YORK)

The undersigned, an attorney, admitted to practice in the Courts of the State of New York. The undersigned affirms that the following statements are true under the penalties of perjury.

That deponent is associated with the attorney for the plaintiff in the within action; that deponent has read the foregoing **COMPLAINT** and knows the contents thereof; that same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. Deponent further says that the reason this verification is made by deponent and not by plaintiff is that plaintiff resides outside of the County where your deponent holds his office.

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows:

Information and investigation in the file.

DATE: NEW YORK, NEW YORK
August 31, 2018

ROBERT J. EISEN, ESQ.

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------------X

███████████████

Plaintiff(s),

-against-

███████████████████████████████████

Defendant(s).

## SUMMONS AND COMPLAINT

### SUBIN ASSOCIATES, L.L.P.
Attorneys for Plaintiff(s)
Office and Post Office Address, Telephone
150 Broadway, 23rd Floor
New York, NY 10038
Telephone (212) 285-3800
*WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION*

To:
Attorney(s) for
Service of a copy of the within is hereby admitted
Dated:,

..................................................
Attorney(s) for

PLEASE TAKE NOTICE

☐     That the within is a (certified) true copy of an ORDER entered in the office **NOTICE OF** of the clerk of the within named court on    , 20___.

**ENTRY**

☐     That an Order of which the within is a true copy will be presented for **NOTICE OF** settle to the Hon.one of the judges of the within

**SETTLEMENT** named court,

at

on    , 20___, at 10:00 a.m.

Dated:

SUBIN ASSOCIATES, L.L.P.
Attorneys for plaintiff(s)
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

Attorney(s) for Defendant(s)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

██████████████                                              Plaintiff/Petitioner,

                        -against-                                                          Index No._____

████████████████████████

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    Defendant/Respondent.

## NOTICE OF ELECTRONIC FILING

### You have received this Notice because:

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.

                                                    (CPLR § 2111, Uniform Rule § 202.5-bb)

**If you are represented by an attorney:** give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site https://iapps.courts.state.ny.us/nyscef/HomePage; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 09/17/201___

HERBERT S SUBIN
      Name

      Firm Name

150 Broadway, 23rd Floor
      Address

New York, NY 10038

212-285-3800
      Phone

hs@subinlaw.com
      E-Mail

To: _____

_____

_____

11/20/17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X
████████████

**Plaintiff,**

-against-

████████████

**Defendants.**
-------------------------------------------------------------X

## VERIFIED BILL OF PARTICULARS

Index No.: ████████

Plaintiff, as and for his Bill of Particulars in response to the demands of defendants, ████████ by his attorney, upon information and belief, respectfully allege(s):

1. Plaintiff's full name: ████████

2. Plaintiff's date of birth: ████████

3. Social security #: Plaintiff will provide his social security # off the record at his deposition or you can call plaintiff's attorney to obtain it sooner.

4. (a)-(b) Plaintiff presently resides at ████████ ████████ and same at the time of the events which are the subject of the complaint.

5. The incident occurred on 03/10/2018 at approximately 6:00 P.M.

6. The incident occurred on the premises located at 239 City Island Avenue, Bronx, New York 10464.

7. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly by reason of the negligence, willful, wanton and gross negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said premises,

particularly the ceiling to be, become and remain in a dangerous, defective and/or structurally defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, peeling, loose condition; in allowing and permitting a large portion of said ceiling to be and remain in such a state of disrepair and/or negligent repair for such a long and unreasonable length of time so as to cause injuries to the plaintiff; in failing to repair and in improperly repairing; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in failing to properly maintain said premises and in improperly maintaining said premises; in failing of defendants and their agents to properly inspect the premises; and in generally being negligent and reckless in the premises; all in violation of the laws, statutes, ordinances and regulations made and provided for the safe and proper operation, ownership, maintenance and control of said premises. Plaintiff further relies upon the doctrine of *res ipsa loquitur.*

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendants at the trial of this action, including but not limited to the New York City Administrative Code 77, 78 and 80. The plaintiff reserves the right to allege additional violations as may become apparent based on the evidence adduced at trial.

9. - 10. Vicarious liability: Not applicable.

11. - 12. Defective or dangerous condition: Improper demand, evidentiary in nature.

13. - 15. (a)-(e) Actual notice is claimed. Actual notice in that the defendants, their agents, servant and/or employees created and/or had actual knowledge of the complained of condition. The remaining part of this demand is improper as it is evidentiary in nature.

16. Constructive notice is claimed. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances. The remaining part of this demand is improper as it is evidentiary in nature.

17. The following injuries were caused, aggravated, accelerated, precipitated and/ or

enhanced as a result of the defendants' negligence:

## CERVICAL SPINE:

—     At C3-C4, broad posterior disc herniation impinging upon the thecal sac narrowing         the left-sided neural foramen;

—     At C4-C5, central posterior disc herniation impinging upon the thecal sac narrowing the neural foramina bilaterally, left greater than right;

—     At C5-C6, larger central posterior disc herniation impinging upon the thecal sac, directly upon the spinal cord and narrowing the neural foramina bilaterally;

—     At C6-C7, central to left paracentral disc herniation impinging upon the thecal sac and left lateral recess and narrowing the neural foramina bilaterally, left greater than right;

—     Sprain;

—     Pain;

—     Tenderness;

—     Trigger points;

—     Stiffness;

—     Muscle spasm;

—     Weakness;

—     Numbness;

—     Marked restriction of range of motion;

—     Need for future surgery;

—     Post-surgical scarring;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the cervical spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

As a result of the accident, the plaintiff was required to undergo the following operative procedure at All Boro Medical Rehabilitation on May 4, 2018:

— Left-sided upper trapezius, anterior scalene, and sternocleidomastoid injections;

**LEFT SHOULDER:**

— Complete rotator cuff tear involving the supraspinatus and infraspinatus tendons;

— Superior labrum anterior and posterior tear;

— Tear of the anterior inferior labrum extending into the inferior labrum;

— Internal derangement;

— Large joint and sizable sub deltoid and axillary bursal effusion;

— Pain;

— Stiffness;

— Muscle spasm;

— Weakness;

— Tenderness;

— Decrease muscle strength;

— Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left shoulder resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**RIGHT LEG:**

— Inflammation;

— Pain;

— Swelling;

— Marked restriction of range of motion;

— Need for future surgery;

–    Post-surgical scarring;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the right leg resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

As a result of the accident, the plaintiff was required to undergo the following operative procedure at The Mount Sinai Hospital on March 12, 2018:

–    Trans catheter occlusion of the great saphenous vein at right leg;

## LUMBOSACRAL SPINE:

–    At L5-S1, focal central posterior disc herniation impinging upon the anterior epidural fat abutting the bilateral extra thecal S1 nerve roots and herniation narrows          the inferior aspects of the neural foramina bilaterally;

–    At L4-L5, broad posterior disc herniation impinging upon the thecal sac and narrowing the neural foramina bilaterally, herniation abuts exiting right L4 nerve root;

–    At L3-L4, broad posterior disc herniation impinging upon the thecal sac narrowing          the inferior aspects of the neural foramina bilaterally;

–    Lumbago;

–    Pain radiating down bilateral lower extremities;

–    Stiffness;

–    Tenderness;

–    Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the lumbosacral spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

## RIGHT WRIST:

&mdash;   Internal derangement;

&mdash;   Pain;

&mdash;   Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the right wrist resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

## LEFT LEG:

&mdash;   Bleeding;

&mdash;   Cellulitis;

&mdash;   Inflammation;

&mdash;   Pain;

&mdash;   Swelling;

&mdash;   Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left leg resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

## OTHER:

&mdash;   Post-concussive disorder;

&mdash;   Left calf tenderness;

&mdash;   Upper back pain, stiffness and tenderness;

&mdash;   Left upper arm pain and stiffness;

&mdash;   Left wrist pain;

&mdash;   Chest pain;

&mdash;   Left calf tenderness;

- Paresthesias down the arm;
- Bilateral hands pain and numbness;
- Paresthesias radiating down the leg;
- Chronic phlebitis on the left lower extremity;
- Headaches;

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments, nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the plaintiff suffered, still suffers and may permanently suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the plaintiff suffered a severe shock to his nervous system;

The foregoing injuries impaired the general health of the plaintiff; the plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The plaintiff may permanently suffer from the aforesaid injuries and from its effects upon his nervous system.

All injuries listed are believed to be permanent at this time.

18. Exacerbation of a pre-existing injury or condition: Improper demand, evidentiary in nature.

19. Pre-existing injury or condition was sustained and/or diagnosed: Improper demand, evidentiary in nature.

20. (a) Plaintiff remains partially disabled intermittently to date.

(b) Plaintiff was totally disabled for approximately three months to date and continuing intermittently thereafter.

21. Plaintiff was confined as follows:

(a) Hospital: Plaintiff was confined to Jacobi Medical Center, 1400 Pelham Parkway South, Bronx, New York 10461 on 03/09/2018 to 03/10/2018.

(b) Bed: For approximately three days to date and continuing intermittently thereafter.

(c) Home: Remains confined to home intermittently to date.

22. (a)-(b) Name and address of employer: Not applicable.

23. Self-employed: Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

(a) Loss of earnings: Not applicable.

(b) Impairment of future earning capacity: Not applicable.

(c) Physician expenses: Approximately $100,000.00 and continuing.

(d) Physical therapist expenses: Included in 24 '(c)' and '(e)'.

(e) Hospital expenses: Approximately $15,000.00 and continuing.

(f) Nurses: Included in 24 '(c)' and '(e)'.

(g) Home health care aide expenses: Not applicable.

(h) Prescription medication expenses: Included in 24 '(c)' and '(e)'.

(i) Other special damages: To be provided, if applicable.

25. C.P.L.R. 4545(c), collateral sources: See plaintiff's Combined Response to Discovery and Inspection. The amounts and dates of payment are contained in the carrier's file.

Dated: New York, New York
March 15, 2019

Yours, etc.,

SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff(s)*
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X

██████████████                                              **INDIVIDUAL**
                                                            **VERIFICATION**
                        *Plaintiff,*                        Index No. ███████████

        -against-

████████████████████████████

                        *Defendants.*
-----------------------------------------------------------------X

STATE OF NEW YORK)
              ) ss.:
COUNTY OF NEW YORK)

        ██████████████ being duly sworn, deposes and says:

    That I am the plaintiff in the within action.

    I have read the foregoing **NOTICE OF AVAILABILITY, VERIFIED BILL OF
PARTICULARS AND RESPONSE TO COMBINED DEMANDS** and know the contents
thereof and the same is true to the best of my knowledge, except as to those matters herein stated
to be alleged upon information and belief and that as to those matters, I believe them to be true.

                                        ████████████████████

Sworn to before me this
March _____, 2019
_____
NOTARY PUBLIC

███████████

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------X

███████████

              *Plaintiff,*

       -against-

███████████████████

             *Defendants.*
----------------------------------------------------------------X

**AMENDED
VERIFIED BILL OF
PARTICULARS**

**Index No.:** ███████████

Plaintiff, as and for his Bill of Particulars in response to the demands of defendants, ███████████████████ by his attorney, upon information and belief, respectfully allege(s):

1. Plaintiff's full name: ███████████

2. Plaintiff's date of birth: ███████

3. Social security #: Plaintiff will provide his social security # off the record at his deposition or you can call plaintiff's attorney to obtain it sooner.

4. (a)-(b) Plaintiff presently resides at ███████████████ ███████ and same at the time of the events which are the subject of the complaint.

5. The incident occurred on 03/8/2018 at approximately 6:00 P.M.

6. The incident occurred on the premises located at 239 City Island Avenue, Bronx, New York 10464.

7. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly by reason of the negligence, willful, wanton and gross negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said premises,

particularly the ceiling to be, become and remain in a dangerous, defective and/or structurally defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, peeling, loose condition; in allowing and permitting a large portion of said ceiling to be and remain in such a state of disrepair and/or negligent repair for such a long and unreasonable length of time so as to cause injuries to the plaintiff; in failing to repair and in improperly repairing; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in failing to properly maintain said premises and in improperly maintaining said premises; in failing of defendants and their agents to properly inspect the premises; and in generally being negligent and reckless in the premises; all in violation of the laws, statutes, ordinances and regulations made and provided for the safe and proper operation, ownership, maintenance and control of said premises. Plaintiff further relies upon the doctrine of *res ipsa loquitur*.

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendants at the trial of this action, including but not limited to the New York City Administrative Code 77, 78 and 80. The plaintiff reserves the right to allege additional violations as may become apparent based on the evidence adduced at trial.

9. - 10. Vicarious liability: Not applicable.

11. - 12. Defective or dangerous condition: Improper demand, evidentiary in nature.

13. - 15. (a)-(e) Actual notice is claimed. Actual notice in that the defendants, their agents, servant and/or employees created and/or had actual knowledge of the complained of condition. The remaining part of this demand is improper as it is evidentiary in nature.

16. Constructive notice is claimed. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances. The remaining part of this demand is improper as it is evidentiary in nature.

17. The following injuries were caused, aggravated, accelerated, precipitated and/ or

enhanced as a result of the defendants' negligence:

## CERVICAL SPINE:

— At C3-C4, broad posterior disc herniation impinging upon the thecal sac narrowing          the left-sided neural foramen;

— At C4-C5, central posterior disc herniation impinging upon the thecal sac narrowing the neural foramina bilaterally, left greater than right;

— At C5-C6, larger central posterior disc herniation impinging upon the thecal sac, directly upon the spinal cord and narrowing the neural foramina bilaterally;

— At C6-C7, central to left paracentral disc herniation impinging upon the thecal sac and left lateral recess and narrowing the neural foramina bilaterally, left greater than right;

— Sprain;

— Pain;

— Tenderness;

— Trigger points;

— Stiffness;

— Muscle spasm;

— Weakness;

— Numbness;

— Marked restriction of range of motion;

— Need for future surgery;

— Post-surgical scarring;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the cervical spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

As a result of the accident, the plaintiff was required to undergo the following operative procedure at All Boro Medical Rehabilitation on May 4, 2018:

—     Left-sided upper trapezius, anterior scalene, and sternocleidomastoid injections;

**LEFT SHOULDER:**

—     Complete rotator cuff tear involving the supraspinatus and infraspinatus tendons;

—     Superior labrum anterior and posterior tear;

—     Tear of the anterior inferior labrum extending into the inferior labrum;

—     Internal derangement;

—     Large joint and sizable sub deltoid and axillary bursal effusion;

—     Pain;

—     Stiffness;

—     Muscle spasm;

—     Weakness;

—     Tenderness;

—     Decrease muscle strength;

—     Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left shoulder resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**RIGHT LEG:**

—     Inflammation;

—     Pain;

—     Swelling;

—     Marked restriction of range of motion;

—     Need for future surgery;

&mdash;    Post-surgical scarring;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the right leg resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

As a result of the accident, the plaintiff was required to undergo the following operative procedure at The Mount Sinai Hospital on March 12, 2018:

&mdash;    Trans catheter occlusion of the great saphenous vein at right leg;

## LUMBOSACRAL SPINE:

&mdash;    At L5-S1, focal central posterior disc herniation impinging upon the anterior epidural fat abutting the bilateral extra thecal S1 nerve roots and herniation narrows    the inferior aspects of the neural foramina bilaterally;

&mdash;    At L4-L5, broad posterior disc herniation impinging upon the thecal sac and narrowing the neural foramina bilaterally, herniation abuts exiting right L4 nerve root;

&mdash;    At L3-L4, broad posterior disc herniation impinging upon the thecal sac narrowing    the inferior aspects of the neural foramina bilaterally;

&mdash;    Lumbago;

&mdash;    Pain radiating down bilateral lower extremities;

&mdash;    Stiffness;

&mdash;    Tenderness;

&mdash;    Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the lumbosacral spine resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**RIGHT WRIST:**

&mdash;     Internal derangement;

&mdash;     Pain;

&mdash;     Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the right wrist resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**LEFT LEG:**

&mdash;     Bleeding;

&mdash;     Cellulitis;

&mdash;     Inflammation;

&mdash;     Pain;

&mdash;     Swelling;

&mdash;     Marked restriction of range of motion;

as a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness of the left leg resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

**OTHER:**

&mdash;     Post-concussive disorder;

&mdash;     Left calf tenderness;

&mdash;     Upper back pain, stiffness and tenderness;

&mdash;     Left upper arm pain and stiffness;

&mdash;     Left wrist pain;

&mdash;     Chest pain;

&mdash;     Left calf tenderness;

- Paresthesias down the arm;
- Bilateral hands pain and numbness;
- Paresthesias radiating down the leg;
- Chronic phlebitis on the left lower extremity;
- Headaches;

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments, nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the plaintiff suffered, still suffers and may permanently suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the plaintiff suffered a severe shock to his nervous system;

The foregoing injuries impaired the general health of the plaintiff; the plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The plaintiff may permanently suffer from the aforesaid injuries and from its effects upon his nervous system.

