# EXHIBIT "7H"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
======================================X

Plaintiff(s),

-against-

Defendant(s).

=====================================X

To the above named defendant(s):

Index No.:
Date of Purchase:

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial
The basis of the venue is:
Situs of Occurrence

County of KINGS

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
    March 11, 2019

**GENE L. CHERTOCK, ESQ.**
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 30577

Defendants Address:





SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

= = = = = = = = = = = = = = = = = = = = = = = = = = = =X

Plaintiff(s),

-against-

Defendant(s).

= = = = = = = = = = = = = = = = = = = = = = = = = = = =X

Index No.:
Date of Purchase:

**SUMMONS**
Plaintiff designates
KINGS
County as the place of trial
The basis of the venue is:
Situs of Occurrence

County of KINGS

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      March 11, 2019

**GENE L. CHERTOCK, ESQ.**
SUBIN ASSOCIATES LLP
Attorneys for Plaintiff
Address and Telephone Number
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
FILE NO.: 30577

Defendants Address:



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------------------X

████████████████

                        Plaintiff(s),                          **VERIFIED COMPLAINT**

        -against-

████████████████████████████████████

                        Defendant(s).

---------------------------------------------------------------------X

        Plaintiff,(s), ████████████████ by his attorneys, **SUBIN ASSOCIATES LLP** as

and for a cause of action alleges, upon information and belief, as follows:

### AS AND FOR A FIRST CAUSE OF ACTION
### ACTION ON BEHALF OF ████████████████
### AGAINST ████████████

1. That at all the times herein mentioned, and more particularly 8/10/2018, Washington Avenue was

   and still is a public roadway in the Borough of Brooklyn, County of Kings, City and State of New

   York which consisted of a roadway and sidewalks thereat.

2. That said sidewalks were public thoroughfares along and over which the public at large had a

   right to walk.

3. That at all the times herein mentioned, the defendant ████████████████████

   was and still is a corporation doing business in the State of New York.

4. That at all times herein mentioned, the ████████████████ was the owner

   of the premises located at 787 Washington Avenue, Brooklyn, New York.

5. That at all times herein mentioned, the defendant ████████████████ , its

agents, servants and/or employees operated the aforementioned premises and the abutting sidewalks.

6. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees maintained the aforementioned premises and the abutting sidewalks.

7. That at all the times herein mentioned, the defendant ███████████████ its agents, servants and/or employees managed the aforementioned premises and the abutting sidewalks.

8. That at all the times herein mentioned, the defendant ███████████████, its agents, servants and/or employees controlled the aforementioned premises and the abutting sidewalks.

9. That at all the times herein mentioned, it was the duty of the defendant(s) its agents, servants and/or employees to keep and maintain said sidewalks in a reasonable state of repair and good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to pedestrians and/or customers.

10. That on or about 8/10/2018, while plaintiff was lawfully walking on the aforementioned sidewalk, plaintiff ████████████ was caused to fall and sustain multiple injuries by reason of the negligence, carelessness and want of proper care of the defendant(s),

11. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said sidewalks, to be, become and remain in a dangerous, defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper

construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor.

12. Both actual and constructive notice are claimed. Actual notice in that the defendants, their agents, servants and/or employees had actual knowledge and/or created the complained of condition; constructive notice in that the condition existed for a long and unreasonable period of time.

13. That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court.

AS AND FOR A SECOND CAUSE OF ACTION
IN BEHALF OF PLAINTIFF ███████████
AGAINST THE DEFENDANT THE CITY OF NEW YORK

14. Plaintiff repeats and realleges each and every allegation of the preceding cause of action as if fully set forth herein at length.

15. That at all the times herein mentioned, the defendant THE OF NEW YORK, hereinafter referred to as CITY, was and now is a municipal corporation duly organized and existing under and by virtue of the laws of the State of New York.

16. That notice of plaintiffs' claim and notice of intention to sue and of the time when and the place where the injuries alleged herein were incurred and sustained was duly filed by the plaintiffs with the Corporation Counsel of the defendant CITY and with the Comptroller of the defendant CITY within 90 days after the cause of action herein accrued.

17. That pursuant to notice given by the defendant CITY a hearing was held.

18. That prior to the commencement of this action all of the requirements and conditions precedent established in Section 394 (a)-1.0, Volume 2A, Chapter 16 of the Administration Code of the City of New York have been met or are not required.

19. That more than 30 days have elapsed since the demand for claim upon which this action was founded was presented to the Comptroller of the defendant CITY for adjustment and that he has neglected and refused to make adjustment or payment thereof for said period of 30 days after such presentation, and that this action is commenced within one year after the cause of action accrued.

20. That at all the times herein mentioned, and more particularly 8/10/2018, Washington Avenue was and still is a public roadway in the Borough of Brooklyn, County of Kings, City and State of New York which consisted of a roadway and sidewalks thereat.

21. That said sidewalks were public thoroughfares along and over which the public at large had a right to walk.

22. That at all the times herein mentioned, the defendant CITY was the owner of the aforementioned roadway and sidewalks.

23. That at all the times herein mentioned, the defendant CITY, its agents, servants and/or employees operated the aforementioned roadway and sidewalks.

24. That at all the times herein mentioned, the defendant CITY, its agents, servants and/or employees maintained the aforementioned roadway and sidewalks.

25. That at all the times herein mentioned, the defendant CITY, its agents, servants and/or employees managed the aforementioned roadway and sidewalks.

26. That at all the times herein mentioned, the defendant CITY, its agents, servants and/or employees controlled the aforementioned roadway and sidewalks.

27. That at all the times herein mentioned, it was the duty of the defendant(s), its agents, servants and/or employees to keep and maintain said roadway and sidewalks in a reasonable state of repair and good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to pedestrians and/or customers.

28. That at all the times herein mentioned, it was the duty of the defendant(s) its agents, servants and/or employees to keep and maintain said sidewalks in a reasonable state of repair and good and safe condition, and not to suffer and permit said premises to become unsafe and dangerous to pedestrians and/or customers.

29. That on or about 8/10/2018, while plaintiff was lawfully walking on the aforementioned sidewalk, plaintiff ▆▆▆▆▆▆▆▆ was caused to fall and sustain multiple injuries by reason of the negligence, carelessness and want of proper care of the defendant(s),

30. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said sidewalks, to be, become and remain in a dangerous, defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and

in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor.

31. Both actual and constructive notice are claimed. Actual notice in that the defendants, their agents, servants and/or employees had actual knowledge and/or created the complained of condition; constructive notice in that the condition existed for a long and unreasonable period of time.

32. That by reason of the foregoing, plaintiff was caused to sustain serious, harmful and permanent injuries, has been and will be caused great bodily injuries and pain, shock, mental anguish; loss of normal pursuits and pleasures of life; has been and is informed and verily believes maybe permanently injured; has and will be prevented from attending to usual duties; has incurred and will incur great expense for medical care and attention; in all to plaintiff's damage in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction and which warrants the jurisdiction of this Court.

**WHEREFORE**, plaintiff demands judgment against the defendants in the FIRST cause of action in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court; plaintiff demands judgment against the defendants in the SECOND cause of action in an amount which exceeds the jurisdictional limits of all lower courts and which warrants the jurisdiction of this Court; together with the costs and disbursements of this action.

DATED: New York, New York
March 11, 2019

Yours, etc.

**GENE L. CHERTOCK, ESQ.**
SUBIN ASSOCIATES, LLP
Attorneys for Plaintiffs
150 Broadway

New York, New York  10038
(212) 285-3800

Index No:

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

███████████████████

                          Plaintiff(s),

     -against-

██████████████████████

                        Defendant(s).

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

## SUMMONS AND VERIFIED COMPLAINT

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**SUBIN ASSOCIATES LLP**
Attorneys for Plaintiff
Office and Post Office Address, Telephone
150 Broadway – 23rd Fl
New York, New York 10038
(212) 285-3800
File No.: 30577

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** Kings

███████████████████████████

Plaintiff/Petitioner,

- against -                                    Index No. ███████████████

███████████████████

Defendant/Respondent.
-------------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

### You have received this Notice because:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

### To register for e-filing or for more information about how e-filing works:

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

### Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: _____

Name                                      Address

Firm Name

                                          Phone

                                          _____
                                          E-Mail

To:  _____

     _____

     _____

                                                          6/6/18

# Subin Associates, LLP
New York's Premier Personal Injury Law Firm, Since 1954

RECEIVED SEP 20 2019

September 13, 2019



RE: ███████████████████████████
Venue: Supreme Court, Kings County
Index No.: ███████
Law Dept. File No.: ████████
Our File No.: █████

Dear Counselor:

As you know, this firms represents the Plaintiff in connection with the above-referenced matter.

Enclosed, please find a signed Individual Verification for the previously served Amended Verified Bill of Particulars that was served on September 5, 2019.

Thank you for your attention herein.

Very truly yours,

Monique Samuel
Paralegal
Subin Associates, LLP

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X

███████████                                                **INDIVIDUAL**
                                                           **VERIFICATION**
                          Plaintiff(s),            Index No. ████████████

          -against-

███████████████████████████

                          Defendant(s).
-----------------------------------------------------------X

STATE OF NEW YORK)
          ) ss.:
COUNTY OF NEW YORK)

          ████████████ being duly sworn, deposes and says:

          That I am the plaintiff in the within action.

          I have read the foregoing **AMENDED VERIFIED BILL OF PARTICULARS** and know

the contents thereof and the same is true to the best of my knowledge, except as to those matters

herein stated to be alleged upon information and belief and that as to those matters, I believe them

to be true.

Sworn to before me this
September 10, 2019

NOTARY PUBLIC

                    SERAFINA CONCETTA RUSSO
                    Notary Public, State of New York
                        No. 01RU6313564
                    Qualified in Queens County
                    My Commission Expires 10/20/20██

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------------------X

███████████████████

                    Plaintiff(s),

     -against-

████████████████████████████

                  Defendant(s).
----------------------------------------------------------------------------X

**AMENDED VERIFIED**
**BILL OF PARTICULARS**

Index No.: ████████

Plaintiff, as and for his Bill of Particulars, in response to the demands of defendant ████████████████████████ by his attorney, upon information and belief, respectfully allege(s):

1. ████████████

2. Date of birth: ████████

3. Social Security number ████████ A partial social security number is provided here to prevent identity theft from disclosure of this document. Plaintiff will provide his social security number off the record at his deposition or you can call plaintiff's attorney to obtain it sooner.

4. Plaintiff resides at ████████████████████████

5. The incident occurred on 8-08-18 at approximately 10:00 P.M.

6. The incident occurred on the sidewalk in front of 787 Washington Avenue, Brooklyn, New York approximately 128 feet north of Lincoln Place.

7. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly caused by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said sidewalk, to be, become and remain in a

dangerous, defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed, raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor. Plaintiff further relies upon the doctrine of Res Ipsa Loquitor.

8. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendant at the trial of this action, including but not limited to the New York City Administrative Code Title 19, section 19-138, 19-139, 19-143, 19-146, 19-147 and 19-152.

9. Not applicable.

10. Not applicable.

11. Unlevel raised sidewalk flag as depicted in the photos attached.

12 – 16. Both actual and constructive notices are claimed. Actual notice in that the defendant, its agents, servant and/or employees created and/or had actual knowledge of the complained of condition. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances.

17. The following injuries were caused, aggravated, accelerated, precipitated and/ or enhanced as a result of the defendant's negligence:

**LUMBAR SPINE:**

- Posterior disc herniation at L5-S1 impinging upon the anterior epidural fat and abutting the thecal sac;
- Broad disc bulge L4-L5 with central and foraminal narrowing the inferior aspects of the neural foramina bilaterally;
- Derangement;
- Sprain;
- L5-S1 radiculopathy;
- Pain radiating in to the foot and leg;
- Burning sensation;
- Muscle spasm;
- Stiffness;
- Numbness;
- Trigger points;
- Paresthesias radiating down bilateral lower extremities;
- Marked restriction of range of motion;

As a result of the accident, the plaintiff was required to undergo the following operative procedure at All Boro Medical Rehabilitation on June 3, 2019:

- Left sciatic nerve block. Triggers in gluteus medius and maximus and quadratus lumborum bilaterally.

**LEFT KNEE:**

- Subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine;
- Complex tear of the posterior horn and body of the medial meniscus extending to its root attachment with posterior capsular disruption;

- High-grade tear of the anterior cruciate ligament;

- Grade 2-3 tear of the medial collateral ligament;

- Derangement;

- Joint effusion;

- Pain;

- Buckling;

- Plaintiff ambulates with antalgic gait;

- Marked restriction of range of motion;

**CERVICAL SPINE:**

- Sprain;

- Pain;

- Stiffness;

- Tenderness;

- Marked restriction of range of motion;

**THORACIC SPINE:**

- Sprain;

- Pain;

- Muscle spasm;

- Stiffness;

- Tenderness;

- Marked restriction of range of motion;

**OTHER:**

- Left wrist injury;

- Left elbow pain and limited range of motion;

- Hand pain;

- Muscle pain;

- Right foot pain;

- Multiple joint pain;
- Bilateral upper extremity weakness
- Headaches;
- Vertigo;
- Post-traumatic stress disorder;
- Difficulty in sleeping;
- Difficulty in daily living activities

As a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments, nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the plaintiff suffered, still suffers and may permanently suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the plaintiff suffered a severe shock to his nervous system;

The foregoing injuries impaired the general health of the plaintiff; the plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The plaintiff may permanently suffer from the aforesaid injuries and from its effects upon his nervous system.

All injuries listed are believed by plaintiff to be permanent at this time.

18. Not applicable.

19. Not applicable.

20. Plaintiff was disabled as follows:

A) Partially for approximately 11 months to date and continuing.

B) Totally for approximately 4 months.

21. Plaintiff was confined as follows

   a.  Hospital: ER treatment at New York Methodist Hospital on the date of accident

   b.  Bed: For approximately 2 Weeks to date and continuing intermittently.

   c.  Home: For approximately 4 months to date & continuing intermittently.

22. Not applicable.

23. Not applicable.

24. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

   (a) Loss of earnings: Not applicable.

   (b) Future earning: Unknown but plaintiff is prevented from seeking work at present.

   (c) Physicians: Approximately $5,566.06 to date.

   (d) Therapist: Included in 24 (c).

   (e) Hospital: Approximately $5,322.99 to date & continuing.

   (f) Nurses: Not applicable.

   (g) Prescriptions: Not applicable.

   (h) Other: Not applicable.

25. See Plaintiff's Response to Discovery and Inspection.

Dated: New York, New York
        September 5, 2019

                                Yours, etc.,

                                GENE L. CHERTOCK, ESQ.
                                SUBIN ASSOCIATES, LLP
                                Attorneys for Plaintiff(s)
                                150 Broadway, 23rd Floor
                                New York, New York 10038
                                (212) 285-3800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X

████████████████████████

                          Plaintiff(s),

         -against-

████████████████████████████████████████

                        Defendant(s).
-------------------------------------------------------------X

**AMENDED VERIFIED**
**BILL OF PARTICULARS**

Index No.: ████████████

Plaintiff, as and for his Bill of Particulars, in response to the demands of defendant THE ████████████████ by his attorney, upon information and belief, respectfully allege(s):

1. The incident occurred on 8-08-18 at approximately 10:00 P.M.

2. The incident occurred on the sidewalk in front of 787 Washington Avenue, Brooklyn, New York approximately 128 feet north of Lincoln Place.

3. The following injuries were caused, aggravated, accelerated, precipitated and/ or enhanced as a result of the defendant's negligence:

**LUMBAR SPINE:**

— Posterior disc herniation at L5-S1 impinging upon the anterior epidural fat and abutting the thecal sac;

— Broad disc bulge L4-L5 with central and foraminal narrowing the inferior aspects of the neural foramina bilaterally;

— Derangement;

— Sprain;

— L5-S1 radiculopathy;

— Pain radiating in to the foot and leg;

— Burning sensation;

- Muscle spasm;
- Stiffness;
- Numbness;
- Trigger points;
- Paresthesias radiating down bilateral lower extremities;
- Marked restriction of range of motion;

As a result of the accident, the plaintiff was required to undergo the following operative procedure at All Boro Medical Rehabilitation on June 3, 2019:

- Left sciatic nerve block. Triggers in gluteus medius and maximus and quadratus lumborum bilaterally.

## LEFT KNEE:

- 2.5 centi-meters subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine;
- Complex tear of the posterior horn and body of the medial meniscus extending to its root attachment with posterior capsular disruption;
- High-grade tear of the anterior cruciate ligament;
- Grade 2-3 tear of the medial collateral ligament;
- Derangement;
- Joint effusion;
- Pain ;
- Buckling;
- Plaintiff ambulates with antalgic gait;
- Marked restriction of range of motion;

## CERVICAL SPINE:

- Sprain;
- Pain;
- Stiffness;

- Tenderness;
- Marked restriction of range of motion;

**THORACIC SPINE:**

- Sprain;
- Pain;
- Muscle spasm;
- Stiffness;
- Tenderness;
- Marked restriction of range of motion;

**OTHER:**

- Left wrist injury;
- Left elbow pain and limited range of motion;
- Hand pain;
- Muscle pain;
- Right foot pain;
- Multiple joint pain;
- Bilateral upper extremity weakness
- Headaches;
- Vertigo;
- Post-traumatic stress disorder;
- Difficulty in sleeping;
- Difficulty in daily living activities

As a result of the foregoing the plaintiff suffers from severe pain, swelling and tenderness resulting in loss of strength, loss of function, loss of motion, restriction of movement, all with involvement of the surrounding soft tissue, nerve endings, blood vessels, muscles, tendons and ligaments with resulting pain, deformity and disability.

The foregoing injuries directly affected the bones, tendons, tissues, muscles ligaments,

nerves, blood vessels and soft tissue in and about the involved areas and sympathetic and radiating pains from all of which the plaintiff suffered, still suffers and may permanently suffer and may develop arthritis;

As a result of the accident and the injuries herein sustained, the plaintiff suffered a severe shock to his nervous system;

The foregoing injuries impaired the general health of the plaintiff; the plaintiff verily believes that all of the injuries hereinabove sustained, with the exception of bruises and contusions, are permanent and progressive in nature;

The plaintiff may permanently suffer from the aforesaid injuries and from its effects upon his nervous system.

4. All injuries listed are believed by plaintiff to be permanent at this time.

5. Plaintiff was confined as follows

   a. Hospital: ER treatment at New York Methodist Hospital on the date of accident

   b. Bed: For approximately 2 Weeks to date and continuing intermittently.

   c. Home: For approximately 4 months to date & continuing intermittently.

6. Total amounts claimed as special damages are in the fair and reasonable and approximate amounts as follows:

   (a) Physicians: Approximately $5,566.06 to date & continuing.

   (b) Nurses: Not applicable.

   (c) Hospital: Approximately $5,322.99 to date.

   (d) Drugs and Medical Supplies: Not applicable.

   (e) X-ray and diagnostic tests: Includer in 6C.

7. Not applicable.

8. Not applicable.

9. Not applicable.

10. Plaintiff resides at █████████████████████████

11. Not applicable.

12. Date of birth: ██████

    Social Security number: ██████ A partial social security number is provided here to prevent identity theft from disclosure of this document. Plaintiff will provide his social security number off the record at his deposition or you can call plaintiff's attorney to obtain it sooner.

13. Not applicable.

14. Not applicable.

15. Not applicable.

16. Not applicable.

17. Not applicable.

18. Plaintiff tripped and fell

19. That the said incident and resulting injuries to the plaintiff were caused through no fault of his own but were solely and wholly caused by reason of the negligence of the defendants, their agents, servants and/or employees in that the defendants suffered, caused and/or permitted and/or allowed portions of said sidewalks, to be, become and remain in a dangerous, defective, hazardous, unsafe, broken, cracked, uneven, holey, chipped, depressed raised, unsmooth, loose condition and was negligently and/or improperly maintained, and same was otherwise so dangerous, hazardous, and/or unsuitable for use by persons lawfully upon the sidewalks constituting a nuisance and a trap, and permitting same to be and remain in such a dangerous and defective condition for a long period and/or unreasonable period of time; in improperly causing, suffering, permitting and/or allowing improper construction of said sidewalks and in failing to properly maintaining said sidewalks, in permitting and allowing defective repairs on said sidewalks, in failing to apprise and/or warn the public and in particular the plaintiff of the aforementioned conditions; in failing to place signs, barricades, warnings and/or other devices to apprise persons of the dangerous, unsafe condition thereat; in generally maintaining said sidewalks in such a dangerous defective and/or unsafe condition so as to cause the incident herein

complained of; in creating and maintaining a menace, hazard, nuisance and trap thereat; in failing to comply with the laws, statutes, ordinances and regulations made and provided therefor. Plaintiff further relies upon the doctrine of Res Ipsa Loquitor.

