UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SUBIN ASSOCIATES, LLP, et al,<br><br>Defendants(s). | Case No: 25-CV-2652<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS AGAINST <u>WALL STREET CLERICAL AND OFFICE SERVICES, INC.,  WALL STREET CALENDAR SERVICES, INC.,  WALL STREET TRANSPORTATION SERVICES, INC.,  WALL STREET INVESTIGATIONS INC., WALK STREET INVESTIGATIONS, INC., WALL STREET CHECK CASHING, INC.,  CORONA 55 FUNDS INC. AND  CORONA 55 INC  ONLY</u>** |

Plaintiff, UNION MUTUAL FIRE INSURANCE COMPANY, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action as against Defendants, **<u>Wall Street Clerical and Office Services, Inc.,  Wall Street Calendar Services, Inc.,  Wall Street Transportation Services, Inc.,  Wall Street Investigations Inc., Walk Street Investigations, Inc., Wall Street Check Cashing, Inc.,  Corona 55 Funds Inc. and  Corona 55 Inc only</u>**, **<u>ONLY</u>**, **without prejudice** and without cost to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: Garland, Texas
        September 19, 2025

THE WILLIS LAW GROUP, PLLC

*Daniel A. Johnston*
_____
By:  Daniel A. Johnston
1985 Forest Lane
Garland, Texas 75042
Telephone:(214)736-9433
Facsimile: (214)736-9994
Service Email: service@thewillislawgroup.com

*Attorneys For the Plaintiff*
*Union Mutual Fire Insurance Company*