All injuries listed are believed to be permanent at this time.

18. Exacerbation of a pre-existing injury or condition: Improper demand, evidentiary in nature.

19. Pre-existing injury or condition was sustained and/or diagnosed: Improper demand, evidentiary in nature.

20. (a) Plaintiff remains partially disabled intermittently to date.

   (b) Plaintiff was totally disabled for approximately three months to date and continuing intermittently thereafter.

21. Plaintiff was confined as follows:

   (a) Hospital: Plaintiff was confined to Jacobi Medical Center, 1400 Pelham Parkway South, Bronx, New York 10461 on 03/09/2018 to 03/10/2018.

(b) Bed: For approximately three days to date and continuing intermittently thereafter.

(c) Home: Remains confined to home intermittently to date.

22. (a)-(b) Name and address of employer: Not applicable.

23. Self-employed: Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

(a) Loss of earnings: Not applicable.

(b) Impairment of future earning capacity: Not applicable.

(c) Physician expenses: Approximately $100,000.00 and continuing.

(d) Physical therapist expenses: Included in 24 '(c)' and '(e)'.

(e) Hospital expenses: Approximately $15,000.00 and continuing.

(f) Nurses: Included in 24 '(c)' and '(e)'.

(g) Home health care aide expenses: Not applicable.

(h) Prescription medication expenses: Included in 24 '(c)' and '(e)'.

(i) Other special damages: To be provided, if applicable.

25. C.P.L.R. 4545(c), collateral sources: See plaintiff's Combined Response to Discovery and Inspection. The amounts and dates of payment are contained in the carrier's file.

Dated: New York, New York
October 3, 2019

Yours, etc.,

SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff(s)*
150 Broadway, 23rd Floor
New York, NY 10038
(212) 285-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X

██████████████████

                      *Plaintiff,*

     -against-

█████████████████████████████

                  *Defendants.*
-------------------------------------------------------------------X

**INDIVIDUAL
VERIFICATION**

Index No. ████████████

STATE OF NEW YORK)
         ) ss.:
COUNTY OF NEW YORK)

       ██████████████ being duly sworn, deposes and says:

That I am the plaintiff in the within action.

    I have read the foregoing, **AMENDED VERIFIED BILL OF PARTICULARS** and know the contents thereof and the same is true to the best of my knowledge, except as to those matters herein stated to be alleged upon information and belief and that as to those matters, I believe them to be true.

██████████████████████████

Sworn to before me this
October 3, 2019

NOTARY PUBLIC

WILLIAM ORTIZ
Commissioner of Deeds, City of New York
No. 5-7475
Certificate Filed in New York County
Commission Expires March 1, 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

RECEIVED DEC 1 8 2019

-------------------------------------------------------------------X

Plaintiff,

-against-

Defendants.

-------------------------------------------------------------------X

**SUPPLEMENTAL
VERIFIED BILL OF
PARTICULARS**

Index No.: ▇▇▇▇▇▇▇

Plaintiff, as and for his Bill of Particulars in response to the demands of defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ by his attorney, upon information and belief, respectfully allege(s):

17. Plaintiff sustained the following additional injuries as a result of this accident as a result of the defendants' negligence and defendants:

**SURGERY**

On September 9, 2019 Plaintiff underwent surgical intervention, specifically anterior left sided approach to the cervical spine from C5-C7, anterior disc resection at C55-C6, C6-C7, partial corpectomy of the C5, C6 and C7 vertebral bodies for complete decompression and for preparation of interbody fusion, micro foraminotomies at C5-C6 and C6-C7 bilaterally, anterior interbody fusion at C5-C6 and C6-C7. Such intervention requires anesthesia, wound care, confinement in bed, inpatient admission to the hospital and confinement to home and bed for a period of time following discharge; related sequela of said procedure and the fracture may include damage to the nerves, muscles, tissues, ligaments, tendons and blood vessels in the left lower extremity; impairment of circulation and sensory disturbances in the areas of the upper extremity; pain, swelling, stiffness and tenderness in the areas of the upper extremity; limitation of motion and impairment of function in the upper extremity. Long term sequelae include development of osteoarthritis in the upper extremity and in the cervical, with resultant pain,

dysfunction, gate disturbance among other effects.


Dated: New York, New York
      December 10, 2019

                                  Yours, etc.,

                                  SUBIN ASSOCIATES, LLP
                                  *Attorneys for Plaintiff(s)*
                                  150 Broadway, 23rd Floor
                                  New York, NY 10038
                                  (212) 285-3800

To:
**GOLD BENES LLP**
*Attorneys for Defendants*

████████████████████████

1666 Newbridge Road, 2nd Floor
North Bellmore, New York 11710
Tel.: (516) 512-6333

**Hudson Regional Hospital**
55 Meadowlands Parkway
Secaucus, NJ 07094

OPERATIVE REPORT

PATIENT NAME:
DATE OF BIRTH:
DATE OF SURGERY: 9-9-19

PREOPERATIVE DIAGNOSES: 1. C5-C6, C6-C7 DISC HERNIATION.
2. CERVICAL RADICULOPATHY.
3. CERVICAL STENOSIS.

POSTOPERATIVE DIAGNOSIS: 1. C5-C6, C6-C7 DISC HERNIATION.
2. CERVICAL RADICULOPATHY.
3. CERVICAL STENOSIS.

OPERATIONS: 1. ANTERIOR LEFT-SIDED APPROACH TO THE CERVICAL SPINE FROM C5 TO C7.
2. ANTERIOR DISC RESECTION AT C5-C6, C6-C7.
3. PARTIAL CORPECTOMY OF THE C5, C6 AND C7 VERTEBRAL BODIES FOR COMPLETE DECOMPRESSION AND FOR PREPARATION OF INTERBODY FUSION. GREATER THAN 50% OF THE VERTEBRAL BODY WAS REMOVED FOR COMPLETE DECOMPRESSION.
4. MICRO FORAMINOTOMIES AT C5-C6 AND C6-C7 BILATERALLY.
5. USE OF MICROSCOPE FOR DECOMPRESSION.
6. ANTERIOR INTERBODY FUSION AT C5-C6 AND C6-C7.
7. USE OF TWO ALLOGRAFT SPACERS FOR FUSION AT C5-C6.

C5/6: 8Hx15.5Wx13.5D Allos CC7 XL allograft
C6/7: 8Hx15.5Wx13.5D Allos CC7 XL allograft

8. ANTERIOR INSTRUMENTATION FROM C5-C7 WITH ALTUS FUJI 35MM 2-LEVEL CERVICAL PLATE AND 14MM VARIABLE SCREWS.
9. RADIOGRAPHS FOR IDENTIFICATION OF SURGICAL LEVEL AND FOR CONFIRMATION OF APPROPRIATE HARDWARE PLACEMENT.
10. PLASTIC SURGERY CLOSURE OF WOUND.

SURGEON: JASON GALLINA, M.D.

ASSISTANT: JULIANNE WHELAN, P.A.
TYPE OF ANESTHESIA: GENERAL.
IV FLUIDS: CRYSTALLOID.
ESTIMATED BLOOD LOSS: 50 CC.
DRAINS: ONE J-P DRAIN.
CONDITION: STABLE.

FINDINGS: This is a very nice patient who was complaining of neck as well as radiating arm pain that had failed all nonoperative management. It was mutually decided that surgical intervention was the best option at this point. All risks and benefits of the surgery were explained to the patient and they wished to proceed with the surgery.

PROCEDURE:

The patient was placed supine on the OR table, and general anesthesia was induced. The head halter traction device was set up with 10 lbs of weight. The neck was extended within the comfortable range as checked preoperatively. The medtronic shoulder pushers were used to push down the shoulders only during the time of fluoroscopy and were released when fluoroscopy was not in use. All bony prominences were well-padded. A radiopaque skin marker was placed at what appeared to be the cervical disc level of interest, and the lateral radiograph was taken. The neck was prepped and draped in the standard surgical fashion. A surgical timeout was done to confirm the appropriate patient, the appropriate procedure, and that the patient received IV antibiotics prior to the beginning of the procedure.

A left-sided, transverse incision was made based on needle localization X-rays. A 10-blade scalpel was used to incise the skin and subcutaneous tissues, down through the platysma muscle until the superficial layer of the deep cervical fascia was exposed. This layer was then carefully incised vertically along the medial border of the sternocleidomastoid muscle using metzenbaum scissors. Then finger dissection was used to bluntly separate the deeper lateral carotid sheath from the medial tracheo-esophageal bundle. Hand-held cloward retractors were used to expose the longus colli muscle anterior to the spine, and Kitners were used to bluntly dissect them away bilaterally, exposing the periosteum and disc spaces. A 20 gauge needle was used to mark the disc space and lateral radiograph taken to confirm the level.

Once the level was confirmed radiographically, then subperiosteal dissection was performed over the disc space and vertebral bodies of interest, taking great precaution not to violate the uninvolved disc spaces. Kitners and bipolar cautery were used. Self-retaining retractors were then placed. Distraction pins were carefully inserted into the spanning vertebral bodies. The microscope was then carefully positioned.

Anterior cervical diskectomy was then commenced. Discectomy was performed identically at each level. An annulotomy was performed using an 11-blade. Then small pituitary rongeurs and curettes were used to remove the disk material. The cartilaginous endplates were completely removed in preparation of implant placement. Greater than 50% of the vertebral bodies were removed for complete decompression. Posterior vertebral osteophytes were removed with small

kerrison rongeurs. Bilateral micro foraminotomies were also performed using kerrisons. The posterior longitudinal ligament was removed with kerrison rongeurs of various sizes.

The implant size was then estimated using trial implants. The appropriate size graft was chosen. This was then carefully malleted into place. The neck distraction across the disk space was then released. The appropriate size plate was then selected and screws were placed in the usual AO technique. A lateral radiograph was then taken to confirm appropriate placement of grafts and instrumentation.

After the implant was in place, abundant irrigation of the wound was performed with antibiotic-containing irrigation. All bleeding was controlled with bipolar cautery, thrombin soaked gelfoam, and floseal. A drain was placed anteriorly to the plate.

Closure was then commenced. The platysma muscle was closed using interrupted 3-0 vicryl. The subcutaneous layer was closed using 3-0 interrupted Vicryl. The skin was then closed using monocryl and Steri-strips (Dermabond). The drain was secured to the skin using steri-strips. Sterile dressing was applied. All needle and sponge counts were correct. There were no complications during the surgery. Dr. Gallina was present and scrubbed for the entire case. A hard cervical collar was placed. The patient revived, extubated, and taken to recovery room in stable condition. The patient's preoperative symptoms were completely resolved postoperatively.

WOUND CLASSIFICATION: Clean.
SPECIMENS: NONE.
COMPLICATIONS: NONE.


Jason M. Gallina, M.D.
Board Certified Orthopaedic Spine Surgeon
DICTATED AND SIGNED 9-9-19 11:06 AM

*Index No.* ████████

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

████████

*Plaintiff,*

-against-

████████████████

*Defendants.*

## SUPPLEMENTAL VERIFIED BILL OF PARTICULARS

# SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff(s)*
*Office and Post Office Address, Telephone*
150 Broadway, 23rd Floor
New York, NY 10038
Telephone (212) 285-3800

## "WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"

*Service of a copy of the within          is hereby admitted*
*Dated:,*

..........................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐
    *That the within is a (certified) true copy of an* ORDER *entered in the office*
**NOTICE OF**   *of the clerk of the within named court on*     , 2019.
**ENTRY**

☐
    *That an Order of which the within is a true copy will be presented for*
**NOTICE OF**   *settle to the Hon.one of the judges of the within*
**SETTLEMENT** *named court,*    *at*     *on*     , 2019, *at* 10:00 *a.m.*
*Dated: March 14, 2019*



**KOLB RADIOLOGY**

# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 05-18-2018

**EXAM: MRI-SPINE CERVICAL WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 1.5 teslatesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS: At C2-C3**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At C3-C4**, there is a broad posterior disc herniation impinging upon the thecal sac narrowing the left-sided neural foramen.

**At C4-C5**, there is a central posterior disc herniation impinging upon the thecal sac narrowing the neural foramina bilaterally, left greater than right.

**At C5-C6**, there is a larger central posterior disc herniation impinging upon the thecal sac, directly upon the spinal cord and narrowing the neural foramina bilaterally.

**At C6-C7**, there is a central to left paracentral disc herniation impinging upon the thecal sac and left lateral recess and narrowing the neural foramina bilaterally, left greater than right.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION: Disc herniations at C3-4, C4-5, C5-6 and C6-7 with central and foraminal narrowing as described above.**

**The herniation at C5-6 impinges directly upon the spinal cord.**

**The herniation C6-7 also impinges upon the left lateral recess.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY 10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-19-2018 1:41 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

**Manhattan (Midtown East)**
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

**Manhattan (Upper East)**
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

**Bronx (Fordham)**
2430 Davidson Ave. 2nd Floor
Bronx, NY 10498

**Bronx (Throgs Neck)**
3626 E. Tremont Ave. Ste 101
Bronx, NY 10465

**Bronx (Bainbridge)**
3199 Bainbridge Ave.
Bronx, NY 10467



**THOMAS M. KOLB, M.D.**

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

KOLB RADIOLOGY



Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 05-17-2018

**EXAM: MRI-SHOULDER WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Coronal proton density and coronal proton density fat saturated images as well as sagittal proton density fat saturated images and axial proton density T1 and fat saturated images were obtained in a1.5 teslamagnet.

**INDICATIONS:** Status post trauma

**FINDINGS:** There is a complete tear both the supraspinatus and infraspinatus tendons without retraction of the tendons.

There is cortical deformity at their insertion at the greater tuberosity.

Remainder of the rotator cuff tendons are intact.

There are hypertrophic changes at the acromioclavicular joint with no significant impingement upon supraspinatus musculotendinous junction.

The marrow signal is normal with no fracture or osteochondral defect. There is no os acromiale.

The extra-articular segment of the biceps tendon is normally located and intact.

There is a SLAP tear with no detachment of the biceps anchor.

There is also tear of the anterior inferior labrum extending into the inferior labrum with associated axillary bursal effusion.

**IMPRESSION: There is complete rotator cuff tear involving the supraspinatus and infraspinatus tendons without retraction.**

**SLAP tear with no detachment of the biceps anchor.**

**Tear of the anterior inferior labrum extending into the inferior labrum.**

**There is a large joint and sizable subdeltoid and axillary bursal effusions.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-18-2018 10:01 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ou!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY10498 | Bronx, NY 10465 | Bronx, NY 10467 |



# THOMAS M. KOLB, M.D.

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

Patient: 
Date of Birth:
Phone:
MRN:
Date of Exam: 06-29-2018

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed,1.5 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At L5-S1, focal central posterior disc herniation impinging upon the anterior epidural fat abutting the bilateral extra thecal S1 nerve roots. The herniation narrows the inferior aspects of the neural foramina bilaterally.

At L4-L5, there is a broad posterior disc herniation impinging upon the thecal sac and narrowing the neural foramina bilaterally. The herniation abuts exiting right L4 nerve root and clinical correlation is in order.

At L3-L4, there is a broad posterior disc herniation impinging upon the thecal sac narrowing the inferior aspects of the neural foramina bilaterally.

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs of normal height.

There is a 2.5 centimeter mass, likely a parapelvic cyst in the right kidney. If there is clinical indication addition evaluation with renal ultrasound is recommended.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Disc herniations at L3-4, L4-5 and L5-S1 with central and foraminal narrowing as described above.

Herniation at L4-5 impinges upon the exiting right L4 nerve root.

Herniation L5-S1 abuts the extra thecal bilateral S1 nerve roots.

Right renal mass, likely a parapelvic cysts. Additional evaluation is recommended.

Thank you for the opportunity to participate in the care of this patient.

*F/v with*
*primary*
*slen to pt 7/6/18*
*10 25 AM*

Kolb, Thomas
*Electronically Signed: 07-02-2018 7:11 AM*

*W_*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service



# THOMAS M. KOLB, M.D.

**KOLB RADIOLOGY**

307 E. 60th Street ● New York, NY 10022
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com

Copy to:
**KEVIN WEINER MD**
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

**Patient:** ▮
**Date of Birth:** ▮
**Phone:** ▮
**MRN:** ▮
**Date of Exam:** 09-06-2018

**EXAM: XR-SPINE CERVICAL 4 OR 5V**

**TECHNIQUE:** Lateral, flexion extension and AP views of the cervical spine were obtained.

**INDICATION:** Status Post Trauma

**FINDINGS:** Flexion and extension views show a grade 1 anterolisthesis of C7 upon T1. This was not seen on a recent MRI of the cervical spine dated 5/18/2018.