20. Not applicable.

21. Unknown to plaintiff

22. Not applicable.

23. Unknown to plaintiff

24. Unknown to plaintiff

25 -27. Both actual and constructive notices are claimed. Actual notice in that the defendant, its agents, servant and/or employees created and/or had actual knowledge of the complained of condition. Constructive notice in that the complained of condition existed for a long and unreasonable period of time under the circumstances.

28. Known solely to defendant City.

29. Known solely to defendant City.

30. The Court will take judicial notice of any and all applicable, statutes, laws, rules, regulations and/or ordinances, violated by the defendant at the trial of this action, including but not limited to the New York City Administrative Code Title 19, section 19-138, 19-139, 19-143, 19-146, 19-147 and 19-152.

31. Not applicable.

32. Unknown to plaintiff

33. Not applicable.

34. Not applicable.

35. Not applicable.

36 -41. Not applicable.

42 -50. Not applicable.

51 -56. Not applicable.

57 -62. Not applicable.

63 -88. Not applicable.

Dated: New York, New York
        September 5, 2019

Yours, etc.,

GENE L. CHERTOCK, ESQ.
SUBIN ASSOCIATES, LLP
Attorneys for Plaintiff(s)
150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC       ☐ Bronx  369 East 149th Street Third Floor     Bronx, NY  10455
☐ Lien              ☒ Queens 11615 Queens Blvd  Main Floor        Forest Hills, NY  11375

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DOI: _____     Date: ___ **OCT 0 9 2018**

## PT DAILY NOTES

Subjective: _Pt. c/o pain & stiffness on the_
_neck/upper back, mid/low back_  PS **8** / 10

Objective: _____

Assessment:
Today's Improvements Include:

_____

Pt tolerated tx:        ✓ Well          ___ Fair

Plan:        ___ Initiate PT      ___ Continue PT      ___ D/C PT

_Pt. needs to see the doctor for_
_consultation & PT referral_

Physical Therapist Signature: _____

NINO REI R GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | Treatments Received: | |
|---|---|---|
| ___ M25.519 Shoulder | 97001 | ___ Initial Evaluation |
| ___ M25.529 Elbow | 97001 | ___ Re-Evaluation |
| ___ M25.539 Wrist | 97014 | ✓ E-Stim/TENS x 15 mins |
| ___ M25.549 Hand | 97035 | ___ US ___ w/cm x ___ mins |
| ___ M25.559 Hip | 97010 | ✓ MHP/CP x 15 mins |
| ___ M25.569 Knee | 97018 | ___ Paraffin |
| ✓ M25.579 Foot/Ankle | 97530 | ___ Thera-acts x 15 mins |
| ✓ M54.2 Cervical | 97116 | ___ Gait training  NG 10/09/18 |
| ✓ M54.5 Lumbar | 97124 | ✓ STM-MFR  NG 10/09/18 |
| ___ M54.6 Thoracic | 97110 | ✓ Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 Chest | 97112 | ___ Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | 97140 | ___ Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC  ☐ Bronx  369 East 149th Street Third Floor  Bronx, NY 10455
☐ Lien  ☑ Queens  11615 Queens Blvd Main Floor  Forest Hills, NY 11375

Patient Name: ████████████████  ©

DOI: _____  Date: **NOV 2 6 2018**

## PT DAILY NOTES

Subjective: Pt c/o pain & stiffness on the
neck/upper back area                    PS 7-8 / 10

Objective: (+) Gr. 1-2 tenderness on the upper
traps, c/s / Ts paraspinals, rhomboids

Assessment:
Today's Improvements Include:

_____
_____

Pt tolerated tx: ___✓___ Well          ___ Fair
Plan:                                    seen 11/26/18
                    ___ Initiate PT      ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____
                                 NINO REI R. GARCIA, P.T.
                                 NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ___ M25.519 | Shoulder | 97001 | \_ | Initial Evaluation |
| ___ M25.529 | Elbow | 97001 | | Re-Evaluation |
| ___ M25.539 | Wrist | 97014 | ✓ | E-Stim/TENS x 15 mins |
| ___ M25.549 | Hand | 97035 | | US ___ w/cm x ___ mins |
| ___ M25.559 | Hip | 97010 | ✓ | MHP/CP x 15 mins |
| ___ M25.569 | Knee | 97018 | | Paraffin |
| ___ M25.579 | Foot/Ankle | 97530 | | Thera-acts x 15 mins |
| ✓ M54.2 | Cervical | 97116 | | Gait training |
| ___ M54.5 | Lumbar | 97124 | | STM-MFR |
| ___ M54.6 | Thoracic | 97110 | | Thera-ex x 15 mins (stretch/strength) |
| ___ R07.89 | Chest | 97112 | | Neuromuscular re-educ./PNF x 15 mins |
| ___ ___ | | 97140 | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF  ☐ WC       ☐ Bronx  369 East 149th Street Third Floor       Bronx, NY  10455
☐ Lien            ☑ Queens  11615 Queens Blvd  Main Floor          Forest Hills, NY  11375

Patient Name: _____          (&)

DOI: _____  Date: __NOV 2 7 2018__

## PT DAILY NOTES

Subjective: _Pt. c/o pain & stiffness on the_
_neck/upper back area_          PS _7-8_/ 10

Objective: _(+) Gr. 1-2 tenderness on the upper_
_traps, scalenos, rhomboids, CS paraspinal ms_

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:          __/__ Well          ____ Fair

Plan:                     ____ Initiate PT     ____ Continue PT     ____ D/C PT

Physical Therapist Signature: _____

NINO RES R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ M25.519 Shoulder | 97001 | ' | Initial Evaluation |
| ____ M25.529 Elbow | 97001 | ____ | Re-Evaluation |
| ____ M25.539 Wrist | 97014 | __/__ | E-Stim/TENS x 15 mins |
| ____ M25.549 Hand | 97035 | ____ US ____ w/cm x _____ mins |
| ____ M25.559 Hip | 97010 | __/__ | MHP/CP x 15 mins |
| ____ M25.569 Knee | 97018 | ____ | Paraffin |
| ____ M25.579 Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| __/__ M54.2 Cervical | 97116 | ____ | Gait training |
| ____ M54.5 Lumbar | 97124 | ____ | STM-MFR |
| ____ M54.6 Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 Chest | 97112 | ____ | Neuromuscular re educ./PNF x 15 mins |
| ____ ____ | 97140 | ____ | Joint mobilization |

**Kevin Weiner, M.D.**
**Felix Karafin, M.D.**

## INITIAL EXAMINATION REPORT

**Date:**     11/30/18
**Re:**     ███████████
**DOB:**

**SUBJECTIVE:** This 35-year-old left-handed gentleman who on August 8, 2018 fell on construction site on a sidewalk when it was dark. The patient stuck and he fell face forward injuring his left knee and spraining his whole back from the lower to mid thoracic and upper part. He was unable to get up on his own. He was taken via ambulance to the Methodist Hospital where initial x-rays were done enough to the monitoring. The patient was discharged. The patient was referred to the physical therapy. He had a couple of course of physical therapy, but when he felt that it does not provide relief, he started to seek medical attention. The patient still complains on a pain in the left knee as well pain in a back. Because of that he was unable to return to work. He is a manual labourer and at this point does not feel that he is able to twist or to bend. He has no significant medical or surgical history.

**MEDICATIONS:** He is not on any medications.

**ALLERGIES:** He has no allergies.

**SOCIAL HISTORY:** Positive for occasional smoking, but usually not more than two cigarettes a day.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Negative for changes in bowel and bladder or constitutional signs. No saddle anesthesia.

**PHYSICAL EXAMINATION:** The patient is alert and oriented x3, not in immediate distress. Examination of the cranial nerves II through XII reveals no abnormalities.
Cervical: Examination of the cervical spine reveals limited range of motion in a cervical spine. The patient does it only at the slow pace. Extension is limited to 30-35 degrees, forward flexion 30 degrees, right and left lateral flexion within 25 degrees. Rotation 60 to the right and 70 to the left. As I stated it is at a slow pace and the patient has tendency to turn en block to the right and to the left.
Upper extremities: Examination of the bilateral upper extremities is unremarkable despite the patient states that he has subjective sense of the weakness on grip strength. Reflexes are preserved.
Thoracic/Lumbar spine: Examination of the mid thoracic and lumbar spine reveals prominent muscle spasms in a paraspinals more affecting the right side. On a forward flexion it is more prominent than on the left. He has also tenderness on palpation over the L5-S1 at the same time. Pain exacerbated by eliciting straight leg raising test, but the pattern is non-radiating.
Lower Extremities: Examination of the left knee, the patient has significant pain on valgus test over the medial collateral ligament and midline joint line on the medial aspect of the knee, which is clinically suspicious for meniscus injury. He has a grossly positive McMurray on the left side. There is mild laxity on anterior drawer sign in comparison to the right, but negative posterior drawer and negative varus. Gait is antalgic but full, range of motion in the knee is preserved. The patient also complains on a fullness in the popliteal fossa and this is what bothers him the most.

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor
11615 Queens Boulevard, Main Floor

Bronx, NY 10455
Forest Hills, NY 11418

Phone: (718) 676-6151

Fax: (888) 511-2038

Patient Name: ▮▮▮▮▮▮▮▮▮▮

Evaluate and Treat: _____ R/L B/L Knee _____

Frequency + Duration: _____ / Days / week for _____ weeks
Days / 2 weeks for _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☑ Ultrasound
- ☑ Electric Stimulation
- ☐ Paraffin
- ☐ Traction: ☐ Cerv ☐ Lumb lbs _____
- ☑ Massage
- ☐ Manual Therapy
- ☑ Myofacial Release
- ☐ **Evaluate and treat** _____
- ☐ _____

**Therapeutic Exercises**
- ☑ Range of Motion ☑ Active ☐ Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☑ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____ Felix Karapin MD

Physician's Signature: _____ Date: 11/30/16

# ALL BORO MEDICAL REHABILITATION PLLC

☐ 369 East 149th Street, 3rd Floor    ☐ 11615 Queens Blvd    ☐ 44 Court Street   Ste 1002
   Bronx, NY  10455                       Forest Hills, NY  11375       Brooklyn, NY  11201

   Phone: (718) 676-615█                                            Fax: (888) 511-2038

Patient Name: ███████████                    Ordered by: ☐ Felix Karafin, M.D.

DOB ███████   DOI: 9 \ 8 \ 18   Phone: ████████   ☐ Kevin Weiner, M.D.

Patient Address: ████████████

☐ NF       ☐ WC       ☐ Lien    Attorney: _Subin_

Carrier: _____    Claim #: _____

**Exam Screening MRI:**
   ☐ Metal in eyes/body        ☐ Aneurysm clips    ☐ Pacemaker  ☐ Claustrophobia

**MRI Contrast:**       ☐ With       ☐ Without       ☐ With & Without

| ___ Brain | ___ Neck Soft Tissue | ___ C-Spine | ___ Wrist | ( R / L ) | __Other__ |
|---|---|---|---|---|---|
| ___ Pituitary | ___ Breast | ___ T-Spine | ___ Elbow | ( R / L ) | |
| ___ Orbits | ___ Abdomen | ✓ L-Spine | ___ Shoulder | ( R / L ) | |
| ___ Sinuses | ___ Pelvis | ___ TMJ's | ___ Hip | ( R / L ) | |
| ___ IAC's | ___ Prostate | ___ Cardiac | ✓ Knee | ( R / L ) | |
| | ___ Ankle   ( R / L ) | | ___ Foot | ( R / L ) | |

MRA   _____

XR    _____

      _____

CT    _____

      _____

Ultrasound   _____

Doctor's Signature: _____    Date: 11 / 30 / 18

Test Scheduled: _____

Kolb Radiology :    ☐ 307 East 60th Str, MNH     ☐ 170 East 77th St, MNH     212-602-1900
                    ☐ 8199 Bainbridge Ave, BX    ☐ 3626 East Tremont Ave, BX

Precision Imaging        ☐ 222 East 68th Street, MNH                         212-879-4488

Washington Heights Imaging  ☐ 4334 Broadway, MNH                            212-927-1717

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC     ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien         ☒ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    _C_

DOI: _____    Date: **DEC 07 2018**

## PT DAILY NOTES

Subjective: _Pt. c/o pain & stiffness on the neck/upper back area_   PS _8_ / 10

Objective: _(+) a 1-2 tenderness on the upper traps, scalenes, rhomboids, cs paraspinor ms_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well      ___ Fair _NG 12/07/18_

Plan:      ___ Initiate PT    ✓ Continue PT    ___ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

**Body Part Treated:**      **Treatments Received:**

| | | | | |
|---|---|---|---|---|
| ___ | M25.519 | Shoulder | 97001 | Initial Evaluation |
| ___ | M25.529 | Elbow | 97001 | Re-Evaluation |
| ___ | M25.539 | Wrist | 97014 | ✓ E-Stim/TENS x 15 mins |
| ___ | M25.549 | Hand | 97035 | US _____ w/cm x _____ mins |
| ___ | M25.559 | Hip | 97010 | ✓ MHP/CP x 15 mins |
| ___ | M25.569 | Knee | 97018 | Paraffin |
| ___ | M25.579 | Foot/Ankle | 97530 | Thera-acts x 15 mins |
| ✓ | M54.2 | Cervical | 97116 | Gait training |
| ___ | M54.5 | Lumbar | 97124 | ✓ STM-MFR _NG 12/07/18_ |
| ___ | M54.6 | Thoracic | 97110 | ✓ Thera-ex x 15 mins (stretch/strength) _NG 12/07/18_ |
| ___ | R07.89 | Chest | 97112 | Neuromuscular re-educ./PNF x 15 mins |
| ___ | | | 97140 | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF    ☐ WC      ☐ Bronx   369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien            ☑ Queens   11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: ███████████████████

DOI: _____    Date:   **DEC 11 2018**

## PT DAILY NOTES

Subjective: _Pt. c/o pain & stiffness ⊘ the_
_neck/upper back, low back a_    PS 6-9/10

Objective: _(L) knee please see pt #_

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:    ✓ Well        ____ Fair

Plan:         ✓ Initiate PT    ____ Continue PT    ____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | |
|---|---|---|---|---|
| ____ | M25.519 Shoulder | 97001 | ✓ | Initial Evaluation |
| ____ | M25.529 Elbow | 97001 | | Re-Evaluation |
| ____ | M25.539 Wrist | 97014 | ____ | ✓ E-Stim/TENS x 15 mins |
| ____ | M25.549 Hand | 97035 | ✓ US ____ w/cm x ____ mins |
| ____ | M25.559 Hip | 97010 | ____ | ✓ MHP/CP x 15 mins |
| ✓ | M25.569 Knee ⟨L⟩ | 97018 | ____ | ____ Paraffin |
| ____ | M25.579 Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ✓ | M54.2 Cervical | 97116 | ____ | Gait training |
| ✓ | M54.5 Lumbar | 97124 | ✓ | STM-MFR |
| ____ | M54.6 Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ | R07.89 Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ | ____ | 97140 | ____ | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF   ☐ WC          ☐ Bronx  369 East 149ᵗʰ Street Third Floor      Bronx, NY  10455
☐ Lien               ☒ Queens 11615 Queens Blvd Main Floor            Forest Hills, NY  11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮

DOI: _____          Date:  **DEC 12 2018**

## PT DAILY NOTES

Subjective: _c/o pain & stiffness on the_
_L/S back area_ _____ PS _8_ / 10

Objective: _(+) L/S tenderness on the_
_L/S paraspinal m.s_ _____

Assessment:

Today's Improvements Include:

_____

_____

Pt tolerated tx:          ✓ Well              ____ Fair

Plan:          ____ Initiate PT      ✓ Continue PT      ____ D/C PT

Physical Therapist Signature: _____

NINO RES R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | Treatments Received: | | | |
|---|---|---|---|---|---|
| ____ M25.519 | Shoulder | 97001 | | | Initial Evaluation |
| ____ M25.529 | Elbow | 97001 | ____ | | Re-Evaluation |
| ____ M25.539 | Wrist | 97014 | ____ | ✓ | E-Stim/TENS x 15 mins |
| ____ M25.549 | Hand | 97035 | | | US ____ w/cm x ____ mins |
| ____ M25.559 | Hip | 97010 | ____ | ✓ | MHP/CP x 15 mins |
| ____ M25.569 | Knee | 97018 | ____ | ____ | Paraffin |
| ____ M25.579 | Foot/Ankle | 97530 | ____ | ____ | Thera-acts x 15 mins |
| ____ M54.2 | Cervical | 97116 | ____ | | Gait training |
| ✓ M54.5 | Lumbar | 97124 | ____ | ✓ | STM-MFR |
| ____ M54.6 | Thoracic | 97110 | ____ | ✓ | Thera-ex x 15 mins (stretch/strength) |
| ____ R07.89 | Chest | 97112 | ____ | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ ____ | | 97140 | | | Joint mobilization |

# ALL BORO MEDICAL REHABILITATION PLLC

☐ NF ☐ WC ☐ Bronx 369 East 149th Street Third Floor    Bronx, NY 10455
☐ Lien     ☒ Queens 11615 Queens Blvd Main Floor    Forest Hills, NY 11375

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DOI: _____    Date: __JAN 0 4 2019__

## PT DAILY NOTES

Subjective: _C/O PAIN & STIFFNESS ON THE_
_LOW BACK AREA_                                    PS _7_ / 10

Objective: _(+)an l TENDERNESS ON THE LS AREA_
_____

Assessment:
Today's Improvements Include:

_____

_____

Pt tolerated tx:                    ___✓___ Well          _____ Fair
Plan:                    _____ Initiate PT    ___✓___ Continue PT    _____ D/C PT

Physical Therapist Signature: _____

NINO REI R. GARCIA, P.T.
NYS LIC. #030192

| Body Part Treated: | | | Treatments Received: | | |
|---|---|---|---|---|---|
| ____ | M25.519 | Shoulder | 97001 | ____ | Initial Evaluation |
| ____ | M25.529 | Elbow | 97001 | ____ | Re-Evaluation |
| ____ | M25.539 | Wrist | 97014 | ____ | E-Stim/TENS x 15 mins |
| ____ | M25.549 | Hand | 97035 | ____ | US ____ w/cm x _____ mins |
| ____ | M25.559 | Hip | 97010 | ____ | MHP/CP x 15 mins |
| ____ | M25.569 | Knee | 97018 | ____ | Paraffin |
| ____ | M25.579 | Foot/Ankle | 97530 | ____ | Thera-acts x 15 mins |
| ____ | M54.2 | Cervical | 97116 | ____ | Gait training |
| ✓ | M54.5 | Lumbar | 97124 | ✓ | STM-MFR |
| ____ | M54.6 | Thoracic | 97110 | ____ | Thera-ex x 15 mins (stretch/strength) |
| ____ | R07.89 | Chest | 97112 | ____ | Neuromuscular re-educ./PNF x 15 mins |
| ____ | ____ | | 97140 | ____ | Joint mobilization |

Kevin H. Weiner, M.D
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151

Date: <u>01/18/2019</u>
Name: ▓▓▓▓▓▓▓▓

**History of Present Illness:** This is a followup for this gentleman who had an MRI of the lumbar spine
which revealed disk herniations at L5-S1 impinging upon the anterior epidural fat and abutting the
thecal sac, disk bulge at L4-L5 with essential foraminal narrowing. MRI of the left knee revealed a
subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the
medial tibial spine. There is associated to complex tear to the posterior horn of the body of the medial
meniscus extending to the root attachment, posterior capsular disruption with subcapsular fluid and 3-
cm popliteal cyst, moderate to high-grade partial tear of the anterior cruciate ligament, grade 2 to 3
partial tear of the medial collateral ligament. The patient is also complaining of back pain radiating into
the left foot with a throbbing and burning sensation. He also has difficulty doing up and down stairs.
Based on his symptoms and his MRI findings, the patient is going to require EMGs of the lower
extremities to rule out the radiculopathy for a neuropathy to determine if he requires epidural injections
versus surgical intervention if he fails conservative treatment.