The remainder of the cervical spine shows a normal vertebral alignment.

There are degenerative changes with loss of height of the C5-6 and C6-7 intervertebral disc spaces as well as anterior marginal osteophyte formation at both levels.

There is no fracture.

**IMPRESSION:** **There is a grade 1 anterolisthesis of C7 upon T1.**

**Degenerative changes at the C5-6 and C6-7 levels as detailed above.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-07-2018 8:37 AM*

**Exam requested by: JASON GALLINA MD**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| **Manhattan (Midtown East)** | **Manhattan (Upper East)** | **Bronx (Fordham)** | **Bronx (Throgs Neck)** | **Bronx (Bainbridge)** |
| 307 E 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY 10498 | Bronx, NY 10465 | Bronx, NY 10467 |

Kevin H. Weiner, M.D
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *05/04/2018*
**Name:** ▮▮▮▮▮▮▮▮

**History of Present Illness:** This is an evaluation for this 69-year-old gentleman who, on 03/09/2018, was in his apartment when a ceiling collapsed on him, hitting on his head and shoulder causing him to fall, injuring his right wrist. The patient went the next day to Jacobi Hospital where he was treated and released. He has not had x-rays. Today, he comes in with persistent headaches, neck pain, right wrist pain, and left shoulder pain. Prior to the accident, he denies issues with those body parts. He was using a straight cane due to the fact that he had phlebitis and knee surgery 43 years ago.

**Physical Examination:** He is alert and oriented x3, pleasant and cooperative. Cranial nerves II through XII were intact.

**Cervical spine-**range of motion was limited. Flexion 35 degrees, extension 30 degrees, lateral flexion 35/40 degrees, and rotation 50/50 degrees. There was tenderness to palpation along the cervical paraspinals.

**Upper extremities-**examination of the left shoulder revealed limited range of motion. Flexion was to 155 degrees, abduction to 135 degrees, internal rotation 50/75 degrees, and external 30/55 degrees. There was tenderness to palpation along bilateral upper trapezius, serratus posterior, and rhomboid, left greater than right. Pain along the left acromioclavicular joint. Motor strength in the deltoid was 4/5 with paresthesias down the arm. Examination of the right wrist revealed limited range of motion. Flexion was 60/80 degrees, extension 50/50 degrees, radial deviation was 10/20 degrees, and ulnar deviation was 15/30 degrees. There was pain on the medial and lateral joint line. There was a positive Finkelstein's. He had numbness of bilateral hands. He had negative Tinel's.

**Lumbar spine-**he had limited range of motion of lumbar spine at 60/90 degrees.

**Lower extremities-**there was paresthesias radiating down the leg. There was a healed surgical incision along the knees. He wears compression garments. There was negative calf tenderness.

**Procedure:** He received left-sided upper trapezius, anterior scalene, and sternocleidomastoid injections.

**Impressions:** Postconcussive disorder, cervical sprain versus cervical disk herniation, internal derangement of the left shoulder, and internal derangement of the right wrist.

**Recommendations:** We will obtain an MRI of his head, cervical, left shoulder, and right wrist. The patient will follow up after obtaining the procedures.

The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound, and electrical stimulation, followed by passive, active and active-assisted motions with

resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated.

Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work, and recreation.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY 10455
Forest Hills, NY 11418

Phone: (718) 676-6151

Fax: (888) 511-2038

Patient Name: ▮▮▮▮▮▮▮▮

Evaluate and Treat: _LeShovldw Lt wry8t nuch_

Frequency + Duration: _2-3_ / Days / week for _6_ weeks
_____ Days / 2 weeks for _____ weeks

| Modalities | Therapeutic Exercises | | |
|---|---|---|---|
| ☐ Moist Heat | ☐ Range of Motion | ☐ Active | ☐ Passive |
| ☐ Cold Heat | ☐ Joint Mobilization | | |
| ☐ Whirlpool | ☐ Gait Training | | |
| ☐ Ultrasound | ☐ Neuromuscular Retraining | | |
| ☐ Electric Stimulation | ☐ Muscle Strengthening | | |
| ☐ Paraffin | ☐ Stretching | | |
| ☐ Traction: ☐ Cerv ☐ Lumb lbs ____ | ☐ ADL Activities | | |
| ☐ Massage | ☐ Joint Conservation | | |
| ☐ Manual Therapy | ☐ Isokinetic Test: Joint _____ | | |
| ☐ Myofacial Release | ☐ Back Education Program | | |
| ☐ ___Evaluate and treat___ | ☐ _____ | | |
| ☐ _____ | ☐ _____ | | |

Other: _____

Goals:
☐ Increase ROM    ☐ Increase Mobility    ☐ Patient Education
☐ Decrease Pain/Edema    ☐ Improve Function    ☐ Strengthen Short Muscles
☐ Increase Strength    ☐ Increase Fitness    ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____ Date: _5/4/18_

Kevin H. Weiner, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151


**Date:** *06/01/2018*
**Name:**

**History of Present Illness:** This is a followup for this gentleman who had an MRI of the brain on
05/17/2018 which revealed no acute cerebral abnormality, bilateral periventricular white matter lesions
of right greater than left for which clinical correlation is in order. There is nonspecific and often related
small vessel disease, right maxillary sinus disease. MRI of the left shoulder revealed complete rotator
cuff tear involving the supraspinatus and infraspinatus tendons, SLAP tear with no detachment of the
biceps, angular tear of the anterior-inferior labrum extending into the inferior labrum, a large joint and
size of subdeltoid, and axillary bursal fusion. Today, he comes in complaining of neck pain and back pain
especially at night with numbness down the legs. The patient was given a copy of his MRI of his brain to
follow up with his primary care doctor to rule out hypertension and other medical issues.

**Physical Examination:** He has limited range of motion of the cervical spine. Flexion 40 degrees,
extension 35 degrees, and lateral flexion 40/40 degrees. There was tenderness to palpation along the
cervical. Triggers in the upper trapezius.

**Upper extremities-**limited range of motion of the left shoulder. Flexion was to 140 degrees, abduction
to 110 degrees which is decreasing over time. There is pain along the acromioclavicular.

**Lumbar spine-**there is limited range of motion of the lumbar spine with pain radiating down bilateral
lower extremities.

**Lower extremities-**he has chronic phlebitis on the left lower extremity. He wears a compression
garment.

**Recommendations:** Due to his persistent pain, he is to follow up with an MRI of the cervical and lumbar
spine. He is to follow up with the surgeon regarding his left shoulder. He is to follow up with his primary
care doctor.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY 10455
Forest Hills, NY 11418

Phone:　　(718) 676-6151

Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ LF shoulder/neck L B _____

Frequency + Duration: _____ 2 _____  Days / week for _____ 8 _____ weeks
_____ Days / 2 weeks for _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction:  ☐ Cerv  ☐ Lumb lbs _____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ _____ Evaluate and treat _____
- ☐ _____

**Therapeutic Exercises**              ☐ Active   ☐ Passive
- ☐ Range of Motion
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____　　　Date: 6/1/18

# ALL BORO MEDICAL REHABILITATION PLLC

369 East 149th Street, 3rd Floor □    11615 Queens Blvd         □ 44 Court Street  Ste 1002
Bronx, NY  10455                      Forest Hills, NY 11375         Brooklyn, NY  11201

Phone: (718) 676-6151                                            Fax: (888) 511-2038

Patient Name:                                    Ordered by:    □  Felix Karafin, M.D.

DOB                   DOI: 3/9/16   Phone:                       ☒ Kevin Weiner, M.D.

Patient Address:

□ NF        □ WC        ☒ LienAttorney: _Subin_____

Carrier: _____    Claim #: _____

## Exam Screening MRI:
□ Metal in eyes/body        □ Aneurysm clips        □ Pacemaker      □ Claustrophobia

**MRI Contrast:**    □  With        □  Without         □  With & Without

| | | | | | |
|---|---|---|---|---|---|
| ___ Brain | ___ Neck Soft Tissue | ☒ C-Spine | ___ Wrist | ( R / L ) | **Other** ___ |
| ___ Pituitary | ___ Breast | ___ T-Spine | ___ Elbow | ( R / L ) | |
| ___ Orbits | ___ Abdomen | ☒ L-Spine | ___ Shoulder | ( R / L ) | |
| ___ Sinuses | ___ Pelvis | ___ TMJ's | ___ Hip | ( R / L ) | |
| ___ IAC's | ___ Prostate | ___ Cardiac | ___ Knee | ( R / L ) | |
| | ___ Ankle    ( R / L ) | | ___ Foot | ( R / L ) | |

MRA _____

XR  _____
    _____

CT  _____
    _____

Ultrasound _____


Doctor's Signature: _____        Date: 6/1/18

Test Scheduled: _____

**Kolb Radiology:**    □ 307 East 60th Str, MNH      □ 170 East 77th St, MNH 212-602-1900
                       □ 3199 Bainbridge Ave, BX    □ 3626 East Tremont Ave, BX

**Precision Imaging**        □ 222 East 68th Street, MNH           212-879-4488

**Washington Heights Imaging** □ 4334 Broadway, MNH              212-927-1717

○

# Sanford R. Wert, M.D., PC.
### 369 E149th street,
### 3rd Floor
### Bronx, New York 10455
### Telephone: 718-332-4747
### Fax: 718-332-0414

Patient:                                            Consultation Date: 6/5/2018
Telephone:
DOB:
Date of Accident: 3/10/2018
Occupation: Artist
SS#: N/A
Attorney: Subin & Associates

### INITIAL REPORT

**History :** The patient is a 69 years old male who presented for an Orthopaedic evaluation.  He is right-handed , bald headed, has brown eyes, weighs 210 lbs and is 6 iand 1 inches tall. A history was offered by the patient that on 3/10/2018 a ceiling collapsed on him, in his apartment. As a result of the accident, the patient sustained injuries to the left shoulder, right wrist, cervical spine and lumbar spine. Following the accident, the patient received care at Jacobi Hospital a few days later.  He was treated with an x-ray  and was subsequently released. The patient reports receiving subsequent care at All Boro Medical. A course of physical therapy was initiated.  An MRI was performed.  Due to persistent complaints of pain and discomfort, as well as positive diagnostic findings, the patient received a referral for orthopedic evaluation in my office. The patient is being treated for the left shoulder in my office.

**Present Complaints:** Patient currently complaining of pain and decreased range of motion in the left shoulder. Patient rates the pain at 10 out of 10.

**Prior Medical Conditions:**  Chronic Phlebitis, left.

**Prior Surgical History:**
**Surgery:** Appendectomy, cholecystectomy and hernia
**Hospitalization:** Patella relocation right & left knee - 40 years ago.

**Social History:**
**Alcohol:** Denies alcohol consumption.
**Drugs:** Denies illegal drug use.
**Tobacco:** Denies smoking.

**Allergies:**
**No Known Drug Allergies**

**Medications:**   Vicoden -PRN and Zeralto.

**Prior MVA(s):**   Denies.

**Review of Systems:**
**Constitutional**: Denies fatigue, fever, headaches.
**Cardiovascular**: Denies palpitations, chest pain.
**Respiratory**: Denies cough, difficulty breathing, breathing problems.
**Gastrointestinal**: Denies abdominal pain, nausea.

The patient is attending physical therapy treatment, however the condition remains the same without much improvement.

The patient denies any similar symptoms prior to the accident.

**Testing and Results Review:**
- MRI left shoulder 5/17/2018.  Findings are complete rotator cuff tear- supraspinatus, SLAP tear and inferior labrum tear.

**Physical Examination:**
Left Shoulder: Range of Motion: With pain, flexion  140 degrees [normal-180], abduction  115 degrees [normal-180], internal rotation 40  degrees [normal-90], external rotation 50 degrees [normal-90]
Hawkin's Test positive.
Apprehension Sign negative.
Supraspinatus Test positive.
Subscapularis Test negative.
O'Brien's Test positive.
Impingement Test negative.
Rotator Cuff Test is positive.

Contralateral shoulder;
Right Shoulder: Range of Motion:  Flexion 160 degrees [normal-180], abduction 150 degrees [normal-180], internal rotation 60 degrees [normal-90], external rotation 70 degrees [normal-90]
Hawkin's Test positive.
Apprehension Sign negative.
Supraspinatus Test negative.
Subscapularis Test negative.
O'Brien's Test positive
Impingement Test negative.

Rotator Cuff Test is negative.

**Diagnosis:**
1. Left shoulder Complete RC tear.
2. Left shoulder labrum/SLAP tear.

**Causality:** Based on the patient history and my clinical examination, it is definite that the accident on the above-mentioned date was the competent producing cause of this patient's injuries and symptoms.

***Treatment and Recommendations:*** The patient was recommended to consider undergoing arthroscopic surgery of the left shoulder , due to patient's present and ongoing symptomotology, positive objective findings on examination, and unfavorable response to conservative treatment. The options, benefits, and risks associated with this procedure were discussed in great detail with the patient. The patient agreed to this option and surgery will be scheduled. The patient will need medical clearance.

In the meantime, the patient was advised to continue physical therapy treatment consisting of heat, ultrasound, and active and passive range of motion and strengthening exercises of the injured joint. Rest, observation and elevation of the extremity were also recommended.

I have discussed the findings of this examination with the patient. The discussion included a complete verbal explanation of the examination results, diagnosis and planned treatment(s). The patient verbalized understanding of these instructions at this time. If any questions should arise after returning home, I have encouraged the patient to feel free to contact the office.

Respectfully,

Sanford Wert, M.D.

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC      ☑ Bronx  369 East 149th Street Third Floor    **Bronx, NY  10455**
☐ Lien            ☐ Queens  11615 Queens Blvd  Main Floor     **Forest Hills, NY  11375**

Patient Name: _____

DOI: _____   Date: __6/6/2018__

## PT DAILY NOTES

Subjective: _c/o pain on C/S L>R, R Shoulder_
PS _7_ / 10

Objective: _R grl tenderness on trapz ns._

Assessment:
Today's Improvements Include:

_____
_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:        ___ Initiate PT        ___ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: (L) | Treatments Received: | |
|---|---|---|
| ___ M25.519 Shoulder | 97001 ___ | Initial Evaluation |
| ___ M25.529 Elbow | 97001 ___ | Re-Evaluation |
| ___ M25.539 Wrist | 97014 ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 ___ ___ | US ___ w/cm x ___ mins |
| ___ M25.559 Hip | 97010 ___ ___ | HP/CP x 15 mins |
| ___ M25.569 Knee | 97018 ___ ___ | Paraffin |
| ___ M25.579 Foot/Ankle | 97530 ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 Cervical | 97116 ___ ___ | Gait training |
| ___ M54.5 Lumbar | 97124 ___ ___ | STM-MFR |
| ___ M54.6 Thoracic | 97110 ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | 97140 ___ ___ | Joint mobilization |

Kevin H. Weiner, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *07/06/2018*
**Name:**

**History of Present Illness:** This is a followup for this gentleman who had an MRI of his lumbar spine which revealed L3-L4, L4-L5, and L5-S1 central and foraminal narrowing, herniation at L4-L5 impinging upon the exiting right L4 nerve roots, herniation at L5-S1 abuts the extrathecal bilateral S1 nerve roots, and right renal mass likely parapelvic cyst. The patient was given a copy of the MRI.

**Recommendations:** Due to his persistent pain and numbness, the patient is going to follow up with the spine surgeon. The patient once again was given a copy of his MRI. He is to follow up with his primary care physician regarding his kidney.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor          Bronx, NY   10455
11615 Queens Boulevard, Main Floor          Forest Hills, NY  11418

Phone:          (718) 676-6151                   Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ LB /N / LF Shoulder _____

Frequency + Duration: _____2_____ Days / week  for  _____6____ weeks
_____  Days / 2 weeks for  _____ weeks

| Modalities | Therapeutic Exercises |
|---|---|
| ☐  Moist Heat | ☐  Range of Motion      ☐ Active    ☐ Passive |
| ☐  Cold Heat | ☐  Joint Mobilization |
| ☐  Whirlpool | ☐  Gait Training |
| ☐  Ultrasound | ☐  Neuromuscular Retraining |
| ☐  Electric Stimulation | ☐  Muscle Strengthening |
| ☐  Paraffin | ☐  Stretching |
| ☐  Traction:  ☐ Cerv  ☐ Lumb lbs ____ | ☐  ADL Activities |
| ☐  Massage | ☐  Joint Conservation |
| ☐  Manual Therapy | ☐  Isokinetic Test: Joint _____ |
| ☐  Myofacial Release | ☐  Back Education Program |
| ☐  ___Evaluate and treat____ | ☐  _____ |
| ☐  _____ | ☐  _____ |

Other: _____

Goals:
☐  Increase ROM          ☐  Increase Mobility      ☐  Patient Education
☐  Decrease Pain/Edema   ☐  Improve Function       ☐  Strengthen Short Muscles
☐  Increase Strength     ☐  Increase Fitness       ☐  Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____   Date: _7/6/18_

Kevin Weiner, M.D.
Felix Karafin, M.D.