**Physical Examination:**

**Lumbar spine**-he has limited range of motion of the lumbar spine at 55/90 degrees and extension 10/25
degrees with a radiating pain down the leg with numbness. There is pain on the medial and lateral joint
line of the left knee with a positive McMurray's.

**Recommendations:** The patient is to continue with an exercise program. He is to follow up with the
above-mentioned.

**Kevin H. Weiner, M.D.**
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor          Bronx, NY  10455
11615 Queens Boulevard, Main Floor          Forest Hills, NY  11418

**Phone:**        **(718) 676-6151**          Fax: (888) 511-2038

**Patient Name:** _____███████████_____

**Evaluate and Treat:** _____ LB\LF Knee _____

**Frequency + Duration:** ___2___   Days / week  for   ___6___ weeks
                          _____   Days / 2 weeks for _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction: ☐ Cerv ☐ Lumb lbs ____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ ___Evaluate and treat___
- ☐ _____

**Therapeutic Exercises**
- ☐ Range of Motion     ☐ Active   ☐ Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____

**Other:** _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

**Precautions and/or Instructions:** _____

**Physician's Name:** _____

**Physician's Signature:** _____   Date: 1/15/19

# All Boro Medical

*369 East 149th St.*
*Bronx, New York 10455*
*Tel: (718)-676-6151*

**Test Date:** 3/13/2019

| Patient: | ▮▮▮▮▮ | DOB: | ▮▮▮▮▮ | Physician: | Felix Karafin MD |
|---|---|---|---|---|---|
| Sex: | Male | Height: | 5' 7" | Weight: | 148 lbs. |
| Ref. Physician: | | | | | |

## CHIEF COMPLAINT:

Patient is a 36 year old male who presents with prolonged history of post traumatic back pain radiating to the right lower extremity.

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | P-T* Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 2.6 | <3.5 | 17.9 | >10.0 | Calf | Lat Mall | 2.6 | 14.0 | 54 | >40 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 2.5 | <3.5 | 18.2 | >10.0 | Calf | Lat Mall | 2.5 | 14.0 | 56 | >40 |

### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | P-T* Amp (mV) | Norm P-T Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.7 | <6.0 | 5.5 | >3.0 | B Fib | Ankle | 7.2 | 35.0 | 49 | >40 |
| B Fib | | 11.9 | | 5.7 | >3 | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.4 | <6.0 | 8.8 | >3.0 | B Fib | Ankle | 7.0 | 35.0 | 50 | >40 |
| B Fib | | 11.4 | | 7.4 | >3 | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 3.3 | <6.0 | 8.9 | >3.0 | Poplit | Ankle | 8.6 | 42.0 | 49 | >40 |
| Poplit | | 11.9 | | 6.3 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 1.9 | <6.0 | 7.6 | >3.0 | Poplit | Ankle | 10.1 | 42.0 | 42 | >40 |
| Poplit | | 12.0 | | 7.5 | | | | | | | |

## H Reflex Studies

| NR | H-Lat (ms) | Lat Norm (ms) | L-R H-Lat (ms) |
|---|---|---|---|
| **Left Tibial (Gastroc)** | | | |
| | 31.09 | <30.0 | 0.18 |
| **Right Tibial (Gastroc)** | | | |
| | 31.27 | <30.0 | 0.18 |

## Paraspinal EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Comment |
|---|---|---|---|---|---|---|---|

## Waveforms:



NCV [Left Peroneal Motor]
10000 µV/Div                                        5 ms/Div

NCV [Right Peroneal Motor]
10000 µV/Div                                        5 ms/Div

NCV [Left Tibial Motor]
2000 µV/Div                                         5 ms/Div

NCV [Right Tibial Motor]
2000 µV/Div                                         5 ms/Div

NCV [Left Sural Anti Sensory]
20 µV/Div                                           2 ms/Div

NCV [Right Sural Anti Sensory]
20 µV/Div                                           2 ms/Div

H-Reflex [Left Tibial]
2000 µV/Div    200 µV/Div                10 ms/Div

H-Reflex [Right Tibial]
2000 µV/Div    200 µV/Div                10 ms/Div

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151


**Date:** *04/08/2019*
**Name:** ▮▮▮▮▮▮▮▮▮


**History of Present Illness**: This is a followup for this gentleman complaining of severe left knee pain. He feels like his left knee is buckling and giving out on him and back pain. The patient needs to continue working until he finishes probation before he can have the surgical intervention. He participates in physical therapy. He had an MRI of the lumbar spine that revealed disk herniation at L5-S1 impinging upon the anterior epidural fat abutting the thecal sac and broad disk bulge at L4-L5 with central and foraminal narrowing. He had an MRI of the left knee which revealed moderate to high-grade partial tear of the anterior cruciate ligament, nondisplaced trabecular fracture of the medial tibial, and complex tear of the posterior horn and body of the medial meniscus extending to its root attachment. The patient is participating in therapy. He has difficulty going up and down stairs and going from a sit-to-stand position.

**Physical Examination:**

**Lumbar spine**-he had limited range of motion of the lumbar spine at 65/90 degrees and extension 15/25 degrees. Pain along the quadratus lumborum.

**Lower extremities**-pain in the medial and lateral joint line of the left knee with positive McMurray's and positive Lachman's.

**Recommendations:** Due to his symptoms, he is to continue with his physical therapy. When he is cleared to return from probation, he will have his surgical intervention.

Kevin H. Weiner, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
Dictated but not read

# All Boro Medical Rehabilitation PLLC

## Physical Therapy Referral

369 East 149th Street, Third Floor     Bronx, NY   10455
11615 Queens Boulevard, Main Floor     Forest Hills, NY   11418

Phone:    (718) 676-6151     Fax: (888) 511-2038

Patient Name: _____

Evaluate and Treat: _____ LF Knee _____

Frequency + Duration: _____ 2-3 _____ Days / week for _____ weeks
                                      Days / 2 weeks for _____ 4 _____ weeks

**Modalities**
- ☐ Moist Heat
- ☐ Cold Heat
- ☐ Whirlpool
- ☐ Ultrasound
- ☐ Electric Stimulation
- ☐ Paraffin
- ☐ Traction:  ☐ Cerv  ☐ Lumb lbs _____
- ☐ Massage
- ☐ Manual Therapy
- ☐ Myofacial Release
- ☐ _____ Evaluate and treat _____
- ☐ _____

**Therapeutic Exercises**
- ☐ Range of Motion    ☐ Active    ☐ Passive
- ☐ Joint Mobilization
- ☐ Gait Training
- ☐ Neuromuscular Retraining
- ☐ Muscle Strengthening
- ☐ Stretching
- ☐ ADL Activities
- ☐ Joint Conservation
- ☐ Isokinetic Test: Joint _____
- ☐ Back Education Program
- ☐ _____
- ☐ _____

Other: _____

**Goals:**
- ☐ Increase ROM
- ☐ Decrease Pain/Edema
- ☐ Increase Strength
- ☐ Increase Mobility
- ☐ Improve Function
- ☐ Increase Fitness
- ☐ Patient Education
- ☐ Strengthen Short Muscles
- ☐ Strnegthen Long Muscles

Precautions and/or Instructions: _____

Physician's Name: _____

Physician's Signature: _____    Date: 4/8/19

Kevin H. Weiner, M.D.
Felix Karafin, M.D.
All Boro Medical Rehabilitation
369 E 149th St,
Bronx, NY 10455
(718) 676-6151


**Date:** *06/03/2019*
**Name:** ██████████

**History of Present Illness:** This is a followup for this gentleman who comes in today still with back pain and knee pain. The patient has not been able to return to work. He feels like his knee is buckling.

**Physical Examination:**

**Lumbar spine**-the patient had a limited range of motion of the lumbar spine at 60/90 degrees, extension 10/25 degrees with paresthesias radiating down bilateral lower extremities, left greater than right. Pain on bilateral sciatic notches. Triggers in the gluteus medius and maximus.

**Lower extremities**-the patient had pain in the medial and lateral joint line of the left knee with a positive anterior drawer and positive McMurray's.

**Procedure Note:** Based on his symptoms, he received a left sciatic nerve block. Triggers in gluteus medius and maximus and quadratus lumborum bilaterally. He tolerated the procedure well.

**Recommendations:** He is to follow up with the orthopedic surgeon for possible surgical intervention on his knee.

The patient should start a course of physical therapy, including the use of modalities such as moist heat, ultrasound and electrical stimulation, followed by passive, active and active-assisted motions with resistive, isotonic and isometric exercises. Soft tissue stretching and massage of the paraspinals, as well as joint mobilization and stretching of the spine and extremities are indicated.

Goals are to reduce pain and inflammation, increase range of motion and improve strength to maximize functions in ADLs, work and recreation.

Kevin H. Weiner, M.D.
Pain Management
Board Certified Physical Medicine and Rehabilitation
**Dictated but not read**

# Kevin Weiner, MD
# Felix Karafin, MD

44 COURT ST. SUITE 1002
BROOKLYN, NY 11201
TEL. 718-488-7488
FAX: 718-488-7130

## PHYSICAL THERAPY PRESCRIPTION

PATIENT NAME: ███████████████

EVALUATE AND TREAT DIAGNOSIS: _CP/ LF Knee_

FREQUENCY:
- [ ] 1 x week x 6 weeks
- [x] 2 x week x 6 weeks
- [ ] 3x week x 6 weeks
- [ ] 4x week x 6 weeks

## MODALITIES:

- [ ] Moist Heat
- [ ] Cold Pack
- [ ] Whirlpool
- [ ] Ultrasound
- [ ] Electric Stimulation
- [ ] Paraffin
- [ ] Traction Cervical Lumbar
- [ ] Massage
- [ ] Myofacial Release
- [ ] _____

- [ ] Range of Motion Active/Passive
- [ ] Joint Mobilization
- [ ] Gait Training
- [ ] Neuromuscular Retraining
- [ ] Stretching
- [ ] ADL Activities
- [ ] Joint Conservation
- [ ] Chiropractic Care
- [ ] Acupuncture
- [ ] _____

- [ ] OTHER EVALUATE AND TREAT

## GOALS:

- [ ] Increase Rom
- [ ] Decrease Pain/Edema
- [ ] Increase Strength
- [ ] _____

- [ ] Increase Mobility
- [ ] Improve Function
- [ ] Increase Fitness
- [ ] _____

- [ ] Patient Education
- [ ] Strengthen Short Muscles
- [ ] Strengthen Long Muscles
- [ ] _____

Precautions and/or Instructions: _____
Referring Physical Name: _____
Address: _____

⸺ian Signature: _____  Date: 6/3/19





# THOMAS M. KOLB, M.D.

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

KOLB RADIOLOGY



Exam requested by:
FELIX KARAFIN MD
369 EAST 149TH ST
BRONX NY 10455

Patient: ███████████
Date of Birth: ██████████

Date of Exam: 12-18-2018

**EXAM: MRI-KNEE WITHOUT CONTRAST LEFT**

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a1.5 tesla tesla magnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a 2.5 centimeter subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.

There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment. There is posterior capsular disruption with subcapsular fluid in a 3 centimeter popliteal cyst.

The lateral meniscus is unremarkable.

There is a moderate to high-grade partial tear of the anterior cruciate ligament. The posterior cruciate ligament is intact.

There is a grade 2-3 partial tear of the medial collateral ligament.

The lateral collateral ligament and popliteus tendon are intact.

The quadriceps tendon and infrapatellar ligament are unremarkable.

The patellofemoral ligaments and retinacula are intact. There is grade 1 chondromalacia patella of the trochlea

**IMPRESSION:** <u>There is a 2.5 centimeters subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.</u>

<u>There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment. There is posterior capsular disruption with subcapsular fluid and a 3 centimeter popliteal cyst.</u>

<u>Moderate to high-grade partial tear of the anterior cruciate ligament.</u>

<u>Grade 2-3 partial tear of the medial collateral ligament. Joint effusion</u>

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2018 9:00 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service ███ oul

Manhattan (Midtown East)
307 E. 60th St (btwn 2nd & 1st Ave)
New York, NY 10022

Manhattan (Upper East)
170 E. 77th St (btwn Lex & 3rd)
New York, NY 10075

Bronx (Fordham)
2430 Davidson Ave., 2nd Floor
Bronx, NY10498

Bronx (Throgs Neck)
3626 E. Tremont Ave., Ste 101
Bronx, NY 10465

Bronx (Bainbridge)
3199 Bainbridge Ave.
Bronx, NY 10467



**THOMAS M. KOLB, M.D.**

KOLB RADIOLOGY

307 E. 60th Street • New York, NY 10022
P: 212-602-1900 • F: 646-666-0669 • RX@KolbRadiology.com

Exam requested by:
FELIX KARAFIN MD
369 EAST 149TH ST
BRONX NY 10455

Patient: 
Date of

Date of Exam: 12-18-2018

**EXAM: MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:** T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:** Status Post Trauma

**FINDINGS:** At L5-S1, there is a shallow posterior disc herniation impinging upon the anterior epidural fat abutting the thecal sac. The neural foramina and exiting nerve roots are unremarkable.

At L4-L5, there is a broad posterior disc bulge impinging upon the thecal sac and narrowing the inferior aspects of the neural foramina bilaterally

At L3-L4, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable

At L2-L3, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

At L1-L2, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION: There is a shallow posterior disc herniation at L5-S1 impinging upon the anterior epidural fat and abutting the thecal sac.**

**Broad disc bulge L4-5 with central and foraminal narrowing**

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2018 9:01 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

| Manhattan (Midtown East) | Manhattan (Upper East) | Bronx (Fordham) | Bronx (Throgs Neck) | Bronx (Bainbridge) |
|---|---|---|---|---|
| 307 E. 60th St (btwn 2nd & 1st Ave) | 170 E. 77th St (btwn Lex & 3rd) | 2430 Davidson Ave., 2nd Floor | 3626 E. Tremont Ave., Ste 101 | 3199 Bainbridge Ave. |
| New York, NY 10022 | New York, NY 10075 | Bronx, NY10498 | Bronx, NY 10465 | Bronx, NY 10467 |

**BESTCARE PT & CHIRO PLLC**
369 E 149 STR, 9 FL
BRONX, NY 10455
718-401-1111
IRMA TRISHA GALLEGOS
Saturday October 5, 2019

Patient             :
Itemized Statement:
DOB                 :
Onset date          : 08/10/2018

Mail to:



Insured

Insurance Carrier (primary)
SUBIN & ASSOCIATES
150 BROADWAY 23   FL
NEW YORK NY 10038

**Attorney**                          **Employer**
SUBIN&ASSOCIATES
150 BROADWAY
23RD FL
NEW YORK NY 10038

**Current Diagnosis**
M25.562   Pain in left knee
M54.16    Radiculopathy, lumbar region
S33.8XXD  Sprain of other parts of lumbar spine and pelvis, subse
S33.5XXD  Sprain of ligaments of lumbar spine, subsequent encount

| Date | Description | Amount |
|------|-------------|--------|
| 04/08/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 04/08/19 | 97140 MANUAL THERAPY PT-2019 | $ 40.40 |
| 04/08/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 04/08/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 04/17/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 04/17/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 04/17/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 04/26/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 04/26/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 04/26/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 05/14/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 05/14/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 05/14/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 05/17/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 05/17/19 | 97140 MANUAL THERAPY PT-2019 | $ 40.40 |
| 05/17/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 05/17/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 06/07/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 06/07/19 | 97140 MANUAL THERAPY PT-2019 | $ 40.40 |
| 06/07/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 06/07/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 06/10/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 06/10/19 | 97140 MANUAL THERAPY PT-2019 | $ 40.40 |
| 06/10/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 06/10/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 06/14/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 06/14/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 06/14/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 06/18/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 06/18/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 06/18/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 06/19/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |
| 06/19/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ 25.40 |
| 06/19/19 | 97010 HOT/COLD PACK PT-2019 | $ 5.25 |
| 07/02/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ 37.91 |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/02/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 07/02/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 07/03/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 07/03/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 07/03/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/05/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/05/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/05/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/07/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/07/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/07/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/09/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/09/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/09/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/13/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/13/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/13/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/13/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/15/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/15/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/15/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/15/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/15/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/16/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/16/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/16/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/16/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/16/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/21/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/21/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/21/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/21/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/21/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/22/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/22/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/22/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/22/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/22/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/29/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/29/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/29/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/29/19 | 97035 ULTRASOUND PT-2019 | $ | 23.02 |
| 08/29/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 08/30/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 08/30/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 08/30/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 08/30/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/04/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/04/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/04/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/04/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/06/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/06/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/06/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/06/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/12/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/12/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/12/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/12/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/19/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/19/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/19/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/19/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/23/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/23/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/23/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/23/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 09/30/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 09/30/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 09/30/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 09/30/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |
| 10/03/19 | 97110 THERAPEUTIC EXERCISES PT-2019 | $ | 37.91 |
| 10/03/19 | 97140 MANUAL THERAPY PT-2019 | $ | 40.40 |
| 10/03/19 | 97014 ELECTRICAL STIMULATION PT-2019 | $ | 25.40 |
| 10/03/19 | 97010 HOT/COLD PACK PT-2019 | $ | 5.25 |

| Date | Description | | Amount |
|------|-------------|--|--------|

Total Sales Tax            : $     0.00
Total Late Charges         : $     0.00
Total Interest Charges     : $     0.00
Patients-Cash Rcvd         : $     0.00
Patients-Chks Rcvd         : $     0.00
Patients-Crdt Crd          : $     0.00
Payer Payments             : $     0.00

Total Charges              : $  2815.65
Total Received             : $     0.00
Total Adjustment           : $     0.00
Balance (based on search)  : $  2815.65

**BESTCARE PT& CHIRO, PLLC**

116-15 QUEENS BLVD

FOREST HILLS    NY    11375

T (718) 401-1111, F (718) 401-2723

CHART#: ████████

PATIENT'S NAME: █████████████████

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

*MODALITIES*:

- ☐ 97032   ELECTRICAL STIMULATION
- ☒ 97014   ELECTRICAL STIMULATION
- ☒ 97010   HOT/COLD PACK
- ☒ 97140   MANUAL THERAPY TECHNIQUES
- ☒ 97110   THERAPEUTIC EXERCISES
- ☐ 97530   RANGE OF MOTION
- ☐ 97018   PARAFFIN BATH
- ☐ 97035   ULTRASOUND
- ☐ 97124   MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _Nino Sofia_       DATE: 04/08/2019

# BESTCARE PT& CHIRO, PLLC

## 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
### T (718) 401-1111, F (718) 401-2723

CHART#: ███████

PATIENT'S NAME: ████████████

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

*MODALITIES*:

- ☐ 97032   ELECTRICAL STIMULATION
- ☒ 97014   ELECTRICAL STIMULATION
- ☒ 97010   HOT/COLD PACK
- ☒ 97140   MANUAL THERAPY TECHNIQUES
- ☒ 97110   THERAPEUTIC EXERCISES
- ☐ 97530   RANGE OF MOTION
- ☐ 97018   PARAFFIN BATH
- ☐ 97035   ULTRASOUND
- ☐ 97124   MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____   DATE: 04/17/2019

# BESTCARE PT& CHIRO, PLLC

### 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
### T (718) 401-1111, F (718) 401-2723

CHART#: ▉▉▉▉▉

PATIENT'S NAME: ▉▉▉▉▉▉▉▉▉▉

**SUBJECTIVE:** Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

**MODALITIES:**

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [ ] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  MASSAGE  HERAPY

OTHER - _____

**ASSESMENT:** PATIENT TOLERATED TREATMENT WELL

**PLAN:** TO CONTINUE PHYSICAL THERAPY AS PLANNED

**PHYSICAL THERAPIST SIGNATURE:** _Nino Sofia_   **DATE:** 04/26/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

PHYSICAL THERAPIST SIGNATURE: *(signature)*            DATE: 05/06/2019

# BESTCARE PT& CHIRO, PLLC

## 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
### T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮

---

**SUBJECTIVE:** Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

**MODALITIES:**

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

**ASSESMENT:** PATIENT TOLERATED TREATMENT WELL

**PLAN:** TO CONTINUE PHYSICAL THERAPY AS PLANNED

**PHYSICAL THERAPIST SIGNATURE:** _Nina Sofia_    DATE: 05/14/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▓▓▓▓▓▓

PATIENT'S NAME ▓▓▓▓▓▓▓▓▓▓▓▓▓

---

*SUBJECTIVE:* Pt continues to c/o pain and stiffness on the low back area. Tightness noted

on the LS paraspinal ms, hamstrings, glutes.