## FOLLOW-UP EXAMINATION REPORT

**Date:**     11/09/18
**Re:**       ████████████████
**DOB:**

**SUBJECTIVE:**  This gentleman still presents here with straight cane.  Because of the lower back pain, he cannot walk for a prolonged period of time.  The patient has difficulties with picking things up from the floor because the forward flexion also exacerbates his pain.  The patient already was evaluated by Dr. Auerbach, but actual images of the lumbar spine were not provided, so decision could not be made.  The patient will see him again on November 13, 2018.

### PHYSICAL EXAMINATION:

**Lumbar spine:**  The patient has relatively straightened lumbar lordosis.  Tenderness on palpation over the lumbar paraspinal muscles.  Lumbar flexion is limited to only 60 degrees.  Pain exacerbated by eliciting straight leg raising on both sides.  This pain is extending below the gluteal fold, but not all the way below the popliteal fossa.

**Neck pain:**  The patient still states it is frequent despite more on and off basis.  It bothers him at night when he cannot find comfortable position.  The patient also complains of infrequent tension headaches.

**ASSESSMENT AND PLAN:**  So, at this point the physical therapy does provide some relief.  The patient states that TENS machine usually make it worse, but heating pad and myofascial release and massage makes it better.  So, we discussed with physical therapy what is more appropriate treatment for him.  I will follow on the results of Dr. Auerbach's consult.  The patient's therapy right now will be reduced to once a week versus once in two weeks.  If surgical treatment is indicated, I will boost it for immediate postop rehab.

Respectfully submitted,


Electronically Signed

_____
Felix Karafin, MD

Kevin Weiner, M.D.
Felix Karafin, M.D.

**Bronx** 369 E. 149th St 3rd Fl. Bronx, NY 10455 **P** (718) 676-6151 **F** (888) 511- 2038
**Queens** 11615 Queens Blvd. Forest Hills, NY 11395 **P** (718) 676-6151 **F** (888) 511- 2038
**Brooklyn** 44 Court St. Brooklyn, NY 11201 **P** (718) 676-6151 **F** (888) 511- 2038

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY 10455
Forest Hills, NY 11418

Phone: (718) 676-6151

Fax: (888) 511-2038

Patient Name:

Evaluate and Treat: _____ B/neck

Frequency + Duration: _____ 2 _____ Days / week for _____ 8 _____ weeks
_____ Days / 2 weeks for _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction:  ☐ Cerv  ☐ Lumb lbs _____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ ___ Evaluate and treat ___
- ☐ _____

**Therapeutic Exercises**     ☐ Active    ☐ Passive
- ☐ Range of Motion
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____        Date: 11/9/18

**Kevin H Weiner MD**

**East 149th Street**

**Bronx, NY 10455**

NAME ████████████

DATE: 12/7/18

7/10/48.

Patient was placed in prone position prepped and drape in the usual manner. Under ultrasound guidance a ___2L___ touhey needle was inserted into ___C7-T1___ space. Via the lost of resistance technique, the needle was advanced. Once resistance was lost and no CSF or blood returned ___/___ cc of lidocaine 1% and ___/L___ cc of Kenalog 40 was injected.

Patient tolerated the procedure well and normal hemostasis was obtained.

Patient is to follow up in 10-14 days post procedure check.

No photo ops taken for this procedure.

Kevin H Weiner MD

_____ Spinal Cord Stimulator Im/explant, Spinal Infusion Pump IM/explant or Refill, Epidural or Spinal Catheter im/explanation: Infection requiring hospitalization and removal of stimulator, catheter or pump; meningitis; nerve damage.

_____ Percutaneous Lysis of Epidural Adhesions: Nerve damage, meningitis, dural puncture, eye hemorrhage, chronic leg weakness.

_____ Myobloc (Botulinum Toxin) Injections: Nerve or tissue damage, prolonged neuromuscular weakness.

_____ Intra-articular injection: Nerve damage, infection, loss of motion.

The incidence of serious complications listed above requiring treatment is very low (less than 1% in our experience). Your physician believes the benefits of the procedure outweigh its risks or it would not have been offered to you. It is your decision and right to accept or decline to have the procedure done.

I authorize Dr. Kevin H. Weiner to perform the following procedure

_____

Date: _____

I have read or have had read to me the above information. I understand there are risks involved with this procedure, to include rare complications, even death, which may not have been specifically mentioned above. I understand that a sedative may be administered for my comfort during the procedure and that sedatives carry the risk of damage to vital organs, such as the brain, heart, and lungs. The risks have been explained to my satisfaction and I accept them and consent to this procedure.

Print Patient Name ___█████████████████████___

Patient Signature ___███████████████████████___

Physician Declaration: I and/or my assistant have explained the procedure and the pertinent contents of this document to the patient and have answered all the patient's questions. To the best of my knowledge, the patient has been adequately informed and the patient has consented to the above described procedure.

Physician Name_____

Physician Signature_____

## KEVIN H. WEINER, M.D.
## PAIN MANAGEMENT
## PHYSICAL MEDICINE AND REHABILITATION
362 Nelson Avenue
Staten Island, New York 10308
P: 718-442-4422 F: 718-556-3025

### CONSENT FOR PAIN MANAGEMENT PROCEDURE

You have a pain problem which has not been relieved by routine treatments. A procedure, specifically an injection is now indicated for further evaluation and diagnosis of your pain. There is no guarantee that a procedure will cure your pain, and in rare cases, it could become worse, even when the procedure is performed in technically a perfect manner. The degree and duration of pain relief varies from person to person, so after your procedure, we will reevaluate your progress, and then determine if further treatment is necessary.

Your physician will explain the details of the procedure listed below.

Tell the physician if you're a taking any blood thinner such as Coumadin, Lovenox, Plavix, or Heparin, as these can cause excessive bleeding and a procedure should not be performed. Alternatives to the procedure include medications, physical therapy, acupuncture, surgery, etc.

Benefits include increased likelihood of correct diagnosis and/or of decrease or elimination of your pain. Risks include infection, bleeding, allergic reaction, increased pain, nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death; air in lung requiring chest tube, tissue, bone or eye damage from steroids. Nerve destruction with Phenol, Botox, Alcohol, or radiofrequency energy has risks of nerve and tissue damage.

Specific risks pertaining to each specific procedure are as follows (patient to initial line of procedure):

_____ Epidural, Facet, Joint, Medial Branch Nerve, Sacroiliac Joint, Selective Nerve Root or Lumbar Sympathetic Injection/Block/Ablation: Low blood pressure, temporary weakness/numbness arm or leg, headache requiring epidural blood patch, meningitis, infection, paralysis.

_____ Epidural or Spinal Opioid Injection: itching, nausea, urinary difficulty, slowed breathing.

_____ Discogram, Intradiscal Steroid Injection or Intradiscal Electro Thermal Therapy (IDET): Infection or discitis, nerve injury, leg weakness, leg pain, paralysis.

_____ Stellate Ganglion Block/Ablation: Hoarseness, difficulty swallowing, seizure, weak and/or numb arm, air in lung, infection.

_____ Trigger point injection, Peripheral Nerve-Neuroma Block, Occipital Nerve Block, Intercostal Nerve Block/Ablation: Air in lung requiring chest tube in hospital, local pain from tissue and/or nerve irritation, dimpling or depression in skin, pneumonia, chronic pain.

_____ Celiac or Superior Hypogastric Plexus Block/Ablation: Low blood pressure, internal vessel/organ puncture requiring emergency surgical treatment to repair it, temporary or permanent bowel, bladder, or sexual dysfunction.

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY 10455
Forest Hills, NY 11418

Phone: (718) 676-6151

Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ n/cB _____

Frequency + Duration: __2__ Days / week for __8__ weeks
_____ Days / 2 weeks for _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction: ☐ Cerv ☐ Lumb lbs ____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ ___ Evaluate and treat ___
- ☐ _____

**Therapeutic Exercises**   ☐ Active   ☐ Passive
- ☐ Range of Motion
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____    Date: 12/7/16

**Kevin H Weiner MD**

**East 149th Street**

**Bronx, NY 10455**

NAME [redacted]

DATE: 2\1\19

Patient was placed in prone position prepped and drape in the usual manner. Under ultrasound guidance a __2L__ touhey needle was inserted into __C7-T1__ space. Via the lost of resistance technique, the needle was advanced. Once resistance was lost and no CSF or blood returned __1__ cc of lidocaine 1% and __1/2__ cc of Kenalog 40 was injected.

Patient tolerated the procedure well and normal hemostasis was obtained.

Patient is to follow up in 10-14 days post procedure check.

No photo ops taken for this procedure.

Kevin H Weiner MD

Spinal Cord Stimulator Im/explant, Spinal Infusion Pump Im/explant or Refill, Epidural or Spinal Catheter Im/explantation: Infection requiring hospitalization and removal of stimulator, catheter or pump; meningitis; nerve damage.

Percutaneous Lysis of Epidural Adhesions: Nerve damage, meningitis, dural puncture, eye hemorrhage, chronic leg weakness.

Myobloc (Botulinum Toxin) Injections: Nerve or tissue damage; prolonged neuromuscular weakness.

Intra-articular Injection: Nerve damage, infection, loss of motion.

The incidence of serious complications listed above requiring treatment is very low (less than 1% in our experience). Your physician believes the benefits of the procedure outweigh its risks or it would not have been offered to you. It is your decision and right to accept or decline to have the procedure done.

I authorize Dr. Kevin H. Weiner to perform the following procedure

Date: 2/1/19

I have read or have had read to me the above information. I understand there are risks involved with this procedure, to include rare complications, even death, which may not have been specifically mentioned above. I understand that a sedative may be administered for my comfort during the procedure and that sedatives carry the risk of damage to vital organs, such as the brain, heart, and lungs. The risks have been explained to my satisfaction and I accept them and consent to this procedure.

Print Patient Name _____

Patient Signature _____

Physician Declaration: I and/or my assistant have explained the procedure and the pertinent contents of this document to the patient and have answered all the patient's questions. To the best of my knowledge, the patient has been adequately informed and the patient has consented to the above described procedure.

Physician Name _____

Physician Signature _____

## KEVIN H. WEINER, M.D.
## PAIN MANAGEMENT
## PHYSICAL MEDICINE AND REHABILITATION
867 Nelson Avenue
Staten Island, New York 10308
P: 718-442-4422 F: 718-556-3025

### CONSENT FOR PAIN MANAGEMENT PROCEDURE

You have a pain problem which has not been relieved by routine treatments. A procedure, specifically an injection is now indicated for further evaluation and diagnosis of your pain. There is no guarantee that a procedure will cure your pain, and in rare cases, it could become worse, even when the procedure is performed in technically a perfect manner. The degree and duration of pain relief varies from person to person, so after your procedure, we will reevaluate your progress, and then determine if further treatment is necessary.

Your physician will explain the details of the procedure listed below.

Tell the physician if you're a taking any blood thinner such as Coumadin, Lovenox, Plavix, or Heparin, as these can cause excessive bleeding and a procedure should not be performed. Alternatives to the procedure include medications, physical therapy, acupuncture, surgery, etc.

Benefits include increased likelihood of correct diagnosis and/or of decrease or elimination of your pain. Risks include infection, bleeding, allergic reaction, increased pain, nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death; air in lung requiring chest tube; tissue, bone or eye damage from steroids. Nerve destruction with Phenol, Botox, Alcohol, or radiofrequency energy has risks of nerve and tissue damage.

Specific risks pertaining to each specific procedure are as follows (patient to initial line of procedure):

_____ Epidural, Facet, Joint, Medial Branch Nerve, Sacroiliac Joint, Selective Nerve Root or Lumbar Sympathetic Injection/Block/Ablation: Low blood pressure, temporary weakness/numbness arm or leg, headache requiring epidural blood patch, meningitis, infection, paralysis.

_____ Epidural or Spinal Opioid Injection: itching, nausea, urinary difficulty, slowed breathing.

_____ Discogram, Intradiscal Steroid Injection or IntraDiscal Electro Thermal Therapy (IDET): infection or discitis, nerve injury, leg weakness, leg pain, paralysis.

_____ Stellate Ganglion Block/Ablation: Hoarseness, difficulty swallowing, seizure, weak and/or numb arm, air in lung, infection.

_____ Trigger point Injection, Peripheral Nerve-Neuroma Block, Occipital Nerve Block, Intercostal Nerve Block/Ablation: Air in lung requiring chest tube in hospital, local pain from tissue and/or nerve irritation, dimpling of/depression in skin, pneumonia, chronic pain.

_____ Celiac or Superior Hypogastric Plexus Block/Ablation: Low blood pressure, internal vessel/organ puncture requiring emergency surgical treatment to repair it, temporary or permanent bowel, bladder, or sexual dysfunction.

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY  10455
Forest Hills, NY  11418

Phone:      (718) 676-6151

Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ ∩ LB _____

Frequency + Duration: __1 -2__   Days / week  for  __6__ weeks
_____   Days / 2 weeks for  _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction:  ☐ Cerv  ☐ Lumb lbs ____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ ___Evaluate and treat_____
- ☐ _____

**Therapeutic Exercises**                    ☐ Active    ☐ Passive
- ☐ Range of Motion
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____    Date: 2 / 1 / 19

Kevin H. Weiner, M.D
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

**Date:** *02/15/2019*
**Name:** <span style="background:black">       </span>

**History of Present Illness:** This gentleman just had another cervical epidural injection which did not provide significant relief. It was done two weeks ago. The patient still feels a significant amount of pain. He also complains of persistent lower back pain and on exam has visible difficulties to get from sitting to standing positions. He ambulates with a straight cane. Another change, the patient did workup for his knee pain in the hospital, had chest x-ray, and had nodularity for which he had biopsy and apparently, there is possibility of cancer. The patient follows on it.

**Plan:** Due to no relief from interventional therapy, the patient will be referred back to his spinal surgeon. He has already been evaluated by Dr. Gallina and Dr. Auerbach. He has followup appointment with Dr. Auerbach on 02/27/2019 because Dr. Auerbach also wanted to see results of epidurals and we will have opinion if the patient needs surgical involvement or not. At the meantime, I will restart him on physical therapy because the patient states he feels significantly worse over the last couple of weeks and the patient will be followed with me in a month.