*MODALITIES:*

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____  DATE: 05/17/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt c/o pain and stiffness on the low back area.

**MODALITIES:**

- [ ] 97032  ELECTRICAL STIMULATION
- [ ] 97014  ELECTRICAL STIMULATION
- [ ] 97010  HOT/COLD PACK
- [ ] 97140  MANUAL THERAPY TECHNIQUES
- [ ] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) tightness L/S paraspinals  and hamstring ms.

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 06/07/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS   NY   11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt c/o pain and stiffness on the Lt knee c difficulty in bending movements affecting stair negotiation and prolonged walking.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 06/10/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area. Tightness noted on the LS paraspinal ms, hamstrings, glutes.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _Nina Hya_    DATE: 06/14/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt c/o pain and stiffness on the Lt knee c difficulty in bending movements affecting stair negotiation and prolonged walking.

*MODALITIES*:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [ ] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 06/18/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt c/o pain and stiffness on the Lt knee c difficulty in bending movements affecting stair negotiation and prolonged walking.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 06/19/2019

# BESTCARE PT& CHIRO, PLLC

## 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
### T (718) 401-1111, F (718) 401-2723

CHART#: ███████

PATIENT'S NAME: ████████████████

---

*SUBJECTIVE*: Pt c/o pain and stiffness on the Lt knee c difficulty in bending movements

affecting stair negotiation and prolonged walking.

**MODALITIES**:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [ ] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY

OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 07/2/2019

# BESTCARE PT& CHIRO, PLLC

116-15 QUEENS BLVD

FOREST HILLS    NY    11375

T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt c/o pain and stiffness on the Lt knee.

**MODALITIES**:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [ ] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 07/3/2019

# BESTCARE PT& CHIRO, PLLC

## 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
T (718) 401-1111, F (718) 401-2723

CHART#: ████████

PATIENT'S NAME: ████████████████

---

*SUBJECTIVE:*  Pt reports pain, stiffness, LOM and ms weakness on the Lt knee. Pt is

S/P arthroscopic surgery on the Lt knee 7/11/19 c knee immobilizer.

*MODALITIES:*

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☐ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☒ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

 (+) incision on the anterior knee ~3", scar is healed c no drainage or infection noted.

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____    DATE: 08/05/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*:  Pt reports pain, stiffness, LOM and ms weakness on the Lt knee. Pt is

S/P arthroscopic surgery on the Lt knee 7/11/19 c knee immobilizer.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL. Started c TE today.

(+) incision on the anterior knee ~3", scar is healed c no drainage or infection noted.

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 08/07/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ████

PATIENT'S NAME ████████████

---

*SUBJECTIVE*:  Pt reports pain, stiffness. LOM and ms weakness on the Lt knee. Pt is

S/P arthroscopic surgery on the Lt knee 7/11/19 c knee immobilizer.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☐ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*:  PATIENT TOLERATED TREATMENT WELL. Started c TE today.

 (+) incision on the anterior knee ~3", scar is healed c no drainage or infection noted.

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 08/09/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS     NY     11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*:  Pt reports stiffness, LOM and ms weakness on the Lt knee. Pt also c/o

 swelling on the Lt knee and difficulty with ADLs.

**MODALITIES**:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL. ACL protocol.

 Lt knee immobilizer locked at 10-90 degrees

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 08/13/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: █████████

PATIENT'S NAME █████████████████

---

*SUBJECTIVE*: Pt c/o pain, LOM, and weakness on the Lt knee.

(+) Gr. 1-2 tenderness on the Lt knee, (+) Swelling on the Lt knee, (+) LOM on the Lt knee

*MODALITIES*:

- ☐ 97032    ELECTRICAL STIMULATION
- ☒ 97014    ELECTRICAL STIMULATION
- ☒ 97010    HOT/COLD PACK
- ☒ 97140    MANUAL THERAPY TECHNIQUES
- ☒ 97110    THERAPEUTIC EXERCISES
- ☐ 97530    RANGE OF MOTION
- ☐ 97018    PARAFFIN BATH
- ☒ 97035    ULTRASOUND
- ☐ 97124    MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 08/15/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS   NY   11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee. Pt reports pain has

decreased in frequency and intensity.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☒ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
-    OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____   DATE: 08/16/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# _____

PATIENT'S NAME _____

*SUBJECTIVE:* Pt still c/o LOM and ms. weakness on the Lt knee. Pt reports pain has

decreased in frequency and intensity.

*MODALITIES:*

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☒ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _____ DATE: 08/21/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ███████

PATIENT'S NAME ███████████

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement in bending the knee and ms.control. Pt c/o tightness on incision scars.

*MODALITIES*:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [x] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY

    OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

 (+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 08/22/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ███████

PATIENT'S NAME: ███████████████

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement in bending the knee and ms.control. Pt c/o tightness on incision scars.

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☒ 97035  ULTRASOUND
- ☐ 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 08/29/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# █████████

PATIENT'S NAME ████████████████

---

*SUBJECTIVE*: Pt c/o pain, LOM, and weakness on the Lt knee.

(+) Gr. 1-2 tenderness on the Lt knee, (+) Swelling on the Lt knee, (+) LOM on the Lt knee

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: *(signature)*    DATE: 08/30/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt c/o pain, LOM, and weakness on the Lt knee.

(+) Gr. 1-2 tenderness on the Lt knee, (+) Swelling on the Lt knee, (+) LOM on the Lt knee

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 09/04/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**
**FOREST HILLS    NY    11375**
**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮▮▮

PATIENT'S NAM ▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt c/o pain, LOM, and weakness on the Lt knee.

(+) Gr. 1-2 tenderness on the Lt knee, (+) Swelling on the Lt knee, (+) LOM on the Lt knee

*MODALITIES*:

- ☐ 97032  ELECTRICAL STIMULATION
- ☒ 97014  ELECTRICAL STIMULATION
- ☒ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY

OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 09/06/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**
**FOREST HILLS    NY    11375**
**T (718) 401-1111, F (718) 401-2723**

CHART# ████████

PATIENT'S NAME ████████████

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement in bending the knee and ms.control.

*MODALITIES*:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [x] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 09/12/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# █████████

PATIENT'S NAME ████████████████

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee and pain c̄ full knee bending and prolonged weight bearing. Pt also c/o tightness on the hamstrings and TFL.

*MODALITIES*:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
  - OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL. (+) tightness hamstrings, TFL (+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 09/19/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS     NY     11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ██████████

PATIENT'S NAM█████████████████

**SUBJECTIVE**: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement in bending the knee and ms.control. Pt c/o tightness on incision scars.

**MODALITIES**:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [x] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

**ASSESMENT**: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

**PLAN**: TO CONTINUE PHYSICAL THERAPY AS PLANNED

**PHYSICAL THERAPIST SIGNATURE**: _____ DATE: 09/23/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement in bending the knee and ms.control. Pt c/o tightness on incision scars.

*MODALITIES*:

- [ ] 97032  ELECTRICAL STIMULATION
- [x] 97014  ELECTRICAL STIMULATION
- [x] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [x] 97035  ULTRASOUND
- [ ] 97124  ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 09/30/2019

# BESTCARE PT& CHIRO, PLLC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt still c/o LOM and ms. weakness on the Lt knee but noted improvement

in bending the knee and ms.control. Pt c/o tightness on incision scars.

*MODALITIES*:

- ☐ 97032   ELECTRICAL STIMULATION
- ☒ 97014   ELECTRICAL STIMULATION
- ☒ 97010   HOT/COLD PACK
- ☒ 97140   MANUAL THERAPY TECHNIQUES
- ☒ 97110   THERAPEUTIC EXERCISES
- ☐ 97530   RANGE OF MOTION
- ☐ 97018   PARAFFIN BATH
- ☒ 97035   ULTRASOUND
- ☐ 97124   ELECTRICAL MASSAGE THERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

(+) swelling and gr.1 tenderness Lt knee, (+) ms. atrophy Lt quadriceps femoris

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____ DATE: 10/03/2019

URBAN HEIGHTS MEDICAL, PC
369 EAST 149 STR, 9 FL
BRONX, NY 10455
718-401-1111
ALBERT J CIANCIMINO
Saturday October 5, 2019

Patient
Itemized Statement ████████████
DOB
Onset date          : 08/10/2018

Mail to:


**Insured**
████████████

**Insurance Carrier (primary)**
SUBIN & ASSOCIATES
150 BROADWAY 23  FL
NEW YORK NY 10038

**Attorney**                            **Employer**
 SUBIN&ASSOCIATES
150 BROADWAY
23RD FL
NEW YORK NY 10038

**Current Diagnosis**
M54.16    Radiculopathy, lumbar region
S33.5XXA Sprain of ligaments of lumbar spine, initial encounter

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/23/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 01/23/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 01/23/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 01/25/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 01/25/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 01/25/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 01/31/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 01/31/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 01/31/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/01/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/01/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/01/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/07/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/07/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/07/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/13/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/13/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/13/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/15/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/15/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/15/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/22/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/22/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/22/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 02/28/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 02/28/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 02/28/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 03/05/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 03/05/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 03/05/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 03/07/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 03/07/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 03/07/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 03/12/19 | 97032 ELECTR STIMULATION | $ | 20.70 |
| 03/12/19 | 97110 THERAPEUTIC EXERCISES | $ | 33.54 |
| 03/12/19 | 97140 MANUAL THERAPY | $ | 35.74 |
| 03/14/19 | 97032 ELECTR STIMULATION | $ | 20.70 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/14/19 | 97110 THERAPEUTIC EXERCISES | $ 33.54 |
| 03/14/19 | 97140 MANUAL THERAPY | $ 35.74 |
| 03/18/19 | 97032 ELECTR STIMULATION | $ 20.70 |
| 03/18/19 | 97110 THERAPEUTIC EXERCISES | $ 33.54 |
| 03/18/19 | 97140 MANUAL THERAPY | $ 35.74 |
| 03/25/19 | 97032 ELECTR STIMULATION | $ 20.70 |
| 03/25/19 | 97110 THERAPEUTIC EXERCISES | $ 33.54 |
| 03/25/19 | 97140 MANUAL THERAPY | $ 35.74 |
| 03/29/19 | 97032 ELECTR STIMULATION | $ 20.70 |
| 03/29/19 | 97110 THERAPEUTIC EXERCISES | $ 33.54 |
| 03/29/19 | 97140 MANUAL THERAPY | $ 35.74 |

```
Total Sales Tax           : $     0.00
Total Late Charges        : $     0.00
Total Interest Charges    : $     0.00
Patients-Cash Rcvd        : $     0.00
Patients-Chks Rcvd        : $     0.00
Patients-Crdt Crd         : $     0.00
Payer Payments            : $     0.00

Total Charges             : $  1439.68
Total Received            : $     0.00
Total Adjustment          : $     0.00
Balance (based on search) : $  1439.68
```

CHART#: ▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 01/23/2019

CHART#: ▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- [x] 97032  ELECTRICAL STIMULATION
- [ ] 97014  ELECTRICAL STIMULATION
- [ ] 97010  HOT/COLD PACK
- [x] 97140  MANUAL THERAPY TECHNIQUES
- [x] 97110  THERAPEUTIC EXERCISES
- [ ] 97530  RANGE OF MOTION
- [ ] 97018  PARAFFIN BATH
- [ ] 97035  ULTRASOUND
- [ ] 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 01/25/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

_____

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____    DATE: 01/31/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS   NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ███████

PATIENT'S NAME: ████████████

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032   ELECTRICAL STIMULATION
- ☐ 97014   ELECTRICAL STIMULATION
- ☐ 97010   HOT/COLD PACK
- ☒ 97140   MANUAL THERAPY TECHNIQUES
- ☒ 97110   THERAPEUTIC EXERCISES
- ☐ 97530   RANGE OF MOTION
- ☐ 97018   PARAFFIN BATH
- ☐ 97035   ULTRASOUND
- ☐ 97124   MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 02/01/2019

## URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ███████

PATIENT'S NAME ██████████████████

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

_____

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 02/07/2019

**URBAN HEIGHTS MEDICAL PC**

116-15 QUEENS BLVD

FOREST HILLS    NY      11375

T (718) 401-1111, F (718) 401-2723

CHART# ▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

☒ 97032  ELECTRICAL STIMULATION
☐ 97014  ELECTRICAL STIMULATION
☐ 97010  HOT/COLD PACK
☒ 97140  MANUAL THERAPY TECHNIQUES
☒ 97110  THERAPEUTIC EXERCISES
☐ 97530  RANGE OF MOTION
☐ 97018  PARAFFIN BATH
☐ 97035  ULTRASOUND
☐ 97124  MASSAGE  HERAPY
OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 02/13/2019

CHART#: ▮▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032   ELECTRICAL STIMULATION
- ☐ 97014   ELECTRICAL STIMULATION
- ☐ 97010   HOT/COLD PACK
- ☒ 97140   MANUAL THERAPY TECHNIQUES
- ☒ 97110   THERAPEUTIC EXERCISES
- ☐ 97530   RANGE OF MOTION
- ☐ 97018   PARAFFIN BATH
- ☐ 97035   ULTRASOUND
- ☐ 97124   MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____   DATE: 02/15/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY      11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ███

PATIENT'S NAME ███████████

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

PHYSICAL THERAPIST SIGNATURE: *Nina Sofia*   DATE: 02/22/2019

# URBAN HEIGHTS MEDICAL PC

### 116-15 QUEENS BLVD
### FOREST HILLS    NY    11375
### T (718) 401-1111, F (718) 401-2723

CHART#: ▮▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _Nino Stefia_          DATE: 02/28/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ███████

PATIENT'S NAME ███████████

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 03/05/2019

## URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ███████

PATIENT'S NAME ███████████████

---

*SUBJECTIVE:* Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES:*

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT:* PATIENT TOLERATED TREATMENT WELL

*PLAN:* TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE:* _Nina Stypa_       DATE: 03/07/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART# ▮▮▮▮▮▮ _____

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ___

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

_____

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _Nina Sofia_ _____   DATE: 03/12/2019

# URBAN HEIGHTS MEDICAL PC

116-15 QUEENS BLVD

FOREST HILLS    NY    11375

T (718) 401-1111, F (718) 401-2723

CHART# ▓▓▓▓

PATIENT'S NAME: ▓▓▓▓▓▓▓▓▓

---

*SUBJECTIVE*: Pt continues to c/o pain(PS 6-7/10) and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 03/14/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮

PATIENT'S NAME: ▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area.

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*: PATIENT TOLERATED TREATMENT WELL

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _Nina Defua_     DATE: 03/18/2019

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: _____

PATIENT'S NAME: _____

---

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area. _____ .

_____

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY

OTHER - _____

*ASSESMENT*:  PATIENT TOLERATED TREATMENT WELL _____

_____

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED _____

*PHYSICAL THERAPIST SIGNATURE*: _____  DATE: 03/25/2019 _____

# URBAN HEIGHTS MEDICAL PC

**116-15 QUEENS BLVD**

**FOREST HILLS    NY    11375**

**T (718) 401-1111, F (718) 401-2723**

CHART#: ▮▮▮▮

PATIENT'S NAME ▮▮▮▮▮▮▮▮▮▮

---

*SUBJECTIVE*: Pt continues to c/o pain and stiffness on the low back area.

---

*MODALITIES*:

- ☒ 97032  ELECTRICAL STIMULATION
- ☐ 97014  ELECTRICAL STIMULATION
- ☐ 97010  HOT/COLD PACK
- ☒ 97140  MANUAL THERAPY TECHNIQUES
- ☒ 97110  THERAPEUTIC EXERCISES
- ☐ 97530  RANGE OF MOTION
- ☐ 97018  PARAFFIN BATH
- ☐ 97035  ULTRASOUND
- ☐ 97124  MASSAGE  HERAPY
- OTHER - _____

*ASSESMENT*:  PATIENT TOLERATED TREATMENT WELL

---

*PLAN*: TO CONTINUE PHYSICAL THERAPY AS PLANNED

*PHYSICAL THERAPIST SIGNATURE*: _____   DATE: 03/29/2019

# SABAS NY SERVICES

## 89 Atlantic Ave
## Lynbrook, NY 11563

Email:sabasproducts@gmail.com

FAX: 516.619.0411

Patient Name: ____
Address: _____
City: _____
Home #: _____
Cell #: _____          Age: 36
Other #: _____     Dr. Kenneth McCulloch     DOS: 07/11/19

Physician Name: _____ *Dr. Kenneth McCulloch*
Physician Address: _____
City: _____ State: ____ ZIP: ____
Phone #: _____
Fax: _____
Signature _____     Date 07-11-19

---

## LETTER OF MEDICAL NECESSITY

I am writing on behalf of my patient that you approve coverage for the ThermoTek Therapy Wraps intermittent pneumatic compression and hot and cold therapy system. I consider this device medically necessary, and I am prescribing this device for the purpose of musculoskeletal injury treatment and/or postoperative treatment. The CTU (Cold/hot Therapy Unit) may be used up to 6 weeks post-surgery. Cryotherapy decreases the swelling, decreases pain, and decreased the need for pain medicines. The CTU pad is specifically designed to fit any joint (shoulder/ knee/ ankle/ elbow). CTU allows better temperature control in comparison to traditional ice packs, which makes this therapy tolerated better by the patient, and therefore increase the the compliance and the outcomes.
In conclusion, the post-surgery use of CTU therapy provides better and more reliable results. Furthermore, I have used this combination as part of my technique regularly, and both my patients and I are pleased with the results.

## THERMAL THERAPY

__LEFT  __RIGHT

__KNEE          __ ANKLE
__SHOULDER    __ BACK
__ELBOW        __ NECK
__HIP           __ FOOT
__HAND         __ WRIST

SELECT PAD TYPE
__STERILE    __REGULAR

SELECT PROTOCOL
__ COLD     __ HEAT
__CONTRAST  __ COMPRESSION __DVT

RENTAL PERIOD _____ HOURS PER DAY _____ OTHER NOTES_____

CERTIFICATE OF MEDICAL NECESSITY:
*Patients benefit from reduction of swelling in the operative area, decrease in pain and in consumption of pain medication. The patient's functional ability improves and the time of physiotherapy is reduced. Without using this device, the patient would require a higher dose of painkillers to reduce pain and heavy doses of anti-inflammatory medication to reduce swelling.*
Signature_____     Date _____

---

| Quantity | Item Description | Size | Anatomical Side | Code |
|---|---|---|---|---|
| | Shoulder Orthosis | | __ Left __ Right | L3671 |
| | Shoulder/ Arm Abduction System | | __ Left __ Right | L3960 |
| | Cane | Adjustable | __ Left __ Right | E0105 |
| | Wrist Brace | | __ Left __ Right | L3908 |
| 1 pair | Crutches | | _ Left __ Right | E0110 |
| | Wrap Knee Brace Orthosis | Adjustable | __ Left __ Right | L1820 |
| | Post-op Knee Rom Brace | | __ Left __ Right | L1832 |
| | Shoulder Arc Sling | | __ Left __ Right | L3960 |
| | CTU  (cold/hot therapy unit) | | __ Left __ Right | A9901 |
| | Manaflexx | | __ Left __ Right | E1399 |
| | other | | __ Left __ Right | |

---

Surgical Procedure: _____
Surgery Date: _____ DME Start Date: _____
Notes: _____
Diagnosis: _____
CD-10 _____ ICD-10 _____

Insurance Type: __W/C  __ N/F __ Lien  __ Self Pay  __ PVT
Primary Insurance Carrier: _____
Claim/ Carrier Case # _____     DOA: 08-10-18
Policy#: _____     WCB#: _____
Phone #: _____     FAX: _____

# New Horizon Surgical Center, LLC

680 Broadway, Suite 201, Paterson, NJ 07514

## Patient Booking Form

Main Tel.: (973) 782-4202
Office Fax: (973) 782-4206
Booking E-Fax: (973) 807-9382

| | |
|---|---|
| Today's Date: 7/3/19 | Previous Admission: Yes ☐ No ☑ |
| Patient's Name: ▮▮▮▮▮ | Patient's Date of Birth: ▮▮▮▮▮ |
| Patient's Gender: ☑ M ☐ F | Patient's Social Security #: |

☐ Medicare/Medicaid ☐ Private/Commercial ☐ NJ PIP ☐ NY NF ☐ WC ⓵ Legal Funding ☐ Self-Pay

**· MUST EMAIL OR FAX BACK WITH LEGIBLE COPY OF DEMOGRAPHICS SHEET & PATIENT'S INSURANCE CARD FRONT & BACK ·**
**NB: ALL PRIVATE INSURANCE/WORKERS COMP/PIP CASES MUST HAVE PRIOR AUTHORIZATION FOR APPROVED TREATMENT**

**Admitting Diagnosis:** Left knee traumatic ACL probable complete tear, meniscus tear, medial collateral ligament partial tear. ACL tear.