Felix Karafin, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY   10455
Forest Hills, NY   11418

Phone:     (718) 676-6151

Fax: (888) 511-2038

**Patient Name:** ████████████

**Evaluate and Treat:** _n|LB_

**Frequency + Duration:** _1-2_ Days / week  for _6_ weeks
_____ Days / 2 weeks for _____ weeks

**Modalities**
- [x] Moist Heat
- [ ] Cold Heat
- [ ] Whirlpool
- [ ] Ultrasound
- [x] Electric Stimulation
- [ ] Paraffin
- [ ] Traction:  [ ] Cerv  [ ] Lumb lbs ____
- [x] Massage
- [x] Manual Therapy
- [x] Myofacial Release
- [ ] **Evaluate and treat** _____
- [ ] _____

**Therapeutic Exercises**
- [x] Range of Motion          [x] Active   [ ] Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [x] Muscle Strengthening
- [ ] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Isokinetic Test: Joint _____
- [ ] Back Education Program
- [ ] _____

**Other:** _____

**Goals:**
- [x] Increase ROM
- [x] Decrease Pain/Edema
- [ ] Increase Strength
- [x] Increase Mobility
- [x] Improve Function
- [ ] Increase Fitness
- [x] Patient Education
- [x] Strengthen Short Muscles
- [ ] Strnegthen Long Muscles

**Precautions and/or Instructions:** _____

**Physician's Name:** _____

**Physician's Signature:** _____      Date: _2·15·19_

# All Boro Medical Rehabilitation PLLC
## Patient Intake Form

| LAST NAME / APELLIDO | FIRST NAME / NOMBRE | MIDDLE INITIAL | EMAIL ADDRESS / CORREO ELECTRÓNICO |
|---|---|---|---|
| ███████████ | ████████ APT # | SEX / SEXO  M | DATE OF BIRTH / CUMPLEAÑO  ███  SOCIAL SECURITY # NÚMERO DE SEGURIDAD SOCIAL |

| ADDRESS / DIRECCION | | | |
|---|---|---|---|

| CITY / CIUDAD  Bronx | STATE / ESTADO  N.Y. | ZIP CODE CÓDIGO POSTAL  10464 | PHONE NUMBER (HOUSE) NÚMERO DE TELÉFONO (CASA) | PHONE NUMBER (CELLULAR) NÚMERO DE TELÉFONO (CELULAR) |
|---|---|---|---|---|

| EMERGENCY CONTACT CONTACTO DE EMERGENCIA | PHONE NUMBER / NÚMERO DE TELÉFONO | DATE OF ACCIDENT FECHA DEL ACCIDENTE  Mar 9 2018 | ADDRESS OF ACCIDENT / DIRECCIÓN DEL ACCIDENTE  239 City Island Ave. #3 |
|---|---|---|---|

**How did your injury occur?** / ¿Cómo ocurió la herida?

- ☐ Car accident / accidente de carro
- ☐ Work-related accident / accidente de trabajo
- ☒ Other type of accidents (please describe below) / Otros tipos de accidentes (por favor describa abajo)

My Ceiling Collapse on Me. Water leak

For car accidents and work-related accidents. / Para accidentes de carros o accidentes de trabajo:

| Insurance Carrier / Nombre de Segura | Policy Number / Número de póliza | Claim Number / Número de |
|---|---|---|

**What body parts did you hurt in your accident?** / ¿Qué partes del cuerpo resultaron heridas en el accidente?

my Neck my back my left arm and my right Wrist

Did you hurt these body parts before the accident? If so, please describe.
¿Tiene una historia de lesiones en estas partes del cuerpo antes del accidente? Si es así, describa por favor.

| Who is your attorney? / ¿Quién es su abogado? | ... for Worker's Compensation? / ¿por Compensación del Trabajador? |
|---|---|

**May we communicate with you by ...** / (¿Podemos comunicarnos con usted por ...) | ... in which language? / ¿... en que idioma?

| | yes | no | | yes | no |
|---|---|---|---|---|---|
| phone call / teléfono | ☒ yes | ☐ no | Spanish: | ☐ yes | ☒ no |
| text message / mensaje de texto | ☐ yes | ☐ no | | | |
| email / correo electrónico | ☐ yes | ☐ no | English: | ☒ yes | ☐ no |

| NAME OF EMPLOYER / NOMBRE DE EMPLEADOR | LAST DAY WORKED (IF NO LONGER WORKING) ULTIMO DIA DE TRABAJO (SI YA NO TRABAJO) |
|---|---|
| ADDRESS OF EMPLOYER / DIRECCION DE EMPLEADOR | EMPLOYER TELEPHONE NUMBER NÚMERO DE TELÉFONO DE EMPLEADOR |
| PHARMACY NAME / NOMBRE DE SU FARMACIA | TELEPHONE / NÚMERO DE TELEFONO |
| PHARMACY ADDRESS / DIRECCION DE SU FARMACIA | FAX NUMBER / NÚMERO DE FAX |

5/4/18
Date / Fecha

# INITIAL EVALUATION

**Patient Name:** ▮▮▮▮▮

**Date:** 05, 07, 2018

**Dx:** ®shoulder, ®wrist & neck

**DOA:** 03/09/2018

**Subjective Complaints:**

Patient c/o pain in ®shoulder, neck and ®wrist. ceiling collapsed on him. Went to the doctor the following day. No scans done, on pain killer.

| Body Part | Radiating To | | Pain 0-10 | Constant | Intermittent |
|---|---|---|---|---|---|
| Neck Pain | RUE | (LUE) | 8 | | ✓ |
| Upper Back Pain | RUE | LUE | | | |
| Mid Back Pain | | | | | |
| Lower Back Pain | RLE | LLE | | | |
| Shoulder R/(L) | | | 8 | ✓ | |
| Elbow R L | | | | | |
| Wrist/Hands R(L) | | | 7 | | ✓ |
| Hips R L | | | | | |
| Knees R L | | | | | |
| Ankle/Feet R L | | | | | |

MHo: (L) leg fibrosis

SHx: Vericose, Sx (mother back), Appendicitis, Gallbladder removal, Patellar transplant (B/L)

**Objective Findings:**

| Area | Tenderness | Muscle Spasm | ROM restriction | Weakness |
|---|---|---|---|---|
| Cervical | ✓ | ✓ | ✓ | 3+/5 |
| Upper Back | | | | |
| Thoracic | | | | |
| Lower Back | | | | |
| Shoulder R(L) | ✓ | ✓ | ✓ | 3+/5 |
| Extremities | | | | |
| (L) Wrist | ✓ | ✓ | ✓ | 3+/5 |

®shoulder: flex- 0 - 130°, Abd- 0 - 110°
cervical: WPL

---

- stoop posture
② cervical compression test
③ spurling test
④ empty can
⊕ tenderness paraspinal (C/s)
⊕ scalenus, levator scapula
⊕ m/c spasm B/L upper Traps

**Assessment:**

- Limited ROM due to pain and strength. (Limited)
- Difficulty performing overhead activities ē ®arm for dressing, bathing
- Difficult to bend neck too long for reading

**Short Term Goals:**

☑ Decrease pain   to 3/10
☑ Improve ROM   by 10°
☑ Increase mm strength   by ½ m/s pp
☑ Improve body mechanics
☑ Initiate HEP

**Long Term Goals:**

☑ Normalize posture
☑ Normalize ROM
☑ Normalize mm strength
☑ Independent ADL
☑ Independent HEP

**Recommended Treatment:**

☑ Therapeutic Exercises
☑ Electrical Stimulation
☐ Ultrasound
☑ Hot/Cold pack
☐ Therapeutic Massage
☑ Manual Therapy
☑ Therapeutic Activities
☐ Home Exercise Program

**Frequency and Duration of Visits:**

2-3 day/week for 10 week

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC       ☒ Bronx 369 East 149ᵗʰ Street Third Floor        Bronx, NY 10455
☐ Lien                ☐ Queens 11615 Queens Blvd Main Floor       Forest Hills, NY 11375

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓

DOI: _____      Date: _05/09/18_

## PT DAILY NOTES

Subjective: _c/o pain and stiffness of the Ⓛ shoulder._      PS _8_ / 10

Objective: _Refer Initial eval._

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ___/___ Well        ___ Fair

Plan:                       ___ Initiate PT        ___✓ Continue PT        ___ D/C PT

Physical Therapist Signature: _Q (Varsha Singh)_

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ✓ M25.519 | Shoulder Ⓛ | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___✓ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC
☐ Lien

☑ Bronx  369 East 149ᵗʰ Street Third Floor
☐ Queens  11615 Queens Blvd Main Floor

Bronx, NY 10455
Forest Hills, NY 11375

Patient Name: ███████████████████

DOI: _____  Date: _05_/_17_/_18_

## PT DAILY NOTES

Subjective: c/o pain e stiffness n thu
          neck/upper back area (L) >(R)  PS _8_/10

Objective: (+) ⊕  ↓ tenderness n thu upper
          traps, CS paraspinal ms, scalenus, rhomboids

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:     ╱ Well        ____ Fair

Plan:                ____ Initiate PT   ╱ Continue PT   ____ D/C PT

Physical Therapist Signature: _[signature]_

JENG MEI M. GARCIA, P.T.
NYS LIC. #099192

| Body Part Treated: | Treatments Received: | |
|---|---|---|
| ____ M25.519 Shoulder | 97001 ____ | Initial Evaluation |
| ____ M25.529 Elbow | 97001 ____ | Re-Evaluation |
| ____ M25.539 Wrist | 97014 ____ ╱ | E-Stim/TENS × 15 mins |
| ____ M25.549 Hand | 97035 ____ | US ____ w/cm × ____ mins |
| ____ M25.559 Hip | 97010 ____ ╱ | MHP/CP × 15 mins |
| ____ M25.569 Knee | 97018 ____ | Paraffin |
| ____ M25.579 Foot/Ankle | 97530 ____ | Therawax × 15 mins |
| ╱ M54.2 Cervical | 97116 ____ | Gait training |
| ____ M54.5 Lumbar | 97124 ____ ╱ | STM-MFR |
| ____ M54.6 Thoracic | 97110 ____ ╱ | Thera-ex × 15 mins (stretch/strength) |
| ____ R07.89 Chest | 97112 ____ | Neuromuscular re-educ./PNF × 15 mins |
| ____ | 97140 ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC          ☑ Bronx   369 East 149th Street Third Floor      Bronx, NY   10455
☐ Lien               ☐ Queens  11615 Queens Blvd  Main Floor          Forest Hills, NY  11375

Patient Name: ███████████████████████        Date: 05/23/2018

DOI: _____

## PT DAILY NOTES

Subjective: Patient C/O ↑ pain & stiffness in the
neck & lt shoulder                            PS 7-8 / 10

Objective: Tender upper trapezius & scalene muscles

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:      ✓ Well          ___ Fair
Plan:                 ___ Initiate PT   ✓ Continue PT   ___ D/C PT

Physical Therapist Signature: _____Nora_____

| Body Part Treated: | | | Treatments Received: | | | |
|---|---|---|---|---|---|---|
| ✓ | M25.519 | Shoulder Lt | 97001 | ___ | | Initial Evaluation |
| ___ | M25.529 | Elbow | 97001 | ___ | | Re-Evaluation |
| ___ | M25.539 | Wrist | 97014 | ___ | ✓ | E-Stim/TENS x 15 mins |
| ___ | M25.549 | Hand | 97035 | ___ | | US ____ w/cm x _____ mins |
| ___ | M25.559 | Hip | 97010 | ___ | ✓ | MHP/CP x 15 mins |
| ___ | M25.569 | Knee | 97018 | ___ | | Paraffin |
| ___ | M25.579 | Foot/Ankle | 97530 | ___ | | Thera-acts x 15 mins |
| ✓ | M54.2 | Cervical | 97116 | ___ | | Gait training |
| ___ | M54.5 | Lumbar | 97124 | ___ | ✓ | STM-MFR |
| ___ | M54.6 | Thoracic | 97110 | ___ | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ | R07.89 | Chest | 97112 | ___ | | Neuromuscular re-educ./PNF x 15 mins |
| ___ | | | 97140 | ___ | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC     ☒ Bronx 369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien           ☐ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: _____

DOI: _____    Date: 5/29/18

## PT DAILY NOTES

Subjective: Pt c/o pain and stiffness of the ® arm secondary to the ® arm    PS 7 / 10

Objective: ® tenderness upper trape + scalene m/s

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well      ___ Fair

Plan:      ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

| Body Part Treated: | Treatments Received: | |
|---|---|---|
| ✓ M25.519 Shoulder | 97001 ___ | Initial Evaluation |
| ___ M25.529 Elbow | 97001 ___ | Re-Evaluation |
| ___ M25.539 Wrist | 97014 ___ ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 ___ ___ | US _____ w/cm x _____ mins |
| ___ M25.559 Hip | 97010 ___ ✓ | MHP/CP x 15 mins |
| ___ M25.569 Knee | 97018 ___ | Paraffin |
| ___ M25.579 Foot/Ankle | 97530 ___ ___ | Thera-acts x 15 mins |
| ✓ M54.2 Cervical | 97116 ___ ___ | Gait training |
| ___ M54.5 Lumbar | 97124 ___ ✓ | STM-MFR |
| ___ M54.6 Thoracic | 97110 ___ ✓ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | 97140 ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC       ~~Bronx~~ ... Third Floor      **Bronx, NY 10455**
☐ Lien            12 ... ... ... ... ...          **Forest Hills, NY 11375**

Patient Name: ████████████████

DOI: _____          Date: _06_/_01_/_2018_

## PT DAILY NOTES

Subjective: _pt c/o pain and stiffness_
_on (L) Shoulder_                              PS _7_ / 10

Objective: _(R) tenderness gr1 of (L) upper, deltoid_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ___✓___ Well      _____ Fair

Plan:        _____ Initiate PT    ___✓___ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| _✓_ M25.519 | Shoulder (L) | 97001 | _____ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | _____ | E. S./TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | _____ | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | _✓_ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | _____ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | _____ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | _____ | Gait training |
| ___ M54.5 | Lumbar | 97124 | _✓_ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | _✓_ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | _____ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC     ☑ Bronx 369 East 149th Street Third Floor    **Bronx, NY 10455**
☐ Lien          ☐ Queens 11615 Queens Blvd Main Floor    **Forest Hills, NY 11375**

Patient Name: _____

DOI: _____ Date: __6/6/2018__

## PT DAILY NOTES

Subjective: _c/o pain on C/S L>R, ® Shoulder_
PS __7__ / 10

Objective: _® gr/ tenderness on traps ns._

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx: _____ Well _____ Fair

Plan: _____ Initiate PT _____ Continue PT _____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustin, Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| M25.519 | Shoulder (✓) | 97001 | _____ | Initial Evaluation |
| M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| M25.539 | Wrist | 97014 | _____ _____ | E-Stim/TENS x 15 mins |
| M25.549 | Hand | 97035 | _____ _____ | US _____ w/cm x _____ mins |
| M25.559 | Hip | 97010 | _____ _____ | HP/CP x 15 mins |
| M25.569 | Knee | 97018 | _____ _____ | Paraffin |
| M25.579 | Foot/Ankle | 97530 | _____ _____ | Thera-acts x 15 mins |
| M54.2 | Cervical | 97116 | _____ _____ | Gait training |
| M54.5 | Lumbar | 97124 | _____ _____ | STM-MFR |
| M54.6 | Thoracic | 97110 | _____ _____ | Thera-ex x 15 mins (stretch/strength) |
| R07.89 | Chest | 97112 | _____ _____ | Neuromuscular re-educ./PNF x 15 mins |
| _____ _____ | | 97140 | _____ _____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

| ☐ NF    ☐ WC | ☑ Bronx  369 East 149ᵗʰ Street Third Floor | Bronx, NY  10455 |
| ☐ Lien | ☐ Queens  11615 Queens Blvd  Main Floor | Forest Hills, NY  11375 |

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DOI: _____     Date: __6__/_12_/_2018_

## · PT DAILY NOTES

Subjective: _Pt· c/o pain on C/S , @shoulder area_ _____ PS __6__ / 10

Objective: _____ @ gn/ tenderness on ® UE ms._ _____

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:          ____ Well          ____ Fair

Plan:          ____ Initiate PT          ____ Continue PT          ____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ____ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ____ | US ____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ____ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ____ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ____ | STIM-MFR |
| ___ M54.6 | Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC          ☑ Bronx  369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien               ☐ Queens 11615 Queens Blvd  Main Floor         Forest Hills, NY 11375

Patient Name: ████████████████████

DOI: _____          Date: 6/15/2018

## PT DAILY NOTES

Subjective: _Pt c/o pain on (L) shoulder & C/S_          PS _7_ / 10

Objective: _(L) gr I tenderness on (B) trapz, scapular ms_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        __✓__ Well          _____ Fair

Plan:                   ___ Initiate PT     ✓ Continue PT     _____ D/C PT

Physical Therapist Signature: _____

                              ☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | | Treatments Received: | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | (L) | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | | 97014 | ___ ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | | 97035 | ___ | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | | 97010 | ___ ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | | 97116 | ___ ___ | Gait training |
| ___ M54.5 | Lumbar | | 97124 | ___ ___ | STM-MFR |
| ___ M54.6 | Thoracic | | 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC         ☒ Bronx  369 East 149th Street Third Floor    Bronx, NY  10455
☐ Lien               ☐ Queens  11615 Queens Blvd  Main Floor      Forest Hills, NY  11375

Patient Name: ███████████████████████

DOI: _____    Date: 6/20/2018

### PT DAILY NOTES

Subjective: R. c/o pain on U/S, Ⓛ shoulder area
                                                          PS 6 / 10

Objective: Ⓟ tenderness gr/o on Rhomboid, Ⓑ trap

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ___ ✓ Well        ___ Fair

Plan:        ___ Initiate PT        ✓ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

                                        ☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 Shoulder (L) | 97001 | ___ | Initial Evaluation |
| ___ M25.529 Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 Wrist | 97014 | ___ ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 | ___ | US ___ w/cm x _____ mins |
| ___ M25.559 Hip | 97010 | ___ ___ | MHP/CP x 15 mins |
| ___ M25.569 Knee | 97018 | ___ ___ | Paraffin |
| ___ M25.579 Foot/Ankle | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 Cervical | 97116 | ___ ___ | Gait training |
| ___ M54.5 Lumbar | 97124 | ___ ___ | STM-MFR |
| ___ M54.6 Thoracic | 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC        ☒ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY  10455
☐ Lien              ☐ Queens  11615 Queens Blvd  Main Floor       Forest Hills, NY  11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮

DOI: _____        Date: _6_/_27_/_2018_

## PT DAILY NOTES

Subjective: _Pt. c/o pain on on neck L>R, Upperback_
_____  PS _6_ / 10

Objective: _____
_____ @ tenderness gr 1 on rhomboids, trapez_

Assessment:
Today's Improvements Include:

_____
_____

Pt tolerated tx:          ___ Well          ___ Fair
Plan:                ___ Initiate PT     ___ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

                                                ☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | ___ | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ___ | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC        ☒ Bronx  369 East 149th Street Third Floor      Bronx, NY  10455
☐ Lien                    ☐ Queens  11615 Queens Blvd  Main Floor      Forest Hills, NY  11375

Patient Name: ████████████████████████
DOI: _____   Date: 7/6/2018

## PT DAILY NOTES

Subjective: c/o pain on C/S L>R
                                                    PS 6 / 10

Objective: ⊕ gr 1 tenderness on Ⓑ traps

Assessment:
Today's Improvements Include:
_____

Pt tolerated tx:            ____ Well          ____ Fair
Plan:                       ____ Initiate PT   ____ Continue PT   ____ D/C PT

Physical Therapist Signature: _____

                                    ☐ Jasmin Fausto Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC          ☑ Bronx  369 East 149th Street Third Floor          Bronx, NY  10455
☐ Lien               ☐ Queens  11615 Queens Blvd  Main Floor            Forest Hills, NY  11375

Patient Name: ██████████████████████

DOI: _____          Date: _7/16/2018_

## PT DAILY NOTES

Subjective: _Pt c/o pain on (L) shoulder, C/S_          PS _6_ /10

Objective: _(R) gn/tenderness on (L) trapz, deltoid_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          ___ Well          ___ Fair

Plan:          ___ Initiate PT          ___ Continue PT          ___ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 Shoulder (L) | | 97001 | ___ | Initial Evaluation |
| ___ M25.529 Elbow | | 97001 | ___ | Re-Evaluation |
| ___ M25.539 Wrist | | 97014 | ___ ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | | 97035 | ___ ___ | US _____ w/cm x _____ mins |
| ___ M25.559 Hip | | 97010 | ___ ___ | MHP/CP x 15 mins |
| ___ M25.569 Knee | | 97018 | ___ | Paraffin |
| ___ M25.579 Foot/Ankle | | 97530 | ___ ___ | Thera-acts x 15 mins |
| ___ M54.2 Cervical | | 97116 | ___ ___ | Gait training |
| ___ M54.5 Lumbar | | 97124 | ___ ___ | STM-MFR |
| ___ M54.6 Thoracic | | 97110 | ___ ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC  ☑ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien         ☐ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮

DOI: _____    Date: _7/18/2018_

## PT DAILY NOTES

Subjective: _C/o pain in (R)shoulder, C/s_ _____
                                                              PS _6_ / 10

Objective: _(R) gh/ tenderness in (R)trap, Rhomboids_ _____

Assessment:
Today's Improvements Include:
_____
_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:        ___ Initiate PT    ___ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

                                        ☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | | US ____ w/cm x ____ mins |
| ___ M25.559 | Hip | 97010 | ___ | | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | | Thera-acts x 15 mins |
| ✓ M54.2 | Cervical | 97116 | ___ | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC     ☒ Bronx  369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien            ☐ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮

DOI: _____    Date: _7/27/2018_

## PT DAILY NOTES

Subjective: _C/o pain & stiffness on C/S Upperback_     PS _6_ / 10

Objective: _(+) gn't tenderness on B Trapz, rhomboid_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          __✓__ Well      ____ Fair

Plan:               ____ Initiate PT      __✓__ Continue PT     ____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | ___ | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | ___ | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | ___ | Thera-acts x 15 mins |
| ✓ M54.2 | Cervical | 97116 | ___ | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC          ☐ Bronx 369 East 149ᵗʰ Street Third Floor    Bronx, NY 10455
☐ Lien               ☐ Queens 11615 Queens Blvd Main Floor        Forest Hills, NY 11375

Patient Name: ███████████████

DOI: _____     Date: _8/1/2018_

## PT DAILY NOTES

Subjective: _C/o pain on C/S L7R, Oshoulder_                    PS _6_ / 10

Objective: _Ⓡ gr/tinderness on B/traps, C/ms._

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:        ____ Well          ____ Fair

Plan:                   ____ Initiate PT   ____ Continue PT   ____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ | US _____ w/cm x _____ mins |
| ____ M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | Gait training |
| ____ M54.5 | Lumbar | 97124 | ____ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC        ☒ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien            ☐ Queens 11615 Queens Blvd Main Floor        Forest Hills, NY 11375

Patient Name: ███████████████

DOI: _____    Date: _8/6/2018_

### PT DAILY NOTES

Subjective: _Pt - c/o pain on C/S, Ⓛ shoulder area_        PS _5_ / 10

Objective: _Ⓟ gnl tenderness on Ⓛ trapz, rhomboids_

Assessment:

Today's Improvements Include: _____

_____

Pt tolerated tx:     ___ Well        ___ Fair

Plan:     ___ Initiate PT    ___ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino, lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 Shoulder (L) | | 97001 | ___ | Initial Evaluation |
| ___ M25.529 Elbow | | 97001 | ___ | Re-Evaluation |
| ___ M25.539 Wrist | | 97014 | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | | 97035 | ___ ___ | US _____ w/cm x _____ mins |
| ___ M25.559 Hip | | 97010 | ___ ___ | MHP/CP x 15 mins |
| ___ M25.569 Knee | | 97018 | ___ | Paraffin |
| ___ M25.579 Foot/Ankle | | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 Cervical | | 97116 | ___ | Gait training |
| ___ M54.5 Lumbar | | 97124 | ___ | STM-MFR |
| ___ M54.6 Thoracic | | 97110 | ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | | 97112 | ___ ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC      ☑ Bronx  369 East 149ᵗʰ Street Third Floor   Bronx, NY 10455
☐ Lien           ☐ Queens  11615 Queens Blvd Main Floor   Forest Hills, NY 11375

Patient Name: ████████████

DOI: _____    Date: _8/20/2018_

## PT DAILY NOTES

Subjective: _c/o pain on · C/S, @Shoulder area_

                                                              PS _7_ / 10

Objective: _Ⓓ gr/ tenderness of Ⓓ trapz, deltoid ns._

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:         ____ Well      ____ Fair

Plan:               ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

                                    ☐ Jasmin Fausto, Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ ____ | | US _____ w/cm x _____ mins |
| ____ M25.559 | Hip | 97010 | ____ | | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ ____ | | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ ____ | | Thera-acts x 15 mins |
| ✓ M54.2 | Cervical | 97116 | ____ ____ | | Gait training |
| ____ M54.5 | Lumbar | 97124 | ____ ____ | | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ | | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ ____ | | Neuromuscular re-educ./PNF x 15 mins |
| ____ _____ | | 97140 | ____ ____ | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC   ☒ Bronx  369 East 149th Street Third Floor    Bronx, NY  10455
☐ Lien              ☐ Queens  11615 Queens Blvd  Main Floor    Forest Hills, NY  11375

Patient Name: ██████████████

DOI: _____    Date: _8/24/2018_

## PT DAILY NOTES

Subjective: _Pt · C/o pain on C/S, Shoulder (L) & ms. weakness_
_____   PS _6_ /10

Objective: _⊕ gn / tenderness on ® trapez_
_____

Assessment:
Today's Improvements Include:

_____
_____

Pt tolerated tx:        ___ Well        ___ Fair

Plan:        ___ Initiate PT        ___ Continue PT        ___ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustin Lic. 029425

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | | US _____ w/cm x _____ mins |
| ___ M25.559 | Hip | 97010 | ___ | | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC          ☑ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY  10455
☐ Lien              ☐ Queens  11615 Queens Blvd  Main Floor       Forest Hills, NY  11375

Patient Name: ███████████

DOI: _____          Date: __8__ / __31__ / __18__

## PT DAILY NOTES

Subjective: _C/o pain & stiffness of lower back area_          PS _6_ / 10

Objective: _Ⓡ gr. tenderness on Paralumbar, PL_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx: _____ Well          _____ Fair

Plan: _____ Initiate PT      _____ Continue PT      _____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino  Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ ____ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ ____ | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ____ ____ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ ____ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ____ ____ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ _____ | | 97140 | ____ ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC       ☑ Bronx  369 East 149th Street Third Floor   Bronx, NY 10455
☐ Lien            ☐ Queens  11615 Queens Blvd  Main Floor      Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮

DOI: _____   Date: __9/5/2018__

## PT DAILY NOTES

Subjective: _R. Cp, con stiffness & pain on lowerback_  PS _7_ / 10

Objective: _○ tenderness on Paralumbars_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:        ____ Well          ____ Fair

Plan:                   ____ Initiate PT    ✓ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Faustino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | ____ | US ____ w/cm x _____ mins |
| ____ M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ____ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ _____ | | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC  ☐ Bronx 369 East 149th Street Third Floor     Bronx, NY 10455
☐ Lien          ☐ Queens 11615 Queens Blvd Main Floor     Forest Hills, NY 11375

Patient Name: _____███████_____

DOI: _____  Date: _9/18/2018_____

## PT DAILY NOTES

Subjective: C/o pain & stiffness on C/S @Shoulder

                                                    PS _6_ / 10

Objective: @ gn/tenderness on @ LVB, deltoid

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:     ___ Well        ___ Fair

Plan:     ___ Initiate PT     ___ Continue PT     ___ D/C PT

Physical Therapist Signature: _____

                              ☐ Jasmin Faustino lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | ___ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | ___ | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ___ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | ___ | US ____ w/cm x ____ mins |
| ___ M25.559 | Hip | 97010 | ___ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | ___ | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | ___ | Thera-acts x 15 mins |
| ___ M54.2 | Cervical | 97116 | ___ | Gait training |
| ___ M54.5 | Lumbar | 97124 | ___ | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | ___ | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | ___ | Neuromuscular re-educ./PNF x 15 mins |
| ___ _____ | | 97140 | ___ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC    ☑ Bronx  369 East 149ᵗʰ Street Third Floor    Bronx, NY  10455
☐ Lien    ☐ Queens  11615 Queens Blvd  Main Floor    Forest Hills, NY  11375

Patient Name: _____

DOI: _____     Date: _11/9/2018_

### PT DAILY NOTES

Subjective: _c/o spasm, stiffness on C/S, shoulder,_ PS _6_ / 10

Objective: _Dgn/Tenderness on ® UT, C/S as._

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx: _____ Well     _____ Fair

Plan: _____ Initiate PT     _____ Continue PT     _____ D/C PT

Physical Therapist Signature: _____

☐ Jasmin Falcino Lic. 029425

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| _____ M25.519 | Shoulder | 97001 | _____ | Initial Evaluation |
| _____ M25.529 | Elbow | 97001 | _____ | Re-Evaluation |
| _____ M25.539 | Wrist | 97014 | _____ _____ | E-Stim/TENS x 15 mins |
| _____ M25.549 | Hand | 97035 | _____ _____ | US _____ w/cm x _____ mins |
| _____ M25.559 | Hip | 97010 | _____ _____ | MHP/CP x 15 mins |
| _____ M25.569 | Knee | 97018 | _____ _____ | Paraffin |
| _____ M25.579 | Foot/Ankle | 97530 | _____ _____ | Thera-acts x 15 mins |
| _____ M54.2 | Cervical | 97116 | _____ _____ | Gait training |
| _____ M54.5 | Lumbar | 97124 | _____ | STM-MFR |
| _____ M54.6 | Thoracic | 97110 | _____ _____ | Thera-ex x 15 mins (stretch/strength) |
| _____ R07.89 | Chest | 97112 | _____ _____ | Neuromuscular re-educ./PNF x 15 mins |
| _____ | | 97140 | _____ _____ | Joint mobilization |

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 610-4130. Fax (212) 983-0483

641 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-9233

## PROGRESS NOTE

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
|  |  |  |

| Attending Provider: | Visit Date: | Sex: | Chart No.: |
|---|---|---|---|
| Jason Gallina M.D. | 09-18-2019 | Male |  |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

**History of Present Illness**

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

He is status post a C5-C7 ACDF performed on 9-9-19 at Hudson Regional Hospital. He denies any ever/chills and incisional pain. His pre-operative symptoms are improving.

**Current Medication**
Percocet 5 mg-325 mg tablet 1 -2 Tablet Every 4-6 Hours
Colace 100 mg capsule 1-2 Once A Day

**Social History**
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education
.
**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

**Physical Examination**
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.

**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.
**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

**Cervical Spine-Range of Motion (Abnormal):**

| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | 20 degrees with pain | 0-60 normal |
| Cervical Spine | Left lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Left lateral flexion | 30 degrees with pain | 0-50 normal |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness.

**Lumbar Spine-Range of Motion (Abnormal):**

| Lumbar Spine | Anterior flexion | 30 degrees with pain | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-25 normal |

**Neurology-Provocative (Abnormal Lumbar):**

| | Right | Left |
|---|---|---|
| Straight leg raising | Positive Back Pain | Positive Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | Positive | Positive |

Lhermitte's Sign : Lhermitte's sign is negative

**Neurology - Motor Strength:**

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 4/5 | 4/5 |
| Elbow Extension | 5/5 | 5/5 |

Page 2

| Wrist Extension | 5/5 | 5/5 |
|---|---|---|
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | 4/5 | 4/5 |
| Ankle Plantarflexion | 4/5 | 4/5 |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*

**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | 1 | 1 |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk herniation at L3-L4, L4-L5 and L5-S1 with multi level severe

Page 3

stenosis.
Xrays of the lumbar spine performed on 9-6-18 reveals an L4-L5 spondylolisthesis and disk space narrowing at L5-S1.

Cervical Spine:
An MRI of the cervical spine reveals disk herniation with disk osteophyte complexes at C5-C6 and C6-C7.
Xrays of the cervical spine performed on 9-6-18 reveals disk space narrowing and anterior osteophyte formation at C4-C5, C5-C6 and C6-C7.
Postop xrays of the cervical spine reveals well laced hardware and continued fusion at C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
He is status post a C5-C7 ACDF performed on 9-9-19 at Hudson Regional Hospital.
In terms of the cervical spine:
The patient will obtain cervical spine xrays before their next office visit.
The patient was made aware to contact my office with worsening symptoms, uncontrolled pain or a history of fever and chills.
The patient will begin physical therapy for their cervical spine.
The patient will continue taking oral pain medication for postoperative pain control. He will taper these medications.
Wound instructions were given to the patient.
We will get authorization for a bone stimulator.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital, under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

**CPT Codes:**
Office/outpatient Visit Est (99215)

**Follow up:** 2 Months

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 09-18-2019.*

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 616-4130, Fax (212) 983-0483

641 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0650, Fax (201) 447-5233

## PROGRESS NOTE

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
| | | |

| Attending Provider: | Visit Date: | Sex: | Chart No.: |
|---|---|---|---|
| Jason Gallina M.D. | 07-31-2019 | Male | |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

**History of Present Illness**

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

Today he informs us that he will need to hold off on his surgery until he has finished his radiation therapy. This will be on 6-4-19. We will obtain his medical clearances from his oncologist and his primary care physician.

**Social History**
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education

**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

**Physical Examination**
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.
**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.
**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.

Page 1

**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.

**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

**Cervical Spine-Range of Motion (Abnormal):**

| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | 20 degrees with pain | 0-60 normal |
| Cervical Spine | Left lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Left lateral flexion | 30 degrees with pain | 0-50 normal |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness.

**Lumbar Spine-Range of Motion (Abnormal):**

| Lumbar Spine | Anterior flexion | 30 degrees with pain | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-25 normal |

**Neurology-Provocative (Abnormal Lumbar):**

| | Right | Left |
|---|---|---|
| Straight leg raising | Positive Back Pain | Positive Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | Positive | Positive |

Lhermitte's Sign : Lhermitte's sign is negative

**Neurology - Motor Strength:**

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 4/5 | 4/5 |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| | | |

Page 2

| | | |
|---|---|---|
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | *4/5* | *4/5* |
| Ankle Plantarflexion | 4/5 | *4/5* |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*

**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | *1* | *1* |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk herniation at L3-L4, L4-L5 and L5-S1 with multi level severe stenosis.
Xrays of the lumbar spine performed on 9-6-18 reveals an L4-L5 spondyl;olisthesis and disk space narrowing at L5-S1.

RECEIVED   09/24/2019 12:36PM
2019-09-24 13:36:21 EDT        12129830483  From: Carmen Laracuente

Cervical Spine:
An MRI of the cervical spine reveals disk herniations with disk ostoephyte complexes at C5-C6 and C6-C7.
Xrays of the cervical spine performed on 9-6-18 reveals disk space narrowing and anterior osteophyte
formation at C4-C5, C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
In terms of the cervical spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates
and/or yoga..
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side
affects of the medications and deems these to be temporary in nature.
I am recommending a C5-C6, C6-C7 ACDF.
He is now straight medicare with a managed care plan.