**Proposed Procedure:** Left knee arthroscopic debriedment, ACL recon

**Specific Supplies and/or Equipment:** Allograft

| | |
|---|---|
| Referring Physician: | Referring Clinic: NYSJ    Phone #: 212-588-1919 EXT 408/407 |
| Admitting Surgeon: KENNETH MCCULLOCH | Contact Person at Clinic: |
| Proposed Surgery Date: 7/11/19 | Proposed Time of Surgery: |
| Anesthesia Type: GENERAL | Estimated Surgery Duration: |
| Surgeon Requires Assistant: YES | |

Patient Needs Transportation: Yes ☐ No ☑

Note Pick Up Address if Different from Home (Above):

Affirmation By Medical Staff that He/She has Explained Proposed Procedure to the Patient to the Fullest Extent Possible By State Law

Medical Staff's Signature:                    Patient's Signature:

**New Horizon Surgical Center**
**680 Broadway Suite 201**
**Paterson NJ 07514**

| | |
|---|---|
| **First Name** ▮ <br> **Last Name:** ▮ | **DOB:** ▮ <br> **AGE:** 36 <br> ☒ **GENDER:** M <br> **SSN:** |
| ☒ <br> ▮ <br> ▮ <br><br> **HOME:** ▮ <br> **CELL:** <br> **WORK/OTHER:** | |

| | |
|---|---|
| **Insurance Type:** FUNDING <br><br> **INSURANCE NAME/ADDRESS:** <br><br> Subin & Associates <br> **Address :** 150 Broadway <br> New York <br> NY 10038 <br> **Policy/Group Number :** FUNDING DOA 08/10/18 <br> **Claim/File/ID Number :** FUNDING DOA 08/10/18 <br> **Guarantor's Relationship :** Self <br> **Guarantor's First Name :** <br> **Guarantor's Last Name :** <br> **Guarantor's DOB :** <br> **Guarantor's Address :** | ☒ <br> **Insurance:** <br> Coverage Position: P <br> Carrier ID: 142602522 <br> Carrier Phone: <br> Policy Id: FUNDING DOA 08/10/18 <br> Self Guarantor: Y <br> Coverage Dates - from: 07/09/2019 |
| | **Date of Incident:** 08/10/2018 |
| **Address :** <br><br> **Policy/Group Number :** <br> **Claim/File/ID Number :** <br> **Guarantor's Relationship :** <br> **Guarantor's First Name :** <br> **Guarantor's Last Name :** <br> **Guarantor's DOB :** <br> **Guarantor's Address :** | |

# New Horizon Surgical Center, LLC

680 Broadway, Suite 201, Paterson, NJ 07514

## Patient Booking Form

Main Tel.: (973) 782-4202
Office Fax: (973) 782-4206
Booking E-Fax: (973) 807-9382

| | |
|---|---|
| Today's Date: 7 3 19 | Previous Admission: Yes ☐  No ☒ |
| Patient's Name: | Patient's Date of Birth: |

Patient's Gender: ☒ M  ☐ F          Patient's Social Security #:

☐ Medicare/Medicaid  ☐ Private/Commercial  ☐ NJ PIP  ☐ NY NF  ☐ WC  ☒ Legal Funding  ☐ Self-Pay

8 10 18

**\* MUST EMAIL OR FAX BACK WITH LEGIBLE COPY OF DEMOGRAPHICS SHEET & PATIENT'S INSURANCE CARD: FRONT & BACK \***
**NB. ALL PRIVATE INSURANCE/WORKERS' COMP/PIP CASES MUST HAVE PRIOR AUTHORIZATION FOR APPROVED TREATMENT.**

Admitting Diagnosis: Left knee traumatic ACL probable complete tear, meniscus tear, medial collateral ligament partial tear. ACL tear.

Proposed Procedure: Left knee arthroscopic debridement, ACL recon

Specific Supplies and/or Equipment: Allograft

| | |
|---|---|
| Referring Physician: | Referring Clinic: NYSJ          Phone #: 212-588-1919 EXT 408/407 |
| Admitting Surgeon: KENNETH MCCULLOCH | Contact Person at Clinic: |
| Proposed Surgery Date: 7 / 1 / 19 | Proposed Time of Surgery: |
| Anesthesia Type:  GENERAL | Estimated Surgery Duration: |
| Surgeon Requires Assistant:  YES | |

| | |
|---|---|
| Patient Needs Transportation:     Yes ☐   No ☒ | |
| Note Pick Up Address if Different from Home (Above): | |

Affirmation By Medical Staff that He/She has Explained Proposed Procedure to the Patient to the Fullest Extent Possible By State Law

| | |
|---|---|
| Medical Staff's Signature: | Patient's Signature: |

**PATIENT DEMOGRAPHICS SHEET**

## DEMOGRAPHICS

| Acct # | | Phone (Res) | | |
|---|---|---|---|---|
| Name | | Phone (Work) | | Ext. |
| Address | | Phone (Cell) | | |
| | | SS # | | Sex  M |
| Email | | DOB | | |

| Default Physician | | | Active  Yes |
|---|---|---|---|
| Default Ref. Doctor | Phone:  Fax: | | Date of death |

| Marital Status | | Emergency : |
|---|---|---|
| Language | | Contact |
| Race | | Phone |
| Ethnicity | | Relationship |

**Additional Ref. Doctors**

| Referral Source | Subin & Associate (212-285-3800 |
|---|---|
| | 150 Broadway, New York, NY 10038) |

## Primary Carrier          (Major Medical)

| LIEN | | Policy # | | Relationship Self |
|---|---|---|---|---|
| | | Grp # | | Copay |
| 125-10 QUEENS BLVD | | Effective Date | From 03/07/1983 to | Deductible |
| KEW GARDENS, NY 11415-1522 | | | | |
| Ext:                    Ext: | | | | |

**Pharmacies**

RITE AID-1154 CLARKSON AVE 03627,1154 CLARKSON AVENUE,BROOKLYN,NY,112122706

All above information is correct _____

**New Horizon Surgical Center**
680 Broadway Suite 201
Paterson
NJ 07514

Age: 36
Dr. Kenneth McCulloch          DOS: 07/11/2019

## CERTIFICATION OF TRANSPORTATION

I, Aasim Pearsall certify that I have no means of transportation for my
scheduled procedure at this facility. At this time, I required transportation services from New Horizon Surgical Center LLC
in order to undergo my surgery.

Signature: _____          te: _____ JUL 1 1 2019 _____



**NEW YORK SPORTS & JOINTS**
ORTHOPAEDIC SPECIALISTS

**Kenneth McCulloch, M.D., FAAOS**
**Russell Higley, P.A.**

## FOLLOW-UP EXAMINATION REPORT

**Date:** 02/01/19
**Re:**
**DOB:**
**DOA:** 08/10/18

**SUBJECTIVE:** 35-year-old male seen by Dr. Kenneth McCulloch, board certified orthopedic surgeon, February 1, 2019, referred through the courtesy of Dr. Felix Karafin, for an injury he incurred to his left knee among other injuries in a slip and fall accident, August 10, 2018, with no prior history of these injuries. When he fell, he heard a loud pop in his left knee. Afterwards, he noticed random buckling on a daily basis and random sharp pain. Conservative measures including activity modification, physical therapy and NSAIDs have resulted in no improvement. He reports that his left knee is actually worse over the past nearly six months. He has been out of work as a prep cook due to his injuries.

**CHIEF COMPLAINTS:** Left knee pain as high as 8-9/10 on a visual analog scale with random buckling and sharp pain and on a daily basis.

**ORTHOPEDIC EXAMINATION:** All measurements taken with a handheld goniometer. Dr. McCulloch examined the patient's left knee. Range of motion of the left knee 0 to 110 degrees (normal 0 to 150 degrees). Pronounced sharp medial joint line tenderness. Painful, positive McMurray's. Pain with valgus stressing, but no laxity. No varus laxity. Lachman grossly positive with no endpoint. The calf soft and non-tender. Negative Homans. Less than 1+ swelling. No skin lesions. Marked quadriceps weakness with loss of VMO.

**RADIOGRAPHIC STUDIES:** A 1.5 Tesla MRI of the left knee, December 18, 2018, revealed a 2.5 cm subchondral nondisplaced trabecular fracture in the medial tibial plateau extending to the base of the medial tibial spine. Complex tear of the posterior horn and body of the medial meniscus extending to the root attachment. Posterior capsular disruption with subscapular fluid and a 3.0 cm popliteal cyst. High-grade partial tear of the anterior cruciate ligament. Grade 2 to 3 partial tear of the medial collateral ligament. Joint effusion.

**ASSESSMENT:** Left knee traumatic ACL probable complete tear, type III medial meniscus tear, medial collateral ligament partial tear and trabecular fracture of the medial tibial plateau.

**TREATMENT PLAN:** The patient has failed conservative measures including formal physical therapy, with a history of a loud pop at the time of the trip and fall accident with persistent pain and instability in the knee, random buckling and sharp pain on a daily basis with a positive Lachman's and pronounced medial joint line tenderness with a positive McMurray's, most probably has a complete tear of the ACL, therefore, Dr. McCulloch discussed with the patient arthroscopic ACL reconstruction and meniscal debridement including the risks, benefits, recovery time and expected postoperative course and the patient wishes to proceed. This is a medically-necessary surgery given the patient's history, findings on exam, failure to improve with conservative measures over an extended period, confirmation of findings on MRI and acute change in function following the trip and fall accident. The patient will be scheduled at a convenient time. The patient wishes to return to work as a prep work while awaiting arthroscopic surgery. A derotational brace prescribed for the ACL rupture of the left knee to be worn particularly when the patient is working. He

www.nysportsandjoints.com

| **Manhattan** | 110 Duane St. Grd Fl., New York, NY, 10007 | P: (212) 588-1919 F: (877) 992-0798 |
| **Queens** | 125-10 Queens Blvd, Kew Gardens, NY, 11415 | P: (718) 275-1919 F: (877) 992-0798 |



**Kenneth McCulloch, M.D., FAAOS**
**Russell Higley, P.A.**

will avoid squatting, kneeling, lunges, and caution negotiating stairs. Oral NSAIDs as needed for pain. He will continue with Dr. Karafin.

Respectfully submitted,


Electronically Signed

_____

Russell Higley, PA
Kenneth McCulloch, MD
RH:KM:gre:ww
World Wide Dictation

DD: 02/01/19
DT: 02/03/19

J#: ████████████

www.nysportsandjoints.com

| **Manhattan** | 110 Duane St. Grd Fl., New York, NY, 10007 | P: (212) 588-1919 F: (877) 992-0798 |
| **Queens** | 125-10 Queens Blvd, Kew Gardens, NY, 11415 | P: (718) 275-1919 F: (877) 992-0798 |





Exam requested by:
FELIX KARAFIN MD
369 EAST 149TH ST
BRONX NY 10455

Patient:
Date of Birth:

Date of Exam: 12-18-2018

### EXAM: MRI-KNEE WITHOUT CONTRAST LEFT

**TECHNIQUE:** Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a1.5 tesla tesla magnet were obtained.

**INDICATION:** Status post trauma

**FINDINGS:** There is a 2.5 centimeter subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.

There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment. There is posterior capsular disruption with subcapsular fluid in a 3 centimeter popliteal cyst.

The lateral meniscus is unremarkable.

There is a moderate to high-grade partial tear of the anterior cruciate ligament. The posterior cruciate ligament is intact.

There is a grade 2-3 partial tear of the medial collateral ligament.

The lateral collateral ligament and poplileus tendon are intact.

The quadriceps tendon and infrapatellar ligament are unremarkable.

The patellofemoral ligaments and retinacula are intact. There is grade 1 chondromalacia patella of the trochlea

**IMPRESSION:** There is a 2.5 centimeters subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.

There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment. There is posterior capsular disruption with subcapsular fluid and a 3 centimeter popliteal cyst.

Moderate to high-grade partial tear of the anterior cruciate ligament.

Grade 2-3 partial tear of the medial collateral ligament. Joint effusion

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas
*Electronically Signed: 12-19-2018 9:00 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, he hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service

# Discharge Summary Sheet



Dr. Kenneth McCulloch    DOS: 07/11/19

Procedure___SALK  ACL Repair

RN_____

Sevo

Ancef/Clindamycin

Propofol

Labetolol

Metoprolol

Fentanyl

Midazolam

Percocet

Dilaudid

Morphine

Ketorolac

Ondansetran

Metoclopramide

Succinylcholine

Gelfoam/ Thrombin

Kenalog

Depo

Celestone

Dexamethasone

Omnipaque/Omniscan

Bupivacaine

Lidocaine

Epi

NaCl

Other___Ropivacaine

Other_____

## New Horizon Surgical Center, LLC

MEDICAL RECORD CHECKLIST: (All pages completed and/or signed by All Parties)

☐ Copy of Operative photos/x-rays present (if applicable)

☑ History and Physical Dated & Completed (Or Alt. provided w/in 30 days of Sx)

**Consent to Operation or Surgical Procedure**

    ☑ Listing Procedure

    ☑ Must be Signed, Dated, and Witnessed

**Anesthesia Consent**

    ☑ Type of Anesthesia Checked Off      Dr. Kenneth McCulloch    DOS: 07/11/19

    ☑ Printed Name of Anesthesia Provider

    ☐ First Page Initialed by Patient, Physician, and Witness

    ☑ Second page signed and dated by all three parties

**Pre-Op Physician's Order**

    ☐ Patient allergies properly documented

    ☑ Signed, dated, and timed by Nurse and Physician

    ☑ Orders signed by Physician **PRIOR** to being carried out by Nurse

    ☑ PAP kit label attached to pre-op nursing assessment (if applicable)

**Medication Reconciliation**

    ☑ Current Medications listed and signed by listing nurse

    ☑ "New prescriptions" listed (if applicable) and signed by all parties

**PACU Anesthesia Order Sheet**

    ☐ Signed, dated, and timed by all parties.

    ☑ Orders signed by Anesthesiologist **PRIOR** to PACU admission

**Anesthesia Record**

    ☑ ABT administered within 60 minutes of incision/start time (if applicable)

    ☑ Peri-operative block record completed with 2 ultrasound pictures (if applicable)

☑ Discharge Instructions signed by patient and Nurse

☐ Nerve Block instructions signed by patient and nurse (if applicable)

**Post-Op Physician's Order Form**

    ☑ Patient allergies properly documented

    ☑ Signed, dated, and timed by Nurse and Physician

    ☑ Orders signed, dated and timed by Physician **PRIOR** to PACU admission

☑ Progress Notes/Physician Discharge Summary complete, dated, and signed

*Chart Audit – any and all variances are to be copied and given to the Director of Nursing for*
performance improvement initiatives.

DATE: _____ 9/11/19 _____ | _____ 11/11/19 _____

Audited By (Print Name): GL _____ | GL

Signature: _____ |

Preoperative Assessment   LK-ACL

Ht. 5'7   Wt. 146

BP 1. 179  64  BP 2. ......./..........  Pulse. 81  Resp. 14  O2Sat. 99 % Temp. 98.6 Blood Sugar........

LMP.................... Preg. Test  Neg / Pos  Lot: #........................... Exp. Date.............

Dentures:   YES / NO    Dentures Removed? YES / NO   Loose Teeth? Yes / No ____

Jewelry/Piercings? Yes / No ....................Removed? Yes/No........................

Medication: dentres

Allergy: NKDA

Medical History:   gastritis  ø meds

Surgical History:  Abcess Nose (2001)

Problems with Anesthesia? Yes / No ....................

Social History : Smoking 1/4 - 1/2 ppd  Drugs /   Alcohol Rarely

Pre Op:

Locker # 21  Pain Scale 6/10  Location L Knee  IV site (R) AC 22 g

Saline Lock: Yes / No   Fluid 0.9% NS  Yes / No   Time/Date of Last Meal: 9:00 p.m

Is someone here with you? Yes / No ....................

New Horizon Surgical Center, LLC

# HISTORY & PHYSICAL

CHIEF COMPLAINT: (L) ACL Recon

Dr. Kenneth McCulloch    DOS: 07/11/19

ALLERGIES: NONE LATEX OTHER _____

FOCUSED MEDICAL HISTORY: _____

SURGICAL HISTORY: _____

CURRENT MEDICATIONS: (INCLUDE DOSAGE) _____

## SOCIAL HISTORY

SMOKING ☐ YES ☐ NO QUANTITY: _____ ALCOHOL ☐ YES ☐ NO QUANTITY: _____

RECREATIONAL DRUGS ☐ YES ☐ NO QUANTITY: _____ DETAILS: _____

## PHYSICAL EXAM

HEIGHT: 5'7    WEIGHT: 146

| | |
|---|---|
| APPEARANCE | ☑ HEALTHY ☐ UNWELL (DESCRIBE) _____ |
| MENTAL STATUS | ☑ WNL ☐ VARIANCE _____ |
| NEUROLOGICAL | ☑ WNL ☐ VARIANCE _____ |
| HEAD & NECK | ☑ WNL ☐ VARIANCE _____ |
| ENT | ☑ WNL ☐ VARIANCE _____ |
| CARDIAC | ☑ WNL ☐ VARIANCE _____ |
| PULMONARY | ☑ WNL ☐ VARIANCE _____ |
| VASCULAR | ☑ WNL ☐ VARIANCE _____ |
| GI | ☑ WNL ☐ VARIANCE _____ |
| URO/GENITAL | ☑ WNL ☐ VARIANCE _____ |

OTHER: _____

IMPRESSION: (L) ACL Recon

PHYSICIAN SIGNATURE: _____    PRINT NAME: _____

DATE: 7/11/19

---

**HISTORY & PHYSICAL REVIEWED:**    ☐ NO CHANGES

☐ CHANGES, PLEASE SEE NOTES

PHYSICIAN SIGNATURE: _____ TIME: _____ DATE: _____

New Horizon Surgical Center, LLC      NPO p̄ 11PM          Has help after surgery
= ADL's 5 ON- a Bifnee)      ✓µ∿r

**Preoperative Health Assessment**

Name: ▓▓▓▓▓▓▓ Date of Birth ▓▓▓▓▓ Age: 36 Date of Surgery: 7-11-19

Surgeon: McCulloch Surgical Procedure: LK - ACL

Circle **YES** or **NO** for each of the Following Questions:

1. Have you ever had any problems with your heart?......................................................................... ☐ YES ☒ NO
   If yes, please respond to the following:
   - Have you ever had a heart attack or cardiac arrest?................................................................ ☐ YES ☐ NO
     - Within the last three months...................................................☐ YES ☐ NO
   - Do you have chest pain or angina?......................................................................................... ☐ YES ☐ NO
     - If So, has your symptoms increased recently?........................................ ☐ YES ☐ NO
   - Do you have a history of congestive heart failure?..............................................................☐ YES ☐ NO
     - If So, has your symptoms increased recently?........................................ ☐ YES ☐ NO
   - Do you have cardiac arrhythmia (irregular Heartbeat)? ......................................................☐ YES ☐ NO
     - If so, do you take medication for treatment?..........................☐ YES ☐ NO
   - Do you have any problems with your heart valves?............................................................. ☐ YES ☐ NO
     - If so, does this problem limit your physical activity?.......................... ☐ YES ☐ NO

2. Do you have High blood pressure?..........................................................................................☐ YES ☒ NO
   - If yes, Do you take medication for treatment?.............................................☐ YES ☐ NO

3. Are you diabetic?................................................................................................................... ☐ YES ☒ NO
   - If yes do you use insulin?............................................................. ☐ YES ☐ NO

4. Have you had a stroke or TIA (mini-stroke) or seizure?.........................................................☐ YES ☒ NO
   - If yes, please describe:_____

5. Have you ever had problems with your lungs or breathing?................................................... ☐ YES ☒ NO
   - If yes, check one: ☐ Asthma ☐ emphysema(COPD) ☐ Bronchitis ☐ Other:_____
   - Have you ever been hospitalized for this problem?................................ ☐ YES ☐ NO
   - Does this problem limit your physical activity?..................................... ☐ YES ☐ NO
   - Date and location of your last chest X-Ray:_____