Patient is scheduled for surgery on 9.16.9 at Hudson hospital

Pre-admission testing as well as medical clearance will be obtained.
We discussed the risks or surgery which include, but are not limited to, continued and/or new neck and/or arm
pain, numbness, tingling, weakness, infection, dural tear, neurologic compromise, hardware misplacement, and
pseudoarthrosis.
The findings, natural history, and treatment options were discussed with the patient. We discussed the role of
nonoperative treatment, pain management, and surgical intervention.
The patient has elected for surgical treatment.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates
and/or yoga.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side
affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic
surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital,
under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

**CPT Codes:**
Office/outpatient Visit Est (99215)

**Follow up:** 4 Weeks

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 07-31-2019.*

# JASON M. GALLINA, M.D., P.C.

Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 616-4130. Fax (212) 963-0482

641 Cedar Hil Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-6523

**PROGRESS NOTE**

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
|  |  |  |

| Attending Provider: | Visit Date: | Sex: | Chart No.: |
|---|---|---|---|
| Jason Gallina M.D. | 07-24-2019 | Male |  |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

**History of Present Illness**

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

Today he informs us that he will need to hold off on his surgery until he has finished his radiation therapy. This will be on 6-4-19. We will obtain his medical clearances from his oncologist and his primary care physician.

**Social History**
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education
.
**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

**Physical Examination**
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.
**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.
**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.

**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.

**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

**Cervical Spine-Range of Motion (Abnormal):**

| Cervical Spine | Anterior flexion | *30 degrees with pain* | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | *20 degrees with pain* | 0-60 normal |
| Cervical Spine | Left lateral rotation | *30 degrees with pain* | 0-80 normal |
| Cervical Spine | Left lateral flexion | *30 degrees with pain* | 0-50 normal |
| Cervical Spine | Right lateral rotation | *30 degrees with pain* | 0-80 normal |
| Cervical Spine | Right lateral flexion | *25 degrees with pain* | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness.

**Lumbar Spine-Range of Motion (Abnormal):**

| Lumbar Spine | Anterior flexion | *30 degrees with pain* | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | *10 degrees with pain* | 0-25 normal |
| Lumbar Spine | Left lateral flexion | *10 degrees with pain* | 0-25 normal |
| Lumbar Spine | Right lateral flexion | *10 degrees with pain* | 0-25 normal |

**Neurology-Provocative (Abnormal Lumbar):**

| | Right | Left |
|---|---|---|
| Straight leg raising | *Positive Back Pain* | *Positive Back Pain* |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | *Positive* | *Positive* |

Lhermitte's Sign : Lhermitte's sign is negative

**Neurology - Motor Strength:**

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | *4/5* | *4/5* |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| | | |

| Finger Flexion | 5/5 | 5/5 |
|---|---|---|
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | *4/5* | *4/5* |
| Ankle Plantarflexion | 4/5 | *4/5* |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*

**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | *1* | *1* |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk herniation at L3-L4, L4-L5 and L5-S1 with multi level severe stenosis.
Xrays of the lumbar spine performed on 9-6-18 reveals an L4-L5 spondyl;olisthesis and disk space narrowing at L5-S1.

Cervical Spine:
An MRI of the cervical spine reveals disk herniations with disk ostoephyte complexes at C5-C6 and C6-C7.
Xrays of the cervical spine performed on 9-6-18 reveals disk space narrowing and anterior osteophyte
formation at C4-C5, C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
In terms of the cervical spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates
and/or yoga..
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side
affects of the medications and deems these to be temporary in nature.
I am recommending a C5-C6, C6-C7 ACDF.
He is now straight medicare with a managed care plan.

Pre-admission testing as well as medical clearance will be obtained.
We discussed the risks or surgery which include, but are not limited to, continued and/or new neck and/or arm
pain, numbness, tingling, weakness, infection, dural tear, neurologic compromise, hardware misplacement, and
pseudoarthrosis.
The findings, natural history, and treatment options were discussed with the patient. We discussed the role of
nonoperative treatment, pain management, and surgical intervention.
The patient has elected for surgical treatment.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates
and/or yoga.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side
affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic
surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital,
under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

**CPT Codes:**
Office/outpatient Visit Est (99215)

**Follow up:** 5 Weeks

RECEIVED  09/24/2019 12:36PM
2019-09-24 13:38:21 EDT              12129830483 From: Carmen Laracuente

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 07-24-2019.*

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 818-4130. Fax (212) 983-0483

641 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-5233

## PROGRESS NOTE

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
| | | |

| Attending Provider: | Visit Date: | Sex: | Chart No |
|---|---|---|---|
| Jason Gallina M.D. | 05-29-2019 | Male | |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

### History of Present Illness

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

Today he informs us that he will need to hold off on his surgery until he has finished his radiation therapy. This will be on 6-4-19. We will obtain his medical clearances from his oncologist and his primary care physician.

### Social History
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education .

**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

### Physical Examination
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.
**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.
**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.

**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.

**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.

**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

**Cervical Spine-Range of Motion (Abnormal):**

| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | 20 degrees with pain | 0-60 normal |
| Cervical Spine | Left lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Left lateral flexion | 30 degrees with pain | 0-50 normal |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness.

**Lumbar Spine-Range of Motion (Abnormal):**

| Lumbar Spine | Anterior flexion | 30 degrees with pain | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-25 normal |

**Neurology-Provocative (Abnormal Lumbar):**

| | Right | Left |
|---|---|---|
| Straight leg raising | Positive Back Pain | Positive Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | Positive | Positive |

Lhermitte's Sign : Lhermitte's sign is negative

**Neurology - Motor Strength:**

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 4/5 | 4/5 |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| | | |

Page 2

| Finger Flexion | 5/5 | 5/5 |
|---|---|---|
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | *4/5* | *4/5* |
| Ankle Plantarflexion | 4/5 | *4/5* |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*
**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | *1* | *1* |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk herniation at L3-L4, L4-L5 and L5-S1 with multi level severe stenosis.
Xrays of the lumbar spine performed on 9-6-18 reveals an L4-L5 spondyl;olisthesis and disk space narrowing at L5-S1.

Page 3

RECEIVED  09/24/2019 12:36PM
2019-09-24 13:36:21 EDT          12129830483 From: Carmen Laracuente

**Cervical Spine:**
An MRI of the cervical spine reveals disk herniations with disk osteophyte complexes at C5-C6 and C6-C7. Xrays of the cervical spine performed on 9-6-18 reveals disk space narrowing and anterior osteophyte formation at C4-C5, C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
In terms of the cervical spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga..
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending a C5-C6, C6-C7 ACDF.
He is now straight medicare with a managed care plan.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital, under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

**CPT Codes:**
Office/outpatient Visit Est (99215)

**Follow up:** 2 Months

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 05-29-2019.*

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 616-4130. Fax (212) 983-0483

641 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-5233

## PROGRESS NOTE

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
|  |  |  |

| Attending Provider: | Visit Date: | Sex: | Chart No.: |
|---|---|---|---|
| Jason Gallina M.D. | 05-01-2019 | Male |  |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

### History of Present Illness

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

### Social History
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education

**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

### Vitals
**Vital Statistics:** Height (inches): 71.00 Weight (lbs): 210.00 **BMI:** 29. **BP Systolic:** 120 mmHg. **BP Diastolic:** 8 0 mmHg.

### Physical Examination
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.
**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.

**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness. No organomegaly noted.
**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time. His recent memory is intact. His mood and affect are normal.
**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

### Cervical Spine-Range of Motion (Abnormal):

| Cervical Spine | Anterior flexion | *30 degrees with pain* | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | *20 degrees with pain* | 0-60 normal |
| Cervical Spine | Left lateral rotation | *30 degrees with pain* | 0-80 normal |
| Cervical Spine | Left lateral flexion | *30 degrees with pain* | 0-50 normal |
| Cervical Spine | Right lateral rotation | *30 degrees with pain* | 0-80 normal |
| Cervical Spine | Right lateral flexion | *25 degrees with pain* | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides reveals no tenderness.

### Lumbar Spine-Range of Motion (Abnormal):

| Lumbar Spine | Anterior flexion | *30 degrees with pain* | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | *10 degrees with pain* | 0-25 normal |
| Lumbar Spine | Left lateral flexion | *10 degrees with pain* | 0-25 normal |
| Lumbar Spine | Right lateral flexion | *10 degrees with pain* | 0-25 normal |

### Neurology-Provocative (Abnormal Lumbar):

| | Right | Left |
|---|---|---|
| Straight leg raising | *Positive Back Pain* | *Positive Back Pain* |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | *Positive* | *Positive* |

Lhermitte's Sign : Lhermitte's sign is negative

### Neurology - Motor Strength:

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | *4/5* | *4/5* |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |

| Wrist Flexion | 5/5 | 5/5 |
|---|---|---|
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | *4/5* | *4/5* |
| Ankle Plantarflexion | 4/5 | *4/5* |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*
**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | *1* | *1* |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk henriation at L3-L4, L4-L5 and L5-S1 with multi level severe stenosis.

Page 3

RECEIVED  09/24/2019 12:36PM
2019-09-24 13:36:21 EDT
12129830483 From: Carmen Laracuente

Cervical Spine:
An MRI of the cervical spine reveals disk henirations with disk ostoephyte complexes at C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
In terms of the cervical spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
The patient is to obtain a xrays of their cervical spine.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending a C5-C6, C6-C7 ACDF.
He is now straight medicare.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
The patient is to obtain a xrays of their lumbar spine.
I am also recommending the patient obtain a CT of his lumbar spine for surgical templating and robotic surgery.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

I am also recommending the patient obtain a CT of their lumbar spine for surgical templating and robotic surgery. This will need to be done at NYU only, under the Globus Protocol. Or at Hudson Regional Hospital, under the Mazar Protocol. This is dependent on where the patient is scheduled to have their surgery.

**CPT Codes:**
Office/outpatient Visit Est (99215)

**Follow up:** 6 Weeks

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 05-01-2019.*

RECEIVED 09/24/2019 12:36PM
2019-09-24 13:36:21 EDT
12129830483 From: Carmen Laracuente

# JASON M. GALLINA, M.D., P.C.
Orthopaedic Spine Surgery

820 2ND Avenue , 7TH FLOOR
NEW YORK, NY 10017
Tel. (212) 616 4130. Fax (212) 983-0483

545 Cedar Hill Avenue
Wyckoff, NJ 07481
Tel. (201) 447-0550. Fax (201) 447-5293

### PROGRESS NOTE

| Patient First Name: | Patient Last Name: | Date of Birth: |
|---|---|---|
| | | |

| Attending Provider: | Visit Date: | Sex: | Chart No.: |
|---|---|---|---|
| Jason Gallina M.D. | 08-29-2018 | Male | |

**Chief Complaint:** Low Back Pain
**Other Complaints:** Neck Pain

**History of Present Illness**

**Low Back Pain** This is a very nice patient who was involved in a ceiling collapse accident on 3/9/18. They did not seek immediate medical attention, however were evaluated by Jacobi medical on 3/11/18. They are complaining of low back pain. This is associated with numbness and paresthesias down the leg. They have been treated with oral pain medications.
**Neck Pain** The patient is also complaining of neck pain. This is associated with numbness and paresthesias down the arm. They have been treated with oral pain medications, physical therapy.

**Social History**
**Smoking Status (MU):** Smoking Status : former smoker The counseling done on Smoking Cessation education
.
**Use of Drugs / Alcohol / Tobacco:** Patient states that he never drinks any alcohol.

**Vitals**
**Vital Statistics:** Height (inches): 71.00 Weight (lbs): 210.00 **BMI:** 29. **BP Systolic:** 120 mmHg. **BP Diastolic:** 80 mmHg.

**Physical Examination**
**General:** The patient is well developed and well-nourished. Patient is alert and oriented. He is in no acute distress. Patient has good hygiene.
**Eyes:** Sclera appears to be clear. Conjunctiva is normal. Patient is able to follow the object through 6 cardinal positions of gaze.
**ENT:** Oral mucosa is moist and pink.
**Respiratory:** Breath sounds are equal bilaterally. There is no wheezing. Chest is clear to auscultation. There is no rales or rhonchi noted.
**Cardiovascular:** Cardiovascular examination revealed regular rate and rhythm. No murmurs auscultated. There is no evidence of pedal edema.

Page 1

**Upper Extremity Pulses:** Upper extremity pulses are present.
**Lower Extremity Pulses:** Lower extremity pulses are present.
**Gastrointestinal:** Abdomen is normal, soft, non-tender to palpation without any masses or CVA tenderness.
No organomegaly noted.
**Mental Status:** Patient is awake, alert. He is oriented to person , oriented to place and also oriented to time.
His recent memory is intact. His mood and affect are normal.
**Cervical Spine (Abnormal):** Inspection reveals normal curvature of the cervical spine. The cervical spine is
supple. Palpation of the cervical facet reveals no pain. Cervical spine is noted to be stable.

**Cervical Spine-Range of Motion (Abnormal):**

| Cervical Spine | Anterior flexion | 30 degrees with pain | 0-60 normal |
|---|---|---|---|
| Cervical Spine | Extension | 20 degrees with pain | 0-60 normal |
| Cervical Spine | Left lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Left lateral flexion | 30 degrees with pain | 0-50 normal |
| Cervical Spine | Right lateral rotation | 30 degrees with pain | 0-80 normal |
| Cervical Spine | Right lateral flexion | 25 degrees with pain | 0-50 normal |

There are no palpable trigger points in the muscles of the head and neck.

**Lumbar Spine (Abnormal):** Inspection of the lumbar spine reveals no scoliosis. Palpation of the lumbar facet
reveals no pain. There is no pain noted over the lumbar intervertebral spaces (discs) on palpation. Palpation of
the bilateral sacroiliac joint area reveals no pain. Palpation of the greater trochanteric bursa on both sides
reveals no tenderness.

**Lumbar Spine-Range of Motion (Abnormal):**

| Lumbar Spine | Anterior flexion | 30 degrees with pain | 0-90 normal |
|---|---|---|---|
| Lumbar Spine | Extension | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Left lateral flexion | 10 degrees with pain | 0-25 normal |
| Lumbar Spine | Right lateral flexion | 10 degrees with pain | 0-25 normal |

**Neurology-Provocative (Abnormal Lumbar):**

| | Right | Left |
|---|---|---|
| Straight leg raising | Positive Back Pain | Positive Back Pain |
| Contralateral Straight Leg Raise | Negative | Negative |
| Spurlings Sign | Positive | Positive |

Lhermitte's Sign : Lhermitte's sign is negative

**Neurology - Motor Strength:**

| Motor Strength | Right | Left |
|---|---|---|
| Shoulder Adduction | 5/5 | 5/5 |
| Shoulder External Rotation | 5/5 | 5/5 |
| Shoulder Internal Rotation | 5/5 | 5/5 |
| Elbow Flexion | 4/5 | 4/5 |
| Elbow Extension | 5/5 | 5/5 |
| Wrist Extension | 5/5 | 5/5 |

| | | |
|---|---|---|
| Wrist Flexion | 5/5 | 5/5 |
| Finger Extension | 5/5 | 5/5 |
| Finger Flexion | 5/5 | 5/5 |
| Finger Adduction | 5/5 | 5/5 |
| Finger Abduction | 5/5 | 5/5 |
| Thumb Radial Abduction | 5/5 | 5/5 |
| Thumb Opposition | 5/5 | 5/5 |
| Abduction 5th finger | 5/5 | 5/5 |
| Hip Flexion | 5/5 | 5/5 |
| Hip Extension | 5/5 | 5/5 |
| Thigh Abduction | 5/5 | 5/5 |
| Thigh Adduction | 5/5 | 5/5 |
| Knee Flexion | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 |
| Ankle Dorsiflexion | *4/5* | *4/5* |
| Ankle Plantarflexion | 4/5 | *4/5* |
| Ankle Eversion | 5/5 | 5/5 |
| Ankle Inversion | 5/5 | 5/5 |
| Extensor Hallucis Longus | 5/5 | 5/5 |
| Flexor Hallucis Longus | 5/5 | 5/5 |

**Neurology - Sensation:** *Light touch is absent. Arms and legs bilaterally.*
**Neurology-Coordination (Abnormal):** The patient is able to perform heel-to-shin test. Rombergs test was negative. Dysdiadochokinesia is found to be normal. Finger-to-nose testing is normal. The patients gait appears to be asymmetric and abnormal. The patient was able to heel walk. The patient was able to toe walk.