6. Have you ever had liver problems or hepatitis?.....................................................................☐ YES ☒ NO
   - If yes, check one: ☐Hepatitis A ☐Hepatitis B ☐Hepatitis C ☐Don't know type
   - Describe other liver problems_____ last liver function test:_____

7. Have you ever had problems with kidney function?................................................................ ☐ YES ☒ NO
   - If yes, describe problem_____
   - Do you have renal failure?..................................................... ☐ YES ☐ NO

8. Have you ever been treated for cancer?................................................................................. ☐ YES ☒ NO
   - If yes, please list type of cancer:_____
   - Did you receive radiation therapy?................................................ ☐YES ☐ NO

9. Do you have a bleeding disorder, bruise easily or take a blood thinner like Coumadin?....................... ☐ YES ☒ NO
   - If yes, please describe:_____

10. When was your last menses/period?...................................................................................Date_____

11. Do you take a diuretic (water pill), digoxin (lanoxin), or a steroid?.................................................. □ YES ☒ NO

12. Have you been treated for Tuberculosis or MRSA?................................................................................. □ YES ☒ NO

13. Do you Smoke Cigarettes?........................................................................................................................ ☒ YES □ NO
    • Approximate number of packs per day: ___ 1/4 - 1/2 PPD

14. Do you drink alcohol?................................................................................................................................ ☒ YES □ NO
    • Approximate number of drinks per day:_____ Per week: __Rarely__

15. Have you or any family members had major problems with anesthesia?........................................... □ YES ☒ NO
    • If yes, please describe_____

16. Do you have hiatal hernia, frequent heartburn, or food regurgitation?__gastitis - 4yrs ago - @ a ED?__ □ YES ☒ NO

17. Have you seen a medical physician (internist, cardiologist, etc.) within the last 6 months?.................... □ YES ☒ NO
    • Physician's name:_____ Phone number:_____
    • If so, has your health worsened in any way since that visit......................□ YES □ NO

18. Please list any other medical problems not discussed above:
    _____DENIES_____

19. DVT Risk Assessment ___✗___ High risk/moderate risk (Requires SCD's) ____ Low Risk (No SCD's required)

**ACTIVITY LEVEL**

In the past month, have you experienced any difficulty:

    • Walking indoors around your home?                                    □ YES □ NO
    • Walking a block or two on level ground?                              □ YES □ NO
    • Doing light work, such as washing dishes?                           □ YES □ NO
    • Climbing a flight of stairs or walking up a hill?                   □ YES □ NO
    • Participating in moderate exercise such as golf?                    □ YES □ NO
    • Doing heavy work around your home like scrubbing floors or yard work?  □ YES □ NO
    • Participating in strenuous activities like running or tennis?       □ YES □ NO

Specifically, are you limited by shortness of breath?                     □ YES ☒ NO

*(If you answered yes, is there a specific medical condition that limits your level of activity? IE: arthritis, angina?)*

| PLEAST LIST: | MEDICATIONS | ALLERGIES | PREVIOUS SURGERIES |
|---|---|---|---|
| HEIGHT: 5'7" | DENIES | NKDA | Nose (5 yrs ago) (Abscess) |
| WEIGHT: 146 lbs. | | | |
| | | | |
| | | LATEX YES/NO | |

Filled out by person other than patient: Signature_____ [redacted] _____ Date: 7/3/19

Reviewing PAT RN: Signature: _____ [redacted] _____ Date:_____

**New Horizon Surgical Center, LLC**

Patient:

Dr. Kenneth McCulloch    DOS: 07/11/19

CONSENT TO OPERATION OR SURGICAL PROCEDURE

I _____ AUTHORIZE Dr. _McCulloch_ and /or his designated employees, co-surgeons, and/or assistants to treat the above named patient for the previously diagnosed condition of (give brief details) _____

and by performing the following Operation(s) or procedures, (which have been explained to me in layman terms) _Left Knee Arthroscopy + ALL Reconstr..._

2. I have been informed that there are risks associated with any surgical procedure, such as loss of blood, infection, heart failure, etc. I have also been made aware of the following risks and consequences associated with this operation. (describe) _____

The procedure has been explained in terms understandable to me, which explanation has included:
- ❖ The purpose and extent of the procedure to be performed;
- ❖ The risks involved in the proposed procedure, including those which, even though unlikely to occur, involve serious consequences;
- ❖ The possible or likely results of the proposed procedure;
- ❖ Feasible alternative procedures and methods of treatment, including no treatment at all, if applicable;
- ❖ The possible or likely results of such alternatives;
- ❖ The results likely if I remain untreated.

3. I UNDERSTAND that during the course of the operation, unforeseen conditions may be revealed that require additional different procedures and I authorize that these may also be performed.

4. I am aware that every effort has been made to establish a diagnosis. I am also aware that the practice of medicine and surgery is not an exact science and have been informed that no guarantee of the outcome of the above procedure has been made to me.

5. I have had sufficient opportunity to discuss my (the patient's) condition and treatment with the doctor and /or associates and all of the questions have been answered to my satisfaction. I believe that I have had adequate knowledge upon which to base an informed consent to the proposed treatment.

6. I have been informed that, in order to establish an accurate diagnosis and provide for as safe a procedure as possible, physicians need full and complete patient information. In this regard, I represent that I have fully and completely answered my physicians' questions and accurately completed any questionnaire regarding my personal and family medical history and have disclosed any allergies, pre-existing medical conditions, prior illnesses and/or diseases and all prior treatments and procedures.

7. By signing this informed consent you agree to hold harmless New Horizon Surgical Center, LLC, its owners, employees and contractors from all professional and personal liability, negligence, or other legal liability. You agree to be responsible for all legal costs and fees that may result from action(s) on your part or on the part of your representative(s) against us. You have the right to have this consent reviewed by your lawyer before accepting any services from our office and we suggest that you exercise this right.

8. I consent to the disposal by the authorities of New Horizon Surgical Center, LLC of any parts or tissues which may be removed as a result of the surgical procedure and to photograph any parts or tissues which may be removed.

9. I have read this document completely before signing and acknowledge that all blanks have been completed before signing.

10. I, the undersigned, give permission to New Horizon Surgical Center, LLC to photograph tissue and/or body parts for treatment and education purposes and for use in medical publications, books and journals. These photographs will relate to the procedure being performed. I understand that identifiable facial features will not be photographed. I waive all rights that I may have to any claims for payments, royalties or other remunerations in connection with any exhibition of foregoing recording(s).

I understand that my physician may videotape all or part of my procedure and that such videotape is NOT part of my medical record. Any videotape may be in the possession of the physician. New Horizon Surgical Center, LLC, assumes NO responsibility for its disposition.

12. I have been advised not to operate machinery, drive a car, make important decisions, or take any medication not prescribed by my physician for at least twenty-four (24) hours after discharge.

13. I consent to the drawing of my blood for testing for blood borne pathogens in the event that a health care provider suffers an inadvertent needle stick injury.

14. I understand that in the event of an emergency or the need for extended care, I may be transferred to a hospital. If I am transferred, I authorize New Horizon Surgical Center, LLC to obtain a copy of my "Discharge Summary and/or ER records", and also as to provide New Horizon Surgical Center, LLC with access to all appropriate follow-up information and medical documentation related to my medical care and outcome.

PATIENT'S SIGNATURE: _____  WITNESS: _____

DATE: _____

SIGNATURE OF OTHER RESPONSIBLE PARTY IF NECESSARY: _____

If patient is unable to sign, give reason: _____

Relationship to Patient: _____

SURGEON'S CERTIFICATION:

I, _____ M.D. / D.O. / D.C., certify that I have explained the specific Operation(s) or Procedure(s) and the attendant risks, to the above named Patient and/or Other Responsible Person who has signed the Consent.

SIGNATURE: _____    DATE: _7/11/19_

**New Horizon Surgical Center**
880 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202 fax: (973) 782-4206

Dr. Kenneth McCulloch   DOS: 07/11/19

## ANESTHESIA CONSENT

I consent to the administration of anesthesia under the direction of one or more staff members
of the Department of Anesthesiology at New Horizon Surgical Center.

I authorize the placement of noninvasive (blood pressure cuff, EKG, electrodes, pulse oximeter, etc.)
and invasive (central venous catheter, pulmonary artery catheter, arterial catheter, etc.) devices
deemed necessary by the anesthesiologist to adequately monitor my vital bodily functions.

I consent to the administration of the following types of anesthesia (Check all that apply):

☑ GENERAL ANESTHESIA-including intravenous agents and inhaled gases which will cause unconsciousness
and may require placement of a device to assist in breathing such as oral airway, laryngeal mask airway,
or endotracheal tube.

☐ MODERATE SEDATION/ANALGESIA (CONSCIOUS SEDATION/MONITORED ANESTHESIA CARE)-
including intravenous agents and inhaled gases which cause a drug-induced depression of consciousness
during which patients respond purposefully to verbal commands, either alone or accompanied by light tactile
stimulation.

☐ REGIONAL ANESTHESIA-including needle injections near major nerves which will temporarily causes me to
lose pain sensations in certain areas of my body with or without additional sedative.

☐ LOCAL ANESTHESIA-including local anesthesia agents with or without additional sedatives.

If my regional or local anesthetic is not satisfactory to me or my surgeon, I consent to the administration of
general anesthesia.

Dr. _____ has fully explained to me the nature and purpose of each
type of anesthesia, the options, the benefits and risks involved and the possibility of complications from each
type of anesthesia. He/She has also explained the purpose of each device used for monitoring my vital
bodily functions, the risks involved with placement and the potential complications if the device is not employed.

I understand that during the course of an operation unforeseen changes in my condition may arise which
would necessitate a change in the care being provided to me. Should such an instance arise, I permit the
anesthesiologist to provide treatment which he/she deems necessary for my safety and well-being.

I am aware that the practice of anesthesiology is not an exact science, results cannot always be anticipated
and no guarantees can be made concerning the results of the administration of anesthetics to me. Common
side effects of anesthesia include: nausea and vomiting, headache, backache, sore throat or hoarseness
and soft tissue swelling. In addition, even minor surgery may carry with it major unforeseen anesthetic risks
and complications. These include, but are not limited to, damage to mouth, tongue, teeth, lips, jaw, and vocal cords,
pneumonia, numbness, pain, paralysis, damage to veins, arteries or kidneys, adverse drug reactions and in rare cases
permanent brain damage, heart attack, stroke or death. These potential risks apply whether I have general,
regional or local anesthesia.

Patient Initials: _____     Physician Initials: _____     Witness Initials: _____

**New Horizon Surgical Center**
680 Broadway, Suite 201
Paterson, NJ 07514
973-782-4202



Dr. Kenneth McCulloch    DOS: 07/11/19

## ANESTHESIA CONSENT FORM   Page 2

In the event of an accidental needle stick or exposure, I consent to the testing of my blood for infectious diseases including, but not limited to, HIV and Hepatitis.

I understand that if I am pregnant elective surgery should be postponed until after the baby is born. I understand that anesthetics cross the placenta and may temporarily anesthetize my baby. Although fetal complications of anesthesia during pregnancy are very rare, the risks to my baby include but are not limited to, birth defects, premature labor, permanent brain damage and death.

I certify that I have to the best of my ability, revealed all illnesses I have had, all past anesthetics I have received and any complications associated with them, all drug allergies I have and all medications I have taken in the past year. I have also responded truthfully to any additional questions asked by the anesthesiologist.

I certify that I have read and fully understand the above consent statement. In addition, I have been afforded an opportunity to ask whatever questions I might have regarding the anesthesia and/or the monitoring equipment, the alternative options and possible complications and they have been answered to my satisfaction.

I have been informed of the identity and professional status of other Medical Staff members who will be assisting in the procedures and/or treatments, and have had the opportunity to ask questions regarding the professional, educational and business relationships my physician may have with other health care providers and/or institutions.

Comments: _____

_____

_____

_____

Witness Signature    Date 7/11/19

Physician's Signature    Date 7/11/19

Patient Signature    Date /11/19

Parent/Guardian Signature    Date

**New Horizon Surgical Center, LLC**

**CONSENT FOR OBSERVERS**



Dr. Kenneth McCulloch      DOS: 07/11/19

---

### CONSENT FOR OBSERVERS IN THE PROCEDURE ROOM
### ADDENDUM TO CONSENT FOR PROCEDURE

I consent to the presence of an observer(s) in the Procedure Room during my procedure.

The observer(s) will in no way actively participate in the procedure. I agree to indemnify and hold harmless New Horizon Surgical Center, LLC (physician owners, employees, contracted staff) from any claims related to the presence of the observer in the Procedure Room.




_____        7 / 11 / 19
(Patient's Signature)                                   (Date)

_____        _____
(Or Patient's Significant Other's Signature)        (Date)

---

Supervision and direction of the observer shall be the responsibility of the attending physician, who shall be responsible over the conduct of the observer while in the Procedure Room.



Dr. Kenneth McCulloch   DOS: 07/11/19

# SABAS NY SERVICES
## 89 Atlantic Ave
## Lynbrook, NY 11563

Email:sabasproducts@gmail.com

FAX: 516.619.0411

Patient Name: _____ DOB:_____
Address: _____
City: _____ State: _____ ZIP:_____
Home #: _____
Cell #: _____
Other #:_____

Physician Name:_____
Physician Address:_____
City: _____ State: _____ ZIP: _____
Phone #: _____
Fax: _____
Signature_____ Date_____

## LETTER OF MEDICAL NECESSITY

I am writing on behalf of my patient that you approve coverage for the ThermoTek Therapy Wraps intermittent pneumatic compression and hot and cold therapy system. I consider this device medically necessary, and I am prescribing this device for the purpose of musculoskeletal injury treatment and/or postoperative treatment. The CTU (Cold/hot Therapy Unit) may be used up to 6 weeks post-surgery. Cryotherapy decreases the swelling, decreases pain, and decreased the need for pain medicines. The CTU pad is specifically designed to fit any joint (shoulder/ knee/ ankle/ elbow). CTU allows better temperature control in comparison to traditional packs, which makes this therapy tolerated better by the patient, therefore increase the the compliance and the outcomes. In conclusion, the post-surgery use of CTU therapy provides better and more reliable results. Furthermore, I have used this combination as part of my technique regularly, and both my patients and I are pleased with the results.

## THERMAL THERAPY
__LEFT __ RIGHT

__KNEE
__SHOULDER
__ELBOW
__HIP
__HAND

__ ANKLE
__ BACK
__ NECK
__ FOOT
__ WRIST

SELECT PAD TYPE
__STERILE    __REGULAR

SELECT PROTOCOL
__ COLD __ HEAT
__CONTRAST __ COMPRESSION __DVT

RENTAL PERIOD_____ HOURS PER DAY_____ OTHER NOTES_____

CERTIFICATE OF MEDICAL NECESSITY:
*Patients benefit from reduction of swelling in the operative area, decrease in pain and in consumption of pain medication. The patient's functional ability improves and the time of physiotherapy is reduced. Without using this device, the patient would require a higher dose of painkillers to reduce pain and heavy doses of anti-inflammatory medication to reduce swelling.*
Signature_____ Date_____

| Quantity | Item Description | Size | Anatomical Side | Code |
|---|---|---|---|---|
|  | Shoulder Orthosis |  | __ Left __ Right | L3671 |
|  | Shoulder/ Arm Abduction System |  | __ Left __ Right | L3960 |
|  | Cane | Adjustable | __ Left __ Right | E0105 |
|  | Wrist Brace |  | __ Left __ Right | L3908 |
|  | Crutches |  | __ Left __ Right | E0110 |
|  | Wrap Knee Brace Orthosis | Adjustable | __ Left __ Right | L1820 |
|  | Post-op Knee Rom Brace |  | __ Left __ Right | L1832 |
|  | Shoulder Arc Sling |  | __ Left __ Right | L3960 |
|  | CTU  (cold/hot therapy unit) |  | __ Left __ Right | A9901 |
|  | Manaflexx |  | __ Left __ Right | E1399 |
|  | other |  | __ Left __ Right |  |

Surgical Procedure: _____
Surgery Date: _____ DME Start Date: _____
Notes:_____
Diagnosis: _____
CD-10_____ ICD-10 _____

Insurance Type: __W/C __N/F __Lien __Self Pay __PVT
Primary Insurance Carrier:_____
Claim/ Carrier Case #:_____ DOA: _____
Policy#:_____ WCB#:_____
Phone #: _____ FAX: _____



**New Horizon Surgical Center**
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202 Fax: (973) 782-4206

Dr. Kenneth McCulloch     DOS: 07/11/19

## PRE-OP PHYSICIAN'S ORDER FORM

| | |
|---|---|
| Allergies: ☐NKA | |

Pre-Operative:
☑ NPO
☑ Insert Peripheral IV
☐ IV Fluid- Normal Saline at 50cc/hr
☐ Requesting consult for nerve block for post-op pain management by anesthesiologist
☐Other: _____
☐ Draw blood, maintaining aseptic technique for PRP injection
☐ Spin blood in centrifuge as per manufacturer's instructions for PRP injection
☐ Clip hair at operative site

☑ Ambulatory

☐ Other:

Physician's Signature: _____ Date: _7/11/__ Time: _10135_

(Orders must be signed & timed by Physician prior to being carried out by Nurse)

Nurse's Signature: _____ Date: _7/11/__ Time: _10.40_

| Valuables | Take Home | Kept at Own Risk | Placed In Locker | Companion | Transfer | Assistive Devices | | Take Home | Kept at Own Risk | Companion | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cane | | | | | |
| | | | | | | Crutches | | | | | |
| | | | | | | Eyeglasses | | | | | |
| | | | | | | Contact Lens | | | | | |
| | | | | | | ☐ R ☐ L | | | | | |
| | | | | | | Hearing Aid | | | | | |
| | | | | | | Walker | | | | | |
| | | | | | | Artificial Limbs | | | | | |
| | | | | | | Artificial Eyes | | | | | |
| | | | | | | Braces | | | | | |
| | | | | | | Wheelchair | | | | | |
| | | | | | | Dentures | | | | | |
| | | | | | | Upper | | | | | |
| | | | | | | Lower | | | | | |
| Money Amount | $100 | $50 | $20 | $10 | $5 | $1 | Total | | | | |
| | | | | | | | | | | | |

-I acknowledge that I have been assigned a personal locker to store all my belongings as specified above, and that I will be provided with the only key for this locker. I also recognize I was informed by telephone prior to today by staff of **New Horizon Surgical Center** not to bring any valuables to the Facility.

I further understand that **New Horizon Surgical Center** and its employees **are not** responsible for the reported loss of or damage to any of my wearing apparel or personal property, including cash, dentures, hearing aid, eyeglasses, contact lens, jewelry, designer bags, electronics, cellular phones or any other valuables and belongings. These items should be personally handed over by me to a family member or companion accompanying me today in the waiting room, or kept in the assigned patient locker for safekeeping. I also acknowledge that this list comprises all the items which were brought by me to **New Horizon Surgical Center** on this day.