**Neurology - Deep Tendon Reflexes:**

| Reflex Tested | Right | Left |
|---|---|---|
| Biceps | *1* | *1* |
| Right triceps | *Absent* | *Absent* |
| Right brachioradialis | 2 | 2 |
| Right patellar | 2 | 2 |
| Achilles | *Absent* | *Absent* |
| Babinskis Sign | Negative | Negative |
| Hoffman sign | Negative | Negative |
| Clonus | Negative | Negative |

Lumbar Spine:
An MRI of the lumbar spine reveals multi level disk henriation at L3-L4, L4-L5 and L5-S1 with multi level severe stenosis.

Page 3

RECEIVED  09/24/2019 12:36PM
2019-09-24 13:36:21 EDT

12129830483 From: Carmen Laracuente

Cervical Spine:
An MRI of the cervical spine reveals disk henirations with disk ostoephyte complexes at C5-C6 and C6-C7.

**Assessment and Plan**
**ICD: Displacement of intervertebral disc of lumbar region (M51.26)**
**ICD: Cervical disc herniation (M50.20)**
Low back pain with radiating leg pain.
Neck pain with radiating arm pain.
In terms of the cervical spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
The patient is to obtain a xrays of their cervical spine.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending a C5-C6, C6-C7 ACDF.

In terms of the lumbar spine:
He has failed conservative treatment consisting of physical therapy, anti-inflammatory medication, pilates and/or yoga.
The patient is to obtain a xrays of their lumbar spine.
I am also recommending the patient obtain a CT of his lumbar spine for surgical templating and robotic surgery.
We discussed the role of injections. He has decided not to have these injections as he is fearful of the side affects of the medications and deems these to be temporary in nature.
I am recommending an L3-L4, L4-L5, L5-S1 Ant/Post fusion with laminectomy.

**CPT Codes:**
Office/outpatient Visit New (99205)

**Follow up:** 3 Weeks

**Education Material Given:**
**Brochure(s):** Low Bak Pain -2

Jason Gallina, M.D.
*This has been electronically signed by Jason Gallina, M.D. on 08-29-2018.*



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 09-06-2018

Exam requested by:
JASON GALLINA MD
820 SECOND AVE , 7TH FL
NEW YORK NY 10017

**EXAM:** XR-SPINE LUMBAR 4 OR 5V

**TECHNIQUE:** AP, lateral, flexion, extension and coned-down views of the lumbar spine were obtained

**INDICATION:** Status Post Trauma

**FINDINGS:** There is no fracture listhesis.

The intervertebral disc spaces are relatively well maintained.

There is mild anterior marginal osteophyte formation predominantly at the L4 and L5 levels.

There is a normal bony texture and density.

The pedicles are intact.

**IMPRESSION:** <u>**Mild degenerative changes. No fracture or listhesis**</u>

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-07-2018 11:48 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

KOLB RADIOLOGY

Patient:
Date of Birth:
Phone:
MRN:
Date of Exam: 09-06-2018

Exam requested by:
JASON GALLINA MD
820 SECOND AVE , 7TH FL
NEW YORK NY 10017

**EXAM: XR-SPINE CERVICAL 4 OR 5V**

**TECHNIQUE:** Lateral, flexion extension and AP views of the cervical spine were obtained.

**INDICATION:** Status Post Trauma

**FINDINGS:** Flexion and extension views show a grade 1 anterolisthesis of C7 upon T1. This was not seen on a recent MRI of the cervical spine dated 5/18/2018.

The remainder of the cervical spine shows a normal vertebral alignment.

There are degenerative changes with loss of height of the C5-6 and C6-7 intervertebral disc spaces as well as anterior marginal osteophyte formation at both levels.

There is no fracture.

**IMPRESSION: There is a grade 1 anterolisthesis of C7 upon T1.**

**Degenerative changes at the C5-6 and C6-7 levels as detailed above.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 09-07-2018 8:37 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1



KOLB RADIOLOGY

**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Patient: ▮
Date of Birth: ▮
Phone: ▮
MRN: ▮
Date of Exam: 06-29-2018

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS: At L5-S1**, focal central posterior disc herniation impinging upon the anterior epidural fat abutting the bilateral extra thecal S1 nerve roots. The herniation narrows the inferior aspects of the neural foramina bilaterally.

**At L4-L5**, there is a broad posterior disc herniation impinging upon the thecal sac and narrowing the neural foramina bilaterally. The herniation abuts exiting right L4 nerve root and clinical correlation is in order.

**At L3-L4**, there is a broad posterior disc herniation impinging upon the thecal sac narrowing the inferior aspects of the neural foramina bilaterally.

**At L2-L3**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs of normal height.

There is a 2.5 centimeter mass, likely a parapelvic cyst in the right kidney. If there is clinical indication addition evaluation with renal ultrasound is recommended.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION: Disc herniations at L3-4, L4-5 and L5-S1 with central and foraminal narrowing as described above.**

**Herniation at L4-5 impinges upon the exiting right L4 nerve root.**

**Herniation L5-S1 abuts the extra thecal bilateral S1 nerve roots.**

**Right renal mass, likely a parapelvic cysts. Additional evaluation is recommended.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 06-29-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 07-02-2018 7:11 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-18-2018

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

## EXAM: MRI-SPINE CERVICAL WITHOUT CONTRAST

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the cervical spine were obtained in a closed 1.5 teslatesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At C2-C3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At C3-C4, there is a broad posterior disc herniation impinging upon the thecal sac narrowing the left-sided neural foramen.

At C4-C5, there is a central posterior disc herniation impinging upon the thecal sac narrowing the neural foramina bilaterally, left greater than right.

At C5-C6, there is a larger central posterior disc herniation impinging upon the thecal sac, directly upon the spinal cord and narrowing the neural foramina bilaterally.

At C6-C7, there is a central to left paracentral disc herniation impinging upon the thecal sac and left lateral recess and narrowing the neural foramina bilaterally, left greater than right.

The discs are of normal height.

The marrow signal and cord signal are normal.

The craniocervical junction is unremarkable.

There is no fracture or listhesis.

**IMPRESSION:** Disc herniations at C3-4, C4-5, C5-6 and C6-7 with central and foraminal narrowing as described above.

The herniation at C5-6 impinges directly upon the spinal cord.

The herniation C6-7 also impinges upon the left lateral recess.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2



KOLB RADIOLOGY

**THOMAS M. KOLB, M.D.**

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-18-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-19-2018 1:41 PM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-18-2018

Exam requested by:
KEVIN WEINER MD
389 EAST 149TH ST, 3rd FL
BRONX NY 10455

## EXAM: MRI-WRIST WITHOUT CONTRAST RIGHT

**TECHNIQUE:** Coronal fast spin echo T1 and proton density fat saturated images, axial T1 and proton density fat saturated images as well as sagittal T2 fat saturated weighted images were obtained in a1.5 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** There is a tear of the body and peripheral foveal insertion of the triangular fibrocartilage with associated soft tissue edema and joint effusion.

There is associated subchondral cyst formation in the distal ulna as well as marginal osteophyte formation at the radial aspect of the distal ulna involving the distal radioulnar joint.

There is a tear of the volar aspect of the distal radioulnar ligament with dorsal subluxation of the distal ulna.

There also subchondral cystic changes in the ulnar aspect of the distal radius as well as the juxta-articular lunate.

There is a partial tear of the scapholunate ligament with no subluxation. There is also a partial tear of the dorsal aspect of the lunotriquetral ligament again with no subluxation.

The flexor and extensor tendons are intact.

The median nerve is of normal size and signal.

There are degenerative changes at the 1st carpal metacarpal joint with subchondral cyst formation as well as marginal osteophyte formation. There is associated tear of the ulnar collateral ligament at the 1st carpal metacarpal joint.

**IMPRESSION:** Tear of the TFCC as described above.

Tear of the volar aspect of the distal radioulnar ligament with dorsal subluxation of the distal ulna. There is associated soft tissue edema and joint effusion.

There are also degenerative changes at the distal radioulnar joint as described above.

There are partial tears of the scapholunate and lunotriquetral ligaments with no subluxation.

Tear of the ulnar collateral ligament at the 1st carpometacarpal joint with degenerative changes. Joint effusion.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 2

RECEIVED 01/22/2020 03:47PM



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-18-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-20-2018 9:44 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 2 of 2



KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-17-2018

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

## EXAM: MRI-SHOULDER WITHOUT CONTRAST LEFT

**TECHNIQUE:** Coronal proton density and coronal proton density fat saturated images as well as sagittal proton density fat saturated images and axial proton density T1 and fat saturated images were obtained in a 1.5 teslamagnet.

**INDICATIONS:** Status post trauma

**FINDINGS:** There is a complete tear both the supraspinatus and infraspinatus tendons without retraction of the tendons.

There is cortical deformity at their insertion at the greater tuberosity.

Remainder of the rotator cuff tendons are intact.

There are hypertrophic changes at the acromioclavicular joint with no significant impingement upon supraspinatus musculotendinous junction.

The marrow signal is normal with no fracture or osteochondral defect. There is no os acromiale.

The extra-articular segment of the biceps tendon is normally located and intact.

There is a SLAP tear with no detachment of the biceps anchor.

There is also tear of the anterior inferior labrum extending into the inferior labrum with associated axillary bursal effusion.

**IMPRESSION:** There is complete rotator cuff tear involving the supraspinatus and infraspinatus tendons without retraction.

**SLAP tear with no detachment of the biceps anchor.**

**Tear of the anterior inferior labrum extending into the inferior labrum.**

**There is a large joint and sizable subdeltoid and axillary bursal effusions.**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467


KOLB RADIOLOGY

# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-17-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-18-2018 10:01 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

**Patient:**
**Date of Birth:**
**Phone:**
**MRN:**
**Date of Exam:** 05-17-2018

Exam requested by:
KEVIN WEINER MD
369 EAST 149TH ST, 3rd FL
BRONX NY 10455

### EXAM: MRI BRAIN WITHOUT CONTRAST

**TECHNIQUE:** Multiplanar multi sequence imaging of the brain was performed in a 1.5 tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** There is no acute focal infarct, hemorrhage, extra-axial collection, ventricular dilatation, space-occupying lesion or midline shift.

There is moderate diffuse cerebral atrophy without asymmetry.

There are low-grade bilateral periventricular white matter lesions, right greater than left for which clinical correlation is in order.

Diffusion weighted imaging is unremarkable with isotropic and unrestricted flow.

The craniocervical junction is unremarkable.

There is a 7 millimeter retention cyst or polyp in the right maxillary sinus.

**IMPRESSION: No acute cerebral abnormality.**

**Bilateral periventricular white matter lesions, right greater than left for which clinical correlation is in order. The Is a nonspecific and often related to small vessel disease.**

**Moderate diffuse cerebral atrophy.**

**Right maxillary sinus disease.**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 05-18-2018 9:59 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Manhattan (Midtown East)
207 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467

Page 1 of 1

OPERATIVE REPORT

PATIENT NAME: ███████████
DATE OF BIRTH: ███████
DATE OF SURGERY: 9-9-19

PREOPERATIVE DIAGNOSES: 1. C5-C6, C6-C7 DISC HERNIATION.
2. CERVICAL RADICULOPATHY.
3. CERVICAL STENOSIS.

POSTOPERATIVE DIAGNOSIS: 1. C5-C6, C6-C7 DISC HERNIATION.
2. CERVICAL RADICULOPATHY.
3. CERVICAL STENOSIS.

OPERATIONS: 1. ANTERIOR LEFT-SIDED APPROACH TO THE CERVICAL SPINE FROM C5
TO C7.
2. ANTERIOR DISC RESECTION AT C5-C6, C6-C7.
3. PARTIAL CORPECTOMY OF THE C5, C6 AND C7 VERTEBRAL BODIES FOR COMPLETE
DECOMPRESSION AND FOR PREPARATION OF INTERBODY FUSION. GREATER THAN
50% OF THE VERTEBRAL BODY WAS REMOVED FOR COMPLETE DECOMPRESSION.
4. MICRO FORAMINOTOMIES AT C5-C6 AND C6-C7  BILATERALLY.
5. USE OF MICROSCOPE FOR DECOMPRESSION.
6. ANTERIOR INTERBODY FUSION AT C5-C6 AND C6-C7.
7. USE OF TWO ALLOGRAFT SPACERS FOR FUSION AT C5-C6.

C5/6: 8Hx15.5Wx13.5D Allos CC7 XL allograft

C6/7: 8Hx15.5Wx13.5D Allos CC7 XL allograft


8. ANTERIOR INSTRUMENTATION FROM C5-C7 WITH ALTUS FUJI 35MM 2-LEVEL
CERVICAL PLATE AND 14MM VARIABLE SCREWS.
9. RADIOGRAPHS FOR IDENTIFICATION OF SURGICAL LEVEL AND FOR CONFIRMATION
OF APPROPRIATE HARDWARE PLACEMENT.
10. PLASTIC SURGERY CLOSURE OF WOUND.


SURGEON: JASON GALLINA, M.D.

ASSISTANT: JULIANNE WHELAN, P.A.
TYPE OF ANESTHESIA: GENERAL.
IV FLUIDS: CRYSTALLOID.
ESTIMATED BLOOD LOSS: 50 CC.
DRAINS: ONE J-P DRAIN.
CONDITION: STABLE.

FINDINGS: This is a very nice patient who was complaining of neck as well as radiating arm pain that had failed all nonoperative management. It was mutually decided that surgical intervention was the best option at this point. All risks and benefits of the surgery were explained to the patient and they wished to proceed with the surgery.

PROCEDURE:

The patient was placed supine on the OR table, and general anesthesia was induced. The head halter traction device was set up with 10 lbs of weight. The neck was extended within the comfortable range as checked preoperatively. The medtronic shoulder pushers were used to push down the shoulders only during the time of fluoroscopy and were released when fluoroscopy was not in use. All bony prominences were well-padded. A radiopaque skin marker was placed at what appeared to be the cervical disc level of interest, and the lateral radiograph was taken. The neck was prepped and draped in the standard surgical fashion. A surgical timeout was done to confirm the appropriate patient, the appropriate procedure, and that the patient received IV antibiotics prior to the beginning of the procedure.

A left-sided, transverse incision was made based on needle localization X-rays. A 10-blade scalpel was used to incise the skin and subcutaneous tissues, down through the platysma muscle until the superficial layer of the deep cervical fascia was exposed. This layer was then carefully incised vertically along the medial border of the sternocleidomastoid muscle using metzenbaum scissors. Then finger dissection was used to bluntly separate the deeper lateral carotid sheath from the medial tracheo-esophageal bundle. Hand-held cloward retractors were used to expose the longus colli muscle anterior to the spine, and Kitners were used to bluntly dissect them away bilaterally, exposing the periosteum and disc spaces. A 20 gauge needle was used to mark the disc space and lateral radiograph taken to confirm the level.

Once the level was confirmed radiographically, then subperiosteal dissection was performed over the disc space and vertebral bodies of interest, taking great precaution not to violate the uninvolved disc spaces. Kitners and bipolar cautery were used. Self-retaining retractors were then placed. Distraction pins were carefully inserted into the spanning vertebral bodies. The microscope was then carefully positioned.

Anterior cervical diskectomy was then commenced. Discectomy was performed identically at each level. An annulotomy was performed using an 11-blade. Then small pituitary rongeurs and curettes were used to remove the disk material. The cartilaginous endplates were completely removed in preparation of implant placement. Greater than 50% of the vertebral bodies were removed for complete decompression. Posterior vertebral osteophytes were removed with small

kerrison rongeurs. Bilateral micro foraminotomies were also performed using kerrisons. The posterior longitudinal ligament was removed with kerrison rongeurs of various sizes.

The implant size was then estimated using trial implants. The appropriate size graft was chosen. This was then carefully malleted into place. The neck distraction across the disk space was then released. The appropriate size plate was then selected and screws were placed in the usual AO technique. A lateral radiograph was then taken to confirm appropriate placement of grafts and instrumentation.

After the implant was in place, abundant irrigation of the wound was performed with antibiotic-containing irrigation. All bleeding was controlled with bipolar cautery, thrombin soaked gelfoam, and floseal. A drain was placed anteriorly to the plate.

Closure was then commenced. The platysma muscle was closed using interrupted 3-0 vicryl. The subcutaneous layer was closed using 3-0 interrupted Vicryl. The skin was then closed using monocryl and Steri-strips (Dermabond). The drain was secured to the skin using steri-strips. Sterile dressing was applied. All needle and sponge counts were correct. There were no complications during the surgery. Dr. Gallina was present and scrubbed for the entire case. A hard cervical collar was placed. The patient revived, extubated, and taken to recovery room in stable condition. The patient's preoperative symptoms were completely resolved postoperatively.

WOUND CLASSIFICATION: Clean.
SPECIMENS: NONE.
COMPLICATIONS: NONE.


Jason M. Gallina, M.D.
Board Certified Orthopaedic Spine Surgeon
DICTATED AND SIGNED 9-9-19 11:06 AM