THE ABOVE IS A CORRECT LIST OF MY BELONGINGS. I TAKE FULL RESPONSIBILITY FOR RETAINING IN MY POSSESSION THE ARTICLES LISTED ABOVE AND ANY OTHERS BROUGHT TO ME WHILE A PATIENT AT NEW HORIZON SURGICAL CENTER.

| ITEMS RETURNED HOME WITH: | | RELATIONSHIP: | |
|---|---|---|---|
| ADMISSION DATE | ADMIT TO | PATIENT SIGNATURE/SIGNIFICANT OTHER RELATIONSHIP | RN/UNIT SECRETARY/CNA |
| TRANSFER DATE | TRANSFER TO | | |
| | | | |
| | | | |
| DISCHARGE DATE | FROM | | |

Date: 7/11/19      Time:      ative Relationship:

# NEW HORIZON SURGICAL CENTER, LLC
## Medication Reconciliation

**ALLERGIES:** *NKDA*
Reaction:

**DRUG INTOLERANCES:**
Reaction:

Dr. Kenneth McCulloch      DOS: 07/11/19

**DIABETIC:** ☐ YES ☐ NO

**CURRENT MEDICATIONS** ☐ NONE

| DRUGS (Herbs, OTC, Vitamins, Dietary Supplements) | DOSE | ROUTE | FREQ. | LAST DOSE | PURPOSE STATED | COMMENTS |
|---|---|---|---|---|---|---|
| 1. *demu* | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| | | | | | | |
| | | | | | | |

**Listing Nurse's Signature** _____

**Discharge Medications**

☐ Resume Medications

☐ Exceptions #                          Reason:

☐ New Prescription (see below)

| DRUG | DOSE | ROUTE | FREQ. | PURPOSE | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Did patients bring medication into NHSC?    ☐ YES    ☐ NO

If Yes: SECURED:  ☐ YES  ☐ NO          RETURNED: ☐ YES  ☐ NO

MEDICATION PROFILE EXPLAINED TO PATIENT AND/OR FAMILY WITH COPY GIVEN: ☐ YES   ☐ NO
(no medications prescribed)

**Patient's Signature:**

**Physician's Signature:** _____          **Discharge Nurse:** _____

Medication Reconciliation

# Synergy Anesthesia - Billing Sheet

**Date of Service:** 7 | 11 | 19

**Anesthesia Time:** 1220 - 1500
*(military time)*

Dr. Kenneth McCulloch    DOS: 07/11/19

**ASA Class:**
I (II) III E *(circle one)*

**Anesthesia Type:**
☑ GA *(ETT/LMA)* ☐ GA *(TIVA)* ☐ MAC *(don't use w/ blocks)*

**Modifiers:**
☐ Age ≥ 70 years
☐ CRNA Supervision *(do not use if only 1 MD:1 CRNA)*
☐ Controlled Hypotension(+99135)    (2) IPACK block
☑ Nerve Block (interscalene, sciatic, femoral, axillary)
*\*Circle block type & complete nerve block note*
☐ QS Modifier *(required for Medicare MAC Pain Mgmt)*

## Surgical Center Info

| | |
|---|---|
| Name | New Horizon Surgical Center |
| Address | 680 Broadway, Suite 201 |
| City | Paterson |
| State | New Jersey |
| Zip | 07514 |
| NPI | 1558596296 |
| Facilty Type | ASC (POS 24) |

## Anesthesiologist:

☐ Edward Eaton,MD ☐ Chad Itzkovich,MD

☑ Sunay Ravindra,MD ☐ Andrew Koplik,MD

☐ Michelle Baker,MD ☐ Chris O'Mahony,MD

☐ Jie Zhou,MD ☐ Luke Kos,MD ☐ Camille Stewart,MD

☐ Peter Yen-Lai Lee, MD ☐ Steven Stein,MD ☐ George Doss,M

☐ Mehrdad Hamzeh,MD ☐ Jeffrey Yuskevich,MD

☐ Herbert Lee,MD ☐ Rentato Miguel,MD ☐ George Doss,MD

Other ☐ _____

## CRNA *(also check supervising MD)*
☐Suzanne Parra, CRNA ☐ Sarah Bryan,CRNA
☐Shanna Campbell,CRNA ☐Liliana Kovacevic,CRNA
☐Marci Viola,CRNA ☑Diana Ying,CRNA ☐Rehab Ogingo

Other ☐ _____

## Surgeon:
☐ Gabriel Dassa,DO ☐ Richard Seldes,MD
☐ Sheref Hassan,MD ☐ Darren J. Friedman,MD
☐ David Capiola,MD ☑ Kenneth McCulloch,MD
☐ Robert Haar,MD ☐ Aleksandr Khaimov,DO
☐ John Handago,MD ☐ Nirav Patel,MD *(vascular)*
☐ Joshua Landa,MD ☐ Gbolahan Okubadejo,MD
☐ Steven Yager,DPM ☐ Jack Eisenstein,DPM
☐ Gianni Persich,DPM ☐ Salvatore Gaudino,DPM
☐ Alex Tievsky,DPM ☐ Ankur Badri,DPM
☐ William B. Jones,DO ☐ Rene Hilderbrand,DO
☐ Ravi Naik,MD ☐ Solomon Halioua,MD ☐ Jinghui Xie,MD
☐ Joshua Persaud,MD ☐ Ross Nochimson,DO
☐ Roman Kosiborod, DO ☐ Stefan Trnovski, MD
☐ Nirmal Patel,MD *(pain mgmt)* ☐ Jignyasa Desai, DO

Other ☐ _____

ver 2019-03-28

## Procedure:

☐ Anes for nerve block; prone position (01992)

☐ Anes for nerve block; other than prone position (01991)

☐ Spine Surgery:☐ Cervical (00600),☐ Thoracic (00620),☐ Lumbar (00630)

☐ Hip Arthroscopy (01202) ☐ Elbow Arthroscopy (01740)

☑ Knee Arthroscopy (01400) ☐ Shoulder Arthroscopy (01630)

☐ Wrist Arthroscopy (01830) ☐ Ankle Arthroscopy (01464)

☐ Carpal Tunnel Release (01810) ☐ Open Foot/Ankle Surgery (01480)
☐ Knee Replacement (01402) ☐ Hip Replacement (01214)

☑ Details/Other: _____ACL repair_____

### QS Modifier Medical Necessity Diagnosis - Medicare Pain Mgmt
☐ G97.81 Low pain threshold (must be on pain or anxiety meds)
☐ T88.52XA Failed Mod Sed
☐ K73.2 Hepatitis
☐ Z79.891 On Chronic Medications ☐ E03.9 Hypothyroidism
☐ F10.10 Alcohol Use ☐ I11.0 HTN (3+ meds or uncotrolled)
☐ F41.9 Anxiety ☐ I24.0 Ischemic Heart Dis
☐ I48.91 Atrial Fibrilltion ☐ F79 Mental Retardation
☐ F31.10 Bipolar d/o ☐ I25.2 MI (Old)
☐ J40 Bronchitis ☐ F39 Mood Disorder
☐ I25.10 CAD ☐ E66.01 Morbid Obesity BMI≥40
☐ K74.60 Cirrhosis ☐ F40.8 Phobia/Awakening during proc
☐ F91.9 Combative Patient ☐ I49.3 PVCs/Palpitations
☐ J44.9 COPD/Asthma ☐ G47.33 Sleep Apnea
☐ E11.9 Diabetes (I or II) ☐ G45.9 TIA/Old
☐ F03.90 Dementia
☐ F32.9 Depresson ☐ _____

*\*Please use a code other than G97.81 or Z79.891, if applicable*

## Insurance:
☐ PiP/No-Fault/WC/PLIGA/Letter of Protect / Funding
☐ Major Medical *(all commercial)*
☐ Medicare*(pain requires QS diag code)*

☑ Details: _____Subin & ASSOC._____

# PERI-OPERATIVE BLOCK RECORD

Date: 7/11/19    Time: 1205

Dr. Kenneth McCulloch    DOS: 07/11/19

Per Dr. McCulloch's request, the following block was performed to pro... ...gement or pain for this patient. The procedure was explained as well as benefits (i.e. post-operative pain control and diminished use of intraoperative anesthetic agents) and risks, including but not limited to hematoma, nerve damage, incomplete block, allergic reaction and local anesthetic toxicity. The patient understands and wishes to proceed, having signed the anesthesia consent form.

| ✓ | PROCEDURE | CODE (CPT) |
|---|---|---|
| ✓ | Femoral or Adductor Canal Block, Single | 64447 |
| | Femoral Nerve Block, Catheter | 64448 |
| | Sciatic Nerve Block, Single (eg Popliteal) | 64445 |
| | Sciatic Nerve Block, Catheter | 64446 |
| | Brachial Plexus Block, Single | 64415 |
| | Brachial Plexus Block, Catheter | 64416 |
| | Other Peripheral Nerve Block | 64450 |
| ✓ | Ultrasound Guided Block | 76942 |
| | Ultrasound for Vascular Access | 76937 |

| ✓ | DIAGNOSIS | CODE (ICD-10) |
|---|---|---|
| | Shoulder Pain | M25.519 |
| | Upper Arm/Elbow Pain | M25.529 |
| | Forearm/Wrist Pain | M25.539 |
| | Hand Pain | M79.643 |
| | Pelvic/Hip/Thigh Pain | M25.559 |
| ✓ | Knee/Lower Leg Pain | M25.569 |
| | Ankle/Foot Pain | M25.579 |
| | Other Specified Site Pain | M25.50 |
| | Other Acute Post-Op Pain | G89.18 |

MODIFIERS: ☑ 59 (For Post-Op Pain Management)    PROCEDURE LOCATION: ☑ Holding
                                                                      ☐ PACU
                                                                      ☐ OR

PRE-PROCEDURE TIME OUT: (Y/N)    STANDARD ASA MONITORS: (Y/N)

SITE: LEFT/RIGHT    ☐ NECK    ☐ AXILLA    ☐ GROIN    ☐ OTHER: _____

LEVEL OF CONSCIOUSNESS: ☐ AWAKE & UNSEDATED    ☑ SEDATED BUT RESPONSIVE    ☐ ASLEEP

PREMEDICATED WITH: 4mg IV Versed + 100 mcg IV fentanyl

POSITION: ☑ SUPINE    ☐ PRONE    ☐ LLD    ☐ RLD    ☐ SITTING

FIELD: ☑ ASEPTIC SKIN PREP    ☑ STERILE TECHNIQUE

EQUIPMENT: ☑ ULTRASOUND MACHINE    ☑ NERVE STIMULATOR

NEEDLE TYPE: Stimplex    GAUGE: 22    LENGTH: 2"

| ✓ | PROCEDURE DESCRIPTION |
|---|---|
| ✓ | NO Paresthesia |
| ✓ | NO Pain on Injection |
| ✓ | NO Heme Aspirated |
| ✓ | Needle Injection |
| ✓ | Incremental Aspiration q 5ml |
| | Incremental Injection q 5 ml |
| ✓ | Normal Injection Pressure |
| ✓ | Well Tolerated/Uneventful |
| ✓ | NO complications noted |
| ✓ | Ultrasound Image attached |

| mL | LOCAL ANESTHETIC | % | Epi |
|---|---|---|---|
| | Bupivacaine | | |
| | Lidocaine | | |
| | Mepivacaine | | |
| 20 | Ropivacaine | 0.5 | Ø |

Additional Adjuvants: 10 mg decadron

ADDITIONAL NARRATIVE:

BLOCK PERFORMED BY: _____
                        Signature

**PERI-OPERATIVE BLOCK RECORD**

Date: 7/11/19    Time: 1211

Per Dr. McCulloch 's request, the following block was performed to provide management of pain for this patient. The procedure was explained to the patient as well as benefits (i.e. post-operative pain control and diminished use of intraoperative anesthetic agents) and risks, including but not limited to hematoma, nerve damage, incomplete block, allergic reaction and local anesthetic toxicity. The patient understands and wishes to proceed, having signed the anesthesia consent form.

| ✓ | PROCEDURE | CODE (CPT) |
|---|---|---|
| | Femoral or Adductor Canal Block, Single | 64447 |
| | Femoral Nerve Block, Catheter | 64448 |
| | Sciatic Nerve Block, Single (eg Popliteal) | 64445 |
| | Sciatic Nerve Block, Catheter | 64446 |
| | Brachial Plexus Block, Single | 64415 |
| | Brachial Plexus Block, Catheter | 64416 |
| ✓ | Other Peripheral Nerve Block | 64450 |
| | Ultrasound Guided Block | 76942 |
| | Ultrasound for Vascular Access | 76937 |

IPACK Block

| ✓ | DIAGNOSIS | CODE (ICD-10) |
|---|---|---|
| | Shoulder Pain | M25.519 |
| | Upper Arm/Elbow Pain | M25.529 |
| | Forearm/Wrist Pain | M25.539 |
| | Hand Pain | M79.643 |
| | Pelvic/Hip/Thigh Pain | M25.559 |
| ✓ | Knee/Lower Leg Pain | M25.569 |
| | Ankle/Foot Pain | M25.579 |
| | Other Specified Site Pain | M25.50 |
| | Other Acute Post-Op Pain | G89.18 |

**MODIFIERS:** ☑ 59 (For Post-Op Pain Management)

**PROCEDURE LOCATION:** ☑ Holding ☐ PACU ☐ OR

**PRE-PROCEDURE TIME OUT:** (Y)/N

**STANDARD ASA MONITORS:** (Y)/N

**SITE:** LEFT/RIGHT ☐ NECK ☐ AXILLA ☐ GROIN ☑ OTHER: Interspace btwn popliteal artery & capsule posterior knee

**LEVEL OF CONSCIOUSNESS:** ☐ AWAKE & UNSEDATED ☐ SEDATED BUT RESPONSIVE ☐ ASLEEP

**PREMEDICATED WITH:** (same as femoral block; ø additional)

**POSITION:** ☑ SUPINE ☐ PRONE ☐ LLD ☐ RLD ☐ SITTING

**FIELD:** ☑ ASEPTIC SKIN PREP ☑ STERILE TECHNIQUE

**EQUIPMENT:** ☑ ULTRASOUND MACHINE ☐ NERVE STIMULATOR

**NEEDLE TYPE:** Stimplx **GAUGE:** 22 **LENGTH:** 4"

| ✓ | PROCEDURE DESCRIPTION |
|---|---|
| / | NO Paresthesia |
| / | NO Pain on Injection |
| / | NO Heme Aspirated |
| / | Needle Injection |
| / | Incremental Aspiration q 5ml |
| / | Incremental Injection q 5 ml |
| / | Normal Injection Pressure |
| / | Well Tolerated/Uneventful |
| / | NO complications noted |
| / | Ultrasound Image attached |

| mL | LOCAL ANESTHETIC | % | Epi |
|---|---|---|---|
| | Bupivacaine | | |
| | Lidocaine | | |
| | Mepivacaine | | |
| 10 | Ropivacaine | 0.5 | ø |

Additional Adjuvants: ø

**ADDITIONAL NARRATIVE:**

**BLOCK PERFORMED BY:** eb BAKERN
*Signature*

New Horizon Surgical Center, LLC
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202  Fax: (973) 782-4206



Dr. Kenneth McCulloch    DOS: 07/11/19

PACU ANESTHESIA ORDER SHEET

| Nurse sign, Date, and Time When/If Carried Out | |
|---|---|
| | 1. Admit to PACU |
| | 2. VITAL SIGNS AS PER PACU STANDARDS OF CARE |
| | 3. O2 AT 3 Liters per minute(s)  PRN (as needed)<br>_____ NASAL CANNULA _____ FACE MASK |
| NURSE'S SIGANTURE: _____<br>DATE: 7\11\19  TIME: 1506 | 4. IV FLUIDS:     N.S. st 50 cc/hr |
| | 5. WARMING UNIT FOR HYPOTHERMIC PATIENT PER PACU CRITERIA |
| | 6. Discontinue IV when tolerating P.O. fluids. |
| | 7. PRN MEDICATION ORDERS |
| 7a. | 7A.     Fentanyl     50 micrograms IV every 10 minute(s)<br>up to 100 micrograms for pain 6-10<br><br>25 micrograms IV every 10 minute(s)<br>up to 50 micrograms for pain 3-5 |
| 7b. | 7B.     Percocet 5-325mg (1) tab for pain 3-5 if tolerating P.O. X1 |
| 7.c<br><br>☐ 4/11/19  1506 | 7C.     Percocet 5-325mg (2) tab for pain 6-10 if tolerating P.O. X1 |
| 8a. | 8. PRN NAUSEAU ORDERS |
| | 8A.     Zofran (ondansetron) for nausea     4 mg IV X1 |
| 9.<br><br>☐ 7/11/19  1540 | 9. OTHER:<br>Dilaudid 0.5mg IUP PRN pain 7-10<br>q 20 min up to 2 mg _____ _____<br>7/11/19<br>1543 |

ANESTHESIOLOGIST SIGNATURE: _____  DATE: 7/11/19  TIME: 1506
ORDERS MUST BE SIGNED, DATED, AND TIMED PRIOR TO PATIENT BEING ADMITTED TO PACU

PATIENT HAS MET PACU DISCHARGE CRITERIA

ANESTHESIOLOGIST SIGNATURE: _____  DATE: 7/11/19  TIME: 1610

**New Horizon Surgical Center**
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202 fax: (973) 782-4206

New Horizon Surgical Center – Anesthesia Record

| Preoperative Diagnosis | ACL tear | | Post Operative Diagno: | Dr. Kenneth McCulloch | DOS: 07/11/19 |

| Machine Checked | ☑ | Surgeon | McCallar | Asst | Carey |

**Operation:** Left knee arthroscopy ACL repair

| Anesthesia Type: | Time | | Prein | | | 1220 | | | | 0400 | | | | | | | | 1400 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ General | Sevo/Desflurane | % | | 2 | | 2 | | 2 | | | 2.3 | 2.2 | 2.0 | | 1.9 | ☒ | |
| ☑ Regional | O₂ | l/m | 8 | 2 | | 2 | | 2 | | | 2 | 2 | 2 | | 2 | 2 | ☒ |
| ( see separate note ) | Propofol | mg | 220 | | | | | | | | | | | | propofol mg/kg/min AS |
| ☐ MAC | Ketorolac | mg | 40 | | | | | | | | | | | | |
| Induction: | Zofran / reglan | mg | | 4/10 | | | | | | | | | | | | |
| ☑ IV ☐ Inhalation | midaz | mg | | preop | hn | blurb | hn | Better | | | | | | | |
| ☐ IM ☐ pre O₂ | Fentanyl | mcg | 100 | | | | | | | | | 50 | | | 50 |
| ☐ Rapid Sequence | Temperature F | | 98 | | 98 | | | 98 | | 98 | 98 | 98 | | 98 |
| ☐ Cricoid Pressure | EKG | | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR |
| Intubation: | O₂ Saturation % | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| ☑ Easy | ETCO₂ | | 45 | 42 | 40 | 48 | 50 | 52 | 55 | 53 | 48 |
| ☑ Atraumatic | Resp Rate | | 17 | 17 | 17 | 20 | 23 | 23 | 19 | 21 | 25 |
| ☑ +ETCO₂ | | | | | | | | | | | | |

Intubation Equipment:
Blade Type: _____
Blade Size: _____
Stylette ☐ Yes ☐ No
☐ Video Laryngoscope

Airway Maintenance:
☑ Oral ☐ Nasal
☐ Easy mask ventilation
☐ Cannula
☐ LMA Size 4
☑ Leak ≤ 25 cm H₂0
☐ ETT Size: _____
☐ Air in cuff: _____ ml

Monitors:
☑ EKG ☑ SpO₂
☑ NIBP
☑ Capnograph
☑ Ventilator
☐ Nerve Stimulator
☑ Skin Temp
☐ Other: _____

| | | 200 | BP v ∧ |
| | | 180 | HR • |
| | | 160 | |
| | | 140 | |
| | | 120 | |
| | | 100 | |
| | | 80 | |
| | | 60 | SPON |
| | | 40 | ASST CONT |
| | | 20 | |

Eye Care:
☐ Ointment ☑ Taped

| Fluids (total ml) | LS |

Temperature Control:
☑ Air Warmer
☐ Fluid Warmer

Position: ☑ Supine
☐ Prone ☐ Sitting
☐ Left / Right Lateral
☑ Head&Neck Neutral
☑ Arms < 90 degrees
☑ AILPPP
☐ CRNA Supervision
☐ Attending anesthesiologist present for induction and emergence and immediately available througout

| EBL | |

**Remarks:**

Tourniquet ↑ 1240 LLE

↓ 1440

Total Fluids
300-↑LB
1000 ml

Anes Start: 1220
Surgery Start: 1242
Surgery End: 1503
Anes End: 1506
ASA: 1 ②3

Antibiotic Name: Ancef     Dose: 2gm    Time: 1230    Route: IV

| Date: 7/11/19 | Signature: | JBn BARRCM | CRNA |

**New Horizon Surgical Center**
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202 fax: (973) 782-4206



New Horizon Surgical Center - Anesthesia Record

Page 2 of 2

| Preoperative Diagnosis | Lft ACL tear | | Post Operative Diagnosis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Machine Checked ✓ | | | Surgeon | McCulloch | | | | Asst | Carrey | | | |

Operation: Left knee arthroscopy & ACL repair

| Anesthesia Type: | Time | PreIn | 1445 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| □ General | Sevo/Desflurane % | X | | | | | | | | |
| □ Regional | O₂ l/m | 2 | 2 | 2 | | | | | | |
| ( see separate note) | Propofol mg | | | | | | | | | |
| □ MAC | Propofol mg/kg/min | 125 | 75 | X | | | | | | |
| Induction: | | | | | | | | | | |
| □ IV □ Inhalation | | | | | | | | | | |
| □ IM □ pre O₂ | Fentanyl mcg | | | | | | | | | |
| □ Rapid Sequence | Temperature F | 98 | 98 | 98 | | | | | | |
| □ Cricoid Pressure | EKG | st | st | st | | | | | | |
| Intubation: | O₂ Saturation % | 99 | 99 | 99 | | | | | | |
| □ Easy | ETCO₂ | 38 42 | 48 | 48 | | | | | | |
| □ Atraumatic | Resp Rate | 28 | 20 | 20 | | | | | | |
| □ +ETCO₂ | | | | | | | | | | |

| Intubation Equipment: | | 200 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blade Type: ___ | BP ∨ ∧ | | | | | | | | | | | |
| Blade Size: ___ | | 180 | | | | | | | | | | |
| Stylette □ Yes □ No | HR • | | | | | | | | | | | |
| □ Video Laryngoscope | | 160 | | | | | | | | | | |
| Airway Maintenance: | | | | | | | | | | | | |
| □ Oral □ Nasal | | 140 | | | | | | | | | | |
| □ Easy mask ventilation | | | | | | | | | | | | |
| □ Cannula | | 120 | | | | | | | | | | |
| □ LMA Size ___ | | | | | | | | | | | | |
| □ Leak ≤ 25 cm H₂0 | | 100 | | | | | | | | | | |
| □ ETT Size: ___ | | | | | | | | | | | | |
| □ Air in cuff: ___ ml | | 80 | | | | | | | | | | |
| Monitors: | | | | | | | | | | | | |
| □ EKG □ SpO₂ | SPON | 60 | | | | | | | | | | |
| □ NIBP | ASST | | | | | | | | | | | |
| □ Capnograph | CONT | 40 | | | | | | | | | | |
| □ Ventilator | | | | | | | | | | | | |
| □ Nerve Stimulator | | 20 | | | | | | | | | | |
| □ Skin Temp | | | | | | | | | | | | |
| □ Other ___ 98 | | | | | | | | | | | | |

| Eye Care: | Fluids (total ml) | NS | | | | | | | | | | | Total Fluids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| □ Ointment □ Taped | | | | | | | | | | | | | |
| Temperature Control: | | | | | | | | | | | | | |
| □ Air Warmer | | | | | | | | | | | | | |
| □ Fluid Warmer | | | | | | | | | | | | | |
| Position: □ Supine | | | | | | | | | | | | | |
| □ Prone □ Sitting | | | | | | | | | | | | | |
| □ Left / Right Lateral | EBL | | | | | | | | | | | | |
| □ Head&Neck Neutral | Remarks: | | | | | | | | | | | | |
| □ Arms < 90 degrees | | | | | | | | | | | | Anes Start: | |
| □ All PPP | | | | | | | | | | | | | |
| □ CRNA Supervision | | | | | | | | | | | | Surgery Start: | |
| □ Attending | | | | | | | | | | | | | |
| anesthesiologist | | | | | | | | | | | | Surgery End: | |
| present for induction | | | | | | | | | | | | | |
| and emergence and | | | | | | | | | | | | Anes End: | |
| immediately available | | | | | | | | | | | | | |
| throughout | | | | | | | | | | | | ASA: 1 2 3 | |

| | Antibiotic Name: ___ Dose: (1) | Time: ___ | Route: ___ |
|---|---|---|---|

| Date: 7/11/19 | Signature: ___ Bauer BAUER MD |

New Horizon Surgical Center, LLC
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202  Fax: (973) 782-4206



Dr. Kenneth McCulloch    DOS: 07/11/19

## ANESTHESIA EVALUATION AND PROGRESS NOTE

Page 1 of 2

| Date/Time | *PRE-PROCEDURE ANESTHESIA EVALUATION* |
|---|---|
| | Age: 30  Sex: ☑ Male  ☐ Female  Nothing by Mouth: 28 hours |
| | **Procedure Planned** SALK, LK - ACL |
| | **Past Medical History:** gastritis, smoker |
| | **Past Surgical History:** rotator abscess |
| | **Past Anesthesia History:** φ prob. φFH oresin cunplic |
| | **Medication:** ☑ List in chart reviewed & confirmed |
| | **Allergies:** ☑ NKDA |
| | **Advanced Directive:** ☐ No  ☐ Yes *  DNR: ☑ No  ☐ Yes |
| | * discussed with patient |
| | *PHYSICAL EVALUATION* |
| | **Blood Pressure:** 129/64  **Pulse:** 81  **Respirations:** 16 |
| | **Temperature:** 98.6  **Oxygen Sat:** 97  **Height:** 5'7"  **Weight:** 146. |
| | **Airway:** ☑ normal  **Significant findings:** |
| | **Dental:** ☑ negative  **Significant findings:** |
| | **Heart:** ☑ RRR  **Significant findings:** |
| | **Lungs:** ☐ CTA  **Significant findings:** |
| | |
| | **Lab:** ☐ WNL  **Significant findings:** |
| | **X-Ray:** ☐ WNL  **Significant findings:**  n/a |
| | **EKG:** ☐ NSR  **Significant findings:** |
| | **ASA Classification:** I ☑ II  III  E |
| | *PLAN OF CARE* |
| | ☑ General Anesthesia  ☐ Spinal  ☐ Epidural  ☑ Block  ☐ Sedation |
| | ☑ Anesthesia risks, options and benefits discussed with patient. |
| | ☑ I have examined the patient and the accompanying chart and have found no significant changes |
| | in the patient's condition that should alter the planned course of treatment. |
| 6/10/9 | |
| 6/12 | |
| | **Signature:** |

nsr= normal sinus rhythm    rrr= regular rate and rhythm    CTA= clear to auscultation    * Comment required

New Horizon Surgical Center, LLC
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202   Fax: (973) 782-4206



## ANESTHESIA EVALUATION AND PROGRESS NOTE

| Date/Time | POST-PROCEDURE ANESTHESIA EVALUATION |
|---|---|
|  | **Patient tolerated anesthesia well**      ☑ Yes        ☐ No * |
|  | **\* Comment:** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | Vital signs stable, no anesthesia complications noted |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | **Signature:** |

110 Duane Street
New York, N.Y 10007
Tel 212-355-5555

125-10 Queens Blvd
Queens, NY 11415
Telephone: 212-355-5555

## Knee Arthroscopy Post-Operative Instructions:
### ACL Reconstruction

**Diet:**
You may resume your regular diet as tolerated.

**Medications:**
You may resume your usual pre-operative medications unless otherwise instructed. Use pain medication as needed according to the prescription instructions.

**Wound Care:**
Do not wet the dressing.
Red/Pink spotting on the dressing is normal. This is mostly water from the procedure. If there is heavy spotting or bleeding please contact us. Remove your dressing 48 hours after your surgery. You may shower after removing the dressing. No baths. Wash with soap and water. Gently pat dry and then apply Band-Aids to the incisions, if there is redness or drainage around the incision please contact us immediately.

**Activity:**
Keep brace in place until physician removes it, this does not allow the knee to bend and is needed to heal properly.
Use Crutches for ambulation, weight bearing as tolerated
Elevate your leg above your heart level when you are not walking or resting. For exercise begin with foot pumps for 5-10 minutes 3 times a day and straight leg raises for 5-10 minutes 3 times a day.
You may use Ice packs wrapped in cloth for 20 minutes at a time 3-4 times per day.
**Never apply ice or Ice packs to skin directly**

**Follow up:**

- Please contact Dr. McCulloch's office ASAP to schedule a follow up appointment. The office staff will tell you when to come in, this will usually be 7-10 days after the procedure.
- **OPERATIVE PHOTOS** will be provided to you the day of your procedure upon discharge.
- Please bring the **OPERATIVE PHOTOS** with you to the follow-up appointment. Dr. McCulloch will need the **OPERATIVE PHOTOS** to review your procedure with you.

# DISCHARGE INSTRUCTIONS FOR PERIPHERAL NERVE BLOCK PATIENTS

## WHAT TO EXPECT AFTER A NERVE BLOCK

Nerve blocks affect many types of nerves, including nerves that control movement, pain, and normal sensation. Nerve blocks cause feelings such as:

- Numbness
- Tingling
- Heaviness
- Weakness or inability to move your arms or legs
- A feeling that your arm has "fallen asleep"

A nerve block can last for 12-36 hours or more, depending on the medications used. Usually the weakness wears off first. The tingling and heaviness wear off next. Finally, you may start to notice pain. Keep in mind that this may occur in any order. Once a nerve block wears off, it is usually gone within 4 hours. Therefore, you should start taking your pain medication once you start feeling an increase in pain. Certain nerve blocks can cause other symptoms. If you have had a shoulder block near your collar bone, you may have symptoms such as:

- Mild shortness of breath
- Hoarse voice
- Blurry vision
- Unequal pupils
- Drooping of your face on the same side as the nerve block

These are common side effects of this type of nerve block. These symptoms usually go away within 24 hours.

If you had a prolonged or severe shortness of breath, go to your nearest emergency room.

If you continue to feel the effects of the nerve block for longer than 48 hours, please call your surgeon. Tingling in the fingers or toes of the blocked extremity can last several days, this is particularly true for patients who are diabetic or have a history of neurological disease.

**New Horizon Surgical Center**
680 Broadway, Suite 201
Paterson, NJ 07514
(973) 782-4202  Fax: (973) 782-4206



Dr. Kenneth McCulloch   DO..

## POST-OP PHYSICIAN'S ORDER FORM

| | |
|---|---|
| | Post-Operative: |
| | ☑ Vital signs as per PACU protocol |
| | ☐ Offer P.O. fluid and snack |
| | ☑ If operated extremity is leg, crutches/cane weight bearing as tolerated |
| | ☐ If operated extremity is arm, sling/shoulder immobilizer |
| | |
| | |
| | Allergies:       ☑ NKA |
| | |
| | |
| | |
| | |
| | ☑ Ambulatory |
| | |
| | |
| | ☐ Other: |
| | |
| | |
| | |
| | |
| | |
| | Physician's Signature:                    Date: 7/11/19    Time: |
| | |
| | (Orders must be signed & timed by Physician prior to being carried out by Nurse) |
| | |
| | Nurse's Signature:                    Date: 7/11/19    Time: |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Preoperative diagnosis:

Postoperative diagnosis:

Procedure:

Anesthesia:

Anesthesia type:    General    Regional    MAC    Local Anesthesia

Notes:

☐ Discharge per criteria to home in care of responsible adult.

☐ Hold patient until seen by physician.

Physician's Signature:    Date: 7/11/19    Time: 1506

NEW HORIZON SURGICAL CENTER LLC.

# EQUIPMENT/INVOICE
# CHECKLIST



Dr. Kenneth McCulloch    DOS: 07/11/19

*The following checklist must be completed by discharging nurse before chart is given to medical records.*

*Plese check all that apply.*

## IMPLANT/ STERILE EQUIPMENT INVOICE PRESENT: ✓

## **WAITING ON VENDOR PRICING** ☐

## DME STICKER PRESENT ON INVOICE: ✓

- **CANE:** ✓
- **CRUTCHES:** ✓
- **WALKER:** ✗
- **CERVICAL COLLAR:** ✗
- **BOOT/CAMWALKER:** ✗

## SPECIMEN REQUEST: ✗

## PRESCRIPTION: ✗

## DISCHARGE INSTRUCTIONS: ✓

## ANY SPECIAL INSTRUCTIONS ie...(ON Q PCA PUMP): ✗

SIGNATURE: _____        DATE: 7/11/19

Left ACL



Dr. Kenneth McCulloch    DOS: 07/11/19

ew Horizon Surgical Center
Implant Record

Physician: _____

Nurse: _C. Cedeno_

Vendor/Manufacturer: _____ REF AR-1588BTB-J  ⚡2024-02-29
Catalog/Mc  BTB TightRope®, Double Loaded Passing Sutures ‎‎‎‎‎‎--

Serial/ Lot #  LOT 10287064    Arthrex

Description: _____

Expiration Date: _____

REF AR-1288-100    ⚡2022-05-31 _____
Implant System,
Double Loaded TightRope® RT
10 mm
LOT 10154284    Arthrex

Serial/ Lot # _____

Description: _____

Expiration Date: _____

Vendor/Manufacturer: _____

Catalog/Model # _____

Serial/ Lot.# _____

Description: _____

Expiration Date: _____

Vendor/ Manufacturer: _____

Catalog/Model # _____

Serial/Lot# _____

Description: _____

Expiration Date: _____

Vendor/Manufacturer: _____

Catalog/ Model #: _____

Serial/ Lot#: _____

Description: _____

Expiration Date: _____

Vendor/Manufacturer: _____

Catalog/Model #: _____

Serial/Lot # _____

Description : _____

Expiration Date: _____

Vendor/Manufacturer: _____

Catalog/Model # _____

Serial/Lot# _____

Description: _____

Expiration Date: _____

Vendor/Manufacturer: _____

Catalog/Model# _____

Serial/Lot# _____

Description: _____

Expiration Date: _____

# New Horizon Surgical Center, L.L.C.

680 Broadway, Suite 201
Paterson, NJ 07514
Tel: (973)782-4202  Fax: (973)782-4206

## OPERATIVE REPORT

**DATE:** July 11, 2019
**PATIENT:**
**DATE OF BIRTH:**
**PATIENT MRN:**

**PREOPERATIVE DIAGNOSES:** Left knee ACL tear, medial meniscus tear, and lateral meniscus tear.

**POSTOPERATIVE DIAGNOSES:** Left knee ACL tear, medial meniscus tear, and lateral meniscus tear as well as synovitis.

**PROCEDURE PERFORMED:** 1. Left knee arthroscopic ACL reconstruction utilizing bone patellar bone autograft.
2. Left knee arthroscopic partial medial and partial lateral meniscectomies.

**SURGEON:** Kenneth McCulloch, M.D.
**ASSISTANT:** Luke Carey, PA-C.
**ANESTHESIOLOGIST:**
**ANESTHESIA:** General anesthesia.

**ESTIMATED BLOOD LOSS:** None.
**BLOOD PLACEMENT:** None.
**IV FLUID:** Lactated Ringer's.
**DRAINS/VAC:** None.
**WOUNDS:** Clean.
**COMPLICATIONS:** None.

**PROCEDURE:** The patient was brought to the operative suite. After the induction of adequate general and regional anesthesia and administration of 1 g IV Ancef, the patient was placed in the supine position. The left lower extremity was prepped and draped in usual sterile fashion. Inferomedial and inferolateral portal sites were established. Investigation of the knee was begun. The patellofemoral joint medial and lateral compartments were all free of degenerative changes or articular damage. There was extensive tearing of the posterior horn of medial meniscus with bucket-handle tear. A combination of straight biter shaver and ArthroCare wand were utilized to resect the torn

portion of meniscus back to stable border and create a smooth transitional zone. There was no residual tear or laxity of the medial meniscus at the completion of this portion of procedure. There was extensive loss of the medial meniscus secondary to the bucket-handle tear. There was tearing of the margin of lateral meniscus which was debrided back to stable border using the ArthroCare wand via the medial portal site. The ACL was found to be torn with only fiber scar to adjacent structures. The ACL was taken down and removed using the shaver via the medial portal site. Notchplasty was performed using high-speed burr. We then made a retrograde drill hole at the 3 o'clock position utilizing retrograde reamer 25 mm in length and then made an antegrade drill hole over the proximal tibial metaphysis exiting 7 mm anterior to the PCL. These were 10 mm in diameter which is consistent with the patient's graft. The graft was harvested from the patellar tendon in the central third of the patellar tendon with a 25 x 10 mm bone plug on the tibial side was used as well as on the femoral side. These were later bone grafted with any remaining bone. The graft was shaved and then shuttled through the tibial tunnel into the femoral tunnel where it was seated using a TightRope technique with a cortical button. When the graft was fully seated and secured, we then cycled the knee to tension the graft, placed an extension use a 10 x 25 interference screw, obtained excellent stable reconstruction with negative anterior drawer, Lachman, and pivot shift at the completion of this portion of procedure. This concluded our ACL reconstruction. Instruments were removed. The knee was drained. The portal sites were closed with 3-0 nylon stitch. Wound was dressed with Xeroform, 4x4, ABD, and ACE wrap. The patient was brought to the recovery room in a stable condition.


Kenneth McCulloch, M.D.
KM: tgt

# New Horizon Surgical Center



1



2

3



4



5

6



7

8



Dr McCulloch

# 1

SALK AC!

# New Horizon Surgical Center





9



10



11



12



13



14

15

16



Dr McCulloch

# 2

SALK ACL



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com



Patient: ██████████████
Date of Birth: ██████████████
██████████████

Date of Exam: 12-18-2018

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST, 3RD FLOOR
BRONX NY 10455

**EXAM:  MRI-KNEE WITHOUT CONTRAST LEFT**

**TECHNIQUE:**  Sagittal proton density and proton density fat saturated images, coronal T1 fast spin echo and proton density fat saturated images and axial proton density fat saturated images in a1.5 tesla tesla magnet were obtained.

**INDICATION:**  Status post trauma

**FINDINGS:**  There is a 2.5 centimeter subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.

There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment.  There is posterior capsular disruption with subcapsular fluid in a 3 centimeter popliteal cyst.

The lateral meniscus is unremarkable.

There is a moderate to high-grade partial tear of the anterior cruciate ligament.  The posterior cruciate ligament is intact.

There is a grade 2-3 partial tear of the medial collateral ligament.

The lateral collateral ligament and popliteus tendon are intact.

The quadriceps tendon and infrapatellar ligament are unremarkable.

The patellofemoral ligaments and retinacula are intact.  There is grade 1 chondromalacia patella of the trochlea

**IMPRESSION:  There is a 2.5 centimeters subchondral nondisplaced trabecular fracture of the medial tibial plateau extending to the base of the medial tibial spine.**

**There is associated complex tear of the posterior horn and body of the medial meniscus extending to its root attachment.  There is posterior capsular disruption with subcapsular fluid and a 3 centimeter popliteal cyst.**

**Moderate to high-grade partial tear of the anterior cruciate ligament.**

**Grade 2-3 partial tear of the medial collateral ligament.  Joint effusion**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!

| Midtown Manhattan | South Bronx | Central Bronx | North Bronx | |
|---|---|---|---|---|
| 257 West 34th St. | 237 East 149th St. | 2430 Davidson Ave, 2nd FL | 3199 Bainbridge Ave. | Page 1 of 2 |
| New York, NY 10001 | Bronx, NY 10451 | Bronx, NY 10498 | Bronx, NY 10467 | |





**Patient:**
**Date of Birth:**

**Date of Exam:** 12-18-2018

Thank you for the opportunity to participate in the care of this patient.

Kolb, Thomas, MD
*Electronically Signed: 12-19-2018 9:00 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!



**THOMAS M. KOLB, M.D.**

257 West 34th Street ● New York, NY 10001
P: 212-602-1900 ● F: 646-666-0669 ● RX@KolbRadiology.com



**Patient:** █████████
**Date of Birth:** █████████
**Phone:** █████████
**MRN:** █████████
**Date of Exam:** 12-18-2018

Exam requested by:
FELIX KARAFIN  MD
369 EAST 149TH ST, 3RD FLOOR
BRONX NY 10455

**EXAM:  MRI-SPINE LUMBAR WITHOUT CONTRAST**

**TECHNIQUE:**  T1, proton density and T2-weighted sagittal, as well as T1 and T2*-weighted axial and sagittal images of the lumbar spine were obtained in a closed.1.5 tesla tesla magnet.

**INDICATION:**  Status Post Trauma

**FINDINGS:  At L5-S1**, there is a shallow posterior disc herniation impinging upon the anterior epidural fat abutting the thecal sac.  The neural foramina and exiting nerve roots are unremarkable.

**At L4-L5**, there is a broad posterior disc bulge impinging upon the thecal sac and narrowing the inferior aspects of the neural foramina bilaterally

**At L3-L4**, there is no disc bulge or herniation.  The neural foramina and exiting nerve roots are unremarkable

**At L2-L3**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

**At L1-L2**, there is no disc bulge or herniation. The neural foramina and exiting nerve roots are unremarkable.

The discs are of normal height.

The marrow signal and conus medullaris are unremarkable.

There is no fracture or listhesis.

**IMPRESSION:  There is a shallow posterior disc herniation at L5-S1 impinging upon the anterior epidural fat and abutting the thecal sac.**

**Broad disc bulge L4-5 with central and foraminal narrowing**

Thank you for the opportunity to participate in the care of this patient.


Kolb, Thomas,  MD
*Electronically Signed: 12-19-2018 9:01 AM*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you!